Case 1:22-cr-20191-KMW   Document 21   Entered on FLSD Docket 05/11/2022   Page 1 of 10

FILED by KA D.C.

May 10, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20191-CR-WILLIAMS/MCALILEY

21 U.S.C. § 963
18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(2)(A)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA,

v.

ANDREW ALTURO FAHIE,
    a/k/a "Head Coach,"
    a/k/a "Coach,"
OLEANVINE PICKERING MAYNARD,
    a/k/a "Rose,"
    a/k/a "P," and
KADEEM STEPHAN MAYNARD,
    a/k/a "Blacka,"

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Import a Controlled Substance
### (21 U.S.C. § 963)

From at least as early as on or about October 16, 2021, and continuing through on or about April 28, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

ANDREW ALTURO FAHIE,
    a/k/a "Head Coach,"
    a/k/a "Coach,"
OLEANVINE PICKERING MAYNARD,
    a/k/a "Rose,"
    a/k/a "P," and
KADEEM STEPHAN MAYNARD,

a/k/a "Blacka,"

did knowingly and willfully combine, conspire, confederate, and agree with each other, and others known and unknown to the Grand Jury, to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

It is further alleged that the controlled substance involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii).

**<u>COUNT 2</u>**
**Conspiracy to Engage in Money Laundering**
**(18 U.S.C. § 1956(h))**

From at least as early as on or about October 16, 2021, and continuing through on or about April 28, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

ANDREW ALTURO FAHIE,
a/k/a "Head Coach,"
a/k/a "Coach,"
OLEANVINE PICKERING MAYNARD,
a/k/a "Rose,"
a/k/a "P," and
KADEEM STEPHAN MAYNARD,
a/k/a "Blacka,"

did knowingly and voluntarily combine, conspire, confederate and agree with each other, and with other persons known and unknown to the Grand Jury, to commit certain offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is:

(a) to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A); and

(b) to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States knowing that the monetary instrument and funds involved in the transportation, transmission, and transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer is designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

It is further alleged that the specified unlawful activity is:

(a) the manufacture, importation, sale, and distribution of a controlled substance, punishable under the laws of the United States and the British Virgin Islands; and

(b) an offense against a foreign nation, specifically the United Kingdom and the territory of the British Virgin Islands, involving bribery of a public official, or the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, as provided by Title 18, United States Code, Section 1956(c)(7)(B)(iv).

All in violation of Title 18, United States Code, Section 1956(h).

### COUNT 3
### Attempted Money Laundering
### (18 U.S.C. § 1956(a)(2)(A))

On or about April 28, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

3

**ANDREW ALTURO FAHIE,**
a/k/a "Head Coach,"
a/k/a "Coach,"
**OLEANVINE PICKERING MAYNARD,**
a/k/a "Rose,"
a/k/a "P," and
**KADEEM STEPHAN MAYNARD,**
a/k/a "Blacka,"

did knowingly attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity.

It is further alleged that the specified unlawful activity is:

(a)   the manufacture, importation, sale, and distribution of a controlled substance, punishable under the laws of the United States and the British Virgin Islands; and

(b)   an offense against a foreign nation, specifically the United Kingdom and the territory of the British Virgin Islands, involving bribery of a public official, or the misappropriation, theft, or embezzlement of public funds by or for the benefit of a public official, as provided by Title 18, United States Code, Section 1956(c)(7)(B)(iv).

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2.

## FORFEITURE ALLEGATIONS

1.   The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which any of the defendants, **ANDREW ALTURO FAHIE, OLEANVINE PICKERING MAYNARD,** and **KADEEM STEPHAN MAYNARD,** have an interest.

2.   Upon conviction of a violation of Title 21, United States Code, Sections 841, 846, 952(a), and/or 963, as alleged in this Indictment, the defendants shall forfeit to the United States, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result

of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

3. Upon conviction of a violation or conspiracy to violate Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendants shall forfeit to the United States, any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

4. If any of the property subject to forfeiture, as a result of any act or omission of the defendant[s]:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), Title 21, United States Code, Sections 853 and 970, and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____ (For)
FREDERIC C. SHADLEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ANDREW ALTURO FAHIE,
a/k/a "Head Coach," a/k/a "Coach," et al.,
_____/
Defendants.

CASE NO.:

**22-20191-CR-WILLIAMS/MCALILEY**

CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) (Yes or No) 
Number of New Defendants 
Total number of New Counts 

**Court Division** (select one)
- ☑ Miami   ☐ Key West   ☐ FTP
- ☐ FTL     ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 12 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                  (Check only one)
   I   ☐ 0 to 5 days                 ☐ Petty
   II  ☐ 6 to 10 days                ☐ Minor
   III ☑ 11 to 20 days               ☐ Misdemeanor
   IV  ☐ 21 to 60 days               ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                     Case No.

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 2022-mj-02719-JG

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                     Case No.

9. Defendant(s) in federal custody as of 4/28/2022

10. Defendant(s) in state custody as of

11. Rule 20 from the               District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
FREDERIC SHADLEY
Assistant United States Attorney
Court ID No.   A5502298

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ANDREW ALTURO FAHIE, a/k/a "Head Coach," a/k/a "Coach"

**Case No:** _____

Count #: 1

Conspiracy to Import a Controlled Substance

Title 21, United States Code, Section 963

**\*Max. Penalty: Life Imprisonment**

Count #: 2

Conspiracy to Engage in Money Laundering

Title 18, United States Code, Sections 1956(h)

**\*Max. Penalty: 20 Years' Imprisonment**

Count #: 3

Attempted Money Laundering

Title 18, United States Code, Sections 1956(a)(2)(A)

**\*Max. Penalty: 20 Years' Imprisonment**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  OLEANVINE PICKERING MAYNARD, a/k/a "Rose," a/k/a "P"

**Case No:** _____

Count #: 1

Conspiracy to Import a Controlled Substance

Title 21, United States Code, Section 963

**\*Max. Penalty: Life Imprisonment**

Count #: 2

Conspiracy to Engage in Money Laundering

Title 18, United States Code, Sections 1956(h)

**\*Max. Penalty: 20 Years' Imprisonment**

Count #: 3

Attempted Money Laundering

Title 18, United States Code, Sections 1956(a)(2)(A)

**\*Max. Penalty: 20 Years' Imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   KADEEM STEPHAN MAYNARD, a/k/a "Blacka,"

**Case No:** _____

Count #: 1

Conspiracy to Import a Controlled Substance

Title 21, United States Code, Section 963

**\*Max. Penalty: Life Imprisonment**

Count #: 2

Conspiracy to Engage in Money Laundering

Title 18, United States Code, Sections 1956(h)

**\*Max. Penalty: 20 Years' Imprisonment**

Count #: 3

Attempted Money Laundering

Title 18, United States Code, Sections 1956(a)(2)(A)

**\*Max. Penalty: 20 Years' Imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**