UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cr-20191-KMW

**UNITED STATES OF AMERICA,**

vs.

**ANDREW ALTURO FAHIE,**

    **Defendant.**

_____/

**NOTICE OF WITHDRAWAL OF**
**MOTION TO DISMISS NOTICE OF APPEAL**

Andrew A. Fahie, through his undersigned counsel, hereby provides notice of his withdrawl of his previously filed Motion to Dismiss the Government's Notice of Appeal of the bond set by the Magistrate Judge. (D.E. 15). The factual underpinning of the motion was the failure to comply with local rules requiring the transmission of a transcript of a hearing. Hours after the instant motion was filed, the transcript was produced. While Mr. Fahie was harmed by the failure to comply with the mandatory rule, in the interest of judicial economy he now withdraws his motion to dismiss the appeal having now received the transcript in question (or motion to revoke the bond set herein.)

                                              Respectfully submitted,

                                              **GENOVESE JOBLOVE & BATTISTA, P.A.**
                                              *Counsel for Defendant Andrew A. Fahie*
                                              200 East Broward Blvd., Suite 1110
                                              Fort Lauderdale, FL  33301
                                              Telephone: 954-453-8000
                                              Telefax: 954-453-8010

                                              By: /s/  Theresa M.B. Van Vliet_____
                                                   Theresa M.B. Van Vliet, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been served upon all parties registered to receive electronic notice via CM/ECF Notification on this 13th day of May, 2022.

By: /s/ Theresa M.B. Van Vliet

## SERVICE LIST

*Served via CM/ECF Notification*

Noticing FPD-MIA    MIA_ECF@FD.org, carmen_dominguez@fd.org

Frederic Shadley    frederic.shadley@usdoj.gov, andrea.samper@usdoj.gov, CaseView.ECF@usdoj.gov, wanda.hubbard@usdoj.gov

Shane Butland    shane.butland@usdoj.gov, CaseView.ECF@usdoj.gov, marsha.kersaint@usdoj.gov, USAFLS-HQDKT@usdoj.gov

Theresa Mary Bailey Van Vliet    tvanvliet@gjb-law.com, bsilva@gjb-law.com, cscavone@gjb-law.com, gjbecf@ecf.courtdrive.com, vlambdin@gjb-law.com

Raymond D'Arsey Houlihan, III  d'arsey_houlihan@fd.org; iris_gildelreal@fd.org