UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cr-20191-KMW

**UNITED STATES OF AMERICA,**

vs.

**ANDREW ALTURO FAHIE,**

    **Defendant.**
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Andrew A. Fahie, through his undersigned counsel, hereby files his Unopposed Motion to Continue the presently set trial date, which is currently set for July 18, 2022. (D.E. 35). As grounds for his request, Mr. Fahie represents as follows:

1. Mr. Fahie was arrested on April 28, 2022 and charged in a complaint filed in the Southern District of Florida. (D.E. 1). Mr. Fahie had his Initial Appearance the following day, April 29, 2022, before the Honorable Magistrate Judge Jonathan Goodman. (D.E. 6).

2. The Government requested pretrial detention as to Mr. Fahie and a hearing on its request was held on May 4, 2022 before the Honorable Magistrate Judge Otazo-Reyes. The Magistrate Judge denied the Government's request and set conditions of bond. The Government announced its intention to appeal the denial and requested a stay of the conditions of bond, which was entered by the Court. (D.E. 12).

3. The Government timely filed its pretrial detention appeal. (D.E. 15), and its Motion to Revoke Bond. (D.E. 23).

4. Mr. Fahie was indicted on May 11, 2022. (D.E. 21).

5. The Government's appeal and motion relating to bond was heard before the Honorable Kathleen M. Williams on May 23, 2022. The Court denied the Government's motion

to revoke bond, and modified certain terms and conditions of the original bond set by Magistrate Judge Otazo-Reyes. (D.E. 33).

6. Mr. Fahie was arraigned before the Honorable Magistrate Judge Jacqueline Becerra on May 25, 2022, at which time the Standing Discovery Order was entered. (D.E. 34). Consequently, the Government was required to produce discovery on or before Wednesday, June 8, 2022.

7. This Court entered its Order Setting Pretrial Schedule and Procedures on May 26, 2022. (35). The deadline for Mr. Fahie to file pretrial motions is June 22, 2022. (D.E. 35).

8. This Court held a *Nebbia* hearing on June 13, 2022. (D.E. 38). The Government agreed that Mr. Fahie had satisfied the *Nebbia* conditions relating to his bond. Mr. Fahie was released from custody the same day after posting the bond and satisfying all conditions of his bond.

9. During the course of the *Nebbia* hearing, undersigned counsel advised the Court that the Government had not yet provided discovery owing to some unanticipated (and COVID-related) delays on the part of the Government counsel, but that Mr. Fahie anticipated receiving production in the immediate future. The undersigned additionally advised that she anticipated some request to continue the currently set trial date, and related deadlines, after an initial review of the size and scope of the Government's production.

10. The Government's production was received on Friday, June 17, 2022. Continuous efforts were undertaken to download and copy the discovery materials so that Mr. Fahie may review the discovery. That process was completed on or about June 22, 2022.

11. Initial review of the multi-terabyte quantity of materials reveals that there was no production of *Giglio, Napue* or related information regarding the confidential source ("CS") used in this case. However, since that initial review, the Government has provided the Defendant with

preliminary *Giglio* material concerning the CS's payments and background. The parties are currently negotiating a protective order that would govern the production of any additional CS-related *Giglio* material, including the CS' identifying information. The undersigned is awaiting a draft of such an agreement from the Government. It is hopeful that a swift and agreed resolution as to these outstanding matters will be reached in short order without the Court's intervention.

12. The initial review has also revealed that at least some of the audio/video files are unreadable. The undersigned is working first with her IT staff to determine the precise issue with the unreadable files.

13. For these reasons, the undersigned does not have adequate time to prepare for a trial in this case on July 18, 2022, nor to address any pretrial filings until the parties successfully negotiate and file the motion for protective order related to CS disclosures or until such matter is resolved, absent agreement, by the Court.

14. In light of the foregoing, Mr. Fahie requests that the Court continue the presently set trial date and reset this matter no sooner than January 16, 2023, and further that it reset all currently set deadlines.

15. The undersigned has explained Mr. Fahie's rights to a Speedy Trial as guaranteed by the Sixth Amendment to the Constitution of the United States and the Speedy Trial Act. Mr. Fahie knowingly agrees to the request sought herein and agrees that any time generated by the requested continuance is properly deemed excludable time under the provisions of the Speedy Trial Act and waives any rights to a Speedy Trial consistent with the relief requested herein. Title 18 U.S.C. §3161(h).

16. The undersigned is authorized to represent that the Government does not object to the relief requested herein.

17. The undersigned is authorized by AFPD Houlihan and Rafael Rodriguez to represent that neither of their respective clients, Ms. Maynard and Mr. Maynard, object to the relief requested herein.

WHEREFORE, Mr. Fahie requests this Court enter its order continuing the trial in this cause to a date not before January 16, 2023 and further deem that any delay occasioned between the filing of this motion and the reset trial date be deemed excludable time for purposes of the Speedy Trial Act.

    Respectfully submitted,

    **GENOVESE JOBLOVE & BATTISTA, P.A.**
    Theresa M.B. Van Vliet, Esq.
    Fla. Bar No. 374040
    Joyce A. Delgado, Esq.
    Fla. Bar No. 1002228
    *Counsel for Defendant Andrew A. Fahie*
    200 East Broward Blvd., Suite 1110
    Fort Lauderdale, FL  33301
    Telephone: 954-453-8000
    Telefax: 954-453-8010

    By: /s/ Theresa M.B. Van Vliet
        Theresa M.B. Van Vliet, Esq.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion has been served upon all parties registered to receive electronic notice via CM/ECF Notification on this 5th day of July, 2022.

By: /s/ Theresa M.B. Van Vliet