**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-20191CR-WILLIAMS**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**

**KADEEM STEPHAN MAYNARD,**

        **Defendant.**

_____/

**UNOPPOSED MOTION TO JOIN CO-DEFENDANT
FAHIE'S MOTION TO CONTINUE TRIAL**

Defendant, **KAREEM STEPHAN MAYNARD,** pursuant to Rules 12(b)(2) and 47, Federal Rules of Criminal Procedure, files this unopposed motion to join the motion for continuance filed by co-defendant Andrew Fahie and respectfully moves this Honorable Court for an order continuing the trial presently set for July 18, 2022, and in support thereof asserts:

**1)** Defendant was arrested on April 28, 2022, in the District of the Virgin Islands and charged by complaint.

**2)** On May 10, 2022, an Indictment was filed in this case.

**3)** On June 30, 2022, the undersigned was appointed to represent Mr. Maynard.  On July 6, 2022, Defendant was arraigned on the Indictment.

1

**4)** The undersigned understands that there is voluminous discovery in the case which the undersigned has not yet received.

**5)** On July 5, 2022, co-defendant Fahie filed an unopposed motion to continue the trial presently set for July 18, 2022 and reschedule the trial for January 16, 2023. [DE 47].

**6)** Pursuant to 18 U.S.C. §3161(h)(7), a continuance of the trial is warranted in order to provide counsel for the defendant reasonable time for adequate preparation. Defendant believes that it is in the interests of justice that the instant motion be granted and that trial be continued to January 16, 2023.

**7)** This motion is filed in good faith and is not intended to cause unnecessary delay. The undersigned has discussed this motion with Mr. Maynard and explained his right to speedy trial. Mr. Maynard has agreed to waive his right to a speedy trial.

**8)** The undersigned has contacted Assistant United States Attorney Shane Butland who has authorized the undersigned to represent that the Government does not object to Defendant's motion.

WHEREFORE, Defendant respectfully moves this Court for an order continuing the trial of this case until on or after January 16, 2023.

Respectfully submitted,

LAW OFFICES OF
J. RAFAEL RODRÍGUEZ
Attorneys for
KAREEM STEPHAN MAYNARD
6367 Bird Road
Miami, FL   33155
(305) 667-4445
(305) 667-4118 (FAX)
jrafrod@bellsouth.net

By: *s/ J. Rafael Rodríguez*
     J. RAFAEL RODRÍGUEZ
     FLA. BAR NO. 302007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of July, 2022, the foregoing pleading was filed with the Clerk of Court using CM/ECF and served on the same day on all counsel of record via CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

 *s/ J. Rafael Rodríguez*
 J. RAFAEL RODRÍGUEZ