UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cr-20191-KMW

**UNITED STATES OF AMERICA,**
vs.
**ANDREW ALTURO FAHIE,**
    **Defendant.**
_____/

## RESPONSE TO DE 54 FILED UNDER SEAL

Andrew A. Fahie, through his undersigned counsel, hereby files his Response to DE 54 filed under seal by the United States and withdraws his objection to the relief requested therein. Defendant Fahie reserves his right to raise such objections in the future in the event warranted or viable.

Respectfully submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
Theresa M.B. Van Vliet, Esq.
Fla. Bar No. 374040
Joyce A. Delgado, Esq.
Fla. Bar No. 1002228
*Counsel for Defendant Andrew A. Fahie*
200 East Broward Blvd., Suite 1110
Fort Lauderdale, FL  33301
Telephone: 954-453-8000
Telefax: 954-453-8010

By: /s/ Theresa M.B. Van Vliet
       Theresa M.B. Van Vliet, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all parties registered to receive electronic notice via CM/ECF Notification on this 16th day of August, 2022.

By: /s/ Theresa M.B. Van Vliet