UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20191-WILLIAMS

UNITED STATES OF AMERICA

v.

ANDREW ALTURO FAHIE,
    a/k/a "Head Coach,"
    a/k/a "Coach,"
OLEANVINE PICKERING MAYNARD
    a/k/a "Rose,"
    a/k/a "P," and
KADEEM STEPHAN MAYNARD,
    a/k/a "Blacka,"

    Defendants.
_____/

## GOVERNMENT'S SECOND RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this Second Response to the Standing Discovery Order, which details additional discovery production since the First Response as follows:

On November 10, 2022, the United States mailed three (3) discs to each defendant's counsel containing the following items:

    a.    Disc 1: Transcripts for audio recordings N-2, N-3 (11/15/21), 2022.4.27 (Audio 1 and 2), N-4 (revised), 2022.4.28 (Audio 1 and 2);

    b.    Disc 2: Video clips (3) of Oleanvine Maynard on April 28, 2022; and

    c.    Disc 3: Video clips (2) of Andrew Fahie on April 28, 2022.

The United States is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules

of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial. The United States reiterates its demand for reciprocal discovery.

      Please contact the undersigned Assistant United States Attorney if any items are missing or unable to be accessed.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: */s/ Shane R. Butland*
Shane R. Butland
Assistant United States Attorney
Court Identification No. A5502525
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9123
Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

                                         /s/ Shane Butland
                                         Shane R. Butland
                                         Assistant United States Attorney

## SERVICE LIST

United States v. Andrew Alturo Fahie et al.,
Case No. 22-CR-20191-KMW
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Shane Butland<br>Assistant United States Attorney<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>Email: Shane.Butland@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Andrew Alturo Fahie | Theresa Mary Bailey Van Vliet<br>200 E. Broward Blvd., Suite 1110<br>Fort Lauderdale, FL 33301<br>Email: tvanvliet@gjb-law.com<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Oleanvine Pickering Maynard | Raymond D'Arsey Houlihan<br>150 West Flagler St.<br>Miami, FL 33130<br>Email: d'arsey_houlihan@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Kadeem Stephan Maynard | Jose Rafael Rodriguez<br>6367 Bird Road<br>Miami, FL 33155<br>Email: jrafrod@bellsouth.net<br>**via Notice of Electronic Filing generated by CM/ECF** |