UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20191-WILLIAMS

UNITED STATES OF AMERICA

v.

ANDREW ALTURO FAHIE,
    a/k/a "Head Coach,"
    a/k/a "Coach,"
OLEANVINE PICKERING MAYNARD
    a/k/a "Rose,"
    a/k/a "P," and
KADEEM STEPHAN MAYNARD,
    a/k/a "Blacka,"

    Defendants.
_____/

## GOVERNMENT'S THIRD RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this Third Response to the Standing Discovery Order, which details additional discovery production since the Second Response as follows:

On November 14, 2022, the government created a shared discovery folder on the USAFx file sharing site ("USAFx") for defendants Andrew Alturo Fahie, Oleanvine Pickering Maynard and Kadeem Stephan Maynard, and uploaded video clips entitled "Embassy Suites Video Clips 1" (575 files) and "Embassy Suites Video Clips 2" (517 files) into the shared folder. The government provided links to counsel for each defendant to access the uploaded files.

The government was informed by counsel for Andrew Alturo Fahie on November 14, 2022, and counsel for Kadeem Stephan Maynard on November 15, 2022, that they were unable to access the files in the shared folder. In response, on November 16, 2022, the government mailed encrypted flash drives containing the video clips that had been uploaded to USAFx (Embassy Suites Video Clips 1 and 2) to counsel for Mr. Fahie and Mr. Maynard.

The United States is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The United States reiterates its demand for reciprocal discovery.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   /s/ Shane R. Butland
     Shane R. Butland
     Assistant United States Attorney
     Court Identification No. A5502525
     99 Northeast 4th Street
     Miami, Florida 33132-2111
     Tel: (305) 961-9123
     Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

/s/ Shane Butland
Shane R. Butland
Assistant United States Attorney

## SERVICE LIST
United States v. Andrew Alturo Fahie et al.,
Case No. 22-CR-20191-WILLIAMS
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Shane Butland<br>Assistant United States Attorney<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>Email: Shane.Butland@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Andrew Alturo Fahie | Theresa Mary Bailey Van Vliet<br>200 E. Broward Blvd., Suite 1110<br>Fort Lauderdale, FL 33301<br>Email: tvanvliet@gjb-law.com<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Oleanvine Pickering Maynard | Raymond D'Arsey Houlihan<br>150 West Flagler St.<br>Miami, FL 33130<br>Email: d'arsey_houlihan@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Kadeem Stephan Maynard | Jose Rafael Rodriguez<br>6367 Bird Road<br>Miami, FL 33155<br>Email: jrafrod@bellsouth.net<br>**via Notice of Electronic Filing generated by CM/ECF** |

4