UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cr-20191-KMW

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**ANDREW ALTURO FAHIE,**

    Defendant.

_____/

## DEFENDANT ANDREW ALTURO FAHIE'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND AND PERMIT TRAVEL

Defendant, Andrew Alturo Fahie ("**Mr. Fahie**"), by and through the undersigned counsel, moves this Court for entry of an order modifying the conditions of Mr. Fahie's bond for the limited purpose of permitting travel for medical treatments and attorney visits in preparation for trial. Neither the Government nor Probation have any objection to the requested relief. In support thereof, Mr. Fahie states as follows:

### BACKGROUND

1.    Mr. Fahie was arrested on April 28, 2022 and was initially charged in a complaint filed in the Southern District of Florida. (D.E. 1). Mr. Fahie had his Initial Appearance the following day, April 29, 2022, before the Honorable Magistrate Judge Jonathan Goodman. (D.E. 6).[1]

2.    On May 4, 2022, Mr. Fahie had his Pretrial Detention Hearing before the Honorable Magistrate Judge Alicia M. Otazo-Reyes. Judge Reyes fashioned a $500,000 corporate surety bond

---

[1] On November 8, 2022, the Government filed its Superseding Indictment (D.E. 61) and an arraignment on the Superseding Indictment was held on November 16, 2022 (D.E. 64).

with a *Nebbia* condition, along with the additional requirements that Mr. Fahie and his two daughters surrender their passports, home confinement with GPS monitoring, and limited travel for medical appointments, attorney visits, and court appearances.

3. On May 23, 2022, this Court held a hearing on the Government's Motion to Revoke Bond (D.E. 23) and Mr. Fahie's Response in Opposition (D.E. 28). At the hearing, the Court modified the bond conditions to include, among others, $500,000 personal surety bonds signed by each of his two daughters, an extradition waiver, residence at his daughters' apartment in Miami, and limited travel for court appearances. (D.E. 42; 43) (the "Bond Order"). The Court removed travel for medical and attorney visits from the bond conditions, requiring the undersigned to travel to Defendant's small two-bedroom apartment which is shared with his two daughters for client visits. (D.E. 33)

4. On December 6, 2022, the Court entered the Paperless Order (D.E. 69) granting Mr. Fahie's Unopposed Motion to Continue Trial and continuing the trial in this case to the trial period commencing July 17, 2023.

5. While the undersigned has routinely visited Mr. Fahie at his apartment in Miami for attorney visits since May 2022, trial is quickly approaching, and the requisite preparation will be made much more difficult given that the undersigned's office is located in Fort Lauderdale, Florida. More importantly the size of the Defendant's residence makes confidential communication difficult if not impossible if either of his two daughters are home. While requested that they leave the residence during the shorter duration meetings to date has been sufficient, requiring them to leave the premises for extended periods of time during trial preparation will be impossible given the fact that each attends school online. Mr. Fahie's trial preparation would be better served in a law office replete with the necessary materials and resources, including the ability

to speak freely and confidentially with counsel.

6. Further, Mr. Fahie recently obtained permission to travel to his dentist for a root canal procedure and requests additional modification of the Bond Order to allow follow up dental visits with notification to Probation (as opposed to permission) to complete the treatment. This modification was requested by Mr. Fahie's supervising Probation officer.

7. Accordingly, Mr. Fahie respectfully requests that the current travel restrictions under the Bond Order be modified for the limited purpose of allowing dental visits, as well as attorney visits to the undersigned's offices in either Miami (during trial) or Fort Lauderdale, Florida no more than three times per week beginning June 26, 2023, and continuing through the duration of the trial and a single visit to the undersigned's Fort Lauderdale, Florida office on Friday April 14, 2023 for the purpose of consultation on certain time sensitive matters.

8. All travel, whether legal or medical, will be coordinated with Pretrial Services. Mr. Fahie will maintain his ankle monitor on his person for continued GPS monitoring and will be accompanied by a former federal or state law enforcement officer if the Court requires.

9. The undersigned has conferred with Pretrial Services and the Government, neither which has any objection to the modification request herein.

WHEREFORE, Defendant, Andrew Alturo Fahie, respectfully requests an Order (i) granting this Motion; (ii) modifying the conditions of the Bond Order for the limited purpose of permitting travel for legal and medical visits as set forth above; and (iii) for any other relief the Court deems just and proper.

**Dated: April 7, 2023.**

Respectfully submitted,

**VENABLE, LLP**
Theresa M.B. Van Vliet, Esq.
Fla. Bar No. 374040
Joyce A. Delgado, Esq.
Fla. Bar No. 1002228
*Counsel for Defendant Andrew A. Fahie*
200 East Broward Blvd., Suite 1110
Fort Lauderdale, FL  33301
Telephone: 954-453-8000
Telefax: 954-453-8010

By: /s/ *Theresa M.B. Van Vliet*
       Theresa M.B. Van Vliet, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all parties registered to receive electronic notice via CM/ECF Notification on this 7th day of April, 2023.

By: /s/ Theresa M.B. Van Vliet