UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cr-20191-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANDREW ALTURO FAHIE,

    Defendant.
_____/

## DEFENDANT ANDREW ALTURO FAHIE'S MOTION TO MODIFY CONDITIONS OF BOND AND PERMIT TRAVEL

Defendant, Andrew Alturo Fahie ("**Mr. Fahie**"), by and through the undersigned counsel, moves this Court for entry of an order modifying bond conditions for the limited purpose of permitting his two daughters to travel to the British Virgin Islands for the celebration of life of their maternal grandfather. Neither the Government nor Pretrial Services take a position as to the requested relief. In support thereof, Mr. Fahie states as follows:

### BACKGROUND

1. Mr. Fahie was arrested on April 28, 2022, and was initially charged in a complaint filed in the Southern District of Florida. (D.E. 1). Mr. Fahie had his Initial Appearance the following day, April 29, 2022, before the Honorable Magistrate Judge Jonathan Goodman. (D.E. 6).[1]

2. On May 4, 2022, Mr. Fahie had his Pretrial Detention Hearing before the Honorable Magistrate Judge Alicia M. Otazo-Reyes. Judge Reyes fashioned a $500,000 corporate surety bond

---

[1] On November 8, 2022, the Government filed its Superseding Indictment (D.E. 61) and an arraignment on the Superseding Indictment was held on November 16, 2022 (D.E. 64).

with a *Nebbia* condition, along with the additional requirements that Mr. Fahie and his two daughters, Kedisha Doreen Sheynel and Khadija Shayla Keniqua (the "**Fahie Daughters**"), surrender their passports, that Mr. Fahie submit to home confinement with GPS monitoring, and limited travel, with approval from Probation, for medical appointments, attorney visits, and court appearances.

3. On May 23, 2022, this Court held a hearing on the Government's Motion to Revoke Bond (D.E. 23) and Mr. Fahie's Response in Opposition (D.E. 28). At the hearing, the Court modified the bond conditions to include, among others, $500,000 personal surety bonds signed by each of the Fahie Daughters, an extradition waiver, residence at his daughters' apartment in Miami, and limited travel for court appearances. (D.E. 42; 43) (the "**Bond Order**"). The Court removed travel for medical and attorney visits from the bond conditions, requiring the undersigned to travel to Defendant's small two-bedroom apartment which is shared with his daughters for client visits. (D.E. 33)

4. On December 6, 2022, the Court entered the Paperless Order (D.E. 69) granting Mr. Fahie's Unopposed Motion to Continue Trial and continuing the trial in this case to the trial period commencing July 17, 2023.

5. In accordance with the travel restrictions of the Bond Order, the Fahie Daughters surrendered both their United States and British Virgin Islands ("**BVI**") passports to Pretrial Services and have not traveled overseas since.

6. The Fahie Daughters' maternal grandfather, Winston Theodore Herbert, recently passed away and his granddaughters wish to visit the BVI to attend Mr. Herbert's celebration of life service to be held on May 27, 2023 at the Upper Room Victory Church in Tortola, BVI. Additional details regarding dates of travel, and the length of stay (not to exceed one week) will

be provided to the Government and Pretrial Services prior to departure. Upon returning to the United States, the Fahie Daughters will surrender their passports in accordance with the travel restrictions under the Bond Order.

7. Accordingly, Mr. Fahie respectfully requests that the current travel restrictions under the Bond Order be modified for the limited purpose of allowing the Fahie Daughters to travel to the BVI to attend their grandfather's celebration of life service and spend time with their mother for a period not to exceed seven (7) days. The process of obtaining the Fahie Daughters' passports, including the return of same, will be coordinated with Pretrial Services.

8. This Motion is not intended to modify any other conditions under the Bond Order. The undersigned has conferred with Pretrial Services and the Government, each of which has authorized the undersigned to represent that they take no position as to the modification request made herein.

WHEREFORE, Defendant, Andrew Alturo Fahie, respectfully requests an Order (i) granting this Motion; (ii) modifying the conditions of the Bond Order for the limited purpose of allowing Keisha and Kadijah Fahie to travel to the British Virgin Islands for a family funeral; and (iii) for any other relief the Court deems just and proper.

Dated: May 4, 2023

                    Respectfully submitted,

**VENABLE, LLP**
*Counsel for Defendant Andrew A. Fahie*
200 East Broward Blvd., Suite 1110
Fort Lauderdale, FL  33301
Telephone: 954-453-8000
Telefax: 954-453-8010

By: /s/ *Theresa M.B. Van Vliet*
      Theresa M.B. Van Vliet, Esq.
      Fla. Bar No. 374040

Joyce A. Delgado, Esq.<br>
Fla. Bar No. 1002228

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all parties registered to receive electronic notice via CM/ECF Notification on May 4, 2023.

By: /s/ Theresa M.B. Van Vliet