UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cr-20191-KMW

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**ANDREW ALTURO FAHIE,**

    Defendant.

_____/

**DEFENDANT ANDREW ALTURO FAHIE'S RESPONSE TO
GOVERNMENT'S MOTION IN LIMINIE TO PRECLUDE
CROSS EXAMINIATION INTO SENSITIVE INVESTIGATIVE TECHNIQUESE**

    Defendant, Andrew Alturo Fahie ("**Mr. Fahie**" or "**Defendant**"), by and through the undersigned counsel, files his Response to the Government's Motion to Preclude Cross Examination into Sensitive Investigative Techniques. (DE 161)  Without waiving any previously made objections regarding chain of custody or authentication, the defense notes does not currently intend to examine any Government witness regarding the specific make, model, manufacturer of the recording devices used in this case (the "physical characteristics") nor the manner by which such devices are secreted, if at all, on the CS's or any undercover agent's persons or proximity during use.

    In the event that something that transpires after this filing that changes the defense's position relative to such inquiry, the undersigned will first alert the Government and, if needed, the Court prior to making any such inquiry.

For these reasons, Defendant respectfully requests that the Government's Motion in Limine to Preclude Cross Examination Into Sensitive Investigative Techniques be denied without prejudice.

Dated: December 21, 2023.

        Respectfully submitted,

        **VENABLE, LLP**
        Theresa M.B. Van Vliet, Esq.
        Fla. Bar No. 374040
        Joyce A. Delgado, Esq.
        Fla. Bar No. 1002228
        *Counsel for Defendant Andrew A. Fahie*
        200 East Broward Blvd., Suite 1110
        Fort Lauderdale, FL  33301
        Telephone: 954-453-8000
        Telefax: 954-453-8010

        By: /s/ *Theresa M.B. Van Vliet*
            Theresa M.B. Van Vliet, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all parties registered to receive electronic notice via CM/ECF Notification on December 21, 2023.

        By: /s/ *Theresa M.B. Van Vliet*