UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-cr-20191-KMW

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**ANDREW ALTURO FAHIE,**

    Defendant.
_____/

### DEFENDANT, ANDREW ALTURO FAHIE'S UNOPPOSED MOTION TO BRING ELECTRONIC EQUIPMENT INTO COURTHOUSE FOR USE AT TRIAL

Defendant, Andrew Alturo Fahie ("Mr. Fahie" or "Defendant"), by and through undersigned counsel, moves this Court for entry of an order permitting the persons listed below to bring into the Courthouse certain computers and technological devices for use during the trial commencing on January 8, 2024 at 9:00 a.m. before the Honorable Kathleen M. Williams. In support of the Motion, Mr. Fahie states:

1. Mr. Fahie's counsel intends to use laptop computers for the electronic presentation of evidence and the examination of witnesses during the trial. To accomplish these objectives, as more specifically set forth below, counsel for Mr. Fahie will require several laptop computers and other electronic equipment (e.g. external hard drives, USB drives, video and audio cables, WiFi hotspots, cables to connect electronic equipment, and power sources) and seeks permission to bring such items into the Courthouse.

2. Additionally, as required by this Court, Mr. Fahie sets forth below a number of persons, including Mr. Fahie's attorneys, who will attend and/or participate in the trial and who will be bring electronic devices with them into the Courthouse. Mr. Fahie seeks permission to

allow the following individuals to bring the listed items with them into the Courthouse for the duration of the trial:

    (a)    **Theresa Van Vliet, Esq.** (attorney for Mr. Fahie): two (2) laptop computers;

    (b)    **Joyce A. Delgado, Esq.** (attorney for Mr. Fahie): two (2) laptop computers;

    (c)    **Daniel Toro** (IT personnel for Mr. Fahie): one (1) HP laptop computer; one (1) Apple iPhone; one (1) Verizon WiFi hotspot

    (d)    **Tricia Garcia-Montes** (IT personnel for Mr. Fahie): one (1) HP laptop computer; one (1) Apple iPhone

3. Mr. Fahie understands that the aforementioned items will be subject to examination for security purposes as are all other items brought into the Courthouse.

4. Additionally, all individuals listed above have been advised of prohibition of use of telephones in the courtroom and prohibitions regarding use of the tools on such phones, including those against making recordings or taking of photographs

**WHEREFORE**, Defendant, Andrew Alturo Fahie respectfully requests that this Court enter an Order permitting the items listed above to be brought into the Courthouse for the duration of the trial set to commence on January 8, 2024, and for such other relief as this Court deems just and proper.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1.A.3

Pursuant to S.D. Fla. L. R. 7.1(a)(3), counsel for Andrew Alturo Fahie, Theresa Van Vliet, Esq., certifies that she conferred on December 21, 2023 with Kevin Gerarde, AUSA, regarding the relief requested in this Motion and is authorized to represent that the Government

has no objection to the relief requested herein.

Dated: December 21, 2023.

                                      Respectfully submitted,

                                      **VENABLE, LLP**
                                      Theresa M.B. Van Vliet, Esq.
                                      Fla. Bar No. 374040
                                      Joyce A. Delgado, Esq.
                                      Fla. Bar No. 1002228
                                      *Counsel for Defendant Andrew A. Fahie*
                                      200 East Broward Blvd., Suite 1110
                                      Fort Lauderdale, FL  33301
                                      Telephone: 954-453-8000
                                      Telefax: 954-453-8010

                                      By: /s/ *Theresa M.B. Van Vliet*
                                                 Theresa M.B. Van Vliet, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all parties registered to receive electronic notice via CM/ECF Notification on December 21, 2023.

                                      By: /s/ Theresa M.B. Van Vliet