**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-cr-20191-KMW(s)**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**

**ANDREW ALTURO FAHIE,**

      **Defendant.**

_____/

**DEFENDANT ANDREW ALTURO FAHIE'S RESPONSE TO GOVERNMENT'S**
**MOTION IN LIMINIE TO PRECLUDE DEFENDANT FAHIE FROM**
**RAISING ENTRAPMENT DEFENSE**

Defendant, Andrew Alturo Fahie ("**Mr. Fahie**" or "**Defendant**"), by and through the undersigned counsel, files his Response to the Government's Motion to Preclude Defendant Fahie From Raising Entrapment Defense (DE 158). Without waiving any other defense available to the Defendant, including any elements of entrapment that may support a separate defense, the defense does not currently intend to raise the entrapment defense at trial.

In the event that something that transpires after this filing that changes the defense's position relative to such inquiry, the undersigned will first alert the Government and, if needed, the Court prior to making any such inquiry.

For these reasons, Defendant respectfully requests that the Government's Motion in Limine to Preclude Defendant From Raising Entrapment Defense be denied without prejudice.

Dated: December 21, 2023

                              Respectfully submitted,

                              **VENABLE, LLP**
                              Theresa M.B. Van Vliet, Esq.
                              Fla. Bar No. 374040

Joyce A. Delgado, Esq.
Fla. Bar No. 1002228
*Counsel for Defendant Andrew A. Fahie*
200 East Broward Blvd., Suite 1110
Fort Lauderdale, FL  33301
Telephone: 954-453-8000
Telefax: 954-453-8010

By: /s/ *Theresa M.B. Van Vliet*
     Theresa M.B. Van Vliet, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon

all parties registered to receive electronic notice via CM/ECF Notification on December 21, 2023.

By: /s/ Theresa M.B. Van Vliet