UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  <u>22-20191-CR-WILLIAMS(s)</u>

**UNITED STATES OF AMERICA**

vs.

**ANDREW ALTURO FAHIE,**
    a/k/a "Head Coach,"
    a/k/a "Coach,"

        **Defendant.**

                                              /

## NOTICE REGARDING GOVERNMENT'S SUMMARY OF RELEVANT FOREIGN LAW AND EXPERTS UPON WHICH IT WILL RELY

The United States of America respectfully files this notice informing the Court of its written submission of the substance of foreign laws that will be relevant to the above captioned case. The government described the relevant foreign laws in its proposed jury instructions filed at Docket Entry 177. Proposed jury instructions Number 14 and 15 contain the government's proposed explanation of the relevant foreign laws (ECF No. 177 at 18-20, 24-26). The foreign laws are broken down by the specified unlawful activity to which they relate. The elements of each foreign law track the statutory language in the particular section of the listed statute. The quoted definitions track the definitions provided in the listed statute.[1]

The Government will provide the names, CVs, and a list of cases in which the experts have testified, prior to January 3, 2024, at 5:00 p.m.

---

[1] The foreign law statutes referenced in the Government's Proposed Jury Instructions are attached to this notice as Exhibits 1-3. Exhibit 1 is the United Kingdom's Bribery Act of 2010. Exhibit 2 is the British Virgin Islands' Criminal Code (revised 2013) (higher resolution copy available at http://laws.gov.vg/Laws/criminal-code). Exhibit 3 is the British Virgin Islands' Drugs (Prevention of Misuse) Act (revised 2020).

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

BY:    *s/ Kevin D. Gerarde*
        KEVIN D. GERARDE
        ASSISTANT UNITED STATES ATTORNEY
        Fla. Bar No. 113844
        11200 NW 20th Street, Suite 101
        Miami, FL 33172
        (305) 715-7648
        Email: Kevin.Gerarde@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 29, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Kevin D. Gerarde*
KEVIN D. GERARDE
Assistant United States Attorney