**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. <u>22-20191-CR-WILLIAMS</u>

UNITED STATES OF AMERICA

    Plaintiff,

vs.

ANDREW ALTURO FAHIE,

    Defendant.

_____/

**DEFENDANT ANDREW ALTURO FAHIE'S NOTICE OF FILING**
***EX PARTE* DOCUMENT PURSUANT TO COURT'S DIRECTION**

    Defendant, Andrew Alturo Fahie, by and through undersigned counsel, hereby notices the production of an *ex parte* proffer regarding exculpatory statements in compliance with the Court's direction on January 8, 2024.

Dated: January 16, 2024.

    Respectfully submitted,

**VENABLE, LLP**
Theresa M.B. Van Vliet, Esq.
Fla. Bar No. 374040
Joyce A. Delgado, Esq.
Fla. Bar No. 1002228
*Counsel for Defendant Andrew A. Fahie*
200 East Broward Blvd., Suite 1110
Fort Lauderdale, FL  33301
Telephone: 954-453-8000
Telefax: 954-453-8010

By: /s/ *Theresa M.B. Van Vliet*
    Theresa M.B. Van Vliet, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this Notice has been served upon all parties registered to receive electronic notice via CM/ECF Notification on this 16th day of January 2024.

By: /s/ *Theresa M.B. Van Vliet*
Theresa M.B. Van Vliet, Esq.