2/3/2024

---

**#1**     Outgoing     WhatsApp

Chat

> Okay

5/16/2021    Baye Cissé             Andrew A. Fahie
7:33:50 PM

---

**#2**     Incoming     WhatsApp

Chat    Hello broda me importante

5/17/2021    Baye Cissé             Andrew A. Fahie
4:09:49 PM

---

**#3**     Outgoing     WhatsApp

Chat

> In 5 minutes

5/17/2021    Baye Cissé             Andrew A. Fahie
4:10:17 PM

---

**#4**     Incoming     WhatsApp

Chat    Ok

5/17/2021    Baye Cissé             Andrew A. Fahie
4:10:22 PM

---

**#5**     Incoming     WhatsApp

Chat    You finis call

5/17/2021    Baye Cissé             Andrew A. Fahie
4:17:32 PM

---

**#6**     Outgoing     WhatsApp

Chat

> Going with broda
> 1) Carolyn O'Neal Morton(woman)
> 2)Jeremiah Frett (man)

5/17/2021    Baye Cissé             Andrew A. Fahie
4:25:56 PM

---

Defendant's
Exhibit

**4**

2/3/2024

---

**#1**                                                          Outgoing        WhatsApp

Chat

> NO GOOD at BRODA
>
> 1) Gary Robert Hickinbottom
>
> 2)Bilal Mahmad Rawat
> 16th July 1995
>
> 3)Rhea Harrikissoon
> 20th February 1986
>
> 4) Andrew Ian James King
>
> 5) Steven Clive Chandler
>
> 6) Jui - Enna Tasaddiq
> 22 December 1995

5/17/2021        Baye Cissé                                            Andrew A. Fahie
4:49:56 PM

---

**#2**                                                          Incoming        WhatsApp

Chat    Call me

5/17/2021        Baye Cissé                                            Andrew A. Fahie
4:52:45 PM

---

**#3**                                                          Outgoing        WhatsApp

Chat

> No with Broda...enemy
>
> 1) Gary Robert Hickinbottom
>
> 2)Bilal Mahmad Rawat
> 16th July 1995
>
> 3)Rhea Harrikissoon
> 20th February 1986(Female)
>
> 4) Andrew Ian James King
>
> 5) Steven Clive Chandler
>
> 6) Jui - Enna Tasaddiq
> 22 December 1995(Female)

5/17/2021        Baye Cissé                                            Andrew A. Fahie
4:53:06 PM

---

**#4**                                                          Outgoing        WhatsApp

Chat                                            Starting now

5/18/2021        Baye Cissé                                            Andrew A. Fahie
11:04:33 AM

---

**#5**                                                          Incoming        WhatsApp

Chat    Ok

5/18/2021        Baye Cissé                                            Andrew A. Fahie
11:06:33 AM

---