## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  22-20191-CR-WILLIAMS(s)

UNITED STATES OF AMERICA

vs.

ANDREW ALTURO FAHIE,
     a/k/a "Head Coach,"
     a/k/a "Coach,"

     Defendant.

_____/

### VERDICT

1.  We, the Jury, unanimously find the Defendant, **ANDREW ALTURO FAHIE**, as to **Count I**
of the Superseding Indictment:

     GUILTY __X__               NOT GUILTY _____

   (a)    If you find the Defendant not guilty as charged in **Count I**, please skip to paragraph

        2.  However, if you find the Defendant guilty as to **Count I**, please now proceed to

        paragraph 1(b) below.

   (b)    We, the Jury, having found the Defendant guilty of the offense charged in **Count**

        **I**, further find with respect to **Count I** that he conspired to import the following

        controlled substance in the amount shown (place an X in the appropriate box):

        <u>Cocaine</u>

        (i) Weighing 5 kilograms or more           [X]

        (ii) Weighing more than 500 grams, but less than 5 kilograms   [   ]

        (iii) Weighing less than 500 grams           [   ]

2. We, the Jury, unanimously find the Defendant, **ANDREW ALTURO FAHIE**, as to **Count II** of the Superseding Indictment:

GUILTY  X            NOT GUILTY _____

(a)   If you find the Defendant not guilty as charged in **Count II**, please skip to paragraph 3.  However, if you find the Defendant guilty as to **Count II**, please now proceed to paragraphs 2(b) and 2(c) below.

(b)   We, the Jury, having found the Defendant guilty of the offense charged in **Count II**, further unanimously find with respect to **Count II** that the "object of the conspiracy" was (place an X in each appropriate box):

(i)     Object #1 - Promotional Money Laundering          [X]

(ii)    Object #2 - Concealment Money Laundering          [X]

(c)   We, the Jury, having found the Defendant guilty of the offense charged in **Count II**, also further unanimously find with respect to **Count II** that the "specified unlawful activity" involved (place an X in each appropriate box):

(i)     Specified Unlawful Activity #1 - an offense involving the felonious importation, sale, or distribution of cocaine punishable under the laws of the United States                                  [X]

(ii)    Specified Unlawful Activity #2 - an offense under BVI law involving bribery of a public official                          [X]

(iii)   Specified Unlawful Activity #3 - an offense under UK law involving bribery of a public official                          [X]

3. We, the Jury, unanimously find the Defendant, **ANDREW ALTURO FAHIE**, as to **Count III**

of the Superseding Indictment:

GUILTY __X__                           NOT GUILTY _____

(a)     If you find the Defendant not guilty as charged in **Count III**, please skip to

paragraph 4.  However, if you find the Defendant guilty as to **Count III**, please

now proceed to paragraph 2(b)  below.

(b)     We, the Jury, having found the Defendant guilty of the offense charged in **Count**

**III**, further unanimously find with respect to **Count III** that the "specified unlawful

activity" involved (place an X in each appropriate box):

(i)      Specified Unlawful Activity #1 - an offense involving the felonious

importation, sale, or distribution of cocaine punishable under the laws of the

United States                                     [X]

(ii)     Specified Unlawful Activity #2 - an offense under BVI law involving

bribery of a public official                      [X]

(iii)    Specified Unlawful Activity #3 - an offense under UK law involving bribery

of a public official                              [X]

4. We, the Jury, unanimously find the Defendant, **ANDREW ALTURO FAHIE**, as to **Count IV** of the Superseding Indictment:

GUILTY X                             NOT GUILTY _____

(a)      If you find the Defendant not guilty as charged in **Count IV**, please disregard section (b) below.  However, if you find the Defendant guilty as to **Count IV**, please now proceed to paragraph 4(b) below.

(b)      We, the Jury, having found the Defendant guilty of the offense charged in **Count IV**, further unanimously find with respect to **Count IV** that the "unlawful activity" was (place an X in each appropriate box):

       (i)      <u>Unlawful Activity #1</u> - a business enterprise involving narcotics or controlled substances           [X]

       (ii)    <u>Unlawful Activity #2</u> - money laundering, in violation of 18 U.S.C. § 1956

                                               [X]

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Miami, Florida, this _8_ day of February, 2024.

Foreperson's Signature                            Foreperson's Printed Name