# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

ANDREW ALTURO FAHIE

## WITNESS LIST

Case Number: 22-20191-CR-KMW

| PRESIDING JUDGE<br>Judge Kathleen M. Williams | PLAINTIFF'S ATTORNEY<br>Kevin Gerarde, AUSA | | DEFENDANT'S ATTORNEY<br>Theresa Van Vliet, Esq. |
|---|---|---|---|
| TRIAL DATE (S)<br>January 8, 2024 | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Oleanvine Maynard |
| 2 | | | 1/30/2024 | | Jossue Dominguez, Drug Enforcement Administration SWORN/TESTIFIED |
| 3 | | | | | John M. Jordan, Drug Enforcement Administration |
| 4 | | | 2/1/2024 | | Brian Witek, Drug Enforcement Administration SWORN/TESTIFIED |
| 5 | | | 2/5/2024 | | Jon Adams, Customs and Border Protection SWORN/TESTIFIED |
| 6 | | | 2/1/2024 | | William Cortes, Customs and Border Protection SWORN/TESTIFIED |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ANDREW ALTURO FAHIE

**EXHIBIT LIST**

Case Number: 22-20191-CR-KMW(s)

| PRESIDING JUDGE<br>Judge Kathleen M. Williams | PLAINTIFF'S ATTORNEY<br>Kevin Gerarde, AUSA | DEFENDANT'S ATTORNEY<br>Theresa Van Vliet, Esq. |
|---|---|---|
| TRIAL DATE (S)<br>January 22, 2024 | COURT REPORTER<br>Patricia Sanders | COURTROOM DEPUTY<br>Michael Santorufo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1a | | 2/1 | ✓ | ✓ | March 20, 2022 - phone call recording |
| 1b | | | ✓ | ✓ | March 20, 2022 - phone call transcript |
| 2a | | | ✓ | ✓ | March 20, 2022 - meeting recording |
| 2b | | | ✓ | ✓ | March 20, 2022 - meeting transcript |
| 3a | | | ✓ | ✓ | March 22, 2022 - phone call recording |
| 3b | | | ✓ | ✓ | March 22, 2022 - phone call transcript |
| 4a | | | ✓ | ✓ | March 29, 2022 - phone call recording |
| 4b | | | ✓ | ✓ | March 29, 2022 - phone call transcript |
| 5a | | | ✓ | ✓ | March 31, 2022 - phone call recording |
| 5b | | | ✓ | ✓ | March 31, 2022 - phone call transcript |
| 6a | | | ✓ | ✓ | April 1, 2022 - phone call recording |
| 6b | | | ✓ | ✓ | April 1, 2022 - phone call transcript |
| 7a | | | ✓ | ✓ | April 7, 2022 - meeting recording |
| 7b | | | ✓ | ✓ | April 7, 2022 - meeting transcript |
| 8a | | | ✓ | ✓ | April 19, 2022 - phone call with K. Maynard recording |
| 8b | | | ✓ | ✓ | April 19, 2022 - phone call with K. Maynard transcript |
| 9a | | | ✓ | ✓ | April 19, 2022 - phone call with Defendant, O. Maynard, and K. Maynard recording |
| 9b | | | ✓ | ✓ | April 19, 2022 - phone call with Defendant, O. Maynard, and K. Maynard transcript |
| 10a | | | ✓ | ✓ | April 27, 2022 - phone call with O. Maynard recording |
| 10b | | 1/2 | ✓ | ✓ | April 27, 2022 - phone call with O. Maynard transcript |
| 11a | | 1/30 | ✓ | ✓ | April 27, 2022 - meeting with O. Maynard recording |
| 11b | | 1/30 | ✓ | ✓ | April 27, 2022 - meeting with O. Maynard transcript |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 4 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | | ANDREW ALTURO FAHIE | | CASE NO. 22-20191-CR-KMW |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 12a / 12a6 | | 1/30 | ✓ | ✓ | April 27, 2022 - meeting with Defendant recording |
| 12b | | 1/30 | ✓ | ✓ | April 27 2022 - meeting with Defendant transcript |
| 13a | | 1/30 | ✓ | ✓ | April 28, 2022 - meeting with Defendant recording |
| 13b | | 1/30 | ✓ | ✓ | April 28, 2022 - meeting with Defendant transcript |
| 14a | | | | | April 28, 2022 - meeting with O. Maynard recording |
| 14b | | | | | April 28, 2022 - meeting with O. Maynard transcript |
| 15a | | 2/1 | ✓ | ✓ | Defendant's Samsung Note 10+ |
| 15b | | 2/1 | ✓ | | Defendant's Samsung Note 10+ - Full Extraction |
