UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20191-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW ARTURO FAHIE,

    Defendant.

_____/

**NOTICE OF FILING LETTERS**
**IN SUPPORT OF DEFENDANT AT SENTENCING**

Defendant, ANDREW ARTURO FAHIE, through undersigned counsel, notices the Court and the parties of the filing of the attached letters in support of Defendant at sentencing.

Respectfully submitted,

RICHARD F. DELLA FERA, P.A.
500 East Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394
Telephone:   (954) 848-2872
Facsimile:   (954) 848-2870
Email: rdf@rdfattorney.com
       admin@rdfattorney.com

By:  */s/ Richard F. Della Fera*
     RICHARD F. DELLA FERA
     Fl. Bar No. 66710

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 3, 2024, I electronically filed the foregoing document with the Clerk of Court using CM ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing:

By: */s/ Richard F. Della Fera*
  RICHARD F. DELLA FERA

Sheila Fahie, Kedisha Fahie, & Khadija Fahie

Romney Park, West End Tortola

British Virgin Islands

Email: askf12@hotmail.com

July 24th 2024

Honorable Kathleen Williams

United States District Court

400 N. Miami Avenue

Miami, FL 33128

Re:   United States v. Andrew Alturo Fahie

Dear Judge Kathleen Williams:

We have seen the defendant Andrew Alturo Fahie in the role of a husband, father, leader, friend, among other roles. From the perspective of being his children we have known Andrew Alturo Fahie for 25 and 21 years. Over the years we have seen his dedication to his line of work in politics not wrapped up in titles, but indulging in the well being of the people and their families that created a community. He has positively impacted the lives of so many people wherever he went.

From the perspective of being Andrew Alturo Fahie's wife I have known him for 35 years in total and married for 28 years and counting. Our story began in the classroom of middle school and I have gotten to see his character development in and outside of the classroom. His passion for molding minds manifested when he became an educator at the high school level teaching mathematics. The born leader that my husband is, he later became the principal at the institution he was working at being the BVI High School which is now known as the Elmore Stoutt High School. I have watched him help so many children not just with schooling, but with the struggles that burden them in life. For example, I have seen him help children averting the pressures of being succumbed to the streets with drugs and gang violence, and have saved many lives with his heart for education and children's futures.

Andrew Alturo Fahie wanted not just to impact the children in the classroom, but the people of the British Virgin Islands. He devoted 23 years to being a political activist and leader fighting for the rights of the people in the community. No matter who was leading his genuine concern for people was always his motivation to protect and serve his community.

We have seen Andrew Alturo Fahie putting the community's needs above his own. We can vividly remember the numerous summer camps, back to school supplies giveaways, community clean ups, and scholarships he has facilitated. In facilitating these programs, his heart for the future of the children and the future of the British Virgin Islands was always at the forefront of his passion for his job.

As his family we have spent a great amount of time being apart of and working at the summer camps, back to school giveaways and programs he planned and we got to see the love, respect, and support everyone has for Andrew Alturo Fahie. We have seen him take time to visit the elders within the community with groceries in hand and love in his heart for the people. Andrew has been apart of the community from a young boy and though his responsibilities increased as time passed he still made time to play the piano at various churches on Saturday and Sunday's. Andrew also played on community softball and basketball teams. Staying connected with the community he became a coach and coached men's and women's softball and men's basketball teams.

These are just some examples of Andrew's contributions to the community for there are many more we would most likely have not seen, but for what we have seen, his values of faith, integrity, family, respect, and education, just to name a few have shaped the community we see today. From long hours at work to balancing his home life with his family, not just showing up for his community but his family as well, shows how much of a leader Andrew Alturo Fahie is.

Andrew Alturo Fahie has always honored the past, present and future of the community. He was born and raised within the community and has been a part of helping to build up the community in a greater way not just for locals, but for tourists and visitors as well. The current circumstances do not add up to the character of which we have seen and known our whole life. The numerous people he has helped are more than we can count.

In conclusion, Andrew Alturo Fahie is a respectable, trustworthy, intelligent, honorable man who is more than just a politician, but a husband, father, leader, and friend.

