UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20191-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW ARTURO FAHIE,

    Defendant.

_____/

**NOTICE OF FILING ADDITIONAL LETTER
IN SUPPORT OF DEFENDANT AT SENTENCING**

    Defendant, ANDREW ARTURO FAHIE, through undersigned counsel, notices the Court and the parties of the filing of the attached letter in support of Defendant at sentencing.

Respectfully submitted,

RICHARD F. DELLA FERA, P.A.
500 East Broward Blvd., Suite 1710
Fort Lauderdale, FL 33394
Telephone: (954) 848-2872
Facsimile: (954) 848-2870
Email: rdf@rdfattorney.com
       admin@rdfattorney.com

By: */s/ Richard F. Della Fera*
    RICHARD F. DELLA FERA
    Fl. Bar No. 66710

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 4, 2024, I electronically filed the foregoing document with the Clerk of Court using CM ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the service list below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing:

By: */s/ Richard F. Della Fera*
     RICHARD F. DELLA FERA

Shakiel Humphrey-Toulson
2724 Preakness Place
Celina, Texas 75009
June 17th 2024.


Re: Character Reference for Andrew Fahie

Your Honor,

I hope this letter finds you well. I am writing to provide a character reference for Mr. Andrew Fahie, whose positive impact on my life I wish to highlight.

My name is Shakiel Humphrey-Toulson, and I am one of the many individuals Mr. Fahie has helped bring to the United States. I arrived in this country with his assistance and guidance, and through his unwavering support, I have been able to achieve significant academic and professional milestones. Currently, I hold two master's degrees and am pursuing a career in healthcare marketing, a field I am passionate about and deeply committed to.

Mr. Fahie's role in my journey cannot be overstated. He not only facilitated my immigration process but also provided invaluable mentorship and encouragement throughout my educational and professional endeavors. His dedication to helping others achieve their dreams is truly inspiring. Mr. Fahie's commitment to supporting individuals like myself demonstrates his unwavering integrity, compassion, and belief in the power of education and opportunity.

Beyond his role in facilitating my immigration process, Mr. Fahie has been a pillar of support in my life, offering guidance and encouragement during challenging times and celebrating my achievements with genuine pride. His kindness, generosity, and selflessness have left an indelible mark on my life, shaping me into the person I am today.

In conclusion, I wholeheartedly believe that Mr. Andrew Fahie is a person of exceptional character and integrity. His contributions to my life and to the lives of many others exemplify his commitment to serving others and making a positive impact in the British Virgin Islands. I am deeply grateful for his support and mentorship, which have been instrumental in my personal and professional growth.

Sincerely,

Shakiel Humphrey-Toulson, MBA.