UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-CR-20191-KMW(s)

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

**ANDREW ALTURO FAHIE,**

    **Defendant.**
_____/

### MOTOIN TO LEAVE TO WITHDRAW AS COUNSEL OF RECORD

VENABLE LLP and the undersigned counsel, hereby moves the Court for leave to withdraw as counsel of record for Mr. Fahie.

1. On February 8, 2024, Mr. Fahie was found guilty by jury trial of Counts One through Four of a five-count Superseding Indictment. Count One charged him with conspiracy to import five kilograms or more of cocaine, in violation of 21 U.S.C. §§ 952(a) and 963; Count Two charged him with conspiracy to engage in money laundering, in violation of 18 U.S.C. § 1956(h); Count Three charged him with attempted money laundering, in violation of 18 U.S.C. § 1956(a)(2)(A); and Count Four charged him with foreign travel in aid of racketeering, in violation of 18 U.S.C. § 1952(a)(3). Mr. Fahie was not named in Count Five of the Superseding Indictment.

2. Mr. Fahie was sentenced on August 5, 2024. The Court imposed the following sentence: imprisonment for a term of 135 months as to Counts 1 through 4 of the Indictment; followed by 5 years supervised release; a special assessment of $400.00.

3. A protective Notice of Appeal was timely filed, after the Court granted a brief extension of time, on September 19, 2024. (DE 296).

1

4.     Richard Della Fera, P.A. also filed its Motion for Leave to Withdraw and for Appointment of Appellate Counsel on September 19, 2024. (DE 297). Mr. Della Fera was originally intended to serve as appellate counsel but now moves to withdraw based on Mr. Fahie's inability to retain him. Mr. Della Fera also moves the Court to appoint counsel to Mr. Fahie for purposes of the appeal.

5.     The undersigned assisted Ms. Van Vliet in the preparation and trial of this case. Ms. Van Vliet was retained solely through the sentencing in this case with Mr. Fahie's understanding and agreement. The Court is familiar with the undersigned's participation in the representation of the Defendant throughout the proceedings.

6.     Ms. Van Vliet was terminated as counsel of record on September 20, 2024.

In light of the foregoing, the undersigned respectfully requests that the Court grant VENABLE LLP and Joyce Delgado's motion to withdraw as counsel of record for Mr. Fahie as set forth above.

Dated: September 24, 2024.

Respectfully submitted,

**VENABLE LLP**
*Counsel for Defendant Andrew A. Fahie*
200 East Broward Blvd., Suite 1110
Fort Lauderdale, FL 33301
Telephone: 954-453-8000
Telefax: 954-453-8010

By:    /s/ *Joyce A. Delgado, Esq.*
       Joyce A. Delgado, Esq.
       Fla. Bar No. 1002228
       jadelgado@venable.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all parties registered to receive electronic notice via CM/ECF Notification on September 24, 2024.

By: /s/ *Joyce A. Delgado, Esq.*