UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER 22-CR-2019-KMW

UNITED STATES OF AMERICA

        **vs.**

ANDREW ALTURO FAHIE

---

TRIAL HELD 1-29-2024
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

---

APPEARANCES:

FOR THE UNITED STATES:    **Kevin Gerarde, A.U.S.A.**
                          **Sean McLaughlin, A.U.S.A.**

FOR THE DEFENDANT:        Theresa M. Van Vliet, ESQ.
                          **Joyce Delgado, ESQ.**

REPORTED BY:              PATRICIA SANDERS, RPR
                          United States Court Reporter
                          400 North Miami Avenue, Suite 11-3
                          Miami, FL  33128
                          T: 305.523.5528
                          Patricia_sanders@flsd.uscourts.gov.

1           THE COURTROOM DEPUTY: Calling Case No. 22-CR-20191

2    United States of America versus Andrew Alturo Fahie.

3           Counsel, please state your appearances for the

4    record starting first with the United States.

5           MR. GERARDE:  Good morning, Your Honor, Kevin

6    Gerarde on behalf of the Government.  Seated with me at

7    counsel table is A.U.S.A Sean McLaughlin.

8           THE COURT:  Good morning, gentlemen.

9           MS. VAN VLIET:  Good morning, Your Honor, Theresa

10   Van Vliet and Joyce Delgado on behalf of the defendant Andrew

11   Fahie; who is present in court.

12          THE COURT:  Good morning, counsel.

13          Good morning, Mr. Fahie.

14           THE DEFENDANT:  Good morning, Your Honor.

15          THE COURT:  Good morning, ladies and gentlemen.  My

16   name is Judge Kathleen Williams, this is my courtroom, and I am

17   going to be presiding over this case.

18          Now, you are all here this rather brisk Monday

19   morning because a few weeks ago you received a letter in the

20   mail and in that letter was a summons, a Court order, telling

21   you to be here this morning.

22          Now, I am going to guess that not many of you when

23   you opened the envelope, exclaimed, oh, joy, I've been summoned

24   to jury service.

25

1          I am going to guess that some of you were annoyed,

2     peeved and a little upset because you have jobs and you have

3     lives and you have doctor's appointments.

4          You have college classes, you have children you have

5     to attend to -- perhaps even parents -- and you have many other

6     things which you may believe are more important than being here

7     this morning.

8          Respectfully, I am going to disagree with you on that

9     because there is another document that brought all of us here,

10    you, the lawyers, me, everyone and that document is at the

11    heart of who we are -- it is the framework for all of our

12    lives -- and it starts with the words "We the People".

13         And I speak, of course, of our Constitution.

14         The right to a trial by jury is one of the most

15    important Constitutional rights of a free society, therefore

16    jury service is one of the most important functions and one of

17    the most important roles you as citizens can perform.

18         Without you the Justice System does not work; and

19    words like "equal justice" under the law and due process of law

20    are just words on old yellow paper under Plexiglass in an old

21    building in Washington.

22         You make the promises of our Constitution real.  So

23    on behalf of the parties, on behalf of all of the Judges in

24    this building, I want to start by thanking you for being here

25    today.

1          Now, I know that for some of you, maybe most of you,

2     this is unfamiliar.  Don't be concerned however. The lawyers

3     are here, and they will tell you about the case, and I am here

4     and I will give you instructions on the law and the role you

5     will perform as jurors.

6          And so let me start by introducing you to some of the

7     people you will encounter at least for most of today.

8          Let me first introduce you to my courtroom deputy

9     Michael Santorufo.  Mr. Santorufo runs the courtroom, he runs

10    my calendar and he pretty much runs my life, and so he'll run

11    your life at least for the next few hours.

12         My court reporter is Patricia Sanders.  Ms. Sanders

13    takes down everything that's said in court in case at a future

14    time there might be need of a record.

15         You'll see my lawyers -- Judges have lawyers -- my law

16    clerks Richard Marsico and Bryant Anthony.  You will see them

17    coming in and out during the trial.

18         There are also court security officers here; and they

19    are here to protect the integrity of the process as well as

20    your service.

21         If you have any questions about your service as jurors,

22    what time are we to be here, where do I get my parking

23    validated, things of that nature, feel free to ask any of the

24    people I have just introduced you to.

25

1          At no time -- we'll talk about this more in a little

2     bit -- are you to talk to anyone about this case or to ask

3     anyone about any of the matters you hear in the courtroom or

4     matters regarding this case.

5          All right.  At this time, ladies and gentlemen, I am

6     going to ask Mr. Santorufo to swear you in as possible jurors

7     in this case.

8          And I want to let you know that anything you say here

9     this morning is under oath and anything that you write in the

10    questionnaire you've been given is also under oath. So if you

11    would please stand and raise your right hand to be sworn.

12                    JURY PANEL SWORN

13         THE COURT:  Ladies and gentlemen, the lawyers and I

14    are going to be asking you questions about your qualification

15    to serve as jurors.

16         This part of the trial is called voir dire; that is

17    French to speak the truth.

18         And the reason for this is because we need to be

19    certain that the decisions that the jurors chose and make are

20    fair and impartial and are not influenced in any way by some

21    particular experience you might have had or some special

22    knowledge you have about matters that relate to this case.

23         Our goal is to choose jurors who will listen to and

24    make their decision based only on the evidence in the case.

25

1          Evidence includes eye witness testimony, as well as

2    documents and exhibits that are receive into evidence here in

3    this courtroom.

4          Please, please, please understand our questions are not

5    meant to pry into your personal lives or embarrass you in any

6    way.  The questions are designed solely for us to determine

7    whether or not we can choose a fair and impartial jury in this

8    matter.

9          Now not everyone is going to be chosen to serve on

10   this jury.  First of all, don't be offended if you're not

11   chosen -- that's certainly not the purpose -- and also don't be

12   concerned because there are lots of Judges in this building who

13   are going to trial.

14         If you are not selected for this case odds are you're

15   going to be picked for another case; so don't worry.

16         Now let me tell you a little bit about the case.

17   First I am going to tell you how long the case is going to

18   last.  The case we think will last two weeks, maybe a day or

19   two more.

20         Let me ask, as to the length of the trial, does the

21   potential length of trial pose any serious problem for any of

22   you in terms of service?.

23         And, ladies and gentlemen, we will always start with

24   the box -- right up here it is called the box, but it is really

25   an oblong.

```
 1            All right.  We will start with Juror Number 4; Ms.
 2   LaRose.  Good morning.
 3            MS. LAROSE:  Good morning.  I'm a teacher and so I
 4   just -- I like for my students and everything to have me there
 5   so I am not depending on a substitute teacher for the lessons
 6   and stuff.
 7            THE COURT:  Okay.
 8            MS. LAROSE:  That's all.
 9            THE COURT:  I appreciate you sharing that with us.  I
10   appreciate your commitment to your students.  I'm certain your
11   school principal will not mind your being here and performing
12   your civic duty.
13            If there's any issue I will phone him or her and them
14   about the important civic lesson you can teach your students.
15            How old are your students?
16            MS. LAROSE:  Kindergarten.
17            THE COURT:  Well, not yet, but soon though.
18            Juror Number three.
19            MS. CASTILLO:  I have a kidney transplant that is
20   coming up.  I have to go to my doctor's appointment for lab
21   tests.  It's not like a every day but, you know, maybe once a
22   week or so.
23            THE COURT:  That is not a problem.
24            MS. CASTILLO:  Thank you.
25
```

```
1            THE COURT:  It is important to all of us that your
2   health be maintained and so we will work with you on doctor's
3   appointments.
4            Thank you for telling us.
5            MS. CASTILLO:  You're welcome.
6            THE COURT:  Going now to Juror Number 9.
7            MS. HOLECEK:  Your Honor, I have a small startup that
8   is in a bit of a precarious position --  since the last eight
9   weeks when I filled out the survey -- I have a pressing event
10  on Thursday.
11           THE COURT:  What time is the event?
12           MS. HOLECEK:  It is at noon in Palm Beach.
13           THE COURT:  Thank you for letting us know, and
14  hopefully if you're chosen, we will be able to work with that.
15           All right. Juror Number 10.
16           MS. BARRERAS:  Hi there.  I have a question regarding
17  the start and end time.  I'm okay with the duration.  I am a
18  single mom, and so I'm just not aware of, like, what time would
19  it start and what time would it end.
20           THE COURT:  That's an excellent question.  And we
21  work with moms like yourself because we know you have pick up
22  and drop off.
23           Generally speaking it is nine to five; but if you
24  need to be here later in the morning because you're dropping
25  your child off and leave a little earlier we work with you.
```

```
 1          MS. BARRERAS:  Excellent; thank you.

 2          THE COURT:  Thank you so much.

 3          UNIDENTIFIED JUROR:  I have the same issue with pick

 4   up.  I have to pick up my kids -- I have to get to the school

 5   at 3:05 to pick them up.

 6          THE COURT:  Now, in terms of a backup -- let's say

 7   something were to happen where you were not available to pick

 8   them up -- is there someone who would pick them up?

 9          The point I am getting at is whether you could maybe

10   make arrangements with that person to pick them up and then you

11   do it the next day; so that we could stagger the schedule?

12          UNIDENTIFIED JUROR:  Yes; their father.

13          THE COURT:  Thank you.

14          MR. TORRES:  Your Honor, I'm also --

15          THE COURT:  Your juror number is what?

16          MR. TORRES:  Number 14.

17          THE COURT:  Yes, sir.

18          MR. TORRES:  Your Honor, I'm a geometry teacher and

19   my students are close to taking their annual State testing.

20   And with this climate of so much testing every day that I'm

21   away from them they fall behind.

22          They are low achieving students and so they need my

23   hand holding.  The other part that concerns me is my two

24   daughters need to be picked up after school at three o'clock.

25
```

1           THE COURT:  First, let me say that I'm appreciative

2    of your commitment to your students.

3           And, again, I will work with you in terms of scheduling

4    so you can pick up your daughters.  Obviously if we need to

5    break early every day, it means the trial might go a day or two

6    longer.

7           But we will of course make those accommodations because

8    in the hundreds of years since the Republic was founded, and

9    jurors were called in to serve, everybody has had children and

10   jobs and commitments.

11          And if we did not work around that, we would never,

12   ever, ever, ever, ever -- to quote the very famous person who

13   was at the playoff game yesterday -- we would never ever have a

14   jury.  So I appreciate your sharing that with us.

15          MR. TORRES: Thank you, Your Honor.

16          THE COURT:  Going now to the back.  And for those of

17   you who are seated in the back, you will have to stand up

18   because I cannot see you all the way back there.

19          MS. MUNOZ:  Good morning.  I'm a self employed mom...

20          THE COURT:  And your name for the record, please.

21          MS. MUNOZ:  My name is Agata Munoz.  I'm a self

22   employed mom and I also need to pick up my daughter at three

23   o'clock.

24          THE COURT:  Thank you so much.  We will add your name

25   to that list.

1          All right.  If you would tell us your name.

2          MS. ZUBIZARRETA:  Good morning.  My name is Yaritza

3     Zubizarreta.

4          THE COURT:  Yes, ma'am.

5          MS. ZUBIZARRETA:  I just wanted to ask you about the

6     time to be here since I am coming from Homestead and I have a

7     daughter to drop off at school -- which the earliest that I can

8     do that is 7:45 a.m.

9          THE COURT:  Okay.

10         MS. ZUBIZARRETA:  Since my daughter is a diabetic

11    girl, I have to be in constant communication with her nurse at

12    school.  I am not sure if I can use my phone here, so that is

13    why I am asking.

14         THE COURT:  We will make sure we adjust the start

15    time for your schedule so that is not a problem.

16         MS. ZUBIZARRETA: Oh, okay.

17         THE COURT:  You are not permitted to have your phone in

18    the courtroom while the proceedings our ongoing -- and I'll

19    explain that later -- but the nurse would have Mr. Santarufo

20    and Mr. Anthony's number in case you needed to be reached.

21         And if there is a need for her to speak to you, the

22    call will come in, we will break at that time and send you out

23    to deal with it.

24         MS. ZUBIZARRETA:  Okay; Thank you.

25         THE COURT:  Yes, sir.

```
 1           MS. MARTINEZ:  My name is Zayda...
 2           My problem is not the time -- it is my speaking -- the
 3   English is not so good.  I don't think that I will be able to
 4   understand enough.
 5           THE COURT:  All right. I will let you speak with Mr.
 6   Santorufo -- who speaks Spanish -- and so he will explain what
 7   will happen next.
 8           I want you to think about what community service you
 9   can do since you cannot sit for jury service.  You can serve at
10   a church, a homeless shelter -- some other service you can
11   think of in our community -- in place of serving on this jury.
12   But we will handle that a little later.
13           MS. MARTINEZ:  Okay.
14           MR. HAM:  Good morning, Your Honor.
15           THE COURT:  Good morning.
16           MR. HAM:  My name is Edwin Ham.  I'm a law student at
17   the University of Miami. I'm a full-time student so I am not
18   sure how it will work with me being here and not in class.
19           THE COURT:  How exciting and lucky for you to be here
20   in an actual trial.  And if you have even the slightest bit of
21   a problem with any of your classes, let me say this, I have a
22   "particular" relationship to the University of Miami and so you
23   won't have any issues.
24           MR. HAM:  Actually I'm taking criminal procedures
25   right now, so this is going to be more exciting for me.
```

1           THE COURT:   It will be a great experience if you are

2    chosen as a juror.

3           MR. HAM:   I hope so.

4           THE COURT:   Thank you so much.

5           MS. AQUINO:   Good afternoon.   My name is Norma Aquino

6    and I have health issues with my heart.   I don't know if that

7    is going to be a problem for me to participate or not.   But I

8    am very honored to be here right now.

9           THE COURT:   Well, we are actually honored to have all

10   of you here.   As to your health condition, I am going to be

11   asking your number if there are health matters they would like

12   to address.

13           But let me reassure you, we are so very appreciative of

14   your time and service, and so we work with you all in terms of

15   any medical issues, children's school; or anything else that

16   you may need to attend to.

17           MS. AQUINO: Thank you so much.

18           THE COURT:   All right.   Ladies and gentlemen, let me

19   give you a brief summary of the case that will be presented

20   here at trial.

21           The United States has brought charges against Mr.

22   Fahie by way of an indictment.   An indictment is not evidence

23   of anything, it's merely the document that tells Mr. Fahie what

24   he is being accused of.

25

1          And in this instance the United States charges that Mr.

2    Fahie, who at the time was the Premier of the British Virgin

3    Islands, conspired with others to import cocaine into the

4    United States.

5          So, that is Count 1.

6          And in Count 2, he is accused of conspiring to engage

7    in money laundering.

8          Count 3 alleges that Mr. Fahie attempted to commit

9    money laundering.

10         And, finally, Count 4 states that Mr. Fahie traveled

11   internationally in aid of racketeering.

12         Mr. Fahie has entered a plea of not guilty to all of

13   these charges.

14         So has anyone heard anything about this case?

15         All right.  Now before I ask you some broader

16   questions I am going to have the lawyers introduce themselves

17   again; and then I am going to go through a list of not just

18   witnesses but people whose names you might hear about in

19   connection with the case.

20         And I will need to know if any of you either know or

21   recognize any of the names I read.

22         So, again, on behalf of the United States.

23         MR. GERARDE:  Good morning, ladies and gentlemen, my

24   name is Kevin Gerarde, appearing on behalf of the United

25   States.

15

1          MR. MCLAUGHLIN:  Good morning, ladies and gentlemen,

2   I'm Assistant United States Attorney Sean McLaughlin.

3          THE COURT:  Do any of you know either Mr. Gerard or

4   Mr. McLaughlin?

5          All right. On behalf of the defense.

6          MS. VAN VLIET:  Good morning, ladies and gentlemen,

7   my name is Teresa Van Vliet.  And I, along with Joyce Delgado,

8   represent Mr. Fahie, who is sitting at the end of the table.

9          And we're with a law firm called Venable.

10         THE COURT:  Do any of you know Ms. Van Vliet, Ms.

11  Delgado, Mr. Fahie or have any affiliation with the law firm

12  Venable?

13         All right.  I am now going to recite the names of the

14  people who may be testifying during the trial or whose names

15  you may hear about during the trial.  And I will ask if you

16  know any of these folks.

17         Oleanvine Maynard, Kadeem Maynard, Jose Dominguez of

18  the DEA or the Drug Enforcement Administration, John Jordan of

19  the DEA, Brian Witek of the DEA, John Adams of Customs and

20  Border Protection, William Cortez of Customs and Border

21  Protection.

22         Do any of you know or have you heard of anyone on the

23  list of names I have just read?

24         For the record I see no hands.

25

1          Now, before I speak to you each individually, I want

2     to briefly talk to you as a group about the fundamentals of our

3     Criminal Justice System, which are the legal principles that

4     govern every case that is heard; and therefore will govern this

5     case.

6          Now, the first question is as to the presumption of

7     innocence.  A defendant in the United States is presumed

8     innocent until proven guilty.

9          Is there any one of you who cannot fully accept that

10    basic principle of our justice system?

11         A defendant cannot be found guilty unless his or her

12    guilt is proven beyond a reasonable doubt by the United States.

13    Is there anyone who cannot accept that principle?

14         A defendant can only be convicted based on evidence

15    that is presented in this courtroom and not based on anything

16    you've read on Google, in the media, or anything outside this

17    courtroom.  Is there anyone who cannot follow that principle?

18         Now, a defendant does not have to testify on his or

19    her behalf, and if he or she does not testify -- here it is

20    obviously a he -- you can draw no inference of guilt from that

21    fact; you cannot hold that against him. Is there any one of you

22    who cannot fully accept that principle?

23         A juror must accept the law as I instruct you on the

24    law.  You are the judges of the facts in the case.

25

```
 1              I am the Judge of the law and so you must accept my

 2    legal instructions to you even if you don't agree with them or

 3    like them.  Is there anyone who cannot follow that principle?

 4              And, finally, is there any reason at all that any of

 5    you think you might be partial to the Government or the defense

 6    and so would not be able to decide this case based only on the

 7    evidence?

 8              Yes, sir.  And it is Mr. Torres, correct?

 9              MR. TORRES:  Yes.

10              THE COURT:  Yes, sir.

11              MR. TORRES: The fact that this case deals with the

12    drug trade and that there is drug trafficking bothers me; And

13    so just hearing that this has to do with trafficking gives me a

14    headache.

15              THE COURT:  Well, I don't think that anyone hearing

16    about drugs in any context is something that is perceived as a

17    good thing.

18              But the question is could you listen to the evidence

19    that the Government presents -- because there is no obligation

20    for Mr. Fahie to present a defense -- wait until you hear my

21    instructions at the end and then make a decision based on what

22    has been presented?

23              MR. TORRES:  It's just painful, Your Honor -- because

24    my oldest brother died a heroin addict -- so it really affects

25    me.
```

1          THE COURT:  I'm sorry.  I appreciate your sharing

2    that with us.   This case does not involve heroin, but it still

3    involves the importation of drugs.  Do you think you can set

4    that aside and look to the evidence as it is presented here and

5    make a decision; being fair to both sides?

6          MR. TORRES:  It would be difficult.

7          THE COURT:  Thank you for your honesty.

8           Let's begin with our individual questions.  Starting

9    with Juror Number 1.

10          And if you would wait until you get the microphone

11   before you begin speaking.

12          All right. If you would tell us your name.

13          MR. GUTIERREZ:  My name is Modesto Matthew Gutierrez.

14          THE COURT:  How old are you and where were you born?

15          MR. GUTIERREZ:  28 years old and I was born here in

16   Miami.

17          THE COURT:  All right.  And I will use you as the

18   example for all the others who will come behind you.  When I

19   ask you where you live, I don't want an exact address, but just

20   generally what part of town you live in.

21          MR. GUTIERREZ:  Hialeah.

22          THE COURT:  And if you would tell me about your

23   educational background.

24          MR. GUTIERREZ:  I have a Bachelor's in history with a

25   minor in social studies education.

```
 1            THE COURT:  And where did you get your degree?

 2            MR. GUTIERREZ:  Florida International University.

 3            THE COURT:  And what do you do for a living?

 4            MR. GUTIERREZ:  I'm a teacher at Christopher Columbus

 5   High School teaching theology to high school students.

 6            THE COURT:  Do you have a spouse or partner?

 7            MR. GUTIERREZ:  No.

 8            THE COURT:  And do you have any children?

 9            MR. GUTIERREZ:  No.

10            THE COURT:  Tell me where you get your news.

11            MR. GUTIERREZ:  Right now just online -- from a news

12   feed -- sometimes television as well.

13            THE COURT:  Is there any particular news site or

14   television channel you go to more than others?

15            MR. GUTIERREZ:  No; just the Google news feed.

16            THE COURT:  Tell us about your social media presence

17   if you would.

18            MR. GUTIERREZ:  I'm on Facebook and Instagram. I'm

19   not really a heavy social media user.

20            THE COURT:  So, no Twitter?

21            MR. GUTIERREZ:  I have a Twitter account, but I

22   haven't used it in years.

23            THE COURT:  What do you like to do, read or watch in

24   terms of books and television or activities in your spare time?

25
```

```
 1              MR. GUTIERREZ:  I like to watch sports.

 2              THE COURT:  Yesterday was a big day.

 3              MR. GUTIERREZ:  Yeah.  I also like movies.  I like to

 4    read nonfiction.  I read the Bible as a theology teacher.  I

 5    also read history texts.

 6               I don't watch TV shows that often, but when I do I

 7    will go sort of back in the day with something like Everybody

 8    loves Raymond.

 9              THE COURT:  Do you participate in or are you a member

10    of any group, club or organization; any teacher's union?

11              MR. GUTIERREZ:  No, I am not.

12              THE COURT:  Do you hold any religious or moral

13    beliefs that would prevent you from sitting on the jury?

14              MR. GUTIERREZ:  No.

15              THE COURT:  Anything you can think of that wouldn't

16    allow you to be fair?

17              MR. GUTIERREZ:  No.

18              THE COURT:  Thank you so much.  And now we'll go to

19    Juror Number 2, Ms. De Los Reyes.

20               Good morning.

21              MS. De LOS REYES:  Good morning

22              THE COURT: Please tell us how old you are and where

23    you were you born.

24              MS. De LOS REYES:  I'm 52 years old.  I was born in

25    New Jersey.
```

```
1              THE COURT:  And what part of Miami do you live in?

2              MS. De LOS REYES:  Doral.

3              THE COURT:  Tell us about your educational

4    background.

5              MS. De LOS REYES:  I have a Bachelor's in nursing.  I

6    did take some grad courses as well.

7              THE COURT:  Are you currently employed as a nurse?

8              MS. De LOS REYES:  I am not a practicing nurse at

9    this time.  I work for a user support system for a health

10   insurance company.

11             THE COURT:  Oh, okay.  And do you have a spouse or

12   partner?

13             MS. De LOS REYES:  No.

14             THE COURT:  And do you have any children?

15             MS. De LOS REYES:  No.

16             THE COURT:  And tell me where do you get your news.

17             MS. De LOS REYES:  Online.

18             THE COURT:  Any one in particular?

19             MS. De LOS REYES:  CNN, Local 10. And then when I

20   turn on the t.v. I watch Fox.

21             THE COURT:  And social media?

22             MS. De LOS REYES:  Facebook, Instagram, LinkedIn.  I

23   have a Twitter, which is called X, but I don't use it.

24             THE COURT:  It's X, right; I keep forgetting and call

25   it Twitter.
```

```
 1              What do you like to read, do or watch in your spare

 2    time?

 3              MS. De LOS REYES:  I like to watch the Law and Order

 4    series, cooking shows, reality t.v. and some Hallmark movies.

 5              THE COURT:  This is a good opportunity for me to

 6    share with the jury that this is not an episode of Law and

 7    order.  This is not Judge Judy, or any of those television

 8    Judges.  I just want to make sure everyone understands that.

 9              MS. De LOS REYES:  Yes, I understand.

10              THE COURT:  Do you participate in or are you a member

11    of any group, club or organization?

12              MS. De LOS REYES:  I belong to the American Nursing

13    Association.  I am the chapter president of the South Florida

14    chapter.  I belong to the Health Information Management

15    Society.  I'm a member as well as a mentor in that group. I'm a

16    board member of our community HOA.

17              THE COURT:  I think that is more difficult than being

18    a Judge.

19         Do you hold any religious or moral beliefs that would

20    prevent you from sitting on a jury?

21              MS. De LOS REYES:  No.

22              THE COURT:  Anything you can think of that wouldn't

23    allow you to be fair?

24              MS. De LOS REYES:  No.

25
```

1              THE COURT:  Thank you so much.  And now we'll speak

2    to Juror Number 3; Ms. Castillo Quintana.

3              MS. CASTILLO:  My name is Quintana Castillo. I am

4    37.  I was born in Cuba.

5              THE COURT:  And what part of Miami do you live in?

6              MS. CASTILLO:  I live south.

7              THE COURT:  Please tell us about your educational

8    background.

9              MS. CASTILLO:  My high school was in Cuba.

10             THE COURT:  Okay.

11             MS. CASTILLO:  I came here and I work for American

12   Airlines as a customer service.

13             THE COURT:  Do you have a spouse or partner?

14             MS. CASTILLO:  Yes.

15             THE COURT:  And tell me what your spouse or partner

16   does for a living.

17             MS. CASTILLO:  He is working for a security company

18   doing security.

19             THE COURT:  Do you have any children?

20             MS. CASTILLO:  No.

21             THE COURT:  Tell me where you get your news.

22             MS. CASTILLO:  Online; news feed.

23             THE COURT:  What about social media?

24             MS. CASTILLO:  I have Twitter -- I think that's it --

25   and YouTube; that's all.

1

2            THE COURT:  What do you like to do in your spare

3    time; what do you like to read and watch?

4            MS. CASTILLO:  I like to travel.

5            THE COURT:  Do you belong to any groups, clubs,

6    organizations, anything like that?

7            MS. CASTILLO:  No.

8            THE COURT:  Do you have any religious or moral

9    beliefs that would prevent you from sitting on our jury?

10           MS. CASTILLO:  No.

11          THE COURT:  Anything you can think of that wouldn't

12   allow you to be fair?

13           MS. CASTILLO:  No.

14           THE COURT:  Thank you so much.

15           Now Juror Number 4; Ms. LaRose again.

16            Good morning.

17           MS. LAROSE:  Hi.

18           THE COURT:  How old are you and where were you born?

19           MS. LAROSE:  42 and I was born in Miami.

20           THE COURT:  And what part of Miami do you live in?

21           MS. LAROSE:  Aventura.  Which takes me a while to get

22   here.

23           THE COURT:  I can imagine.  Unfortunately traffic is

24   awful everywhere.

25

1                Please tell us your educational background.

2           MS. LAROSE:  I have my Bachelor's in elementary

3    education and my Master's in professional student education.

4           THE COURT:  Do you have a spouse or partner?

5           MS. LAROSE:  Yes, I have a husband.

6           THE COURT:  And what does your husband do for a

7    living?

8           MS. LAROSE:  (INAUDIBLE ANSWER)

9           THE COURT REPORTER: Please speak into the microphone.

10          THE COURT:  Yes. I would ask that everyone speak

11   right into the microphone for the benefit of my court reporter.

12          Do you have any children?

13          MS. LAROSE:  Yes, three.

14          THE COURT:  And what are their ages?

15          MS. LAROSE:  10, 11, 12.

16          THE COURT:  What is the social media picture in your

17   household like?

18          MS. LAROSE:  I use everything.

19          THE COURT:  Okay.

20          MS. LAROSE:  I have Instagram, Facebook, Twitter,

21   LinkedIn, TikTok.

22          THE COURT:  With three school aged children in any

23   spare time you have what do you like to do, read or watch?

24          MS. LAROSE:  I like to work out and meditate.

25

```
 1              THE COURT:  And are you a member of any groups,

 2    clubs, organizations, anything like that?

 3              MS. LAROSE:  No.

 4              THE COURT:  Do you have any religious or moral

 5    beliefs that would prevent you from sitting on our jury?

 6              MS. LAROSE:  No.

 7              THE COURT:  Anything you can think of that wouldn't

 8    allow you to be fair?

 9              MS. LAROSE:  No.

10              THE COURT:  Thank you so much.  And now we'll speak

11    to Juror Number 5, Ms. Garcia Martinez.

12              MS. GARCIA MARTINEZ:  Good morning.

13              THE COURT:  Good morning. How old are you and where

14    were you born?

15              MS. GARCIA MARTINEZ:  I am 35.  I was born in Cuba.

16              THE COURT:  And what part of Miami do you live in?

17              MS. GARCIA MARTINEZ:  West Chester.

18              THE COURT:  And tell us about your educational

19    background.

20              MS. GARCIA MARTINEZ:  I did my high school in Cuba.

21              THE COURT:  And what do you do for a living?

22              MS. GARCIA MARTINEZ:  I'm a self-employee.

23              THE COURT:  In what area?

24              MS. GARCIA MARTINEZ:  Insurance; I have an insurance

25    agency.
```

```
1              THE COURT:  Do you have a spouse or partner?

2              MS. GARCIA MARTINEZ:  A husband.

3              THE COURT:  And what does he do for a living?

4              MS. GARCIA MARTINEZ:  He's a UPS driver.

5              THE COURT:  The most popular man in the world right

6    now.

7              MS. GARCIA MARTINEZ: Yes.

8              THE COURT:  And do you have any children?

9              MS. GARCIA MARTINEZ:  Yes, one.

10             THE COURT:  And what age?

11             MS. GARCIA MARTINEZ:  10.

12             THE COURT:  Tell me where you get your news.

13             MS. GARCIA MARTINEZ:  I don't see any news.

14             THE COURT:  Did I ask you Ms. LaRose where you got

15   your news?

16             MS. LAROSE:  No.

17             THE COURT:  Where do you get your news?

18             MS. LAROSE:  I watch Fox News and whenever my husband

19   tells me -- what's going on -- I watch.

20             THE COURT:  Okay.

21             MS. LAROSE:  I try not to watch news though.

22             THE COURT:  Thank you so much.

23             MS. LAROSE:  You're welcome.

24             THE COURT:  Ms. Garcia Martinez, what social media do

25   you use?
```

```
 1              MS. GARCIA MARTINEZ:  I have Instagram and Facebook.

 2              THE COURT:  What do you like to read, do or watch in

 3    your spare time?

 4              MS. GARCIA MARTINEZ:  I watch Netflix.

 5              THE COURT:  What was the last last show you binged on

 6    Netflix?

 7              MS. GARCIA MARTINEZ:  Grey's Anatomy for a second

 8    time.

 9              THE COURT:  Been there myself.

10              Are you a member of any group, club, organization,

11    anything like that?

12              MS. GARCIA MARTINEZ:  No.

13              THE COURT:  Do you have any religious or moral

14    beliefs that would prevent you from sitting on our jury?

15              MS. GARCIA MARTINEZ:  No.

16              THE COURT:  Anything you can think of that wouldn't

17    allow you to be fair?

18              MS. GARCIA MARTINEZ:  No.

19              THE COURT:  Thank you so much.  And now we'll turn to

20    Ms. Calvo-Brito.

21              MS. CALVO-BRITO:  Good morning.

22              THE COURT:  Good morning. Please tell us how old you

23    are and where you were you born.

24              MS. CALVO-BRITO:  54.  I was born in Havana, Cuba.

25
```

```
 1              THE COURT:  And what part of Miami do you live in?

 2              MS. CALVO-BRITO:  Hialeah.

 3              THE COURT:  Tell me about your educational

 4    background.

 5              MS. CALVO-BRITO:  I have a vocational degree in

 6    bookkeeping and I have a license as a property manager.

 7              THE COURT:  And what do you do for a living?

 8              MS. CALVO-BRITO:  I am assistant property manager now

 9    for a high rise.

10              THE COURT:  Do you have a spouse or partner?

11              MS. CALVO-BRITO:  Yes, I am married and my husband is

12    a heavy equipment operator.

13              THE COURT:  Do you have children?

14              MS. CALVO-BRITO:  Yes, I have two girls; 27 and 29.

15              THE COURT:  And could you tell me what they do for a

16    living?

17              MS. CALVO-BRITO:  They work for a property management

18    company.

19              THE COURT:  Both?

20              MS. CALVO-BRITO:  Both girls, yes, same company.

21              THE COURT:  And where do you get your news?

22              MS. CALVO-BRITO:  Probably -- I don't watch the news

23    much -- but when I do hear something going on I just put like

24    Channel 7 -- or whatever pops up on the phone.

25
```

```
 1              THE COURT:  All right.  What do you like to do, read
 2    or watch in your spare time?
 3              MS. CALVO-BRITO:  I do a lot of crafting.  I also
 4    watch YouTube.  I watch the series Reacher and Jack Ryan.
 5              THE COURT:  Do you belong to any groups, clubs,
 6    organizations, anything of that nature?
 7              MS. CALVO-BRITO:  No.
 8              THE COURT:  And do you have any religious or moral
 9    beliefs that would prevent you from sitting on our jury?
10              MS. CALVO-BRITO:  No, ma'am.
11              THE COURT:  Anything you can think of that wouldn't
12    allow you to be fair?
13              MS. CALVO-BRITO:  No.
14              THE COURT:  Thank you so much.
15              MS. CALVO-BRITO:  You are welcome.
16              THE COURT:  And now we'll hear from Mr. Ramirez.
17    Good morning.
18              MR. RAMIREZ:  Yes.  Good morning, Your Honor.
19              THE COURT:  How old are you and where were you born?
20              MR. RAMIREZ:  41.  Born and raised in Cuba.
21              THE COURT:  And what part of Miami do you live in?
22              MR. RAMIREZ:  West Chester.
23              THE COURT:  And tell us your educational background.
24              MR. RAMIREZ:  I went to high school here.  I went to
25    Miami-Dade College for Business Administration.
```

```
 1              THE COURT:  And what do you now do for a living?

 2              MR. RAMIREZ:  I'm a sales manager for a radio

 3    station.

 4              THE COURT:  Do you have a spouse or partner?

 5              MR. RAMIREZ:  Yes, I have a wife.

 6              THE COURT:  And what does she do for a living?

 7              MR. RAMIREZ:  She's a personal banker.

 8              THE COURT:  Do you have children?

 9              MR. RAMIREZ:  Two.

10              THE COURT:  And what are their age?

11              MR. RAMIREZ:  Nine and six.

12              THE COURT:  Not yet working.  Tell me if you would,

13    where do you get your news?

14              MR. RAMIREZ:  Well, obviously from radio, television

15    ABC, Channel 41, Channel 7 -- I watch a lot of channels.

16              THE COURT:  Okay.

17              MR. RAMIREZ:  That's my business.

18              THE COURT:  Exactly.

19              MR. RAMIREZ:  Yeah.

20              THE COURT:  Let me ask you about social media since

21    we're talking about your business.

22              MR. RAMIREZ:  I have Instagram, Facebook, but I am

23    not active.  I don't post anything.  My wife, she's the one

24    that posts stuff.

25
```

```
 1                THE COURT:  Okay.

 2                MR. RAMIREZ:  And I do have Linkedin.

 3                THE COURT:  In your business or otherwise do you

 4     belong to any groups, clubs, organizations, anything like that?

 5                MR. RAMIREZ:  Absolutely not.

 6                THE COURT:  Do you have any religious or moral

 7     beliefs that would prevent you from sitting on a jury?

 8                MR. RAMIREZ:  No.

 9                THE COURT:  Anything you can think of that wouldn't

10     allow you to be?

11                MR. RAMIREZ:  No.

12                THE COURT:  Thank you so much, sir.

13                MR. RAMIREZ:  Thank you, Your Honor.

14                THE COURT:  Let's go now to juror number 8 -- I hope

15     I pronounce this correctly -- Ms. Valsaint.

16                MS. VALSAINT:  Yes.

17                THE COURT:  Good morning.

18                MS. VALSAINT:  Good morning, Your Honor.

19                THE COURT:  How old are you and where were you born?

20                MS. VALSAINT:  I'm 65.  I'm born and raised in Haiti.

21                THE COURT:  Okay.  And what part of Miami do you live

22     in?

23                MS. VALSAINT:  Miami Gardens.

24                THE COURT:  And what is your educational background?

25
```

```
 1              MS. VALSAINT:  I'm certified nursing assistant that
 2    I'm working in now.
 3              THE COURT:  And do you work at a hospital?
 4              MS. VALSAINT:  As a nursing -- working as a certified
 5    nursing assistant.
 6              THE COURT:  Do you work at a particular place or do
 7    you contract?
 8              MS. VALSAINT:  No, I'm working in a nursing home.
 9              THE COURT:  Do you have a spouse or partner?
10              MS. VALSAINT:  A house?
11              THE COURT:  Do you have a spouse or partner?
12              MS. VALSAINT:  Oh, no, I just work with my patient
13    every day.
14              THE COURT:  Right.  I'm trying to find out if you are
15    married or you have someone you live with.
16              MS. VALSAINT:  Oh, no.
17              THE COURT:  Okay.
18              MS. VALSAINT:  I am not married.  My children's
19    father died, but I went -- I live with my children -- some of
20    them.
21              THE COURT:  How many children do you have?
22              MS. VALSAINT:  I have four.
23              THE COURT:  And what are their ages?
24              MS. VALSAINT:  My first one, he is a veteran, He is
25    41 years old.  He own his house.
```

```
 1                THE COURT:  Okay.  And tell me about the other three,
 2   their ages and their jobs.
 3                MS. VALSAINT:  Yeah, my second one is -- he own his
 4   own house; and he have a job.
 5                THE COURT:  What is his job and how old is he?
 6                MS. VALSAINT:  He's 40.
 7                THE COURT:  Okay.  And what does he do for a living?
 8   What's his job?
 9                MS. VALSAINT:  (INDISCERNIBLE ANSWER)
10                THE COURT:  And the next one?
11                MS. VALSAINT:  My daughter, she's a chef, she works
12   in a restaurant.
13                THE COURT:  She's how old?
14                MS. VALSAINT:  32.
15                THE COURT:  And the last is?
16                MS. VALSAINT:  He is 21.  He goes to Miami-Dade and
17   he works for FedEx.
18                THE COURT:  Okay.
19                MS. VALSAINT:  At nighttime.
20                THE COURT:  Okay.  And where do you read or watch
21   your news?
22                MS. VALSAINT:  I don't watch too much news -- but
23   sometimes I watch Channel 6.
24                THE COURT:  And tell me about social media; are you
25   on Facebook, Instagram, Twitter, any of that?
```

1          MS. VALSAINT:  I just have a Facebook account.  I

2     don't use it, but now I go and peek like at nighttime.

3          THE COURT:  What do you like to do read or watch in

4     your spare time?

5          MS. VALSAINT:  I like my backyard.  I do my little

6     garden.

7          THE COURT:  And are you a member of any club or

8     organization?

9          MS. VALSAINT:  No, never been -- I never had that.

10         THE COURT:  Do you have any religious or moral

11    beliefs that would prevent you from sitting on our jury?

12         MS. VALSAINT:  I'm sorry, say that again.

13         THE COURT:  Do you have any religious or moral

14    beliefs that would keep you, prevent you from sitting on our

15    jury?

16         MS. VALSAINT:  No, I'm just a Catholic.

17         THE COURT:  Okay.  I don't think there's anything in

18    Catholicism that prevents you from sitting on a jury.

19         Anything else you can think of that wouldn't allow you

20    to be fair?

21         MS. VALSAINT:  Not that I know of, no.

22         THE COURT:  Thank you, Ms. Valsaint.

23         MS. VALSAINT:  Thank you.

24         THE COURT:  And now let's speak to Ms. Holecek.  Did

25    I pronounce it right?

1                    MS. HOLECEK:  You did.

2                    THE COURT:  Please tell us how old you are and where

3        you were born.

4                    MS. HOLECEK:  I'm 41.  I was born in India.

5                    THE COURT:  And what part of Miami do you live in?

6                    MS. HOLECEK:  Miami Beach.

7                    THE COURT:  And tell me about your educational

8        background.

9                    MS. HOLECEK:  I have an engineering degree as well as

10       an MBA.

11                   THE COURT:  And tell me what you do for a living if

12       you would.

13                   MS. HOLECEK:  I am the CEO of a small startup.  I

14       also founded it.

15                   THE COURT:  Right.  And what sort of a start-up is

16       it?

17                   MS. HOLECEK:  It's in cosmetics, organic oils.

18                   THE COURT:   Do you have a spouse or partner?

19                   MS. HOLECEK:  I do.  He is a lawyer with Gibson, Dunn

20       & Crutcher.

21                   THE COURT:  And does he practice any criminal law?

22                   MS. HOLECEK:  Not really.  He does some white collar

23       stuff.

24                   THE COURT:  And tell me about your news sources.

25

```
 1              MS. HOLECEK:  Lots of Apple News feeds; CNBC.  I would
 2    say that's it.  Whatever's on in the gym I suppose.
 3              THE COURT:  And social media?
 4              MS. HOLECEK:  Nope.  No active personal accounts.  I
 5    do look at my company's social media accounts from time to
 6    time.  Those would primarily be Instagram, some TikTok.
 7              THE COURT:  And your accounts, although not used, are
 8    Facebook?
 9              MS. HOLECEK:  Yes, I have an old Facebook account, an
10    unused Instagram account.  I don't know if I have a personal
11    TikTok account.  I do have a personal LinkedIn account.  The
12    Twitter; I don't know if I have a personal account.
13              THE COURT:  What do you like to do, read or watch in
14    your spare time?
15              MS. HOLECEK:  I read a lot of classic fiction and
16    watch t.v. primarily, you know, Hulu or HBO or whatever's
17    really on in the evenings.
18              THE COURT:  Tell me if you're a member of any groups,
19    clubs, organizations.
20              MS. HOLECEK:  Just a couple of non-profits.  I do
21    volunteer as a member as well as I'm on one or two boards for
22    non-profits.
23              THE COURT:  Tell me about that because that's --
24    those are leadership positions -- tell me what boards you are
25    on.
```

1          MS. HOLECEK:  One is Women of Tomorrow, which is a

2    nonprofit that mentors and provides financial aid and guidance

3    to about 3000 girls in and across Miami Dade.

4          They are at risk girls in the city.  Some are not in

5    school.  I mentor as well as have fundraising responsibilities

6    and so on with the board.

7          THE COURT:  Any other board positions or leadership

8    positions?

9          MS. HOLECEK:  Make-A-Wish Foundation.

10          THE COURT:  Very good.

11          Do you have any religious or moral beliefs that would

12    prevent you from sitting on our jury?

13          MS. HOLECEK:  No.

14          THE COURT:  Anything you can think of that wouldn't

15    allow you to be fair?

16          MS. HOLECEK:  No.

17          THE COURT:  Thank you so much.

18          MS. HOLECEK:  One thing I wanted to let you know; I

19    was at dinner on Friday with my friend John -- who either is

20    DEA or is ex-DEA -- and he was telling some DEA stories, so I

21    just wanted to flag that.  I didn't raise my hand because I

22    don't know his last name.

23          THE COURT:  Okay.  He didn't tell you any story about

24    the British Virgin Islands and the Premier?

25

```
 1            MS. HOLECEK:  No, it was just about the Netflix
 2    series El Chapo.
 3            THE COURT:  No worries there; but thank you for
 4    sharing that with us.  I appreciate it.
 5            MS. HOLECEK:  You're welcome.
 6            THE COURT:  All right. Mr. Santorufo tells me one of
 7    your number needs to take a restroom break so we will take
 8    about a five minute break.  Please come back to the seats you
 9    are in; those are your seats.
10        Do not talk to each other about the case that you know
11    nothing about, and I will see you back here in about five
12    minutes.
13                      RECESS TAKEN
14            THE COURT:  Everyone may be seated.
15            All right.  Going next to Ms. Barreras.
16            Good morning, ma'am.
17            MS. BARRERAS:  Good morning. I'm Lauren Barreras.  I
18    am 38, and I reside in Doral, Florida.
19            THE COURT:  And where were you born?
20            MS. BARRERAS:  Miami.
21            THE COURT:  And tell me about your educational
22    background.
23            MS. BARRERAS:  I have a Bachelor's in Fine Arts and
24    Dance.
25
```

```
1              THE COURT:  And what do you do for a living?
2              MS. BARRERAS:  I'm the trade marketing manager for a
3      cruise line.
4              THE COURT:  And you have a spouse or partner?
5              MS. BARRERAS:  Neither.
6              THE COURT:  And do you have any children?
7              MS. BARRERAS:  A girl who is 10 years old.
8              THE COURT:  And where do you get your news?
9              MS. BARRERAS:  Mainly from my -- news feed on the
10     phone -- with whatever news updates there are.
11             I have an Instagram and Facebook account and I'm also
12     active on LinkedIn.  I do have a Twitter account but I have not
13     used it in 10 years or more.
14             THE COURT:  Oh, okay.
15             MS. BARRERAS:  And I opened TikTok but never went
16     more than a week.  It was too much.
17             THE COURT:  What do you like to do, read or watch in
18     your spare time?
19             MS. BARRERAS:  I'm part of a book club and so we
20     read, you know, different genres every month ranging from,
21     mysteries to love stories. I'm a single mom, so once I put my
22     child to bed, I watch TV in my spare time. I watch Grey's
23     Anatomy, and I've been watching Bones recently.
24             THE COURT:  You're a member of a book club.  Any
25     other groups, clubs, organizations you are a part of?
```

```
 1            MS. BARRERAS:  Yes, I volunteer coach for Special
 2   Olympics.
 3            THE COURT:  Great.  And do you have any religious or
 4   moral beliefs that would prevent you from sitting on a jury?
 5            MS. BARRERAS:  Nope.
 6            THE COURT:  Anything you can think of that wouldn't
 7   allow you to be fair?
 8            MS. BARRERAS:  No.
 9            THE COURT:  Thank you so much.
10            MS. BARRERAS:  You are welcome.
11            THE COURT:  And now we'll speak to Ms. Carswell.
12            Good morning.
13            MS. CARSWELL:  Good morning.  My name is Samaria
14   Carswell.  I'm 32 years old.  I was born in Miami, Florida.  I
15   currently live in Princeton.
16            Have children 10, 11, 9 and 10 months.
17            THE COURT:  Oh, my goodness.  What's your educational
18   background?
19            MS. CARSWELL:  I went to college for Criminal
20   Justice.
21            THE COURT:  And what do you do for a living?
22            MS. CARSWELL:  I am a Federal officer for the Federal
23   Bureau of Prisons.
24            THE COURT:  Let me ask the question the lawyers will
25   ask; so I'll ask it now.
```

1          The fact that you work in law enforcement is that going

2     to affect your ability to listen to the evidence and be fair in

3     this case?

4          MS. CARSWELL: It will not.

5          THE COURT:  All right.  Do you have a spouse or

6     partner?

7          MS. CARSWELL:  I have a husband.  He's an executive

8     chef.

9          THE COURT:  Where do you get your news?

10          MS. CARSWELL:  I don't really watch the news.

11          THE COURT:  What about social media?

12          MS. CARSWELL:   Mainly Facebook, Instagram and

13     TikTok.

14          THE COURT:  What do you like to do or read or watch

15     in any time you have?

16          MS. CARSWELL:  I am a big reader. I like to read

17     fiction and nonfiction.

18          THE COURT:  Are you a member of the union at FDC?

19          MS. CARSWELL:  Yes, I am.

20          THE COURT:  And do you have any leadership position

21     in the union?

22          MS. CARSWELL:  No.

23          THE COURT:  Are you a member of any groups, clubs,

24     organizations or anything?

25

```
 1              MS. CARSWELL:  I'm the Secretary of the Employee's
 2    Club.
 3              THE COURT:  And do you hold any religious or moral
 4    beliefs that would prevent you from sitting on our jury?
 5              MS. CARSWELL:  No, ma'am.
 6              THE COURT:  Anything you can think of that wouldn't
 7    allow you to be fair?
 8              MS. CARSWELL:  No, ma'am.
 9              THE COURT:  Thank you so much.  Now we'll talk to --
10    is it Mr. Delinois?
11              MR. DELINOIS:  Roosevelt Delinois.
12              THE COURT:  Did I say it right?
13              MR. DELINOIS:  Yes.
14              THE COURT:  Great.  Good morning, sir.
15              MR. DELINOIS:  Good morning.
16              THE COURT:  How old are you, sir, and where were you
17    born?
18              MR. DELINOIS:  I'm 63 years old.  I was born in
19    Haiti.
20              THE COURT:  All right. And what part of Miami do you
21    live in?
22              MR. DELINOIS:  North Miami Beach.
23              THE COURT:  What is your educational background?
24              MR. DELINOIS:  My education is high school in Haiti.
25    And I stay here for three years in Miami Gardens.
```

```
1              THE COURT:  And what do you do for a living?

2              MR. DELINOIS:  I am a cabinet maker and also I am a

3    painter.

4              THE COURT:  Do you have a spouse or partner?

5              MR. DELINOIS:  Part time.  Most of the time we don't

6    have much work to do.  We just relaxing.

7              THE COURT:  I'm sorry; I meant life partner or your

8    spouse.

9              MR. DELINOIS:  Oh, yes, life partner.

10             THE COURT:  What does your partner do for a living?

11             MR. DELINOIS:  She's doing nursing.

12             THE COURT:  Do you have any children?

13             MR. DELINOIS:  Three.

14             THE COURT:  How old are they?

15             MR. DELINOIS:  35, 33, 30.

16             THE COURT:  And what do they do for a living?

17             MR. DELINOIS:  They are a truck driver.

18             THE COURT:  All of them?

19             MR. DELINOIS:  Yes, they are.

20             THE COURT:  And tell me where you get your news.

21             MR. DELINOIS:  On YouTube and Channel 7, kind of...

22             THE COURT:  What about social media?

23             MR. DELINOIS:  Not really.

24             THE COURT:  Not even one?

25             MR. DELINOIS:  No.
```

```
 1                THE COURT:  What do you like to do or read or watch
 2      in your spare time?
 3                MR. DELINOIS:  Especially I'm watching t.v., I'm
 4      listening to music; kind of.
 5                THE COURT:  Are you a member of any groups or clubs
 6      or organizations?
 7                MR. DELINOIS:  No, ma'am.
 8                THE COURT:  Do you have any religious or moral
 9      beliefs that would prevent you from being on our jury?
10                MR. DELINOIS:  No.  I am a Catholic; I go to church.
11                THE COURT:   Anything that you can think of that
12      wouldn't allow you to be fair?
13                MR. DELINOIS:  Of course, yes.
14                THE COURT:  Of course you would be fair -- is that
15      what you mean?
16                MR. DELINOIS:  Yes.
17                THE COURT:  Thank you so much.
18                MR. DELINOIS:  All right.
19                THE COURT:  I'll speak now to Mr. Garcia.
20                MR. GARCIA:  Good morning, Your Honor.
21                THE COURT:  Good morning. How old are you, sir, and
22      where were you born?
23                MR. GARCIA:  I'm also 63 years old.  I was born in
24      Cuba.  I grew up here in the States.  I live in Coral Gables.
25
```

```
 1          THE COURT:  And tell us a little about your

 2   educational background.

 3          MR. GARCIA:  I have an Arts Degree from Miami-Dade

 4   College many years ago.

 5          THE COURT:  And what do you do for a living?

 6          MR. GARCIA:  I am a creative director of the company

 7   I own.  I'm also involved in a non-profit that my wife started.

 8          THE COURT:  And what is the focus of the business

 9   that you and your wife have?

10          MR. GARCIA:  The business is advertising, design and

11   social media advertising.  We also do designs for exhibits --

12   mostly for non-profits -- film and film production.

13          THE COURT:  Do you have any children?

14          MR. GARCIA:  No children.

15          THE COURT:  Where do you go for you news.

16          MR. GARCIA:  I read the New York Times online.  I

17   scan headlines on Reddit.  I also watch t.v. news.

18          THE COURT:  Social media.

19          MR. GARCIA:  I'm on YouTube a lot.  I'm learning --

20   I'm teaching myself accounting.

21          THE COURT:  What about Facebook, Instagram, Twitter,

22   LinkedIn?

23          MR. GARCIA:  No.

24          THE COURT:  What do you like to do, read or watch in

25   your spare time?
```

```
 1            MR. GARCIA:  I like to sail and I'm restoring a

 2   vintage boat.

 3            THE COURT:  Are you a member of any groups, clubs,

 4   organizations, anything of that nature?

 5            MR. GARCIA:  I volunteer at the Barnacle Society and

 6   I also work and volunteer at the nonprofit my wife started.

 7            THE COURT:  What is that name of that nonprofit?

 8            MR. GARCIA:  It's called Crafting Confidence.  She

 9   teaches cooking online to shut-ins, to schools, to libraries.

10            THE COURT:  And the Barnacle Society is that teaching

11   kids to sail?

12            MR. GARCIA:  Teaching them to sail and build their

13   confidence through boat building.

14            THE COURT:  All right.  Do you have any religious or

15   moral beliefs that would prevent you from sitting on our jury?

16            MR. GARCIA:  No.

17            THE COURT:  Anything you could think of that wouldn't

18   allow you to be fair?

19            MR. GARCIA:  I have my family member -- a cousin of

20   mine -- that I grew up with that worked with the DEA for 30

21   years and is retired.

22            THE COURT:  Does this cousin work here in Miami or

23   elsewhere?

24            MR. GARCIA:  Here and in Colombia.

25
```

```
 1              THE COURT:  So, the fact that someone in your family
 2   worked for the DEA, would that affect your ability to listen to
 3   the testimony and decide the case based only on the evidence
 4   you were presented here?
 5              MR. GARCIA:  I don't think so.
 6              THE COURT:  I appreciate that and thank you for
 7   sharing that with us.
 8              MR. GARCIA:  You're welcome.
 9              THE COURT:  All right.  And now we will speak with
10   Mr. Torres.
11              Good morning, Mr. Torres.
12              MR. TORRES:  Good morning, Your Honor.
13              THE COURT:  Please tell us how old you are and where
14   you were born.
15              MR. TORRES:  I am 57.  I was born in New York. I was
16   raised here in Miami.
17              THE COURT:  And what part of Miami do you live in?
18              MR. TORRES:  Homestead.
19              THE COURT:  Okay.  And tell us, if you would, about
20   your educational background.  I know you're a teacher; but tell
21   us how you got there.
22              MR. TORRES:  I had an under-grad in journalism. I did
23   my Master's in ESL in educational leadership.
24              THE COURT:  And do you have a spouse or partner?
25              MR. TORRES:  A wife.
```

1          THE COURT:  And what does she do for a living?

2          MR. TORRES:  Art teacher.

3          THE COURT:  Do you have any children?

4          MR. TORRES:  Two.

5          THE COURT:  And what are their ages?

6          MR. TORRES:  16 and 10.

7          THE COURT:  Tell me what your news source is or

8  sources.

9          MR. TORRES:  CNN is the main one.  I do have a

10  Twitter account but I don't use it.  I have Instagram but I

11  rarely use it.  Facebook I use quite a bit.

12          THE COURT:  Okay.  Tell me what you like to do, read

13  or watch in your spare time.

14          MR. TORRES:  I like to travel.  I play guitar.

15          THE COURT:  And are you a member of any groups,

16  clubs, organizations, anything like that?

17          MR. TORRES:  No.

18          THE COURT:  Do you hold any religious or moral

19  beliefs that would prevent you from sitting on our jury?

20          MR. TORRES:  No.

21          THE COURT:  And you've already shared with us your

22  family tragedy -- and I'm so sorry to hear that -- and though

23  it would affect your ability to be fair here you could be fair

24  on an aggravated identity theft or an insurance company being

25  sued?

```
 1              MR. TORRES:  Yes, I could.

 2         THE COURT:  I appreciate that.  Thank you so much.

 3              MR. TORRES:  You're welcome.

 4         THE COURT:  Now, we go next to Ms. Pena Mella.

 5         MS. PENA MELLA:  Good morning.

 6         THE COURT:  Good morning. Please tell us how old you

 7    are and where you were you born.

 8              MS. PENA MELLA:  I am 48.  I was born in Dominican

 9    Republic.

10         THE COURT:  And what part of Miami do you live in?

11         MS. PENA MELLA:  Pinecrest.

12         THE COURT:  Tell us what your educational background

13    is.

14              MS. PENA MELLA:  I have an Engineering degree. I am

15    an industrial engineer.  I also have a Master's in Business

16    Administration.

17         THE COURT:  And what do you do for a living?

18              MS. PENA MELLA:  I am the vice president of global

19    talent for a company that works in the energy sector.

20         THE COURT:  Do you have a spouse or partner?

21         MS. PENA MELLA:  Husband.

22         THE COURT:  And what does he do for a living?

23         MS. PENA MELLA:  He works in banking.

24         THE COURT:  Do you have children?

25
```

```
 1          MS. PENA MELLA:  I do, yes; I have a 13-year-old

 2   daughter.

 3          THE COURT:  Where do you get your news?

 4          MS. PENA MELLA:  Fox News mainly.

 5          THE COURT:  And what about social media accounts?

 6          MS. PENA MELLA:  I have LinkedIn for professional

 7   networking and I sometimes go onto Twitter.

 8          THE COURT:  Are you a member either professionally or

 9   personally of any groups, clubs, organizations, anything like

10   that?

11          MS. PENA MELLA:  I volunteer at Friends of South

12   Florida Music, which is an organization that provides musical

13   education to kids in lower served communities.

14          THE COURT:  And do you have any religious or moral

15   beliefs that would prevent you from sitting on our jury?

16          MS. PENA MELLA:  I am a Catholic.  I don't think that

17   will prevent me from being fair.

18          THE COURT:  Anything you can think of that wouldn't

19   allow you to be fair?

20          MS. PENA MELLA:  No.

21          THE COURT:  Thank you so much.

22          MS. PENA MELLA:  You're welcome.

23          THE COURT:  And now we'll speak to Mr. Crespo.

24          MR. CRESPO:  Good morning.

25
```

```
 1              THE COURT:  Good morning. Please tell us how old you
 2    are and where you were born.
 3              MR. CRESPO:  I'm 61.  I was born in Cuba.
 4              THE COURT:  And what part of Miami do you live in?
 5              MR. CRESPO:  I live in Miami Dade.
 6              THE COURT:  And tell me, sir, about your educational
 7    background.
 8              MR. CRESPO:  About two years of college.  I worked in
 9    the Post Office and I am now retired.
10              I was also in the Marines.
11              THE COURT:  And do you have a spouse or partner?
12              MR. CRESPO:  A wife.
13              THE COURT:  And what does she do for a living?
14              MR. CRESPO:  We have an insurance agency.
15              THE COURT:  Do you have any children?
16              MR. CRESPO:  I have three.
17              THE COURT:  And how old are they?
18              MR. CRESPO:  I have a 40-year-old, a 34-year-old and
19    a 31-year-old.
20              THE COURT:  And what do they do for a living?
21              MR. CRESPO:  They are all involved in insurance.
22              THE COURT:  What are your news sources or source?
23              MR. CRESPO:  Well, whatever I can read online.  T.v.
24    news is Fox News.
25
```

```
 1              THE COURT:  And social media accounts?

 2              MR. CRESPO:  None.

 3              THE COURT:  Really?

 4              MR. CRESPO:  No.

 5              THE COURT:  Not even one?

 6              MR. CRESPO:  No.

 7              THE COURT:  Okay.  What do you like to do, read, or

 8    watch in your spare time?

 9              MR. CRESPO:  I like history.  I go to the gym.  I

10    help my wife a little bit when I can.

11              THE COURT:  And are you a member of any groups,

12    clubs, organizations?

13              MR. CRESPO:  No.

14              THE COURT:  No.  Do you have any religious or moral

15    beliefs that would prevent you from sitting on the jury?

16              MR. CRESPO:  None.

17              THE COURT:  Anything you can think of that wouldn't

18    allow you to be fair?

19              MR. CRESPO:  No.

20              THE COURT:  And I know the lawyers are going to ask

21    you since you worked for the Government for such a long time.

22    Is that going to affect your ability to listen to our evidence

23    and be fair to both sides?

24              MR. CRESPO:  No problem.

25              THE COURT:  Thank you so much.
```

```
 1              MR. CRESPO:  You're welcome.

 2              THE COURT:  We are going next to Mr. Fernandez.

 3              MR. FERNANDEZ:  Jesus Fernandez.

 4              THE COURT:  Good morning.  How old are you, sir, and

 5   where were you born?

 6              MR. FERNANDEZ:  63; I am from Cuba.

 7              THE COURT:  And what part of Miami do you live in?

 8              MR. FERNANDEZ:  Miami-Dade south.

 9              THE COURT:  All right. Tell us about your educational

10   background.

11              MR. FERNANDEZ:  I have an Associate's from Miami Dade

12   College.

13              THE COURT:  In what area?

14              MR. FERNANDEZ:  In Art.

15              THE COURT:  And what do you do for a living, sir?

16              MR. FERNANDEZ:  I am actually working for a -- in

17   security for a company...

18               THE COURT REPORTER: Please speak into the microphone,

19   sir.

20              THE COURT:  Okay.  Do you have a spouse or partner?

21              MR. FERNANDEZ:  Partner.

22              THE COURT:  And what does your partner do for a

23   living?

24              MR. FERNANDEZ:  She's retired.

25              THE COURT:  What did she retire from?
```

```
1              MR. FERNANDEZ:  Working with CVS.

2              THE COURT:  Do you have children?

3              MR. FERNANDEZ:  Yes.

4              THE COURT:  How old are they?

5              MR. FERNANDEZ:  My son who is 31 years old.

6              THE COURT:  And what does your son do for a living?

7              MR. FERNANDEZ:  Oh, he's working at home.  He is

8    something like trading and currency. So like he -- I don't

9    really know what it is.

10             THE COURT:  Where do you get your news?

11             MR. FERNANDEZ:  Online from Google or something like

12   that.

13             THE COURT:  And do you have Facebook or Twitter or

14   Instagram, any social media?

15             MR. FERNANDEZ: I do not.

16             THE COURT:  And what do you like to do in your spare

17   time?

18             MR. FERNANDEZ:  I listen music, dance, do gardening

19   and play with my grandson.

20             THE COURT:  Are you a member of any clubs or groups

21   or organizations?

22             MR. FERNANDEZ:  No.

23             THE COURT:  And do you hold any religious or moral

24   beliefs that would prevent you from sitting on our jury?

25             MR. FERNANDEZ:  No.
```

1          THE COURT:  Is there anything you can think of that

2    wouldn't allow you to be fair?

3          MR. FERNANDEZ:  No.

4          THE COURT:  Thank you so much.

5          MR. FERNANDEZ:  You're welcome.

6          THE COURT:  And now we'll speak to Mr. Alarcon.

7          MR. ALARCON:  Yes.

8          THE COURT:  How old are you, sir, and where were you

9    born?

10         MR. ALARCON:  I'm 19 years old; I was born in Miami.

11         THE COURT:  And what part of Miami do you live in?

12         MR. ALARCON:  Near Miami Zoo.

13         THE COURT:  And tell us about your educational

14   background.

15         MR. ALARCON:  I'm currently a student at FIU pursuing

16   a Bachelor's degree in accounting.

17         THE COURT:  And while you're going to school, do you

18   also have a job?

19         MR. ALARCON:  I work part-time at Dicks Sporting

20   Goods.

21         THE COURT:  Do you have a spouse or partner?

22         MR. ALARCON:  No.

23         THE COURT:  Do you have any children?

24         MR. ALARCON:  No.

25

```
 1              THE COURT:  Tell me where you get your news.

 2              MR. ALARCON:  Mainly through social media.

 3              THE COURT:  And tell me about your social media

 4    accounts.

 5              MR. ALARCON:  I have almost all except for like

 6    Facebook.

 7              THE COURT:  Right.  Because that's for "old folks".

 8              So, what do you have?

 9              MR. ALARCON:  Mainly all of them -- but I just don't

10    post -- Twitter/X, Instagram, Snapchat, TikTok.

11              I watch, like, live streams on Twitch.

12              THE COURT:  It does not sound like you have a lot of

13    spare time, but what do you like to do when you have a break?

14              MR. ALARCON:  I like watching sports, mainly

15    basketball or MMA.

16              THE COURT:  Are you a member of any groups, clubs,

17    organizations, anything like that?

18              MR. ALARCON:  No.

19              THE COURT:  Do you have any religious or moral

20    beliefs that would prevent you from sitting on our jury?

21              MR. ALARCON:  No.

22              THE COURT:  Anything you can think of that wouldn't

23    allow you to be fair?

24              MR. ALARCON:  No.

25
```

1          THE COURT:  Thank you so much.

2          All right.  Now we are going to speak to Mr. Espinoza

3     Angulo.

4          MR. ESPINOZA ANGULO: Good morning, Your Honor, my name

5     is Fernando Espinoza Angulo. I live in Hialeah. I finished high

6     school and did some college.

7          THE COURT:  What do you do for a living, sir?

8          MR. ESPINOZA ANGULO:  I am a maintenance technician

9     for Amazon.

10          THE COURT:  And do you have a spouse or partner?

11          MR. ESPINOZA ANGULO:  My wife.

12          THE COURT:  And what does your wife do for a living?

13          MR. ESPINOZA ANGULO:  She works for Amazon.

14          THE COURT:  Do you have children?

15          MR. ESPINOZA ANGULO:  Yeah.

16          THE COURT:  Tell me their ages.

17          MR. ESPINOZA ANGULO:  11 and 5.

18          THE COURT:  And where do you get your news?

19          MR. ESPINOZA ANGULO:  Channel 7 News and Google News.

20          THE COURT:  What about social media?

21          MR. ESPINOZA ANGULO:  I have Facebook, but I am not

22     active on it.

23          THE COURT:  No Twitter?

24          MR. ESPINOZA ANGULO:  No.

25

```
 1              THE COURT:  What do you like to do, read or watch in
 2    your spare time?
 3              MR. ESPINOZA ANGULO:  I like to watch t.v. shows or
 4    movies or take my kids to the park.  Just spend time with the
 5    family.
 6              THE COURT:  All right.  Are you a member of any
 7    groups, clubs, organizations?
 8              MR. ESPINOZA ANGULO:  Oh, no.
 9              THE COURT:  And do you have any religious or moral
10    beliefs that would prevent you from sitting on our jury?
11              MR. ESPINOZA ANGULO:  No, Your Honor.
12              THE COURT:  Anything you can think of that wouldn't
13    allow you to be fair?
14              MR. ESPINOZA ANGULO:  No, Your Honor.
15              THE COURT:  Thank you so much.
16              MR. ESPINOZA ANGULO:  Thank you.
17              THE COURT:  And now we'll speak to Ms. Mantilla.
18              Good morning.
19              MS. MANTILLA:  Good morning.
20              THE COURT:  Please tell us how old you are and where
21    you were you born.
22              MS. MANTILLA:  My name is Shirley Mantilla.  I was
23    born in Miami.  I am 34 years old.  I live in Kendall.
24              THE COURT:  Tell us about your educational
25    background.
```

1          MS. MANTILLA:  I have a GED, but it says high school

2    diploma.

3          THE COURT:  As it should.

4          MS. MANTILLA:  Thank you.

5          THE COURT:  What do you do for a living?

6          MS. MANTILLA:  I do seasonal real estate.

7          THE COURT:  And do you have a spouse or partner?

8          MS. MANTILLA:  No.

9          THE COURT:  Do you have any children?

10         MS. MANTILLA:  Yes.

11         THE COURT:  Tell me age.

12         MS. MANTILLA:  19, 18, 14, 12.

13         THE COURT:  Are the 18 and 19-year-olds both still in

14   school?

15         MS. MANTILLA:  Yes.

16         THE COURT:  Where do you get your news?

17         MS. MANTILLA:  Newspaper.

18         THE COURT:  The Herald?

19         MS. MANTILLA:  Correct.

20         THE COURT:  Wow.  Not many of us left.

21         MS. MANTILLA:  Yes.

22         THE COURT:  And what about social media?

23         MS. MANTILLA:  I have social media accounts.  I do

24   not post.  I have a Facebook, I have an Instagram, I have a

25   LinkedIn, and I have an X, commonly known as Twitter.

1          THE COURT:  What do you like to do, read or watch

2    when you have any spare time?

3          MS. MANTILLA:  I read a lot.

4          THE COURT:  Any particular genre you like; fiction,

5    nonfiction, biography?

6          MS. MANTILLA:  Just how to enhance my skills; so just

7    continuing education.

8          THE COURT:  Are you a member of any groups, clubs,

9    organizations, anything like that?

10          MS. MANTILLA:  The NRA.

11          THE COURT:  Do you have a leadership position?

12          MS. MANTILLA:  No, just a member.

13          THE COURT:  Do you have any religious or moral beliefs

14    that would prevent you from sitting on our jury?

15          MS. MANTILLA:  No.

16          THE COURT:  Anything you can think of that wouldn't

17    allow you to be fair?

18          MS. MANTILLA:  No.

19          THE COURT:  Thank you so much.  And now we'll speak

20    to Mr. Baez.

21          MR. BAEZ:  Good morning, Your Honor.

22          THE COURT:  Good morning. Please tell us how old you

23    are and where you were you born.

24          MR. BAEZ:  22.  I was born here in Miami.

25

```
 1              THE COURT:  And what part of town do you currently
 2    reside in?
 3              MR. BAEZ:  Hialeah.
 4              THE COURT:  Tell us about your educational
 5    background.
 6              MR. BAEZ:  High school diploma.  Currently enrolled
 7    in trade school.
 8              THE COURT:  What trade are you training in?
 9              MR. BAEZ:  Automotive to be a service technician.
10              THE COURT:  And do you have a spouse or partner?
11              MR. BAEZ:  Partner.
12              THE COURT:  And what does your partner do for a
13    living?
14              MR. BAEZ:  A general manager at a gym.
15              THE COURT:  Do you have any children?
16              MR. BAEZ:  No.
17              THE COURT:  Where do you get your news?
18              MR. BAEZ:  Mainly my friends and family.  I don't
19    watch any news.
20              THE COURT:  How about social media?
21              MR. BAEZ:  I have my Instagram account right now on
22    pause -- I put it on pause -- so I don't use any social media
23    at all.
24              THE COURT:  What do you like to do, read or watch in
25    your spare time?
```

1           MR. BAEZ:  Work on cars, work out, watch anything in

2    the automotive industry.  I like to make music and play

3    instruments.

4           THE COURT:  As someone who plays music, are you a

5    part of any groups or organizations?

6           MR. BAEZ:  No, none at all.

7           THE COURT:  Okay.  Do you have any religious or moral

8    beliefs that would prevent you from sitting on our jury?

9           MR. BAEZ:  No, None at all.

10           THE COURT:  Anything you can think of that wouldn't

11   allow you to be fair?

12           MR. BAEZ:  No, Your Honor.

13           THE COURT:  Thank you so much.

14           MR. BAEZ: You're welcome.

15           THE COURT:  And now we'll turn to Ms. -- I'll allow

16   you to tell me your name because I'm afraid I'm going to do a

17   very bad job.

18           MS. AMUCHASTEGUI:  Liliana Amuchasteguli.

19           THE COURT:  Tell us how old you are and where you were

20   born.

21           MS. AMUCHASTEGUI:  66 years old.  I live in North

22   Miami; close to Aventura.

23           THE COURT:  What is your educational background?

24           MS. AMUCHASTEGUI:  I study some in college back in my

25   country -- but I did not finish -- here I have a license of the

```
 1   realtor.   I retired am now -- but I am working still like a
 2   part-time.
 3            THE COURT:  And do you have a spouse or partner?
 4            MS. AMUCHASTEGUI:  I have a spouse.
 5            THE COURT:  And what does your spouse do for a
 6   living?
 7            MS. AMUCHASTEGUI:  He is an engineer -- a sound
 8   engineer -- and a consultant.
 9            THE COURT:  Do you have children?
10            MS. AMUCHASTEGUI:  Yes.
11            THE COURT:  Tell me their ages.
12            MS. AMUCHASTEGUI:  24 and 26.
13            THE COURT:  And what do they do for a living?
14            MS. AMUCHASTEGUI:  The 26 is doing a Master's in
15   Boston for history and working in a restaurant.  The other he
16   live with us.  He study some digital marketing in Miami Dade
17   College.
18            THE COURT:  All right. And where do you go for your
19   news?
20            MS. AMUCHASTEGUI:  I am not fond of news.  Sometimes I
21   watch CNN.  Usually my husband tell me something happened --
22   and then I Google it -- just to verify it.
23            THE COURT:  What about social media?
24            MS. AMUCHASTEGUI:  Facebook I had, but I believe I
25   closed up the account.
```

```
 1                   I opened an Instagram, but I never use it.

 2              THE COURT:  No Twitter?

 3              MS. AMUCHASTEGUI:  No.

 4              THE COURT:  What do you like to do, read or watch in

 5   your spare time?

 6              MS. AMUCHASTEGUI: Netflix, Crown, historic things I

 7   like.

 8              THE COURT:  And are you a member of any group, club,

 9   organization, or anything like that?

10              MS. AMUCHASTEGUI:  No.

11              THE COURT:  And do you hold any religious or moral

12   beliefs that would prevent you from being on our jury?

13              MS. AMUCHASTEGUI:  No.

14              THE COURT:  Anything you can think of that wouldn't

15   allow you to be fair?

16              MS. AMUCHASTEGUI:  My English -- I am not sure if --

17   it depends who's speaking I guess. I can understand you very

18   well.  But depends who is there speaking -- I am not sure if I

19   can follow all of it, you know, completely.

20              THE COURT:  Well, you've done an excellent job

21   answering the questions, but I appreciate your sharing that

22   with us.  If you do not feel comfortable sitting here as a

23   juror, I am going to ask you to think about something you could

24   do as community service instead of jury service.

25
```

1          MS. AMUCHASTEGUI:  I'd like to do this. I just wanted

2     to let you know.

3          THE COURT:  I appreciate your willingness to serve

4     and I appreciate your answering all my questions so honestly.

5          Thank you so much.

6          MS. AMUCHASTEGUI:  Thank you.

7          THE COURT:  And let's go next to Mr. Isenberg.

8          MR. ISENBERG:  Good morning.

9          THE COURT:  Please tell us how old you are and where

10    you were you born.

11         MR. ISENBERG:  I am 22 years old.  I was born in

12    North Miami.  I am currently living in Miami.

13         THE COURT:  Tell us about your educational

14    background.

15         MR. ISENBERG:  I have a Bachelor's from FIU.

16         THE COURT:  In what area.

17         MR. ISENBERG: In computer technology.

18         THE COURT:  And what do you do for a living?

19         MR. ISENBERG:  I'm unemployed.  I am looking now.

20         THE COURT:  Are you searching for a position in your

21    field?

22         MR. ISENBERG:  Yes.

23         THE COURT:  And do you have a spouse or partner?

24         MR. ISENBERG:  No.

25         THE COURT:  Any children?

```
 1                    MR. ISENBERG:  No.

 2                    THE COURT:  Tell me your news source.

 3                    MR. ISENBERG:  Just Google news feed.

 4                    THE COURT:  And since you're an IT person, tell me

 5       about social media.

 6                    MR. ISENBERG:  Mostly just LinkedIn for like job

 7       hunting and networking.

 8                    THE COURT:  Any other platforms?

 9                    MR. ISENBERG:  Like Twitter, Instagram, but not

10       active.

11                    THE COURT:  Outside of job searching what do you like

12       to do, read or watch?

13                    MR. ISENBERG:  I mostly just like bike and paint in

14       my free time.

15                    THE COURT:  Do you belong to any groups, clubs or

16       organizations, anything like that?

17                    MR. ISENBERG:  I do not.

18                    THE COURT:  Do you hold any religious or moral

19       beliefs that would prevent you from sitting on our jury?

20                    MR. ISENBERG:  I do not.

21                    THE COURT:  Anything you can think of that wouldn't

22       allow you to be fair?

23                    MR. ISENBERG:  I cannot think of it.

24                    THE COURT:  Thank you, sir, I appreciate it.

25                    And now we'll speak to Ms. Munoz.
```

```
 1              MS. MUNOZ:  Good morning.
 2              THE COURT:  Please tell us how old you are and where
 3      you were you born.
 4              MS. MUNOZ:  I am 37 years old and I was born in
 5      Poland.
 6              THE COURT:  And what part of Miami do you live in?
 7              MS. MUNOZ:  South.
 8              THE COURT:  And tell me about your educational
 9      background.
10              MS. MUNOZ:  Master's degree in economics.
11              THE COURT:  What do you do for a living?
12              MS. MUNOZ:  I am a real estate broker.
13              THE COURT:  Do you have a spouse or partner?
14              MS. MUNOZ:  Yes, I do have a spouse.
15              THE COURT:  And what does your spouse do for a
16      living?
17              MS. MUNOZ:  He's an architect.
18              THE COURT:  And you have at least one child, yes?
19              MS. MUNOZ:  Yes, I have a 9-year-old.
20              THE COURT:  Where do you get your news?
21              MS. MUNOZ:  I would say CNN.  Also Polish news site
22      for my news as well.
23              THE COURT:  What about social media?
24              MS. MUNOZ:  I have Instagram, I have Facebook and I
25      also have LinkedIn, but I am not really active.
```

1

2          THE COURT:  What do you like to do, read or watch in

3    your spare time?

4          MS. MUNOZ:  I love to spend time with my family and

5    friends. I like to do yoga and workouts.  As far as reading, I

6    like to read science oriented matters for self-improvement, or

7    anything related to that.

8          THE COURT:  Are you a member of any group, club,

9    organization, anything like that?

10         MS. MUNOZ:  Yes, the Miami Realtors Organization of

11   Miami.

12         THE COURT:  Do you have a leadership role there?

13         MS. MUNOZ:  No, I do not.

14         THE COURT:  Do you have any religious or moral

15   beliefs that would prevent you from sitting on our jury?

16         MS. MUNOZ:  No, I do not.

17         THE COURT:  Anything you could think of that wouldn't

18   allow you to be fair?

19         MS. MUNOZ:  No.

20         THE COURT:  Thank you so much.

21         MS. MUNOZ:  Thank you.

22         THE COURT:  And now we'll speak to Ms. Garcia.

23         MS. GARCIA:  Hello.

24         THE COURT:  Good morning.  Please tell us how old you

25   are and where you were you born.

```
 1
 2              MS. GARCIA:  I'm 26 years old, born and raised in
 3     Miami, Florida.  I live in Kendall.
 4              THE COURT:  And tell us about your educational
 5     background.
 6              MS. GARCIA:  I have a Bachelor's degree in public
 7     relations and advertising.
 8              THE COURT:  And what do you do for a living?
 9              MS. GARCIA:  I do account services for an advertising
10     agency.
11              THE COURT:  Do you have a spouse or partner?
12              MS. GARCIA:  I have a partner.
13              THE COURT:  And what does your partner do for a
14     living?
15              MS. GARCIA:  A sales rep at T-Mobile.
16              THE COURT:  Do you have any children?
17              MS. GARCIA:  No.
18              THE COURT:  And tell me about your news source or
19     sources.
20              MS. GARCIA:  I don't really watch anything or read
21     anything, so I get it from social media I guess.
22              THE COURT:  What social media are you own?
23              MS. GARCIA:  I have Instagram, LinkedIn and TikTok.
24              THE COURT:  And what do you like to do, read or watch
25     in spare time?
```

```
 1
 2              MS. GARCIA:  I like to go to the gym.
 3              THE COURT:  Are you a member of any groups or clubs?
 4              MS. GARCIA:  No, nothing.
 5              THE COURT:  Do you hold any religious or moral
 6    beliefs that would prevent you from sitting on a jury?
 7              MS. GARCIA:  No.
 8              THE COURT:  Anything you can think of that wouldn't
 9    allow you to be fair?
10              MS. GARCIA:  No.
11              THE COURT:  Thank you so much.  And now we'll speak
12    to Mr. Boan.  Did I say that correctly?
13              MR. BOAN:  Yes, you did, actually
14              THE COURT:  Surprise to me too.
15              MR. BOAN:  Good morning.
16              THE COURT:  Good morning.  Please tell us how old you
17    are and where you were you born.
18              MR. BOAN:  29.  Born here in Miami, Florida.  And I
19    live in Kendall.
20              THE COURT:  And tell us about your educational
21    background.
22              MR. BOAN:  High school; never finished college.
23              THE COURT:  Some college?
24              MR. BOAN:  Some college.
25              THE COURT:  And what do you do for a living?
```

1

2          MR. BOAN:  I am a service manager at a car

3   dealership.

4          THE COURT:  Do you have a spouse or partner?

5          MR. BOAN:  Not anymore.

6          THE COURT:  Do you have any children?

7          MR. BOAN:  Yes.

8          THE COURT:  And tell me their ages.

9          MR. BOAN:  Five and one.

10         THE COURT:  And what does your ex do for a living?

11         MR. BOAN:  She works for Norwegian Cruise Line.

12         THE COURT:  Where do you get your news?

13         MR. BOAN:  When I do watch it's mostly Fox.

14         THE COURT:  Okay.  And what about social media?

15         MR. BOAN:  I have Instagram, Facebook, X, Snapchat,

16  LinkedIn, but mostly just use Instagram and LinkedIn.

17         THE COURT:  Okay.  What do you like to do, read,

18  watch in your spare time?

19         MR. BOAN:  I watch Netflix or go out with my boys

20  fishing, golfing, riding bikes, building Lego sets.

21         THE COURT:  Did you know you have to be an engineer

22  to work at Lego Land?

23         MR. BOAN:  Yeah.

24         THE COURT:  Are you a member of any groups, clubs,

25  organizations, anything like that?

```
 1              MR. BOAN:  No.
 2              THE COURT:  Do you have any religious or moral
 3   beliefs that would prevent you from sitting on our Jury?
 4              MR. BOAN:  Nope.
 5              THE COURT:  Anything you can think of that wouldn't
 6   allow you to be fair?
 7              MR. BOAN:  Nope.
 8              THE COURT:  Thank you so much.
 9              MR. BOAN:  Of course.
10              THE COURT:  And now we'll speak to Mr. Busby right in
11   the back.
12              MR. BUSBY:  Good morning, Your Honor.
13              THE COURT:  Good morning. Please tell us how old you
14   are and where you were you born.
15              MR. BUSBY:  I am 26 years old.  I was born in Boston.
16              THE COURT:  And what part of Miami do you live in?
17              MR. BUSBY:  I live in downtown.
18              THE COURT:  And tell us your educational background.
19              MR. BUSBY:  I studied industrial engineering at the
20   University of Miami, Bachelor's and Master's.
21              THE COURT:  And what do you do for a living now?
22              MR. BUSBY:  I work in supply chain for a daiquiri bar
23   chain.
24              THE COURT:  And do you have a spouse or partner?
25              MR. BUSBY:  I have a partner.
```

1

2          THE COURT:  And what does your partner do for a

3   living?

4          MR. BUSBY:  She works in PR at a cruise line.

5          THE COURT:  Do you have any children?

6          MR. BUSBY:  Nope.

7          THE COURT:  And your news source or sources?

8          MR. BUSBY:  Wall Street Journal, CNN.

9          THE COURT:  And tell us about your social media

10  profile or lack of it.

11         MR. BUSBY:  Pretty much all of them; Instagram,

12  Snapchat, Facebook, TikTok.

13         THE COURT:  LinkedIn?

14         MR. BUSBY:  LinkedIn, yeah.

15         THE COURT:  Twitter?

16         MR. BUSBY:  Twitter, yeah.

17         THE COURT:  What do you like to do, read or watch in

18  your spare time?

19         MR. BUSBY:  I like to watch sports, walk my dog.

20         THE COURT:  Do you belong to any groups, clubs,

21  organizations, anything like that?

22         MR. BUSBY:  I do not.

23         THE COURT:  And do you have any religious or moral

24  beliefs that would prevent you from sitting on our jury?

25         MR. BUSBY:  No.

1

2          THE COURT:  Anything you can think of that wouldn't

3    allow you to be fair?

4          MR. BUSBY:  Nope.

5          THE COURT:  Thank you so much, sir.

6          MR. BUSBY:  Welcome.

7          THE COURT:  And now we'll turn to Mr. Abella.

8          MR. ABELLA:  My name is  Alberto Abella.  I was born

9    in Cuba.  I am 67 years old.

10          THE COURT:  And tell us about your educational

11   background.

12          MR. ABELLA:  High school.

13          THE COURT:  And what do you do for a living, sir?

14          MR. ABELLA:  I work for the U.S. Census.

15          THE COURT:  The Census Bureau?

16          MR. ABELLA:  U.S. Census.

17          THE COURT:  Do you have a spouse or partner?

18          MR. ABELLA:  Yes, I have a spouse.  She's retired.

19          THE COURT:  What did she retire from?

20          MR. ABELLA:  Salvation Army.

21          THE COURT:  Do you have children?

22          MR. ABELLA:  No.

23          THE COURT:  And where do you get your news?

24          MR. ABELLA:  Online; Newspaper.

25          THE COURT: What newspaper?

```
 1                 MR. ABELLA:  Nuevo Herald.

 2                 THE COURT:  What about social media?

 3                 MR. ABELLA:  A little bit Facebook.

 4                 THE COURT:  What do you like to do, read or watch in

 5       your spare time?

 6                 MR. ABELLA:  I going to the movies.

 7                 THE COURT:  Are you a member of any group, club,

 8       organization, anything like that?

 9                 MR. ABELLA:  No.

10                 THE COURT:  Do you have any religious or moral

11       beliefs that would prevent you from sitting on our jury?

12                 MR. ABELLA:  No.

13                 THE COURT:  Anything you can think of that wouldn't

14       allow you to be fair?

15                 MR. ABELLA:  No.

16                 THE COURT:  Thank you sir.

17                 MR. ABELLA:  You are welcome.

18                 THE COURT:  And now, Mr. COQ.

19                 MR. COQ:  Good morning.

20                 THE COURT:  Please tell us how old you are and where

21       you were you born.

22                 MR. COQ:  I am 23.  I was born in Miami.

23                 THE COURT:  And what part of Miami do you live in?

24                 MR. COQ:  Kansas State.

25                 THE COURT:  And what's your educational background?
```

1

2          MR. COQ:  Supervision and management with a

3     concentration in accounting,

4          THE COURT:  What do you do for a living?

5          MR. COQ:  Internal revenue audit for the Hard Rock.

6          THE COURT:  Are you working for Hard Rock or the IRS?

7          MR. COQ:  Hard Rock.

8          THE COURT:  Do you have a spouse or partner?

9          MR. COQ:  Neither.

10         THE COURT:  And do you have any children?

11         MR. COQ:  No.

12         THE COURT:  Tell me about your source of news.

13         MR. COQ:  Friends and family.  I don't care for news.

14         THE COURT:  And social media?

15         MR. COQ:  Instagram, Snapchat.

16         THE COURT:  And what do you like to do, read or watch

17    in your spare time?

18         MR. COQ:  I like to watch Anime.  I like to bowl and

19    to roller skate.

20         THE COURT:  Are you a member of any group, club,

21    organization, anything like that?

22         MR. COQ:  No.

23         THE COURT:  Do you have any religious or moral

24    beliefs that would prevent you from sitting on our jury?

25         MR. COQ:  No.

```
 1

 2            THE COURT:  Anything you can think of that wouldn't

 3   allow you to be fair?

 4            MR. COQ:  No.

 5            THE COURT:  Thank you, sir.

 6            And now to Ms. Luduvico.  Did I pronounce it right?

 7            MS. LUDUVICO:  Yes, that's correct.

 8            THE COURT:  Please tell us how old you are and where

 9   you were you born.

10            MS. LUDUVICO:  I am 22.  I was born in Miami.

11            THE COURT:  What part of Miami do you live in?

12            MS. LUDUVICO:  North Miami Beach.

13            THE COURT:  Tell me if, you would, your educational

14   background.

15            MS. LUDUVICO:  I am in college -- going back actually

16   at Miami Dade College -- and also working at a front office at

17   a hotel.

18            THE COURT:  And do you have a spouse or partner?

19            MS. LUDUVICO:  I am married.  My husband works at

20   restaurant going prep work -- or anywhere they need him in the

21   restaurant, really.

22            THE COURT:  Do you have children?

23            MS. LUDUVICO:.  I have a daughter.  She's six years

24   old.

25
```

1          THE COURT:  And tell me about your news source or

2    sources.

3          MS. LUDUVICO:  I don't really watch those, only

4    because it's so much going on and I never know what to believe

5    or not.  So usually if my mom and I are talking, she's like,

6    did you hear this; did you hear that?  So that's my news

7    channel there.

8          THE COURT:  And social media?

9          MS. LUDUVICO:  I primarily use only Instagram -- just

10   to keep up with old friends from school -- family, you know,

11   because I have family like in different places.  I do have a

12   Facebook, but I don't use it.

13         THE COURT:  What do you like to do, read or watch in

14   your spare time?

15         MS. LUDUVICO:  Well, when I have spare time I usually

16   watch podcasts.  I rewatch old stuff that I used to watch a

17   long time ago.  Like right now I'm watching First 48.  I like

18   to watch Disney with my daughter.

19         THE COURT:  Are you a member of any groups, clubs,

20   organizations, anything like that?

21         MS. LUDUVICO:  No.  I used to be part of a program

22   called Young Parenting Project which is like for teen moms who,

23   you know, have been involved in some type of mischief.  But I

24   am not part of that group any more.

25

```
 1              THE COURT:  Do you have any religious or moral beliefs
 2    that would prevent you from sitting on a jury?
 3              MS. LUDUVICO:  No.
 4              THE COURT:  Anything you can think of that wouldn't
 5    allow you?
 6              MS. LUDUVICO:  No.
 7              THE COURT:  Thank you so much.
 8              MS. LUDUVICO:  It is my pleasure.
 9              THE COURT:  And now Mr. McPhee.  Good morning, sir.
10              MR. MCPHEE:  Good morning.
11              THE COURT:  How old are you, sir?
12              MR. MCPHEE:  I am 37 years old.
13              THE COURT:  And where were you born?
14              MR. MCPHEE:  Miami, Florida.
15              THE COURT:  And what part of Miami are you in?
16              MR. MCPHEE:  Fort Lauderdale.
17              THE COURT:  And your educational background?
18              MR. MCPHEE:  High school diploma, some college and
19    licensing as a life insurance agent.
20              THE COURT:  And is that what you're doing now, life
21    insurance?
22              MR. MCPHEE:  I stepped away from it only because of
23    the depressing issues of death -- I recently lost a friend
24    that I signed up and was able to protect her family -- so I got
25    away from it.
```

1          THE COURT:  Yeah.

2          MR. MCPHEE:  I am working at a company for pay

3    protection for aviation.

4          THE COURT:  Do you have a spouse or partner?

5          MR. MCPHEE:  No.

6          THE COURT:  And do you have any children?

7          MR. MCPHEE:  No.

8          THE COURT:  All right. Tell me about your news source

9    or sources.

10          MR. MCPHEE:  In regards to the news it's mainly -- I

11    don't really watch the local or mainstream news and I go onto

12    YouTube -- I follow several sources.

13          THE COURT:  And tell me about your social media

14    presence.

15          MR. MCPHEE:  All of them; Twitter, Instagram,

16    Facebook, TikTok, Snapchat, LinkedIn.

17          THE COURT:  What do you like to do, read or watch in

18    your spare time?

19          MR. MCPHEE:  So, in my spare time it's mainly self

20    improvement books.  If I'm going to be watching movies, it's

21    mainly action or investigation type.  The majority of my spare

22    time is sports betting.

23          THE COURT:  Other than that, are you a member of any

24    groups, clubs, organizations, anything of that nature?

25          MR. MCPHEE:  No.

```
 1              THE COURT:  Do you hold any religious or moral
 2   beliefs that would prevent you from sitting on our jury?
 3              MR. MCPHEE:  No.
 4              THE COURT:  Anything you can think of that wouldn't
 5   allow you to be fair?
 6              MR. MCPHEE:  No.
 7              THE COURT:  Thank you, sir.  I appreciate it.
 8              MR. MCPHEE:  You're welcome.
 9              THE COURT:  And why don't you pronounce your name for
10   us.
11              MS. ZUBIZARRETA:  Yaritza Zubizarreta.
12              THE COURT:  Good morning.
13              MS. ZUBIZARRETA: Good morning.
14            THE COURT:  If you would please tell us how old you are
15   and where you were you born.
16              MS. ZUBIZARRETA:  I'm 45 years old.  I was born in
17   Cuba.
18              THE COURT:  And what part of Miami do you live in?
19              MS. ZUBIZARRETA:  Homestead.
20              THE COURT:  And what is your educational background?
21              MS. ZUBIZARRETA:  I went to school for nursing.
22              THE COURT:  And are you working as a nurse now?
23              MS. ZUBIZARRETA:  I work as a nurse practitioner at a
24   research clinic.
25              THE COURT:  And do you have a spouse or partner?
```

```
 1            MS. ZUBIZARRETA:  I have a partner.

 2            THE COURT:  And what does your partner do for a

 3   living?

 4            MS. ZUBIZARRETA:  He's a glass vendor.  He works for

 5   a company that does signs and stuff like that.

 6            THE COURT:  Do you have children?

 7            MS. ZUBIZARRETA:  Yes, I have two.

 8            THE COURT:  And what are their ages?

 9            MS. ZUBIZARRETA:  I have a boy who is 18 years old;

10   he's working and he is studying in a technical college right

11   now.  And I have a 14 years old daughter which is the one I

12   talked about before.

13            THE COURT:  Yes. All right. And where do you get your

14   news?

15            MS. ZUBIZARRETA:  Mainly from the radio and from

16   Telemundo.

17            THE COURT:  Social media?

18            MS. ZUBIZARRETA:  I have Facebook, Instagram,

19   LinkedIn.  Those are the ones that I mainly use.

20            THE COURT:  What do you like to do, read or watch in

21   your spare time?

22            MS. ZUBIZARRETA:  Besides continuing education, I go

23   through Facebook, Instagram.  I'm always looking for cooking

24   recipes for my daughter and just be home with my family.

25
```

```
 1              THE COURT:  Do you belong to any groups, clubs,
 2   organizations or anything like that?
 3              MS. ZUBIZARRETA:  No.
 4              THE COURT:  Do you have any religious or moral
 5   beliefs that would prevent you from sitting on our jury?
 6              MS. ZUBIZARRETA:  No.
 7              THE COURT:  Anything you can think of that wouldn't
 8   allow you to be fair?
 9              MS. ZUBIZARRETA:  No.
10              THE COURT:  Thank you.
11              MS. ZUBIZARRETA:  You're welcome.
12              THE COURT:  All right.  And now we'll hear from Ms.
13   Garcia.
14              MS. GARCIA:  Good morning.
15              THE COURT:  Please tell us how old you are and where
16   you were you born.
17              MS. GARCIA:  I'm 25.  I was born in Hialeah.
18              THE COURT:  And do you currently live in Hialeah?
19              MS. GARCIA:  No, I currently live in Miami Gardens.
20              THE COURT:  And tell us about your educational
21   background.
22              MS. GARCIA:  A graphic designer.
23              THE COURT:  And what do you do for a living?
24              MS. GARCIA:  I am a receptionist at a construction
25   company.
```

```
 1           THE COURT:  Do you have a spouse or partner?

 2           MS. GARCIA:  No.

 3           THE COURT:  Do you have any children?

 4           MS. GARCIA:  No.

 5           THE COURT:  Tell me about your news sources.

 6           MS. GARCIA:  I either use Google News or whatever

 7   aggregator comes up on the phone.

 8           THE COURT:  And social media?

 9           MS. GARCIA:  I primarily use YouTube and Twitter.

10           THE COURT:  What do you like to do, read or watch in

11   your spare time?

12           MS. GARCIA:  Usually something that keeps me busy.

13           THE COURT:  Are you a member of any groups or clubs

14   that keep you busy?

15           MS. GARCIA:  No.

16           THE COURT:  Do you hold any religious or moral

17   beliefs that would prevent you from sitting on our jury?

18           MS. GARCIA:  No.

19           THE COURT:  Anything you can think of that wouldn't

20   allow you to be fair?

21           MS. GARCIA:  No.

22           THE COURT:  Thank you so much.  And now we'll turn to

23           Ms. Clark.

24           MS. CLARK:  Good morning.

25
```

```
 1              THE COURT:  Please tell us how old you are and where
 2    you were you born.
 3              MS. CLARK:  I'm 25 years old.  I was born in
 4    Homestead and I currently still live in Homestead.
 5              THE COURT:  And tell me what your educational
 6    background is.
 7              MS. CLARK:  I went to trade school for CNA.
 8              THE COURT:  And what do you now do for a living?
 9              MS. CLARK:  I am a sales associate at Walmart.
10              THE COURT:  Do you have a spouse or partner?
11              MS. CLARK:  A partner.
12              THE COURT:  And what does your partner do for a
13    living?
14              MS. CLARK:  He's a carpenter.
15              THE COURT:  Do you have any children?
16              MS. CLARK:  No.
17              THE COURT:  And tell me where you get your news.
18              MS. CLARK:  I have the news app on my phone; so
19    whatever news, whatever notification shows up, I just read it.
20              THE COURT:  Do you have social media?
21              MS. CLARK:  I have a Facebook, Instagram, TikTok and
22    a Snapchat.
23              THE COURT:  What do you like to do, read or watch in
24    your spare time?
25
```

1          MS. CLARK:  I like to read just about anything.  As for

2    watching, I just like to watch like documentaries and I like

3    Anime.

4          THE COURT:  Are you a member of any group, club,

5    organization, anything like that?

6          MS. CLARK:  No.

7          THE COURT:  Do you hold any religious or moral

8    beliefs that would prevent you from sitting on our jury?

9          MS. CLARK:  No.

10         THE COURT:  Anything you can think of that wouldn't

11   allow you to be fair?

12         MS. CLARK:  Nothing at all.

13         THE COURT:  Thank you so much.

14         MS. CLARK:  You are welcome.

15         THE COURT:  And now, Ms. Martinez.

16         MS. MARTINEZ:  Good morning.

17         THE COURT:  Please tell us how old you are and where

18   you were you born.

19              (JUROR SPEAKS SPANISH WITH FELLOW VENIRE MEMBER)

20         MS. MARTINEZ:  I'm sorry; I don't understand well.

21         THE COURT:  I am going to have you speak with Mr.

22   Santorufo a little later.

23         MS. MARTINEZ:  Okay.

24         THE COURT:  All right. I believe we are now speaking

25   with Ms. Aquino.

1              MS. AQUINO:  Yes, it is.

2          THE COURT:  Good morning, ma'am.

3          MS. AQUINO: Good morning.

4          THE COURT:  Please tell us how old you are and where

5      you were you born.

6          MS. AQUINO:  I am nearly 50.  I am from Guatemala.

7          THE COURT:  And what is your educational background?

8          MS. AQUINO:  I went to high school and college here.

9      I studied social worker as my career, and then I get the

10     license for hairstylist.

11         THE COURT:  And is that what you are doing for work

12     right now?

13         MS. AQUINO:  Yes; I was working -- until I stopped

14     working because of health issues.

15         THE COURT:  Do you have a spouse or partner?

16         MS. AQUINO:  A spouse.

17         THE COURT:  And what does he do for a living?

18         MS. AQUINO:  He was working in maintenance, but also

19     he stop working because of health issues.

20         THE COURT:  Do you have any children?

21         MS. AQUINO:  Two, a girl and boy.  My daughter works

22     in SIU -- she's a manager -- and my son also work in SIU

23     business administration.

24         THE COURT: Where do you get your news?

25

```
 1            MS. AQUINO:  I like to see Spanish Channel like 51

 2     and also Channel 23 and Channel 7.

 3            THE COURT:  What about social media, Facebook,

 4     Twitter?

 5            MS. AQUINO:  I just have the TikTok; and WhatsApp to

 6     call for my family.

 7            THE COURT:  What do you like to do, read or watch in

 8     your spare time?

 9            MS. AQUINO:  I like to read a lot of books like

10     cooking books or education -- more like lifestyle -- and the

11     weekends I like to go to the movies with my family or sometimes

12     we go to the park to do picnics.

13            THE COURT:  Do you belong to any groups, clubs,

14     organizations, anything like that?

15            MS. AQUINO:  I used to belong to the organization...

16            THE COURT REPORTER:  Please speak into the

17     microphone.

18            MS. AQUINO.  ... they do a lot of activities like

19     working on the elections, the women's rights.

20            THE COURT:  Were you in a leadership position with

21     that organization?

22            MS. AQUINO:  I was volunteer.

23            THE COURT:  Do you have any religious or moral

24     beliefs that woul d prevent you from sitting on our jury?

25
```

1              MS. AQUINO:  I'm Catholic but I don't have no issues

2    with that.

3              THE COURT: Other than your health, which we will talk

4    about a little later, is there any other reason you can think

5    of that wouldn't allow you to be fair?

6              MS. AQUINO:  No.

7              THE COURT:  Thank you so much.

8              MS. AQUINO:  Thank you, Your Honor.

9              THE COURT:  And now going to Mr. Ham.

10             MR. HAM:  Good morning, Your Honor.

11             THE COURT:  Good morning. Please tell us how old you

12   are and where you were you born.

13             MR. HAM:  I am 48 years old.  And I was born in

14   Honduras.

15             THE COURT:  And what part of Miami do you live in

16   now?

17             MR. HAM:  Cutler Ridge.

18             THE COURT:  I know you're presently in law school.

19   Tell us a little bit about your educational background.

20             MR. HAM:  Okay.  I have a law degree in Honduras, a

21   Master's in International Law in Spain; and I am currently

22   enrolled in my LLM program, last semester, of International

23   law.

24             THE COURT:  And other than pursuing your education

25   are you currently working?

1          MR. HAM:  I just resigned like two weeks ago from an

2   Immigration law firm.

3          THE COURT:  Is that here in Miami?

4          MR. HAM:  Yeah, here in Miami.

5          THE COURT:  All right.  Do you have a spouse or

6   partner?

7          MR. HAM:  I have a wife.

8          THE COURT:  And what does she do for a living?

9          MR. HAM:  She works at the Honduran Consulate here in

10  Miami.

11         THE COURT:  Do you have children?

12         MR. HAM:  Yes, I have two; 25 and seven.

13         THE COURT:  And is the 25-year-old in school or in

14  the workforce?

15         MR. HAM:  He is back in Honduras working for a news

16  channel network.

17         THE COURT:  Tell me where you get your news.

18         MR. HAM:  BBC, China News, CNN, Wall Street Journal,

19  New York Times.

20         THE COURT:  And social media?

21         MR. HAM:  Just LinkedIn.

22         THE COURT:  What do you like to do, read or watch in

23  your spare time?

24         MR. HAM:  Workout and read.

25

```
1              THE COURT:  Are you a member of any groups, clubs,
2    organizations, anything like that?
3              MR. HAM:  No, Your Honor.
4              THE COURT:  Do you hold any religious or moral
5    beliefs that would prevent you from sitting on our jury?
6              MR. HAM:  No, Your Honor.
7              THE COURT:  Anything you can think of that wouldn't
8    allow you to be fair?
9              MR. HAM:  I do follow that case right now in -- in
10   New York for the former President of Honduras of trafficking.
11             THE COURT: Okay.
12             MR. HAM:  I followed him since -- a year ago or two
13   years ago.
14             THE COURT:  The question becomes -- because this is a
15   different individual, different country and a different set of
16   circumstances....
17             MR. HAM:  Yeah.
18             THE COURT:  And can you listen to my instructions on
19   the law and review only the evidence that is presented in this
20   case?
21             MR. HAM:  Yes.  And that is not going to be a
22   problem.
23             THE COURT:  Thank you so much.
24              MR. HAM: Yes, of course.
25
```

1          THE COURT:  All right.  Ladies and gentlemen, you've

2     all been extremely patient during the process so far. There are

3     still some questions I need to ask of you, which is going to

4     take some time.

5          Because we have been at this for a long time I am going

6     to recess so that you can get some lunch.  And I am going to

7     give you an hour because everywhere is going to be pretty

8     crowed.

9           So, in terms of places to eat, ladies and gentlemen,

10    there is the cafeteria on seven.  And on the back side of the

11    courthouse there's a Chick-fil-A across the street, and there's

12    a Starbucks across the street.

13         There's a McDonald's near the college campus -- which

14    would be a couple of blocks away -- that is from the front of

15    the courthouse.

16         When you come back you will come back to the seats you

17    have been seated in.  You are not talk to anybody about the

18    case, you know nothing about, which is one of the reasons you

19    have on a juror badge; so that no one comes up to you and asks

20    you anything.

21          You may see the lawyers while you are walking around

22    the "campus" but they're not going to get on the elevator with

23    you -- or even acknowledge you -- or say hello.

24         And that is not because their mothers did a bad job

25    raising them.

1           It is because I have told them to avoid even the

2    appearance of anything inappropriate they are not to engage

3    with you in any manner.

4           So have a good lunch, talk to each other about how

5    fascinating all of you are -- because you are -- and be back

6    here at quarter after one.

7                THE COURT SECURITY OFFICER:  All rise.

8                      JURY PANEL EXCUSED

9           THE COURT:  Everyone may be seated.

10          Mr. Santorufo has told me that two of our jurors

11   wished to address the Court -- one of them said privately --

12   and so I am going to have them brought in separately to see

13   what the issue is.

14          Officer Sanders, if you would please bring in Juror

15   Number 1; Mr. Gutierrez.

16               THE COURT SECURITY OFFICER: Yes, Your Honor.

17               THE COURT: Mr. Gutierrez, if you would come up to the

18   podium.  What was it you wished to share?

19               MR. GUTIERREZ:  I sponsor a pro-life club at my

20   school.

21               THE COURT: When you say you sponsor it, do you run

22   the club or are you in a leadership position there?

23               MR. GUTIERREZ:  Basically, yes.  I also help, like,

24   orchestrate events and do budgeting and logistics for it at

25   times as well.

1          I apologize.  I forgot to say it earlier.  And I just

2     wanted to make sure that I did not leave something out.

3          THE COURT:  Thank you.  I appreciate your being so

4     conscientious.

5          MR. GUTIERREZ: No problem.

6          THE COURT:  All right. You are excused for lunch.

7          MR. GUTIERREZ: Thank you.

8          THE COURT:  Ms. Barreras, if you would come forward

9     please.

10         MS. BARRERAS:  Hello.

11         THE COURT:  Hello. Please tell us what it is you

12    would like for us to know.

13         MS. BARRERAS:  So I was recently diagnosed with

14    Crohn's Disease, and I still don't know what triggers me since

15    it was such a recent thing.  To be honest, every time I eat

16    something within an hour or two I will go to the restroom.

17         And depending on what it is, since I don't know like

18    what triggers it yet, sometimes it's a lot more than expected

19    and I have to go frequently; which is why I was late this

20    morning because whatever I ate yesterday did not sit well with

21    me.

22         I am more than happy to do community service.  I'm

23    happy to do things in the community.  I've always wanted to be

24    on a jury -- this is something that I feel is so important -- I

25    just don't know...

1          THE COURT:  Well, first, thank you for being candid.

2    Second, I wouldn't want to in any way embarrass you.  I can

3    tell you that I can schedule regular breaks to camouflage any

4    such situation.

5          So I could do that on the hour to make certain that

6    your digestive system is settled if need be.

7          Or if you give, you know, the high sign to either me or

8    the CSO we'll break at that time.  But I can do it regularly so

9    that it's not evident that it is you.

10          MS. BARRERAS:  On days that I am good, I am good and

11    I would not need any breaks.

12          THE COURT:  And with the diagnosis, did the doctor

13    tell you to avoid X food?

14          MS. BARRERAS:  Everybody's different, of course, but

15    spicy foods, sometimes dairy, and for me nuts are a trigger.

16          THE COURT:  If you're selected, the jury room has a

17    refrigerator, and a microwave, and so if you wished to bring

18    your lunch -- something bland -- you can bring that in so that

19    you are not introducing something that might upset your system.

20          MS. BARRERAS:  Thank you so much.

21          THE COURT:  All right. Go have a very bland and warm

22    lunch.

23          MS. BARRERAS:  Yes; no problem.

24          THE COURT:  All right. We all have to grab some

25    lunch; so I will see you all back here at 1:15.

1          THE COURT SECURITY OFFICER:  All rise.

2          THE COURT:  Everyone may be seated.

3          I hope you all had a good lunch.  All right. We are

4     going to continue our questions at this time; but this time it

5     will be as a group.

6          And you will only need to raise your hand to answer

7     if the answer to the question is yes.

8          My first question is whether any one of you have ever

9     served in the Military?  Again, if your answer is yes then if

10    you would raise your hand.

11          Mr. Crespo, is it?

12          MR. CRESPO:  Yes. I served '81 to '84 with the Marine

13    Corps.

14          THE COURT:  And what was your rank?

15          MR. CRESPO:  I was a corporal when I got out.

16          THE COURT:  Thank you so much for your service.

17          MR. CRESPO:  Thank you.

18          THE COURT:  And Mr. Torres.

19          MR. TORRES:  Air Force Reserve.

20          THE COURT:  And are you still in the Air Force

21    Reserve today?

22          MR. TORRES:  No.

23          THE COURT:  Thank you so much for your service.

24          MR. TORRES:  You're welcome.

25

1          THE COURT:  Anyone else?  Again, gentlemen, thank you

2     so much for your service to your country; it is greatly

3     appreciated.

4          My next question is whether you have ever served on a

5     jury before? Either criminal, like we are doing here; civil

6     where people sue each other for money; or a Grand Jury where

7     people meet over a longer period of time.

8          The first row, anybody ever served on a jury?

9          MR. RAMIREZ:  It was for a car accident like five or

10    ten years ago.

11         THE COURT:  And you are Mr. Ramirez?

12         MR. RAMIREZ:  Yes.

13         THE COURT:  Was that State Court on Flagler?

14         MR. RAMIREZ:  Yes.  We did not finish the case

15    though -- they settled the case.

16         THE COURT:  Thank you so much.

17         MR. RAMIREZ:  You're welcome.

18         THE COURT:  Ms. De Los Reyes.

19         MS. De LOS REYES:  This was actually back in New

20    Jersey.  We served a few days, but I think that they settled

21    the case.

22         THE COURT:  So you never went back to discuss it or

23    anything?

24         MS. De LOS REYES:  No.

25

1          THE COURT:  Thank you so much.  And in the back.

2          UNIDENTIFIED JUROR:  It was in County Court -- Dade

3   County Court -- about three or four years ago.

4          THE COURT:  And was it a civil matter?

5          UNIDENTIFIED JUROR:  It was criminal.  We only went

6   for one day and it was ended. We went through the first part of

7   the day.  We saw video interviews and then we went in and were

8   kind of talking about the case -- the bailiff came in and told

9   us that we had seen evidence that we weren't supposed to see

10   and that was supposed to have been redacted.

11          THE COURT:  Oh, I see.

12          UNIDENTIFIED JUROR:  And so the Judge called us in

13   and told us what happened and let us go.

14          THE COURT: Got it.

15          UNIDENTIFIED JUROR:  That was it.

16          THE COURT:  Anyone else in the back row?

17          All right.  Now the next series of questions I am

18   going to ask you I need to give you a brief explanation.  So,

19   we all have friends, perhaps family members, that we grew up

20   with and we have gone our separate ways so to speak.

21          You may see some pictures on Facebook that you like,

22   or give them a heart, but they are not now a part of your life.

23   Perhaps someone you went to high school or college with and you

24   may occasionally speak to or see something they post on social

25   media.

```
 1          With that explanation, has anyone themselves or a

 2   close friend or family member ever been a party to a lawsuit?

 3          Meaning you, a close family member or a close friend

 4   sued somebody or somebody sued you or a close family member or

 5   a close friend; anyone in the box?

 6          MS. HOLECEK:  Yes, Your Honor.

 7          THE COURT:  All right.

 8          MS. HOLECEK:  I have one suit where my company has

 9   sued a shipping company on a contractual dispute.

10          THE COURT:  The lawsuit you have against the shipping

11   company is it currently pending?

12          MS. HOLECEK:  It is.

13          THE COURT:  And have you had to give any testimony in

14   that regard?

15          MS. HOLECEK:  No.

16          THE COURT:  Will the fact that you have this lawsuit

17   out there affect your ability to be impartial for these parties

18   in this case?

19          MS. HOLECEK:  I believe not.

20          THE COURT:  Thank you so much.

21          And for the record you are Ms. Barreras?

22          MS. BARRERAS:  Yes.  My mother had done a lawsuit

23   from when I was born and it didn't get settled until I was

24   probably in elementary school, middle school.

25
```

1           But she's passed away now and that's a long time ago,

2   so it would not affect me.

3           THE COURT:  And was it a lawsuit about a contract or

4   an injury of some sort?

5           MS. BARRERAS:  An injury.

6           THE COURT: Thank you so much.

7           MS. BARRERAS:  You're welcome.

8           THE COURT:  Anyone else up here in the box?  Anyone

9   in the back.

10          The next question is whether you or a close family

11  member or a close friend have ever worked for law enforcement

12  or the Government?

13          Now we already know that Ms. Carswell works at FDC.  Is

14  there anyone else who either themselves, other a close friend

15  or family member, works for law enforcement or the Government?

16          Juror Number 4, Ms. LaRose.

17          MS. LAROSE:  My cousin and her husband are working in

18  the DEA.

19          THE COURT:   Are they here in South Florida?

20          MS. LAROSE:  They work in Virginia.

21          THE COURT:  Okay.

22          MS. LAROSE:  They just moved to Michigan, but they

23  both come down here regularly for things

24          THE COURT:  So the fact that you have a close family

25  member that works for the Drug Enforcement Administration --

```
 1   you are going to hear from agents that work with the DEA -- is

 2   that going to affect your ability to be fair to Mr. Fahie in

 3   this case about these matters?

 4           MS. LAROSE:  I don't think it's going to impact my

 5   judgment -- I mean, I've heard lots of stories and lots of

 6   things that -- I don't know if they are going to impact my

 7   judgment, but I feel like, you know, I've heard a lot.

 8           THE COURT:  Right.

 9           MS. LAROSE:  Heard a lot about things that have

10   happened.

11           THE COURT:  First, I do wish to thank you all for

12   being so honest and straightforward and candid.  With that

13   being said, though, everybody comes into this courtroom with

14   life experience.

15           You obviously cannot ignore it or forget it.  But the

16   question is -- having had those discussions with your cousin

17   and her husband -- can you set all of that aside and focus on

18   the facts you will hear in this case and follow the law that I

19   instruct you on as to how to look at these facts and make your

20   decision in this case?

21           MS. LAROSE:  I think that I can listen to it and that

22   I can be fair.

23           THE COURT:  That's all we can ask of anyone.

24           Thank you so much.

25           MS. LAROSE:  Of course.
```

```
1              THE COURT:  All right.  Anyone else?

2              Juror Number 1; Mr. Gutierrez.

3              MR. GUTIERREZ:  I had two uncles that worked for

4    Customs for Miami-Dade.

5              THE COURT:  And is that going to affect your ability

6    to be fair here?

7              MR. GUTIERREZ:  I don't think so.

8              THE COURT:  Thank you so much, Mr. Gutierrez.

9               In the back.

10             UNIDENTIFIED JUROR:  My husband worked with the DA's

11   office in LA in some sort of exchange program; for lack of a

12   better word

13             THE COURT:  So he was loaned out -- in essence -- to

14   assist them in some regard?

15             UNIDENTIFIED JUROR:  Yes.  He was prosecuting some

16   cases as I understand it.

17             THE COURT:  Do you remember what the type of cases

18   were or not?

19             UNIDENTIFIED JUROR:  I believe it -- it was about

20   solicitation.

21             THE COURT:  And the fact that your husband had this

22   interlude in his career, would that affect your ability to make

23   a decision in this case?

24             UNIDENTIFIED JUROR:  No, I don't believe so.

25
```

```
 1            THE COURT:  Thank you so much.  Anyone else in the box
 2   that's actually an oval.
 3            MR. GARCIA:  Yeah, I just wanted to say again that I
 4   had mentioned that my cousin worked for DEA.
 5            THE COURT:  Right.
 6            MR. GARCIA:  And also I had two other first cousins
 7   that live here in Miami that are police officers with Miami
 8   Dade.
 9            THE COURT:  I am sure you have heard stories --
10            MR. GARCIA:  I've heard a lot of stories, but I don't
11   think it will affect me.
12            THE COURT:  Thank you so much, Mr. Garcia.
13            Anybody else in the box?  Anyone in the back?
14            MS. MANTILLA:  Shirley Mantilla.
15            THE COURT:  What do you want to share with us?
16            MS. MANTILLA:  I have a cousin who also is married
17   with someone in the FBI.
18            THE COURT:  And the fact that your cousin is married
19   to an FBI employee would that affect your ability to be fair?
20            MS. MANTILLA:  No.
21            THE COURT:  Thank you so much.  I saw another hand in
22   the back.  Please tell us your name.
23            MS. CLARK:  Cameia Clark.
24            THE COURT:  Yes, ma'am.
25
```

1          MS. CLARK:  My step dad is a police officer and I have

2   two uncles that are also police officers.

3          THE COURT:  And is that here in Miami Dade?

4          MS. CLARK:  Yes.  But that would not have any impact

5   or anything like that with this case.

6          THE COURT:  Thank you, Ms. Clark.

7          MS. CLARK:  You're welcome.

8          THE COURT:   Anyone else?  All right.

9          Now you heard about Mr. Fahie's relationship to the

10  British Virgin Islands.  Does anyone themselves, or a close

11  family member or friend, have any business association with,

12  live in or come from the British Virgin Islands?

13         All right.  The next question has to do with how the

14  case will be presented.  You will learn that the Government has

15  employed several law enforcement practices in this case; one of

16  which involves the use of a confidential source.

17         And that is a situation where a private person works

18  for and with the Government in the hope of receiving some sort

19  of benefit.

20         One involved the use of a co-defendant, who has pled

21  guilty in their case, and is going to be testifying for the

22  Government here in this trial.

23         The question is whether or not any of these practices

24  will affect your ability to be fair and impartial to both sides

25  in this case?

1          Is there anyone here that could not be fair based on

2     the use of those tactics by law enforcement?

3          Now, the next three questions I am going to ask as a

4     group, and if you have a yes answer to any of them, raise your

5     hand and let me know.

6          The first question is do you have any medical issues

7     that would make it difficult for you to participate as a juror?

8          If, for example, you have diabetes or asthma or have a

9     bad back and you need to stand up from time to time, that's

10    fine to tell us as a group.

11         But if there is something of a more private nature,

12    just let us know and we will talk with you privately.

13         The second question is have you or a close family

14    member or close friend ever been the victim of a crime?

15         And the third question is whether you or anyone close

16    to you has ever been convicted of a felony?

17         If your answer to any of those questions is yes then

18    raise your hand.  And, again, if you would like to speak with

19    us privately about anything just let us know and we will do so.

20         Yes, Mr. Gutierrez.

21         MR. GUTIERREZ:  I have been a victim of two crimes.

22    One was getting my laptop stolen by a taxi driver, but that was

23    in the Dominican Republic.

24         THE COURT: Okay.

25

```
 1              MR. GUTIERREZ:  And the other one was a financial --

 2      financial theft through online use.

 3              THE COURT:  Identity theft?

 4              MR. GUTIERREZ:  It wasn't identity fraud -- I can't

 5      find the word for it right now -- but it's like a financial

 6      fraud.

 7              THE COURT:  Is that something in the past or something

 8      that's still being investigated?

 9              MR. GUTIERREZ:  The second one is still being

10      investigated.

11              THE COURT:  All right.  That is a completely

12      different case than what we have here.  Is that going to affect

13      your ability to be fair to both the defendant and to the

14      Government in this case?

15              MR. GUTIERREZ:  No.

16              THE COURT:  Thank you so much, Mr. Gutierrez.

17              MR. GUTIERREZ:  You're welcome.

18              THE COURT:  Ms. LaRose.

19              MS. LAROSE:  I also was a victim just recently of

20      identity fraud and it is still ongoing.

21              THE COURT: Sadly, I think we're going to get a lot of

22      hands on that.

23              Is that in any way going to affect your ability to be

24      fair in this case?

25              MS. LAROSE:  No, it would not.
```

```
 1              THE COURT:  Thank you.

 2          Ms. Garcia Martinez.

 3              MS. GARCIA:  I would like to say in private.

 4              THE COURT:  Let me make a note of that and I'll come

 5  back to you then.

 6          Mr. Ramirez.

 7              MR. RAMIREZ:  My uncle did nine years on jail because

 8  of a drug deal and he served time.

 9              THE COURT:  Do you remember if it was Federal time or

10  State time?

11              MR. RAMIREZ:  It was State.

12              THE COURT:  The case involved drugs -- so it is sort

13  of close -- and your uncle did time because of a drug case.

14              MR. RAMIREZ:  Yes.

15              THE COURT:  All right. Is there anything about his

16  case, anything that happened there, the way it was tried, the

17  way he was treated, that would affect your ability to be fair

18  here to these parties?

19              MR. RAMIREZ:  No.

20              THE COURT:  Thank you so much.

21              MR. RAMIREZ:  You're welcome.

22              MR. CRESPO:  My wife's brother did time in prison for

23  drugs.

24              THE COURT: You are Mr. Crespo?

25              MR. CRESPO:  Yes.
```

```
1
2          THE COURT:  And so your brother-in-law did time in
3    prison for a drug case?
4          MR. RAMIREZ:  He did 19 years in Federal prison.
5          THE COURT:  So, it was a Federal case?
6          MR. CRESPO:  Yes.
7          THE COURT:  And who was the prosecuting agency, do
8    you know?
9          MR. CRESPO:  It was the ATF.
10         THE COURT:  All right.
11         MR. CRESPO:  It was a long time ago.
12         THE COURT:  It was a long time ago; but given the
13   type of case we are here for, would your brother-in-law's case
14   affect your ability to look at the facts and be fair here?
15         MR. CRESPO:  No, it would not.
16         THE COURT:  Thank you so much.
17          Mr. Torres.
18         MR. TORRES:  My brother-in-law who came to live with
19   us for about five years was -- he suffered greatly at the hands
20   of the police in Colombia.
21         THE COURT:  Was he prosecuted or just detained?
22          MR. TORRES:  The details as I have them -- I would
23   say it is closer to the word torture.
24         THE COURT:   Would the actions of corrupt police
25   officers in Colombia affect your ability to be fair to the law
```

```
1    enforcement persons here who testified?
2              MR. TORRES:  I don't think so -- I don't know the
3    details that will be here -- but I don't think so.
4              THE COURT:  Well, it does not involve torture.
5              MR. TORRES:  It should not be a problem.
6              THE COURT:   Thank you so much.
7              UNIDENTIFIED JUROR:  My mom's best friend was
8    murdered.  Her roommate was a drug dealer, and it was like a
9    drug deal gone bad -- even though the roommate didn't deal with
10   it -- and she was brutally murdered.
11        So even though I am not impartial to understanding what
12   they have to provide --  to use for a case -- I am impartial
13   with what lives have been lost, you know, due to the use of
14   drugs and those things that happen.
15             THE COURT:  So, as I told you at the very beginning,
16   the Government has the burden of proof in a criminal case; and
17   right now Mr. Fahie is presumed innocent of all charges.
18        You have just heard the allegations, what he has been
19   charged with; you have not yet heard any evidence so you really
20   do not know much, if anything, about the case.
21        Do you think the fact that your mother's best friend
22   had this life ending experience because of someone who was
23   involved in the drug trade would affect your ability to listen
24   to the facts here?
25
```

1          UNIDENTIFIED JUROR:  No, it would not.

2          THE COURT:  And, again, there is no issue here of

3    torture or bodily injury of any kind.

4          MS. MANTILLA:  I'm Shirley Mantilla.

5          THE COURT:  Yes, ma'am.

6          MS. MANTILLA:  I've been a victim of police brutality

7    by Miami-Dade Police Department.

8          THE COURT:  And was that in relationship to a case of

9    some sort?

10          MS. MANTILLA:  Yes. It was in relation to a DV case;

11    nothing to do with drug trafficking.

12          THE COURT:  Is that matter resolved or is it still

13    ongoing?

14          MS. MANTILLA:  It's been no action'd.

15          THE COURT: The fact that you had this experience with

16    the Miami Dade Police Department -- and there are no witnesses

17    here from the Miami Dade Police Department -- would that affect

18    your ability to give law enforcement a fair shake when they

19    take the stand?  Would you be able to listen to them and be

20    impartial?

21          MS. MANTILLA:  No.

22          THE COURT:  So you are saying you can't serve on the

23    jury because of your experience with the police -- you can't

24    distinguish between Federal and local police?

25

1          So, you could sit on an insurance dispute for a couple

2    weeks because that has nothing to do with police officers?

3          MS. MANTILLA:  I could sit for the jury, yes.

4          THE COURT:  I apologize -- maybe my question was not

5    very clear -- so let me ask you again.

6          So, you had this "bad" experience with some officers

7    from the Miami Dade County Police Department.

8          MS. MANTILLA:  Yes.

9          THE COURT: My bottom-line question is whether you

10   could be fair to the Federal agents that testify here -- again

11   no local law enforcement -- can you listen to them just like

12   every other witness and make your decision based on what you

13   are presented here in this courtroom; regardless of your

14   experience with those officers?

15         MS. MANTILLA:  Yes, I can.

16         THE COURT:   Thank you so much.

17         MS. MANTILLA:  I'm sorry for the misunderstanding.

18         THE COURT:  No, no; I should have asked my question

19   better.

20          MS. MANTILLA: No worries.

21          THE COURT:  Ms. Clark.

22         MS. CLARK:  I would like to speak about my answer

23   privately.

24          THE COURT:  All right. I will make a note of that as

25   well.

1          Ladies and gentlemen, that concludes the questions that

2    I have of you at this time.  I thank you for your patience.

3          I am going to ask that you step outside for about ten

4    minutes or so; that way you can stretch your legs and use the

5    restroom if need be.

6          I am going to ask that you, Ms. Clark and Ms. Martinez,

7    stay behind so that we can speak with you privately.

8           Again, you can talk to each other about all the very

9    interesting things you have learned about each other, but do

10   not talk about the case you really know nothing about.

11         If you would be back outside in ten minutes.

12         THE COURT SECURITY OFFICER:  All rise.

13              (JURY PANEL EXCUSED)

14         THE COURT:  All right. We will speak first with Ms.

15   Martinez.

16         If you would, Officer Sanders.

17         COURT SECURITY OFFICER:  Yes, Your Honor.

18         THE COURT: If you would come forward to the podium.

19          What would you like to share?

20          MS. MARTINEZ:  I have anxiety disorder. From time to

21   time I get really nervous -- like I am now -- where I start

22   sweating and shaking.  Sometimes I have to stop what I am doing

23   and go to the bathroom and put water on my face and take a

24   breath because I feel like I may pass out.

25

1          I do take medication for that as well. I wanted to let

2   you know that -- because it may affect me here.

3          THE COURT:  Thank you for being brave enough to tell us

4   what you are dealing with.  A couple of things I would like to

5   share with you.

6          First, if you have to take your medication and/or you

7   need to take a break just let me know and we will break for as

8   long as you may need.

9          And understanding that you are very nervous right now;

10  once you are selected you will be sitting with your fellow

11  jurors and will not have to answer questions or interact with

12  anyone out in the courtroom. So hopefully that will ease some

13  of your anxiety as well.

14         With that understanding do you think you would be

15  comfortable serving?

16         MS. MARTINEZ: I am not sure I can -- I kind of feel

17  like I am on a roller coaster right now -- I just do not feel

18  really well.

19         THE COURT:  I understand.  I would ask that you think

20  about something you could do in lieu of jury service, some sort

21  of community service; perhaps the Camillus House, a church near

22  you or a program for kids at risk.

23         MS. MARTINEZ:  That's fine.  I do not have a problem

24  with doing that.

25

```
1              THE COURT:  Thank you so much.  If you would step

2    outside with your fellow panel members and I will have you back

3    in, in about ten minutes.

4              If you would bring in Ms. Clark.

5              MS. CLARK:  Should I come up?

6              THE COURT:  Come right up to the podium.  What would

7    you like to share with us?

8              MS. CLARK: I have been a victim of sexual assault

9    twice.

10             THE COURT: I am so sorry to hear that.

11             MS. CLARK:  It won't affect my judgement or anything; I

12   just wanted to let you know.

13             THE COURT: I appreciate your sharing that with us.  I

14   know that it was not easy.

15             MS. CLARK:  It's okay.

16             THE COURT:  All right. If you would step outside with

17   your fellow panel members and I will have you back in, in about

18   ten minutes.  Thank you again, Ms. Clark, for being so honest.

19             MS. CLARK:  You are welcome.

20             THE COURT:  All right. I will give you about eight

21   minutes or so to look over your lists and have a conversation

22   with your client and with each other.

23                        RECESS TAKEN

24             THE COURT SECURITY OFFICER:  All rise.

25             THE COURT:  You all may be seated.
```

1          We will start with the Government's cause challenges

2    and then I will turn to defense.

3              MR. GERARDE:  Judge, we don't have any for cause

4    challenges.

5              THE COURT:  All right. As to Ms. Garcia Martinez, the

6    young woman with the anxiety issue, do both sides agree that it

7    would be best to excuse her?

8              It does not seem that she will be able to handle being

9    a juror in a trial of this sort.

10             MR. GERARDE:  Yes, Judge -- the Government has no

11   objection.

12             THE COURT:  Ms. Van Vliet, do you have any issue with

13   that?

14             MS. VAN VLIET:  No, ma'am.

15             THE COURT:  For the record, Ms. Garcia Martinez and

16   Ms. Martinez, that's Juror Number 36, both have been removed

17   for cause.

18             Ms. Van Vliet, any cause challenges?

19             MS. VAN VLIET:  Judge, we would move to excuse Mr.

20   Torres for cause.  He talked about his family circumstance with

21   his brother having the heroin over-dose.

22             He also talked about his brother-in-law suffering at

23   the hands -- at least according to him -- of the Colombian

24   Police.

25

1          And so, Your Honor, it just kind of sounds like an

2     amalgamation of these things -- number one, someone who does

3     not want to serve -- but also someone who's got real issues

4     with some of the things that will arise in this case.

5          MR. GERARDE:  Judge, we don't oppose that challenge

6     for cause.

7          THE COURT:  All right.  I will excuse Mr. Torres for

8     cause.  Any other cause challenges, Ms. Van Vliet?

9          MS. VAN VLIET:  We would move to excuse Juror Number

10    32 -- the lady in the very back -- Ms. Zubizarreta.  She has a

11    type one diabetic child, which can be quite brutal in my

12    experience.

13         And while I think she would be a fine juror otherwise,

14    that may be weighing on her -- where she is not able to give

15    her complete attention to the case.

16         And I will tell you with the amount of tapes, and the

17    quality of some of the tapes, the jurors are going to need

18    every ounce of concentration that they can muster.

19         THE COURT:  Mr. Gerarde.

20         MR. GERARDE:  Judge, we don't have an issue with that

21    challenge for cause either.

22         THE COURT:  All right. I will excuse Ms. Zubizarreta

23    for cause as well.

24         MS. VAN VLIET:  We have no further motions for cause,

25    Judge.

1          THE COURT:  I hesitate to interject issues where

2     there are none; but I thought there were a few folks who might

3     have language issues.

4          MS. VAN VLIET:  I think the Argentinian lady in the

5     back, which was number 22, may have had some difficulty.

6          THE COURT:  All right. I had a little note next to

7     juror 28, Mr. Abella.

8          MS. VAN VLIET:  Was he the "Census" gentleman?

9          THE COURT:  Yes.

10         MR. GERARDE:  Well, Judge, if he works for the U.S.

11    Census Bureau then he should -- I thought his English was okay

12    although he had a very heavy accent.

13         Juror number 22 had expressed some concern about her

14    language abilities.

15         But I don't think we really discussed with Mr. Abella

16    whether he had any problem understanding.

17         THE COURT:  All right. I am going to bring them both

18    in and ask the question.

19         Officer Sanders, if you would you bring in Juror

20    Number 22, Ms. Amuchastegui.

21         THE COURT SECURITY OFFICER:  Yes, Your Honor.

22         THE COURT:  Please come to the microphone.

23          How are you?

24         MS. AMUCHASTEGUI:  I'm okay, thank you.

25

```
 1          THE COURT:  Again, thank you so much for being so
 2   patient with us. I just wanted to make certain -- in terms of
 3   your being comfortable with sitting here as a juror -- you had
 4   initially raised the issue of perhaps having some difficulty in
 5   understanding.
 6          MS. AMUCHASTEGUI:  Yes.  So, when I was here earlier,
 7   you know, there were some people I could understand perfectly
 8   from some others.
 9          THE COURT:  So is it safe to say that your concern is
10   you will not be able to take in everything possibly that is
11   presented in the courtroom?
12          MS. AMUCHASTEGUI:  Yeah -- I believe that I am 90
13   percent -- so that is why.
14          THE COURT: I appreciate your telling us.
15          MS. AMUCHASTEGUI:  No problem.
16          THE COURT:  We have another one of our jurors who is
17   not able to serve and so she has agreed to do some community
18   service hours in lieu of jury service.
19          That way we won't keep calling you back here where you
20   have to explain this to other Judges and other lawyers.  So we
21   are going to take you off the jury service list for a year or
22   so.  And then maybe the next time you come, you will feel like
23   you're a hundred percent.
24          MS. AMUCHASTEGUI:  I hope so.
25
```

```
 1              THE COURT:  All right. I would ask you to wait and
 2    speak with Mr. Santorufo at the end and he will tell you about
 3    next steps.
 4              Thank you so much for your service here today.
 5              MS. AMUCHASTEGUI:  Thank you.
 6              THE COURT:  You may step out.
 7              If you would bring in Mr. Abella.
 8              THE COURT SECURITY OFFICER:  Yes, Your Honor.
 9              THE COURT:  Please come to the microphone.
10              Good afternoon, sir.
11              MR. ABELLA:  Good afternoon.
12              THE COURT:  How many years did you work for the
13    Census Bureau?
14              MR. ABELLA:  I am working for five years.
15              THE COURT:  And before you worked for the Census
16    Bureau, where did you work?
17              MR. ABELLA:  I work in real estate.
18              THE COURT:  But you're retired now, is that right?
19              MR. ABELLA:  Right now I am retired.
20              THE COURT:  And how long have you been retired?
21              MR. ABELLA:  Five years.
22              THE COURT:  I think I may have confused you with
23    another juror -- you can see here that my notes are a mess --
24    so those are all the questions I have.
25
```

```
 1              MR. ABELLA:  It's okay.

 2              THE COURT:  Do the lawyers have any questions of Mr.

 3    Abella?

 4              MR. GERARDE:  No, Judge.

 5              THE COURT:  Ms. Van Vliet.

 6              MS. VAN VLIET:  No, questions.

 7              THE COURT:  Thank you, Mr. Abella.

 8         I'm sorry I got you confused with another juror.  You

 9    are excused.

10              MR. ABELLA:  Thank you, ma'am.

11              THE COURT:  All right. In an abundance of caution I am

12    going to excuse him for cause.  He did seem to be a little

13    hesitant in how he answered -- and it may have been because he

14    was heavily accented -- but there are a number of documents and

15    recordings that will be presented and so I will err on the side

16    of caution.

17         Do both sides agree?

18              MS. VAN VLIET:  Defense agrees.

19              MR. GERARDE: Government agrees.

20              THE COURT:  All right.  Let's start with our peremptory

21    challenges.  Government Juror Number 1, accept or reject?

22              MR. GERARDE:  Reject, Your Honor.

23              THE COURT:  Government's one.

24          Juror Number 2, Government, accept or reject?

25              MR. GERARDE:  Accept.
```

```
 1              THE COURT:  Defense.

 2              MS. VAN VLIET:  Accept.

 3              THE COURT:  Juror Number 3, Government, accept or

 4    reject?

 5              MR. GERARDE:  Accept.

 6              THE COURT:  Defense.

 7              MS. VAN VLIET:  We will accept Juror Number 3, Judge.

 8              THE COURT:  All right.  Juror Number 4, Government,

 9    accept or reject?

10              MR. GERARDE:  Accept.

11              THE COURT:  Defense.

12              MS. VAN VLIET:  We'll exercise a peremptory for Juror

13    Number 4, Judge.

14              THE COURT:  All right.  That's defense one.

15              Government, Juror Number 6, accept or reject?

16              MR. GERARDE:  Accept.

17              THE COURT:  Defense.

18              MS. VAN VLIET:  Accept.

19              THE COURT:  Juror Number 7, Government, accept or

20    reject?

21              MR. GERARDE:  Accept.

22              THE COURT:  Defense.

23              MS. VAN VLIET:  Accept.

24              THE COURT:  Juror Number 8, Government, accept or

25    reject?
```

```
 1               MR. GERARDE:  Accept.

 2               THE COURT:  Defense.

 3               MS. VAN VLIET:  Accept.

 4               THE COURT:  Juror Number 9, Government, accept or

 5   reject?

 6               MR. GERARDE:  Accept.

 7               THE COURT:  Defense.

 8               MS. VAN VLIET:  We'll exercise a preemptory.

 9               THE COURT:  That will be defense two.  Juror Number

10   10, Government, accept or reject?

11               MR. GERARDE:  Accept

12               THE COURT:  Defense.

13               MS. VAN VLIET:  Accept.

14               THE COURT:  Juror Number 11, Government accept or

15   reject?

16               MR. GERARDE:  Accept.

17               THE COURT:  Defense.

18               MS. VAN VLIET:  We'll exercise a preemptory.

19               THE COURT:  Defense three.

20          Juror Number 12, Government, accept or reject?

21               MR. GERARDE:  Accept.

22               THE COURT:  Defense.

23               MS. VAN VLIET:  We accept.

24               THE COURT:  Juror Number 13, Government, accept or

25   reject?
```

```
 1                 MR. GERARDE:  Accept.

 2                 THE COURT:  Defense.

 3                 MS. VAN VLIET:  Can I have one moment, Judge.

 4                 THE COURT:  Sure.

 5                 MS. VAN VLIET: We'll exercise a preemptory.

 6                 THE COURT: Defense four.

 7                 Juror Number 15, Government accept or reject?

 8                 MR. GERARDE:  Accept.

 9                 THE COURT:  Defense.

10                 MS. VAN VLIET:  We accept, Your Honor.

11                 THE COURT:  Juror Number 16, Government accept or

12    reject?

13                 MR. GERARDE:  Accept.

14                 THE COURT:  Defense.

15                 MS. VAN VLIET:  We'll exercise a preemptory.

16                 THE COURT:  Defense five.

17                Juror Number 17, Government, accept or reject?

18                 MR. GERARDE:  Accept.

19                 THE COURT:  Defense.

20                 MS. VAN VLIET:  We'll accept.

21                 THE COURT:  Juror Number 18, Government, accept or

22    reject?

23                 MR. GERARDE:  Reject.

24                 THE COURT:  That will be Government's second

25    challenge.
```

1          Government, Juror Number 19, accept or reject?

2          MR. GERARDE:  Accept.

3          THE COURT:  Defense.

4          MS. VAN VLIET:  We will accept, Judge.

5          THE COURT:  Juror Number 20, Government, accept or

6    reject?

7          MR. GERARDE:  Reject.

8          THE COURT:  Juror Number 21, Government, accept or

9    reject?

10          MR. GERARDE:  Reject.

11          That's our fourth.

12          THE COURT:  Thank you, Mr. Gerarde.

13          Juror Number 23, Government accept or reject?

14          MR. GERARDE:  Accept.

15          THE COURT:  Defense.

16          MS. VAN VLIET:  Just one moment.

17          THE COURT:  All right.

18          MS. VAN VLIET:  We'll exercise another preemptory.

19          THE COURT:  That's defense six.

20          MS. VAN VLIET:  Correct.

21          THE COURT:  Juror Number 24, Government accept or

22    reject?

23          MR. GERARDE:  Accept.

24          THE COURT:  Defense.

25          MS. VAN VLIET:  Accept

1          THE COURT:  Juror Number 25, Government, accept or

2   reject?

3          MR. GERARDE:  Accept.

4          THE COURT:  Defense.

5          MS. VAN VLIET:  We'll accept her, Judge.

6          THE COURT:  All right.  We have 12.

7      The defense has four and the Government has two

8   challenges left with regard to our alternates.

9          Government, Juror Number 26, accept or reject?

10          MR. GERARDE:  Accept.

11          THE COURT:  Defense.

12          MS. VAN VLIET:  Accept.

13      THE COURT:  Juror Number 27, Government, accept or

14   reject?

15          MR. GERARDE:  Accept.

16          THE COURT:  Defense.

17          MS. VAN VLIET:  We'll exercise a preemptory.

18      THE COURT:  Government, Juror Number 29, accept or

19   reject?

20          MR. GERARDE:  Reject.

21      THE COURT: Government, Juror Number 30, accept or

22   reject?

23          MR. GERARDE:  Accept.

24          THE COURT:  Defense.

25          MS. VAN VLIET:  We'll exercise a preemptory.

```
 1              THE COURT: Juror Number 31, Government, accept or
 2   reject?
 3              MR. GERARDE:  Reject.
 4              THE COURT:  All right.  Government you are out of
 5   strikes.
 6              Juror Number 33, Defense, accept or reject?
 7              MS. VAN VLIET:  We will accept, Judge.
 8              THE COURT:  We have our jury and our alternates.  If
 9   you would both confirm with me that we are all on the same page
10   in terms of our jury.
11              Juror Number 2; Ms. De Los Reyes, Juror Number 3; Ms.
12   Castillo Quintana; Juror Number 6, Ms. Calvo-Brito; Juror
13   Number 7, Mr. Ramirez; Juror Number 8, Ms. Valsaint; Juror
14   Number 10, Ms. Barreras; Juror Number 12, Mr. Delinois; Juror
15   Number 15, Ms. Pena Mella; Juror Number 17, Mr. Fernandez;
16   Juror Number 19, Mr. Espinoza Angulo; Juror Number 24, Ms.
17   Munoz; Juror 25, Ms. Garcia; Juror Number 26, Mr. Boan; and
18   Juror Number 33, Ms. Garcia.
19              Do I have it right?
20              MR. GERARDE:  That's right, Judge.
21              THE COURT: Defense.
22              MS. VAN VLIET:  Yes, ma'am.
23              THE COURT:  All right.  What I plan to do is bring in
24   the jury in, I will give them my preliminary instructions, you
25   will open and then we'll start evidence tomorrow.
```

1              How long of an opening does each side wish?

2              MR. GERARDE:  30 minutes tops from the Government.

3              MS. VAN VLIET:  15 or 20 minutes.

4              THE COURT:  All right.  Bring in our jury panel.

5              THE COURT SECURITY OFFICER:  All rise.

6              THE COURT:  Everyone may be seated.  I want to thank

7    you once again, ladies and gentlemen, for your patience.  We

8    have selected our jury in this case.

9              But I want to again tell you how much both the Court

10   and the parties appreciate the time and the effort you have put

11   into jury service today.

12             I cannot emphasize how important your participation in

13   this process is, and how it gives "justice" in our Justice

14   System meaning.

15             And whether you were chosen or not I want you to know

16   you have the gratitude of all of those who are here in this

17   courtroom and in this building; so thank you.

18             All right.  The following people have been chosen as

19   jurors in this case.  When you hear your name if you would

20   please stand.

21             Juror Number 2, Denise de Los Reyes; Juror Number 3

22   Yanetsy Castillo Quintana; Juror Number 6, Lourdes Calvo-Brito;

23   Juror Number 7, Rolando Ramirez; Juror Number 8, Giselle

24   Valsaint; Juror Number 10, Lauren Barreras; Juror Number 12,

25   Roosevelt Delinois; Juror Number 15, Penelope Pena Mella.

1          Juror Number 17; Jesus Fernandez; Juror Number 19,

2    Fernando Espinoza Angulo; Juror Number 24, Agatha Munoz; Juror

3    Number 25 Sabrina Garcia; Juror Number 26, Jancarlo Boan; and

4    Juror Number 33, Melissa Garcia.

5          If Juror Number 15, Ms. Garcia Martinez, Juror Number

6    22, Ms. Amuchastegui -- I know I did a bad job -- and Juror

7    Number 28, Mr. Abella, would stay behind please to meet with

8    Mr. Santorufo.

9          All of the rest of you are excused with our thanks.

10          THE COURT SECURITY OFFICER:  All rise.

11          (JURY PANEL EXCUSED)

12          THE COURT:  All right. Ladies and gentlemen, you have

13    been selected to serve as jurors in this matter.  If you would

14    please stand and raise your right hand and Mr. Santorufo will

15    swear you in as our jury in this case.

16                    JURY SWORN

17          THE COURT:  Everyone.  Be seated.  All right.  Ladies

18    and gentlemen, you have been sworn in as jurors in this case.

19    You're going to hear the opening statements of the lawyers in a

20    few moments, and then we're going to break for the day because

21    it's been a long day for us all.

22          What I'd like to do first is have you go back to the

23    jury room with Mr. Santorufo.  He will show you how to access

24    the jury room tomorrow morning.

25

1          Mr. Santorufo will get everyone's schedules so we can

2     work out our timing for the week.

3          All right. If you would follow Mr. Santorufo into the

4     jury room, and I will see you all back here in about five

5     minutes.

6          THE COURT SECURITY OFFICER:  All rise.

7                    RECESS TAKEN

8          THE COURT:  Everyone may be seated.  We have the

9     juror's schedules for the week.  We have three people who must

10    get their children by three o'clock; which means we will have

11    to recess by at the very least by 2:40.

12         Ms. Munoz Agata has told Mr. Santorufo that she has a

13    medical procedure Wednesday at 10:00, and that after that she

14    has to fly to Colombia.

15         MS. VAN VLIET:  I'm sorry; what?

16         THE COURT:  Exactly.  When Michael asked her what the

17    issue was and why she did not bring it to our attention earlier

18    she said she wasn't asked about it.  So I am going to bring her

19    in now and ask her some questions.

20         Mr. Santorufo, if you would.

21         THE COURTROOM DEPUTY:  Yes, Judge.

22         THE COURT:  So, Ms. Munoz, I'm advised that you have

23    a medical procedure on Wednesday; is that correct?

24         MS. MUNOZ:  No, that's incorrect.

25

```
 1              THE COURT:  Please tell us what the issue is if you
 2    would.
 3              MS. MUNOZ:  I have an appointment with doctor and
 4    then they will determine.
 5              THE COURT:  So it's an appointment?
 6              MS. MUNOZ:  Yes.
 7              THE COURT:  And it is Wednesday at 10?
 8              MS. MUNOZ:  Yes, it is.
 9              THE COURT:  Do you think you could be back here by at
10    noon or one o'clock if we started later that day?
11              MS. MUNOZ:  Yes.
12              THE COURT:  And do you have travel scheduled for this
13    week or not?
14              MS. MUNOZ:  No.  Because based on what the doctor
15    will say that means I might travel the next day after -- within
16    five days -- depending when the doctor will decide.  Or I might
17    not travel at all if my body's not ready.
18              THE COURT:  Here's the problem; we will not be able
19    to just stop the trial for five days and then resume when you
20    get back.  If you had told us the possibility of this travel
21    then we would have taken that into consideration.
22              Now you have been sworn in as a juror and all the other
23    jurors we could have chosen have been excused; and so that puts
24    the parties, as well as the Court, in a very difficult
25    position.
```

1       I asked the panel if there were any scheduling

2  difficulties or any medical issues they needed to discuss

3  either as a group or in private; and you did not think to

4  mention that you may have to have a medical procedure?

5       MS. MUNOZ:  I apologize.

6       THE COURT:  What do you do for a living, Ms. Munoz?

7       MS. MUNOZ:  Real estate broker.

8       THE COURT:  Really?  Well, I am surprised you haven't

9  been a little more attentive to detail here because this is a

10  very important fact that if we had known we may have done

11  things differently.

12       We've spent literally the entire day here, and it is

13  only now that you have been selected as a juror that you are

14  giving us this information.

15       All right. Do either of the lawyers have any questions

16  of Ms. Munoz?

17       MR. GERARDE:  No questions, Your Honor.

18       MS. VAN VLIET:  No questions.

19       THE COURT:  Ms. Munoz, step out please.

20       MS. MUNOZ:  I apologize to everyone.

21                    JUROR EXCUSED

22       THE COURT:  What do the parties wish to do?

23       MS. VAN VLIET:  Look, from our perspective, Judge, if

24  she couldn't follow -- or respond to a pretty direct question

25  from the Court -- I am not so sure about her sitting here.

1          That was an important piece of information she did not

2    share.  Quite frankly, I am not sure she's suitable to serve as

3    a juror here.

4          I honestly don't know, Judge.  Maybe we could just go

5    with one alternate and let this lady go by the wayside.

6              THE COURT:  Government.

7              MR. GERARDE:  Judge, we're fine with that.

8              THE COURT:  All right. If you would bring in our

9    jury.

10             THE COURTROOM DEPUTY:  All rise for the jury..

11             THE COURT:  Everyone may be seated.

12         Ladies and gentlemen, it is now my opportunity to

13   instruct you preliminarily on some of the legal principles that

14   will be guiding you.

15         By your verdicts you, as I just said, are going to be

16   deciding the disputed issues of fact in this case.  I will

17   decide all the questions of law that arise during the trial.

18             Before you finally retire to discuss, what we call

19   your deliberations, and decide the case I will instruct you

20   again on the rules of law that you must follow and apply in

21   reaching your decision.

22             Now because you are going to be called upon to decide

23   the facts of the case, you should give careful attention to the

24   testimony and the evidence presented for your consideration

25   during the trial; but you should keep an open mind and should

1    not form or state any opinion about the case one way or the

2    other until you have heard all of the evidence, the closing

3    arguments of the lawyers, and of course, my final instructions

4    to you on the law.

5            Now you're going to hear me say this again and again,

6    but during the trial you must not discuss this case in any

7    manner with each other or anyone else.  And you must not permit

8    anyone to discuss it with you or in your presence.

9            As far as the lawyers are concerned, and others you

10   may come to recognize as being associated with the trial, you

11   are instructed that to avoid even the appearance of something

12   inappropriate they will not acknowledge or talk to you and you

13   should not talk to them.

14           You as jurors must decide this case based only on the

15   evidence that is presented here within the four walls of this

16   courtroom.

17           And this means that during the trial you must not

18   conduct any independent research about any people in the case,

19   any places, any issues that are discussed in the case, as well

20   as corporations, businesses; anything at all about the case.

21           And when I say you must not do any research, I mean

22   you should not use your computer, iPhone, cell phone or any

23   website to look up anything about the case.

24           Until you go back to begin your actual deliberations in

25   the case you cannot talk about the case with anyone at all;

1    even amongst yourselves. It is only after hearing all of the

2    evidence, the closing arguments and my final instructions to

3    you on the law; it is only then that you will be able to talk

4    about the case with each other.

5          Until that time you cannot talk to anyone -- even each

6    other -- about this case. When I say you can't talk about this

7    case, I mean face to face when you go home, but also by text,

8    online, on a blog, a chat room, X, Snapchat, WhatsApp, TikTok;

9    anything.

10         And the reason for me being so emphatic -- and the

11   reason those cautions exists -- is because it is your duty,

12   your sworn duty, to decide this case based only on the evidence

13   and testimony presented here in this courtroom without any

14   outside matters or considerations influencing your verdict.

15         Now, from time to time during the trial, I may be

16   called upon to make rulings on objections that are made by the

17   lawyers. You should not think because of any ruling I make that

18   I have any opinion about the merits of the case, the facts of

19   the case favoring one side or the other; I don't.

20         If I sustain an objection to a question that goes

21   unanswered by the witness you should not try to guess what that

22   answer is or reach any conclusion or inference based on the

23   question itself.

24         Isn't it true you saw Bob?

25         Objection.

1          Sustained.

2          I've sustained the objection and it is not for you then

3    to consider.

4          And you should not take anything that I might say or

5    do during trial as an indication of what I think the evidence

6    should be or what I think your verdict should be in the case.

7    Those decisions are for you and you alone.

8          Now, as I said during the trial, it may be necessary

9    for me to speak to the lawyers from time to time outside your

10   presence.  They might come over here, what we call sidebar, or

11   I may ask you to step outside as a convenience to you while I

12   talk to the lawyers.

13         And I will try to limit those interruptions as much as

14   possible, but you should at all times be patient and understand

15   the importance of the matter that is now before you even though

16   you might think that things are going a little more slowly than

17   you'd like.

18         Now in that regard, the case will last approximately

19   two weeks more or less, but I've talked to the lawyers and we

20   are all going to make every effort to make certain it goes no

21   longer than that, and perhaps even a shorter period of time.

22         Now, in order for you to better understand the case,

23   the nature of the decisions you're going to be asked to make

24   and how you should go about making them, I am going to give you

25   some preliminary instructions about some of the rules of law

1    that will apply. I've already talked to you about some of them,

2    but there are some others as well that I would like to discuss

3    with you right now.

4           Of course, since they are preliminary they will not

5    cover all of the rules of law that you will use in making your

6    decision.  And at the end of the case, before you begin your

7    deliberations, I will give you my final instructions on the

8    law.

9           I will no doubt restate some of the things I am sharing

10   with you now.  In any event, you should not single out one

11   instruction alone as stating the law, but you should consider

12   all of my instructions as a whole.

13          Now, as you were told during jury selection, an

14   indictment in a criminal case is merely the accusatory document

15   or paper which states the charge or charges to be determined at

16   trial; and it is not evidence against the defendant or anyone

17   else.

18          Indeed, Mr. Fahie has entered a plea of not guilty and

19   is presumed by the law to be innocent.

20          The Government has the burden of proving a defendant

21   guilty beyond a reasonable doubt; and if it fails to do so, you

22   must find that defendant not guilty.

23          Now, proof beyond a reasonable doubt is proof of such

24   a convincing character that you would be willing to rely and

25   act upon it without hesitation in the most important of your

1    own affairs. Because the Government has the burden of proof, it

2    will go forward and present testimony and evidence first.

3    After the Government finishes or rests what we call its

4    case-in-chief, the defendant may call witnesses and may present

5    evidence if he wishes to do so.

6              But remember, the law does not require a defendant to

7    prove his innocence or produce any evidence at all.  And no

8    inference whatsoever may be drawn from the election or the

9    choice of a defendant not to testify in the event he chooses to

10   do so.

11             Now, as you listen to the testimony you should

12   remember that you will be the sole judges of the credibility,

13   of the believability, of each witness and the weight you will

14   give to his or her testimony.

15             In deciding whether you believe or disbelieve any

16   witness, you should consider his or her relationship to the

17   Government or the defendant, the interest, if any, of the

18   witness in the outcome of this case, his or her manner of

19   testifying.

20             The opportunity of the witness to observe or acquire

21   knowledge concerning the facts about which he or she testifies.

22   The candor, the fairness, and the intelligence of the witness.

23             And the extent to which the witness has been supported

24   by or contradicted by other credible evidence.  You may in

25   short except or reject the testimony of any witness in whole or

1    in part.  Now, I told you Ms. Sanders is creating a record of

2    this matter, including the testimony of the witnesses, in the

3    event that in the future it is needed.

4         But you should be aware that this transcript, if it is

5    ever put together, will not be available to you for your review

6    during your deliberations.

7         So do not expect to receive a transcript.  You will be

8    required to rely on your own individual and collective memories

9    concerning the testimony in this matter.

10        On the other hand, any documents, any tangible

11   evidence that's received during the trial will be available for

12   you to study during your deliberations.

13        Usually it is digital; and you will have it on the

14   screens in front of you so that you can see it while it is

15   being discussed during the trial.

16        But don't be concerned if it seems to go by too

17   quickly, because you will be permitted to take all of the

18   evidence back with you into the jury room room during your

19   deliberations.

20        Now because, as I said, the transcript will not be

21   available to you, you are permitted to take notes during the

22   trial.  I see that you have been provided pads and pens to take

23   notes if you so choose.

24        You will leave those notes in the jury room at night,

25   which is locked, and you will get them again in the morning

```
 1   before you come out into the courtroom. If you do not want to
 2   take notes, you're not required to do so, that's left up to you
 3   individually.
 4        If you do decide to take notes, however, be careful not
 5   to get so involved with notetaking that you become distracted
 6   from the proceedings.
 7        Remember that you have to decide the credibility of
 8   each of the witnesses.  And you must therefore observe them,
 9   their demeanor and how they testify at trial, and notetaking
10   should not distract you from that.
11        Your notes are only aids to your memory, and whether
12   you take them or not you should rely on your own independent
13   recollection of what the testimony is and not be unduly
14   influenced by the notes of other jurors.
15        And so notes are not entitled to any greater weight
16   than your own memory or impression of what the testimony was.
17        And at the end of the case, all of your notes are
18   gathered and destroyed.
19        Now, we are going to begin the trial at this time by
20   giving each side an opportunity to make opening statements to
21   you in which they will explain the issues they believe will be
22   presented during the trial and what they believe the facts and
23   the evidence will show you.
24        And after all the testimony and evidence has been
25   presented, the lawyers will then be given another opportunity
```

1    to speak to you and give you their closing arguments in the

2    case.

3           The statements that the lawyers make now, as well as

4    the arguments they will make at the end of the trial, are not

5    to be considered by you as either evidence, which comes only

6    from witness' testimony and exhibits, or an instruction on the

7    law, which will only come from me.

8           Nonetheless, these statements are intended to help

9    you understand the evidence and the parties' positions on those

10   issues you are going to be called upon to decide.

11          I will ask that you give each side the same attention

12   you have given so far as I recognize them in turn for purposes

13   of presenting to you their opening statements in this case.

14          Mr. Gerarde, on behalf of the United States.

15          MR. GERARDE:  Thank you, Your Honor.

16          Ladies and gentleman of the jury, opposing counsel.

17          Greed, arrogance and corruption.  Greed, arrogance and

18   corruption by just one man in this case, the defendant, the

19   former elected Premier of the British Virgin Islands, Andrew

20   Fahie.

21          The evidence and testimony that the United States will

22   present to you during this trial will be detailed, it will be

23   thorough and it will be damning.

24          But make no mistake, ladies and gentlemen, this case

25   is not confusing and it is not complicated.

1           The evidence and the testimony in this case will show

2   that the defendant a two decade elected official of the BVI was

3   eager, willing and able to sell out the people of his country

4   and the United States.

5           And he knowingly allowed and assisted thousands and

6   thousands of kilograms of cocaine to safely pass through his

7   ports and his country's territorial waters undetected for sale

8   here in the United States.

9           All so that he could line and stuff his own pockets

10  with bribe money.  That is as simple and straightforward as it

11  gets, ladies and gentlemen.

12          Now in this case U.S. law enforcement, specifically the

13  DEA, the Drug Enforcement Administration, utilizing information

14  obtained by a confidential informant conducted an undercover

15  reverse sting investigation targeting foreign Government

16  corruption in connection with international cocaine smuggling

17  into the United States.

18          You will hear that at the direction of United States

19  law enforcement, a confidential informant who was using the

20  name Roberto Quintero entered the BVI and later -- starting in

21  March of 2022 -- engaged in a series of recorded meetings and

22  calls with the BVI Port Director.

23          You will learn that the Port Director -- who is a woman

24  by the name of Oleanvine Maynard -- she engaged in a series of

25  calls and recorded meetings with the confidential informant.

1            You will hear from her in this case, and she will be

2     testifying here about those meetings that she was a part of and

3     she will tell you in no uncertain terms that Roberto informed

4     her that he was a well connected Mexican narco-trafficker

5     working for the Sinaloa cartel.

6            And Roberto informed Ms. Maynard that he was looking to

7     pay bribes to BVI Government officials in exchange for their

8     Government allowing his organization to regularly smuggle

9     thousands and thousands of kilograms of cocaine via shipping

10    vessels from South America through the BVI and into the United

11    States.

12            As you will see here in this case, Ms. Maynard in her

13    capacity as the BVI Port Director readily agreed and happily

14    joined the plan and agreed to help in that smuggling venture.

15            And you will also see -- which is why we're in trial

16    here today -- that she volunteered to take Roberto's proposal

17    directly to her boss, the defendant in this case.

18            And you will hear that the elected Premier of the BVI,

19    the defendant in this case, was someone whom she had known

20    personally for over a decade.

21            You will hear that Ms. Maynard related the following

22    news to Roberto:  One, the defendant, the boss, was quite

23    interested in doing business with Roberto and "game for it."

24            The defendant would take care of bribe payments to BVI

25    Government officials, including the BVI Head of Customs.

1          The defendant wanted $500,000 in cash up front and the

2     defendant wanted to meet in person with Roberto on April 7th,

3     2022 in the BVI.

4          And you will see here on April the 7th 2022, the

5     defendant engaged in a lengthy meeting with Ms. Maynard and

6     Roberto in the BVI, all of which was recorded, and you will

7     hear that meeting in its entirety.

8          The evidence and testimony in this case will show that

9     the defendant throughout remained cautious and safe, clearly

10    mindful of possible law enforcement detection.

11         You will see how the defendant and Ms. Maynard used

12    coded language in their various text messages and phone calls

13    with each other. You will see and hear how the defendant and

14    Ms. Maynard ensured that Roberto could not contact either of

15    them directly.

16         In fact, he could only do so through Ms. Maynard's son

17    Kadeem. You will learn the defendant selected the April 7th

18    meeting location in the BVI in a secluded house in the hills of

19    Tortola overlooking the BVI Airport.

20         The defendant selected the time of the meeting; and the

21    defendant and his private security detail picked up and drove

22    Roberto and Ms. Maynard to the meeting under the cover of

23    darkness.

24         At this meeting, the evidence and testimony will show

25    that the defendant was directly informed in no uncertain terms

1    that Roberto wanted to pay bribes to BVI Government officials

2    in exchange for allowing his organization to smuggle thousands

3    and thousands of kilograms of cocaine through the BVI ports and

4    territorial waters for sale in the United States.

5         You will hear that the defendant was informed of how

6    Roberto's narco-trafficking organization hid the cocaine inside

7    shipping vessels, how much time the vessels would need to stop

8    in the BVI before proceeding en route to the United States and

9    how much kilograms of cocaine were sold for in Miami and New

10   York.

11        The defendant asked Roberto if he was an undercover

12   police officer, and when the defendant was happy with Roberto's

13   answer, he readily agreed to the plan.

14        Claiming, quote, "I'm going to touch one thing; the

15   money."

16        And as you will learn, the defendant also negotiated

17   the 12 percent cut of all cocaine sales through the smuggling

18   plan; 10 percent into his own pocket and then 2 percent to pay

19   bribes to other local BVI officials.

20        During the same meeting, the defendant discussed how

21   to move his cut of the drug trafficking proceeds from the

22   United States to the BVI without detection.

23        And how, again, a half a million dollars in cash bribe

24   money was needed upfront, all in $100 bills, to grease the

25   gears on his end.

1          Roberto was to send his first half million dollar bribe

2     to him via private airplane from Miami to the BVI on April the

3     28th, 2022, which is an important date in this case.

4          Per the defendant's plan, Ms. Maynard and another

5     female by the name of Roxanne Sylvester -- you will hear about

6     her; she will not testify for the Government.

7          She was the defendant's political fixer in the BVI.

8     And so they would serve essentially as couriers for this half a

9     million dollars so the defendant could keep his hands clean.

10          In addition, the defendant accepted at this meeting

11    on April 7th a separate $20,000 cash bribe directly from

12    Roberto as a quote "gift" and put it inside his briefcase.

13          He further directed that Roberto and his organization

14    meet the defendant in the Caribbean Island of St. Martin in

15    early May, 2022, and pay an additional $83,000 in cash.

16          Again, that cash was in $100 bills to his African

17    Senegalese political fixer.  And at the end of the meeting the

18    defendant, Ms. Maynard and Roberto agreed to meet in Miami at

19    the Embassy Suites Hotel by the airport on April 27th at seven

20    o'clock to finalize their plans.

21          on April 27th, 2022, the defendant as planned met

22    with Ms. Maynard, Roxanne Sylvester, Roberto, and this time

23    also an undercover officer posing as Roberto's God son.

24          And they met here in Miami at the Embassy Suites Hotel

25    by the airport -- which again was recorded -- and you will see

1    it here in this case.  After some initial pleasantries, sorting

2    out flight details for Ms. Maynard and Ms. Sylvester, the

3    defendant kicked both of them out of the meeting and got down

4    to business with Roberto and the undercover.

5          The evidence and testimony will show that in this

6    meeting their plan -- the importing of thousands and thousands

7    of kilograms of cocaine from South America through the BVI to

8    the United States was finalized.

9          The defendant's first half million dollar bribe payment

10   would go back to the BVI via Ms. Maynard and Ms. Sylvester on

11   the defendant's behalf the next day via private "narco" jet.

12         The first 3000 kilogram shipment of cocaine would go

13   out in late June, early July with two shipments per month to

14   follow for at least four months.

15         The defendant would get approximately $7 million per

16   shipment in cash, and it would be dropped at the defendant's

17   direction via vessel in the BVI at the locations of his

18   choosing.

19         The defendant also repeatedly discussed how they

20   could use his drug trafficking proceeds to pay for the brand

21   new house he was building in the BVI, which you will hear about

22   and see.

23         The defendant directed Roberto and his organization to

24   meet with him in St. Martin on May the 2nd and 3rd to pay an

25   additional now $133,000 in cash, again, in $100 bills -- for

1   his political fixer from Africa and Senegal. The defendant

2   canceled his commercial flight he was going to take the next

3   day to Philadelphia with his daughter, and he instead agreed to

4   take a private "Narco" jet for free to Philadelphia.

5          The defendant also provided Roberto and the undercover

6   with his daughter's home address and the security gate code.

7   And so the next day, April 28th, at 6:45 a.m. -- as directed by

8   the defendant -- the undercover drove to the defendant's

9   daughter's residence.

10         And waiting outside was the defendant, suitcase packed,

11  his daughter's suitcase packed.  They were picked up and drove

12  to the Opa Locka private airport to take their free "Narco" jet

13  flight.

14         Prior to taking that flight the defendant got onto the

15  jet and inspected his half million dollars.  He looked at the

16  suitcase, touched the money, and actually saw how it was going

17  to be hidden, stored and approved of it.

18         And then as he stepped off the plane, he was arrested;

19  which is why we're here today, ladies and gentlemen.

20         As the Judge has told you, ladies and gentlemen, the

21  defendant is charged with four crimes.

22         First is the conspiracy to import five kilograms or

23  more of cocaine into the United States.

24         Two, is conspiracy to commit money laundering.

25         Three is attempted money laundering.

1          And four is foreign travel in aid of racketeering.

2          Now you will see and hear hours and hours of audio and

3   video recorded meetings and phone calls involving the defendant

4   and others associated with this case.

5          There will be transcripts of each of the meetings and

6   each of the calls.  You're also going to see forensic search

7   results of various phones seized in this case.

8          And so after you have seen and heard all of the

9   evidence -- again you will hear from co-defendant Maynard --

10  and using your reason, your judgment and common sense you will

11  have no problem convicting this defendant of every count in

12  this case.  Thank you.

13          THE COURT:  Ms. Delgado, on behalf of the defendant.

14          MS. DELGADO:  May it please the Court.

15          Good afternoon, ladies and gentlemen.  My name is

16  Joyce Delgado and I, along with my partner Theresa Van Vliet,

17  represent the defendant Andrew Fahie in this case.

18          You've heard the charges made against Mr. Fahie from

19  the Government, and you've also heard that the Government has

20  the burden of proving these charges to you beyond a reasonable

21  doubt.

22          And so that includes proving that Mr. Fahie had the

23  requisite intent to commit each charge against him.

24          Remember, as the Court has advised, the indictment is

25  merely a charge, it is not evidence.  Proof comes to you from

1    the evidence and testimony you are presented up on that stand.

2    Now, the Government has gone through the evidence they intend

3    to present at trial.  The Government has advised that you will

4    hear audio recordings throughout the course of the trial.

5         Now on those audio recordings are conversations between

6    Mr. Fahie and certain other individuals, including Oleanvine

7    Maynard, who is the Government's main witness, as well as the

8    Government's confidential source.

9         We don't dispute that these conversations took place.

10   We don't dispute what's on the tapes, and we don't dispute that

11   Mr. Fahie made the statements.

12        But also on those audio recordings, you will hear

13   evidence of Mr. Fahie's intent.  You will hear that Mr. Fahie

14   had a reasonable belief -- whether the belief was correct or

15   not -- that the Government of the United Kingdom was engaged in

16   a scheme to frame him and to remove him from power as Premier

17   of the British Virgin Islands.

18        You will also hear mention of something that is known

19   as the Commission of Inquiry Report, which is often referred to

20   as the COI.

21        The COI is a report from the United Kingdom outlining

22   the investigation conducted into Mr. Fahie's predecessor, the

23   Premier that came before him.

24        And you will also hear that that investigation by the

25   United Kingdom took place before this undercover sting had

1   commenced against Mr. Fahie.  You will hear that the first time

2   that Mr. Fahie met with the confidential source was on April

3   7th, 2022 at Ms. Maynard's urging.

4        You will also hear that a week before that, on March

5   31st, 2022, Mr. Fahie made several demands before meeting with

6   the confidential source, including that the meeting would take

7   place at an office associated with him.

8        So, not necessarily his Government office, but an

9   office associated with him.

10       He also demanded that the confidential source provide

11  background information.

12       He ordered that he provide background information,

13  including his criminal history, his name, and other identifying

14  information. You will hear that the confidential source was not

15  happy about these demands.

16       He pushed back on them and suggested that all of these

17  demands and questions suggested that Mr. Fahie believed that

18  the CS was working with the authorities.

19       You will hear that Mr. Fahie ultimately met with the

20  confidential informant on April 7th, 2022, which you will also

21  hear and see that during that meeting, Mr. Fahie took secret

22  photographs of the confidential source.

23       Ironically, that was one of the confidential source's

24  main concerns when he was pushing back on the demands that Mr.

25  Fahie made for the meeting.

1          These are just some of the highlights, ladies and

2     gentlemen, that you will hear throughout the course of the

3     recordings.

4          You will hear statements, you will hear evidence; and

5     when you listen to those statements and evidence -- watching

6     and listening with an open mind -- that will lead you to a

7     reasonable doubt as to Mr. Fahie's intent to commit the crimes

8     that he's been charged with.

9          And so I want to thank you in advance for your time and

10    your attention, as well as listening and watching the evidence

11    closely.

12         And, ladies and gentlemen, having watched and listened

13    and paid close attention to the evidence, that will lead you to

14    a reasonable doubt and that reasonable doubt will lead you to a

15    verdict of not guilty.  Thank you.

16         THE COURT:  Thank you, counsel.

17         All right. Ladies and gentlemen, it's been a long day,

18    and so I am going to excuse you for the evening, but before I

19    do, I am going to give you some instructions.

20         And you are going to hear me say this over and over

21    again in the next couple weeks -- you will be able to recite it

22    by the end of the case -- and that is because of the importance

23    of your role in this case as the judges of the facts.

24         And so because of that you are not permitted to discuss

25    the case in any way whatsoever with anyone, either in person or

1   online, not even with each other. So, you are going to go home

2   this evening and your spouse, partner, or roommate is going to

3   say, *how was your day?  Well, it was a long day.*

4        *What happened?*

5        *I got picked as a juror on a Federal case.*

6        *Really?  What's it about?*

7        *And then, silence, because you can't talk about the*

8   *case. You can't talk to anyone at home.  You can't talk to your*

9   *friends on the phone.  You can't talk in person.*

10       *You cannot talk online or on any of the various Social*

11  *Media platforms we discussed during the course of the day.*

12       *I am going to ask that you check whatever navigation*

13  *system you use to make certain that you are here on time.*

14       *So get home safely, have a good dinner, don't even*

15  *think about this case and I will see you back here at 9:00*

16  *tomorrow morning.*

17       *Ms. Munoz, if you'd stay behind; and the rest of you*

18  *are excused for the night.*

19            *COURT SECURITY OFFICER:  All rise.*

20                 *JURY EXCUSED*

21       *THE COURT:  Ms. Munoz, I've considered the scheduling*

22  *issues we have and I think it's probably best if I excuse you*

23  *as a juror in this case.*

24       *You will still have to call in for the rest of your two*

25  *week term of service.*

1          *If you are called in for another case, please, please*

2     *explain the situation so that the parties know and can decide*

3     *how they wish to handle it.*

4          *MS. MUNOZ:  Again, I would like to apologize.*

5          *THE COURT:  Thank you for that.  You are excused.*

6               *(JUROR DISCHARGED FROM TRIAL)*

7          *THE COURT:  All right.  I know it has been a long*

8     *day. Is there anything else the parties would like to address*

9     *before we recess for the evening?*

10         *MR. MCLAUGHLIN:  Not on behalf of the United States,*

11    *Your Honor.*

12         *MS. DELGADO:  No, Your Honor; thank you.*

13         *THE COURT:  All right. I will see you all tomorrow at*

14    *9:00 o'clock.*

15               *COURT IN RECESS*

16

17

18

19

20

21

22

23

24

25

```
 1

 2                              -   -   -

 3                       C E R T I F I C A T E

 4              I hereby certify that the foregoing is an

 5      accurate transcription of proceedings in the above-entitled

 6      matter.

 7

 8                                        /S/PATRICIA SANDERS

 9      _____                _____

10      DATE FILED                 PATRICIA SANDERS, RPR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## $

**$100** [3] - 145:24, 146:16, 147:25
**$133,000** [1] - 147:25
**$20,000** [1] - 146:11
**$500,000** [1] - 144:1
**$83,000** [1] - 146:15

## '

**'81** [1] - 97:12
**'84** [1] - 97:12

## /

**/S/PATRICIA** [1] - 155:8

## 1

**1** [5] - 14:5, 18:9, 94:15, 103:2, 121:21
**1-29-2024** [1] - 1:9
**10** [14] - 8:15, 21:19, 25:15, 27:11, 40:7, 40:13, 41:16, 49:6, 123:10, 127:14, 128:24, 131:7, 145:18
**10:00** [1] - 130:13
**11** [4] - 25:15, 41:16, 58:17, 123:14
**11-3** [1] - 1:18
**12** [7] - 25:15, 60:12, 123:20, 126:6, 127:14, 128:24, 145:17
**13** [1] - 123:24
**13-year-old** [1] - 51:1
**14** [3] - 9:16, 60:12, 83:11
**15** [5] - 124:7, 127:15, 128:3, 128:25, 129:5
**16** [2] - 49:6, 124:11
**17** [3] - 124:17, 127:15, 129:1
**18** [4] - 60:12, 60:13, 83:9, 124:21
**19** [6] - 56:10, 60:12, 109:4, 125:1, 127:16, 129:1
**19-year-olds** [1] - 60:13
**1:15** [1] - 96:25

## 2

**2** [6] - 14:6, 20:19, 121:24, 127:11, 128:21, 145:18

**20** [2] - 125:5, 128:3
**2022** [9] - 142:21, 144:3, 144:4, 146:3, 146:15, 146:21, 151:3, 151:5, 151:20
**21** [2] - 34:16, 125:8
**22** [7] - 61:24, 66:11, 78:10, 118:5, 118:13, 118:20, 129:6
**22-CR-2019-KMW** [1] - 1:3
**22-CR-20191** [1] - 2:1
**23** [3] - 76:22, 89:2, 125:13
**24** [4] - 64:12, 125:21, 127:16, 129:2
**25** [6] - 84:17, 86:3, 91:12, 126:1, 127:17, 129:3
**25-year-old** [1] - 91:13
**26** [7] - 64:12, 64:14, 70:2, 73:15, 126:9, 127:17, 129:3
**27** [2] - 29:14, 126:13
**27th** [2] - 146:19, 146:21
**28** [3] - 18:15, 118:7, 129:7
**28th** [2] - 146:3, 148:7
**29** [3] - 29:14, 71:18, 126:18
**2:40** [1] - 130:11
**2nd** [1] - 147:24

## 3

**3** [6] - 14:8, 23:2, 122:3, 122:7, 127:11, 128:21
**30** [4] - 44:15, 47:20, 126:21, 128:2
**3000** [2] - 38:3, 147:12
**305.523.5528** [1] - 1:19
**31** [2] - 55:5, 127:1
**31-year-old** [1] - 52:19
**31st** [1] - 151:5
**32** [3] - 34:14, 41:14, 117:10
**33** [4] - 44:15, 127:6, 127:18, 129:4
**33128** [1] - 1:18
**34** [1] - 59:23
**34-year-old** [1] - 52:18
**35** [2] - 26:15, 44:15
**36** [1] - 116:16
**37** [3] - 23:4, 68:4, 80:12
**38** [1] - 39:18

**3:05** [1] - 9:5
**3rd** [1] - 147:24

## 4

**4** [6] - 7:1, 14:10, 24:15, 101:16, 122:8, 122:13
**40** [1] - 34:6
**40-year-old** [1] - 52:18
**400** [1] - 1:18
**41** [4] - 30:20, 31:15, 33:25, 36:4
**42** [1] - 24:19
**45** [1] - 82:16
**48** [3] - 50:8, 79:17, 90:13

## 5

**5** [2] - 26:11, 58:17
**50** [1] - 88:6
**51** [1] - 89:1
**52** [1] - 20:24
**54** [1] - 28:24
**57** [1] - 48:15

## 6

**6** [4] - 34:23, 122:15, 127:12, 128:22
**61** [1] - 52:3
**63** [3] - 43:18, 45:23, 54:6
**65** [1] - 32:20
**66** [1] - 63:21
**67** [1] - 75:9
**6:45** [1] - 148:7

## 7

**7** [9] - 29:24, 31:15, 44:21, 58:19, 89:2, 122:19, 127:13, 128:23, 147:15
**7:45** [1] - 11:8
**7th** [6] - 144:2, 144:4, 144:17, 146:11, 151:3, 151:20

## 8

**8** [4] - 32:14, 122:24, 127:13, 128:23

## 9

**9** [3] - 8:6, 41:16, 123:4
**9-year-old** [1] - 68:19
**90** [1] - 119:12

**9:00** [2] - 153:15, 154:14

## A

**a.m** [2] - 11:8, 148:7
**A.U.S.A** [3] - 1:13, 1:13, 2:7
**ABC** [1] - 31:15
**Abella** [8] - 75:7, 75:8, 118:7, 118:15, 120:7, 121:3, 121:7, 129:7
**ABELLA** [22] - 75:8, 75:12, 75:14, 75:16, 75:18, 75:20, 75:22, 75:24, 76:1, 76:3, 76:6, 76:9, 76:12, 76:15, 76:17, 120:11, 120:14, 120:17, 120:19, 120:21, 121:1, 121:10
**abilities** [1] - 118:14
**ability** [17] - 42:2, 48:2, 49:23, 53:22, 100:17, 102:2, 103:5, 103:22, 104:19, 105:24, 107:13, 107:23, 108:17, 109:14, 109:25, 110:23, 111:18
**able** [13] - 8:14, 12:3, 17:6, 80:24, 111:19, 116:8, 117:14, 119:10, 119:17, 131:18, 135:3, 142:3, 152:21
**above-entitled** [1] - 155:5
**Absolutely** [1] - 32:5
**abundance** [1] - 121:11
**accent** [1] - 118:12
**accented** [1] - 121:14
**accept** [40] - 16:9, 16:13, 16:22, 16:23, 17:1, 121:21, 121:24, 122:3, 122:7, 122:9, 122:15, 122:19, 122:24, 123:4, 123:10, 123:14, 123:20, 123:23, 123:24, 124:7, 124:10, 124:11, 124:17, 124:20, 124:21, 125:1, 125:4, 125:5, 125:8, 125:13, 125:21,

126:1, 126:5, 126:9, 126:13, 126:18, 126:21, 127:1, 127:6, 127:7
**Accept** [28] - 121:25, 122:2, 122:5, 122:10, 122:16, 122:18, 122:21, 122:23, 123:1, 123:3, 123:6, 123:11, 123:13, 123:16, 123:21, 124:1, 124:8, 124:13, 124:18, 125:2, 125:14, 125:23, 125:25, 126:3, 126:10, 126:12, 126:15, 126:23
**accepted** [1] - 146:10
**access** [1] - 129:23
**accident** [1] - 98:9
**accommodations** [1] - 10:7
**according** [1] - 116:23
**account** [13] - 19:21, 35:1, 37:9, 37:10, 37:11, 37:12, 40:11, 40:12, 49:10, 62:21, 64:25, 70:9
**accounting** [3] - 46:20, 56:16, 77:3
**accounts** [7] - 37:4, 37:5, 37:7, 51:5, 53:1, 57:4, 60:23
**accurate** [1] - 155:5
**accusatory** [1] - 137:14
**accused** [2] - 13:24, 14:6
**achieving** [1] - 9:22
**acknowledge** [2] - 93:23, 134:12
**acquire** [1] - 138:20
**act** [1] - 137:25
**action** [1] - 81:21
**action'd** [1] - 111:14
**actions** [1] - 109:24
**active** [6] - 31:23, 37:4, 40:12, 58:22, 67:10, 68:25
**activities** [2] - 19:24, 89:18
**actual** [2] - 12:20, 134:24
**Adams** [1] - 15:19
**add** [1] - 10:24
**addict** [1] - 17:24
**addition** [1] - 146:10
**additional** [2] -

146:15, 147:25
**address** [5] - 13:12, 18:19, 94:11, 148:6, 154:8
**adjust** [1] - 11:14
**administration** [1] - 88:23
**Administration** [5] - 15:18, 30:25, 50:16, 101:25, 142:13
**advance** [1] - 152:9
**advertising** [4] - 46:10, 46:11, 70:7, 70:9
**advised** [3] - 130:22, 149:24, 150:3
**affairs** [1] - 138:1
**affect** [21] - 42:2, 48:2, 49:23, 53:22, 100:17, 101:2, 102:2, 103:5, 103:22, 104:11, 104:19, 105:24, 107:12, 107:23, 108:17, 109:14, 109:25, 110:23, 111:17, 114:2, 115:11
**affects** [1] - 17:24
**affiliation** [1] - 15:11
**afraid** [1] - 63:16
**Africa** [1] - 148:1
**African** [1] - 146:16
**afternoon** [4] - 13:5, 120:10, 120:11, 149:15
**Agata** [2] - 10:21, 130:12
**Agatha** [1] - 129:2
**age** [3] - 27:10, 31:10, 60:11
**aged** [1] - 25:22
**agency** [4] - 26:25, 52:14, 70:10, 109:7
**agent** [1] - 80:19
**agents** [2] - 102:1, 112:10
**ages** [8] - 25:14, 33:23, 34:2, 49:5, 58:16, 64:11, 72:8, 83:8
**aggravated** [1] - 49:24
**aggregator** [1] - 85:7
**ago** [11] - 2:19, 46:4, 79:17, 91:1, 92:12, 92:13, 98:10, 99:3, 101:1, 109:11, 109:12
**agree** [3] - 17:2, 116:6, 121:17

**agreed** [6] - 119:17, 143:13, 143:14, 145:13, 146:18, 148:3
**agrees** [2] - 121:18, 121:19
**aid** [3] - 14:11, 38:2, 149:1
**aids** [1] - 140:11
**Air** [2] - 97:19, 97:20
**Airlines** [1] - 23:12
**airplane** [1] - 146:2
**airport** [3] - 146:19, 146:25, 148:12
**Airport** [1] - 144:19
**Alarcon** [1] - 56:6
**ALARCON** [14] - 56:7, 56:10, 56:12, 56:15, 56:19, 56:22, 56:24, 57:2, 57:5, 57:9, 57:14, 57:18, 57:21, 57:24
**Alberto** [1] - 75:8
**allegations** [1] - 110:18
**alleges** [1] - 14:8
**allow** [36] - 20:16, 22:23, 24:12, 26:8, 28:17, 30:12, 32:10, 35:19, 38:15, 41:7, 43:7, 45:12, 47:18, 51:19, 53:18, 56:2, 57:23, 59:13, 61:17, 63:11, 63:15, 65:15, 67:22, 69:18, 71:9, 73:6, 75:3, 76:14, 78:3, 80:5, 82:5, 84:8, 85:20, 87:11, 90:5, 92:8
**allowed** [1] - 142:5
**allowing** [2] - 143:8, 145:2
**almost** [1] - 57:5
**alone** [2] - 136:7, 137:11
**alternate** [1] - 133:5
**alternates** [2] - 126:8, 127:8
**Alturo** [1] - 2:2
**ALTURO** [1] - 1:6
**amalgamation** [1] - 117:2
**Amazon** [2] - 58:9, 58:13
**AMERICA** [1] - 1:4
**America** [3] - 2:2, 143:10, 147:7
**American** [2] - 22:12, 23:11
**amount** [1] - 117:16

**AMUCHASTEGUI** [23] - 63:18, 63:21, 63:24, 64:4, 64:7, 64:10, 64:12, 64:14, 64:20, 64:24, 65:3, 65:6, 65:10, 65:13, 65:16, 66:1, 66:6, 118:24, 119:6, 119:12, 119:15, 119:24, 120:5
**Amuchastegui** [2] - 118:20, 129:6
**Amuchasteguli** [1] - 63:18
**Anatomy** [2] - 28:7, 40:23
**Andrew** [4] - 2:2, 2:10, 141:19, 149:17
**ANDREW** [1] - 1:6
**Angulo** [4] - 58:3, 58:5, 127:16, 129:2
**ANGULO** [14] - 58:4, 58:8, 58:11, 58:13, 58:15, 58:17, 58:19, 58:21, 58:24, 59:3, 59:8, 59:11, 59:14, 59:16
**Anime** [2] - 77:18, 87:3
**annoyed** [1] - 3:1
**annual** [1] - 9:19
**answer** [9] - 97:6, 97:7, 97:9, 106:4, 106:17, 112:22, 114:11, 135:22, 145:13
**ANSWER** [2] - 25:8, 34:9
**answered** [1] - 121:13
**answering** [2] - 65:21, 66:4
**Anthony** [1] - 4:16
**Anthony's** [1] - 11:20
**anxiety** [3] - 113:20, 114:13, 116:6
**apologize** [5] - 95:1, 112:4, 132:5, 132:20, 154:4
**app** [1] - 86:18
**appearance** [2] - 94:2, 134:11
**appearances** [2] - 1:12, 2:3
**appearing** [1] - 14:24
**Apple** [1] - 37:1
**apply** [2] - 133:20, 137:1
**appointment** [3] - 7:20, 131:3, 131:5
**appointments** [2] -

3:3, 8:3
**appreciate** [16] - 7:9, 7:10, 10:14, 18:1, 39:4, 48:6, 50:2, 65:21, 66:3, 66:4, 67:24, 82:7, 95:3, 115:13, 119:14, 128:10
**appreciated** [1] - 98:3
**appreciative** [2] - 10:1, 13:13
**approved** [1] - 148:17
**April** [1] - 144:2, 144:4, 144:17, 146:2, 146:11, 146:19, 146:21, 148:7, 151:2, 151:20
**AQUINO** [19] - 13:5, 13:17, 88:1, 88:3, 88:6, 88:8, 88:13, 88:16, 88:18, 88:21, 89:1, 89:5, 89:9, 89:15, 89:18, 89:22, 90:1, 90:6, 90:8
**Aquino** [2] - 13:5, 87:25
**architect** [1] - 68:17
**area** [3] - 26:23, 54:13, 66:16
**Argentinian** [1] - 118:4
**arguments** [4] - 134:3, 135:2, 141:1, 141:4
**arise** [2] - 117:4, 133:17
**Army** [1] - 75:20
**arrangements** [1] - 9:10
**arrested** [1] - 148:18
**arrogance** [2] - 141:17
**Art** [2] - 49:2, 54:14
**Arts** [2] - 39:23, 46:3
**aside** [2] - 18:4, 102:17
**assault** [1] - 115:8
**assist** [1] - 103:14
**Assistant** [1] - 15:2
**assistant** [3] - 29:8, 33:1, 33:5
**assisted** [1] - 142:5
**associate** [1] - 86:9
**Associate's** [1] - 54:11
**associated** [4] - 134:10, 149:4, 151:7, 151:9
**association** [1] - 105:11
**Association** [1] - 22:13

**asthma** [1] - 106:8
**ate** [1] - 95:20
**ATF** [1] - 109:9
**attempted** [2] - 14:8, 148:25
**attend** [2] - 3:5, 13:16
**attention** [6] - 117:15, 130:17, 133:23, 141:11, 152:10, 152:13
**attentive** [1] - 132:9
**Attorney** [1] - 15:2
**audio** [4] - 149:2, 150:4, 150:5, 150:12
**audit** [1] - 77:5
**authorities** [1] - 151:18
**Automotive** [1] - 62:9
**automotive** [1] - 63:2
**available** [4] - 9:7, 139:5, 139:11, 139:21
**Aventura** [2] - 24:21, 63:22
**Avenue** [1] - 1:18
**aviation** [1] - 81:3
**avoid** [3] - 94:1, 96:13, 134:11
**aware** [2] - 8:18, 139:4
**awful** [1] - 24:24

## B

**Bachelor's** [8] - 18:24, 21:5, 25:2, 39:23, 56:16, 66:15, 70:6, 73:20
**background** [37] - 18:23, 21:4, 23:8, 25:1, 26:19, 29:4, 30:23, 32:24, 36:8, 39:22, 41:18, 43:23, 46:2, 48:20, 50:12, 52:7, 54:10, 56:14, 59:25, 62:5, 63:23, 66:14, 68:9, 70:5, 71:21, 73:18, 75:11, 76:25, 78:14, 80:17, 82:20, 84:21, 86:6, 88:7, 90:19, 151:11, 151:12
**backup** [1] - 9:6
**backyard** [1] - 35:5
**bad** [6] - 63:17, 93:24, 106:9, 110:9, 112:6, 129:6
**badge** [1] - 93:19
**Baez** [1] - 61:20
**BAEZ** [15] - 61:21, 61:24, 62:3, 62:6,

*62:9, 62:11, 62:14, 62:16, 62:18, 62:21, 63:1, 63:6, 63:9, 63:12, 63:14*
**bailiff** *[1] - 99:8*
**banker** *[1] - 31:7*
**banking** *[1] - 50:23*
**bar** *[1] - 73:22*
**Barnacle** *[2] - 47:5, 47:10*
**barreras** *[1] - 39:15*
**BARRERAS** *[24] - 8:16, 9:1, 39:17, 39:20, 39:23, 40:2, 40:5, 40:7, 40:9, 40:15, 40:19, 41:1, 41:5, 41:8, 41:10, 95:10, 95:13, 96:10, 96:14, 96:20, 96:23, 100:22, 101:5, 101:7*
**Barreras** *[5] - 39:17, 95:8, 100:21, 127:14, 128:24*
**based** *[12] - 5:24, 16:14, 16:15, 17:6, 17:21, 48:3, 106:1, 112:12, 131:14, 134:14, 135:12, 135:22*
**basic** *[1] - 16:10*
**basketball** *[1] - 57:15*
**bathroom** *[1] - 113:23*
**BBC** *[1] - 91:18*
**Beach** *[4] - 8:12, 36:6, 43:22, 78:12*
**become** *[1] - 140:5*
**becomes** *[1] - 92:14*
**bed** *[1] - 40:22*
**begin** *[5] - 18:8, 18:11, 134:24, 137:6, 140:19*
**beginning** *[1] - 110:15*
**behalf** *[12] - 2:6, 2:10, 3:23, 14:22, 14:24, 15:5, 16:19, 141:14, 147:11, 149:13, 154:10*
**behind** *[5] - 9:21, 18:18, 113:7, 129:7, 153:17*
**belief** *[2] - 150:14*
**beliefs** *[37] - 20:13, 22:19, 24:9, 26:5, 28:14, 30:9, 32:7, 35:11, 35:14, 38:11, 41:4, 43:4, 45:9, 47:15, 49:19, 51:15, 53:15, 55:24, 57:20, 59:10, 61:13, 63:8, 65:12, 67:19, 69:15,*

*71:6, 73:3, 74:24, 76:11, 77:24, 80:1, 82:2, 84:5, 85:17, 87:8, 89:24, 92:5*
**believability** *[1] - 138:13*
**belong** *[10] - 22:12, 22:14, 24:5, 30:5, 32:4, 67:15, 74:20, 84:1, 89:13, 89:15*
**benefit** *[2] - 25:11, 105:19*
**best** *[4] - 110:7, 110:21, 116:7, 153:22*
**better** *[3] - 103:12, 112:19, 136:22*
**betting** *[1] - 81:22*
**between** *[2] - 111:24, 150:5*
**beyond** *[4] - 16:12, 137:21, 137:23, 149:20*
**Bible** *[1] - 20:4*
**big** *[2] - 20:2, 42:16*
**bike** *[1] - 67:13*
**bikes** *[1] - 72:20*
**bills** *[3] - 145:24, 146:16, 147:25*
**binged** *[1] - 28:5*
**biography** *[1] - 61:5*
**bit** *[8] - 5:2, 6:16, 8:8, 12:20, 49:11, 53:10, 76:3, 90:19*
**bland** *[2] - 96:18, 96:21*
**blocks** *[1] - 93:14*
**blog** *[1] - 135:8*
**Boan** *[3] - 71:12, 127:17, 129:3*
**BOAN** *[18] - 71:13, 71:15, 71:18, 71:22, 71:24, 72:2, 72:5, 72:7, 72:9, 72:11, 72:13, 72:15, 72:19, 72:23, 73:1, 73:4, 73:7, 73:9*
**board** *[2] - 22:16, 38:6, 38:7*
**boards** *[2] - 37:21, 37:24*
**boat** *[2] - 47:2, 47:13*
**Bob** *[1] - 135:24*
**bodily** *[1] - 111:3*
**body's** *[1] - 131:17*
**Bones** *[1] - 40:23*
**book** *[2] - 40:19, 40:24*
**bookkeeping** *[1] - 29:6*

*books* *[4] - 19:24, 81:20, 89:9, 89:10*
**Border** *[2] - 15:20*
**Born** *[2] - 30:20, 71:18*
**born** *[62] - 18:14, 18:15, 20:23, 20:24, 23:4, 24:18, 24:19, 26:14, 26:15, 28:23, 28:24, 30:19, 32:19, 32:20, 36:3, 36:4, 39:19, 41:14, 43:17, 43:18, 45:22, 45:23, 48:14, 48:15, 50:7, 50:8, 52:2, 52:3, 54:5, 56:9, 56:10, 59:21, 59:23, 61:23, 61:24, 63:20, 66:10, 66:11, 68:3, 68:4, 69:25, 70:2, 71:17, 73:14, 73:15, 75:8, 76:21, 76:22, 78:9, 78:10, 80:13, 82:15, 82:16, 84:16, 84:17, 86:2, 86:3, 87:18, 88:5, 90:12, 90:13, 100:23*
**boss** *[2] - 143:17, 143:22*
**Boston** *[2] - 64:15, 73:15*
**bothers** *[1] - 17:12*
**bottom** *[1] - 112:9*
**bottom-line** *[1] - 112:9*
**bowl** *[1] - 77:18*
**box** *[6] - 6:24, 100:5, 101:8, 104:1, 104:13*
**boy** *[2] - 83:9, 88:21*
**boys** *[1] - 72:19*
**brand** *[1] - 147:20*
**brave** *[1] - 114:3*
**break** *[9] - 10:5, 11:22, 39:7, 39:8, 57:13, 96:8, 114:7, 129:20*
**breaks** *[2] - 96:3, 96:11*
**breath** *[1] - 113:24*
**Brian** *[1] - 15:19*
**bribe** *[6] - 142:10, 143:24, 145:23, 146:1, 146:11, 147:9*
**bribes** *[3] - 143:7, 145:1, 145:19*
**brief** *[2] - 13:19, 99:18*
**briefcase** *[1] - 146:12*
**briefly** *[1] - 16:2*
**Bring** *[1] - 128:4*
**bring** *[11] - 94:14, 96:17, 96:18, 115:4,*

*118:17, 118:19, 120:7, 127:23, 130:17, 130:18, 133:8*
**brisk** *[1] - 2:18*
**British** *[6] - 14:2, 38:24, 105:10, 105:12, 141:19, 150:17*
**Brito** *[3] - 28:20, 127:12, 128:22*
**BRITO** *[15] - 28:21, 28:24, 29:2, 29:5, 29:8, 29:11, 29:14, 29:17, 29:20, 29:22, 30:3, 30:7, 30:10, 30:13, 30:15*
**broader** *[1] - 14:15*
**broker** *[2] - 68:12, 132:7*
**brother** *[7] - 17:24, 108:22, 109:2, 109:13, 109:18, 116:21, 116:22*
**brother-in-law** *[3] - 109:2, 109:18, 116:22*
**brother-in-law's** *[1] - 109:13*
**brought** *[3] - 3:9, 13:21, 94:12*
**brutal** *[1] - 117:11*
**brutality** *[1] - 111:6*
**brutally** *[1] - 110:10*
**Bryant** *[1] - 4:16*
**budgeting** *[1] - 94:24*
**build** *[1] - 47:12*
**building** *[7] - 3:21, 3:24, 6:12, 47:13, 72:20, 128:17, 147:21*
**burden** *[4] - 110:16, 137:20, 138:1, 149:20*
**Bureau** *[4] - 41:23, 75:15, 118:11, 120:13, 120:16*
**Busby** *[1] - 73:10*
**BUSBY** *[17] - 73:12, 73:15, 73:17, 73:19, 73:22, 73:25, 74:4, 74:6, 74:8, 74:11, 74:14, 74:16, 74:19, 74:22, 74:25, 75:4, 75:6*
**Business** *[2] - 30:25, 50:15*
**business** *[9] - 31:17, 31:21, 32:3, 46:8, 46:10, 88:23,*

*105:11, 143:23, 147:4*
**businesses** *[1] - 134:20*
**busy** *[2] - 85:12, 85:14*
**BVI** *[24] - 142:2, 142:20, 142:22, 143:7, 143:10, 143:13, 143:18, 143:24, 143:25, 144:3, 144:6, 144:18, 144:19, 145:1, 145:3, 145:8, 145:19, 145:22, 146:2, 146:7, 147:7, 147:10, 147:17, 147:21*
**BY** *[1] - 1:17*

**C**

**cabinet** *[1] - 44:2*
**cafeteria** *[1] - 93:10*
**calendar** *[1] - 4:10*
**Calvo** *[3] - 28:20, 127:12, 128:22*
**CALVO** *[15] - 28:21, 28:24, 29:2, 29:5, 29:8, 29:11, 29:14, 29:17, 29:20, 29:22, 30:3, 30:7, 30:10, 30:13, 30:15*
**Calvo-Brito** *[3] - 28:20, 127:12, 128:22*
**CALVO-BRITO** *[15] - 28:21, 28:24, 29:2, 29:5, 29:8, 29:11, 29:14, 29:17, 29:20, 29:22, 30:3, 30:7, 30:10, 30:13, 30:15*
**Cameia** *[1] - 104:23*
**Camillus** *[1] - 114:21*
**camouflage** *[1] - 96:3*
**campus** *[2] - 93:13, 93:22*
**canceled** *[1] - 148:2*
**candid** *[2] - 96:1, 102:12*
**candor** *[1] - 138:22*
**cannot** *[15] - 10:18, 12:9, 16:9, 16:11, 16:13, 16:17, 16:21, 16:22, 17:3, 67:23, 102:15, 128:12, 134:25, 135:5, 153:10*
**capacity** *[1] - 143:13*
**car** *[2] - 72:2, 98:9*
**care** *[2] - 77:13,*

143:24
**career** [2] - 88:9,
103:22
**careful** [2] - 133:23,
140:4
**Caribbean** [1] -
146:14
**carpenter** [1] - 86:14
**cars** [1] - 63:1
**Carswell** [3] - 41:11,
41:14, 101:13
**CARSWELL** [13] -
41:13, 41:19, 41:22,
42:4, 42:7, 42:10,
42:12, 42:16, 42:19,
42:22, 43:1, 43:5,
43:8
**cartel** [1] - 143:5
**case** [117] - 1:3, 2:17,
4:3, 4:13, 5:2, 5:4,
5:7, 5:22, 5:24, 6:14,
6:15, 6:16, 6:17,
6:18, 11:20, 13:19,
14:14, 14:19, 16:4,
16:5, 16:24, 17:6,
17:11, 18:2, 39:10,
42:3, 48:3, 92:9,
92:20, 93:18, 98:14,
98:15, 98:21, 99:8,
100:18, 102:3,
102:18, 102:20,
103:23, 105:5,
105:14, 105:15,
105:21, 105:25,
107:12, 107:14,
107:24, 108:12,
108:13, 108:16,
109:3, 109:5,
109:13, 110:12,
110:16, 110:20,
111:8, 111:10,
113:10, 117:4,
117:15, 128:8,
128:19, 129:15,
129:18, 133:16,
133:19, 133:23,
134:1, 134:6,
134:14, 134:18,
134:19, 134:20,
134:23, 134:25,
135:4, 135:6, 135:7,
135:12, 135:18,
135:19, 136:6,
136:18, 136:22,
137:6, 137:14,
138:4, 138:18,
140:17, 141:2,
141:13, 141:18,
141:24, 142:1,
142:12, 143:1,
143:12, 143:17,

143:19, 144:8,
146:3, 147:1, 149:4,
149:7, 149:12,
149:17, 152:22,
152:23, 152:25,
153:5, 153:8,
153:15, 153:23,
154:1
**Case** [1] - 2:1
**case-in-chief** [1] -
138:4
**cases** [2] - 103:16,
103:17
**cash** [7] - 144:1,
145:23, 146:11,
146:15, 146:16,
147:16, 147:25
**CASTILLO** [16] - 7:19,
7:24, 8:5, 23:3, 23:6,
23:9, 23:11, 23:14,
23:17, 23:20, 23:22,
23:24, 24:4, 24:7,
24:10, 24:13
**Castillo** [4] - 23:2,
23:3, 127:12, 128:22
**Catholic** [4] - 35:16,
45:10, 51:16, 90:1
**Catholicism** [1] -
35:18
**caution** [2] - 121:11,
121:16
**cautions** [1] - 135:11
**cautious** [1] - 144:9
**cell** [1] - 134:22
**Census** [7] - 75:14,
75:15, 75:16, 118:8,
118:11, 120:13,
120:15
**CEO** [1] - 36:13
**certain** [7] - 5:19,
7:10, 96:5, 119:2,
136:20, 150:6,
153:13
**certainly** [1] - 6:11
**certified** [2] - 33:1,
33:4
**certify** [1] - 155:4
**chain** [2] - 73:22,
73:23
**challenge** [3] - 117:5,
117:21, 124:25
**challenges** [6] -
116:1, 116:4,
116:18, 117:8,
121:21, 126:8
**channel** [3] - 19:14,
79:7, 91:16
**Channel** [9] - 29:24,
31:15, 34:23, 44:21,
58:19, 89:1, 89:2

**channels** [1] - 31:15
**Chapo** [1] - 39:2
**chapter** [2] - 22:13,
22:14
**character** [1] - 137:24
**charge** [3] - 137:15,
149:23, 149:25
**charged** [3] - 110:19,
148:21, 152:8
**charges** [7] - 13:21,
14:1, 14:13, 110:17,
137:15, 149:18,
149:20
**chat** [1] - 135:8
**check** [1] - 153:12
**chef** [2] - 34:11, 42:8
**Chester** [2] - 26:17,
30:22
**Chick** [1] - 93:11
**Chick-fil-A** [1] - 93:11
**chief** [1] - 138:4
**child** [4] - 8:25, 40:22,
68:18, 117:11
**children** [40] - 3:4,
10:9, 19:8, 21:14,
23:19, 25:12, 25:22,
27:8, 29:13, 31:8,
33:19, 33:21, 40:6,
41:16, 44:12, 46:13,
46:14, 49:3, 50:24,
52:15, 55:2, 56:23,
58:14, 60:9, 62:15,
64:9, 66:25, 70:16,
72:6, 74:5, 75:21,
77:10, 78:22, 81:6,
83:6, 85:3, 86:15,
88:20, 91:11, 130:10
**children's** [2] - 13:15,
33:18
**China** [1] - 91:18
**choice** [1] - 138:9
**choose** [3] - 5:23, 6:7,
139:23
**chooses** [1] - 138:9
**choosing** [1] - 147:18
**chose** [1] - 5:19
**chosen** [7] - 6:9, 6:11,
8:14, 13:2, 128:15,
128:18, 131:23
**Christopher** [1] - 19:4
**church** [3] - 12:10,
45:10, 114:21
**circumstance** [1] -
116:20
**circumstances...** [1] -
92:16
**citizens** [1] - 3:17
**city** [1] - 38:4
**civic** [2] - 7:12, 7:14
**civil** [2] - 98:5, 99:4

**claiming** [1] - 145:14
**Clark** [6] - 85:23,
104:23, 105:6,
112:21, 113:6, 115:4
**clark** [1] - 115:18
**CLARK** [24] - 85:24,
86:3, 86:7, 86:9,
86:11, 86:14, 86:16,
86:18, 86:21, 87:1,
87:6, 87:9, 87:12,
87:14, 104:23,
105:1, 105:4, 105:7,
112:22, 115:5,
115:8, 115:11,
115:15, 115:19
**class** [1] - 12:18
**classes** [2] - 3:4,
12:21
**classic** [1] - 37:15
**clean** [1] - 146:9
**clear** [1] - 112:5
**clearly** [1] - 144:9
**clerks** [1] - 4:16
**client** [1] - 115:22
**climate** [1] - 9:20
**clinic** [1] - 82:24
**close** [17] - 9:19,
63:22, 100:2, 100:3,
100:4, 100:5,
101:10, 101:11,
101:14, 101:24,
105:10, 106:13,
106:14, 106:15,
108:13, 152:13
**closed** [1] - 64:25
**closely** [1] - 152:11
**closer** [1] - 109:23
**closing** [3] - 134:2,
135:2, 141:1
**club** [13] - 20:10,
22:11, 28:10, 35:7,
40:19, 40:24, 65:8,
69:8, 76:7, 77:20,
87:4, 94:19, 94:22
**Club** [1] - 43:2
**clubs** [26] - 24:5, 26:2,
30:5, 32:4, 37:19,
40:25, 42:23, 45:5,
47:3, 49:16, 51:9,
53:12, 55:20, 57:16,
59:7, 61:8, 67:15,
71:3, 72:24, 74:20,
79:19, 81:24, 84:1,
85:13, 89:13, 92:1
**CNA** [1] - 86:7
**CNBC** [1] - 37:1
**CNN** [6] - 21:19, 49:9,
64:21, 68:21, 74:8,
91:18
**co** [2] - 105:20, 149:9

**co-defendant** [2] -
105:20, 149:9
**coach** [1] - 41:1
**coaster** [1] - 114:17
**cocaine** [11] - 14:3,
142:6, 142:16,
143:9, 145:3, 145:6,
145:9, 145:17,
147:7, 147:12,
148:23
**code** [1] - 148:6
**coded** [1] - 144:12
**COI** [2] - 150:20,
150:21
**collar** [1] - 36:22
**collective** [1] - 139:8
**College** [5] - 30:25,
46:4, 54:12, 64:17,
78:16
**college** [14] - 3:4,
41:19, 52:8, 58:6,
63:24, 71:22, 71:23,
71:24, 78:15, 80:18,
83:10, 88:8, 93:13,
99:23
**Colombia** [4] - 47:24,
109:20, 109:25,
130:14
**Colombian** [1] -
116:23
**Columbus** [1] - 19:4
**comfortable** [3] -
65:22, 114:15, 119:3
**coming** [3] - 4:17,
7:20, 11:6
**commenced** [1] -
151:1
**commercial** [1] -
148:2
**Commission** [1] -
150:19
**commit** [4] - 14:8,
148:24, 149:23,
152:7
**commitment** [2] -
7:10, 10:2
**commitments** [1] -
10:10
**common** [1] - 149:10
**commonly** [1] - 60:25
**communication** [1] -
11:11
**communities** [1] -
51:13
**community** [8] - 12:8,
12:11, 22:16, 65:24,
95:22, 95:23,
114:21, 119:17
**company** [13] - 21:10,
23:17, 29:18, 29:20,

5

*46:6, 49:24, 50:19, 81:2, 83:5, 84:25, 100:8, 100:9, 100:11*
**company's** *[1] - 37:5*
**company..** *[1] - 54:17*
**complete** *[1] - 117:15*
**completely** *[2] - 65:19, 107:11*
**complicated** *[1] - 141:25*
**computer** *[2] - 66:17, 134:22*
**concentration** *[2] - 77:3, 117:18*
**concern** *[2] - 118:13, 119:9*
**concerned** *[4] - 4:2, 6:12, 134:9, 139:16*
**concerning** *[2] - 138:21, 139:9*
**concerns** *[2] - 9:23, 151:24*
**concludes** *[1] - 113:1*
**conclusion** *[1] - 135:22*
**condition** *[1] - 13:10*
**conduct** *[1] - 134:18*
**conducted** *[2] - 142:14, 150:22*
**Confidence** *[1] - 47:8*
**confidence** *[1] - 47:13*
**confidential** *[12] - 105:16, 142:14, 142:19, 142:25, 150:8, 151:2, 151:6, 151:10, 151:14, 151:20, 151:22, 151:23*
**confirm** *[1] - 127:9*
**confused** *[2] - 120:22, 121:8*
**confusing** *[1] - 141:25*
**connected** *[1] - 143:4*
**connection** *[2] - 14:19, 142:16*
**conscientious** *[1] - 95:4*
**consider** *[3] - 136:3, 137:11, 138:16*
**consideration** *[2] - 131:21, 133:24*
**considerations** *[1] - 135:14*
**considered** *[2] - 141:5, 153:21*
**conspiracy** *[2] - 148:22, 148:24*
**conspired** *[1] - 14:3*
**conspiring** *[1] - 14:6*
**constant** *[1] - 11:11*

**Constitution** *[2] - 3:13, 3:22*
**Constitutional** *[1] - 3:15*
**construction** *[1] - 84:24*
**Consulate** *[1] - 91:9*
**consultant** *[1] - 64:8*
**contact** *[1] - 144:14*
**context** *[1] - 17:16*
**continue** *[1] - 97:4*
**continuing** *[2] - 61:7, 83:22*
**contract** *[2] - 33:7, 101:3*
**contractual** *[1] - 100:9*
**contradicted** *[1] - 138:24*
**convenience** *[1] - 136:11*
**conversation** *[1] - 115:21*
**conversations** *[2] - 150:5, 150:9*
**convicted** *[2] - 16:14, 106:16*
**convicting** *[1] - 149:11*
**convincing** *[1] - 137:24*
**cooking** *[4] - 22:4, 47:9, 83:23, 89:10*
**COQ** *[15] - 76:18, 76:19, 76:22, 76:24, 77:2, 77:5, 77:7, 77:9, 77:11, 77:13, 77:15, 77:18, 77:22, 77:25, 78:4*
**Coral** *[1] - 45:24*
**corporal** *[1] - 97:15*
**corporations** *[1] - 134:20*
**Corps** *[1] - 97:13*
**correct** *[4] - 17:8, 78:7, 130:23, 150:14*
**Correct** *[2] - 60:19, 125:20*
**correctly** *[2] - 32:15, 71:12*
**corrupt** *[1] - 109:24*
**corruption** *[3] - 141:17, 141:18, 142:16*
**Cortez** *[1] - 15:20*
**cosmetics** *[1] - 36:17*
**Counsel** *[1] - 2:3*
**counsel** *[4] - 2:7, 2:12, 141:16, 152:16*
**count** *[1] - 149:11*
**Count** *[4] - 14:5, 14:6,*

*14:8, 14:10*
**country** *[4] - 63:25, 92:15, 98:2, 142:3*
**country's** *[1] - 142:7*
**County** *[3] - 99:2, 99:3, 112:7*
**couple** *[5] - 37:20, 93:14, 112:1, 114:4, 152:21*
**couriers** *[1] - 146:8*
**course** *[13] - 3:13, 10:7, 45:13, 45:14, 73:9, 92:24, 96:14, 102:25, 134:3, 137:4, 150:4, 152:2, 153:11*
**courses** *[1] - 21:6*
**court** *[5] - 2:11, 4:12, 4:13, 4:18, 25:11*
**COURT** *[869] - 1:1, 1:10, 2:8, 2:12, 2:15, 5:13, 7:7, 7:9, 7:17, 7:23, 8:1, 8:6, 8:11, 8:13, 8:20, 9:2, 9:6, 9:13, 9:15, 9:17, 10:1, 10:16, 10:20, 10:24, 11:4, 11:9, 11:14, 11:17, 11:25, 12:5, 12:15, 12:19, 13:1, 13:4, 13:9, 13:18, 15:3, 15:10, 17:10, 17:15, 18:1, 18:7, 18:14, 18:17, 18:22, 19:1, 19:3, 19:6, 19:8, 19:10, 19:13, 19:16, 19:20, 19:23, 20:2, 20:9, 20:12, 20:15, 20:18, 20:22, 21:1, 21:3, 21:7, 21:11, 21:14, 21:16, 21:18, 21:21, 21:24, 22:5, 22:10, 22:17, 22:22, 23:1, 23:5, 23:7, 23:10, 23:13, 23:15, 23:19, 23:21, 23:23, 24:2, 24:5, 24:8, 24:11, 24:14, 24:18, 24:20, 24:23, 25:4, 25:6, 25:9, 25:10, 25:14, 25:16, 25:19, 25:22, 26:1, 26:4, 26:7, 26:10, 26:13, 26:16, 26:18, 26:21, 26:23, 27:1, 27:3, 27:5, 27:8, 27:10, 27:12, 27:14, 27:17, 27:20, 27:22, 27:24, 28:2, 28:5, 28:9, 28:13, 28:16, 28:19, 28:22, 29:1, 29:3, 29:7,*

*29:10, 29:13, 29:15, 29:19, 29:21, 30:1, 30:5, 30:8, 30:11, 30:14, 30:16, 30:19, 30:21, 30:23, 31:1, 31:4, 31:6, 31:8, 31:10, 31:12, 31:16, 31:18, 31:20, 32:1, 32:3, 32:6, 32:9, 32:12, 32:14, 32:17, 32:19, 32:21, 32:24, 33:3, 33:6, 33:9, 33:11, 33:14, 33:17, 33:21, 33:23, 34:1, 34:5, 34:7, 34:10, 34:13, 34:15, 34:18, 34:20, 34:24, 35:3, 35:7, 35:10, 35:13, 35:17, 35:22, 35:24, 36:2, 36:5, 36:7, 36:11, 36:15, 36:18, 36:21, 36:24, 37:3, 37:7, 37:13, 37:18, 37:23, 38:7, 38:10, 38:14, 38:17, 38:23, 39:3, 39:6, 39:14, 39:19, 39:21, 40:1, 40:4, 40:6, 40:8, 40:14, 40:17, 40:24, 41:3, 41:6, 41:9, 41:11, 41:17, 41:21, 41:24, 42:5, 42:9, 42:11, 42:14, 42:18, 42:20, 42:23, 43:3, 43:6, 43:9, 43:12, 43:14, 43:16, 43:20, 43:23, 44:1, 44:4, 44:7, 44:10, 44:12, 44:14, 44:16, 44:18, 44:20, 44:22, 44:24, 45:1, 45:5, 45:8, 45:11, 45:14, 45:17, 45:19, 45:21, 46:1, 46:5, 46:8, 46:13, 46:15, 46:18, 46:21, 46:24, 47:3, 47:7, 47:10, 47:14, 47:17, 47:22, 48:1, 48:6, 48:9, 48:13, 48:17, 48:19, 48:24, 49:1, 49:3, 49:5, 49:7, 49:12, 49:15, 49:18, 49:21, 50:2, 50:4, 50:6, 50:10, 50:12, 50:17, 50:20, 50:22, 50:24, 51:3, 51:5, 51:8, 51:14, 51:18, 51:21, 51:23, 52:1, 52:4, 52:6, 52:11, 52:13, 52:15, 52:17, 52:20, 52:22, 53:1,*

*53:3, 53:5, 53:7, 53:11, 53:14, 53:17, 53:20, 53:25, 54:2, 54:4, 54:7, 54:9, 54:13, 54:15, 54:18, 54:20, 54:22, 54:25, 55:2, 55:4, 55:6, 55:10, 55:13, 55:16, 55:20, 55:23, 56:1, 56:4, 56:6, 56:8, 56:11, 56:13, 56:17, 56:21, 56:23, 57:1, 57:3, 57:7, 57:12, 57:16, 57:19, 57:22, 58:1, 58:7, 58:10, 58:12, 58:14, 58:16, 58:18, 58:20, 58:23, 59:1, 59:6, 59:9, 59:12, 59:15, 59:17, 59:20, 59:24, 60:3, 60:5, 60:7, 60:9, 60:11, 60:13, 60:16, 60:18, 60:20, 60:22, 61:1, 61:4, 61:8, 61:11, 61:13, 61:16, 61:19, 61:22, 62:1, 62:4, 62:8, 62:10, 62:12, 62:15, 62:17, 62:20, 62:24, 63:4, 63:7, 63:10, 63:13, 63:15, 63:19, 63:23, 64:3, 64:5, 64:9, 64:11, 64:13, 64:18, 64:23, 65:2, 65:4, 65:8, 65:11, 65:14, 65:20, 66:3, 66:7, 66:9, 66:13, 66:16, 66:18, 66:20, 66:23, 66:25, 67:2, 67:4, 67:8, 67:11, 67:15, 67:18, 67:21, 67:24, 68:2, 68:6, 68:8, 68:11, 68:13, 68:15, 68:18, 68:20, 68:23, 69:2, 69:8, 69:12, 69:14, 69:17, 69:20, 69:22, 69:24, 70:4, 70:8, 70:11, 70:13, 70:16, 70:18, 70:22, 70:24, 71:3, 71:5, 71:8, 71:11, 71:14, 71:16, 71:20, 71:23, 71:25, 72:4, 72:6, 72:8, 72:10, 72:12, 72:14, 72:17, 72:21, 72:24, 73:2, 73:5, 73:8, 73:10, 73:13, 73:16, 73:18, 73:21, 73:24, 74:2, 74:5, 74:7, 74:9, 74:13, 74:15, 74:17, 74:20,*

74:23, 75:2, 75:5,
75:7, 75:10, 75:13,
75:15, 75:17, 75:19,
75:21, 75:23, 75:25,
76:2, 76:4, 76:7,
76:10, 76:13, 76:16,
76:18, 76:20, 76:23,
76:25, 77:4, 77:6,
77:8, 77:10, 77:12,
77:14, 77:16, 77:20,
77:23, 78:2, 78:5,
78:8, 78:11, 78:13,
78:18, 78:22, 79:1,
79:8, 79:13, 79:19,
80:1, 80:4, 80:7,
80:9, 80:11, 80:13,
80:15, 80:17, 80:20,
81:1, 81:4, 81:6,
81:8, 81:13, 81:17,
81:23, 82:1, 82:4,
82:7, 82:9, 82:12,
82:14, 82:18, 82:20,
82:22, 82:25, 83:2,
83:6, 83:8, 83:13,
83:17, 83:20, 84:1,
84:4, 84:7, 84:10,
84:12, 84:15, 84:18,
84:20, 84:23, 85:1,
85:3, 85:5, 85:8,
85:10, 85:13, 85:16,
85:19, 85:22, 86:1,
86:5, 86:8, 86:10,
86:12, 86:15, 86:17,
86:20, 86:23, 87:4,
87:7, 87:10, 87:13,
87:15, 87:17, 87:21,
87:24, 88:2, 88:4,
88:7, 88:11, 88:15,
88:17, 88:20, 88:24,
89:3, 89:7, 89:13,
89:16, 89:20, 89:23,
90:3, 90:7, 90:9,
90:11, 90:15, 90:18,
90:24, 91:3, 91:5,
91:8, 91:11, 91:13,
91:17, 91:20, 91:22,
92:1, 92:4, 92:7,
92:11, 92:14, 92:18,
92:23, 93:1, 94:7,
94:9, 94:16, 94:17,
94:21, 95:3, 95:6,
95:8, 95:11, 96:1,
96:12, 96:16, 96:21,
96:24, 97:1, 97:2,
97:14, 97:16, 97:18,
97:20, 97:23, 98:1,
98:11, 98:13, 98:16,
98:18, 98:22, 99:1,
99:4, 99:11, 99:14,
99:16, 100:7,
100:10, 100:13,

100:16, 100:20,
101:3, 101:6, 101:8,
101:19, 101:21,
101:24, 102:8,
102:11, 102:23,
103:1, 103:5, 103:8,
103:13, 103:17,
103:21, 104:1,
104:5, 104:9,
104:12, 104:15,
104:18, 104:21,
104:24, 105:3,
105:6, 105:8,
106:24, 107:3,
107:7, 107:11,
107:16, 107:18,
107:21, 108:1,
108:4, 108:9,
108:12, 108:15,
108:20, 108:24,
109:2, 109:5, 109:7,
109:10, 109:12,
109:16, 109:21,
109:24, 110:4,
110:6, 110:15,
111:2, 111:5, 111:8,
111:12, 111:15,
111:22, 112:4,
112:9, 112:16,
112:18, 112:21,
112:24, 113:12,
113:14, 113:17,
113:18, 114:3,
114:19, 115:1,
115:6, 115:10,
115:13, 115:16,
115:20, 115:24,
115:25, 116:5,
116:12, 116:15,
117:7, 117:19,
117:22, 118:1,
118:6, 118:9,
118:17, 118:21,
118:22, 119:1,
119:9, 119:14,
119:16, 120:1,
120:6, 120:8, 120:9,
120:12, 120:15,
120:18, 120:20,
120:22, 121:2,
121:5, 121:7,
121:11, 121:20,
121:23, 122:1,
122:3, 122:6, 122:8,
122:11, 122:14,
122:17, 122:19,
122:22, 122:24,
123:2, 123:4, 123:7,
123:9, 123:12,
123:14, 123:17,
123:19, 123:22,

123:24, 124:2,
124:4, 124:6, 124:9,
124:11, 124:14,
124:16, 124:19,
124:21, 124:24,
125:3, 125:5, 125:8,
125:12, 125:15,
125:17, 125:19,
125:21, 125:24,
126:1, 126:4, 126:6,
126:11, 126:13,
126:16, 126:18,
126:21, 126:24,
127:1, 127:4, 127:8,
127:21, 127:23,
128:4, 128:5, 128:6,
129:10, 129:12,
129:17, 130:6,
130:8, 130:16,
130:22, 131:1,
131:5, 131:7, 131:9,
131:12, 131:18,
132:6, 132:8,
132:19, 132:22,
133:6, 133:8,
133:11, 149:13,
152:16, 153:19,
153:21, 154:5,
154:7, 154:13,
154:15
**Court** [11] - 1:17, 2:20,
94:11, 98:13, 99:2,
99:3, 128:9, 131:24,
132:25, 149:14,
149:24
**courthouse** [2] -
93:11, 93:15
**COURTROOM** [3] -
2:1, 130:21, 133:10
**courtroom** [16] - 2:16,
4:8, 4:9, 5:3, 6:3,
11:18, 16:15, 16:17,
102:13, 112:13,
114:12, 119:11,
128:17, 134:16,
135:13, 140:1
**cousin** [7] - 47:19,
47:22, 101:17,
102:16, 104:4,
104:16, 104:18
**cousins** [1] - 104:6
**cover** [2] - 137:5,
144:22
**crafting** [1] - 30:3
**Crafting** [1] - 47:8
**creating** [1] - 139:1
**creative** [1] - 46:6
**credibility** [2] -
138:12, 140:7
**credible** [1] - 138:24

**Crespo** [2] - 51:23,
97:11
**crespo** [1] - 108:24
**CRESPO** [28] - 51:24,
52:3, 52:5, 52:8,
52:12, 52:14, 52:16,
52:18, 52:21, 52:23,
53:2, 53:4, 53:6,
53:9, 53:13, 53:16,
53:19, 53:24, 54:1,
97:12, 97:15, 97:17,
108:22, 108:25,
109:6, 109:9,
109:11, 109:15
**crime** [1] - 106:14
**crimes** [3] - 106:21,
148:21, 152:7
**criminal** [7] - 12:24,
36:21, 98:5, 99:5,
110:16, 137:14,
151:13
**Criminal** [2] - 16:3,
41:19
**Crohn's** [1] - 95:14
**crowed** [1] - 93:8
**Crown** [1] - 65:6
**Cruise** [1] - 72:11
**cruise** [2] - 40:3, 74:4
**Crutcher** [1] - 36:20
**CS** [1] - 151:18
**CSO** [1] - 96:8
**Cuba** [11] - 23:4, 23:9,
26:15, 26:20, 28:24,
30:20, 45:24, 52:3,
54:6, 75:9, 82:17
**currency** [1] - 55:8
**customer** [1] - 23:12
**Customs** [4] - 15:19,
15:20, 103:4, 143:25
**cut** [2] - 145:17,
145:21
**Cutler** [1] - 90:17
**CVS** [1] - 55:1

# D

**DA's** [1] - 103:10
**dad** [1] - 105:1
**Dade** [17] - 30:25,
34:16, 38:3, 46:3,
52:5, 54:8, 54:11,
64:16, 78:16, 99:2,
103:4, 104:8, 105:3,
111:7, 111:16,
111:17, 112:7
**daiquiri** [1] - 73:22
**dairy** [1] - 96:15
**damning** [1] - 141:23
**Dance** [1] - 39:24
**dance** [1] - 55:18

**darkness** [1] - 144:23
**DATE** [1] - 155:10
**date** [1] - 146:3
**daughter** [11] - 10:22,
11:7, 11:10, 34:11,
51:2, 78:23, 79:18,
83:11, 83:24, 88:21,
148:3
**daughter's** [3] - 148:6,
148:9, 148:11
**daughters** [2] - 9:24,
10:4
**days** [4] - 96:10,
98:20, 131:16,
131:19
**de** [21] - 20:19, 20:21,
20:24, 21:2, 21:5,
21:8, 21:13, 21:15,
21:17, 21:19, 21:22,
22:3, 22:9, 22:12,
22:21, 22:24, 98:18,
98:19, 98:24,
127:11, 128:21
**DEA** [12] - 15:18,
15:19, 38:20, 47:20,
48:2, 101:18, 102:1,
104:4, 142:13
**deal** [4] - 11:23, 108:8,
110:9
**dealer** [1] - 110:8
**dealership** [1] - 72:3
**dealing** [1] - 114:4
**deals** [1] - 17:11
**death** [1] - 80:23
**decade** [2] - 142:2,
143:20
**decide** [12] - 17:6,
48:3, 131:16,
133:17, 133:19,
133:22, 134:14,
135:12, 140:4,
140:7, 141:10, 154:2
**deciding** [2] - 133:16,
138:15
**decision** [8] - 5:24,
17:21, 18:5, 102:20,
103:23, 112:12,
133:21, 137:6
**decisions** [3] - 5:19,
136:7, 136:23
**DEFENDANT** [2] -
1:15, 2:14
**defendant** [55] - 2:10,
16:7, 16:11, 16:14,
16:18, 105:20,
107:13, 137:16,
137:20, 137:22,
138:4, 138:6, 138:9,
138:17, 141:18,
142:2, 143:17,

143:19, 143:22, 143:24, 144:1, 144:2, 144:5, 144:9, 144:11, 144:13, 144:17, 144:20, 144:21, 144:25, 145:5, 145:11, 145:12, 145:16, 145:20, 146:9, 146:10, 146:14, 146:18, 146:21, 147:3, 147:15, 147:19, 147:23, 148:1, 148:5, 148:8, 148:10, 148:14, 148:21, 149:3, 149:9, 149:11, 149:13, 149:17

**defendant's** [6] - 146:4, 146:7, 147:9, 147:11, 147:16, 148:8

**Defense** [24] - 122:1, 122:6, 122:11, 122:17, 122:22, 123:2, 123:7, 123:12, 123:17, 123:19, 123:22, 124:2, 124:9, 124:14, 124:16, 124:19, 125:3, 125:15, 125:24, 126:4, 126:11, 126:16, 126:24, 127:6

**defense** [11] - 15:5, 17:5, 17:20, 116:2, 121:18, 122:14, 123:9, 124:6, 125:19, 126:7, 127:21

**degree** [8] - 19:1, 29:5, 36:9, 50:14, 56:16, 68:10, 70:6, 90:20

**Degree** [1] - 46:3

**delgado** [1] - 149:13

**Delgado** [5] - 1:15, 2:10, 15:7, 15:11, 149:16

**DELGADO** [2] - 149:14, 154:12

**deliberations** [6] - 133:19, 134:24, 137:7, 139:6, 139:12, 139:19

**Delinois** [4] - 43:10, 43:11, 127:14, 128:25

**DELINOIS** [23] - 43:11,

---

43:13, 43:15, 43:18, 43:22, 43:24, 44:2, 44:5, 44:9, 44:11, 44:13, 44:15, 44:17, 44:19, 44:21, 44:23, 44:25, 45:3, 45:7, 45:10, 45:13, 45:16, 45:18

**demanded** [1] - 151:10

**demands** [4] - 151:5, 151:15, 151:17, 151:24

**demeanor** [1] - 140:9

**Denise** [1] - 128:21

**Department** [4] - 111:7, 111:16, 111:17, 112:7

**depressing** [1] - 80:23

**deputy** [1] - 4:8

**DEPUTY** [3] - 2:1, 130:21, 133:10

**design** [1] - 46:10

**designed** [1] - 6:6

**designer** [1] - 84:22

**designs** [1] - 46:11

**destroyed** [1] - 140:18

**detail** [2] - 132:9, 144:21

**detailed** [1] - 141:22

**details** [3] - 109:22, 110:3, 147:2

**detained** [1] - 109:21

**detection** [2] - 144:10, 145:22

**determine** [2] - 6:6, 131:4

**determined** [1] - 137:15

**diabetes** [1] - 106:8

**diabetic** [2] - 11:10, 117:11

**diagnosed** [1] - 95:13

**diagnosis** [1] - 96:12

**Dicks** [1] - 56:19

**died** [2] - 17:24, 33:19

**different** [7] - 40:20, 79:11, 92:15, 96:14, 107:12

**differently** [1] - 132:11

**difficult** [4] - 18:6, 22:17, 106:7, 131:24

**difficulties** [1] - 132:2

**difficulty** [2] - 118:5, 119:4

**digestive** [1] - 96:6

**digital** [2] - 64:16, 139:13

**dinner** [2] - 38:19, 153:14

---

**diploma** [1] - 60:2, 62:6, 80:18

**dire** [1] - 5:16

**direct** [1] - 132:24

**directed** [3] - 146:13, 147:23, 148:7

**direction** [2] - 142:18, 147:17

**directly** [4] - 143:17, 144:15, 144:25, 146:11

**director** [1] - 46:6

**Director** [3] - 142:22, 142:23, 143:13

**disagree** [1] - 3:8

**disbelieve** [1] - 138:15

**DISCHARGED** [1] - 154:6

**discuss** [7] - 98:22, 132:2, 133:18, 134:6, 134:8, 137:2, 152:24

**discussed** [6] - 118:15, 134:19, 139:15, 145:20, 147:19, 153:11

**discussions** [1] - 102:16

**Disease** [1] - 95:14

**Disney** [1] - 79:18

**disorder** [1] - 113:20

**dispute** [5] - 100:9, 112:1, 150:9, 150:10

**disputed** [1] - 133:16

**distinguish** [1] - 111:24

**distract** [1] - 140:10

**distracted** [1] - 140:5

**DISTRICT** [3] - 1:1, 1:2, 1:10

**DIVISION** [1] - 1:2

**doctor** [4] - 96:12, 131:3, 131:14, 131:16

**doctor's** [2] - 3:3, 7:20, 8:2

**document** [4] - 3:9, 3:10, 13:23, 137:14

**documentaries** [1] - 87:2

**documents** [3] - 6:2, 121:14, 139:10

**dog** [1] - 74:19

**dollar** [2] - 146:1, 147:9

**dollars** [3] - 145:23, 146:9, 148:15

**Dominguez** [1] - 15:17

**Dominican** [2] - 50:8, 106:23

---

**done** [3] - 65:20, 100:22, 132:10

**Doral** [2] - 21:2, 39:18

**dose** [1] - 116:21

**doubt** [8] - 16:12, 137:9, 137:21, 137:23, 149:21, 152:7, 152:14

**down** [3] - 4:13, 101:23, 147:3

**downtown** [1] - 73:17

**draw** [1] - 16:20

**drawn** [1] - 138:8

**driver** [3] - 27:4, 44:17, 106:22

**drop** [2] - 8:22, 11:7

**dropped** [1] - 147:16

**dropping** [1] - 8:24

**drove** [3] - 144:21, 148:8, 148:11

**Drug** [3] - 15:18, 101:25, 142:13

**drug** [11] - 17:12, 108:8, 108:13, 109:3, 110:8, 110:9, 110:23, 111:11, 145:21, 147:20

**drugs** [3] - 17:16, 18:3, 108:12, 108:23, 110:14

**due** [2] - 3:19, 110:13

**Dunn** [1] - 36:19

**duration** [1] - 8:17

**During** [1] - 145:20

**during** [22] - 4:17, 15:14, 15:15, 93:2, 133:17, 133:25, 134:6, 134:17, 135:15, 136:5, 136:8, 137:13, 139:6, 139:11, 139:12, 139:15, 139:18, 139:21, 140:22, 141:22, 151:21, 153:11

**duty** [3] - 7:12, 135:11, 135:12

**DV** [1] - 111:10

# E

**eager** [1] - 142:3

**earliest** [1] - 11:7

**early** [3] - 10:5, 146:15, 147:13

**ease** [1] - 114:12

**easy** [1] - 114:6

**eat** [2] - 93:9, 95:15

**economics** [1] - 68:10

**education** [9] - 18:25,

---

25:3, 43:24, 51:13, 61:7, 83:22, 89:10, 90:24

**educational** [36] - 18:23, 21:3, 23:7, 25:1, 26:18, 29:3, 30:23, 32:24, 36:7, 39:21, 41:17, 43:23, 46:2, 48:20, 48:23, 50:12, 52:6, 54:9, 56:13, 59:24, 62:4, 63:23, 66:13, 68:8, 70:4, 71:20, 73:18, 75:10, 76:25, 78:13, 80:17, 82:20, 84:20, 86:5, 88:7, 90:19

**Edwin** [1] - 12:16

**effort** [2] - 128:10, 136:20

**eight** [2] - 8:8, 115:20

**either** [14] - 14:20, 15:3, 38:19, 51:8, 85:6, 96:7, 98:5, 101:14, 117:21, 132:3, 132:15, 141:5, 144:14, 152:25

**El** [1] - 39:2

**elected** [3] - 141:19, 142:2, 143:18

**election** [1] - 138:8

**elections** [1] - 89:19

**elementary** [2] - 25:2, 100:24

**elevator** [1] - 93:22

**elsewhere** [1] - 47:23

**embarrass** [2] - 6:5, 96:2

**Embassy** [2] - 146:19, 146:24

**emphasize** [1] - 128:12

**emphatic** [1] - 135:10

**employed** [4] - 10:19, 10:22, 21:7, 105:15

**employee** [2] - 26:22, 104:19

**Employee's** [1] - 43:1

**en** [1] - 145:8

**encounter** [1] - 4:7

**end** [11] - 8:17, 8:19, 15:8, 17:21, 120:2, 137:6, 140:17, 141:4, 145:25, 146:17, 152:22

**ended** [1] - 99:6

**ending** [1] - 110:22

**energy** [1] - 50:19

**Enforcement** [3] - 15:18, 101:25,

*142*:13
**enforcement** [11] - 42:1, 101:11, 101:15, 105:15, 106:2, 110:1, 111:18, 112:11, 142:12, 142:19, 144:10
**engage** [2] - 14:6, 94:2
**engaged** [4] - 142:21, 142:24, 144:5, 150:15
**engineer** [4] - 50:15, 64:7, 64:8, 72:21
**engineering** [2] - 36:9, 73:19
**Engineering** [1] - 50:14
**English** [3] - 12:3, 65:16, 118:11
**enhance** [1] - 61:6
**enrolled** [2] - 62:6, 90:22
**ensured** [1] - 144:14
**entered** [3] - 14:12, 137:18, 142:20
**entire** [1] - 132:12
**entirety** [1] - 144:7
**entitled** [2] - 140:15, 155:5
**envelope** [1] - 2:23
**episode** [1] - 22:6
**equal** [1] - 3:19
**equipment** [1] - 29:12
**err** [1] - 121:15
**ESL** [1] - 48:23
**Especially** [1] - 45:3
**Espinoza** [4] - 58:2, 58:5, 127:16, 129:2
**ESPINOZA** [14] - 58:4, 58:8, 58:11, 58:13, 58:15, 58:17, 58:19, 58:21, 58:24, 59:3, 59:8, 59:11, 59:14, 59:16
**ESQ** [2] - 1:15, 1:15
**essence** [1] - 103:13
**essentially** [1] - 146:8
**estate** [4] - 60:6, 68:12, 120:17, 132:7
**evening** [3] - 152:18, 153:2, 154:9
**evenings** [1] - 37:17
**event** [5] - 8:9, 8:11, 137:10, 138:9, 139:3
**events** [1] - 94:24
**everywhere** [1] - 24:24, 93:7
**evidence** [46] - 5:24,

6:1, 6:2, 13:22, 16:14, 17:7, 17:18, 18:4, 42:2, 48:3, 53:22, 92:19, 99:9, 110:19, 127:25, 133:24, 134:2, 134:15, 135:2, 135:12, 136:5, 137:16, 138:2, 138:5, 138:7, 138:24, 139:11, 139:18, 140:23, 140:24, 141:5, 141:9, 141:21, 142:1, 144:8, 144:24, 147:5, 149:9, 149:25, 150:1, 150:2, 150:13, 152:4, 152:5, 152:10, 152:13
**evident** [1] - 96:9
**ex** [2] - 38:20, 72:10
**ex-DEA** [1] - 38:20
**exact** [1] - 18:19
**Exactly** [2] - 31:18, 130:16
**example** [2] - 18:18, 106:8
**excellent** [2] - 8:20, 65:20
**Excellent** [1] - 9:1
**except** [2] - 57:5, 138:25
**exchange** [3] - 103:11, 143:7, 145:2
**exciting** [2] - 12:19, 12:25
**exclaimed** [1] - 2:23
**excuse** [8] - 116:7, 116:19, 117:7, 117:9, 117:22, 121:12, 152:18, 153:22
**EXCUSED** [5] - 94:8, 113:13, 129:11, 132:21, 153:20
**excused** [6] - 95:6, 121:9, 129:9, 131:23, 153:18, 154:5
**executive** [1] - 42:7
**exercise** [8] - 122:12, 123:8, 123:18, 124:5, 124:15, 125:18, 126:17, 126:25
**exhibits** [3] - 6:2, 46:11, 141:6
**exists** [1] - 135:11

**expect** [1] - 139:7
**expected** [1] - 95:18
**experience** [9] - 5:21, 13:1, 102:14, 110:22, 111:15, 111:23, 112:6, 112:14, 117:12
**explain** [5] - 11:19, 12:6, 119:20, 140:21, 154:2
**explanation** [2] - 99:18, 100:1
**expressed** [1] - 118:13
**extent** [1] - 138:23
**extremely** [1] - 93:2
**eye** [1] - 6:1

## F

**face** [3] - 113:23, 135:7
**Facebook** [29] - 19:18, 21:22, 25:20, 28:1, 31:22, 34:25, 35:1, 37:8, 37:9, 40:11, 42:12, 46:21, 49:11, 55:13, 57:6, 58:21, 60:24, 64:24, 68:24, 72:15, 74:12, 76:3, 79:12, 81:16, 83:18, 83:23, 86:21, 89:3, 99:21
**fact** [13] - 16:21, 17:11, 42:1, 48:1, 100:16, 101:24, 103:21, 104:18, 110:21, 111:15, 132:10, 133:16, 144:16
**facts** [10] - 16:24, 102:18, 102:19, 109:14, 110:24, 133:23, 135:18, 138:21, 140:22, 152:23
**Fahie** [29] - 2:2, 2:11, 2:13, 13:22, 13:23, 14:2, 14:8, 14:10, 14:12, 15:8, 15:11, 17:20, 102:2, 110:17, 137:18, 141:20, 149:17, 149:18, 149:22, 150:6, 150:11, 150:13, 151:1, 151:2, 151:5, 151:17, 151:19, 151:21, 151:25
**FAHIE** [1] - 1:6
**Fahie's** [4] - 105:9,

150:13, 150:22, 152:7
**fails** [1] - 137:21
**fair** [55] - 5:20, 6:7, 18:5, 20:16, 22:23, 24:12, 26:8, 28:17, 30:12, 35:20, 38:15, 41:7, 42:2, 43:7, 45:12, 45:14, 47:18, 49:23, 51:17, 51:19, 53:18, 53:23, 56:2, 57:23, 59:13, 61:17, 63:11, 65:15, 67:22, 69:18, 71:9, 73:6, 75:3, 76:14, 78:3, 82:5, 84:8, 85:20, 87:11, 90:5, 92:8, 102:2, 102:22, 103:6, 104:19, 105:24, 106:1, 107:13, 107:24, 108:17, 109:14, 109:25, 111:18, 112:10
**fairness** [1] - 138:22
**fall** [1] - 9:21
**family** [23] - 47:19, 48:1, 49:22, 59:5, 62:18, 69:4, 77:13, 79:10, 79:11, 80:24, 83:24, 89:6, 89:11, 99:19, 100:2, 100:3, 100:4, 101:10, 101:15, 101:24, 105:11, 106:13, 116:20
**famous** [1] - 10:12
**far** [4] - 69:5, 93:2, 134:9, 141:12
**fascinating** [1] - 94:5
**father** [2] - 9:12, 33:19
**favoring** [1] - 135:19
**FBI** [2] - 104:17, 104:19
**FDC** [2] - 42:18, 101:13
**Federal** [8] - 41:22, 108:9, 109:4, 109:5, 111:24, 112:10, 113:5
**FedEx** [1] - 34:17
**feed** [5] - 19:12, 19:15, 23:22, 40:9, 67:3
**feeds** [1] - 37:1
**FELLOW** [1] - 87:19
**fellow** [3] - 114:10, 115:2, 115:17
**felony** [1] - 106:16
**female** [1] - 146:5
**Fernandez** [4] - 54:2,

54:3, 127:15, 129:1
**FERNANDEZ** [19] - 54:3, 54:6, 54:8, 54:11, 54:14, 54:16, 54:21, 54:24, 55:1, 55:3, 55:5, 55:7, 55:11, 55:15, 55:18, 55:22, 55:25, 56:3, 56:5
**Fernando** [2] - 58:5, 129:2
**few** [5] - 2:19, 4:11, 98:20, 118:2, 129:20
**fiction** [3] - 37:15, 42:17, 61:4
**field** [1] - 66:21
**fil** [1] - 93:11
**FILED** [1] - 155:10
**filled** [1] - 8:9
**film** [2] - 46:12
**final** [3] - 134:3, 135:2, 137:7
**finalize** [1] - 146:20
**finalized** [1] - 147:8
**finally** [3] - 14:10, 17:4, 133:18
**financial** [4] - 38:2, 107:1, 107:2, 107:5
**fine** [4] - 106:10, 114:23, 117:13, 133:7
**Fine** [1] - 39:23
**finish** [2] - 63:25, 98:14
**finished** [2] - 58:5, 71:22
**finishes** [1] - 138:3
**firm** [3] - 15:9, 15:11, 91:2
**first** [21] - 2:4, 4:8, 10:1, 16:6, 33:24, 96:1, 97:8, 98:8, 99:6, 102:11, 104:6, 106:6, 113:14, 114:6, 129:22, 138:2, 146:1, 147:9, 147:12, 148:22, 151:1
**First** [3] - 6:10, 6:17, 79:17
**fishing** [1] - 72:20
**FIU** [2] - 56:15, 66:15
**five** [11] - 8:23, 39:8, 39:11, 98:9, 109:19, 120:14, 124:16, 130:4, 131:16, 131:19, 148:22
**Five** [2] - 72:9, 120:21
**fixer** [3] - 146:7, 146:17, 148:1

**FL** [1] - 1:18
**flag** [1] - 38:21
**Flagler** [1] - 98:13
**flight** [4] - 147:2, 148:2, 148:13, 148:14
**Florida** [9] - 19:2, 22:13, 39:18, 41:14, 51:12, 70:3, 71:18, 80:14, 101:19
**FLORIDA** [1] - 1:2
**fly** [1] - 130:14
**focus** [2] - 46:8, 102:17
**folks** [2] - 15:16, 118:2
**folks"** [1] - 57:7
**follow** [10] - 16:17, 17:3, 65:19, 81:12, 92:9, 102:18, 130:3, 132:24, 133:20, 147:14
**followed** [1] - 92:12
**following** [2] - 128:18, 143:21
**fond** [1] - 64:20
**food** [1] - 96:13
**foods** [1] - 96:15
**FOR** [2] - 1:13, 1:15
**Force** [2] - 97:19, 97:20
**foregoing** [1] - 155:4
**foreign** [2] - 142:15, 149:1
**forensic** [1] - 149:6
**forget** [1] - 102:15
**forgetting** [1] - 21:24
**forgot** [1] - 95:1
**form** [1] - 134:1
**former** [2] - 92:10, 141:19
**Fort** [1] - 80:16
**forward** [3] - 95:8, 113:18, 138:2
**Foundation** [1] - 38:9
**founded** [2] - 10:8, 36:14
**four** [8] - 33:22, 99:3, 124:6, 126:7, 134:15, 147:14, 148:21, 149:1
**fourth** [1] - 125:11
**Fox** [5] - 21:20, 27:18, 51:4, 52:24, 72:13
**frame** [1] - 150:16
**framework** [1] - 3:11
**frankly** [1] - 133:2
**fraud** [3] - 107:4, 107:6, 107:20
**free** [5] - 3:15, 4:23, 67:14, 148:4, 148:12

**French** [1] - 5:17
**frequently** [1] - 95:19
**Friday** [1] - 38:19
**friend** [11] - 38:19, 80:23, 100:2, 100:3, 100:5, 101:11, 101:14, 105:11, 106:14, 110:7, 110:21
**friends** [5] - 62:18, 69:5, 79:10, 99:19, 153:9
**Friends** [2] - 51:11, 77:13
**FROM** [1] - 154:6
**front** [4] - 78:16, 93:14, 139:14, 144:1
**full** [1] - 12:17
**full-time** [1] - 12:17
**fully** [2] - 16:9, 16:22
**functions** [1] - 3:16
**fundamentals** [1] - 16:2
**fundraising** [1] - 38:5
**future** [2] - 4:13, 139:3

## G

**Gables** [1] - 45:24
**game** [2] - 10:13, 143:23
**Garcia** [14] - 26:11, 27:24, 45:19, 69:22, 84:13, 104:12, 108:2, 116:5, 116:15, 127:17, 127:18, 129:3, 129:4, 129:5
**GARCIA** [66] - 26:12, 26:15, 26:17, 26:20, 26:22, 26:24, 27:2, 27:4, 27:7, 27:9, 27:11, 27:13, 28:1, 28:4, 28:7, 28:12, 28:15, 28:18, 45:20, 45:23, 46:3, 46:6, 46:10, 46:14, 46:16, 46:19, 46:23, 47:1, 47:5, 47:8, 47:12, 47:16, 47:19, 47:24, 48:5, 48:8, 69:23, 70:2, 70:6, 70:9, 70:12, 70:15, 70:17, 70:20, 70:23, 71:2, 71:4, 71:7, 71:10, 84:14, 84:17, 84:19, 84:22, 84:24, 85:2, 85:4, 85:6, 85:9, 85:12, 85:15, 85:18, 85:21, 104:3, 104:6,

104:10, 108:3
**garden** [1] - 35:6
**gardening** [1] - 55:18
**Gardens** [3] - 32:23, 43:25, 84:19
**gate** [1] - 148:6
**gathered** [1] - 140:18
**gears** [1] - 145:25
**GED** [1] - 60:1
**general** [1] - 62:14
**Generally** [1] - 8:23
**generally** [1] - 18:20
**genre** [1] - 61:4
**genres** [1] - 40:20
**gentleman** [2] - 118:8, 141:16
**gentlemen** [25] - 2:8, 2:15, 5:5, 5:13, 6:23, 13:18, 14:23, 15:1, 15:6, 93:1, 93:9, 98:1, 113:1, 128:7, 129:12, 129:18, 133:12, 141:24, 142:11, 148:19, 148:20, 149:15, 152:2, 152:12, 152:17
**geometry** [1] - 9:18
**Gerard** [1] - 15:3
**Gerarde** [6] - 1:13, 2:6, 14:24, 117:19, 125:12, 141:14
**GERARDE** [41] - 2:5, 14:23, 116:3, 116:10, 117:5, 117:20, 118:10, 121:4, 121:19, 121:22, 121:25, 122:5, 122:10, 122:16, 122:21, 123:1, 123:6, 123:11, 123:16, 123:21, 124:1, 124:8, 124:13, 124:18, 124:23, 125:2, 125:7, 125:10, 125:14, 125:23, 126:3, 126:10, 126:15, 126:20, 126:23, 127:3, 127:20, 128:2, 132:17, 133:7, 141:15
**Gibson** [1] - 36:19
**gift** [1] - 146:12
**girl** [3] - 11:11, 40:7, 88:21
**girls** [4] - 29:14, 29:20, 38:3, 38:4
**Giselle** [1] - 128:23

**given** [4] - 5:10, 109:12, 140:25, 141:12
**glass** [1] - 83:4
**global** [1] - 50:18
**goal** [1] - 5:23
**God** [1] - 146:23
**golfing** [1] - 72:20
**goodness** [1] - 41:17
**Goods** [1] - 56:20
**Google** [7] - 16:16, 19:15, 55:11, 58:19, 64:22, 67:3, 85:6
**govern** [2] - 16:4
**Government** [60] - 2:6, 17:5, 17:19, 53:21, 101:12, 101:15, 105:14, 105:18, 105:22, 107:14, 110:16, 116:10, 121:19, 121:21, 121:24, 122:3, 122:8, 122:15, 122:19, 122:24, 123:4, 123:10, 123:14, 123:20, 123:24, 124:7, 124:11, 124:17, 124:21, 125:1, 125:5, 125:8, 125:13, 125:21, 126:1, 126:7, 126:9, 126:13, 126:18, 126:21, 127:1, 127:4, 128:2, 133:6, 137:20, 138:1, 138:3, 138:17, 142:15, 143:7, 143:8, 143:25, 145:1, 146:6, 149:19, 150:2, 150:3, 150:15, 151:8
**Government's** [5] - 116:1, 121:23, 124:24, 150:7, 150:8
**grab** [1] - 96:24
**grad** [2] - 21:6, 48:22
**Grand** [1] - 98:6
**grandson** [1] - 55:19
**graphic** [1] - 84:22
**gratitude** [1] - 128:16
**grease** [1] - 145:24
**great** [3] - 13:1, 41:3, 43:14
**greater** [1] - 140:15
**greatly** [2] - 98:2, 109:19
**Greed** [2] - 141:17
**grew** [3] - 45:24, 47:20, 99:19

**Grey's** [2] - 28:7, 40:22
**group** [15] - 16:2, 20:10, 22:11, 22:15, 28:10, 65:8, 69:8, 76:7, 77:20, 79:24, 87:4, 97:5, 106:4, 106:10, 132:3
**groups** [27] - 24:5, 26:1, 30:5, 32:4, 37:18, 40:25, 42:23, 45:5, 47:3, 49:15, 51:9, 53:11, 55:20, 57:16, 59:7, 61:8, 63:5, 67:15, 71:3, 72:24, 74:20, 79:19, 81:24, 84:1, 85:13, 89:13, 92:1
**Guatemala** [1] - 88:6
**guess** [5] - 2:22, 3:1, 65:17, 70:21, 135:21
**guidance** [1] - 38:2
**guiding** [1] - 133:14
**guilt** [2] - 16:12, 16:20
**guilty** [8] - 14:12, 16:8, 16:11, 105:21, 137:18, 137:21, 137:22, 152:15
**guitar** [1] - 49:14
**GUTIERREZ** [29] - 18:13, 18:15, 18:21, 18:24, 19:2, 19:4, 19:7, 19:9, 19:11, 19:15, 19:18, 19:21, 20:1, 20:3, 20:11, 20:14, 20:17, 94:19, 94:23, 95:5, 95:7, 103:3, 103:7, 106:21, 107:1, 107:4, 107:9, 107:15, 107:17
**gutierrez** [2] - 103:2, 106:20
**Gutierrez** [5] - 18:13, 94:15, 94:17, 103:8, 107:16
**gym** [4] - 37:2, 53:9, 62:14, 71:2

## H

**hairstylist** [1] - 88:10
**Haiti** [3] - 32:20, 43:19, 43:24
**half** [5] - 145:23, 146:1, 146:8, 147:9, 148:15
**Hallmark** [1] - 22:4
**HAM** [24] - 12:14, 12:16, 12:24, 13:3,

90:10, 90:13, 90:17, 90:20, 91:1, 91:4, 91:7, 91:9, 91:12, 91:15, 91:18, 91:21, 91:24, 92:3, 92:6, 92:9, 92:12, 92:17, 92:21, 92:24

**Ham** [2] - 12:16, 90:9

**hand** [10] - 5:11, 9:23, 38:21, 97:6, 97:10, 104:21, 106:5, 106:18, 129:14, 139:10

**handle** [3] - 12:12, 116:8, 154:3

**hands** [5] - 15:24, 107:22, 109:19, 116:23, 146:9

**happily** [1] - 143:13

**happy** [4] - 95:22, 95:23, 145:12, 151:15

**Hard** [3] - 77:5, 77:6, 77:7

**Havana** [1] - 28:24

**HBO** [1] - 37:16

**Head** [1] - 143:25

**headache** [1] - 17:14

**headlines** [1] - 46:17

**Health** [1] - 22:14

**health** [8] - 8:2, 13:6, 13:10, 13:11, 21:9, 88:14, 88:19, 90:3

**hear** [41] - 5:3, 14:18, 15:15, 17:20, 29:23, 30:16, 49:22, 79:6, 84:12, 102:1, 102:18, 115:10, 128:19, 129:19, 134:5, 142:18, 143:1, 143:18, 143:21, 144:7, 144:13, 145:5, 146:5, 147:21, 149:2, 149:9, 150:4, 150:12, 150:13, 150:18, 150:24, 151:1, 151:4, 151:14, 151:19, 151:21, 152:2, 152:4, 152:20

**heard** [15] - 14:14, 15:22, 16:4, 102:5, 102:7, 102:9, 104:9, 104:10, 105:9, 110:18, 110:19, 134:2, 149:8, 149:18, 149:19

**hearing** [3] - 17:13, 17:15, 135:1

**heart** [3] - 3:11, 13:6, 99:22

**heavily** [1] - 121:14

**heavy** [3] - 19:19, 29:12, 118:12

**HELD** [1] - 1:9

**hello** [4] - 69:23, 93:23, 95:10, 95:11

**help** [4] - 53:10, 94:23, 141:8, 143:14

**Herald** [2] - 60:18, 76:1

**hereby** [1] - 155:4

**heroin** [3] - 17:24, 18:2, 116:21

**hesitant** [1] - 121:13

**hesitate** [1] - 118:1

**hesitation** [1] - 137:25

**Hi** [2] - 8:16, 24:17

**Hialeah** [6] - 18:21, 29:2, 58:5, 62:3, 84:17, 84:18

**hid** [1] - 145:6

**hidden** [1] - 148:17

**High** [3] - 19:5, 62:6, 75:12

**high** [13] - 19:5, 23:9, 26:20, 29:9, 30:24, 43:24, 58:5, 60:1, 71:22, 80:18, 88:8, 96:7, 99:23

**highlights** [1] - 152:1

**hills** [1] - 144:18

**historic** [1] - 65:6

**history** [5] - 18:24, 20:5, 53:9, 64:15, 151:13

**HOA** [1] - 22:16

**hold** [13] - 16:21, 20:12, 22:19, 43:3, 49:18, 55:23, 65:11, 67:18, 71:5, 82:1, 85:16, 87:7, 92:4

**holding** [1] - 9:23

**HOLECEK** [27] - 8:7, 8:12, 36:1, 36:4, 36:6, 36:9, 36:13, 36:17, 36:19, 36:22, 37:1, 37:4, 37:9, 37:15, 37:20, 38:1, 38:9, 38:13, 38:16, 38:18, 39:1, 39:5, 100:6, 100:8, 100:12, 100:15, 100:19

**Holecek** [1] - 35:24

**home** [8] - 33:8, 55:7, 83:24, 135:7, 148:6, 153:1, 153:8, 153:14

**homeless** [1] - 12:10

**Homestead** [5] - 11:6, 48:18, 82:19, 86:4

**Honduran** [1] - 91:9

**Honduras** [4] - 90:14, 90:20, 91:15, 92:10

**honest** [3] - 95:15, 102:12, 115:18

**honestly** [2] - 66:4, 133:4

**honesty** [1] - 18:7

**Honor** [36] - 2:5, 2:9, 2:14, 8:7, 9:14, 9:18, 10:15, 12:14, 17:23, 30:18, 32:13, 32:18, 45:20, 48:12, 58:4, 59:11, 59:14, 61:21, 63:12, 73:12, 90:8, 90:10, 92:3, 92:6, 94:16, 100:6, 113:17, 117:1, 118:21, 120:8, 121:22, 124:10, 132:17, 141:15, 154:11, 154:12

**HONORABLE** [1] - 1:9

**honored** [2] - 13:8, 13:9

**hope** [5] - 13:3, 32:14, 97:3, 105:18, 119:24

**hopefully** [2] - 8:14, 114:12

**hospital** [1] - 33:3

**Hotel** [2] - 146:19, 146:24

**hotel** [1] - 78:17

**hour** [3] - 93:7, 95:16, 96:5

**hours** [4] - 4:11, 119:18, 149:2

**House** [1] - 114:21

**house** [5] - 33:10, 33:25, 34:4, 144:18, 147:21

**household** [1] - 25:17

**Hulu** [1] - 37:16

**hundred** [1] - 119:23

**hundreds** [1] - 10:8

**hunting** [1] - 67:7

**husband** [13] - 25:5, 25:6, 27:2, 27:18, 29:11, 42:7, 50:21, 64:21, 78:19, 101:17, 102:17, 103:10, 103:21

107:3, 107:4, 107:20

**ignore** [1] - 102:15

**imagine** [1] - 24:23

**Immigration** [1] - 91:2

**impact** [3] - 102:4, 102:6, 105:4

**impartial** [7] - 5:20, 6:7, 100:17, 105:24, 110:11, 110:12, 111:20

**import** [2] - 14:3, 148:22

**importance** [2] - 136:15, 152:22

**important** [12] - 3:6, 3:15, 3:16, 3:17, 7:14, 8:1, 95:24, 128:12, 132:10, 133:1, 137:25, 146:3

**importation** [1] - 18:3

**importing** [1] - 147:6

**impression** [1] - 140:16

**improvement** [2] - 69:6, 81:20

**IN** [1] - 154:15

**inappropriate** [2] - 94:2, 134:12

**INAUDIBLE** [1] - 25:8

**includes** [2] - 6:1, 149:22

**including** [5] - 139:2, 143:25, 150:6, 151:6, 151:13

**incorrect** [1] - 130:24

**Indeed** [1] - 137:18

**independent** [2] - 134:18, 140:12

**India** [1] - 36:4

**indication** [1] - 136:5

**indictment** [4] - 13:22, 137:14, 149:24

**INDISCERNIBLE** [1] - 34:9

**individual** [3] - 18:8, 92:15, 139:8

**individually** [2] - 16:1, 140:3

**individuals** [1] - 150:6

**industrial** [2] - 50:15, 73:19

**industry** [1] - 63:2

**inference** [3] - 16:20, 135:22, 138:8

**influenced** [2] - 5:20, 140:14

**influencing** [1] - 135:14

**informant** [4] - 142:14, 142:19,

142:25, 151:20

**information** [6] - 132:14, 133:1, 142:13, 151:11, 151:12, 151:14

**Information** [1] - 22:14

**informed** [4] - 143:3, 143:6, 144:25, 145:5

**initial** [1] - 147:1

**injury** [3] - 101:4, 101:5, 111:3

**innocence** [2] - 16:7, 138:7

**innocent** [3] - 16:8, 110:17, 137:19

**Inquiry** [1] - 150:19

**inside** [2] - 145:6, 146:12

**inspected** [1] - 148:15

**Instagram** [29] - 19:18, 21:22, 25:20, 28:1, 31:22, 34:25, 37:6, 37:10, 40:11, 42:12, 46:21, 49:10, 55:14, 57:10, 60:24, 62:21, 65:1, 67:9, 68:24, 70:23, 72:15, 72:16, 74:11, 77:15, 79:9, 81:15, 83:18, 83:23, 86:21

**instance** [1] - 14:1

**instead** [2] - 65:24, 148:3

**instruct** [4] - 16:23, 102:19, 133:13, 133:19

**instructed** [1] - 134:11

**instruction** [2] - 137:11, 141:6

**instructions** [11] - 4:4, 17:2, 17:21, 92:18, 127:24, 134:3, 135:2, 136:25, 137:7, 137:12, 152:19

**instruments** [1] - 63:3

**insurance** [8] - 21:10, 26:24, 49:24, 52:14, 52:21, 80:19, 80:21, 112:1

**Insurance** [1] - 26:24

**integrity** [1] - 4:19

**intelligence** [1] - 138:22

**intend** [1] - 150:2

**intended** [1] - 141:8

**intent** [3] - 149:23, 150:13, 152:7

**interact** [1] - 114:11

---

## I

**identifying** [1] - 151:13

**identity** [4] - 49:24,

*interest* [1] - 138:17
*interested* [1] - 143:23
*interesting* [1] - 113:9
*interject* [1] - 118:1
*interlude* [1] - 103:22
*internal* [1] - 77:5
*international* [1] - 142:16
*International* [3] - 19:2, 90:21, 90:22
*internationally* [1] - 14:11
*interruptions* [1] - 136:13
*interviews* [1] - 99:7
*introduce* [2] - 4:8, 14:16
*introduced* [1] - 4:24
*introducing* [2] - 4:6, 96:19
*investigated* [2] - 107:8, 107:10
*investigation* [4] - 81:21, 142:15, 150:22, 150:24
*involve* [2] - 18:2, 110:4
*involved* [7] - 46:7, 52:21, 79:23, 105:20, 108:12, 110:23, 140:5
*involves* [2] - 18:3, 105:16
*involving* [1] - 149:3
*iPhone* [1] - 134:22
*Ironically* [1] - 151:23
*IRS* [1] - 77:6
*Isenberg* [1] - 66:7
*ISENBERG* [15] - 66:8, 66:11, 66:15, 66:17, 66:19, 66:22, 66:24, 67:1, 67:3, 67:6, 67:9, 67:13, 67:17, 67:20, 67:23
*Island* [1] - 146:14
*Islands* [6] - 14:3, 38:24, 105:10, 105:12, 141:19, 150:17
*issue* [10] - 7:13, 9:3, 94:13, 111:2, 116:6, 116:12, 117:20, 119:4, 130:17, 131:1
*issues* [17] - 12:23, 13:6, 13:15, 80:23, 88:14, 88:19, 90:1, 106:6, 117:3, 118:1, 118:3, 132:2, 133:16, 134:19, 140:21, 141:10,

153:22
*IT* [1] - 67:4
*itself* [1] - 135:23

## J

*Jack* [1] - 30:4
*jail* [1] - 108:7
*Jancarlo* [1] - 129:3
*Jersey* [2] - 20:25, 98:20
*Jesus* [2] - 54:3, 129:1
*jet* [4] - 147:11, 148:4, 148:12, 148:15
*job* [10] - 34:4, 34:5, 34:8, 56:18, 63:17, 65:20, 67:6, 67:11, 93:24, 129:6
*jobs* [3] - 3:2, 10:10, 34:2
*John* [3] - 15:18, 15:19, 38:19
*joined* [1] - 143:14
*Jordan* [1] - 15:18
*Jose* [1] - 15:17
*Journal* [2] - 74:8, 91:18
*journalism* [1] - 48:22
*joy* [1] - 2:23
*Joyce* [4] - 1:15, 2:10, 15:7, 149:16
*Judge* [25] - 2:16, 17:1, 22:7, 22:18, 99:12, 116:3, 116:10, 116:19, 117:5, 117:20, 117:25, 118:10, 121:4, 122:7, 122:13, 124:3, 125:4, 126:5, 127:7, 127:20, 130:21, 132:23, 133:4, 133:7, 148:20
*JUDGE* [1] - 1:10
*judgement* [1] - 115:11
*Judges* [5] - 3:23, 4:15, 6:12, 22:8, 119:20
*judges* [3] - 16:24, 138:12, 152:23
*judgment* [3] - 102:5, 102:7, 149:10
*Judy* [1] - 22:7
*July* [1] - 147:13
*June* [1] - 147:13
*Juror* [76] - 7:1, 7:18, 8:6, 8:15, 18:9, 20:19, 23:2, 24:15, 26:11, 94:14,

101:16, 103:2, 116:16, 117:9, 118:19, 121:21, 121:24, 122:3, 122:7, 122:8, 122:12, 122:15, 122:19, 122:24, 123:4, 123:9, 123:14, 123:20, 123:24, 124:7, 124:11, 124:17, 124:21, 125:1, 125:5, 125:8, 125:13, 125:21, 126:1, 126:9, 126:13, 126:18, 126:21, 127:1, 127:6, 127:11, 127:12, 127:13, 127:14, 127:15, 127:16, 127:17, 127:18, 128:21, 128:22, 128:23, 128:24, 128:25, 129:1, 129:2, 129:3, 129:4, 129:5, 129:6
*JUROR* [15] - 9:3, 9:12, 87:19, 99:2, 99:5, 99:12, 99:15, 103:10, 103:15, 103:19, 103:24, 110:7, 111:1, 132:21, 154:6
*juror* [19] - 9:15, 13:2, 16:23, 32:14, 65:23, 93:19, 106:7, 116:9, 117:13, 118:7, 118:13, 119:3, 120:23, 121:8, 131:22, 132:13, 133:3, 153:5, 153:23
*juror's* [1] - 130:9
*jurors* [17] - 4:5, 4:21, 5:6, 5:15, 5:19, 5:23, 10:9, 94:10, 114:11, 117:17, 119:16, 128:19, 129:13, 129:18, 131:23, 134:14, 140:14
*JURY* [6] - 5:12, 94:8, 113:13, 129:11, 129:16, 153:20
*jury* [71] - 2:24, 3:14, 3:16, 6:7, 6:10, 10:14, 12:9, 12:11, 20:13, 22:6, 22:20, 24:9, 26:5, 28:14, 30:9, 32:7, 35:11, 35:15, 35:18, 38:12, 41:4, 43:4, 45:9, 47:15, 49:19, 51:15,

53:15, 55:24, 57:20, 59:10, 61:14, 63:8, 65:12, 65:24, 67:19, 69:15, 71:6, 74:24, 76:11, 77:24, 80:2, 82:2, 84:5, 85:17, 87:8, 89:24, 92:5, 95:24, 96:16, 98:5, 98:8, 111:23, 112:3, 114:20, 119:18, 119:21, 127:8, 127:10, 127:24, 128:4, 128:8, 128:11, 129:15, 129:23, 129:24, 130:4, 133:9, 137:13, 139:18, 139:24, 141:16
*Jury* [2] - 73:3, 98:6
*jury.* [1] - 133:10
*Justice* [4] - 3:18, 16:3, 41:20, 128:13
*justice* [3] - 3:19, 16:10, 128:13

## K

*Kadeem* [2] - 15:17, 144:17
*Kansas* [1] - 76:24
*KATHLEEN* [1] - 1:9
*Kathleen* [1] - 2:16
*keep* [21] - 24:4, 35:14, 79:10, 85:14, 119:19, 133:25, 146:9
*keeps* [1] - 85:12
*Kendall* [3] - 59:23, 70:3, 71:19
*Kevin* [1] - 1:13, 2:5, 14:24
*kicked* [1] - 147:3
*kidney* [1] - 7:19
*kids* [5] - 9:4, 47:11, 51:13, 59:4, 114:22
*kilogram* [1] - 147:12
*kilograms* [6] - 142:6, 143:9, 145:3, 145:9, 147:7, 148:22
*kind* [6] - 44:21, 45:4, 99:8, 111:3, 114:16, 117:1
*Kindergarten* [1] - 7:16
*Kingdom* [3] - 150:15, 150:21, 150:25
*know..* [1] - 95:25
*knowingly* [1] - 142:5
*knowledge* [2] - 5:22, 138:21

*known* [4] - 60:25, 132:10, 143:19, 150:18

## L

*LA* [1] - 103:11
*lab* [1] - 7:20
*lack* [2] - 74:10, 103:11
*ladies* [16] - 2:15, 5:5, 6:23, 14:23, 15:1, 15:6, 93:9, 128:7, 133:12, 141:24, 142:11, 148:14, 148:20, 149:15, 152:1, 152:12
*Ladies* [8] - 5:13, 13:18, 93:1, 113:1, 129:12, 129:17, 141:16, 152:17
*lady* [3] - 117:10, 118:4, 133:5
*Land* [1] - 72:22
*language* [3] - 118:3, 118:14, 144:12
*laptop* [1] - 106:22
*LaRose* [5] - 7:2, 24:15, 27:14, 101:16, 107:18
*LAROSE* [30] - 7:3, 7:8, 7:16, 24:17, 24:19, 24:21, 25:2, 25:5, 25:8, 25:13, 25:15, 25:18, 25:20, 25:24, 26:3, 26:6, 26:9, 27:16, 27:18, 27:21, 27:23, 101:17, 101:20, 101:22, 102:4, 102:9, 102:21, 102:25, 107:19, 107:25
*last* [9] - 6:18, 8:8, 28:5, 34:15, 38:22, 90:22, 136:18
*late* [2] - 95:19, 147:13
*Lauderdale* [1] - 80:16
*laundering* [4] - 14:7, 14:9, 148:24, 148:25
*Lauren* [2] - 39:17, 128:24
*Law* [3] - 22:3, 22:6, 90:21
*law* [42] - 3:19, 4:4, 4:15, 12:16, 15:9, 15:11, 16:23, 16:24, 17:1, 36:21, 42:1, 90:18, 90:20, 90:23, 91:2, 92:19, 101:11,

*101:15, 102:18, 105:15, 106:2, 109:2, 109:18, 109:25, 111:18, 112:11, 116:22, 133:17, 133:20, 134:4, 135:3, 136:25, 137:5, 137:8, 137:11, 137:19, 138:6, 141:7, 142:12, 142:19, 144:10*
**law's** [1] - 109:13
**lawsuit** [5] - 100:2, 100:10, 100:16, 100:22, 101:3
**lawyer** [1] - 36:19
**lawyers** [21] - 3:10, 4:2, 4:15, 5:13, 14:16, 41:24, 53:20, 93:21, 119:20, 121:2, 129:19, 132:15, 134:3, 134:9, 135:17, 136:9, 136:12, 136:19, 140:25, 141:3
**lead** [3] - 152:6, 152:13, 152:14
**leadership** [8] - 37:24, 38:7, 42:20, 48:23, 61:11, 69:12, 89:20, 94:22
**learn** [4] - 105:14, 142:23, 144:17, 145:16
**learned** [1] - 113:9
**learning** [1] - 46:19
**least** [6] - 4:7, 4:11, 68:18, 116:23, 130:11, 147:14
**leave** [3] - 8:25, 95:2, 139:24
**left** [3] - 60:20, 126:8, 140:2
**legal** [3] - 16:3, 17:2, 133:13
**Lego** [2] - 72:20, 72:22
**legs** [1] - 113:4
**length** [2] - 6:20, 6:21
**lengthy** [1] - 144:5
**less** [1] - 136:19
**lesson** [1] - 7:14
**lessons** [1] - 7:5
**letter** [2] - 2:19, 2:20
**letting** [1] - 8:13
**libraries** [1] - 47:9
**license** [3] - 29:6, 63:25, 88:10

**licensing** [1] - 80:19
**lieu** [2] - 114:20, 119:18
**life** [10] - 4:10, 4:11, 44:7, 44:9, 80:19, 80:20, 94:19, 99:22, 102:14, 110:22
**lifestyle** [1] - 89:10
**Liliana** [1] - 63:18
**limit** [1] - 136:13
**Line** [1] - 72:11
**line** [4] - 40:3, 74:4, 112:9, 142:9
**Linkedin** [18] - 21:22, 25:21, 32:2, 37:11, 40:12, 46:22, 51:6, 60:25, 67:6, 68:25, 70:23, 72:16, 74:13, 74:14, 81:16, 83:19, 91:21
**list** [4] - 10:25, 14:17, 15:23, 119:21
**listen** [13] - 5:23, 17:18, 42:2, 48:2, 53:22, 55:18, 92:18, 102:21, 110:23, 111:19, 112:11, 138:11, 152:5
**listened** [1] - 152:12
**listening** [3] - 45:4, 152:6, 152:10
**lists** [1] - 115:21
**literally** [1] - 132:12
**live** [42] - 18:19, 18:20, 21:1, 23:5, 23:6, 24:20, 26:16, 29:1, 30:21, 32:21, 33:15, 33:19, 36:5, 41:15, 43:21, 45:24, 48:17, 50:10, 52:4, 52:5, 54:7, 56:11, 57:11, 58:5, 59:23, 63:21, 64:16, 68:6, 70:3, 71:19, 73:16, 73:17, 76:23, 78:11, 82:18, 84:18, 84:19, 86:4, 90:15, 104:7, 105:12, 109:18
**lives** [4] - 3:3, 3:12, 6:5, 110:13
**living** [50] - 19:3, 23:16, 25:7, 26:21, 27:3, 29:7, 29:16, 31:1, 31:6, 34:7, 36:11, 40:1, 41:21, 44:1, 44:10, 44:16, 46:5, 49:1, 50:17, 50:22, 52:13, 52:20, 54:15, 54:23, 55:6, 58:7, 58:12, 60:5,

*62:13, 64:6, 64:13, 66:12, 66:18, 68:11, 68:16, 70:8, 70:14, 71:25, 72:10, 73:21, 74:3, 75:13, 77:4, 83:3, 84:23, 86:8, 86:13, 88:17, 91:8, 132:6*
**LLM** [1] - 90:22
**loaned** [1] - 103:13
**Local** [1] - 21:19
**local** [4] - 81:11, 111:24, 112:11, 145:19
**location** [1] - 144:18
**locations** [1] - 147:17
**Locka** [1] - 148:12
**locked** [1] - 139:25
**logistics** [1] - 94:24
**look** [7] - 18:4, 37:5, 102:19, 109:14, 115:21, 132:23, 134:23
**looked** [1] - 148:15
**looking** [3] - 66:19, 83:23, 143:6
**Los** [4] - 20:19, 98:18, 127:11, 128:21
**LOS** [17] - 20:21, 20:24, 21:2, 21:15, 21:8, 21:13, 21:15, 21:17, 21:19, 21:22, 22:3, 22:9, 22:12, 22:21, 22:24, 98:19, 98:24
**lost** [2] - 80:23, 110:13
**Lourdes** [1] - 128:22
**love** [2] - 40:21, 69:4
**loves** [1] - 20:8
**low** [1] - 9:22
**lower** [1] - 51:13
**lucky** [1] - 12:19
**Luduvico** [1] - 78:6
**LUDUVICO** [12] - 78:7, 78:10, 78:12, 78:15, 78:19, 79:3, 79:9, 79:15, 79:21, 80:3, 80:6, 80:8
**LUDUVICO:** [1] - 78:23
**lunch** [7] - 93:6, 94:4, 95:6, 96:18, 96:22, 96:25, 97:3

**M**

**ma'am** [12] - 11:4, 30:10, 39:16, 43:5, 43:8, 45:7, 88:2, 104:24, 111:5,

*116:14, 121:10, 127:22*
**mail** [1] - 2:20
**main** [3] - 49:9, 150:7, 151:24
**mainstream** [1] - 81:11
**maintained** [1] - 8:2
**maintenance** [2] - 58:8, 88:18
**majority** [1] - 81:21
**Make-A-Wish** [1] - 38:9
**maker** [1] - 44:2
**man** [2] - 27:5, 141:18
**management** [2] - 29:17, 77:2
**Management** [1] - 22:14
**manager** [7] - 29:6, 29:8, 31:2, 40:2, 62:14, 72:2, 88:22
**manner** [3] - 94:3, 134:7, 138:18
**Mantilla** [4] - 59:17, 59:22, 104:14, 111:4
**MANTILLA** [32] - 59:19, 59:22, 60:1, 60:4, 60:6, 60:8, 60:10, 60:12, 60:15, 60:17, 60:19, 60:21, 60:23, 61:3, 61:6, 61:10, 61:12, 61:15, 61:18, 104:14, 104:16, 104:20, 111:4, 111:6, 111:10, 111:14, 111:21, 112:3, 112:8, 112:15, 112:17, 112:20
**March** [2] - 142:21, 151:4
**Marine** [1] - 97:12
**Marines** [1] - 52:10
**marketing** [2] - 40:2, 64:16
**married** [6] - 29:11, 33:15, 33:18, 78:19, 104:16, 104:18
**Marsico** [1] - 4:16
**Martin** [2] - 146:14, 147:24
**MARTINEZ** [26] - 12:1, 12:13, 26:12, 26:15, 26:17, 26:20, 26:22, 26:24, 27:2, 27:4, 27:7, 27:9, 27:11, 27:13, 28:1, 28:4, 28:7, 28:12, 28:15, 28:18, 87:16, 87:20,

*87:23, 113:20, 114:16, 114:23*
**Martinez** [10] - 26:11, 27:24, 87:15, 108:2, 113:6, 113:15, 116:5, 116:15, 116:16, 129:5
**Master's** [7] - 25:3, 48:23, 50:15, 64:14, 68:10, 73:20, 90:21
**matter** [8] - 6:8, 99:4, 111:12, 129:13, 136:15, 139:2, 139:9, 155:6
**matters** [7] - 5:3, 5:4, 5:22, 13:11, 69:6, 102:3, 135:14
**Matthew** [1] - 18:13
**Maynard** [17] - 15:17, 142:24, 143:6, 143:12, 143:21, 144:5, 144:11, 144:14, 144:22, 146:4, 146:18, 146:22, 147:2, 147:10, 149:9, 150:7
**Maynard's** [2] - 144:16, 151:3
**MBA** [1] - 36:10
**McDonald's** [1] - 93:13
**McLaughlin** [4] - 1:13, 2:7, 15:2, 15:4
**MCLAUGHLIN** [2] - 15:1, 154:10
**McPhee** [1] - 80:9
**MCPHEE** [16] - 80:10, 80:12, 80:14, 80:16, 80:18, 80:22, 81:2, 81:5, 81:7, 81:10, 81:15, 81:19, 81:25, 82:3, 82:6, 82:8
**mean** [4] - 45:15, 102:5, 134:21, 135:7
**meaning** [2] - 100:3, 128:14
**means** [4] - 10:5, 130:10, 131:15, 134:17
**meant** [2] - 6:5, 44:7
**media** [42] - 16:16, 19:16, 19:19, 21:23, 25:16, 27:24, 31:20, 34:24, 37:3, 37:5, 42:11, 44:22, 46:11, 46:18, 51:5, 53:1, 55:14, 57:2, 57:3, 58:20, 60:22, 60:23, 62:20, 62:22, 64:23, 67:5, 68:23,*

70:21, 70:22, 72:14, 74:9, 76:2, 77:14, 79:8, 81:13, 83:17, 85:8, 86:20, 89:3, 91:20, 99:25
**Media** [1] - 153:11
**medical** [6] - 13:15, 106:6, 130:13, 130:23, 132:2, 132:4
**medication** [2] - 114:1, 114:6
**meditate** [1] - 25:24
**meet** [6] - 98:7, 129:7, 144:2, 146:14, 146:18, 147:24
**meeting** [15] - 144:5, 144:7, 144:18, 144:20, 144:22, 144:24, 145:20, 146:10, 146:17, 147:3, 147:6, 151:5, 151:6, 151:21, 151:25
**meetings** [5] - 142:21, 142:25, 143:2, 149:3, 149:5
**Melissa** [1] - 129:4
**Mella** [3] - 50:4, 127:15, 128:25
**MELLA** [14] - 50:5, 50:8, 50:11, 50:14, 50:18, 50:21, 50:23, 51:1, 51:4, 51:6, 51:11, 51:16, 51:20, 51:22
**MEMBER** [1] - 87:19
**member** [42] - 20:9, 22:10, 22:15, 22:16, 26:1, 28:10, 35:7, 37:18, 37:21, 40:24, 42:18, 42:23, 45:5, 47:3, 47:19, 49:15, 51:8, 53:11, 55:20, 57:16, 59:6, 61:8, 61:12, 65:8, 69:8, 71:3, 72:24, 76:7, 77:20, 79:19, 81:23, 85:13, 87:4, 92:1, 100:2, 100:3, 100:4, 101:11, 101:15, 101:25, 105:11, 106:14
**members** [3] - 99:19, 115:2, 115:17
**memories** [1] - 139:8
**memory** [2] - 140:11, 140:16
**mention** [2] - 132:4, 150:18
**mentioned** [1] - 104:4

**mentor** [2] - 22:15, 38:5
**mentors** [1] - 38:2
**merely** [1] - 13:23, 137:14, 149:25
**merits** [1] - 135:18
**mess** [1] - 120:23
**messages** [1] - 144:12
**met** [4] - 146:21, 146:24, 151:2, 151:19
**Mexican** [1] - 143:4
**mIAMI** [1] - 1:2
**Miami** [76] - 1:18, 1:18, 12:17, 12:22, 18:16, 21:1, 23:5, 24:19, 24:20, 26:16, 29:1, 30:21, 30:25, 32:21, 32:23, 34:16, 36:5, 36:6, 38:3, 39:20, 41:14, 43:20, 43:22, 43:25, 46:3, 47:22, 48:16, 48:17, 50:10, 52:4, 52:5, 54:7, 54:8, 54:11, 56:10, 56:11, 56:12, 59:23, 61:24, 63:22, 64:16, 66:12, 68:6, 69:10, 69:11, 70:3, 71:18, 73:16, 73:20, 76:22, 76:23, 78:10, 78:11, 78:12, 78:16, 80:14, 80:15, 82:18, 84:19, 90:15, 91:3, 91:4, 91:10, 103:4, 104:7, 105:3, 111:7, 111:16, 111:17, 112:7, 145:9, 146:2, 146:18, 146:24
**Miami-Dade** [6] - 30:25, 34:16, 46:3, 54:8, 103:4, 111:7
**Michael** [2] - 4:9, 130:16
**Michigan** [1] - 101:22
**microphone** [7] - 18:10, 25:9, 25:11, 54:18, 89:17, 118:22, 120:9
**microwave** [1] - 96:17
**middle** [1] - 100:24
**might** [12] - 4:14, 5:21, 10:5, 14:18, 17:5, 96:19, 118:2, 131:15, 131:16, 136:4, 136:10, 136:16
**Military** [1] - 97:9
**million** [6] - 145:23, 146:1, 146:9, 147:9,

147:15, 148:15
**mind** [3] - 7:11, 133:25, 152:6
**mindful** [1] - 144:10
**mine** [1] - 47:20
**minor** [1] - 18:25
**minute** [1] - 39:8
**minutes** [9] - 39:12, 113:4, 113:11, 115:3, 115:18, 115:21, 128:2, 128:3, 130:5
**mischief** [1] - 79:23
**mistake** [1] - 141:24
**misunderstanding** [1] - 112:17
**MMA** [1] - 57:15
**Mobile** [1] - 70:15
**Modesto** [1] - 18:13
**mom** [4] - 8:18, 10:22, 40:21, 79:5
**mom's** [1] - 110:7
**mom..** [1] - 10:19
**moment** [2] - 124:3, 125:16
**moments** [1] - 129:20
**moms** [2] - 8:21, 79:22
**Monday** [1] - 2:18
**money** [9] - 14:7, 14:9, 98:6, 142:10, 145:15, 145:24, 148:16, 148:24, 148:25
**month** [2] - 40:20, 147:13
**months** [2] - 41:16, 147:14
**moral** [37] - 20:12, 22:19, 24:8, 26:4, 28:13, 30:8, 32:6, 35:10, 35:13, 38:11, 41:4, 43:3, 45:8, 47:15, 49:18, 51:14, 53:14, 55:23, 57:19, 59:9, 61:13, 63:7, 65:11, 67:18, 69:14, 71:5, 73:2, 74:23, 76:10, 77:23, 80:1, 82:1, 84:4, 85:16, 87:7, 89:23, 92:4
**morning** [75] - 2:5, 2:8, 2:9, 2:12, 2:13, 2:14, 2:15, 2:19, 2:21, 3:7, 5:9, 7:2, 7:3, 8:24, 10:19, 11:2, 12:14, 12:15, 14:23, 15:1, 15:6, 20:20, 20:21, 24:16, 26:12, 26:13, 28:21,

28:22, 30:17, 30:18, 32:17, 32:18, 39:16, 39:17, 41:12, 41:13, 43:14, 43:15, 45:20, 45:21, 48:11, 48:12, 50:5, 50:6, 51:24, 52:1, 54:4, 58:4, 59:18, 59:19, 61:21, 61:22, 66:8, 68:1, 69:24, 71:15, 71:16, 73:12, 73:13, 76:19, 80:9, 80:10, 82:12, 82:13, 84:14, 85:24, 87:16, 88:2, 88:3, 90:10, 90:11, 95:20, 129:24, 139:25, 153:16
**Most** [1] - 44:5
**most** [7] - 3:14, 3:16, 3:17, 4:1, 4:7, 27:5, 137:25
**mostly** [4] - 46:12, 67:13, 72:13, 72:16
**Mostly** [1] - 67:6
**mother** [1] - 100:22
**mother's** [1] - 110:21
**mothers** [1] - 93:24
**motions** [1] - 117:24
**move** [3] - 116:19, 117:9, 145:21
**moved** [1] - 101:22
**movies** [6] - 20:3, 22:4, 59:4, 76:6, 81:20, 89:11
**MR** [389] - 2:5, 9:14, 9:16, 9:18, 10:15, 12:14, 12:16, 12:24, 13:3, 14:23, 15:1, 17:9, 17:11, 17:23, 18:6, 18:13, 18:15, 18:21, 18:24, 19:2, 19:4, 19:7, 19:9, 19:11, 19:15, 19:18, 19:21, 20:1, 20:3, 20:11, 20:14, 20:17, 30:18, 30:20, 30:22, 30:24, 31:2, 31:5, 31:7, 31:9, 31:11, 31:14, 31:17, 31:19, 31:22, 32:2, 32:5, 32:8, 32:11, 32:13, 43:11, 43:13, 43:15, 43:18, 43:22, 43:24, 44:2, 44:5, 44:9, 44:11, 44:13, 44:15, 44:17, 44:19, 44:21, 44:23, 44:25, 45:3, 45:7, 45:10, 45:13, 45:16, 45:18, 45:20, 45:23, 46:3, 46:6,

46:10, 46:14, 46:16, 46:19, 46:23, 47:1, 47:5, 47:8, 47:12, 47:16, 47:19, 47:24, 48:5, 48:8, 48:12, 48:15, 48:18, 48:22, 48:25, 49:2, 49:4, 49:6, 49:9, 49:14, 49:17, 49:20, 50:1, 50:3, 51:24, 52:3, 52:5, 52:8, 52:12, 52:14, 52:16, 52:18, 52:21, 52:23, 53:2, 53:4, 53:6, 53:9, 53:13, 53:16, 53:19, 53:24, 54:1, 54:3, 54:6, 54:8, 54:11, 54:14, 54:16, 54:21, 54:24, 55:1, 55:3, 55:5, 55:7, 55:11, 55:15, 55:18, 55:22, 55:25, 56:3, 56:5, 56:7, 56:10, 56:12, 56:15, 56:19, 56:22, 56:24, 57:2, 57:5, 57:9, 57:14, 57:18, 57:21, 57:24, 58:4, 58:8, 58:11, 58:13, 58:15, 58:17, 58:19, 58:21, 58:24, 59:3, 59:8, 59:11, 59:14, 59:16, 61:21, 61:24, 62:3, 62:6, 62:9, 62:11, 62:14, 62:16, 62:18, 62:21, 63:1, 63:6, 63:9, 63:12, 63:14, 66:8, 66:11, 66:15, 66:17, 66:19, 66:22, 66:24, 67:1, 67:3, 67:6, 67:9, 67:13, 67:17, 67:20, 67:23, 71:13, 71:15, 71:18, 71:22, 71:24, 72:2, 72:5, 72:7, 72:9, 72:11, 72:13, 72:15, 72:19, 72:23, 73:1, 73:4, 73:7, 73:9, 73:12, 73:15, 73:17, 73:19, 73:22, 73:25, 74:4, 74:6, 74:8, 74:11, 74:14, 74:16, 74:19, 74:22, 74:25, 75:4, 75:6, 75:8, 75:12, 75:14, 75:16, 75:18, 75:20, 75:22, 75:24, 76:1, 76:3, 76:6, 76:9, 76:12, 76:15, 76:17, 76:19, 76:22, 76:24, 77:2, 77:5, 77:7, 77:9, 77:11, 77:13,

77:15, 77:18, 77:22, 77:25, 78:4, 80:10, 80:12, 80:14, 80:16, 80:18, 80:22, 81:2, 81:5, 81:7, 81:10, 81:15, 81:19, 81:25, 82:3, 82:6, 82:8, 90:10, 90:13, 90:17, 90:20, 91:1, 91:4, 91:7, 91:9, 91:12, 91:15, 91:18, 91:21, 91:24, 92:3, 92:6, 92:9, 92:12, 92:17, 92:21, 92:24, 94:19, 94:23, 95:5, 95:7, 97:12, 97:15, 97:17, 97:19, 97:22, 97:24, 98:9, 98:12, 98:14, 98:17, 103:3, 103:7, 104:3, 104:6, 104:10, 106:21, 107:1, 107:4, 107:9, 107:15, 107:17, 108:7, 108:11, 108:14, 108:19, 108:21, 108:22, 108:25, 109:4, 109:6, 109:9, 109:11, 109:15, 109:18, 109:22, 110:2, 110:5, 116:3, 116:10, 117:5, 117:20, 118:10, 120:11, 120:14, 120:17, 120:19, 120:21, 121:1, 121:4, 121:10, 121:19, 121:22, 121:25, 122:5, 122:10, 122:16, 122:21, 123:1, 123:6, 123:11, 123:16, 123:21, 124:1, 124:8, 124:13, 124:18, 124:23, 125:2, 125:7, 125:10, 125:14, 125:23, 126:3, 126:10, 126:15, 126:20, 126:23, 127:3, 127:20, 128:2, 132:17, 133:7, 141:15, 154:10
**MS** [440] - 2:9, 7:3, 7:8, 7:16, 7:19, 7:24, 8:5, 8:7, 8:12, 8:16, 9:1, 10:19, 10:21, 11:2, 11:5, 11:10, 11:16, 11:24, 12:1, 12:13, 13:5, 13:17, 15:6,

20:21, 20:24, 21:2, 21:5, 21:8, 21:13, 21:15, 21:17, 21:19, 21:22, 22:3, 22:9, 22:12, 22:21, 22:24, 23:3, 23:6, 23:9, 23:11, 23:14, 23:17, 23:20, 23:22, 23:24, 24:4, 24:7, 24:10, 24:13, 24:17, 24:19, 24:21, 25:2, 25:5, 25:8, 25:13, 25:15, 25:18, 25:20, 25:24, 26:3, 26:6, 26:9, 26:12, 26:15, 26:17, 26:20, 26:22, 26:24, 27:2, 27:4, 27:7, 27:9, 27:11, 27:13, 27:16, 27:18, 27:21, 27:23, 28:1, 28:4, 28:7, 28:12, 28:15, 28:18, 28:21, 28:24, 29:2, 29:5, 29:8, 29:11, 29:14, 29:17, 29:20, 29:22, 30:3, 30:7, 30:10, 30:13, 30:15, 32:16, 32:18, 32:20, 32:23, 33:1, 33:4, 33:8, 33:10, 33:12, 33:16, 33:18, 33:22, 33:24, 34:3, 34:6, 34:9, 34:11, 34:14, 34:16, 34:19, 34:22, 35:1, 35:5, 35:9, 35:12, 35:16, 35:21, 35:23, 36:1, 36:4, 36:6, 36:9, 36:13, 36:17, 36:19, 36:22, 37:1, 37:4, 37:9, 37:15, 37:20, 38:1, 38:9, 38:13, 38:16, 38:18, 39:1, 39:5, 39:17, 39:20, 39:23, 40:2, 40:5, 40:7, 40:9, 40:15, 40:19, 41:1, 41:5, 41:8, 41:10, 41:13, 41:19, 41:22, 42:4, 42:7, 42:10, 42:12, 42:16, 42:19, 42:22, 43:1, 43:5, 43:8, 50:5, 50:8, 50:11, 50:14, 50:18, 50:21, 50:23, 51:1, 51:4, 51:6, 51:11, 51:16, 51:20, 51:22, 59:19, 59:22, 60:1, 60:4, 60:6, 60:8, 60:10, 60:12, 60:15, 60:17, 60:19, 60:21, 60:23, 61:3, 61:6, 61:10,

61:12, 61:15, 61:18, 63:18, 63:21, 63:24, 64:4, 64:7, 64:10, 64:12, 64:14, 64:20, 64:24, 65:3, 65:6, 65:10, 65:13, 65:16, 66:1, 66:6, 68:1, 68:4, 68:7, 68:10, 68:12, 68:14, 68:17, 68:19, 68:21, 68:24, 69:4, 69:10, 69:13, 69:16, 69:19, 69:21, 69:23, 70:2, 70:6, 70:9, 70:12, 70:15, 70:17, 70:20, 70:23, 71:2, 71:4, 71:7, 71:10, 78:7, 78:10, 78:12, 78:15, 78:19, 78:23, 79:3, 79:9, 79:15, 79:21, 80:3, 80:6, 80:8, 82:11, 82:13, 82:16, 82:19, 82:21, 82:23, 83:1, 83:4, 83:7, 83:9, 83:15, 83:18, 83:22, 84:3, 84:6, 84:9, 84:11, 84:14, 84:17, 84:19, 84:22, 84:24, 85:2, 85:4, 85:6, 85:9, 85:12, 85:15, 85:18, 85:21, 85:24, 86:3, 86:7, 86:9, 86:11, 86:14, 86:16, 86:18, 86:21, 87:1, 87:6, 87:9, 87:12, 87:14, 87:16, 87:20, 87:23, 88:1, 88:3, 88:6, 88:8, 88:13, 88:16, 88:18, 88:21, 89:1, 89:5, 89:9, 89:15, 89:18, 89:22, 90:1, 90:6, 90:8, 95:10, 95:13, 96:10, 96:14, 96:20, 96:23, 98:19, 98:24, 100:6, 100:8, 100:12, 100:15, 100:19, 100:22, 101:5, 101:7, 101:17, 101:20, 101:22, 102:4, 102:9, 102:21, 102:25, 104:14, 104:16, 104:20, 104:23, 105:1, 105:4, 105:7, 107:19, 107:25, 108:3, 111:4, 111:6, 111:10, 111:14, 111:21, 112:3, 112:8, 112:15, 112:17, 112:20,

112:22, 113:20, 114:16, 114:23, 115:5, 115:8, 115:11, 115:15, 115:19, 116:14, 116:19, 117:9, 117:24, 118:4, 118:8, 118:24, 119:6, 119:12, 119:15, 119:24, 120:5, 121:6, 121:18, 122:2, 122:7, 122:12, 122:18, 122:23, 123:3, 123:8, 123:13, 123:18, 123:23, 124:3, 124:5, 124:10, 124:15, 124:20, 125:4, 125:16, 125:18, 125:20, 125:25, 126:5, 126:12, 126:17, 126:25, 127:7, 127:22, 128:3, 130:15, 130:24, 131:3, 131:6, 131:8, 131:11, 131:14, 132:5, 132:7, 132:18, 132:20, 132:23, 149:14, 154:4, 154:12
**MUNOZ** [28] - 10:19, 10:21, 68:1, 68:4, 68:7, 68:10, 68:12, 68:14, 68:17, 68:19, 68:21, 68:24, 69:4, 69:10, 69:13, 69:16, 69:19, 69:21, 130:24, 131:3, 131:6, 131:8, 131:11, 131:14, 132:5, 132:7, 132:20, 154:4
**Munoz** [11] - 10:21, 67:25, 127:17, 129:2, 130:12, 130:22, 132:6, 132:16, 132:19, 153:17, 153:21
**murdered** [2] - 110:8, 110:10
**Music** [1] - 51:12
**music** [4] - 45:4, 55:18, 63:2, 63:4
**musical** [1] - 51:12
**must** [6] - 16:23, 17:1, 130:9, 133:20, 134:6, 134:7, 134:14, 134:17, 134:21, 137:22,

140:8
**muster** [1] - 117:18
**mysteries** [1] - 40:21

**N**

**name** [29] - 2:16, 10:20, 10:21, 10:24, 11:1, 11:2, 12:1, 12:16, 13:5, 14:24, 15:7, 18:12, 18:13, 23:3, 38:22, 41:13, 47:7, 58:4, 59:22, 63:16, 75:8, 82:9, 104:22, 128:19, 142:20, 142:24, 146:5, 149:15, 151:13
**names** [5] - 14:18, 14:21, 15:13, 15:14, 15:23
**narco** [3] - 143:4, 145:6, 147:11
**Narco** [2] - 148:4, 148:12
**narco-trafficker** [1] - 143:4
**narco-trafficking** [1] - 145:6
**nature** [6] - 4:23, 30:6, 47:4, 81:24, 106:11, 136:23
**navigation** [1] - 153:12
**near** [3] - 56:12, 93:13, 114:21
**nearly** [1] - 88:6
**necessarily** [1] - 151:8
**necessary** [1] - 136:8
**need** [22] - 4:14, 5:18, 8:24, 9:22, 9:24, 10:4, 10:22, 11:21, 13:16, 14:20, 78:20, 93:3, 96:6, 96:11, 97:6, 99:18, 106:9, 113:5, 114:7, 114:8, 117:17, 145:7
**needed** [4] - 11:20, 132:2, 139:3, 145:24
**needs** [1] - 39:7
**negotiated** [1] - 145:16
**nervous** [2] - 113:21, 114:9
**Netflix** [5] - 28:4, 28:6, 39:1, 65:6, 72:19
**network** [1] - 91:16
**networking** [2] - 51:7, 67:7
**never** [9] - 10:11,

10:13, 35:9, 40:15, 65:1, 71:22, 79:4, 98:22

**New** [7] - 20:25, 46:16, 48:15, 91:19, 92:10, 98:19, 145:9

**new** [1] - 147:21

**news** [63] - 19:10, 19:11, 19:13, 19:15, 21:16, 23:21, 23:22, 27:12, 27:13, 27:15, 27:17, 27:21, 29:21, 29:22, 31:13, 34:21, 34:22, 36:24, 40:8, 40:9, 40:10, 42:9, 42:10, 44:20, 46:15, 46:17, 49:7, 51:3, 52:22, 52:24, 55:10, 57:1, 58:18, 60:16, 62:17, 62:19, 64:19, 64:20, 67:2, 67:3, 68:20, 68:21, 68:22, 70:18, 72:12, 74:7, 75:23, 77:12, 77:13, 79:1, 79:6, 81:8, 81:10, 81:11, 83:14, 85:5, 86:17, 86:18, 86:19, 88:24, 91:15, 91:17, 143:22

**News** [8] - 27:18, 37:1, 51:4, 52:24, 58:19, 85:6, 91:18

**newspaper** [1] - 75:25

**Newspaper** [2] - 60:17, 75:24

**next** [21] - 4:11, 9:11, 12:7, 34:10, 39:15, 50:4, 54:2, 66:7, 98:4, 99:17, 101:10, 105:13, 106:3, 118:6, 119:22, 120:3, 131:15, 147:11, 148:2, 148:7, 152:21

**night** [2] - 139:24, 153:18

**nighttime** [2] - 34:19, 35:2

**Nine** [1] - 31:11

**nine** [2] - 8:23, 108:7

**non** [4] - 37:20, 37:22, 46:7, 46:12

**non-profit** [1] - 46:7

**non-profits** [3] - 37:20, 37:22, 46:12

**none** [2] - 63:6, 118:2

**None** [3] - 53:2, 53:16, 63:9

**Nonetheless** [1] - 141:8

**nonfiction** [3] - 20:4, 42:17, 61:5

**nonprofit** [3] - 38:2, 47:6, 47:7

**noon** [2] - 8:12, 131:10

**Norma** [1] - 13:5

**North** [5] - 1:18, 43:22, 63:21, 66:12, 78:12

**Norwegian** [1] - 72:11

**note** [3] - 108:4, 112:24, 118:6

**notes** [10] - 120:23, 139:21, 139:23, 139:24, 140:2, 140:4, 140:11, 140:14, 140:15, 140:17

**notetaking** [2] - 140:5, 140:9

**nothing** [6] - 39:11, 71:4, 93:18, 111:11, 112:2, 113:10

**Nothing** [1] - 87:12

**notification** [1] - 86:19

**NRA** [1] - 61:10

**Nuevo** [1] - 76:1

**number** [10] - 9:15, 9:16, 11:20, 13:11, 32:14, 39:7, 117:2, 118:5, 118:13, 121:14

**Number** [76] - 1:3, 7:1, 7:18, 8:6, 8:15, 18:9, 20:19, 23:2, 24:15, 26:11, 94:15, 101:16, 103:2, 116:16, 117:9, 118:20, 121:21, 121:24, 122:3, 122:7, 122:8, 122:13, 122:15, 122:19, 122:24, 123:4, 123:9, 123:14, 123:20, 123:24, 124:7, 124:11, 124:17, 124:21, 125:1, 125:5, 125:8, 125:13, 125:21, 126:1, 126:9, 126:13, 126:18, 126:21, 127:1, 127:6, 127:11, 127:12, 127:13, 127:14, 127:15, 127:16, 127:17, 127:18, 128:21, 128:22, 128:23,

128:24, 128:25, 129:1, 129:2, 129:3, 129:4, 129:5, 129:7

**nurse** [6] - 11:11, 11:19, 21:7, 21:8, 82:22, 82:23

**nursing** [7] - 21:5, 33:1, 33:4, 33:5, 33:8, 44:11, 82:21

**Nursing** [1] - 22:12

**nuts** [1] - 96:15

---

**O**

**o'clock** [6] - 9:24, 10:23, 130:10, 131:10, 146:20, 154:14

**oath** [2] - 5:9, 5:10

**Objection** [1] - 135:25

**objection** [3] - 116:11, 135:20, 136:2

**objections** [1] - 135:16

**obligation** [1] - 17:19

**oblong** [1] - 6:25

**observe** [2] - 138:20, 140:8

**obtained** [1] - 142:14

**obviously** [4] - 10:4, 16:20, 31:14, 102:15

**occasionally** [1] - 99:24

**odds** [1] - 6:14

**OF** [2] - 1:2, 1:4

**of..** [1] - 44:21

**offended** [1] - 6:10

**Office** [1] - 52:9

**office** [5] - 78:16, 103:11, 151:7, 151:8, 151:9

**OFFICER** [12] - 94:7, 94:16, 97:1, 113:12, 113:17, 115:24, 118:21, 120:8, 128:5, 129:10, 130:6, 153:19

**officer** [5] - 41:22, 94:14, 105:1, 145:12, 146:23

**Officer** [2] - 113:16, 118:19

**officers** [7] - 4:18, 104:7, 105:2, 109:25, 112:2, 112:6, 112:14

**official** [1] - 142:2

**officials** [4] - 143:7, 143:25, 145:1, 145:19

**often** [2] - 20:6, 150:19

**oils** [1] - 36:17

**old** [67] - 3:20, 7:15, 18:14, 18:15, 20:22, 20:24, 24:18, 26:13, 28:22, 30:19, 32:19, 33:25, 34:5, 34:13, 36:2, 37:9, 40:7, 41:14, 43:16, 43:18, 44:14, 45:21, 45:23, 48:13, 50:6, 52:1, 52:17, 54:4, 55:4, 55:5, 56:8, 56:10, 57:7, 59:20, 59:23, 61:22, 63:19, 63:21, 66:9, 66:11, 68:2, 68:4, 69:24, 70:2, 71:16, 73:13, 73:15, 75:9, 76:20, 78:8, 78:24, 79:10, 79:16, 80:11, 80:12, 82:14, 82:16, 83:9, 83:11, 84:15, 86:1, 86:3, 87:17, 88:4, 90:11, 90:13

**oldest** [1] - 17:24

**Oleanvine** [3] - 15:17, 142:24, 150:6

**Olympics** [1] - 41:2

**once** [4] - 7:21, 40:21, 114:10, 128:7

**one** [45] - 3:14, 3:16, 16:9, 16:21, 21:18, 27:9, 31:23, 33:24, 34:3, 34:10, 37:21, 39:6, 44:24, 49:9, 53:5, 68:18, 72:9, 83:11, 93:18, 93:19, 94:6, 94:11, 97:8, 99:6, 100:8, 105:15, 105:20, 107:1, 107:9, 117:2, 117:11, 119:16, 121:23, 122:14, 124:3, 125:16, 131:10, 133:5, 134:1, 135:19, 137:10, 141:18, 145:14, 151:23

**One** [4] - 38:1, 38:18, 106:22, 143:22

**ones** [1] - 83:19

**ongoing** [3] - 11:18, 107:20, 111:13

**online** [9] - 19:11, 46:16, 47:9, 52:23, 55:11, 107:2, 135:8, 153:1, 153:10

**Online** [3] - 21:17,

23:22, 75:24

**Opa** [1] - 148:12

**open** [3] - 127:25, 133:25, 152:6

**opened** [3] - 2:23, 40:15, 65:1

**opening** [4] - 128:1, 129:19, 140:20, 141:13

**operator** [1] - 29:12

**opinion** [2] - 134:1, 135:18

**opportunity** [5] - 22:5, 133:12, 138:20, 140:20, 140:25

**oppose** [1] - 117:5

**opposing** [1] - 141:16

**orchestrate** [1] - 94:24

**Order** [1] - 22:3

**order** [3] - 2:20, 22:7, 136:22

**ordered** [1] - 151:12

**organic** [1] - 36:17

**organization** [16] - 20:10, 22:11, 28:10, 35:8, 51:12, 65:9, 69:9, 76:8, 77:21, 87:5, 89:21, 143:8, 145:2, 145:6, 146:13, 147:23

**Organization** [1] - 69:10

**organization..** [1] - 89:15

**organizations** [25] - 24:6, 26:2, 30:6, 32:4, 37:19, 40:25, 42:24, 45:6, 47:4, 49:16, 51:9, 53:12, 55:21, 57:17, 59:7, 61:9, 63:5, 67:16, 72:25, 74:21, 79:20, 81:24, 84:2, 89:14, 92:2

**oriented** [1] - 69:6

**otherwise** [2] - 32:3, 117:13

**ounce** [1] - 117:18

**outcome** [1] - 138:18

**outlining** [1] - 150:21

**Outside** [1] - 67:11

**outside** [9] - 16:16, 113:3, 113:11, 115:2, 115:16, 135:14, 136:9, 136:11, 148:10

**oval** [1] - 104:2

**over-dose** [1] - 116:21

**overlooking** [1] - 144:19

**own** [11] - 33:25, 34:3, 34:4, 46:7, 70:22, 138:1, 139:8, 140:12, 140:16, 142:9, 145:18

**P**

**packed** [2] - 148:10, 148:11
**pads** [1] - 139:22
**page** [1] - 127:9
**paid** [1] - 152:13
**painful** [1] - 17:23
**paint** [1] - 67:13
**painter** [1] - 44:3
**Palm** [1] - 8:12
**PANEL** [4] - 5:12, 94:8, 113:13, 129:11
**panel** [4] - 115:2, 115:17, 128:4, 132:1
**paper** [2] - 3:20, 137:15
**Parenting** [1] - 79:22
**parents** [1] - 3:5
**park** [2] - 59:4, 89:12
**parking** [1] - 4:22
**Part** [1] - 44:5
**part** [36] - 5:16, 9:23, 18:20, 21:1, 23:5, 24:20, 26:16, 29:1, 30:21, 32:21, 36:5, 40:19, 40:25, 43:20, 48:17, 50:10, 52:4, 54:7, 56:11, 56:19, 62:1, 63:5, 64:2, 68:6, 73:16, 76:23, 78:11, 79:21, 79:24, 80:15, 82:18, 90:15, 99:6, 99:22, 139:1, 143:2
**part-time** [2] - 56:19, 64:2
**partial** [1] - 17:5
**participate** [4] - 13:7, 20:9, 22:10, 106:7
**participation** [1] - 128:12
**particular** [6] - 5:21, 12:22, 19:13, 21:18, 33:6, 61:4
**parties** [8] - 3:23, 100:17, 108:18, 128:10, 131:24, 132:22, 154:2, 154:8
**parties'** [1] - 141:9
**partner** [52] - 19:6, 21:12, 23:13, 23:15, 25:4, 27:1, 29:10, 31:4, 33:9, 33:11,

36:18, 40:4, 42:6, 44:4, 44:7, 44:9, 44:10, 48:24, 50:20, 52:11, 54:20, 54:22, 56:21, 58:10, 60:7, 62:10, 62:12, 64:3, 66:23, 68:13, 70:11, 70:12, 70:13, 72:4, 73:24, 73:25, 74:2, 75:17, 77:8, 78:18, 81:4, 82:25, 83:1, 83:2, 85:1, 86:10, 86:11, 86:12, 88:15, 91:6, 149:16, 153:2
**Partner** [2] - 54:21, 62:11
**party** [1] - 100:2
**pass** [2] - 113:24, 142:6
**passed** [1] - 101:1
**past** [1] - 107:7
**patience** [2] - 113:2, 128:7
**patient** [4] - 33:12, 93:2, 119:2, 136:14
**Patricia** [1] - 4:12
**PATRICIA** [2] - 1:17, 155:10
**patricia_sanders@ flsd.uscourts.gov** [1] - 1:19
**pause** [2] - 62:22
**pay** [7] - 81:2, 143:7, 145:1, 145:18, 146:15, 147:20, 147:24
**payment** [1] - 147:9
**payments** [1] - 143:24
**peek** [1] - 35:2
**peeved** [1] - 3:2
**Pena** [3] - 50:4, 127:15, 128:25
**PENA** [14] - 50:5, 50:8, 50:11, 50:14, 50:18, 50:21, 50:23, 51:1, 51:4, 51:6, 51:11, 51:16, 51:20, 51:22
**pending** [1] - 100:11
**Penelope** [1] - 128:25
**pens** [1] - 139:22
**people** [11] - 4:7, 4:24, 14:18, 15:14, 98:6, 98:7, 119:7, 128:18, 130:9, 134:18, 142:3
**People"** [1] - 3:12
**per** [2] - 147:13, 147:15
**Per** [1] - 146:4
**perceived** [1] - 17:16
**percent** [5] - 119:13,

119:23, 145:17, 145:18
**peremptory** [2] - 121:20, 122:12
**perfectly** [1] - 119:7
**perform** [2] - 3:17, 4:5
**performing** [1] - 7:11
**perhaps** [6] - 3:5, 99:19, 99:23, 114:21, 119:4, 136:21
**period** [2] - 98:7, 136:21
**permit** [1] - 134:7
**permitted** [4] - 11:17, 139:17, 139:21, 152:24
**person** [7] - 9:10, 10:12, 67:4, 105:17, 144:2, 152:25, 153:9
**personal** [6] - 6:5, 31:7, 37:4, 37:10, 37:11, 37:12
**personally** [2] - 51:9, 143:20
**persons** [1] - 110:1
**perspective** [1] - 132:23
**Philadelphia** [2] - 148:3, 148:4
**phone** [11] - 7:13, 11:12, 11:17, 29:24, 40:10, 85:7, 86:18, 134:22, 144:12, 149:3, 153:9
**phones** [1] - 149:7
**photographs** [1] - 151:22
**pick** [9] - 8:21, 9:3, 9:4, 9:5, 9:7, 9:8, 9:10, 10:4, 10:22
**picked** [5] - 6:15, 9:24, 144:21, 148:11, 153:5
**picnics** [1] - 89:12
**picture** [1] - 25:16
**pictures** [1] - 99:21
**piece** [1] - 133:1
**Pinecrest** [1] - 50:11
**place** [5] - 12:11, 33:6, 150:9, 150:25, 151:7
**places** [3] - 79:11, 93:9, 134:19
**plan** [6] - 127:23, 143:14, 145:13, 145:18, 146:4, 147:6
**plane** [1] - 148:18
**planned** [1] - 146:21
**plans** [1] - 146:20
**platforms** [2] - 67:8,

153:11
**play** [3] - 49:14, 55:19, 63:2
**playoff** [1] - 10:13
**plays** [1] - 63:4
**plea** [2] - 14:12, 137:18
**pleasantries** [1] - 147:1
**pleasure** [1] - 80:8
**pled** [1] - 105:20
**Plexiglass** [1] - 3:20
**pocket** [1] - 145:18
**pockets** [1] - 142:9
**podcasts** [1] - 79:16
**podium** [3] - 94:18, 113:18, 115:6
**point** [1] - 9:9
**Poland** [1] - 68:5
**Police** [5] - 111:7, 111:16, 111:17, 112:7, 116:24
**police** [10] - 104:7, 105:1, 105:2, 109:20, 109:24, 111:6, 111:23, 111:24, 112:2, 145:12
**Polish** [1] - 68:21
**political** [2] - 146:7, 146:17, 148:1
**pops** [1] - 29:24
**popular** [1] - 27:5
**Port** [3] - 142:22, 142:23, 143:13
**ports** [2] - 142:7, 145:3
**pose** [1] - 6:21
**posing** [1] - 146:23
**position** [7] - 8:8, 42:20, 61:11, 66:20, 89:20, 94:22, 131:25
**positions** [4] - 37:24, 38:7, 38:8, 141:9
**possibility** [1] - 131:20
**possible** [3] - 5:6, 136:14, 144:10
**possibly** [1] - 119:10
**Post** [1] - 52:9
**post** [4] - 31:23, 57:10, 60:24, 99:24
**posts** [1] - 31:24
**potential** [1] - 6:21
**power** [1] - 150:16
**PR** [1] - 74:4
**practice** [1] - 36:21
**practices** [2] - 105:15, 105:23
**practicing** [1] - 21:8

**practitioner** [1] - 82:23
**precarious** [1] - 8:8
**predecessor** [1] - 150:22
**preemptory** [7] - 123:8, 123:18, 124:5, 124:15, 125:18, 126:17, 126:25
**preliminarily** [1] - 133:13
**preliminary** [3] - 127:24, 136:25, 137:4
**Premier** [6] - 14:2, 38:24, 141:19, 143:18, 150:16, 150:23
**prep** [1] - 78:20
**presence** [4] - 19:16, 81:14, 134:8, 136:10
**present** [6] - 2:11, 17:20, 138:2, 138:4, 141:22, 150:3
**presented** [16] - 13:19, 16:15, 17:22, 18:4, 48:4, 92:19, 105:14, 112:13, 119:11, 121:15, 133:24, 134:15, 135:13, 140:22, 140:25, 150:1
**presenting** [1] - 141:13
**presently** [1] - 90:18
**presents** [1] - 17:19
**president** [2] - 22:13, 50:18
**President** [1] - 92:10
**presiding** [1] - 2:17
**pressing** [1] - 8:9
**presumed** [3] - 16:7, 110:17, 137:19
**presumption** [1] - 16:6
**pretty** [3] - 4:10, 93:7, 132:24
**Pretty** [1] - 74:11
**prevent** [38] - 20:13, 22:20, 24:9, 26:5, 28:14, 30:9, 32:7, 35:11, 35:14, 38:12, 41:4, 43:4, 45:9, 47:15, 49:19, 51:15, 51:17, 53:15, 55:24, 57:20, 59:10, 61:14, 63:8, 65:12, 67:19, 69:15, 71:6, 73:3, 74:24, 76:11, 77:24,

*80*:2, 82:2, 84:5, 85:17, 87:8, 89:24, 92:5
**prevents** [1] - 35:18
**primarily** [4] - 37:6, 37:16, 79:9, 85:9
**Princeton** [1] - 41:15
**principal** [1] - 7:11
**principle** [5] - 16:10, 16:13, 16:17, 16:22, 17:3
**principles** [2] - 16:3, 133:13
**prison** [3] - 108:22, 109:3, 109:4
**Prisons** [1] - 41:23
**private** [9] - 105:17, 106:11, 108:3, 132:3, 144:21, 146:2, 147:11, 148:4, 148:12
**privately** [5] - 94:1, 106:12, 106:19, 112:23, 113:7
**pro** [1] - 94:19
**pro-life** [1] - 94:19
**problem** [16] - 6:21, 7:23, 11:15, 12:2, 12:21, 13:7, 53:24, 92:22, 95:5, 96:23, 110:5, 114:23, 118:16, 119:15, 131:18, 149:11
**procedure** [3] - 130:13, 130:23, 132:4
**procedures** [1] - 12:24
**proceeding** [1] - 145:8
**proceedings** [3] - 11:18, 140:6, 155:5
**proceeds** [2] - 145:21, 147:20
**process** [4] - 3:19, 4:19, 93:2, 128:13
**produce** [1] - 138:7
**production** [1] - 46:12
**professional** [2] - 25:3, 51:6
**professionally** [1] - 51:8
**profile** [1] - 74:10
**profit** [1] - 46:7
**profits** [3] - 37:20, 37:22, 46:12
**program** [4] - 79:21, 90:22, 103:11, 114:22
**Project** [1] - 79:22
**promises** [1] - 3:22
**pronounce** [4] -

*32*:15, 35:25, 78:6, 82:9
**proof** [4] - 110:16, 137:23, 138:1
**Proof** [1] - 149:25
**property** [3] - 29:6, 29:8, 29:17
**proposal** [1] - 143:16
**prosecuted** [1] - 109:21
**prosecuting** [2] - 103:15, 109:7
**protect** [2] - 4:19, 80:24
**protection** [1] - 81:3
**Protection** [2] - 15:20, 15:21
**prove** [1] - 138:7
**proven** [2] - 16:8, 16:12
**provide** [3] - 110:12, 151:10, 151:12
**provided** [2] - 139:22, 148:5
**provides** [2] - 38:2, 51:12
**proving** [1] - 137:20, 149:20, 149:22
**pry** [1] - 6:5
**public** [1] - 70:6
**purpose** [1] - 6:11
**purposes** [1] - 141:12
**pursuing** [2] - 56:15, 90:24
**pushed** [1] - 151:16
**pushing** [1] - 151:24
**put** [7] - 29:23, 40:21, 62:22, 113:23, 128:10, 139:5, 146:12
**puts** [1] - 131:23

## Q

**qualification** [1] - 5:14
**quality** [1] - 117:17
**quarter** [1] - 94:6
**questionnaire** [1] - 5:10
**questions** [24] - 4:21, 5:14, 6:4, 6:6, 14:16, 18:8, 65:21, 66:4, 93:3, 97:4, 99:17, 106:3, 106:17, 113:1, 114:11, 120:24, 121:2, 121:6, 130:19, 132:15, 132:17, 132:18, 133:17, 151:17

**quickly** [1] - 139:17
**Quintana** [4] - 23:2, 23:3, 127:12, 128:22
**Quintero** [1] - 142:20
**quite** [4] - 49:11, 117:11, 133:2, 143:22
**quote** [3] - 10:12, 145:14, 146:12

## R

**racketeering** [2] - 14:11, 149:1
**radio** [3] - 31:2, 31:14, 83:15
**raise** [7] - 5:11, 38:21, 97:6, 97:10, 106:4, 106:18, 129:14
**raised** [5] - 30:20, 32:20, 48:16, 70:2, 119:4
**raising** [1] - 93:25
**Ramirez** [5] - 30:16, 98:11, 108:6, 127:13, 128:23
**RAMIREZ** [28] - 30:18, 30:20, 30:22, 30:24, 31:2, 31:5, 31:7, 31:9, 31:11, 31:14, 31:17, 31:19, 31:22, 32:2, 32:5, 32:8, 32:11, 32:13, 98:9, 98:12, 98:14, 98:17, 108:7, 108:11, 108:14, 108:19, 108:21, 109:4
**ranging** [1] - 40:20
**rank** [1] - 97:14
**rarely** [1] - 49:11
**rather** [1] - 2:18
**Raymond** [1] - 20:8
**reach** [1] - 135:22
**reached** [1] - 11:20
**Reacher** [1] - 30:4
**reaching** [1] - 133:21
**read** [51] - 14:21, 15:23, 16:16, 19:23, 20:4, 20:5, 22:1, 24:3, 25:23, 28:2, 30:1, 34:20, 35:3, 37:13, 37:15, 40:17, 40:20, 42:14, 42:16, 45:1, 46:16, 46:24, 49:12, 52:23, 53:7, 59:1, 61:1, 61:3, 62:24, 65:4, 67:12, 69:2, 69:6, 70:20, 70:24, 72:17, 74:17, 76:4, 77:16, 79:13,

*81*:17, 83:20, 85:10, 86:19, 86:23, 87:1, 89:7, 89:9, 91:22, 91:24
**reader** [1] - 42:16
**readily** [2] - 143:13, 145:13
**reading** [1] - 69:5
**ready** [1] - 131:17
**real** [5] - 3:22, 60:6, 68:12, 117:3, 120:17
**Real** [1] - 132:7
**reality** [1] - 22:4
**Really** [2] - 53:3, 153:6
**really** [19] - 6:24, 17:24, 19:19, 36:22, 37:17, 42:10, 44:23, 55:9, 68:25, 70:20, 78:21, 79:3, 81:11, 110:19, 113:10, 113:21, 114:18, 118:15, 132:8
**realtor** [1] - 64:1
**Realtors** [1] - 69:10
**reason** [6] - 5:18, 17:4, 90:4, 135:10, 135:11, 149:10
**reasonable** [8] - 16:12, 137:21, 137:23, 149:20, 150:14, 152:7, 152:14
**reasons** [1] - 93:18
**reassure** [1] - 13:13
**receive** [2] - 6:2, 139:7
**received** [2] - 2:19, 139:11
**receiving** [1] - 105:18
**recent** [1] - 95:15
**recently** [4] - 40:23, 80:23, 95:13, 107:19
**receptionist** [1] - 84:24
**RECESS** [4] - 39:13, 115:23, 130:7, 154:15
**recess** [3] - 93:6, 130:11, 154:9
**recipes** [1] - 83:24
**recite** [2] - 15:13, 152:21
**recognize** [3] - 14:21, 134:10, 141:12
**recollection** [1] - 140:13
**record** [7] - 2:4, 4:14, 10:20, 15:24, 100:21, 116:15, 139:1

**recorded** [5] - 142:21, 142:25, 144:6, 146:25, 149:3
**recordings** [5] - 121:15, 150:4, 150:5, 150:12, 152:3
**redacted** [1] - 99:10
**Reddit** [1] - 46:17
**referred** [1] - 150:19
**refrigerator** [1] - 96:17
**regard** [4] - 100:14, 103:14, 126:8, 136:18
**regarding** [2] - 5:4, 8:16
**regardless** [1] - 112:13
**regards** [1] - 81:10
**regular** [1] - 96:3
**regularly** [3] - 96:8, 101:23, 143:8
**reject** [29] - 121:21, 121:24, 122:4, 122:9, 122:15, 122:20, 122:25, 123:5, 123:10, 123:15, 123:20, 123:25, 124:7, 124:12, 124:17, 124:22, 125:1, 125:6, 125:9, 125:13, 125:22, 126:2, 126:9, 126:14, 126:19, 126:22, 127:2, 127:6, 138:25
**Reject** [6] - 121:22, 124:23, 125:7, 125:10, 126:20, 127:3
**relate** [1] - 5:22
**related** [2] - 69:7, 143:21
**relation** [1] - 111:10
**relations** [1] - 70:7
**relationship** [4] - 12:22, 105:9, 111:8, 138:16
**relaxing** [1] - 44:6
**religious** [37] - 20:12, 22:19, 24:8, 26:4, 28:13, 30:8, 32:6, 35:10, 35:13, 38:11, 41:3, 43:3, 45:8, 47:14, 49:18, 51:14, 53:14, 55:23, 57:19, 59:9, 61:13, 63:7, 65:11, 67:18, 69:14, 71:5, 73:2, 74:23, 76:10, 77:23, 80:1,

*82*:1, *84*:4, *85*:16,
*87*:7, *89*:23, *92*:4
**rely** [3] - 137:24,
139:8, 140:12
**remained** [1] - 144:9
**remember** [5] -
103:17, 108:9,
138:6, 138:12, 140:7
**Remember** [1] -
149:24
**remove** [1] - 150:16
**removed** [1] - 116:16
**rep** [1] - 70:15
**repeatedly** [1] -
147:19
**Report** [1] - 150:19
**report** [1] - 150:21
**REPORTED** [1] - 1:17
**REPORTER** [3] - 25:9,
54:18, 89:16
**reporter** [2] - 4:12,
25:11
**Reporter** [1] - 1:17
**represent** [2] - 15:8,
149:17
**Republic** [3] - 10:8,
50:9, 106:23
**require** [1] - 138:6
**required** [2] - 139:8,
140:2
**requisite** [1] - 149:23
**research** [3] - 82:24,
134:18, 134:21
**Reserve** [2] - 97:19,
97:21
**reside** [2] - 39:18,
62:2
**residence** [1] - 148:9
**resigned** [1] - 91:1
**resolved** [1] - 111:12
**Respectfully** [1] - 3:8
**respond** [1] - 132:24
**responsibilities** [1] -
38:5
**rest** [3] - 129:9,
153:17, 153:24
**restate** [1] - 137:9
**restaurant** [4] - 34:12,
64:15, 78:20, 78:21
**restoring** [1] - 47:1
**restroom** [3] - 39:7,
95:16, 113:5
**rests** [1] - 138:3
**results** [1] - 149:7
**resume** [1] - 131:19
**retire** [3] - 54:25,
75:19, 133:18
**retired** [8] - 47:21,
52:9, 54:24, 64:1,
75:18, 120:18,

120:19, 120:20
**revenue** [1] - 77:5
**reverse** [1] - 142:15
**review** [2] - 92:19,
139:5
**rewatch** [1] - 79:16
**Reyes** [4] - 20:19,
98:18, 127:11,
128:21
**REYES** [17] - 20:21,
20:24, 21:2, 21:5,
21:8, 21:13, 21:15,
21:17, 21:19, 21:22,
22:3, 22:9, 22:12,
22:21, 22:24, 98:19,
98:24
**Richard** [1] - 4:16
**Ridge** [1] - 90:17
**riding** [1] - 72:20
**rights** [2] - 3:15, 89:19
**rise** [10] - 29:9, 94:7,
97:1, 113:12,
115:24, 128:5,
129:10, 130:6,
133:10, 153:19
**risk** [2] - 38:4, 114:22
**Roberto** [19] - 142:20,
143:3, 143:6,
143:22, 143:23,
144:2, 144:6,
144:14, 144:22,
145:1, 145:11,
146:1, 146:12,
146:13, 146:18,
146:22, 147:4,
147:23, 148:5
**Roberto's** [4] -
143:16, 145:6,
145:12, 146:23
**Rock** [3] - 77:5, 77:6,
77:7
**Rolando** [1] - 128:23
**role** [3] - 4:4, 69:12,
152:23
**roles** [1] - 3:17
**roller** [2] - 77:19,
114:17
**room** [9] - 96:16,
129:23, 129:24,
130:4, 135:8,
139:18, 139:24
**roommate** [1] - 110:8,
110:9, 153:2
**Roosevelt** [2] - 43:11,
128:25
**route** [1] - 145:8
**row** [2] - 98:8, 99:16
**Roxanne** [2] - 146:5,
146:22
**RPR** [2] - 1:17, 155:10

**rules** [3] - 133:20,
136:25, 137:5
**ruling** [1] - 135:17
**rulings** [1] - 135:16
**run** [2] - 4:10, 94:21
**runs** [3] - 4:9, 4:10
**Ryan** [1] - 30:4

## S

**Sabrina** [1] - 129:3
**sadly** [1] - 107:21
**safe** [2] - 119:9, 144:9
**safely** [2] - 142:6,
153:14
**sail** [3] - 47:1, 47:11,
47:12
**sale** [2] - 142:7, 145:4
**sales** [4] - 31:2, 70:15,
86:9, 145:17
**Salvation** [1] - 75:20
**Samaria** [1] - 41:13
**SANDERS** [3] - 1:17,
155:8, 155:10
**Sanders** [6] - 4:12,
94:14, 113:16,
118:19, 139:1
**Santarufo** [1] - 11:19
**Santorufo** [9] - 4:9,
5:6, 12:6, 39:6,
87:22, 120:2,
129:14, 129:23
**santorufo** [6] - 94:10,
129:8, 130:1, 130:3,
130:12, 130:20
**saw** [4] - 99:7, 104:21,
135:24, 148:16
**scan** [1] - 46:17
**schedule** [3] - 9:11,
11:15, 96:3
**scheduled** [1] -
131:12
**schedules** [2] - 130:1,
130:9
**scheduling** [3] - 10:3,
132:1, 133:21
**scheme** [1] - 150:16
**School** [1] - 19:5
**school** [32] - 7:11, 9:4,
9:24, 11:7, 11:12,
13:15, 19:5, 23:9,
25:22, 26:20, 30:24,
38:5, 43:24, 56:17,
58:6, 60:1, 60:14,
62:6, 62:7, 71:22,
75:12, 79:10, 80:18,
82:21, 86:7, 88:8,
90:18, 91:13, 94:20,
99:23, 100:24
**schools** [1] - 47:9

**science** [1] - 69:6
**screens** [1] - 139:14
**Sean** [3] - 1:13, 2:7,
15:2
**search** [1] - 149:6
**searching** [2] - 66:20,
67:11
**seasonal** [1] - 60:6
**seated** [11] - 2:6,
10:17, 39:14, 93:17,
94:9, 97:2, 115:25,
128:6, 129:17,
130:8, 133:11
**seats** [3] - 39:8, 39:9,
93:16
**secluded** [1] - 144:18
**second** [5] - 28:7,
34:3, 106:13, 107:9,
124:24
**Second** [1] - 96:2
**secret** [1] - 151:21
**Secretary** [1] - 43:1
**sector** [1] - 50:19
**security** [6] - 4:18,
23:17, 23:18, 54:17,
144:21, 148:6
**SECURITY** [12] - 94:7,
94:16, 97:1, 113:12,
113:17, 115:24,
118:21, 120:8,
128:5, 129:10,
130:6, 153:19
**see** [30] - 4:15, 4:16,
10:18, 15:24, 27:13,
39:11, 89:1, 93:21,
94:12, 96:25, 99:9,
99:11, 99:21, 99:24,
120:23, 130:4,
139:14, 139:22,
143:12, 143:15,
144:4, 144:11,
144:13, 146:25,
147:22, 149:2,
149:6, 151:21,
153:15, 154:13
**seem** [2] - 116:8,
121:12
**seized** [1] - 149:7
**selected** [8] - 6:14,
96:16, 114:10,
128:8, 129:13,
132:13, 144:17,
144:20
**selection** [1] - 137:13
**self** [5] - 10:19, 10:21,
26:22, 69:6, 81:19
**self-employee** [1] -
26:22
**self-improvement** [1]
- 69:6

**sell** [1] - 142:3
**semester** [1] - 90:22
**send** [2] - 11:22, 146:1
**Senegal** [1] - 148:1
**Senegalese** [1] -
146:17
**sense** [1] - 149:10
**separate** [2] - 99:20,
146:11
**separately** [1] - 94:12
**series** [6] - 22:4, 30:4,
39:2, 99:17, 142:21,
142:24
**serious** [1] - 6:21
**serve** [11] - 5:15, 6:9,
10:9, 12:9, 66:3,
111:22, 117:3,
119:17, 129:13,
133:2, 146:8
**served** [7] - 51:13,
97:9, 97:12, 98:4,
98:8, 98:20, 108:8
**service** [25] - 2:24,
3:16, 4:20, 4:21,
12:8, 12:9, 12:10,
13:14, 23:12, 62:9,
65:24, 72:2, 95:22,
97:16, 97:23, 98:2,
114:20, 114:21,
119:18, 119:21,
120:4, 128:11,
153:25
**service?** [1] - 6:22
**services** [1] - 70:9
**serving** [2] - 12:11,
114:15
**set** [3] - 18:3, 92:15,
102:17
**sets** [1] - 72:20
**settled** [4] - 96:6,
98:15, 98:20, 100:23
**seven** [3] - 91:12,
93:10, 146:19
**several** [3] - 81:12,
105:15, 151:5
**sexual** [1] - 115:8
**shake** [1] - 111:18
**shaking** [1] - 113:22
**share** [7] - 22:6,
94:18, 104:15,
113:19, 114:5,
115:7, 133:2
**shared** [1] - 49:21
**sharing** [8] - 7:9,
10:14, 18:1, 39:4,
48:7, 65:21, 115:13,
137:9
**shelter** [1] - 12:10
**shipment** [2] - 147:12,
147:16

*shipments* [1] - 147:13
*shipping* [4] - 100:9, 100:10, 143:9, 145:7
*Shirley* [3] - 59:22, 104:14, 111:4
*short* [1] - 138:25
*shorter* [1] - 136:21
*show* [7] - 28:5, 129:23, 140:23, 142:1, 144:8, 144:24, 147:5
*shows* [4] - 20:6, 22:4, 59:3, 86:19
*shut* [1] - 47:9
*shut-ins* [1] - 47:9
*side* [6] - 93:10, 121:15, 128:1, 135:19, 140:20, 141:11
*sidebar* [1] - 136:10
*sides* [5] - 18:5, 53:23, 105:24, 116:6, 121:17
*sign* [1] - 96:7
*signed* [1] - 80:24
*signs* [1] - 83:5
*silence* [1] - 153:7
*simple* [1] - 142:10
*Sinaloa* [1] - 143:5
*single* [3] - 8:18, 40:21, 137:10
*sit* [4] - 12:9, 95:20, 112:1, 112:3
*site* [2] - 19:13, 68:21
*sitting* [41] - 15:8, 20:13, 22:20, 24:9, 26:5, 28:14, 30:9, 32:7, 35:11, 35:14, 35:18, 38:12, 41:4, 43:4, 47:15, 49:19, 51:15, 53:15, 55:24, 57:20, 59:10, 61:14, 63:8, 65:22, 67:19, 69:15, 71:6, 73:3, 74:24, 76:11, 77:24, 80:2, 82:2, 84:5, 85:17, 87:8, 89:24, 92:5, 114:10, 119:3, 132:25
*situation* [3] - 96:4, 105:17, 154:2
*SIU* [2] - 88:22
*six* [3] - 31:11, 78:23, 125:19
*skate* [1] - 77:19
*skills* [1] - 61:6
*slightest* [1] - 12:20
*slowly* [1] - 136:16
*small* [2] - 8:7, 36:13

*smuggle* [2] - 143:8, 145:2
*smuggling* [3] - 142:16, 143:14, 145:17
*Snapchat* [7] - 57:10, 72:15, 74:12, 77:15, 81:16, 86:22, 135:8
*Social* [3] - 46:18, 83:17, 153:10
*social* [41] - 18:25, 19:16, 19:19, 21:21, 23:23, 25:16, 27:24, 31:20, 34:24, 37:3, 37:5, 42:11, 44:22, 46:11, 51:5, 53:1, 55:14, 57:2, 57:3, 58:20, 60:22, 60:23, 62:20, 62:22, 64:23, 67:5, 68:23, 70:21, 70:22, 72:14, 74:9, 76:2, 77:14, 79:8, 81:13, 85:8, 86:20, 88:9, 89:3, 91:20, 99:24
*society* [1] - 3:15
*Society* [3] - 22:15, 47:5, 47:10
*sold* [1] - 145:9
*sole* [1] - 138:12
*solely* [1] - 6:6
*solicitation* [1] - 103:20
*someone* [10] - 9:8, 33:15, 48:1, 63:4, 99:23, 104:17, 110:22, 117:2, 117:3, 143:19
*Sometimes* [1] - 64:20
*sometimes* [7] - 19:12, 34:23, 51:7, 89:11, 95:18, 96:15, 113:22
*son* [5] - 55:5, 55:6, 88:22, 144:16, 146:23
*soon* [1] - 7:17
*sorry* [9] - 18:1, 35:12, 44:7, 49:22, 87:20, 112:17, 115:10, 121:8, 130:15
*sort* [9] - 20:7, 36:15, 101:4, 103:11, 105:18, 108:12, 111:9, 114:20, 116:9
*sorting* [1] - 147:1
*sound* [2] - 57:12, 64:7
*sounds* [1] - 117:1
*source* [15] - 49:7,

52:22, 67:2, 70:18, 74:7, 77:12, 79:1, 81:8, 105:16, 150:8, 151:2, 151:6, 151:10, 151:14, 151:22
*source's* [1] - 151:23
*sources* [9] - 36:24, 49:8, 52:22, 70:19, 74:7, 79:2, 81:9, 81:12, 85:5
*South* [5] - 22:13, 51:11, 101:19, 143:10, 147:7
*south* [3] - 23:6, 54:8, 68:7
*sOUTHERN* [1] - 1:2
*Spain* [1] - 90:21
*Spanish* [2] - 12:6, 89:1
*SPANISH* [1] - 87:19
*spare* [36] - 19:24, 22:1, 24:2, 25:23, 28:3, 30:2, 35:4, 37:14, 40:18, 40:22, 45:2, 46:25, 49:13, 53:8, 55:16, 57:13, 59:2, 61:2, 62:25, 65:5, 69:3, 70:25, 72:18, 74:18, 76:5, 77:17, 79:14, 79:15, 81:18, 81:19, 81:21, 83:21, 85:11, 86:24, 89:8, 91:23
*speaking* [6] - 8:23, 12:2, 18:11, 65:17, 65:18, 87:24
*SPEAKS* [1] - 87:19
*speaks* [1] - 12:6
*Special* [1] - 41:1
*special* [1] - 5:21
*specifically* [1] - 142:12
*spend* [2] - 59:4, 69:4
*spent* [1] - 132:12
*spicy* [1] - 96:15
*sponsor* [2] - 94:19, 94:21
*Sporting* [1] - 56:19
*sports* [4] - 20:1, 57:14, 74:19, 81:22
*spouse* [45] - 19:6, 21:11, 23:13, 23:15, 25:4, 27:1, 29:10, 31:4, 33:9, 33:11, 36:18, 40:4, 42:5, 44:4, 44:8, 48:24, 50:20, 52:11, 54:20, 56:21, 58:10, 60:7, 62:10, 64:3, 64:4,

64:5, 66:23, 68:13, 68:14, 68:15, 70:11, 72:4, 73:24, 75:17, 75:18, 77:8, 78:18, 81:4, 82:25, 85:1, 86:10, 88:15, 88:16, 91:5, 153:2
*St* [2] - 146:14, 147:24
*stagger* [1] - 9:11
*stand* [7] - 5:11, 10:17, 106:9, 111:19, 128:20, 129:14, 150:1
*Starbucks* [1] - 93:12
*start* [12] - 3:24, 4:6, 6:23, 7:1, 8:17, 8:19, 11:14, 36:15, 113:21, 116:1, 121:20, 127:25
*start-up* [1] - 36:15
*started* [3] - 46:7, 47:6, 131:10
*starting* [3] - 2:4, 18:8, 142:20
*starts* [1] - 3:12
*startup* [2] - 8:7, 36:13
*State* [5] - 9:19, 76:24, 98:13, 108:10, 108:11
*state* [2] - 2:3, 134:1
*statements* [8] - 129:19, 140:20, 141:3, 141:8, 141:13, 150:11, 152:4, 152:5
*states* [2] - 14:10, 137:15
*STATES* [4] - 1:1, 1:4, 1:10, 1:13
*States* [25] - 1:17, 2:2, 2:4, 13:21, 14:1, 14:4, 14:22, 14:25, 15:2, 16:7, 16:12, 45:24, 141:14, 141:21, 142:4, 142:8, 142:17, 142:18, 143:11, 145:4, 145:8, 145:22, 147:8, 148:23, 154:10
*stating* [1] - 137:11
*station* [1] - 31:3
*stay* [4] - 43:25, 113:7, 129:7, 153:17
*step* [7] - 105:1, 113:3, 115:1, 115:16, 120:6, 132:19, 136:11
*stepped* [2] - 80:22, 148:18

*steps* [1] - 120:3
*still* [12] - 18:2, 60:13, 64:1, 86:4, 93:3, 95:14, 97:20, 107:8, 107:9, 107:20, 111:12, 153:24
*sting* [2] - 142:15, 150:25
*stolen* [1] - 106:22
*stop* [4] - 88:19, 113:22, 131:19, 145:7
*stopped* [1] - 88:13
*stored* [1] - 148:17
*stories* [5] - 38:20, 40:21, 102:5, 104:9, 104:10
*story* [1] - 38:23
*straightforward* [2] - 102:12, 142:10
*streams* [1] - 57:11
*Street* [2] - 74:8, 91:18
*street* [2] - 93:11, 93:12
*stretch* [1] - 113:4
*strikes* [1] - 127:5
*student* [4] - 12:16, 12:17, 25:3, 56:15
*students* [8] - 7:4, 7:10, 7:14, 7:15, 9:19, 9:22, 10:2, 19:5
*studied* [2] - 73:19, 88:9
*studies* [1] - 18:25
*study* [3] - 63:24, 64:16, 139:12
*studying* [1] - 83:10
*stuff* [6] - 7:6, 31:24, 36:23, 79:16, 83:5, 142:9
*substitute* [1] - 7:5
*sue* [1] - 98:6
*sued* [4] - 49:25, 100:4, 100:9
*suffered* [1] - 109:19
*suffering* [1] - 116:22
*suggested* [2] - 151:16, 151:17
*suit* [1] - 100:8
*suitable* [1] - 133:2
*suitcase* [3] - 148:10, 148:11, 148:16
*Suite* [1] - 1:18
*Suites* [2] - 146:19, 146:24
*summary* [1] - 13:19
*summoned* [1] - 2:23
*summons* [1] - 2:20
*Supervision* [1] - 77:2

***supply*** [1] - 73:22
***support*** [1] - 21:9
***supported*** [1] - 138:23
***suppose*** [1] - 37:2
***supposed*** [2] - 99:9, 99:10
***Surprise*** [1] - 71:14
***surprised*** [1] - 132:8
***survey*** [1] - 8:9
***sustain*** [1] - 135:20
***Sustained*** [1] - 136:1
***sustained*** [1] - 136:2
***swear*** [2] - 5:6, 129:15
***sweating*** [1] - 113:22
***sworn*** [4] - 5:11, 129:18, 131:22, 135:12
***SWORN*** [2] - 5:12, 129:16
***Sylvester*** [4] - 146:5, 146:22, 147:2, 147:10
***System*** [3] - 3:18, 16:3, 128:14
***system*** [5] - 16:10, 21:9, 96:6, 96:19, 153:13

**T**

***T-Mobile*** [1] - 70:15
***t.v*** [7] - 21:20, 22:4, 37:16, 45:3, 46:17, 52:23, 59:3
***table*** [2] - 2:7, 15:8
***tactics*** [1] - 106:2
***TAKEN*** [3] - 39:13, 115:23, 130:7
***talent*** [1] - 50:19
***tangible*** [1] - 139:10
***tapes*** [3] - 117:16, 117:17, 150:10
***targeting*** [1] - 142:15
***taxi*** [1] - 106:22
***teach*** [1] - 7:14
***teacher*** [7] - 7:3, 7:5, 9:18, 19:4, 20:4, 48:20, 49:2
***teacher's*** [1] - 20:10
***teaches*** [1] - 47:9
***teaching*** [3] - 19:5, 46:20, 47:10
***Teaching*** [1] - 47:12
***technical*** [1] - 83:10
***technician*** [2] - 58:8, 62:9
***technology*** [1] - 66:17
***teen*** [1] - 79:22
***Telemundo*** [1] - 83:16

***television*** [5] - 19:12, 19:14, 19:24, 22:7, 31:14
***ten*** [5] - 98:10, 113:3, 113:11, 115:3, 115:18
***Teresa*** [1] - 15:7
***term*** [1] - 153:25
***terms*** [10] - 6:22, 9:6, 10:3, 13:14, 19:24, 93:9, 119:2, 127:10, 143:3, 144:25
***territorial*** [2] - 142:7, 145:4
***testified*** [1] - 110:1
***testifies*** [1] - 138:21
***testify*** [6] - 16:18, 16:19, 112:10, 138:9, 140:9, 146:6
***testifying*** [4] - 15:14, 105:21, 138:19, 143:2
***testimony*** [21] - 6:1, 48:3, 100:13, 133:24, 135:13, 138:2, 138:11, 138:14, 138:25, 139:2, 139:9, 140:13, 140:16, 140:24, 141:6, 141:21, 142:1, 144:8, 144:24, 147:5, 150:1
***testing*** [2] - 9:19, 9:20
***tests*** [1] - 7:21
***text*** [2] - 135:7, 144:12
***texts*** [1] - 20:5
***thanking*** [1] - 3:24
***THE*** [871] - 1:9, 1:13, 1:15, 2:1, 2:8, 2:12, 2:14, 2:15, 5:13, 7:7, 7:9, 7:17, 7:23, 8:1, 8:6, 8:11, 8:13, 8:20, 9:2, 9:6, 9:13, 9:15, 9:17, 10:1, 10:16, 10:20, 10:24, 11:4, 11:9, 11:14, 11:17, 11:25, 12:5, 12:15, 12:19, 13:1, 13:4, 13:9, 13:18, 15:3, 15:10, 17:10, 17:15, 18:1, 18:7, 18:14, 18:17, 18:22, 19:1, 19:3, 19:6, 19:8, 19:10, 19:13, 19:16, 19:20, 19:23, 20:2, 20:9, 20:12, 20:15, 20:18, 20:22, 21:1, 21:3, 21:7, 21:11, 21:14, 21:16, 21:18,

21:21, 21:24, 22:5, 22:10, 22:17, 22:22, 23:1, 23:5, 23:7, 23:10, 23:13, 23:15, 23:19, 23:21, 23:23, 24:2, 24:5, 24:8, 24:11, 24:14, 24:18, 24:20, 24:23, 25:4, 25:6, 25:9, 25:10, 25:14, 25:16, 25:19, 25:22, 26:1, 26:4, 26:7, 26:10, 26:13, 26:16, 26:18, 26:21, 26:23, 27:1, 27:3, 27:5, 27:8, 27:10, 27:12, 27:14, 27:17, 27:20, 27:22, 27:24, 28:2, 28:5, 28:9, 28:13, 28:16, 28:19, 28:22, 29:1, 29:3, 29:7, 29:10, 29:13, 29:15, 29:19, 29:21, 30:1, 30:5, 30:8, 30:11, 30:14, 30:16, 30:19, 30:21, 30:23, 31:1, 31:4, 31:6, 31:8, 31:10, 31:12, 31:16, 31:18, 31:20, 32:1, 32:3, 32:6, 32:9, 32:12, 32:14, 32:17, 32:19, 32:21, 32:24, 33:3, 33:6, 33:9, 33:11, 33:14, 33:17, 33:21, 33:23, 34:1, 34:5, 34:7, 34:10, 34:13, 34:15, 34:18, 34:20, 34:24, 35:3, 35:7, 35:10, 35:13, 35:17, 35:22, 35:24, 36:2, 36:5, 36:7, 36:11, 36:15, 36:18, 36:21, 36:24, 37:3, 37:7, 37:13, 37:18, 37:23, 38:7, 38:10, 38:14, 38:17, 38:23, 39:3, 39:6, 39:14, 39:19, 39:21, 40:1, 40:4, 40:6, 40:8, 40:14, 40:17, 40:24, 41:3, 41:6, 41:9, 41:11, 41:17, 41:21, 41:24, 42:5, 42:9, 42:11, 42:14, 42:18, 42:20, 42:23, 43:3, 43:6, 43:9, 43:12, 43:14, 43:16, 43:20, 43:23, 44:1, 44:4, 44:7, 44:10, 44:12, 44:14, 44:16, 44:18, 44:20, 44:22, 44:24, 45:1, 45:5,

45:8, 45:11, 45:14, 45:17, 45:19, 45:21, 46:1, 46:5, 46:8, 46:13, 46:15, 46:18, 46:21, 46:24, 47:3, 47:7, 47:10, 47:14, 47:17, 47:22, 48:1, 48:6, 48:9, 48:13, 48:17, 48:19, 48:24, 49:1, 49:3, 49:5, 49:7, 49:12, 49:15, 49:18, 49:21, 50:2, 50:4, 50:6, 50:10, 50:12, 50:17, 50:20, 50:22, 50:24, 51:3, 51:5, 51:8, 51:14, 51:18, 51:21, 51:23, 52:1, 52:4, 52:6, 52:11, 52:13, 52:15, 52:17, 52:20, 52:22, 53:1, 53:3, 53:5, 53:7, 53:11, 53:14, 53:17, 53:20, 53:25, 54:2, 54:4, 54:7, 54:9, 54:13, 54:15, 54:18, 54:20, 54:22, 54:25, 55:2, 55:4, 55:6, 55:10, 55:13, 55:16, 55:20, 55:23, 56:1, 56:4, 56:6, 56:8, 56:11, 56:13, 56:17, 56:21, 56:23, 57:1, 57:3, 57:7, 57:12, 57:16, 57:19, 57:22, 58:1, 58:7, 58:10, 58:12, 58:14, 58:16, 58:18, 58:20, 58:23, 59:1, 59:6, 59:9, 59:12, 59:15, 59:17, 59:20, 59:24, 60:3, 60:5, 60:7, 60:9, 60:11, 60:13, 60:16, 60:18, 60:20, 60:22, 61:1, 61:4, 61:8, 61:11, 61:13, 61:16, 61:19, 61:22, 62:1, 62:4, 62:8, 62:10, 62:12, 62:15, 62:17, 62:20, 62:24, 63:4, 63:7, 63:10, 63:13, 63:15, 63:19, 63:23, 64:3, 64:5, 64:9, 64:11, 64:13, 64:18, 64:23, 65:2, 65:4, 65:8, 65:11, 65:14, 65:20, 66:3, 66:7, 66:9, 66:13, 66:16, 66:18, 66:20, 66:23, 66:25, 67:2, 67:4, 67:8, 67:11, 67:15, 67:18, 67:21,

67:24, 68:2, 68:6, 68:8, 68:11, 68:13, 68:15, 68:18, 68:20, 68:23, 69:2, 69:8, 69:12, 69:14, 69:17, 69:20, 69:22, 69:24, 70:4, 70:8, 70:11, 70:13, 70:16, 70:18, 70:22, 70:24, 71:3, 71:5, 71:8, 71:11, 71:14, 71:16, 71:20, 71:23, 71:25, 72:4, 72:6, 72:8, 72:10, 72:12, 72:14, 72:17, 72:21, 72:24, 73:2, 73:5, 73:8, 73:10, 73:13, 73:16, 73:18, 73:21, 73:24, 74:2, 74:5, 74:7, 74:9, 74:13, 74:15, 74:17, 74:20, 74:23, 75:2, 75:5, 75:7, 75:10, 75:13, 75:15, 75:17, 75:19, 75:21, 75:23, 75:25, 76:2, 76:4, 76:7, 76:10, 76:13, 76:16, 76:18, 76:20, 76:23, 76:25, 77:4, 77:6, 77:8, 77:10, 77:12, 77:14, 77:16, 77:20, 77:23, 78:2, 78:5, 78:8, 78:11, 78:13, 78:18, 78:22, 79:1, 79:8, 79:13, 79:19, 80:1, 80:4, 80:7, 80:9, 80:11, 80:13, 80:15, 80:17, 80:20, 81:1, 81:4, 81:6, 81:8, 81:13, 81:17, 81:23, 82:1, 82:4, 82:7, 82:9, 82:12, 82:14, 82:18, 82:20, 82:22, 82:25, 83:2, 83:6, 83:8, 83:13, 83:17, 83:20, 84:1, 84:4, 84:7, 84:10, 84:12, 84:15, 84:18, 84:20, 84:23, 85:1, 85:3, 85:5, 85:8, 85:10, 85:13, 85:16, 85:19, 85:22, 86:1, 86:5, 86:8, 86:10, 86:12, 86:15, 86:17, 86:20, 86:23, 87:4, 87:7, 87:10, 87:13, 87:15, 87:17, 87:21, 87:24, 88:2, 88:4, 88:7, 88:11, 88:15, 88:17, 88:20, 88:24, 89:3, 89:7, 89:13, 89:16, 89:20,

89:23, 90:3, 90:7, 90:9, 90:11, 90:15, 90:18, 90:24, 91:3, 91:5, 91:8, 91:11, 91:13, 91:17, 91:20, 91:22, 92:1, 92:4, 92:7, 92:11, 92:14, 92:18, 92:23, 93:1, 94:7, 94:9, 94:16, 94:17, 94:21, 95:3, 95:6, 95:8, 95:11, 96:1, 96:12, 96:16, 96:21, 96:24, 97:1, 97:2, 97:14, 97:16, 97:18, 97:20, 97:23, 98:1, 98:11, 98:13, 98:16, 98:18, 98:22, 99:1, 99:4, 99:11, 99:14, 99:16, 100:7, 100:10, 100:13, 100:16, 100:20, 101:3, 101:6, 101:8, 101:19, 101:21, 101:24, 102:8, 102:11, 102:23, 103:1, 103:5, 103:8, 103:13, 103:17, 103:21, 104:1, 104:5, 104:9, 104:12, 104:15, 104:18, 104:21, 104:24, 105:3, 105:6, 105:8, 106:24, 107:3, 107:7, 107:11, 107:16, 107:18, 107:21, 108:1, 108:4, 108:9, 108:12, 108:15, 108:20, 108:24, 109:2, 109:5, 109:7, 109:10, 109:12, 109:16, 109:21, 109:24, 110:4, 110:6, 110:15, 111:2, 111:5, 111:8, 111:12, 111:15, 111:22, 112:4, 112:9, 112:16, 112:18, 112:21, 112:24, 113:12, 113:14, 113:18, 114:3, 114:19, 115:1, 115:6, 115:10, 115:13, 115:16, 115:20, 115:24, 115:25, 116:5, 116:12, 116:15, 117:7, 117:19, 117:22, 118:1, 118:6, 118:9,

118:17, 118:21, 118:22, 119:1, 119:9, 119:14, 119:16, 120:1, 120:6, 120:8, 120:9, 120:12, 120:15, 120:18, 120:20, 120:22, 121:2, 121:5, 121:7, 121:11, 121:20, 121:23, 122:1, 122:3, 122:6, 122:8, 122:11, 122:14, 122:17, 122:19, 122:22, 122:24, 123:2, 123:4, 123:7, 123:9, 123:12, 123:14, 123:17, 123:19, 123:22, 123:24, 124:2, 124:4, 124:6, 124:9, 124:11, 124:14, 124:16, 124:19, 124:21, 124:24, 125:3, 125:5, 125:8, 125:12, 125:15, 125:17, 125:19, 125:21, 125:24, 126:1, 126:4, 126:6, 126:11, 126:13, 126:16, 126:18, 126:21, 126:24, 127:1, 127:4, 127:8, 127:21, 127:23, 128:4, 128:5, 128:6, 129:10, 129:12, 129:17, 130:6, 130:8, 130:16, 130:21, 130:22, 131:1, 131:5, 131:7, 131:9, 131:12, 131:18, 132:6, 132:8, 132:19, 132:22, 133:6, 133:8, 133:10, 133:11, 149:13, 152:16, 153:21, 154:5, 154:7, 154:13
theft [3] - 49:24, 107:2, 107:3
themselves [4] - 14:16, 100:1, 101:14, 105:10
theology [2] - 19:5, 20:4
therefore [3] - 3:15, 16:4, 140:8
Theresa [3] - 1:15, 2:9, 149:16
third [1] - 106:15
thorough [1] - 141:23

thousands [8] - 142:5, 142:6, 143:9, 145:2, 145:3, 147:6
Three [2] - 44:13, 148:25
three [13] - 7:18, 9:24, 10:22, 25:13, 25:22, 34:1, 43:25, 52:16, 99:3, 106:3, 123:19, 130:9, 130:10
throughout [3] - 144:9, 150:4, 152:2
Thursday [1] - 8:10
TikTok [12] - 25:21, 37:6, 37:11, 40:15, 42:13, 57:10, 70:23, 74:12, 81:16, 86:21, 89:5, 135:8
timing [1] - 130:2
today [7] - 3:25, 4:7, 97:21, 120:4, 128:11, 143:16, 148:19
together [1] - 139:5
Tomorrow [1] - 38:1
tomorrow [4] - 127:25, 129:24, 153:16, 154:13
took [3] - 150:9, 150:25, 151:21
tops [1] - 128:2
TORRES [29] - 9:14, 9:16, 9:18, 10:15, 17:9, 17:11, 17:23, 18:6, 48:12, 48:15, 48:18, 48:22, 48:25, 49:2, 49:4, 49:6, 49:9, 49:14, 49:17, 49:20, 50:1, 50:3, 97:19, 97:22, 97:24, 109:18, 109:22, 110:2, 110:5
Torres [7] - 17:8, 48:10, 48:11, 97:18, 109:17, 116:20, 117:7
Tortola [1] - 144:19
torture [3] - 109:23, 110:4, 111:3
touch [1] - 145:14
touched [1] - 148:16
town [2] - 18:20, 62:1
trade [6] - 17:12, 40:2, 62:7, 62:8, 86:7, 110:23
trading [1] - 55:8
traffic [1] - 24:23
trafficker [1] - 143:4
trafficking [7] - 17:12, 17:13, 92:10,

111:11, 145:6, 145:21, 147:20
tragedy [1] - 49:22
training [1] - 62:8
transcript [3] - 139:4, 139:7, 139:20
transcription [1] - 155:5
transcripts [1] - 149:5
transplant [1] - 7:19
travel [7] - 24:4, 49:14, 131:12, 131:15, 131:17, 131:20, 149:1
traveled [1] - 14:10
treated [1] - 108:17
trial [34] - 3:14, 4:17, 5:16, 6:13, 6:20, 6:21, 10:5, 12:20, 13:20, 15:14, 15:15, 105:22, 116:9, 131:19, 133:17, 133:25, 134:6, 134:10, 134:17, 135:15, 136:5, 136:8, 137:16, 139:11, 139:15, 139:22, 140:9, 140:19, 140:22, 141:4, 141:22, 143:15, 150:3, 150:4
TRIAL [2] - 1:9, 154:6
tried [1] - 108:16
trigger [1] - 96:15
triggers [2] - 95:14, 95:18
truck [1] - 44:17
true [1] - 135:24
truth [1] - 5:17
try [3] - 27:21, 135:21, 136:13
trying [1] - 33:14
turn [7] - 21:20, 28:19, 63:15, 75:7, 85:22, 116:2, 141:12
TV [2] - 20:6, 40:22
twice [1] - 115:9
Twitch [1] - 57:11
Twitter [22] - 19:20, 19:21, 21:23, 21:25, 23:24, 25:20, 34:25, 37:12, 40:12, 46:21, 49:10, 51:7, 55:13, 58:23, 60:25, 65:2, 67:9, 74:15, 74:16, 81:15, 85:9, 89:4
Twitter/X [1] - 57:10
Two [4] - 31:9, 49:4, 88:21, 148:24
two [23] - 6:18, 6:19,

9:23, 10:5, 29:14, 37:21, 52:8, 83:7, 91:1, 91:12, 92:12, 94:10, 95:16, 103:3, 104:6, 105:2, 106:21, 123:9, 126:7, 136:19, 142:2, 147:13, 153:24
type [5] - 79:23, 81:21, 103:17, 109:13, 117:11

**U**

U.S [4] - 75:14, 75:16, 118:10, 142:12
ultimately [1] - 151:19
unanswered [1] - 135:21
uncertain [2] - 143:3, 144:25
uncle [2] - 108:7, 108:13
uncles [2] - 103:3, 105:2
under [6] - 3:19, 3:20, 5:9, 5:10, 48:22, 144:22
under-grad [1] - 48:22
undercover [7] - 142:14, 145:11, 146:23, 147:4, 148:5, 148:8, 150:25
undetected [1] - 142:7
unduly [1] - 140:13
unemployed [1] - 66:19
unfamiliar [1] - 4:2
unfortunately [1] - 24:23
UNIDENTIFIED [12] - 9:3, 9:12, 99:2, 99:5, 99:12, 99:15, 103:10, 103:15, 103:19, 103:24, 110:7, 111:1
union [3] - 20:10, 42:18, 42:21
UNITED [3] - 1:1, 1:4, 1:13
uNITED [1] - 1:10
United [27] - 1:17, 2:2, 2:4, 13:21, 14:1, 14:4, 14:22, 14:24, 15:2, 16:7, 16:12, 141:14, 141:21, 142:4, 142:8, 142:17, 142:18, 143:10, 145:4,

145:8, 145:22, 147:8, 148:23, 150:15, 150:21, 150:25, 154:10
**University** [4] - 12:17, 12:22, 19:2, 73:20
**unless** [1] - 16:11
**unused** [1] - 37:10
**up** [35] - 6:24, 7:20, 8:21, 9:4, 9:5, 9:8, 9:10, 9:24, 10:4, 10:17, 10:22, 29:24, 36:15, 45:24, 47:20, 64:25, 79:10, 80:24, 85:7, 86:19, 93:19, 94:17, 99:19, 101:8, 106:9, 115:5, 115:6, 134:23, 140:2, 144:1, 144:21, 148:11, 150:1
**updates** [1] - 40:10
**upfront** [1] - 145:24
**UPS** [1] - 27:4
**upset** [2] - 3:2, 96:19
**urging** [1] - 151:3
**user** [2] - 19:19, 21:9
**utilizing** [1] - 142:13

**V**

**validated** [1] - 4:23
**Valsaint** [4] - 32:15, 35:22, 127:13, 128:24
**VALSAINT** [28] - 32:16, 32:18, 32:20, 32:23, 33:1, 33:4, 33:8, 33:10, 33:12, 33:16, 33:18, 33:22, 33:24, 34:3, 34:6, 34:9, 34:11, 34:14, 34:16, 34:19, 34:22, 35:1, 35:5, 35:9, 35:12, 35:16, 35:21, 35:23
**Van** [9] - 1:15, 2:10, 15:7, 15:10, 116:12, 116:18, 117:8, 121:5, 149:16
**VAN** [40] - 2:9, 15:6, 116:14, 116:19, 117:9, 117:24, 118:4, 118:8, 121:6, 121:18, 122:2, 122:7, 122:12, 122:18, 122:23, 123:3, 123:8, 123:13, 123:18, 123:23, 124:3, 124:5, 124:10, 124:15, 124:20,

125:4, 125:16, 125:18, 125:20, 125:25, 126:5, 126:12, 126:17, 126:25, 127:7, 127:22, 128:3, 130:15, 132:18, 132:23
**various** [3] - 144:12, 149:7, 153:10
**Venable** [2] - 15:9, 15:12
**vendor** [1] - 83:4
**VENIRE** [1] - 87:19
**venture** [1] - 143:14
**verdict** [3] - 135:14, 136:6, 152:15
**verdicts** [1] - 133:15
**verify** [1] - 64:22
**versus** [1] - 2:2
**vessel** [1] - 147:17
**vessels** [3] - 143:10, 145:7
**veteran** [1] - 33:24
**via** [5] - 143:9, 146:2, 147:10, 147:11, 147:17
**vice** [1] - 50:18
**victim** [5] - 106:14, 106:21, 107:19, 111:6, 115:8
**video** [2] - 99:7, 149:3
**vintage** [1] - 47:2
**Virgin** [6] - 14:2, 38:24, 105:10, 105:12, 141:19, 150:17
**Virginia** [1] - 101:20
**Vliet** [9] - 1:15, 2:10, 15:7, 15:10, 116:12, 116:18, 117:8, 121:5, 149:16
**VLIET** [40] - 2:9, 15:6, 116:14, 116:19, 117:9, 117:24, 118:4, 118:8, 121:6, 121:18, 122:2, 122:7, 122:12, 122:18, 122:23, 123:3, 123:8, 123:13, 123:18, 123:23, 124:3, 124:5, 124:10, 124:15, 124:20, 125:4, 125:16, 125:18, 125:20, 125:25, 126:5, 126:12, 126:17, 126:25, 127:7, 127:22, 128:3,

130:15, 132:18, 132:23
**vocational** [1] - 29:5
**voir** [1] - 5:16
**volunteer** [6] - 37:21, 41:1, 47:5, 47:6, 51:11, 89:22
**volunteered** [1] - 143:16
**vs** [1] - 1:5

**W**

**wait** [3] - 17:20, 18:10, 120:1
**waiting** [1] - 148:10
**walk** [1] - 74:19
**walking** [1] - 93:21
**Wall** [2] - 74:8, 91:18
**walls** [1] - 134:15
**Walmart** [1] - 86:9
**warm** [1] - 96:21
**Washington** [1] - 3:21
**watch** [68] - 19:23, 20:1, 20:6, 21:20, 22:1, 22:3, 24:3, 25:23, 27:18, 27:19, 27:21, 28:2, 28:4, 29:22, 30:2, 30:4, 31:15, 34:20, 34:22, 34:23, 35:3, 37:13, 37:16, 40:17, 40:22, 42:10, 42:14, 45:1, 46:17, 46:24, 49:13, 53:8, 57:11, 59:1, 59:3, 61:1, 62:19, 62:24, 63:1, 64:21, 65:4, 67:12, 69:2, 70:20, 70:24, 72:13, 72:18, 72:19, 74:17, 74:19, 76:4, 77:16, 77:18, 79:3, 79:13, 79:16, 79:18, 81:11, 81:17, 83:20, 85:10, 86:23, 87:2, 89:7, 91:22
**watched** [1] - 152:12
**watching** [8] - 40:23, 45:3, 57:14, 79:17, 81:20, 87:2, 152:5, 152:10
**water** [1] - 113:23
**waters** [2] - 142:7, 145:4
**ways** [1] - 99:20
**wayside** [1] - 133:5
**website** [1] - 134:23
**Wednesday** [3] - 130:13, 130:23, 131:7

**week** [7] - 7:22, 40:16, 130:2, 130:9, 131:13, 151:4, 153:25
**weekends** [1] - 89:11
**weeks** [7] - 2:19, 6:18, 8:9, 91:1, 112:2, 136:19, 152:21
**weighing** [1] - 117:14
**weight** [2] - 138:13, 140:15
**welcome** [22] - 8:5, 27:23, 30:15, 39:5, 41:10, 48:8, 50:3, 51:22, 54:1, 56:5, 63:14, 76:17, 82:8, 84:11, 87:14, 97:24, 98:17, 101:7, 105:7, 107:17, 108:21, 115:19
**Welcome** [1] - 75:6
**West** [2] - 26:17, 30:22
**Whatever's** [1] - 37:2
**whatever's** [1] - 37:16
**WhatsApp** [2] - 89:5, 135:8
**whatsoever** [2] - 138:8, 152:25
**white** [1] - 36:22
**whole** [2] - 137:12, 138:25
**wife** [11] - 31:5, 31:23, 46:7, 46:9, 47:6, 48:25, 52:12, 53:10, 58:11, 58:12, 91:7
**wife's** [1] - 108:22
**William** [1] - 15:20
**Williams** [1] - 2:16
**WILLIAMS** [1] - 1:9
**willing** [2] - 137:24, 142:3
**willingness** [1] - 66:3
**Wish** [1] - 38:9
**wish** [4] - 102:11, 128:1, 132:22, 154:3
**wished** [3] - 94:11, 94:18, 96:17
**wishes** [1] - 138:5
**Witek** [1] - 15:19
**WITH** [1] - 87:19
**witness** [11] - 6:1, 112:12, 135:21, 138:13, 138:16, 138:18, 138:20, 138:22, 138:23, 138:25, 150:7
**witness'** [1] - 141:6
**witnesses** [5] - 14:18, 111:16, 138:4,

139:2, 140:8
**woman** [2] - 116:6, 142:23
**Women** [1] - 38:1
**women's** [1] - 89:19
**word** [3] - 103:12, 107:5, 109:23
**words** [3] - 3:12, 3:19, 3:20
**worker** [1] - 88:9
**workforce** [1] - 91:14
**Workout** [1] - 91:24
**workouts** [1] - 69:5
**works** [16] - 34:11, 34:17, 50:19, 50:23, 58:13, 72:11, 74:4, 78:19, 83:4, 88:21, 91:9, 101:13, 101:15, 101:25, 105:17, 118:10
**world** [1] - 27:5
**worries** [2] - 39:3, 112:20
**worry** [1] - 6:15
**woul** [1] - 89:24
**wow** [1] - 60:20
**write** [1] - 5:9

**Y**

**Yanetsy** [1] - 128:22
**Yaritza** [2] - 11:2, 82:11
**year** [2] - 92:12, 119:21
**years** [39] - 10:8, 18:15, 19:22, 20:24, 33:25, 40:7, 40:13, 41:14, 43:18, 43:25, 45:23, 46:4, 47:21, 52:8, 55:5, 56:10, 59:23, 63:21, 66:11, 68:4, 70:2, 73:15, 75:9, 78:23, 80:12, 82:16, 83:9, 83:11, 86:3, 90:13, 92:13, 98:10, 99:3, 108:7, 109:4, 109:19, 120:12, 120:14, 120:21
**yellow** [1] - 3:20
**Yesterday** [1] - 20:2
**yesterday** [2] - 10:13, 95:20
**yoga** [1] - 69:5
**York** [5] - 46:16, 48:15, 91:19, 92:10, 145:10
**young** [1] - 116:6
**Young** [1] - 79:22

*yourself* [1] - 8:21
*yourselves* [1] - 135:1
*YouTube* [6] - 23:25, 30:4, 44:21, 46:19, 81:12, 85:9

## Z

*Zayda..* [1] - 12:1
*Zoo* [1] - 56:12
*ZUBIZARRETA* [22] - 11:2, 11:5, 11:10, 11:16, 11:24, 82:11, 82:13, 82:16, 82:19, 82:21, 82:23, 83:1, 83:4, 83:7, 83:9, 83:15, 83:18, 83:22, 84:3, 84:6, 84:9, 84:11
*Zubizarreta* [4] - 11:3, 82:11, 117:10, 117:22