09:16

1

2                        UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA
                              MIAMI DIVISION
3                        CASE NUMBER 22-CR-2019-KMW

4    UNITED STATES OF AMERICA

5
         vs.
6
     ANDREW ALTURO FAHIE
7

8    ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

9                          TRIAL HELD 2-5-2024
                 BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
10                   UNITED STATES DISTRICT COURT JUDGE

11   ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

12   APPEARANCES:

     FOR THE UNITED STATES:     **Kevin Gerarde, A.U.S.A.**
13                              **Sean McLaughlin, A.U.S.A.**

14
     FOR THE DEFENDANT:         Theresa M. Van Vliet, ESQ.
15                              **Joyce Delgado, ESQ.**

16
     REPORTED BY:               PATRICIA SANDERS, RPR
17                              United States Court Reporter
                                400 North Miami Avenue, Suite 11-3
18                              Miami, FL  33128
                                T: 305.523.5528
19                              **Patricia_sanders@flsd.uscourts.gov**

20

21

22

23

24

25

09:16  1          THE COURT:  Everyone may be seated.  I hope you had a

09:16  2   lovely weekend and stayed away from the tornados.

09:16  3              Mr. McLaughlin, you may proceed.

09:16  4               MR. McLAUGHLIN:  Thank you, Your Honor.

09:16  5   Q.  Mr. Cortes, when we left off Friday we were taking a look

09:17  6   at Government's Exhibit C 5 in evidence.  What is Government's

09:17  7   Exhibit 20 C 5?

09:17  8   A.  Pretty much the device report from the cell phone

09:17  9   extraction.

09:17  10  Q.  Scrolling down.  The column which reads MSISDN; what does

09:17  11  that signify?

09:17  12  A.  The phone number.

09:17  13  Q.  And based on your work as a digital forensic analyst are

09:17  14  you familiar with the various area codes and country codes for

09:18  15  various countries?

09:18  16  A.  Yes.

09:18  17  Q.  The number ending in 8396 what area code or country code is

09:18  18  that phone number?

09:18  19  A.  8396 British Virgin Islands.

09:18  20  Q.  How do you know it is from the British Virgin Islands?

09:18  21  A.  The 284 area code.

09:18  22  Q.  Showing you Government's Exhibit C 6.  It is approximately

09:18  23  124 pages.  What are we looking at here in Government's

09:18  24  Exhibit 20 C 6?

09:18  25  A.  The extraction device call log.

09:19  1    Q.   What is a call log?

09:19  2    A.   Consists of phone calls made from the device and it would

09:19  3    show first time calls, missed calls, received calls and dialed

09:19  4    calls.

09:19  5    Q.   What is a native application?

09:19  6    A.   The native application would be the application that comes

09:19  7    with the cell phone when you buy it.

09:19  8    Q.   What is a third party application?

09:19  9    A.   That would be the one that you would have to go to the App

09:19 10    Store and download such as WhatsApp and Signal.

09:20 11    Q.   All right. And in column one what is the first date listed

09:20 12    here?

09:20 13    A.   March 6, 2022.

09:20 14    Q.   Page 124; what is the last date listed here?

09:20 15    A.   April 28, 2022.

09:20 16    Q.   Turning back to page 1.  What does parties signify?

09:20 17    A.   The person that made the call or that the call is coming

09:21 18    from.

09:21 19    Q.   Direction; what does that signify?

09:21 20    A.   An outgoing call; received or outgoing.

09:21 21    Q.   Timestamp; what does that refer to?

09:21 22    A.   The time.

09:21 23    Q.   Do you see the time listed UTC minus four?

09:21 24    A.   Yes.

09:21 25    Q.   What does that signify?

```
09:21   1   A.   UTC minus four is the Eastern Standard Time for the time in

09:21   2   March.

09:21   3   Q.   What does UTC stand for?

09:21   4   A.   I can't recall at this moment.

09:21   5   Q.   During March and April of 2022 were Miami and the British

09:21   6   Virgin Islands on the same timeframe -- or timeline?

09:21   7   A.   Yes.

09:22   8   Q.   What does duration signify?

09:22   9   A.   Duration that the call lasted.

09:22   10  Q.   Status; what does that signify?

09:22   11  A.   If the call was rejected, answered or not answered.

09:22   12  Q.   Video call.

09:22   13  A.   If it was a video call or not.

09:22   14  Q.   The source info, what is that?

09:22   15  A.   It tells you -- for example, this is Face Time and the

09:22   16  source file would be the path to where the tool used to extract

09:22   17  that phone call from the device.

09:22   18      In the beginning would be, for example, the file for that

09:22   19  extraction is the first -- that starts with the 00111.

09:22   20  Q.   Is this all the call log information from March 6, 2022 to

09:23   21  April 28?

09:23   22  A.   Yes.

09:23   23  Q.   Turning your attention to column four.  Do you see the

09:23   24  column that says deleted?

09:23   25  A.   Yes.
```

09:23  1    Q.   What is listed here?

09:23  2    A.   It is listed as a yes.

09:23  3    Q.   What does that signify?

09:23  4    A.   That specific call or anything was physically deleted.

09:23  5    Q.   Are you familiar with third party applications like

09:23  6    WhatsApp having an automatic delete function that the user can

09:23  7    set to delete their call log history?

09:23  8    A.   Yes.

09:23  9    Q.   How does that work?

09:24  10   A.   So, in order for those functions to work you have to go

09:24  11   into the settings themselves and set -- I think WhatsApp does

09:24  12   it by timeframe -- to delete calls in a specific timeframe; 30,

09:24  13   90, 120 days.

09:24  14   Q.   Can it be set up to do it every 30 days automatically?

09:24  15   A.   Yes.

09:24  16   Q.   Is that the type of information that you can extract or

09:24  17   parse from a phone?

09:24  18   A.   Yes.

09:24  19   Q.   You can parse an automatic setting?

09:24  20   A.   From WhatsApp.

09:24  21   Q.   If you are doing an extraction or parsing on a phone, is

09:24  22   that something you can get when you download a phone?

09:24  23   A.   Yes.  If the call remains -- if that deleted file stills

09:24  24   remains on the call we will be able to -- the tool will be able

09:24  25   to parse it out.

09:24 1   Q.  I will rephrase.  If a caller puts in an automatic setting

09:25 2   that auto deletes in five days, is that something you can get

09:25 3   out of an extraction?

09:25 4   A.  No.

09:25 5   Q.  Why not?

09:25 6   A.  It will only show you from the physical device.

09:25 7   Q.  Scrolling down to page two.  Is this the first WhatsApp

09:25 8   call in the call log?

09:25 9   A.  Yes.

09:25 10  Q.  What is the date?

09:25 11  A.  April 23, 2022.

09:25 12  Q.  Nothing before that based on your extraction?

09:25 13  A.  No.

09:25 14  Q.  Showing you what has been admitted as 20 C 1.  This is an

09:26 15  85 page exhibit.  What are we looking at here?

09:26 16  A.  This is an exchange of text messages through WhatsApp.

09:26 17  Q.  Page one we see -- I will scroll up briefly and come back

09:26 18  up -- the first column, what is the date listed here?

09:26 19  A.  March 20, 2022.

09:26 20  Q.  What color is this bubble?

09:26 21  A.  Blue.

09:26 22  Q.  What does that signify?

09:26 23  A.  It signifies that it was received.

09:27 24  Q.  If we look here in status what is that telling us?

09:27 25  A.  Status shows the text message was read.

09:27　1　Q.　The platform what does that tell us?

09:27　2　A.　The type of device it was mobile.

09:27　3　Q.　The from column what is that telling us?

09:27　4　A.　Where the -- the contact information where the message came

09:27　5　from.

09:27　6　Q.　And what does it say here?

09:27　7　A.　Mother.

09:27　8　Q.　I will continue to publish.  We are on page one.  The

09:28　9　bottom of page one the green bubble, what are we looking at

09:28　10　here?

09:28　11　A.　The green bubble is an outgoing message -- that message

09:28　12　came from that device.

09:28　13　Q.　The to column what does that tell us?

09:28　14　A.　The recipient of the message.

09:28　15　Q.　And status?

09:28　16　A.　It shows the message was delivered.

09:28　17　Q.　Do you see the two times here at the bottom of page one?

09:28　18　A.　Yes.

09:28　19　Q.　What are the two times listed here?

09:28　20　A.　7:18 p.m. UTC minus four.

09:29　21　Q.　What does that tell us?

09:29　22　A.　When the message was delivered.

09:29　23　Q.　I will take you to page three, the middle of page three,

09:29　24　what color is the bubble here?

09:29　25　A.　Blue.

| | | |
|---|---|---|
| 09:29 | 1 | Q.   Who is that message from? |
| 09:29 | 2 | A.   From mother. |
| 09:29 | 3 | Q.   The last four of the number is what? |
| 09:29 | 4 | A.   2427. |
| 09:30 | 5 | Q.   And what was the date and time? |
| 09:30 | 6 | A.   March 22, 2022, 1:29 p.m. UTC minus four. |
| 09:30 | 7 | Q.   If we scroll down there is a green bubble; you see that? |
| 09:30 | 8 | A.   Yes. |
| 09:30 | 9 | Q.   What is the date and time here? |
| 09:30 | 10 | A.   March 22, 2022, 1:50 p.m., UTC minus four. |
| 09:30 | 11 | Q.   Do you see any message in that response? |
| 09:30 | 12 | A.   No. |
| 09:30 | 13 | Q.   What would be the reason there is nothing there -- |
| 09:30 | 14 | A.   Maybe an emoji -- I think maybe an emoji or any other |
| 09:31 | 15 | thing. |
| 09:31 | 16 | Q.   We are at the top of page 29.  What color is this bubble? |
| 09:31 | 17 | A.   Blue. |
| 09:31 | 18 | Q.   Do you see where it says forwarded? |
| 09:31 | 19 | A.   Yes. |
| 09:31 | 20 | Q.   What does this signify? |
| 09:31 | 21 | A.   It means that it was taken from a different message and |
| 09:31 | 22 | forwarded to someone else. |
| 09:31 | 23 | Q.   Who is this message from? |
| 09:31 | 24 | A.   From mother; 2427. |
| 09:32 | 25 | Q.   You see here status, what does this signify? |

09:32  1   A.  It was read and the message was forwarded.

09:32  2   Q.  The date and time?

09:32  3   A.  March 31, 2022, 8:20 a.m. UTC minus four.

09:32  4   Q.  Continue scrolling.  We are still on 29.  At the top of

09:32  5   page 30 what color is this message?

09:33  6   A.  Green.

09:33  7   Q.  What does this signify?

09:33  8   A.  The message was sent from that device to the 2427 contact

09:33  9   labeled as mother.

09:33  10  Q.  What is the date and time?

09:33  11  A.  March 3, 2022, 8:56 a.m. UTC minus four.

09:33  12  Q.  Going to the top of page 31.  What color is the message

09:34  13  here?

09:34  14  A.  Green.

09:34  15  Q.  Do you see here the word reply?

09:34  16  A.  Yes.

09:34  17  Q.  What does this signify?

09:34  18  A.  It signifies that that person replied to that specific

09:34  19  message.

09:34  20  Q.  What is the date and time?

09:34  21  A.  March 31, 2022, 8:56 a.m. UTC minus four.

09:35  22  Q.  Where it starts don't what does this signify?

09:35  23  A.  That is what was replied to that message.

09:35  24  Q.  The top of 32 what is the color?

09:35  25  A.  Blue.

09:35  1   Q.   And the date and time?

09:35  2   A.   March 31, 2022, 9:13 a.m. UTC minus four.

09:36  3   Q.   Still on page 32 the date and time?

09:36  4   A.   March 31, 2022, 9:13 a.m. UTC minus four.

09:36  5   Q.   Going to the third message, what is the color?

09:36  6   A.   Blue.

09:36  7   Q.   The date and time?

09:36  8   A.   March 31, 2022, 9:30 a.m. UTC minus four.

09:36  9   Q.   Going to the top of page 33.  The date and time here?

09:37  10  A.   March 31, 2022, 9:38 a.m. UTC minus four.

09:37  11  Q.   Now we see here the next bubble below there is a label

09:37  12  missed voice call, what is that?

09:37  13  A.   The device missed a call pretty much on that date.

09:37  14  Q.   Would that come via a WhatsApp message to the phone?

09:37  15  A.   Correct.

09:37  16  Q.   And the date and time of that?

09:37  17  A.   March 31, 2022; 12:21 p.m. UTC minus four.

09:37  18  Q.   Scrolling to the third message on page 33.  What is the

09:38  19  date and time?

09:38  20  A.   April 1st, 2022, 8:45 a.m. UTC minus four.

09:38  21  Q.   The color?

09:38  22  A.   Blue.

09:38  23  Q.   Going to the top of page 34.  What is the date and time?

09:38  24  A.   April 1st, 2022, 8:53 a.m. UTC minus four.

09:39  25  Q.   The color here?

09:39  1   A.   Blue.

09:39  2   Q.   I have highlighted the date and time.

09:39  3   A.   April 1st, 2022, 9:12 a.m. UTC minus four.

09:39  4   Q.   Showing you the third message.  What is the date and time?

09:39  5   A.   April 1st, 2022, 10:00 a.m. UTC minus four.

09:40  6   Q.   At the top of the messages what is listed here?

09:40  7   A.   The message was forwarded.

09:40  8   Q.   Going to page 35.  Showing you the second message on page

09:41  9   35.  What color is this message on page 35?