| 15c1 | | 2/5 | ✓ | ✓ | Defendant's Samsung Note 10+ - Call Log |
| 15c2 | | 2/5 | ✓ | ✓ | Defendant's Samsung Note 10+ - Contact List |
| 15c3 | | | | | Defendant's Samsung Note 10+ - Messages April 1, 2022 |
| 15c4 | | | | | Defendant's Samsung Note 10+ - Messages April 7, 2022 |
| 15c5 | | 2/5 | ✓ | | Defendant's Samsung Note 10+ - Messages April 27 and 28, 2022 |
| 15c6 | | 2/5 | | | Defendant's Samsung Note 10+ - Messages with O. Maynard |
| 15c7 | | | | | Defendant's Samsung Note 10+ - Messages with C. M. Mercer |
| 15c8 | | | | | Defendant's Samsung Note 10+ - Messages with B. Sylvester -5099 |
| 15c9 | | | | | Defendant's Samsung Note 10+ - Messages with R. Garaway |
| 15c10 | | 2/5 | ✓ | ✓ | Defendant's Samsung Note 10+ - Messages with Dorrie D1 |
| 15c11 | | | | | Defendant's Samsung Note 10+ - Messages with RVIPF Comissioner Mark Collins |
| 15c12 | | | | | Defendant's Samsung Note 10+ - Messages with NSC |
| 15c13 | | 2/5 | ✓ | ✓ | Defendant's Samsung Note 10+ - Messages with Baye Cisse |
| 15c14 | | 2/5 | ✓ | ✓ | Defendant's Samsung Note 10+ - message to E. Crawford |
| 15c15 | | 2/5 | ✓ | ✓ | Defendant's Samsung Note 10+ - April 19, April 27 web history |
| 15d | | 2/5 | ✓ | ✓ | Defendant's Consent Form |
| 16a | | 2/1 | ✓ | ✓ | Defendant's Microsoft Surface |
| 16b | | 2/1 | ✓ | ✗ | Defendant's Microsoft Surface - Full Extraction |
| 17a | | 2/1 | ✓ | ✓ | O. Maynard's iPhone 11 |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ANDREW ALTURO FAHIE | | | | | CASE NO. 22-20191-CR-KMW |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 17b | | 2/5 | ✓ | ~~~~ | O. Maynard iPhone 11 - Full Extraction |
| 18a | | 2/1 | ✓ | ✓ | O. Maynard's iPhone 13 |
| 18b | | 2/5 | ✓ | ✗ | O. Maynard iPhone 13 - Full Extraction |
| 18c1 | | 2/5 | ✓ | ✓ | O. Maynard iPhone 13 - call log 3-15-22 to 4-28-22 |
| 18c2 | | 2/5 | ✓ | ✓ | O. Maynard iPhone 13 - WhatsApp messages with A. Fahie |
| 18c3 | | 2/5 | ✓ | ✓ | O. Maynard iPhone 13 - WhatsApp Messages with K. Maynard |
| 18c4 | | 2/5 | ✓ | ✓ | O. Maynard iPhone 13 - iMessages with K. Maynard |
| 18c5 | | 2/5 | ✓ | ✓ | O. Maynard iPhone 13 - device report |
| 18d | | 2/5 | ✓ | ✓ | Consent Form - O. Maynard |
| 19a | | 2/1 | ✓ | ✓ | O. Maynard's Samsung A12 |
| 19b | | 2/5 | ~~~~ | ~~~~ | O. Maynard Samsung A12 - Full Extraction |
| 19c1 | | 2/5 | ✓ | ✓ | O. Maynard Samsung A12 - Contact List |
| 19c2 | | 2/5 | ✓ | ✓ | O. Maynard Samsung A12 - Call Log |
| 19c3 | | 2/5 | ✓ | ✓ | O. Maynard Samsung A12 - Text Messages with K. Maynard |
| 19c4 | | 2/5 | ✓ | ✓ | O. Maynard Samsung A12 - device report |
| 20a | | 2/1 | ✓ | ✓ | K. Maynard's Red iPhone 11 |
| 20b | | 2/1 | ✓ | ✗ | K. Maynard iPhone 11 - Full Extraction |
| 20c1 | | 2/1 | ✓ | ✓ | K. Maynard iPhone 11 - WhatsApp Messages with O. Maynard iPhone 13 3-20-22 to 4-28-22 |
| 20c2 | | 2/1 | ✓ | ✓ | K. Maynard iPhone 11 - Text Messages with O. Maynard (U.S. Phone) |
| 20c3 | | 2/1 | ✓ | ✓ | K. Maynard iPhone 11 - WhatsApp Messages with O. Maynard (U.S. Phone) |
| 20c4 | | 2/1 | ✓ | ✓ | K. Maynard iPhone 11 - WhatsApp Messages with Roberto Quintero |
| 20c5 | | 2/1 | ✓ | ✓ | K. Maynard iPhone 11 - device report |
| 20c6 | | 2/1 | ✓ | ✓ | K. Maynard iPhone 11 - call log |
| 21a | | 2/1 | ✓ | ✓ | K. Maynard Samsung Galaxy S9+ |
| 21b | | 2/1 | ✓ | ✗ | K. Maynard Samsung Galaxy S9+ - Full Extraction |
| 22a | | 2/1 | ✓ | ✓ | K. Maynard Maxwest Flip Phone |
| 22b | | 2/5 | ✓ | ✗ | K. Maynard Maxwest Flip Phone - Full Extraction |