Sincerely,

_____          _____          _____
Sheila Fahie              Kedisha Fahie             Khadija Fahie

Dr. Peache Brewley
Free Bottom Tortola
British Virgin Islands
VG 1110
peacheb@gmail.com

Wednesday, July 10th 2024

The Honorable Kathleen Williams
United States District Court
400 N Miami Avenue
Miami, Florida 33128

Re: Andrew Alturo Fahie

Dear The Honorable Kathleen Williams,

I am a medical doctor with 12 years experience in the field. After receieving my medical degree, I went on to speacialize in Internal Medicine and later completed a masters degree in Public Health and Healthcare Management. My love for people and my passion for helping others are the reasons I chose this career.

I have known Mr Andrew Alturo Fahie for 21 years, even though I would have heard his name mentioned as a humble politician very often in the community being the very friendly, popular and community oriented person he is. I had my first encourter with him at age 16. I was selected to speak at a youth symposium, Mr Andrew Alturo Fahie attended as the minister of education. During my speech he enquired about me as he was impressed with my presentation and made it his duty to speak to me at the end of the event. He came to me and introduced himself then told me " young lady your future is bright I know you will make a mark anywhere you go in this world. You are very intelligent and mature for your age...you speak with such conviction, the sky is the limit!"      I cherish that brief moment and always think back on those words knowing somoene of such caliber believes in me and expect me to excel in my endevours. When I completed my secondary education I enrolled in university, whenever Mr Andrew Alturo Fahie saw my mother he would ask about my progress and made sure to mention how much he was proud of me.

Mr. Andrew Alturo Fahie is a fair and honest person and would never intentionally hurt or attempt to mislead anyone. I can only speak of the individual I know him to be. He demonstrates a genuine love for God, whenever he speaks, he will always use that opportunity to thank God before he makes his presentation and never end without talking about the mercies of God. That shows me he has a solid spiritual foundation and he was never ashamed of declaring his belief in God publicly. He is very caring,

compassionate and never afraid to extend a helping hand. If he can't get the job done then he will defintely make a call and ask someone else to assist you.

My medical career started at the University of the West Indies, Mount Hope Trinidad. In my second year of studies my scholarship was misteriously taken away from me as my transcripts and other files at the ministry of education vanished. I went an entire year without scholarship funding but being the determined person that I am, I didn't withdraw from my classes eventhough I didn't have the funds to pay for the next semester. In a casual conversation with Mr Andrew Fahie when he learnt of what transpired to me he made one phone call and in less than three days, two checks were ready at the ministry for me to collect. Mr Andrew Alturo Fahie has helped so many people and never look for anything in return, only one thing he would ask of you... "please go and do your best". When it was time for me to specialize, Mr Andrew Alturo Fahie came to my rescue yet again and I have dedicated my recent masters degree to him because without his assistance I wouldn't be the successful physician I am today. Currently I am faced with a problem and I know for a fact if Mr Andrew Fahie was available he would have already delivered on my request without hesitation.

January 2022 I expressed my gratitude to Mr Andrew Alturo Fahie and presented him a customized journal for his continued love, support, assistance and most importantly his words of wisdom and encouragement. Occasionally he would send me whatsapp messages just to check on me and he would never end the conversation without telling me he is very proud of me. The day before he got arrested was the last day I received one of those messages.

In life I always believe you should remain grateful to those who helped you along the way. In light of that it is my honor to write this letter. Mr Andrew Alturo Fahie and I spoke about moving the healthcare system in the Virgin Islands to another level and he had the confidence in me to achieve this goal despite the challenges we face being a small territory. He was certain that I would break the barriers and get it done! He believed in me... he never doubted my ability, he would tell me convincingly " Dr Brewley I know you will get it done."

In conclusion, Your Honor, I am aware of Mr Andrew Alturo Fahie case and have been following it closely and I know the severity of the charges. I must be truthful if I was asked to write a character letter for anyone else in the same situation as Mr Andrew Alturo Fahie... I wouldn't have done it but without hesitation I present to you my character letter for Mr Andrew Alturo Fahie. I respectfully request that you consider everything mentioned in this letter when making your decision.

Sincerely,

Dr. Peache Brewley

Duncan E. Williams
Zion Hill, West End Tortola
British Virgin Islands
Telephone:- 1-284-544-1098
Email:- dewilliams189@gmail.com
rockerswill@hotmail.com

The Honorable Kathleen Williams
United States District Court
400 N. Miami Avenue
Miami, FL 33128

Re: Andrew Alturo Fahie

I am Duncan E. Williams, a national of the Commonwealth of Dominica, and have been residing in the Territory of the Virgin Islands for the last thirty-nine (39) years. I am a retired Police Officer who served the Territory for thirty-four (34) years. I retired in the rank of Chief Inspector of Police on October 12, 2019. I am married and am the father of four adult children and the grandfather of four.

I have known Andrew Alturo Fahie for more than thirty (30) years. Upon marrying one of his family members, I became more acquainted with him, especially after residing within the same constituency, on the western end of the island of Tortola. As our relationship developed, I realized his interest in the development of people and his community by his actions and his articulation, during our numerous conversations. He was involved in, and organized, many events in the church as a lead musician and choir director. As a teacher and community activist, he opened the Big Ben's Music School, where he taught many young people, including my daughter, how to play the piano. He also organized many activities and was a player and coach for the softball and basketball teams in the community. Because of his many community attributes, he was encouraged by many of us to enter politics in 1995. Unfortunately, he was unsuccessful. We, however, pushed further and he contested the 1999 General Election and was elected to serve our community which is known as the First Electoral District in the Territory.

After being elected, Andrew's mission was to further the development of the people to become greater. He ensured that numerous young people from our community attained further education, since he saw education as the catalyst to transforming the entire community and the territory, by extension, with a view to help elevate living standard. During his tenure as Education Minister (2003-2007), every fiscal year he ensured that more money was placed in the National Budget for the education of the people. Students who met the standard required, received scholarships. He also ensured that money was placed in the National Bank of the Virgin Islands to assist those who did not meet scholarship criteria but wanted to further their education. They were fortunate to receive loans through this initiative. Two of my children received scholarships and one received funding through the National Bank. Thanks to the work

of Andrew Fahie, three of my children were able to attend universities. One is an Attorney; one is an Educator; and the other is an Architectural Engineer. We are only one family and the impact his leadership had on us is substantial and forever etched in our hearts. If he has impacted us so greatly, can you imagine the stories of changed lives throughout the entire community and Territory?

As a retired Investigator, I understand the circumstances under which he was arrested and later convicted. However, I can only speak of the good I know, and, on that basis, I am therefore, seeking your good office to be lenient as possible when sentencing.

I do not know all the facts; however, I am of the firm view that everyone who faulters for the first time deserves a second chance.


I crave your indulgence,

*[signature]*

Duncan E. Williams
Retired Chief Inspector of Police
Resident of the First Electoral District, BVI

Judge Rosalind Toulson
42 Crippen Drive
New Castle, DE 19720
June 18th 2024.


Re: Character Reference for Andrew Fahie

Your Honor,

I hope this letter finds you well. I am writing to you on behalf of Andrew Fahie, whom I have had the privilege of knowing for the past 17 years. In this time, I have witnessed firsthand Andrew's unwavering commitment to supporting young athletes in the British Virgin Islands community, particularly in their pursuit of higher education in the United States.

As a friend, I have seen Andrew dedicate countless hours and resources to assisting athletes from the BVI to navigate the complexities of the U.S. college admissions process. His efforts have not only enabled these individuals to secure athletic scholarships but have also empowered them to achieve their academic and personal aspirations.

Andrew Fahie's leadership and generosity have been instrumental in transforming the lives of these young athletes, many of whom come from underprivileged backgrounds. His genuine concern for their well-being extends beyond their athletic achievements, as he consistently encourages them to excel academically and serve as positive role models in our community.

As a foster mom to the children introduced to me by Andrew Fahie, I have had the privilege of witnessing Andrew's unwavering integrity, deep compassion, and tireless advocacy for educational opportunities over the years. His dedicated efforts have made a profound and enduring impact on the BVI community, nurturing a culture of excellence and perseverance among the youth.

In conclusion, I offer my full endorsement of Andrew Fahie as a person of outstanding character, highlighting his substantial contributions to the advancement of education and athletics in the BVI. His unwavering dedication is certain to serve as a powerful inspiration for future generations striving to achieve their full potential.

Sincerely,

Judge Rosalind Toulson.