09:41  10  A.   Green.

09:41  11  Q.   The date and time?

09:41  12  A.   April 1st, 2022, 2:41 p.m. UTC minus four.

09:41  13  Q.   At the top of page 36 the first message, what color is

09:42  14  that?

09:42  15  A.   Blue.

09:42  16  Q.   We are still on April 1st, 2022.  What is the time?

09:42  17  A.   3:29 p.m. UTC minus four.

09:42  18  Q.   Continuing to publish page 36.  Publishing the top of page

09:42  19  37.  Still on page 37.  The second message on page 37, what

09:43  20  color is this message?

09:43  21  A.   Blue.

09:43  22  Q.   The date and time?

09:43  23  A.   April 1st, 2022, 3:54:00 p.m. UTC minus four.

09:44  24  Q.   Showing you what is admitted as Government's Exhibit 6 B.

09:44  25  If you would go to tab six in your book.

09:45  1   A.   I am there.

09:45  2   Q.   What is the date listed here?

09:45  3   A.   April 1st, 2022.

09:45  4   Q.   And type?

09:45  5   A.   Phone call.

09:45  6   Q.   We are back to Government's Exhibit 20 C 1, top of page 38.

09:45  7   There are two messages.   What color is the first one?

09:46  8   A.   Blue.

09:46  9   Q.   Taking you to page 47.   Scrolling to the second message.

09:46  10  What is the date and time of this message?

09:46  11  A.   April 5th, 2022, 1:51 p.m. UTC minus four.

09:46  12  Q.   What color is this message?

09:46  13  A.   Green.

09:47  14  Q.   Who is the recipient?

09:47  15  A.   Mother; 2427 of the contact number.

09:47  16  Q.   The word signify in the green bubble?

09:47  17  A.   That message was forwarded.

09:47  18  Q.   Continuing to publish page 47.   The color of this message?

09:47  19  A.   Green.

09:47  20  Q.   The signifier at the top left?

09:47  21  A.   Forwarded.

09:47  22  Q.   What is the date?

09:47  23  A.   April 5th, 2022, 1:52 p.m. UTC minus four.

09:47  24  Q.   Going to the top of page 48.   The date and time?

09:48  25  A.   April 5th, 2022, 1:52 p.m. UTC minus four.

09:48  1   Q.   The signifier at the top left?

09:48  2   A.   The message was forwarded.

09:48  3   Q.   Continuing to publish page 48.  The second message on page

09:48  4   48.  What color is this message?

09:48  5   A.   Blue.

09:48  6   Q.   The date and time?

09:48  7   A.   April 5th, 2022, 1:57 p.m. UTC minus four.

09:49  8   Q.   Continuing to publish page 48.  Moving to page 49.  The

09:49  9   last message here.  What color is that?

09:49  10  A.   Blue.

09:49  11  Q.   The date and time?

09:49  12  A.   April 6th, 2022 11:54 p.m. UTC minus four.

09:50  13  Q.   Taking you to page 50.  Taking you to the second message on

09:50  14  page 50.  What is the date and time?

09:50  15  A.   April 7, 2022, 2:23 p.m. UTC minus four.

09:50  16  Q.   Continuing to publish page 50.  The first page of

09:51  17  Government's Exhibit 7 B, what is the date listed here?

09:51  18  A.   April 7, 2022.

09:51  19  Q.   The type?

09:51  20  A.   Meeting.

09:51  21  Q.   Let me take you to page 67.  Scrolling down.  The third

09:52  22  message.  What is the color?

09:52  23  A.   Green.

09:52  24  Q.   The date listed here?

09:52  25  A.   April 16, 2022, 5:00 p.m. UTC minus four.

09:52  1   Q.  And the two letters here at the end of the message?

09:52  2   A.  RQ.

09:53  3   Q.  Taking you to page 68 at the top.  What is the color of

09:53  4   this message?

09:53  5   A.  Blue.

09:53  6   Q.  The signifier at the top left?

09:53  7   A.  The message was forwarded.

09:53  8   Q.  The date and time?

09:53  9   A.  April 16, 2022, 5:29 p.m. UTC minus four.

09:53  10  Q.  Taking you to page 70.  The first message.  What color is

09:53  11  it?

09:53  12  A.  Blue.

09:53  13  Q.  The date and time?

09:54  14  A.  April 19, 2022, 12:45 p.m. UTC minus four.

09:54  15  Q.  Continuing to publish on page 70.  The first page of

09:54  16  Government's Exhibit 9 B.  What is the date listed here?

09:54  17  A.  April 19, 2022.

09:54  18  Q.  And the type?

09:54  19  A.  Phone call.

09:55  20  Q.  Going back to Government's Exhibit 20 C 1.  Going to page

09:55  21  78.  The first message on the top.  What color is that?

09:55  22  A.  Blue.

09:55  23  Q.  The date and time?

09:55  24  A.  April 26, 2022, 3:03 p.m. UTC minus four.

09:55  25  Q.  Publishing page 79.

09:56  1    Now page 80.  Showing you the last message on page 80. What
09:56  2    color is this message?
09:56  3    A.   Blue.
09:57  4    Q.   The date and time?
09:57  5    A.   April 27, 2022, 9:08 a.m. UTC minus four.
09:57  6    Q.   Now on page 81.  Now on page 82.  Now on page 83.  Now
09:58  7    taking you back up to page 80.  Turning your attention to
09:58  8    Government's Exhibit 11 D.  What is the date here?
09:58  9    A.   April 27, 2022.
09:58  10   Q.   And the type?
09:59  11   A.   Meeting.
10:00  12   Q.   Page 83, page 84 and now page 85.  Showing you what is
10:00  13   admitted as Government's Exhibit 20 C 2.  How many pages is
10:00  14   this exhibit?
10:00  15   A.   14.
10:00  16   Q.   The first page says participant?
10:00  17   A.   Yes.
10:00  18   Q.   What does that signify?
10:00  19   A.   The parties involved in those messages.
10:00  20   Q.   Do you recognize the number here?
10:00  21   A.   Yes.
10:01  22   Q.   And what does this signify?
10:01  23   A.   The device owners.
10:01  24   Q.   The first conversation here.  What is the date and time?
10:01  25   A.   April 27, 2022, 9:59 p.m. UTC minus four.

| | | |
|---|---|---|
| 10:01 | 1 | Q.   The last page, page 14.   What is the date and time? |
| 10:01 | 2 | A.   4, 27, 2022, 10:50 p.m. UTC minus four. |
| 10:01 | 3 | Q.   Were these all of the messages during that period of time |
| 10:01 | 4 | on Government's Exhibit 28 between those two phone numbers? |
| 10:01 | 5 | A.   Correct. |
| 10:02 | 6 | MR. McLAUGHLIN:   I will just publish these 14 pages. |
| 10:02 | 7 | We are on page two now.   Page three, page four.   Page five, |
| 10:03 | 8 | page six, page seven.   Page nine, page ten, page 11, page 12. |
| 10:04 | 9 | Q.   What color are these two messages at the top of page 12? |
| 10:04 | 10 | A.   Green. |
| 10:04 | 11 | Q.   Page 14.   What color is this message? |
| 10:04 | 12 | A.   Blue. |
| 10:04 | 13 | Q.   Date and time? |
| 10:04 | 14 | A.   April 27, 2022, 9:40 p.m. UTC minus four. |
| 10:05 | 15 | Q.   Showing you Government's Exhibit 20 C 3.   How many pages is |
| 10:05 | 16 | this document? |
| 10:05 | 17 | A.   Six. |
| 10:05 | 18 | Q.   And the participants here? |
| 10:05 | 19 | A.   Phone number 2361 and phone number 8396. |
| 10:05 | 20 | Q.   The WhatsApp.net what does that signifier? |
| 10:05 | 21 | A.   The WhatsApp contact information. |
| 10:05 | 22 | Q.   If you go to the top of 20 C 2 what is the difference |
| 10:06 | 23 | between the two messages? |
| 10:06 | 24 | A.   On 20 C 2 they were done through the native application of |
| 10:06 | 25 | the cell phone and 20 C 3 went through WhatsApp which is the |

10:06  1    third party application on the device.

10:06  2    Q.  On page one what is the date and time?

10:06  3    A.  April 27, 2022, 10:11 a.m. UTC minus four.

10:06  4    Q.  And the next page?

10:06  5    A.  April 27, 2022, 3:38 p.m. UTC minus four.

10:07  6    Q.  On page one, now on page 2, on page three, page 4, page

10:08  7    five and page six.  On page six in the middle of the page, what

10:08  8    color is this?

10:08  9    A.  Blue.

10:08  10   Q.  The date and time?

10:08  11   A.  April 27, 2022, 9:21 p.m. UTC minus four.

10:08  12   Q.  Government's Exhibit 20 C 4.  In the participant section

10:08  13   what does that signify?

10:09  14   A.  The parties in the conversations in the message below.

10:09  15   Q.  Based on this WhatsApp --

10:09  16   A.  The messages came from the third party application

10:09  17   WhatsApp.

10:09  18   Q.  Based on your training and experience are you familiar with

10:09  19   what Mexican phone numbers look like?

10:09  20   A.  Yes.

10:09  21   Q.  What type of phone number is this?

10:09  22   A.  The country code would be the 52 which indicates Mexico.

10:09  23   Q.  How many pages is this document?

10:09  24   A.  208.

10:10  25   Q.  What is the date and time?

10:10  1   A.  March 16th, 2022, 8:26 p.m. UTC minus four.

10:10  2   Q.  If we go to the bottom of page 208 what is the date and

10:10  3   time?

10:10  4   A.  April 28, 2022, 11:35 a.m. UTC minus four.

10:10  5   Q.  Are those all of the WhatsApp messages between those two

10:10  6   phone numbers on Government's Exhibit 20 A?

10:10  7   A.  Yes.

10:11  8   Q.  Going to page 16 Government's 20 C 4, what color is that?

10:11  9   A.  Green.

10:11  10  Q.  And the date and time?

10:11  11  A.  March 21, 2022, 9:42 p.m. UTC minus four.

10:11  12  Q.  Going down to the middle of 16.  What color is this

10:11  13  message?

10:11  14  A.  Green.

10:11  15  Q.  The date and time?

10:11  16  A.  March 21, 2022, 9:46 p.m. UTC minus four.

10:12  17  Q.  Taking you to page 18.  What color is this message?

10:12  18  A.  Green.

10:12  19  Q.  And the date and time?

10:13  20  A.  March 27th, 2022, 5:09 p.m. UTC minus four.

10:13  21  Q.  If we go back 20 C 1.  Taking you to page three.  What is

10:13  22  the date and time of this message?

10:13  23  A.  March 22, 2022, 1:29 p.m. UTC minus four.

10:13  24  Q.  Going back to 20 C 4 which is approximately how many hours

10:14  25  later?

10:14   1   A.   Can you go back to the other one?

10:14   2   Q.   Yes.

10:14   3   A.   About four hours.

10:14   4   Q.   Publishing page 19 of Government's Exhibit 20 C 4.   What

10:14   5   color is this message?

10:14   6   A.   Green.

10:14   7   Q.   Date and time?

10:14   8   A.   March 22, 2022, 5:14 p.m. UTC minus four.

10:15   9   Q.   Still publishing page 19.   Now going to page 20.   Taking

10:15  10   you to page 35 of Government's Exhibit 20 C 4.   The date and

10:16  11   time of the message at the top here?

10:16  12   A.   March 29, 2022, 6:52 p.m. UTC minus four.

10:16  13   Q.   And the color?

10:16  14   A.   Green.

10:16  15   Q.   Taking you to page 41.   The date and time?

10:16  16   A.   March 31, 2022, 10:12 p.m. UTC minus four.

10:16  17   Q.   Going back to 20 C 1 beginning of page 29, who is the

10:17  18   message from?

10:17  19   A.   Contact number ending in 2427, mother.

10:17  20   Q.   Date and time?

10:17  21   A.   March 31, 2022, 8:20 a.m. UTC minus four.

10:17  22   Q.   If we go back to Government's 20 C 4, is this the same day?

10:17  23   A.   Yes.

10:17  24   Q.   Approximately how much later is this message being sent?

10:18  25   A.   Ten hours -- nearly 12 hours.

10:18  1   Q.  Going to page 41, 42, 43, 44.  What is the color of this

10:19  2   message?

10:19  3   A.  Green.

10:19  4   Q.  The date and time?

10:19  5   A.  March 31, 2022, 10:16 UTC minus four.

10:20  6          THE COURT:  Is this a good time to pause?

10:20  7          MR. McLAUGHLIN:  Yes, Your Honor.

10:20  8          THE COURT:  All right.  Let's take a break until

10:20  9   10:30.

10:20  10         COURT SECURITY OFFICER:  All rise, please.

10:32  11                       JURY EXCUSED

10:32  12         THE COURT:  How much longer do we have?

10:32  13         MR. McLAUGHLIN:  It will still be going after lunch.

10:32  14   There is a lot of material.

10:32  15         THE COURT:  All right.  Will we hear from Mr. Adams

10:33  16   today?

10:33  17         MR. McLAUGHLIN:  Yes.  I don't think that we will get

10:33  18   to Ms. Maynard.

10:33  19         MS. VAN VLIET:  Barring something bizarre within the

10:33  20   next couple of days Mr. Fahie will not be testifying.

10:33  21         THE COURT:  Thank you for that.  I am trying to figure

10:33  22   out what we tell the jury.  Someone was going to India and has

10:33  23   agreed that, that trip will be not scheduled for Thursday.

10:33  24         I just want to give them a heads up in terms of time.

10:34  25   Remember they said they will stay until six tomorrow.

10:34  1        MS. VAN VLIET:  How about Thursday?

10:34  2        THE COURT:  I have given them the discretion to tell

10:34  3  me when they would like to leave.  I will ask Mr. Santorufo to

10:34  4  inquire if there is any other day they may be able to stay a

10:34  5  little later.

10:36  6        Bring the jury back, please.

10:36  7        COURT SECURITY OFFICER:  All rise for the jury.

10:36  8        THE COURT:  Everyone may be seated.

10:36  9        You may continue, Mr. McLaughlin.

10:36  10        MR. McLAUGHLIN:  Thank you, Your Honor.

10:36  11  Q.  When we broke, Mr. Cortes, we were on page 24.  What is the

10:36  12  date and time of this message?

10:36  13  A.  March 31, 2022, 10:17 p.m. UTC minus four.

10:37  14  Q.  Going to page 45.  What is the signifier at the top left

10:37  15  hand corner?

10:37  16  A.  That the message was forwarded.

10:38  17  Q.  Taking you to page 51. The date and time of this message?

10:38  18  A.  March 31, 2022, 11:10 p.m. UTC minus four.

10:38  19  Q.  Continuing to publish.  We are on page 51; 52.  First

10:39  20  message here what color is that?

10:39  21  A.  Green.

10:39  22  Q.  The date and time?

10:39  23  A.  April 1st, 2022, 9:11 a.m. UTC minus four.

10:39  24  Q.  If we go back to Government's Exhibit 6 B, date and time?

10:39  25  A.  April 1st, 2022.

10:39  1    Q.   Continuing to publish on page 52, page 53.   And the date

10:40  2    and time of this message?

10:40  3    A.   April 1st, 2022, 9:14 a.m. UTC minus four.

10:40  4    Q.   Page 54, page 55, 56, 57, 58, 59, 60, 61, 62 and 63. The

10:43  5    date and time of this message?

10:43  6    A.   April 1st, 2022, 6:51 p.m. UTC minus four.

10:43  7    Q.   Page 68.   The date and time here?

10:43  8    A.   April 4, 2022, 10:07 p.m. UTC minus four.

10:43  9    Q.   The color of this message?

10:44  10   A.   Blue.

10:44  11   Q.   Continuing to publish; page 68.   Now on 69.   Now on page

10:44  12   70.   And 71.   Going now to page 76 of Government's Exhibit 20

10:45  13   C 4.   The date and time of this message?

10:46  14   A.   April 6th, 2022, 8:08 a.m. UTC minus four.

10:46  15   Q.   Page 77, top of page 78.   Now page 79.   Taking you to page

10:47  16   84 of Government's Exhibit 20 C 4.   What is the date and time

10:48  17   of this message?

10:48  18   A.   April 7, 2022, 12:09 p.m. UTC minus four.

10:48  19   Q.   Jumping to page 89.   Continuing to publish.   Now page 90.

10:49  20   Here on page 92.   What is the date and time of this message?

10:49  21   A.   April 7, 2022, 11:01 p.m. UTC minus four.

10:49  22   Q.   Taking you to Government's Exhibit 7 B.   The date and time

10:49  23   the first page?

10:49  24   A.   April 7, 2022.

10:50  25   Q.   Going back to Government's Exhibit 20 C 4.

23

10:50  1        Going to page 97.  What is the date and time?

10:50  2  A.   April 8, 2022, 7:37 a.m. UTC minus four.

10:50  3  Q.   Taking you to page 101.  What is the date and time of the

10:51  4  message?

10:51  5  A.   April 12, 2022, 4:22 p.m. UTC minus four.

10:51  6  Q.   Taking you to page 102.  Taking you to page 104.  The date

10:52  7  and time of this message?

10:52  8  A.   April 12, 2022, 5:04 p.m. UTC minus four.

10:52  9  Q.   Page 109.  What is the date and time of these two messages?

10:53 10  A.   April 14, 2022, 3:20 p.m. UTC minus four, and for the green

10:53 11  one April 14, 2022, 3:34 p.m. UTC minus four.

10:53 12  Q.   Page 112.  What is the date here?

10:54 13  A.   April 16, 2022.

10:54 14  Q.   Page 113.  The date and time here?

10:55 15  A.   April 16, 2022, 3:05 p.m. UTC minus four.

10:55 16  Q.   Taking you to page 117.  What is the date and time?

10:55 17  A.   April 16, 2022, 5:34 p.m. UTC minus four.

10:55 18  Q.   Taking you to page 121.  What is the date here?

10:56 19  A.   April 19, 2022.

10:56 20  Q.   We are on page 121.  Scrolling down.  Taking you to page

10:56 21  122.  Taking you to page 125.  We are now on 126.  Taking you

10:57 22  back to 121.  What is the date?

10:58 23  A.   April 19, 2022.

10:58 24  Q.   And the time?

10:58 25  A.   12:10 p.m. UTC minus four.

| | | |
|---|---|---|
| 10:58 | 1 | Q.  The first page of Government's Exhibit 9 B.  Date? |
| 10:58 | 2 | A.  April 19, 2022. |
| 10:58 | 3 | Q.  And type? |
| 10:58 | 4 | A.  Phone call. |
| 10:58 | 5 | Q.  Going back to Government's Exhibit 20 C 4, page 125.  Going |
| 10:59 | 6 | to page 126.  Going now to page 127.  Now to page 128.  And now |
| 10:59 | 7 | to 129.  Taking you to page 132.  What is the date here? |
| 11:00 | 8 | A.  April 20, 2022. |
| 11:00 | 9 | Q.  Do you see where it says attachments? |
| 11:00 | 10 | A.  Yes. |
| 11:00 | 11 | Q.  What does that signify? |
| 11:00 | 12 | A.  Something that was attached to that message.  This one JPG |
| 11:00 | 13 | which represents a photo. |
| 11:00 | 14 | Q.  That's ending in 23 D? |
| 11:01 | 15 | A.  Yes. |
| 11:01 | 16 | Q.  Scrolling through to page 133, 134, 135.  What is the date |
| 11:02 | 17 | and time here? |
| 11:02 | 18 | A.  April 20, 2022, 9:28 p.m. UTC minus four. |
| 11:02 | 19 | Q.  Going now to page 137.  The middle of 137.  The green |
| 11:02 | 20 | message.  What is the date and time? |
| 11:02 | 21 | A.  April 23rd, 2022, 1:33 p.m. UTC minus four. |
| 11:02 | 22 | Q.  Taking you to page 142, 143.  Taking you to page 148.  And |
| 11:02 | 23 | the date and time of this message? |
| 11:04 | 24 | A.  April 25, 2022, 12:03 p.m. UTC minus four. |
| 11:04 | 25 | Q.  Taking you to page 149.  Taking you to page 159. |

11:05  1        Taking you to page 172.  And the date and time of this

11:05  2   message?

11:05  3   A.   April 26, 2022, 8:58 p.m. UTC minus four.

11:05  4   Q.   Taking you to page 192.  What is the date and time?

11:05  5   A.   April 27, 2022, 10:29 a.m. UTC minus four.

11:06  6   Q.   Page 192.  Same date April 27, 2022.  What is the time

11:06  7   here?

11:06  8   A.   12:07 p.m. UTC minus four.

11:06  9   Q.   Taking you to page one, Government's Exhibit 11 B.  What is

11:06  10  the date and type listed here?

11:06  11  A.   April 27, 2022, and the type is meeting.

11:06  12  Q.   Going back to Government's Exhibit 20 C 4.  Taking you to

11:07  13  page 194.  What is the date and time?

11:07  14  A.   April 27, 2022, 5:00 p.m. UTC minus four.

11:07  15  Q.   Taking you to page 196.  Taking you to page 197.  What is

11:08  16  the date and time of this message?

11:08  17  A.   It is April 27, 2022, 7:13 p.m. UTC minus four.

11:08  18  Q.   Taking you to the first page of Government's Exhibit 12 B.

11:09  19  What is the date and type?

11:09  20  A.   April 27, 2022, and the type is meeting.

11:09  21  Q.   Taking you back to Government's Exhibit 20 C 4.  Still on

11:09  22  page 198.  I will continuing to publish.  We are still on

11:09  23  April 27, 2022.  What is the time here?

11:09  24  A.   7:25 p.m. UTC minus four.

11:09  25  Q.   Page 198.  Continuing to publish.

11:10  1      Page 199.   The approximate time of these two messages?

11:10  2  A.  Within three seconds.

11:10  3  Q.  The time?

11:10  4  A.  10:09 p.m. UTC minus four.

11:10  5  Q.  Approximately two and a half hours after the message we

11:10  6  just saw?

11:10  7  A.  Yes.

11:10  8  Q.  Taking you to page 200 at the top.   Taking you to page 202.

11:11  9  Still on April 27, 2022.   What is the time of this message?

11:11  10  A.  11:20 p.m. UTC minus four.

11:12  11  Q.  Taking you to page 204.   The date here?

11:12  12  A.  April 28, 2022.

11:12  13  Q.  Turning your attention to Government's Exhibit 15 A.   Do

11:13  14  you see that?

11:13  15  A.  Yes.

11:13  16  Q.  Showing you Government's Exhibit 15 B for identification.

11:13  17  Do you recognize the files here?

11:13  18  A.  Yes.

11:13  19  Q.  What are those?

11:13  20  A.  The extraction from the Exhibit 15 A.

11:13  21  Q.  Were certain extraction reports created from Government's

11:13  22  Exhibit 15 B for purposes of this trial?

11:13  23  A.  Yes.

11:13  24  Q.  Showing you Government's Exhibit 15 C 1, C 2, C 6, C 7,

11:14  25  C 8, C 9 and C 10; 15 C 13, 14 and 15.

11:14  1      Are you familiar with those exhibits and the contents of

11:14  2  the folders labeled as such?

11:14  3  A.   Yes.

11:14  4  Q.   And are those exhibits drawn from your extraction of

11:14  5  Government's Exhibit 15 B?

11:14  6  A.   Yes.

11:14  7  Q.   Do they contain the same information as within 15 B?

11:14  8  A.   Yes.

11:14  9           MR. McLAUGHLIN:  At this time we would move into

11:14  10  evidence Government's Exhibit 15 C 1, C 2, C 6 through 10 and

11:14  11  15 C 13 through 15.

11:14  12           THE COURT:  Any objection?

11:15  13           MS. VAN VLIET:  No objection.

11:15  14           THE COURT:  They are admitted without objection.

11:15  15           MR. McLAUGHLIN:  And, Your Honor, this may be a good

11:15  16  time to read the stipulation.

11:15  17           THE COURT:  If you would pass it up.

11:15  18           MR. McLAUGHLIN:  Yes, Your Honor.

11:15  19           THE COURT:  Ladies and gentlemen, this is a

11:15  20  stipulation.  A stipulation is simply an agreement by the

11:15  21  parties. And it reads as follows:

11:15  22           That the United States and Mr. Fahie and the

11:16  23  undersigned lawyers all agree to the following facts for the

11:16  24  purpose of this matter:

11:16  25

One, Government's Exhibit 15 A is a Samsung Galaxy
Note 10 cell phone bearing number 1-284-542-9325 that was
lawfully seized from Defendant Fahie on April 28, 2022, and has
remained in the continuous care and custody of law enforcement
agents and not been tampered with or altered in any matter.

Two, Government's Exhibit 15 D is a written consent to
search form for Government's Exhibit 15 A that was knowingly
and voluntarily signed by Defendant Fahie on April 28, 2022;
that has not been tampered with or altered in any manner.

And finally, three, Government's Exhibit 15 C 2
contains several of the contacts from Government's Exhibit 15 A
the phone.

Government's Exhibit 15 C 2 contains the contact
information for the following persons:

United Kingdom Governor of the BVI John Rankin,
Commissioner of the Royal Virgin Island Police Force Mark
Collins, BVI Deputy Premier Natalio D. Wheatley, BVI Attorney
General Don Smith, and various other individuals including
individuals within the United Kingdom Governor's Office and BVI
law enforcement.

Four, a review of Government's Exhibit 15 A, a phone,
revealed that from March 22, 2022 through April 28, 2022, there
were no relevant incoming or outgoing text messages or e-mail
via WhatsApp or any other means between Government's Exhibit 15
A and any of the contacts in paragraph three.

11:18 1          Or others within the United Kingdom Governor's Office

11:18 2 or British Virgin Islands law enforcement.

11:18 3          And the document is signed by the parties.

11:18 4          MR. McLAUGHLIN:   Thank you, Your Honor.

11:18 5 Q.  I will show you what has been admitted as Government's

11:18 6 Exhibit C 1.   How many pages is this document?

11:18 7 A.  Fifteen.

11:18 8 Q.  We see here in these column related applications; what does

11:19 9 that signify?

11:19 10 A.  The application that the calls were related from.

11:19 11 Q.  And call type?

11:19 12 A.  The type of call if it was missed, dialed or rejected.

11:19 13 Q.  And time?

11:19 14 A.  The date and time of the call.

11:19 15 Q.  And TEL what does that signify?

11:19 16 A.  It would be the phone numbers involved within that call.

11:19 17 Q.  And duration?

11:19 18 A.  The duration would be the time.

11:19 19 Q.  And the first date is what here?

11:19 20 A.  March 22, 2022, 11:24 a.m.

11:20 21 Q.  Now scrolling down -- beginning on page one -- page two,

11:20 22 page three, page four, page five, and page six, are these only

11:20 23 the outgoing calls from Government's Exhibit 15 A starting at

11:20 24 11:24 a.m. through midnight on March 22, 2022?

11:20 25 A.  Yes.

11:21  1    Q.  Taking you back to Government's Exhibit 20 C 1, page three.

11:21  2    What is the date here?

11:22  3    A.  March 22, 2022.

11:22  4    Q.  Taking you back to Government's Exhibit 15 C 1, page seven.

11:22  5    What is the date here?

11:22  6    A.  April 1st, 2022.

11:22  7    Q.  And the time?

11:22  8    A.  2:35 p.m. UTC minus four.

11:22  9    Q.  Page seven.  Scroll through page seven. Going to page eight

11:23  10   and nine.  Are these all of the outgoing calls made on April 1,

11:23  11   2022, from the device from approximately 2:35 p.m. up until

11:23  12   midnight?

11:23  13   A.  Yes.

11:23  14   Q.  Taking you back to Government's Exhibit 6 B.  The date is?

11:23  15   A.  April 1st, 2022.

11:24  16   Q.  Taking you to page ten.  What is the date and time here on

11:24  17   page ten?

11:24  18   A.  April 7, 2022, 5:43 p.m. UTC minus four.

11:24  19   Q.  If we scroll down to page ten, continue until the top

11:24  20   middle of 11, are these all of the outgoing calls from the

11:25  21   device Government's Exhibit 15 A starting at approximately 5:43

11:25  22   p.m. until midnight on April 7th of 2022?

11:25  23   A.  Yes.

11:25  24   Q.  The first page of Government's Exhibit 7 B; the date here?

11:25  25   A.  April 7, 2022.

11:25  1   Q.   Taking you back to Government's Exhibit 15 C 1.   We are on

11:25  2   page 11.   What is the date here in column six?

11:25  3   A.   April 8, 2022.

11:26  4   Q.   Page 11, now on page 12.   Are these all the outgoing calls

11:26  5   from midnight and one second on April 8th up until 8:38 a.m.?

11:26  6   A.   Yes.

11:26  7   Q.   Outgoing calls from the device?

11:26  8   A.   Yes.

11:26  9   Q.   Going to page 13.   What is the date here?

11:27  10  A.   April 27, 2022.

11:27  11  Q.   Continuing to scroll.   Now on page 14.   Now to page 15.

11:27  12       Are these all of the outgoing calls from the device on

11:28  13  April 27, 2022, starting at 8:08 a.m.?

11:28  14  A.   Yes.

11:28  15  Q.   Lastly, the last entry.   What is the date here?

11:28  16  A.   April 28, 2022.

11:28  17  Q.   Does this exhibit reflect all of the calls incoming and

11:28  18  outgoing calls?

11:28  19  A.   Yes.

11:28  20  Q.   And how many were there?

11:28  21  A.   Just one.

11:28  22  Q.   What does the from column signify?

11:28  23  A.   The contact number of where the call came from.

11:28  24  Q.   And the time?

11:28  25  A.   7:00 a.m. UTC minus four.

11:29   1   Q.   Taking your attention to 15 C 2.   How many pages is this

11:29   2   document?

11:29   3   A.   124.

11:29   4   Q.   Is this every single contact in the phone?

11:29   5   A.   Yes.

11:29   6   Q.   Every single contact within Government's Exhibit 15 A?

11:29   7   A.   Yes.

11:29   8   Q.   Isn't it true when you first analyzed the phone there were

11:29   9   approximately 23,000 contacts?

11:29   10  A.   Correct.

11:29   11  Q.   Does this document include all 23,000 contacts?

11:29   12  A.   Yes.

11:30   13  Q.   How did 23,000 contacts fit on 124 pages?

11:30   14  A.   I could not tell you that.

11:30   15  Q.   Is this a select few of the 23,000?

11:30   16  A.   Could you scroll up a little.   Page 9 of 6500...

11:31   17  Q.   So, a select few of the 23,000?

11:31   18  A.   Yes.

11:31   19  Q.   I would like to turn your attention to the first page. If

11:31   20  you would tell us in general what are phone contacts?

11:31   21  A.   Phone numbers, addresses, e-mails, etcetera. It could be

11:31   22  inputted into the device by the user or they could be imported

11:31   23  like WhatsApp, e-mails, etcetera.

11:31   24  Q.   So like a rolodex on your phone?

11:31   25  A.   Yes.

11:31  1   Q.  What is the first name shown here?

11:32  2   A.  Oleanvine Maynard.

11:32  3   Q.  What does that tell us there?

11:32  4   A.  That application is saved into the device.

11:32  5   Q.  And the last four numbers of the contact?

11:32  6   A.  2427.

11:32  7   Q.  If we go back to 20 C 1.  Do you recognize the same number

11:32  8   here?

11:32  9   A.  Yes.

11:32 10   Q.  Taking you back to Government's Exhibit 15 C 2.  Do you see

11:33 11   the name listed here?

11:33 12   A.  Yes; Oleanvine Maynard.

11:33 13   Q.  And for related applications?

11:33 14   A.  Android systems contacts.

11:33 15   Q.  How many numbers are listed here?

11:33 16   A.  Two.

11:33 17   Q.  What are the last four digits of both numbers?

11:33 18   A.  3276 for the first one.  8086 on the second one.

11:33 19   Q.  Going now to page three.  Do you see here it says synch

11:34 20   source?

11:34 21   A.  Yes.

11:34 22   Q.  What is that referred to?

11:34 23   A.  What I said earlier the contact could be inputted into the

11:34 24   device by the user or be imported to the device from a

11:34 25   different application.

11:34  1    Q.   What does com.Google tell you?

11:34  2    A.   It comes from Google.

11:34  3    Q.   Going to page four.   We see here synch source.   What does

11:34  4    that tell us?

11:34  5    A.   Same thing where the contact originated from.

11:34  6    Q.   Where does it originate?

11:34  7    A.   WhatsApp.

11:35  8    Q.   Going to page five of Government's Exhibit 15 C 2; page

11:35  9    six.   Do you see where it says name and display name?

11:35  10   A.   Yes.

11:35  11   Q.   It is display name and the name twice, you see that?

11:35  12   A.   Yes.

11:35  13   Q.   What do those columns represent?

11:35  14   A.   The name from that contact.

11:35  15   Q.   What is the difference between display name and the name?

11:35  16   A.   I am not a hundred percent sure on this one. It could be

11:36  17   from what the user -- what the person has displayed on their

11:36  18   WhatsApp account -- the name could be the name it was saved

11:36  19   under on the device not WhatsApp itself.

11:36  20   Q.   Is it possible in WhatsApp if I have someone displayed as a

11:36  21   S and the name is T if I get a call I will see S?

11:36  22   A.   Correct.

11:36  23   Q.   On my phone?

11:36  24   A.   Yes.

11:36  25   Q.   Showing you what is admitted as Government's Exhibit 15 C.

11:36  1   A.   Yes.

11:37  2   Q.   How many pages is it?

11:37  3   A.   24.

11:37  4   Q.   The first date listed on page one is what?

11:37  5   A.   March 18, 2022.

11:37  6   Q.   If we go to the last page, what is the last date as it is

11:37  7   listed here?

11:37  8   A.   April 27, 2022.

11:37  9   Q.   Do you see the column here on the far right-hand side?

11:37  10  A.   Yes.

11:37  11  Q.   What does that represent?

11:37  12  A.   The application where the messages originated from.

11:38  13  Q.   And are all of these Whatsapp messages from the device the

11:38  14  numbers associated with Ms. Maynard for the time period we just

11:38  15  discussed?

11:38  16  A.   Yes.

11:38  17  Q.   Which is March 18, 2022, through April 27, 2022, correct?

11:38  18  A.   Yes.

11:38  19  Q.   Taking you to page one, the time here, what does that

11:39  20  represent?

11:39  21  A.   The time the message was received.

11:39  22  Q.   For the record we are on page one of the Government's

11:39  23  Exhibit 15 C 6.  Do you see for the first two -- one says

11:39  24  incoming and one says outgoing?

11:39  25  A.   Yes.

11:39  1    Q.   What does that represent?

11:39  2    A.   The incoming represents the message is received to the

11:39  3    physical device which in this case would be 15 A and outgoing

11:39  4    the message is going from the device to the specific contact

11:39  5    number on the left hand side.

11:39  6    Q.   So green represents what?

11:39  7    A.   Outgoing.

11:39  8    Q.   And gray represents what?

11:39  9    A.   Incoming.

11:39  10   Q.   I see the name Andrew A Fahie?

11:40  11   A.   Yes.

11:40  12   Q.   What does that reflect?

11:40  13   A.   The contact to where that message went to.

11:40  14   Q.   We are on page one here.   Scrolling down. Page one that is

11:40  15   labeled chat number six.   What is the date and time of this

11:40  16   message?

11:40  17   A.   March 22, 2022, 10:11 a.m.

11:41  18   Q.   Is this also in UTC minus four?

11:41  19   A.   Correct.

11:41  20   Q.   Publishing chat seven, publishing chat eight. Now going to

11:41  21   page two of the same exhibit Government's 15 C 6.   Going to

11:42  22   page two, chat two.   What is the date and time here?

11:42  23   A.   March 23, 2022, 8:37 a.m.

11:42  24   Q.   And chat three.   What is the date and time here?

11:42  25   A.   March 23, 2022, 3:19 p.m.

1   Q.  Going to page five, chat number three.  What is the date

2   and time here?

3   A.  March 30, 8:04 a.m.

4   Q.  Continuing to publish chat four.  Publishing chat five. On

5   page six. Now page seven.  Now showing chat two.  Now we are on

6   page eight. Chat seven, page eight going to page nine.  We are

7   now on page nine. What is the date of chats one through three?

8   A.  April 1st, 2022.

9   Q.  Publishing now chats three and four and five.  Publishing

10  now page ten.  Now on page 11.  Turning your attention to chat

11  number three. What is the date and time here?

12  A.  April 2nd, 2022.

13  Q.  What is depicted within the chat here?

14  A.  An attachment; a document.

15  Q.  If we hover here what does that tell us?

16  A.  The path to where that document is stored.

17  Q.  Do you see here it says messages chat 77?

18  A.  Yes.

19  Q.  Still within Government's Exhibit 15 C 6.  Going here to

20  chat 77.  What is the date here?

21  A.  April 2nd, 9:54 a.m.

22  Q.  What type of message is this?

23  A.  Incoming.

24  Q.  Publishing the attachment here which is a part of chat

25  number three on page 11 of Government's Exhibit 15 C 6.

11:50  1    We are back to Government's Exhibit 15 C 6.   Going to page 13.

11:51  2    Chat three, page 13.  What is the date here?

11:51  3    A.   April 5th, 2022.

11:51  4    Q.   Do you see where it says Miami to Saint Martin?

11:52  5    A.   Yes.

11:52  6    Q.   Are you familiar with Saint Martin?

11:52  7    A.   Yes.

11:52  8    Q.   How are you familiar with it?

11:52  9    A.   I am from Puerto Rico and so it is one of the islands that

11:52  10   is East to the island of Puerto Rico.

11:52  11   Q.   Showing you Government's Exhibit 24 B.  Do you recognize

11:52  12   what is depicted there?

11:52  13   A.   Can you repeat the question?

11:52  14   Q.   Showing you what has been marked for identification as

11:52  15   Government's Exhibit 24 B for identification.  Do you recognize

11:53  16   what is reflected here within the document Government's

11:53  17   Exhibit 24 B?

11:53  18   A.   Yes.

11:53  19   Q.   What is reflected here?

11:53  20   A.   The Island of Saint Martin.

11:53  21   Q.   Is that a fair and accurate depiction of the island of

11:53  22   Saint Martin and various locations within it?

11:53  23   A.   Yes.

11:53  24          MR. McLAUGHLIN:   At this time we would move for the

11:53  25   admission of Government's Exhibit 24 B.

11:53   1           MS. VAN VILET:  I believe we stipulated to this last

11:53   2   week.

11:53   3           THE COURT:  I believe that was A.

11:53   4           MS. VAN VILET:  Well, we will stipulate to B as well.

11:53   5           THE COURT:  24 B is agreed to and so it is admitted

11:53   6   and it may be shown to the jury.

11:54   7   Q.  Let's go back to Government's Exhibit 15 C 6.  Going to the

11:54   8   discussion about Saint Martin.  Showing you now Government's

11:54   9   Exhibit 24 B.  Are you aware of the two countries that control

11:54   10   Saint Martin?

11:54   11   A.  Yes.

11:54   12   Q.  What two countries?

11:54   13   A.  France and the Netherlands.

11:55   14   Q.  Do they control different portions of the island?

11:55   15   A.  Yes.

11:55   16   Q.  And who controls what portion of the island?

11:55   17   A.  The North is controlled by France and the South is

11:55   18   controlled by the Netherlands.

11:55   19   Q.  Going back to Exhibit 15 C 6; and we will continue to

11:56   20   publish.  We are at the top of 14; chat one.  What is the date

11:56   21   and time?

11:56   22   A.  April 5th, 2022, 4:13 p.m.

11:56   23   Q.  If we hover right here, what is the chat number listed

11:56   24   here?

11:56   25   A.  Chat 95.

11:57  1   Q.  Showing you the attachment which is chat 95.  Taking you

11:58  2   back to Government's Exhibit 15 C 6.  Continuing to publish.

11:58  3   We are on page 14.  We are now on page 15.  We are on page 15,

11:59  4   chat three.  What is the date and time here?

11:59  5   A.  April 6th, 2022, 9:49 p.m.

11:59  6   Q.  What type of message is it?

11:59  7   A.  Outgoing.

11:59  8   Q.  Still on page 15 of Government's Exhibit 15 C 6.  We are

12:00  9   now on page 16. Focusing on chat number two.  What is the date

12:00  10  and time?

12:00  11  A.  April 8, 2022, 12:09 a.m.

12:00  12  Q.  Focusing on chat number three.  What type of message is

12:00  13  this?

12:00  14  A.  Outgoing.

12:01  15  Q.  Going to the bottom of 18.  What is the date and time here?

12:01  16  A.  April 13, 2022, 8:43 a.m.

12:01  17         THE COURT:  Mr. McLaughlin, would this be a good time

12:02  18  to break for lunch?

12:02  19         MR. McLAUGHLIN:  It would Your Honor.

12:02  20         THE COURT:  All right. We will take a brief lunch

12:02  21  recess at this time, ladies and gentlemen.

12:02  22         I would ask that you be back at 12:40. Remember, don't

12:02  23  talk about the case, and I will see you back at 12:40.

12:02  24         COURT SECURITY OFFICER:  All rise.

       25                         LUNCH RECESS TAKEN

```
 1              THE COURT:  Please be seated everyone.   It seems

 2    like we have a problem.   I'm going to pass you the note that I

 3    received from juror number ten, Ms. Barreras.

 4              She begins the note by say that she is deeply upset

 5    -- and I am paraphrasing -- as are some of my fellow jurors.

 6              The first issue is; it appears they have been talking

 7    to each other about the case.

 8              She also says in the note that their civic duties are

 9    being taken advantage of.   It is a fairly lengthy note, which

10    you all have at your tables now, and which will be marked and

11    made a part of the trial record.

12              She talks about the fact that they have the right to a

13    speedy trial and that the process is being drawn out -- again

14    paraphrasing -- and asks that the lawyers respect their time.

15         The record will obviously reflect we are certainly

16    respecting the time and schedules of this jury, where we have

17    recessed early because of child care needs.

18         Which of course is going to lengthen the time it takes

19    to conclude the trial since we are not working full eight hour

20    days every day.

21              So, I need to bring Ms. Barreras out to see how many

22    jurors she has spoken to and why since I have instructed them

23    they are not even speak with each other until the end of the

24    case they are having any conversation.

25
```

1          And we also had juror number four Mr. Rolando Ramirez

2    who says he worked with somebody he saw in the back of the

3    courtroom; although he couldn't give us a name.

4          I don't really think I need to talk to him about

5    that -- unless you want me to -- he just wanted to let us know

6    that he had seen that person and did not know if they would be

7    a witness or not.

8          I can assure him, or the entire panel, that there are

9    no witnesses allowed to be in the courtroom while the trial is

10   ongoing; and therefore there's no issue about his seeing

11   someone; which I'm not sure who this person is since he did not

12   give us a name.

13         But I'll give you a moment to digest the note.

14                 BRIEF PAUSE IN THE PROCEEDINGS

15         MS. VAN VLIET:  So, Judge, after reading through the

16   note...

17         THE COURT:  Into the microphone.

18         MS. VAN VLIET: The way I'm reading this note, it seems

19   to me if there was any discussion -- it may have been just a

20   poor choice of words on her part -- it appears any conversation

21   was not of a substantive nature in terms of what was said.

22         THE COURT:  I think that's right.

23         MS. VAN VLIET:  But I do think you need to kind of

24   nail that down.

25

1    THE COURT:  The problem is -- even if the discussions
2    were not of a substantive nature -- the fact that they have
3    talked about their belief that the case should be moving along
4    "zippier" is, in essence, a comment on the evidence.
5    MS. VAN VLIET:  Agreed.
6    THE COURT:  All right. Does the Government have any
7    comment or anything they wish to put on the record before I
8    bring out Ms. Barreras?
9    MR. GERARDE:  No, Judge.
10    THE COURT:  Michael, If you would ask Ms. Barreras to
11    come into the courtroom.
12    COURT SECURITY OFFICER:  All rise.
13    THE COURT:  Everyone may be seated.
14    So, Ms. Barreras, I have received your note.  Let me start by
15    reading the first line.  I am deeply upset, as are some of my
16    fellow jurors...
17    So, the first question I have is whether you have been
18    speaking to your fellow jurors about the conduct of this case?
19    JUROR BARRERAS:  Well, not necessarily the conduct but
20    the -- as we walked inside, we're saying, oh, this is taking so
21    long; but no words about what's being said in the process.
22    We make sure -- because we know that, that could be,
23    you know, considered talking about the case and things of that
24    nature.
25

1          THE COURT:  Okay.

2          JUROR BARRERAS: So, more like just talking about our

3     time.

4          THE COURT:  Let me get to that point, Ms. Barreras,

5     because during the jury selection I told you how long the case

6     may take to try.

7          I also asked the members of the jury panel what if any

8     issues there may be with their being able to serve as jurors in

9     the case in terms of the timeframe that I said it may take to

10    try the case.

11         There were those who spoke about longstanding doctor's

12    appointments, some upcoming travel, as well as having to pick

13    up their children from school by a certain time.

14         And so we have been recessing for most of the trial at

15    2:30 in order to accommodate the jurors' schedules because we

16    know that it is sometimes difficult to get someone else to step

17    in to do that for the time period we will be in trial here.

18         And so when you mentioned your civic duty requirements

19    being taken advantage of -- as well as a right to a speedy

20    trial -- there is absolutely no requirement that a Judge set

21    their trial schedule around a juror or jurors' schedules.

22         The only requirement involved in jury service is that

23    the parties, as well as the members of the jury, adhere to the

24    Court's orders governing the case.

25

1          Again, we have been very respectful of everyone's

2   time; and have adjusted the trial schedule accordingly. And

3   just so you understand, the right to a speedy trial belongs to

4   the litigants, not the jurors.

5          This is an important case, and the parties are trying

6   it in accordance with the evidence pertaining to the case; as

7   well as the rules of evidence.

8          And I need for you to understand that even talking

9   about how fast "or not" the case is going is something of a

10  comment on the substance of the case.

11         And so I would ask that you refrain from any further

12  conversation in that regard.  And if other jurors bring that

13  topic up, then either let me know or you can just tell them

14  that we are not allowed to talk about the case.

15         JUROR BARRERAS:  Understood.

16         THE COURT:  All right. I wanted to address the things

17  that you had set out in your note since they are important to

18  your service as a part of the jury trying this case.

19         JUROR BARRERAS:  I apologize.  I don't think that we

20  were aware -- because we would never want to disrespect you or

21  the "Court" -- in talking about the time that, that would be

22  considered discussing the case.

23         And we won't moving forward do it again.

24         THE COURT:  I got that sense; but I wanted to make

25  certain that you understood.

 1          That's why I wanted to bring you in and have the

 2   conversation. It's like the jury instruction I give about

 3   forming an opinion of the evidence early because you have to

 4   wait till the very end.

 5          And so even addressing the pace could lead to an early

 6   opinion; and you want to keep an open mind.

 7          All right. You can go back into the jury room.

 8                         JUROR EXCUSED

 9        THE COURT:  All right.  Ms. Van Vliet, I'll give you a

10   moment to speak with your client.

11        MR. GERARDE:  We will step to the back of the

12   courtroom.

13             (BRIEF PAUSE IN THE PROCEEDINGS)

14        MS. VAN VLIET:  Thank you, Judge.

15        THE COURT:  Any thoughts, comments?

16        MR. GERARDE: Judge, our thought would be that the

17   entire panel should be advised that they cannot talk about the

18   timing of the case.

19        THE COURT:  Okay.

20        MS. VAN VLIET: We have no objection.

21        THE COURT:  Here is what I have written out; I want to

22   advise you that any discussion about this trial, including the

23   length of the trial, the pace and presentation of evidence in

24   the trial is prohibited.

25

```
 1              That is because you have sworn to be fair and to wait
 2    until all the evidence is presented before discussing with each
 3    other matters related to this trial.
 4              MR. GERARDE:  That's fine.
 5              MS. VAN VLIET:  Defense is fine with that language.
 6              THE COURT:  Also, as to Juror Ramirez's comment about
 7    somebody being in the back -- I may add this -- I also wish to
 8    advise the jury that no witnesses are ever present in the
 9    courtroom and only observers and the public are seated in the
10    gallery.
11              MR. GERARDE: That's fine, Judge.
12              THE COURT:  Ms. Van Vliet.
13              MS. VAN VLIET:  We are fine with the entirety of what
14    Your Honor has read.
15              THE COURT:  All right. Bring in our jury, please.
16              COURT SECURITY OFFICER:  All rise for the jury.
17              THE COURT:  Everyone may be seated.
18              All right.  Ladies and gentlemen of the jury, there
19    are a few things I'd like to address before we proceed this
20    afternoon.
21              I want to advise you that any discussion about this
22    trial, including the length of the trial, the pace and the
23    presentation of evidence in the trial is prohibited.
24              When I say you cannot talk about the trial, I mean you
25    cannot talk about the trial in any way.
```

48

1          Again, you have sworn an oath to be fair and impartial

2     jurors in the case.

3          And I have instructed you as a matter of law that you

4     must wait until the lawyers have given their final arguments, I

5     have given you my final instructions on the law before you

6     begin to have any discussion about the case.

7          This is an extremely important matter for both sides

8     and they are both counting on your upholding that oath that you

9     took at the beginning of the case.

10         The other matter is something that I probably should

11    have told you earlier and didn't think to do; but you will

12    never see a witness in the courtroom.

13         You'll see them coming in and taking the witness

14    stand, but you will never see them actually in the courtroom.

15    The only persons who are allowed in the courtroom are observers

16    or members of the public.

17         The witnesses always are outside until they're allowed

18    in to give you their testimony and then they leave.  And so I

19    wanted to make that clear if there was any question about folks

20    coming in and out of the courtroom throughout the trial.

21         And with that, Mr. McLaughlin, you may proceed.

22         MR. MCLAUGHLIN:  Thank you, Your Honor.

23    Q.  All right. Mr. Cortes, I believe we left off on page 18 of

24    Government's 15 C.  Drawing your attention down here; what is

25    the date of this text message?

1   A.   April 13th, 2022.

2   Q.   And the time?

3   A.   8:43 a.m.

4   Q.   Going back to 15 C6, it's 4/13, year 2022, and comparing

5   that to 20 C4 to page 101.   What is the date and time here on

6   page 102, Government's 20 C4?

7   A.   April 12th, 2022, 4:49 p.m. UTC four.

8   Q.   Can we go back to 15 C6.   This is here the next day.

9   A.   Yes.

10  Q.   The next morning.   Publishing page 19.   Now going to page

11  21 of Government's 15 C6.   And what is the date here, Mr.

12  Cortes?

13  A.   April 19th, 2022.

14  Q.   And the chat number here?

15  A.   145.

16  Q.   And I'm publishing the attachment here.   15 C6 down here to

17  page 22.   What is the date here on chat number 4?

18  A.   April 22nd, 2022.

19  Q.   Publishing on page 23, still within Government's 15 C6.

20  And focusing on chat two, what is the date and time here?

21  A.   April 27th, 2022; 9:29 a.m.

22  Q.   Taking you back to 15 C2, and going to page 7.   What is the

23  name listed here on page seven?

24  A.   Roxanne Sylvester

25  Q.   Publish page 8, page 9, page 10, 11; now page 12, 13, 14.

1    Taking you to page 16 at the bottom.  What is the name listed

2    here?

3    A.   Roy Garwin (phonetic).

4    Q.   And the last four of that number?

5    A.   0993.

6    Q.   And based on the area code here, what type of phone number

7    is this?

8    A.   This is from the British Virgin Islands.

9    Q.   And the last four of the number again?

10   A.   0993.

11   Q.   Thank you.  Page 17, 18, 19, page 20, page 21 and also page

12   22.  Now do you see here the difference between display name

13   and name?

14   A.   Yes.

15   Q.   If we see here, what kind of contact is this based on

16   related application?

17   A.   WhatsApp.

18   Q.   And still the same last four of all the others we've looked

19   at for this individual?

20   A.   Correct.

21   Q.   The name listed here underneath display name is what?

22   A.   R.

23   Q.   I'm going to show you what's been admitted as Government's

24   Exhibit 15 C9.  How many pages is this document, Mr. Cortes?

25   A.   One page.

1    Q.   Let me see here.  What is the date listed here?

2    A.   April 27th, 2022.

3    Q.   So if we look here at column three, what are we looking at

4    here?

5    A.   It's a message, a WhatsApp message.

6    Q.   And this is from what phone number?

7    A.   WhatsApp contact 9325, the last four.

8    Q.   And who is it to?

9    A.   20993.

10   Q.   Looking at column four, what is the time of this message?

11   A.   5:23 p.m.; UTC four.

12   Q.   If we go to column five, what is signified here in the far

13   right?

14   A.    This is some sort of an attachment.  Seems like a video

15   file.

16   Q.   I'm showing you the file folder within Government's Exhibit

17   15 C9.  And what is the last four here on this file?

18   A.   0126.

19   Q.   Is that the same file that is in here within Government's

20   15 C9 column five?

21   A.   Yes.

22   Q.   That's an attachment.  Now taking you back to 15 C1, we see

23   here -- taking you to April 20, April 7th and 8th -- We're on

24   page 10 of 15 C1; do you recognize the number ending in 0993

25   here on April 7th on pages 10 and 11?

```
 1   A.   Yes.

 2   Q.   And what's the time of that outgoing call?

 3   A.   April 7th, 2022.  9:44 p.m. UTC four.

 4   Q.   And if we see here on page 11, chat two, what is the time

 5   of this call?

 6   A.   4:48 p.m. UTC four.

 7   Q.   And duration?

 8   A.   Seven minutes and four seconds.

 9   Q.   We're still on page 11 of Government's 15 C1, column six.

10   What are the last four digits of this number here?

11   A.   0993.

12   Q.   And the time of the call?

13   A.   6:45 a.m. UTC four.

14   Q.   I'm showing you on page 8 -- taking you back to 15 C2 --

15   excuse me, I'm taking you down here to April 27th, page 14.  Do

16   you recognize the number ending in 0993 here at column two?

17   A.   Yes.

18   Q.   What is the time of this outgoing call?

19   A.   4:40 p.m. UTC four.

20   Q.   And what does missed tell us here; call type?

21   A.   So that call was made and it was never answered.

22   Q.   Column six through 12, what is the number being dialed?

23   A.   The 0993.

24   Q.   Taking you to page 15 -- still in Government's 15 C1 --

25   column four.  Do you recognize the number ending 0993?
```

1   A.   Yes.

2   Q.   And what's the time of this outgoing call?

3   A.   10:02 p.m. UTC four.

4   Q.   And the duration?

5   A.   14 minutes and 40 seconds.

6   Q.   Taking you back to Government's 15 C2, page 23.  What's the

7   name listed here on page 23.

8   A.   Dory, I'm going to spell it because I can't pronounce that,

9   M-I-N-E.

10  Q.   And the last four here?

11  A.   9709.

12  Q.   Going to page 24, 25, at page 26.  Now showing you, Mr.

13  Cortes, what has been admitted as Government's 15 C10.   How

14  many pages is this document?

15  A.   22.

16  Q.   And the first date here?

17  A.   May 10th, 2021.

18  Q.   Last page, page 22, What is the last date here?

19  A.   April 27th, 2022.

20  Q.   Let me ask, Mr. Cortes, these are all of the messages

21  between these two numbers for this date range?

22  A.   Yes.

23  Q.   On page 1, showing chat five, showing page 3 -- on page 3,

24  what is the date here?

25  A.   Chat five.   January 25th, 2022.

1    Q.   Page 4.   What is the date here?

2    A.   February 19th, 2022.

3    Q.   Page 6.   Going on to page 7.   What's the date here?

4    A.   February 25th, 2022.

5    Q.   I should say the chat -- labeled chat two on page 7 -- now

6    on page 8.   And the date here?

7    A.   March 11th, 2022.

8    Q.   Chat eight.   What's the date here?

9    A.   March 11th, 2022.

10   Q.   I'm showing page -- on page 11, 12, on page 13, chat

11   four -- what is the date here?

12   A.   April 13th, 2022.

13   Q.   Going to page 14 at chat six.   What's the date here?

14   A.   April 19th, 2022.

15   Q.   Page 15.   Focusing on chats one and two.   What is the date

16   listed here?

17   A.   April 25th, 2022.

18   Q.   Page 18.   Taking you to chat two, the date here?

19   A.   April 26th, 2022.

20            MR. MCLAUGHLIN:   Your Honor, could we take a brief

21   recess?

22            THE COURT:   Ladies and gentlemen, we will take our

23   last short recess for the day.   Don't talk about the case and

24   I'll see you back here in about five minutes.

25            COURT SECURITY OFFICER:   All rise.

1                          JURY EXCUSED

2              MR. MCLAUGHLIN:  Your Honor, I have spoken with Ms.

3    Van Vliet about this.  We have a short witness here, Jonathan

4    Adams, who should be pretty brief.  If we could take him out of

5    turn.  The witness we have on now is going to take a little bit

6    longer.

7              MS. VAN VLIET:  We have no objection to taking the

8    witness out of turn.

9              THE COURT:  All right. I will bring the jury back and

10   let them know due to a scheduling issue we are going to be

11   taking this witness out of turn.

12             All right. Let's all take about a three minute comfort

13   break.

14                          RECESS TAKEN

15             THE COURT:  Bring our jury back, please.

16             COURT SECURITY OFFICER:  All rise for the jury.

17             THE COURT:  Everyone may be seated.

18             Ladies and gentlemen, there is a scheduling issue with

19   one of our witnesses and so we are going to bring him in now,

20   what is known as out of turn, and so we're going to press pause

21   with Agent Cortes and the Government is going to call another

22   witness.

23             Mr. Gerarde, please call your next witness.

24             MR. GERARDE: United States calls Jonathan Adams.

25

1        THE COURT:  All right.  Sir, come up to be sworn.

2                         WITNESS SWORN

3        THE COURT:  You may proceed.

4        MR. GERARDE:    Thank you, Your Honor.

5   Q.   Please state your name for the record.

6   A.   My name is Jonathan Adams.

7   Q.   Good afternoon, Mr. Adams, where are you currently

8   employed?

9   A.   I'm currently employed with U.S. Customs and Border

10  Protection Air Marine Operations.

11  Q.   What is your position with Customs and Border Protection

12  Air Marine Operations?

13  A.   I'm an Air Marine Agent and I'm currently assigned to the

14  Air Marine Cyber Investigations Team.

15  Q.   All right. How long have you been with the Air Marine Cyber

16  Investigations Team?

17  A.   Since January of 2020.

18  Q.   And prior to being a part of the Cyber Investigations Team,

19  where were you employed?

20  A.   I was employed with the U.S. Customs Border of Protection

21  since 2009.  Prior to that I was with Pinellas County Sheriff's

22  Office for nine years.

23  Q.    So working with the Air Marine Cyber Investigations Team,

24  what are your duties and responsibilities?

25

1   A.   My main duties and responsibilities are to extract and

2   preserve data from electronic devices.

3   Q.   What types of electronic devices?

4   A.   Predominantly mobile phones.

5   Q.   Have you received any training in extracting and analyzing

6   electronic evidence?

7   A.   Yes, I have.

8   Q.   Can you explain that training?

9   A.   Yes.   In January of 2020, I participated in a three week

10  Digital Forensic Imaging course and I've successfully completed

11  that course for Digital Forensics Imaging and also specific

12  vendor training for the tools that we use in the field.

13  Q.   So that last part you said specific vendor training for the

14  tools that you use?

15  A.   Yeah.

16  Q.   What are some of the tools you use as vendors?

17  A.   Cellebrite -- which I'm a Cellebrite Certified Operator as

18  well as GrayKey, which I'm a GrayKey operator as well.

19  Q.   Let's take Cellebrite.   What would be vendor specific

20  training for Cellebrite?

21  A.   It was their Cellebrite Certified Operator course.

22  Q.   Can you explain what that course consisted of?

23  A.   It teaches you how to use the digital forensics tools that

24  are provided to us to use in the field.

25

1    Q.   Do you get any certification or have to pass a test at the

2    end of that course?

3    A.   Yes.   There's a test that's passed and the certification is

4    Cellebrite Certified Operator.

5    Q.   Is there any annual re-certification or continuing training

6    you need to do for Cellebrite?

7    A.   Yes.   There's a recurrent certification every two years for

8    Cellebrite as well as our own mandatory two year -- every year

9    training for two weeks at a time.

10   Q.   Are you current with your recertification for Cellebrite?

11   A.   I am, yes.

12   Q.   In April of 2022, were you current with that training?

13   A.   Yes, I was.

14   Q.   All right.   Let's talk about GrayKey.   What is GrayKey?

15   A.   It is a digital forensics tool that we utilize to gain

16   images of the cellular devices.

17   Q.   Have you completed any vendor specific training for

18   GrayKey?

19   A.   Yes, I have.   GrayKey Operator -- I'm a GrayKey Operator

20   certified.

21   Q.   All right.   What did that training and certification

22   consist of?

23   A.   Vendor training and a course test.

24   Q.   Well, what was the training?   How long did it go?   What did

25   you have to do?

1   A.    It was to take a test.  It was online courses that you

2   would take that would lead up to the test itself.

3   Q.    What if any re-certification or continuing education

4   requirements are there to maintain your GrayKey certification?

5   A.    Every year I retake the test for GrayKey operator.

6   Q.    Were you current with that certification in April of 2022?

7   A.    Yes, I was.

8   Q.    What vendor specific training, if any, have you done for

9   XRY?

10  A.    Just basic training for XRY itself.

11  Q.    And what about Magnet Forensics?

12  A.    I'm also certified -- I've taken vendor specific training

13  for Magnet Forensics.

14  Q.    In April of 2022, were you current with your training for

15  Magnet Forensics?

16  A.    I had not taken that training before.

17  Q.    You mean -- so, in the course of this case you did not use

18  Magnet?

19  A.    No, I did not.

20  Q.    All right. Since you began examining electronic devices, up

21  until this point, can you estimate how many devices you've

22  examined in forensic -- using the forensic tool that you've

23  discussed?

24  A.    Over 200.

25

1        MR. GERARDE:  Your Honor, the Government moves for

2   Special Agent Adams to be qualified as an expert in digital

3   forensics imaging.

4        MS. VAN VLIET:  No objection, Your Honor.

5        THE COURT:  All right.  You may proceed, Mr. Gerarde.

6      MR. GERARDE: Thank, you Judge.

7   Q.  Special Agent Adams, let's talk about the preservation of

8   electronic evidence.  So when law enforcement receives an

9   electronic device, are there any steps that law enforcement

10  will take to preserve evidence that may be on the device?

11     And let's talk about cell phones.

12  A.  Specifically, in cell phones, we isolate the device first

13  and foremost.  It typically comes to us isolated, meaning that

14  it is placed in airplane mode or put into something called a

15  Farady bag, which allows -- does not allow any radio emissions

16  from the device or to receive any information.

17  Q.  All right. So when a device cannot receive or transmit any

18  information, how does that preserve evidence that may be on the

19  device?

20  A.  It doesn't allow it to touch any type of outside web or --

21  or network.

22  Q.  So does that limit an individual's remote access to a

23  device?

24  A.  Yes, it does.

25

1  Q.  Can you explain -- so you have a cell phone, it's isolated

2  from the network, can you explain the process for getting the

3  data off of that device?

4  A.  Yes.  When I receive the device, my initial process is to

5  first look at the authority that I'm able to actually image the

6  device itself.  Once I establish that authority, I assess the

7  device for any damage to the screen, the ports, if there's any

8  water intrusion.

9      And once this is -- determination is made that the device

10  can be imaged I then move on to the next step of the process

11  where I actually plug it into the digital forensics tool and

12  follow the onscreen prompts -- tools that actually guide you

13  through the process.

14      There's at the same time a log that's being generated that

15  would indicate any type of errors.

16      So we monitor for any errors in the log and then once it is

17  done it will -- the tool itself will tell us if we have a

18  successful extraction or not.

19  Q.  Once there is a successful extraction, what data are you

20  left with?

21  A.  It depends on what the software -- the current software,

22  what it supports for that specific device, but we're usually

23  left with an image that is a mirror image of the device itself.

24  Q.  A mirror image of the device itself.  Is that something

25  that is readable to an investigator?

1   A.   Not in that current state.   It's a raw data image, which is

2   ones and zeros and it's not readable at all.

3   Q.   So what further analysis must be done to get the raw image

4   in a readable format?

5   A.   Once that process is done, we move it onto Government

6   digital media and then that media is then what we call parsed

7   and it's -- we use other law enforcement tools and software to

8   make sense of that data and it -- parsing it out will allow us

9   to see the images and the e-mails as you would in your own cell

10   phone.

11   Q.   So what was your responsibility in this case?

12   A.   I was asked to support DEA with the cell phone extractions

13   -- with multiple cell phone extractions.

14   Q.   So specifically are we talking about the imaging process?

15   A.   Yes, specifically just raw data imaging.

16   Q.   Okay.   So before you on the witness stand is Exhibit 17A,

17   18A and 19A, do you see those cell phones?

18   A.   I do, yes.

19   Q.   Do you recognize those cell phones?

20   A.   I do, yes.

21   Q.   Showing you Exhibits 17A, 18A and 19A.   Now showing you

22   Government's Exhibit 18D

23        Special Agent Adams, do you recognize Government's Exhibit

24   18D?

25   A.   I do, yes.

1   Q.   Okay.  What is this?

2   A.   It's the consent to search -- it's the consent to search

3   form that I was provided on the 20th of April 2022.  It was

4   signed -- it was told to me that it was signed by Ms. Oleanvine

5   Maynard and it also included two of the pass codes out of the

6   three devices that I was provided.

7                    MR. GERARDE   Okay.  The Government moves 18D into

8   evidence.

9                    THE COURT:  All right.  Any objection?

10                   MS. DELGADO:  No objection, Your Honor.

11                   THE COURT:  18D is admitted?

12  Q.   So, Special Agent Adams, looking at the cell phones 17A,

13  18A and 19A, are those cell phones referenced in the

14  Government's Exhibit 18D, the consent to search form?

15  A.   Yes, they are.

16  Q.   Can you locate in front of you Government's Exhibits 21A

17  and 22A?

18  A.   Okay.

19  Q.   Okay.

20  A.   I have 22A.

21  Q.   Okay.  Were you asked to perform any additional forensic

22  analysis of those two phones?

23  A.   I was.

24  Q.   What was your authority to search those two?

25  A.   Search warrant.

1   Q.   So let's go back to Exhibit 17 A.  Can you hold up that

2   phone?

3   A.   (WITNESS INDICATES FOR THE RECORD.)

4   Q.   Was that one of Ms. Maynard's phones?

5   A.   It is.

6   Q.   What software did you use to analyze that phone?

7   A.   That was a digital forensics tool; the GrayKey.

8   Q.   Okay.  And so what did you get using the GrayKey?

9   A.   I got a full file system extraction of that -- it is a

10  GrayKey and I got a full file system -- which is a mirror image

11  of the device itself.

12  Q.   Showing you what has been marked for identification only as

13  Government's Exhibit 17B.  Are you familiar with the data in

14  Government's Exhibit 17B?

15  A.   Yes.

16  Q.   All right.  And what is Government's Exhibit 17B for

17  identification?

18  A.   It's a UFDR file which was a report generated in Cellebrite

19  physical analyzer.

20  Q.   So was the data contained in Government's Exhibit 17B for

21  ID taken from Oleanvine Maynard's iPhone 11, Government's

22  Exhibit 17A?

23  A.   It was, yes.

24  Q.   And how can you make that determination?

25

1    A.   The preliminary device report for this was provided to me

2    to compare, I used this extraction and also generally to the

3    preliminary device report, and in doing so, I compared the two,

4    and they had the same IMEI -- which is the international mobile

5    device -- International Mobile Equipment Identity.  And those

6    were the exact same, indicating the same.

7    Q.   When you said those were the exact same, what are you

8    referencing?

9    A.   I'm saying that that -- that device there came from that

10   extraction.

11   Q.   And that was done using the IMEI; is that correct?

12   A.   And that's what I used to compare, yes.

13   Q.   So from looking at Government's Exhibit's 17B for

14   identification did Oleanvine Maynard's iPhone II appear to be

15   used after December of 2021?

16   A.   I wasn't asked to look and see -- I don't have anything up

17   in front of me right now indicating it and I don't have any

18   knowledge of when it was used last.

19   Q.    Were you asked to look up any phone numbers in the cell

20   phone extraction, Exhibit 17B?

21   A.   I was, yes.

22   Q.    All right.  Special Agent Adams, I'm showing you what is

23   in evidence as Governments 20 C4.  Can you read the highlighted

24   number at the top of page 1?

25   A.   Yes; it is 5213384212563.

1   Q.  Did you search for that phone number in Government's

2   Exhibit 17A, the iPhone 11?

3   A.  Yes.

4   Q.  And what results, if any, did you find?

5   A.  I found no results.

6   Q.  Okay.  Let's now focus on Government's Exhibit 18A, the

7   iPhone 13.  What analysis did you perform on Exhibit 18A?

8   A.  That was also a pre key extraction on that device itself;

9   and I got a mirror image of that device created as well.

10  Q.  Subsequent to obtaining the mirror image, what analysis was

11  done?

12  A.   I had a raw data extraction on the 28th of April and it

13  was submitted over to the DEA..

14          THE COURT:  Slow down if you would.

15          THE WITNESS:  My apologies.

16  Q.  Are you aware of whether your raw image was subsequently

17  parsed by law enforcement?

18  A.  Yes.

19  Q.  Showing you what is marked for identification only as

20  Government Exhibit 18B.  Do you recognize this exhibit for

21  identification?

22  A.  Yes.

23  Q.  What is it?

24  A.  It's the Cellebrite UFDR report created in physical

25  analyzer.

1  Q.  Were you able to determine whether the information in

2  Government's Exhibit 18B for identification came from the cell

3  phone introduced into evidence as Government's Exhibit 18A?

4  A.  Yes.

5  Q.  How did you make that connection?

6  A.  I generated a preliminary device report from the extraction

7  and compared the IMEI numbers which they were the exact same.

8  Q.  I am showing you what has been marked for identification as

9  Government's Exhibit 18 C5.  Do you recognize this document?

10 A.  Yes.

11 Q.  What is it?

12 A.  It's the extraction report for the Cellebrite case.

13 Q.  For which exhibit?

14 A.  For 18 C5.

15        MR. GERARDE: Your Honor, the Government submits 18 C5

16 into evidence.

17        MS. DELGADO:  No objection to that.

18        THE COURT:  18 C5 is admitted.

19 Q.  Special Agent Adams, can you identify for the jury where

20 the IMEI is located on this device report?

21 A.  Under device information -- underneath unique ID -- there's

22 IMEI and it's 351680923711968; that is the number I used to

23 identify.

24 Q.  So that screen in front of you is a touch screen.  Can you

25 circle it?

1    A.   Yes.

2    Q.   Special Agent Adams, I'm showing you what has been marked

3    as Government's Exhibit 18 C1 for identification -- a call

4    log -- do you recognize this exhibit?

5    A.   I do, yes.

6    Q.   What information's contained in this exhibit?

7    A.   This is the extraction report call log for the cellular

8    device.

9    Q.   And which cellular device is that?

10   A.    Exhibit 18 A.   The iPhone 13.

11   Q.   Can you read the highlighted date?

12   A.    3/16/2022.

13   Q.   And that's on page 1; is that correct?

14   A.    Yes.

15   Q.   And then going to the bottom which page is this?

16   A.    I believe it's 80, but I can't see it on here.

17   Q.    And what is the date of the final entry?

18   A.    4/20/2022.

19         MR. GERARDE:   Your Honor, the Government would move to

20   admit Exhibit 18 C1 for identification into evidence.

21         THE COURT:   Any objection?

22         MS. DELGADO:   No objection.

23         THE COURT: It is admitted.

24   Q.   Special Agent Adams, how many calls are in this call log?

25   A.    344.

1    Q.   Showing you what's marked for identification as

2    Government's Exhibit 18 C2.   Do you recognize this exhibit?

3    A.   Yes, I do.

4    Q.   All right.   What is this exhibit?

5    A.   It's a WhatsApp communication from Mr. Fahie, at least

6    that's how it's identified in the context, and Ms. Maynard.

7    Q.   Okay.   Was the data from this chat taken from -- was the

8    data from this chat taken from Ms. Maynard's iPhone 13?

9    A.   Yes.

10   Q.   Exhibit 18A?

11   A.   Yes, it was.

12            MR. GERARDE:   At this time the Government submits

13   Exhibit 18 C2 for identification into evidence.

14            MS. DELGADO:   No objection.

15            THE COURT:   Government C2 is admitted.

16   Q.   Special Agent Adams, I'm showing you what has been marked

17   for identification as Government's Exhibit 18 C3.   Do you

18   recognize this exhibit?

19   A.   Yes.

20   Q.   What is this exhibit?

21   A.   It's a WhatsApp communication between contact Kad, Kadeem,

22   and Ms. Maynard as a contact for her in WhatsApp.

23   Q.   Was the information contained in this report taken from Ms.

24   Maynard's iPhone 13 Exhibit 18A?

25   A.   Yes, it was.

1           MR. GERARDE: Judge, at this time, the Government

2    submits Exhibit 18 C3 into evidence.

3           MS. VAN VLIET:  No objection, Your Honor.

4           THE COURT:  All right.  18 C3 is admitted.

5    Q.  Special Agent Adams, I'm showing you what's been marked for

6    identification as Government's Exhibit 18 C4.  Do you recognize

7    this report?

8    A.  Yes.

9    Q.  What's contained in this report?

10   A.  This is an instant message communication between contact

11   KAD and Ms. Maynard.

12   Q.  How many pages is this exhibit?

13   A.  I don't see the bottom of that right now.  I just see one

14   page in front of me right now.  Is that -- yes, one.

15          MR. GERARDE: Your Honor, the Government submits

16   Exhibit 18 C4 for identification into evidence.

17          MS. DELGADO:  No objection, Your Honor.

18          THE COURT:  18 C4 is admitted as well.

19          Mr. Gerarde, I take it that you are going to inquire

20   of our witness for 19B 19 C1 through 4; am I correct in that?

21          MR. GERARDE: That's correct, Judge.

22          THE COURT:  And, Ms. Delgado, is there any objection

23   to this witness admitting 19B and 19 C1 through C4?

24          MS. DELGADO:  No objection, Your Honor.

25          THE COURT:  You may proceed.

1           MR. GERARDE:  And, Judge, for the record, 19B is

2   only for identification.  That's not being moved into evidence.

3           THE COURT:  All right.

4           MR. GERARDE:  C1 through C4.

5           THE COURT:  All right.  You may proceed.

6   Q.  Special Agent Adams, were you asked to search Oleanvine

7   Maynard's iPhone 13 for any phone numbers?

8   A.  Yes.

9   Q.  And I'm showing you Government's Exhibit 20 C4.  Can you

10  read the highlighted number at the top?

11  A.  Yes, it is 5213384212563.

12  Q.  What search, if any, did you do in Ms. Maynard's iPhone 13

13  for this phone number?

14  A.  I searched that phone number in the Cellebrite extraction

15  and I gained a result for that.  There was indication that

16  there was communication between that device and Ms. Maynard's

17  device.

18  Q.  How many entries were there?

19  A.  There were four total entries; one of which was a WhatsApp

20  communication.  I believe the WhatsApp communication created a

21  contact with no name identifier, and then two small photos that

22  were probably just part of the WhatsApp profile.

23  Q.  Can you determine whether the contact was saved into the

24  phone?

25  A.  The contact was not saved into the phone.

1   Q.   Okay.

2   A.   It was just the phone number.

3   Q.   Okay.

4   A.   There was no name associated with the phone itself.

5   Q.   So what you're left with was a -- what appeared to be a

6   conference call involving that number?

7   A.   That's what it appeared to be.

8   Q.   Showing you page 39 of what's in evidence as Governments 18

9   C1, entry 39, directing you to item number 39.   Special Agent

10   Adams, we are back on Exhibit 18 C1.   Do you recognize this

11   exhibit?

12   A.   Yes.

13   Q.   So what is this exhibit?

14   A.   This is the call log for the iPhone 13 account.

15   Q.   Okay.   So going to page 9, item 31, can you read the number

16   that's highlighted?

17   A.   It's 5213384212563.

18   Q.   What is the date associated with that call?

19   A.   4/19/2022.

20   Q.   At approximately what time?

21   A.   12:48:56.

22   Q.   Okay.   What other two numbers are on this phone call?

23   A.   We have that person identified on those -- on the contact

24   is KAD and Ms. Maynard.

25   Q.   Let's switch to the Samsung A12, Government Exhibit 19.

1      What analysis did you perform on that device?

2   A.   That was a Cellebrite extraction on that device that was

3   successful for a mirror image.

4   Q.   Showing you Government's Exhibit 19B for identification.

5   What is Exhibit 19B for identification?

6   A.   19B is the Cellebrite parsed extraction.

7   Q.   Could you determine whether the Cellebrite extraction in

8   19B for identification was taken from the Samsung A12, 19A?

9   A.   Yes.

10  Q.   How did you make that connection?

11  A.   So, I generated the preliminary device report myself and I

12  compared the Android ID number which were the same on both.

13  Q.   I am showing you what's in evidence as Government's Exhibit

14  19 C4.   Do you recognize this document?

15  A.   Yes.

16  Q.   What is this?

17  A.   This is the extraction report for the parts.

18  Q.   Can you circle for the jury where the Android ID is

19  located?   I'm showing you what's in evidence as Government's

20  Exhibit 19 C1.   Can you tell the jury what 19 C1 contains?

21  A.   The extraction report containing the contacts for that

22  device.

23  Q.   I'm showing you what's in evidence as Government's Exhibit

24  19 C2.   Can you tell the jury what's contained in this exhibit?

25  A.   That's the extraction report.

1           It contains the call log for the same device.

2    Q.   And I'm showing you what is in evidence as Government's

3    Exhibit 19 C3.  Can you tell the jury what's contained in

4    Exhibit 19 C3?

5    A.   Yes.  That's the extraction report containing instant

6    messages for the same device.

7    Q.   So with regard to this Samsung A12, did you search for any

8    phone numbers in the full extraction report?

9    A.   Yes.

10   Q.   I'm showing you the first page of Exhibit 20 C4.  Do you

11   see the number that you searched for on page 1 of this exhibit?

12   A.   Yes.

13   Q.   And when you searched for this number in the Samsung, A12

14   phone, belonging to Ms. Maynard, how many results, if any, did

15   you find?

16   A.   Zero results, no results found.

17   Q.   Let's turn to Government's Exhibit 21 A.  Who did that

18   belong to?

19   A.   Mr. Kadeem Maynard.

20   Q.   Did you review the Cellebrite report that was extracted

21   from that Exhibit 21A?

22   A.   Yes.

23   Q.   And In Government's Exhibit 21A -- or I should say in the

24   extraction report -- did you search for any phone numbers?

25   A.   Yes.

1   Q.   All right.   Showing you Exhibit 20 C4 on page 1, do you see

2   one of the numbers that you searched for?

3   A.   Yes.

4   Q.   What were the results of that search?

5   A.    No results found.

6   Q.   Now I'm showing you Government's Exhibit 18 C2.   Can you

7   read for the -- on page 1 -- can you read for the jury the

8   number in the top left?

9   A.   Yes.

10   Q.   First message.

11   A.   It's (1-284)542-9325.

12   Q.   What's that contact saved as?

13   A.   It's saved As Andrew Fahie.

14   Q.   Were you asked to search for this phone number in

15   Government's Exhibit 21A?

16   A.   Yes.

17   Q.   Can you explain to the jury what the results of that search

18   were?

19   A.   There were no results found.

20   Q.   Now I'm directing you to Government's Exhibit 22 A.   Can

21   you show that to the jury?   Whose phone did that belong to?

22   A.   Mr. Kadeem Maynard.

23   Q.   Prior to today, have you reviewed the extraction report

24   from Exhibit 22A?

25   A.   Yes.

```
1    Q.   In Exhibit 22A, did you search for the same two numbers?

2    A.   Yes.

3    Q.   And to be specific, what were -- what were those two

4    numbers?

5    A.   The first (1284)542-9325 -- with contact name Andrew Fahie.

6    Q.   And what results, if any, did you find for that contact via

7    that flip phone?

8    A.   No results found.

9    Q.   All right.  Can you read the last four of the second number

10   that you searched for in the extraction of the flip phone?

11   A.   2563.

12   Q.   What were the results of that search?

13   A.   No results found.

14            MR. GERARDE: Judge, I have no further questions.

15            THE COURT:  Thank you, Mr. Gerarde.

16            Cross-examination, Ms. Delgado.

17            MS. DELGADO:  No, questions Your Honor.

18            THE COURT:  Thank you, agent, you may step down.

19            THE WITNESS:  Thank you, Your Honor.

20            THE COURT:  Ladies and gentlemen, we are almost at the

21   end of our day and so I am going to excuse you for the evening.

22   As I understand it, tomorrow you've all agreed we can go all

23   the way until 6:00 -- which will help the schedule along

24   tremendously -- and so the parties and I very much appreciate

25   your arranging your schedules to do so.
```

11:15  1          All right. You know what I am going to say -- and you

11:15  2     can probably all say it in your sleep by now -- you cannot

11:15  3     discuss this case with anyone; even with each other.

11:15  4          We are getting close but we are not there quite yet.

11:15  5     So, go home, get some rest since tomorrow will be a long day;

11:15  6     and I will see you back here tomorrow at 9 o'clock.

       7          COURT SECURITY OFFICER:   All rise.

       8                    JURY EXCUSED

       9          THE COURT:  All right.  We will take about a ten

      10     minute recess for Ms. Sanders' benefit, and then move to the

      11     charge conference.

      12                    RECESS TAKEN

      13          THE COURT:  Please be seated everyone.

      14          All right. I wanted to give the parties an update as

      15     to the person our juror recognized; that person was not present

      16     in the courtroom.

02:36 17          This was someone whose name came up in one of the

02:36 18     Government's exhibits, a Mr. Devin Osborne, who our juror

      19     worked with back in 2016 at iHeart Radio.

      20          So I believe that was the connection. And I think his

      21     name may have come up in one of the text messages -- I'm not

      22     sure at this point.

      23          MR. GERARDE:  Your Honor, Devin Osborne's name does

      24     not show up in the text messages.

      25          THE COURT:  Oh, okay.

```
 1              MR. GERARDE:  It's in a prior exhibit list we had --
 2    we actually had an extraction with Mr. Osborne's text with the
 3    defendant.  We removed that, so that's out; but Devin Osborne's
 4    name showed up at the bottom of a call log -- I think it was
 5    April 27th.
 6              THE COURT:  Well, the good news is Mr. Ramirez is
 7    paying attention.
 8              MS. VAN VLIET:  Mr. Osborne was also a consultant for
 9    the BVI and worked with them here in Miami; so it wouldn't be
10    unusual that his name would show up in a call log.
11              THE COURT:  The question now is whether I send back a
12    message saying, thank you, we appreciate your telling us, or do
13    want me to bring him out and ask him about it?
14              MS. VAN VLIET:  As far as the defense is concerned,
15    you can just write him; thank you very much.
16              MR. GERARDE: Judge, we prefer if you brought him out
17    to speak with him.
18              THE COURT:  All right.  We will take care of that
19    tomorrow since the jurors have left for the day.
20              So, let's first go through the jury instructions that
21    Ms. Van Vliet has red-lined.  I believe they begin on page 12,
22    the closing instruction.
23              Any objection from the Government.
24              MR. GERARDE: No, Your Honor
25              THE COURT:  From the defense?
```

1        MS. VAN VLIET:  No, ma'am.

2        THE COURT:  Page 13 B21.  Defense.

3        MS. VAN VLIET:  No objection from the defense.

4        MR. GERARDE: Judge, if these are the patterns we have

5   no objection.  We're just trying to track it because this is

6   separate from what was filed earlier in January.

7        MS. VAN VLIET:  I will represent, Your Honor, this is

8   from the 11th Circuit pattern builder.

9        MR. GERARDE:  Thank you, counsel.

10       THE COURT:  And so B21 and B221 is when the defendant

11  testifies and one is when the defendant does not testify.  So I

12  take it there's no objection to the Court using whichever is

13  applicable?

14       MR. GERARDE  Correct, Judge.

15       MS. VAN VLIET:  Correct, Judge.

16       THE COURT:  Page 15 B3, definition of reasonable

17  doubt.  Any objection from the Government?

18       MR. GERARDE  No, Judge.

19       THE COURT:  Defense?

20       MS. VAN VLIET:  No, Judge.

21       THE COURT:  Page 16, direct and circumstantial

22  evidence.  Government?

23       MR. GERARDE  No objection, Judge.

24       THE COURT:  Defense?

25       MS. VAN VLIET:  No objection, Judge.

```
 1              THE COURT:  All right.  Page 18 is identification
 2    testimony.  Do we need to give that?
 3              The few times the Government asked someone to identify
 4    Mr. Fahie, Mr. Fahie stood up and everybody said, yes, that's
 5    him.
 6              MR. GERARDE  Judge, we don't need that.
 7              MS. VAN VLIET: Agreed.
 8              THE COURT:  All right.  I don't have a page 19 --
 9    looks like there is a blank page there -- page 20; expert
10    witness, any objection to the expert witness instructions
11              MR. GERARDE  No, Your Honor.
12              MS. VAN VLIET:  No, ma'am.
13              THE COURT:  Credibility of witnesses instruction; any
14    objection?
15              MR. GERARDE  No, Judge.
16              MS. VAN VLIET:  No, ma'am.
17              THE COURT:  Page 22, inconsistent statements.  Any
18    objection?
19              MR. GERARDE  No, Judge.
20              THE COURT:  Defense.
21              MS. VAN VLIET:  No, Judge.
22              THE COURT:  23 is the testimony of the accomplice or
23    co-defendant with a plea agreement.  It's been modified to
24    include Ms. Maynard's name and her gender in the instruction.
25    Any objection?
```

81

1          MR. GERARDE  No objection.

2          THE COURT:  And, Ms. Van Vliet?

3          MS. VAN VLIET:  No, objection.

4          THE COURT:  And the instruction as to transcripts --

5     this seems like a good place to put it.

6          MS. VAN VLIET:  That's fine with the defense, Judge.

7          MR. GERARDE  That's fine, Judge.

8          THE COURT:  Now we have pages 24, 25 and 26, which is

9     the introduction to offense instruction.

10         Any objection?

11         MR. GERARDE:  Your Honor, our only comment is that

12    it's a pretty lengthy introduction.  We prefer the condensed

13    introduction that we had submitted at docket 186.

14         MS. VAN VLIET:  Judge, my concern with that -- with

15    the Government's proposed instruction -- is they do not track

16    the language of the statute.

17         For example, in none of the counts dealing with the --

18    or the instructions dealing with importation do they give the

19    language -- they just say importation as opposed to tracking

20    the language of the statute, which of course is what the

21    Eleventh Circuit does.

22         And that is; a mixture and substance containing a

23    detectable amount -- whatever the controlled substance is --

24    from a place outside of the United States to a place inside the

25    United States.

1           And similarly for the money laundering.

2           THE COURT:  Okay.

3           MS. VAN VLIET:  I don't have a problem with it being

4    concise -- which you can explain, you know, in more detail

5    later -- but I don't want them to go away without having the

6    statutory requirements.

7           THE COURT:  I could actually say, Ms. Van Vliet, at

8    the top of the paragraph; you'll be given a copy of the

9    indictment to refer to during your deliberation and then

10   summarize the charges.

11          MS. VAN VLIET:  That's fine, Judge.  The first

12   paragraph of offense instruction talks about getting a copy of

13   the indictment; so if you just tag that extra language right

14   there that should do it.

15          THE COURT:  All right. And I will add the two ways

16   that money laundering is alleged to have been accomplished as

17   set out in Mr. Fahie's jury instructions.

18          MS. VAN VLIET:  Yes, Your Honor.

19          THE COURT:  All right.  Then we have 27 of Mr. Fahie's

20   instructions; the conjunctively charged counts.

21          MR. GERARDE:  No objection to the substance, Judge.

22          THE COURT:  Okay.

23          MR. GERARDE:  We would ask that the instruction about

24   conjunctively charged counts precede the introduction to the

25   offenses.

1          MS. VAN VLIET:  That's fine.

2          THE COURT:  All right.  Then page 28; on or about

3     knowingly, willfully, any objection, Government?

4          MR. GERARDE:  No objection.

5          THE COURT:  And from the defense?

6          MS. VAN VLIET:  No, objection, Judge.

7          THE COURT:  Page 29, punishment; any objection from

8     the Government?

9          MR. GERARDE:  No, Judge.

10          THE COURT:  And from the defense?

11          MS. VAN VLIET:  No, ma'am.

12          THE COURT:  Conspiracy as to controlled substance on

13     pages 30, 31 and 32.  So, the modification that you referenced,

14     Ms. Van Vliet, is the second paragraph, the last sentence.

15          MS. VAN VLIET:  Correct.  Which tracks what you would

16     have given in the introduction to the offense.

17          THE COURT:  Any objection by the Government?

18          MR. GERARDE:  Judge, it looks fine.

19          THE COURT:  All right.  Then let us go to pages 33, 34

20     and 35, which talks about the money laundering conspiracy.

21          Are the red lines, Ms. Van Vliet, those things you do

22     not think should be included?

23          MS. VAN VLIET:  No, Judge.  The red lines are things

24     that were included from the Government's instructions that they

25     sent last night...

```
 1            THE COURT:  Oh, okay.

 2            MS. VAN VLIET:  So, Judge, this is the most current

 3   pattern with the tweaks, if you will, after speaking with the

 4   Government as to the foreign law discussion.

 5            THE COURT:  Let me make sure that I am clear.  The red

 6   lines is not language you object to, it is language that you

 7   have imported, as best you can, from your conversations with

 8   the Government into a final instruction?

 9            MS. VAN VLIET:  That's correct.

10            THE COURT:  Mr. Gerarde.

11            MR. GERARDE:  If the Court would give us at least

12   overnight to look at pages 33 to 51 -- just to make sure the

13   language comports with the discussions that we have had.

14            THE COURT:  That's fine.

15            MS. VAN VLIET:  And I'm not sure if Your Honor wanted

16   to take up our defense instruction or not.

17            THE COURT:  I have reviewed your submission, Ms. Van

18   Vliet -- I found a subsequent case which I cannot recall the

19   name right now -- but where the Eleventh Circuit seemed to

20   acknowledge that there was an innocent intent defense

21   available.

22            In that case the defendant testified -- although here

23   Ms. Van Vliet has suggested that Mr. Fahie probably won't

24   testify -- so I'm not sure what to do with that.

25
```

1          MS. VAN VLIET:  Judge, I think the case you're

2  thinking of is the Alvarado case.

3          THE COURT:  Yes.

4          MS. VAN VLIET:  And our position is that if Alvarado

5  is being read the way -- that it only applied if Mr. Alvarado

6  testified -- then that would place a burden on the exercise of

7  a Constitutional right not to have to testify.

8          Certainly we acknowledge that there has to be evidence

9  in the record that would support an inference of an honestly

10  held belief, however, I do think that hinging the theory of

11  defense instruction on a defendant testifying -- I believe that

12  would infringe on his Constitutional right not to do so.

13          That's our position in a nutshell.

14          THE COURT:  What is the Government's position?

15          MR. GERARDE:  Well, Judge, I'm not -- I'm just not

16  sure the evidence supports the proposition that the defendant

17  had an honest belief that he was being investigated and that

18  would be reason why he did what he did.

19          I don't think the testimony that we've heard up to

20  this point supports that defense instruction at all.

21          THE COURT:  Well, I think that there has been some

22  indication -- and it might be more with Ms. Maynard -- that Mr.

23  Fahie was being audited either by the opposition or predecessor

24  party; or somebody was inquiring as to his activities as the

25  Premier.

1              But even that I don't -- I don't know where that takes

2    us to -- so I am going to ponder this.

3              MR. GERARDE:  Can we have the night to speak with our

4    colleagues to look into this a little more?

5              THE COURT:  Yes, of course.

6              MR. GERARDE:  Thank you.

7              THE COURT:  All right.  So if you would e-mail me

8    something by mid-morning tomorrow on those issues that we have

9    "bookmarked" and we will have some further discussion at some

10   point in the day tomorrow.

11             MR. GERARDE: Yes, Your Honor.

12             THE COURT:  All right.  I will see you all back

13   tomorrow at 9:00 ready for whatever new adventure this trial

14   might hold.

15             Please everyone; try to get home safely.  It looks

16   like the sky is going to open up out there.

17                        COURT IN RECESS

18

19

20

21

22

23

24

25