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. ANDREW ALTURO FAHIE | | CASE NO. 22-20191-CR-KMW | | | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 23a | | 1/30 | ✓ | ✓ | Aerial view of BVI |
| 23b | | 1/30 | ✓ | ✓ | Map of BVI with airport |
| 23c | | 1/30 | ✓ | ✓ | Map of BVI-USVI |
| 24a | | 1/30 | ✓ | ✓ | Map of SA-BVI-USA |
| 24b | | 2/5 | ✓ | ✓ | Map of St. Martin |
| 24c | | 2/6 | ✓ | ✓ | Map of St. Martin - Flamingo Hotel |
| 25 | | 1/31 | ✓ | ✓ | Aerial View of 1440 SW 104 Path, Embassy Suites, Opa Locka Airport |
| 26 | | 1/30 | ✓ | ✓ | Image of Embassy Suites MIA |
| 27 | | 1/30 | ✓ | ✓ | Image of A. Fahie |
| 28 | | 1/30 | ✓ | ✓ | Image of O. Maynard |
| 29 | | 2/1 | ✓ | ✓ | Image of K. Maynard |
| 30 | | 1/30 | ✓ | ✓ | Image of R. Sylvester |
| 31 | | | | | Image of A. Tarabay |
| 32 | | | | | Image of M. El Khatib |
| 33 | | 2/6 | ✓ | ✓ | Image of W. Smith |
| 34 | | 2/6 | ✓ | ✓ | O. Maynard Plea Agreement |
| 35 | | 1/31 | ✓ | ✓ | (4) Photos of U.S. Currency |
| 36 | | | | | O. Maynard - Virgin Pacific and bank accounts |
| Def | 1 | 2/6 | ✓ | ✓ | Photos (Redacted) |
| Def | 2 | 2/6 | ✓ | ✓ | Photos (Redacted) |
| Def | 3 | 2/1 | ✓ | X | PTD HRG |
| Def | 4 | 2/6 | ✓ | | WhatsApp MSG 5/7/21 |
| Gvt 37 | | 2/5 | ✓ | ✓ | Stip of facts |

Page 4 of 4 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES

V.

ANDREW ALTURO FAHIE

## EXHIBIT AND WITNESS LIST

Case Number: 22-20191-CR-KMW(s)

| PRESIDING JUDGE<br>Kathleen M. Williams | | PLAINTIFF'S ATTORNEY<br>Kevin Gerarde, AUSA | | | DEFENDANT'S ATTORNEY<br>Theresa Van Vliet, Esq. |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>January 29, 2024 | | COURT REPORTER<br>Patricia Sanders | | | COURTROOM DEPUTY<br>Michael Santurufo |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | 1 | 2/6/2024 | 1 | Y | Redacted photograph of confidential source |
|  | 2 | 2/6/2024 | 2 | Y | Redacted photograph of confidential source |
|  | 3 | 2/1/2024 | 3 | N | Pretrial Detention Hearing Transcript |
|  | 4 | 2/6/2024 | 4 | Y | Two (2) page excerpt of messages between Baye Cisse and Defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages