```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                        MIAMI DIVISION
                   CASE NUMBER 22-CR-2019-KMW
 3
     UNITED STATES OF AMERICA
 4

 5        vs.

 6   ANDREW ALTURO FAHIE

 7
     _____
 8
               TRIAL PROCEEDINGS HELD HELD 2-8-2024
 9        BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
            UNITED STATES DISTRICT COURT JUDGE
10   _____

11   APPEARANCES:

12   FOR THE UNITED STATES:    Kevin Gerarde, A.U.S.A.
                               Sean McLaughlin, A.U.S.A.
13

14   FOR THE DEFENDANT:        Theresa M. Van Vliet, ESQ.
                               Joyce Delgado, ESQ.
15

16   REPORTED BY:             PATRICIA SANDERS, RPR
                              United States Court Reporter
17                            400 North Miami Avenue, Suite 11-3
                              Miami, FL  33128
18                            T: 305.523.5528
                              patricia_sanders@flsd.uscourts.gov
19

20

21

22

23

24

25
```

1            THE COURT:  All right. Everyone is here.  It appears

2    that you were able to make it just in time, Mr. McLaughlin, a

3    miracle in Miami rush hour.

4            I appreciate the calls and the updates.

5            MR. MCLAUGHLIN:  As soon as I called, Your Honor,

6    the Red Sea parted and I was able to go more than 10 miles an

7    hour and got here with a couple seconds to spare.

8            THE COURT: All right.  We are still waiting on some

9    jurors.  So I wanted to talk to all of you about the edits you

10   sent in last night.  It appears that the only real point of

11   dispute is as to page 19 and page 22.

12           And that is with regard to specified unlawful

13   activity one in the listing of other offenses that are not

14   charged in the indictment.

15           We do not have that issue as to the promotional

16   money laundering on page 17 and 18; is that correct?

17           MR. GERARDE:  I am going to have to look at it

18   online because I don't have it printed out.

19           If I could have just a moment.

20           THE COURT:  Sure.

21           MR. GERARDE:  I have it, Judge, thank you.

22           THE COURT:  All right. I noticed that at the bottom of

23   17 going to 18 when specified unlawful activity is defined, it

24   also lists the felonious sale or distribution.

25

3

```
 1              Importation obviously is what is charged.  So my
 2    question is, is that appropriately listed?
 3              And then on page 19, SUA 1, the defense objects to
 4    the listing of other offenses
 5              What is the Government's position?
 6         MR. GERARDE:  Well, Judge, I don't think that we need
 7    to separately charge an SUA in order to rely on that SUA for a
 8    money laundering conspiracy; and so that is why we included it.
 9              In addition, the evidence supports the distribution
10    of cocaine in that Roberto tells Mr. Fahie that they sold the
11    kilos in New York; and so that's distribution.
12         THE COURT:  Right.  But I am looking here at the
13    pattern -- and it seems to tie the charged language to the
14    indictment.
15              Let's say we don't change the language.  So why would
16    we in the verdict form -- and in the jury instructions -- why
17    would we be so particular about the BVI and UK law and be so
18    sweeping about the drug law?
19         MR. GERARDE:  Judge, we did that because the BVI and
20    UK laws are foreign laws.
21         THE COURT:  There was a portion, I thought, in the
22    original listing of the specified unlawful activities.
23              One, which is always the Title 21 specified unlawful
24    activities; where the Government put in Title 21, 952, 963 and
25    841, 846.
```

1          MR. GERARDE:  So, Judge, our position in defining

2    what the statute is -- possession with intent to distribute and

3    conspiracy to possess with intent to distribute -- that that is

4    an adequate description.

5          THE COURT: Inadequate or adequate?

6          Keep your voice up.

7          MR. GERARDE:  I'm sorry, adequate description of the

8    offense; and it should be included in the SUA.

9          THE COURT: Do you have a pattern or do you have a SUA

10   from another case where this situation has occurred, that being

11   the description of the SUA including language with regard to

12   other criminal actions that are not specifically alleged here?

13         MR. GERARDE:  No, Judge, I don't.

14         THE COURT:  All right. Ms. Van Vliet.

15         MS. VAN VLIET:  So, Judge, they have to have alleged

16   what their SUA is -- because the jury is going to be told in

17   the verdict form to check what they unanimously find any of the

18   specified unlawful activity as.

19         There are going to be no boxes to check for sale or

20   for distribution -- and it is just confusing.

21         If we take the Government's argument to its logical

22   extreme, that they don't have to have charged the underlying

23   specified unlawful activity, then let's include murder.

24         Let's include Interstate transportation for purposes of

25   prostitution; a Mann Act violation.

```
 1            Those things weren't charged either, but statutorily
 2    they're specified unlawful activities.
 3            That's why the Eleventh Circuit says in its brackets,
 4    put in what the charged specified unlawful activity is in the
 5    indictment.
 6            MR. GERARDE:  The superseding indictment, Count II,
 7    reads; it is further alleged that the specified unlawful
 8    activity is, A, the manufacture, importation, sale and
 9    distribution of a controlled substance punishable under the
10    laws of the United States.
11            So it is alleged, and that's why we included it in
12    the jury instructions.
13            THE COURT:  All right.  I think that you may be
14    introducing error into the record that you would not have if
15    you were to confine yourself to the theory of your case; which
16    is the importation.
17            MS. VAN VLIET:  Judge, just for the record, may I
18    point out that Count I does not mention or allege anything but
19    importation conspiracy.
20            The places where the language about importation and --
21    I mean distribution, sale are alleged -- is when the original
22    language in the indictment contemplated them using as SUA's
23    violations of the BVI laws against sales of narcotics, which
24    has been removed.
25
```

```
 1              And the other way the Court can take notice of the
 2   fact that they are not suggesting -- that the Government ever
 3   alleged in this indictment a violation of Title 21 United
 4   States Code Section 841(a)(1) or 846 -- is by looking at the
 5   top.
 6              It is not there.  It is not in the statutes listed to
 7   have been -- substantively the portion of a conspiracy.
 8              What they're talking about in the section that Mr.
 9   Gerard just mentioned is the BVI law.  I don't think it's
10   harmless error at all; I think it's error.
11              THE COURT:  Well, I hadn't gotten that far -- as to
12   anticipating what kind of error I might be committing.
13              But Ms. Van Vliet makes a good point.
14              Since the drug violations are limited now to U.S.
15   law, and there is no discussion "proof" about possession or
16   distribution, why would we include that language; other than
17   it's there?
18              MR. GERARDE:  Judge, there is some discussion about
19   distribution.
20              THE COURT:  Okay.
21              MR. GERARDE: It's on April 27 when Roberto's talking to
22   the defendant -- and the Roberto asked, Jose, were all the
23   kilos sold in New York.
24              And Jose says, yes, and he shows the money which were
25   the proceeds of that sale.
```

 1          And then Roberto shows that to Mr. Fahie and the --
 2   the payment going to Mr. Fahie the next day was coming out of
 3   those proceeds.

 4          So, that's distribution in the Government's view.

 5          MS. VAN VLIET:  It's distribution that predates Mr.
 6   Fahie's involvement.  It is a representation by a law
 7   enforcement officer that the proceeds are from some form of
 8   unlawful activity for purposes of money laundering, but it
 9   doesn't have anything to do with the Title 21 charge.

10          This happened before he ever got involved.

11          THE COURT: Let's play this out.  So a jury could find
12   that -- as you are going to ask them to do -- that Mr. Fahie is
13   not involved in conspiracy to traffic drugs, possess them or
14   whatever, but they can find that he was involved in laundering
15   money from the importation and sale in this country of those
16   drugs because the purpose of bringing them here is to sell them
17   not to warehouse them.

18          While I do think the Government has not discussed
19   anything in real depth, other than importation, I don't think
20   liability under the money laundering statutes are that narrowly
21   tied to the charged drug activity.  The Government didn't have
22   to charge Mr. Fahie with any drug activity.

23          So, with some reluctance, I am going to leave that in
24   the jury instructions and make all of the other changes, which
25   I think everyone agreed to.

1          All right. Let me step back to chambers and get the

2    instructions finalized.

3                          COURT IN RECESS

4          THE COURT:  We have our jury, and I don't want to

5    keep them waiting, so here's what I am going to do; I am going

6    to pass out to you the revised copy predicated on what you all

7    have agreed to, and what I've just determined.

8          One of your number can look through it to for any

9    additional edits before I charge the jury and send them back

10   their own copy of instructions.

11         Counsel may reference the instructions during their

12   closing, what I have ruled upon, and what we've all agreed to.

13   That gives Mr. Anthony a chance to finalize them and get them

14   copied for the jury to take back.

15         If you would please bring in the jury.

16         COURT SECURITY OFFICER:   All rise for the jury.

17         THE COURT:  Everyone may be seated.  Good morning,

18   ladies and gentlemen.

19         THE JURY:  Good morning.

20         THE COURT:  As I advised you yesterday, both parties

21   have announced that they have rested, meaning you will receive

22   no additional evidence for considerations.

23         You are now going to hear the closing arguments of

24   both parties.  Please give them the same careful attention and

25   focus that I have seen you demonstrate throughout this trial as

```
 1    I recognize each side for purposes of them delivering to you
 2    their summations.
 3              On behalf of the United States.
 4              MR. GERARDE:  May it please the Court, counsel, and
 5    members of the jury.  So the evidentiary part of this case has
 6    come to a close.  Now, we are at the closing argument part of
 7    the case.
 8              And so this our opportunity to put the evidence that
 9    you have heard over the last two weeks into perspective, to
10    highlight what we think is important, and how you should decide
11    those facts and decide the charges brought against Mr. Fahie.
12              So what I am going to do is I am going to reference
13    some of the jury instructions that the Court is going to give
14    you after hearing our arguments.
15              To the extent there's any difference between what I
16    say and what the Judge says, we all know that what the Judge
17    says controls.
18              So the first instruction that I'd like to reference
19    is the instruction defining reasonable doubt.
20              And it reads as follows:  The Government's burden is
21    heavy but it does not have to prove a defendant's guilt beyond
22    all possible doubt.  The Government's proof only has to exclude
23    any reasonable doubt.
24              And then, importantly, the definition of reasonable
25    doubt is a real doubt based on reason and common sense.
```

1            So that's something for all of you to keep in mind

2    when you are deliberating in the back.

3            We are not in a realm of all theoretical possible

4    doubt; We're talking reasonable doubt.  What is reasonable

5    doubt?  It is based on your common sense.

6            The next general instruction I'm going to refer to is

7    the types of evidence.  So generally speaking, there are two

8    types of evidence.  You have direct evidence, and then you have

9    circumstantial evidence.

10           Direct evidence, for example, is the testimony of

11   someone who asserts actual knowledge of a fact. Where, for

12   example, Ms. Maynard directly testified about what she herself

13   experienced or perceived.

14           Circumstantial evidence, on the other hand, is as it

15   says; proof of a chain of facts and circumstances that tend to

16   prove or disprove a fact.

17           So, an example of circumstantial evidence in this

18   case would be the fact that Mr. Fahie is building a mansion

19   overlooking the water, and he needed money to pay for that.

20           And that is circumstantial evidence of why he engaged

21   in this conspiracy to import cocaine and launder the proceeds.

22           The last sentence; there's no legal difference in the

23   weight you may give to either direct or circumstantial

24   evidence.

25

```
 1            You are to evaluate them both, direct evidence and
 2    circumstantial evidence, equally.
 3            So those are the two general instructions that I
 4    wanted to cover.  And now I'm going to go to the actual offense
 5    instructions.
 6            All right.  So in this case, the defendant was
 7    charged with four counts.  We'll take them one at a time.
 8            So Count I, charged the defendant with conspiring to
 9    import more than five kilograms of cocaine from a place outside
10    of the United States into the United States.
11            That's Count I.
12            Count II charges the defendant with conspiracy to
13    launder money.  This one gets a little complicated because
14    there are two ways the defendant is alleged to have laundered
15    money.
16            One is called promotional money laundering and the
17    second object is called concealment money laundering.  And
18    we'll get to the money laundering in a second.
19            Let's go through the cocaine importation charge.
20            So, as the Judge explained at the beginning of the
21    case, each count is made up of elements.
22            And so for Count I, as you can see here, there are
23    three elements.
24            And in sum, this first element here is that two or
25    more people in some way agreed to accomplish a shared and
```

1    unlawful plan, in this case, to import a controlled substance.

2    The second element is that the defendant knew the unlawful

3    purpose of the plan and he willfully joined in it.

4            And then the third element is that the object of the

5    unlawful plan was to import five kilograms or more of cocaine.

6            Cocaine is -- as I have highlighted it here -- is, in

7    fact, a controlled substance. So that takes care of importing a

8    controlled substance.

9            And then the other part that I highlighted is down

10   towards the bottom where it says the heart of a conspiracy is

11   the making of the unlawful plan itself.

12           So the Government does not have to prove that the

13   conspirators succeeded in carrying out the plan.  That's

14   important for this case.

15           We are not alleging in this case that any cocaine

16   actually moved from the kitchens in Columbia up to the British

17   Virgin Islands, over to Puerto Rico, and then to the United

18   States.

19           That is not what the defendant is charged with.  What

20   the defendant is charged with is conspiring to do that.

21           And this offense here, charged in Count I, makes it a

22   crime to conspire, to agree to commit that offense.

23           All right.  So what is the evidence supporting each

24   of these three elements?

25

1              Now, you heard over the last two weeks of trial a lot

2    of recordings, a lot of transcripts, and those transcripts

3    where Mr. Fahie was talking with Roberto and with Oleanvine are

4    replete with instances of this proposition of how -- how the

5    plan is going to go, how the boats are going to move.

6              But what I've done is I took a couple of pages that

7    just puts it all into perspective.

8              So first, this is page 54 from Government's Exhibit

9    7B starting on 53.

10             So Roberto is talking about his first proposition,

11   and then he says; what we bring over there isn't going to test

12   positive, you understand or no?

13             And the defendant says, no, explain it.

14             And then Roberta says, okay, thank you.  And then

15   crystal clear as day; it's cocaine.

16             All right.  So there is no question from this point

17   on that this whole conspiracy, this importation, was about

18   cocaine.

19             After this they refer to drugs as number 3 or number

20   2, or as, you know, "it" or some other vague or abstract term.

21   But as of right here, the defendant knows we're talking about

22   cocaine.  This is Exhibit 7B.

23             This was the meeting that happened on Tortola on

24   April 7th, 2022.  So we also have to show that the defendant

25   understood the plan and that he willfully joined in it.

1          The second element; the defendant knew the unlawful

2     purpose of the plan, willfully joined.

3          So what is the evidence supporting that?  That same

4     meeting, Government's Exhibit 7B on page 57, where Roberto says

5     to Mr. Fahie -- going back to the proposition -- we need the

6     vessel to come.

7          Sometimes it's going to be different vessels; that

8     vessel is going to carry, can carry a lot of tons, but we want

9     to start a test run for like 3,000.

10         So 3,000 pieces comes, stays.  I need a window, 24 to

11    48 hours.  When I have the window that vessel goes from here,

12    Puerto Rico and from Puerto Rico to Miami.

13         And so what that's showing right there is where the

14    vessel is coming from, and where it's going to stay, in the

15    British Virgin Islands 24 to 48 hours; and then go to Puerto

16    Rico and from Puerto Rico onto Miami.

17         That's the unlawful plan.  And this right here shows

18    the defendant knew the purpose of this plan.  And then we get

19    to the agreement element, element 3.

20         The agreement part of element 2.  So we're in the

21    same meeting, Exhibit 7B, which is the meeting on April 7th in

22    Tortola in page 114.

23         So what you see is as Roberto has continued to

24    explain this plan to discuss how much Mr. Fahie is going to

25    charge Roberto for this plan.

1          The first part -- so Mr. Fahie says the first part is

2   500, and Roberto said, that's correct.

3          Then here, before we pass that, do we have an

4   agreement because you didn't say it?

5          And then the defendant says, I give you my word on

6   that, the first one, the first proposition, this scheme with

7   working with you on that part.

8          So as you deliberate about the evidence in the case,

9   once you've reached your decision, you have to go to a verdict

10  form.  And the verdict form will be included in the back of the

11  instructions.

12         And so I'm going to show you this verdict form so

13  that you are familiar with it and know what you need to do to

14  fill it out.

15         It is self-explanatory, but Count I, we the jury

16  unanimously find the defendant, Andrew Alturo Fahie, as to

17  Count I of the superseding indictment.

18         And that's the conspiracy to import cocaine we've

19  been discussing, you select either guilty or not guilty.  If

20  you choose not guilty, you go to the next page to the money

21  laundering count, Count II.

22         If you find the defendant guilty, then you go down to

23  paragraph B here. And what you are required to select is the

24  weight of the kilograms; you select one of them.

25

1          So, the weight of the kilograms has been clear

2   throughout the entire case.  The plan -- and this is just for

3   the first test run -- was for 3,000 pieces, 3,000 kilograms; 30

4   times five kilograms.  So, that is well in excess.

5          Moving to Count II; Count II is also a conspiracy

6   count.

7          And, so, the heart of the offense is the shared and

8   unlawful agreement; this agreement between Mr. Fahie and other

9   individuals, Oleanvine Maynard, Kadeem Maynard, Roxanne.

10         The heart of the offense is the shared and unlawful

11  agreement.

12         So what's different about Count II, from Count I, is

13  that we're no longer talking about importing cocaine, per se,

14  we're talking about money laundering.

15         And the money laundering is done in two separate

16  ways.  So those are referenced here and they are broken down on

17  the second -- page 17 -- third page of the offense instruction.

18         So starting first with promotional money laundering,

19  that's the first object of the conspiracy.  So this has two

20  elements.

21         First element reads, the defendant knowingly

22  transported, transmitted, or transferred a monetary instrument,

23  or money from a place in the United States to or through a

24  place outside the United States or to a place in the United

25  States from or through a place outside of the United States.

1          What that's essentially saying is money moved, money

2    or a monetary instrument, is moved.  And in this case we're

3    talking money.

4          We were talking the $700,000; 500,000 for Mr. Fahie,

5    200,000 for Oleanvine Maynard, so we're talking about that,

6    that was going to move from Miami to Tortola.

7          And we are also talking about the proceeds of the

8    importation scheme separate -- and you'll remember that's the

9    12% that Mr. Fahie is getting.

10         So to break it down, the 3,000 kilos come from South

11   America, They come up to British Virgin Islands, stay there for

12   24 to 48 hours, go next door to Puerto Rico, and then from

13   Puerto Rico, the kilos go to either Miami or New York where

14   they're sold.

15         Once they're sold for 26,000 a kilo or more, those

16   proceeds then come from the United States back to the British

17   Virgin Islands, 12% to Mr. Fahie, and then 5% to Oleanvine

18   Maynard.

19         So that's element one, the transportation.  And then

20   element two, the defendant acted with the intent to promote the

21   carrying on of any of the specified unlawful activity described

22   below.

23         And so the operative word of this element is promote.

24   All right.  So what does promote mean?  It's defined at the

25   bottom of the page.

1          For the purpose of making it easier or helping bring

2     about any of the specified unlawful activity.  Promote, make

3     easier.

4          So the transportation of the money from United States

5     to the British Virgin Islands must be done in a way to promote

6     the carrying on of a specified unlawful activity.

7           In this case, there are three charged specified

8     unlawful activities.  Those are on beginning on page 19.

9          So the first specified unlawful activity is here; it

10    is an offense involving the felonious importation, sale or

11    distribution of cocaine punishable under the laws of the United

12    States.

13         And so what this is saying is that taking the money

14    from the United States and bringing it to the British Virgin

15    Islands was promoting this felonious importation, sale to

16    distribution.

17         And so applying that to this case, we have two types

18    of money.  We have the $700,000 that was to be paid on April

19    28th and the 12% of the proceeds that would be paid in the

20    future.

21         So focusing on the $700,000 that was intended to

22    promote the overall drug importation scheme, right?  And you

23    remember that because the defendant says he's going to take

24    some of that money and he's going to pay off Customs.

25

1          He's going to pay Wade Smith.  He said that he needs

2   the money to get some of the shipping licenses going.  So that

3   $700,000 coming from Miami to Tortola was for the purpose of

4   promoting the felonious importation sale or distribution of

5   cocaine.

6          The second and third specified unlawful activities

7   are bribery of a public official, and it's charged two separate

8   ways.

9          So one is bribery of a public official under the laws

10  of the British Virgin Islands.

11         And there is also bribery of a public official in

12  violation of the laws of the United Kingdom.

13         And so those foreign laws are defined in specified

14  unlawful activity -- and you will have them -- but they can be

15  summarized as follows:

16         One, you have public official.

17         Two, that public official accepts some sort of

18  gratification or gift.

19         And, three, in exchange for accepting that gift that

20  public official discharges a public duty in an improper manner.

21         All right.  And so how do we have that in this case

22  with reference to the $700,000 going from Miami to the British

23  Virgin Islands?  That is a bribe, ladies and gentlemen, that is

24  exactly what this money is.

25

1          This money is $700,000, going from Miami to the

2    British Virgin Islands so that Mr. Fahie, the Premier of the

3    British Virgin Islands, will improperly discharge his duties

4    and help Roberto's vessels, carrying 3,000 kilos of cocaine,

5    move through the island.

6          So that is the $700,000.

7          Now let's talk about the 12% that Mr. Fahie was going

8    to get from the sales of the 3,000 kilo loads in the future.

9          So that 12% promotes the importation scheme -- the

10   kilogram importation scheme -- because it's Mr. Fahie's

11   incentive for even going along with it in the first place.

12         Mr. Fahie is allowing -- he's going to facilitate the

13   moving of the boats with the kilograms; moving through the

14   British Virgin Islands to the United States in exchange for

15   getting the 12% payment in cash.

16         That 12% of the proceeds, that is his incentive to

17   continue to promote the importation scheme.  And it's also --

18   it's a bribe -- it's bribe money.

19         Just as I said, with the $700,000, the 12% coming

20   from the drug proceeds, it is being paid to Mr. Fahie so that

21   he in his public position -- he discharges his public duties in

22   an improper manner -- letting the cocaine go through.

23         That's promotional money laundering; money coming

24   from the United States to the British Virgin Islands to promote

25   one of these three SUA's

1          To promote the importation scheme or to promote the

2     bribery.

3          The second way Mr. Fahie conspired to commit money

4     laundering is what's called concealment money laundering.  And

5     what concealment money laundering is -- with concealment money

6     laundering there are three elements.

7          So first -- and this one's the exact same as with the

8     promotional money laundering. And what that essentially says is

9     that money from a place in the United States is transferred or

10    transported to a place outside of the United States.

11         So we're talking about the same money here, $700,000;

12    the 12%.  It's making the same international transportation,

13    Miami to the British Virgin Islands.

14         The second element, excuse me, is that the defendant

15    knew that the monetary instrument or the money involved or

16    being transported was the proceeds of some kind of unlawful

17    activity.

18         And then third, that the defendant knew that the --

19    the transportation was designed in whole or in part to conceal

20    the nature, location, source, ownership, or control of the

21    funds or control of the proceeds of any of the specified

22    unlawful activities included below.

23         So in this case, the concealment was the fact that

24    Mr. Fahie used Roxanne and Oleanvine to transport his money for

25    him.

1          Mr. Fahie was distancing himself from the drug

2    proceeds and saying, Roxanne, you take the money, Oleanvine,

3    you take the money.  And when I get back to Tortola a week

4    later, that's when I'll pick it up.

5          So what is the evidence of that?  Exhibit 12B, page

6    190.  So here is Mr. Fahie talking to Roberto and explaining

7    how the money's going to be held back in Tortola.

8          So the defendant says, okay, there's five and there's

9    two, 500,000 and $200,000.  Some of the things they want to do

10   -- so I told him, Roberto, you'll secure all the amount, you

11   being Oleanvine, but he's going to show you how it's packed.

12         So, Roberto's going to show Oleanvine how it's packed

13   in a dummy part of the suitcase and packed with clothes, etc.;

14   but tomorrow you will sit with him.

15         I told him you have everything arranged.  And so this

16   concealment -- Mr. Fahie using Oleanvine and Roxanne to conceal

17   the international transportation of the $700,000 -- was

18   designed to conceal the fact that these were proceeds of one of

19   the three SUAs.

20          So, those specified unlawful activities, the SUAs,

21   the cocaine importation scheme and bribery.

22         The only reason the defendant is being paid this

23   $700,000 is because it is a "proceed" of drug trafficking and

24   it's a "proceed" of bribery.

25

1       It's a bribe being paid to him and he's trying to use

2  the others to conceal the fact that that's his bribe money.

3       Count II also has a verdict form at page 36 of the

4  instructions.  We the jury unanimously find the defendant,

5  Andrew Alturo Fahie as to Count II of the indictment...

6       You select either guilty or not guilty.  If you

7  select not guilty, you go to the next page.  If you select

8  guilty, you need to make some further findings.

9       So you need to choose which type of money laundering,

10  and it could be both, that the defendant committed.

11       So was the $700,000 and the 12% being moved from

12  Miami to the British Virgin Islands to promote the drug

13  importation scheme to promote the bribery?

14       If you choose yes, then you select that box.

15       If you also -- or in the alternative -- think that

16  the $700,000 and the 12% of the drug proceeds were coming from

17  Miami to the British Virgin Islands and that the manner of that

18  transportation, the defendant using Oleanvine and Roxanne to do

19  it, if the intent was to conceal the fact it was Mr. Fahie's

20  money, then you select that box as well.

21       You also need to choose which specified unlawful

22  activity you find the money laundering, the transportation, to

23  be in furtherance of.

24       Let's move to Count III, ladies and gentlemen, and

25  Count III is simpler.

1          We're only talking about one object.  And that one

2    object is promotional money laundering.

3          We're still talking international money laundering,

4    so we're still talking about money going from Miami to the

5    British Virgin Islands -- but here we are only talking about

6    promotional money laundering.

7          And so we're only saying that the money went from

8    Miami to the British Virgin Islands in order to facilitate or

9    make the drug importation scheme easier.

10          Now, Count III is not charged as a completed offense,

11    right?  And that makes sense because as we all know, no money

12    actually moved.

13          But what Count III charges is an attempt to promote

14    money laundering, an attempt to engage in promotional money

15    laundering.

16          And so the elements of an attempt are first that the

17    defendant knowingly intended to commit the crime of promotional

18    money laundering.  Those elements are the same as what we

19    discussed from Count II.

20           And then second, that the defendant's intent to

21    commit the money laundering was strongly corroborated by his

22    taking a substantial step towards committing the crime.

23          and so when we're talking about Count III, this

24    promotional -- the attempt to commit promotional money

25    laundering -- we are only talking about the $700,000, right?

1          Because that is the only source of money that there

2     was -- that the defendant took a substantial step towards

3     committing; the 12% that was coming in the months to follow.

4     That was going to be last week in June, first week in July.

5          But on April 28th, as charged, the defendant went to

6     the Opa Locka Airport, got into the plane, had the $700,000 on

7     his lap, and that was the substantial step that he took towards

8     committing the promotional money laundering.

9          That $700,000 was going to be used to promote the

10    drug importation scheme, it was going -- and it was also

11    promoting the bribery scheme because it was in and of itself a

12    bribe.

13         So what I'm going to play for you now is Government's

14    Exhibit 13A.  This is the audio and video recording of the

15    defendant at the Opa Locka Airport on the plane, taking a

16    substantial step towards committing the money laundering

17    offense.

18                        (VIDEOTAPE PLAYED)

19         MR. GERARDE:  And, so, ladies and gentlemen, this is

20    how you know this is international; they are in Miami at the

21    Opa Locka Airport and Mr. Fahie is saying, how long is this

22    going to take to get to Tortola?

23         And just like Counts I and II, Count III also has a

24    verdict form I am going to show you.

25

1          The verdict form for Count III reads; we the jury

2   unanimously find the defendant, Andrew Alturo Fahie, as to

3   Count III of the superseding indictment, either guilty or not

4   guilty.

5          And if you find him guilty, again, you have to choose

6   which specified unlawful activity the defendant was attempting

7   to promote.

8          And as I've said, the evidence supports that he was

9   attempting to promote the drug importation scheme and he was

10  also attempting to promote the bribery.

11         And then the last count, Count IV, is not a money

12  laundering count; it is called foreign travel in aid of

13  racketeering.

14         So Count IV reads; this section makes it a Federal

15  crime for anyone to travel in Interstate or Foreign Commerce in

16  order to carry on certain unlawful activities.

17         All right.

18         And so there are three counts that the Government

19  needs to prove beyond a reasonable doubt for the defendant to

20  be guilty of foreign travel in aid of racketeering.

21         So first, that the defendant traveled in Interstate

22  or Foreign Commerce on or about April 24th, 2022.

23         Second, the defendant traveled with the specific

24  intent to promote, manage, establish, or carry on some unlawful

25  activity -- which will be defined later.

1          And then, third, while traveling, the defendant in

2    fact committed an act to promote, manage, establish or carry on

3    that unlawful activity.

4          So looking at element number 1, what is the evidence

5    that the defendant traveled in Interstate or Foreign Commerce

6    on or about April 24th, 2022?

7          Government's Exhibit 18 C2.  This is taken from Ms.

8    Maynard's text messages to the defendant.  And as you heard,

9    she booked his flight on April 24 for the defendant to travel

10   from St. Thomas to Miami.

11         But, I mean, he was flying from St. Thomas to Miami,

12   but he actually left from British Virgin Islands, Tortola, and

13   then flew out to the U.S.

14         So that's the international travel.

15         Now, an important definition in this instruction is

16   that the Government does not have to prove that the unlawful

17   activity was the only, or even the primary reason, that the

18   defendant traveled.

19         Now, we all know the defendant was going to Miami for

20   the Sea Trade Conference, right?  That's why he went there on

21   the 24th.  But what's important here is that even before the

22   defendant left on April 24th, he already had the plan to meet

23   with Roberto and to meet with Oleanvine in Miami on April 27.

24   All right?

25

1          And so his travel on April 24th from the British

2     Virgin Islands to the United States was in part to meet with

3     Oleanvine, to meet with Roberto and carry on the unlawful

4     activity, which as you'll see on the next page, is the drug

5     importation and money laundering.  That was partially the

6     reason why the defendant traveled.

7          The proof that the defendant was traveling in part to

8     meet with Roberto and Oleanvine and carry on the unlawful

9     activity is Exhibit 7D.  That's the April 7 meeting before he

10    traveled, page 186.

11         So Roberto says, what I want is just to -- just to

12    tell me how we going to start that, how are we going to start?

13    How you digest everything in the operation.

14         We're going to do this and this and this.  Cool, the

15    same, and that's it, you know.

16         So you're going to, I'm going to meet you, both of

17    you, Oleanvine and Fahie, on the 27th in the Embassy at 7:00

18    p.m.  27th of April -- not meeting in an Embassy -- meeting at

19    the Embassy Suites at 7:00 p.m.

20         Defendant confirms 7:00.

21         Roberto, yeah, 7:00 p.m.

22         As of April 7th, when this meeting took place, the

23    plan was already on the books to meet and discuss everything in

24    the operation.

25

1        And then of course, as you know, this meeting

2   actually did take place once the defendant arrived in Miami.

3   They met on April 27th.

4        That is the transcript and the recording in evidence

5   as Exhibit 12A and 12B.

6        So the verdict form for Count IV; we the jury

7   unanimously find the defendant, Andrew Alturo Fahie, as to

8   Count IV of the superseding indictment -- again you have to

9   select whether guilty or not guilty.

10        If you select guilty then you go to part B and you

11   have to unanimously find what the unlawful activity was.

12        So let me flip back to those quickly.  There are two

13   unlawful activities, one and two.

14        The First one; any business enterprise involving

15   narcotics or controlled substances in violation of the

16   conspiracy to import as charged in Count I.

17        So what the Government must prove beyond a reasonable

18   doubt is that the defendant was involved -- excuse me -- in a

19   business enterprise as defined rather than casual, sporadic, or

20   isolated activities.

21        Members of the jury, this defendant was involved;

22   this was not sporadic, isolated, or casual.  This defendant

23   was a participant in this drug importation conspiracy, he was a

24   part of that drug importation conspiracy at least three weeks

25   earlier.

1          And his participation was -- although it wasn't very

2      substantial yet -- the plan was for it to continue to be and

3      for him to continue to participate in the importation scheme.

4          And so it is not sporadic or isolated.  Activity

5      number two is any violation of Section 1956, which is money

6      laundering, charging Counts II and Counts III.

7          So flipping back to that verdict form.

8          If you find the defendant guilty, you then choose

9      which unlawful activity he was traveling to carry on.  And you

10     can choose one or both.

11         So those are the offense instructions in the case.

12     That is a lot to digest, I understand, it's a lot for me to

13     say.  But it is all written there for you to look at when you

14     go back to deliberate.

15         Now I want to comment a little bit on what the

16     evidence is in this case.  Because what we are essentially

17     trying to prove is that this defendant was not just showing up

18     to meetings and talking to talk and letting Roberto, you know,

19     run his mouth.

20         This defendant was committed to pursuing this

21     partnership, this conspiracy.  He was, for lack of a better

22     word, he was all in, and so let's look at how this all started

23     and look at it from Oleanvine Maynard's perspective.

24         So Oleanvine Maynard has known the defendant longer

25     than basically anyone here.

1        She's known him for more than 10 years.  And even she

2    said that she felt comfortable bringing Roberto to meet the

3    defendant knowing that Roberta was going to talk about some

4    drug importation and talk about narcotics and stuff -- and that

5    the defendant could have fired her for this.

6        Did he ever turn to her and say, what is this, are

7    you crazy; you've got to go?  No, he did not.  Ms. Maynard was

8    comfortable bringing this to him, and she tells you why she was

9    comfortable.

10       Government's Exhibit 2B; this is the luncheon that

11   they have, the first lunch.  Now, I didn't play this recording.

12   I showed some highlights from the recording.  There's some

13   pages of the transcripts with highlights from the recording.

14       But at page 159, she says this, when you see him face

15   to face you'll know what else to say to him.

16       That is Oleanvine telling Roberto; you'll know what

17   to say to the defendant when you meet him face to face.

18       And then Roberto says, yes.

19       And Oleanvine says, you see with my Premier, he's a

20   little "crook" sometimes.

21       And then Roberto says, what?

22       And then she says; he's not always straight.

23       So if we have to...

24       And then the Roberto says, the Premier's not

25   straight?

 1

 2              Oleanvine; he is not so straight, right?

 3              Roberto; okay.

 4              Oleanvine; so whatever you give him will have to be

 5    good for him to buy into what you're trying to do.

 6              Oleanvine was fine bringing Roberto to the defendant

 7    because she knew he was going to play games.

 8              You know, if Roberta was offering a high enough price

 9    that the defendant was going to be all in.

10              And that's exactly what happened.

11              Oleanvine confirms this to Roberto when she meets

12    with him in Miami on April 27th.  And so this is Government's

13    Exhibit 11B.

14              And Roberto asks, he knows what he's doing, right?

15    Talking about the Premier, and Oleanvine says, yes, and Roberto

16    says, yeah.

17              Oleanvine; he knows what he's doing.

18              Roberto, yeah, that's what I want because I don't

19    want Oleanvine.  And because I think he -- he like this -- he

20    will continue to do it; facilitate it if it is in his best

21    interest.

22              They're talking about the cocaine moving through the

23    island, the money coming back, the defendant will continue to

24    do it if it's in his best interest.  That's what Oleanvine

25    knows Fahie to do.

1            Now, there was some evolution with Fahie's comfort

2    with this -- this entire scheme.  And rightfully so, he's the

3    elected Premier of the British Virgin Islands.

4            He has one of his colleagues bring him this -- and

5    this man who he does not know who is saying he is going to pay

6    millions of dollars and wants to move cocaine through the

7    island.  So rightfully a little skeptical.

8            And so I'm showing you an excerpt from the April 1st

9    phone call.  All right.  This is Government's Exhibit 6B.  This

10   is at page eight.

11           This was the first time that the defendant spoke with

12   Roberto.  And Oleanvine testified that her son Kadeem had set

13   up the three-way call and Oleanvine was present with the

14   defendant at his office.

15           And so the defendant says to Roberto, just like how

16   you want to be cautious, I myself wanted to make sure that

17   you're cautious, that I'm cautious because it took me 20 years

18   to get here, and I don't want to leave it in 20 minutes.

19           So I just want to make sure that I double check

20   everything, right?  He's a little hesitant.  He's saying he

21   wants to check everything.

22           He's also recognizing that this can get him in a

23   whole lot of trouble if he is not careful.  As we all know,

24   though, that did not deter the defendant.

25

1          Because after that April 1st phone call, Oleanvine

2     told you that she spoke with the Premier and that based on how

3     Roberto answered his questions and just having talked to him,

4     he felt much more comfortable with the whole arrangement and

5     they decided to go forward with the meeting in Tortola on April

6     7 as planned.

7          So at this meeting on April 7, Government's Exhibit

8     7B at page 85, the defendant, he agrees to what Roberto's

9     proposing.

10         And Roberto says -- he says, well, first of all,

11    you're not touching anything.  And then the Premier says, but I

12    will touch one thing.  And then both he and Oleanvine say, the

13    money.

14         Roberto says, excuse me.

15         And the Premier says, I'm going to touch one thing,

16    the money.  That's the Premier telling Roberto his intent to --

17    to go forward with this cocaine importation scheme.

18         And then you'll remember at the conclusion of that

19    meeting nothing had changed.  And in fact, Mr. Fahie was so

20    satisfied with Roberto that he said a prayer for him at the

21    conclusion of that meeting.

22         That's Government's Exhibit 7B at page 211.  So he's

23    the Premier; praying to protect him -- that he goes safely --

24    protect him from harm and danger.

25

1          Protect him from those who feel jealous of him,

2    protect him from all those who feel that he's moving higher

3    than they feel he should move and let him forever be covered in

4    your blood of your son, Jesus Christ.

5          And he continues to say; and may, oh God, in your

6    hand, we commit it all.

7          May we commit this drug trafficking and money

8    laundering importation scheme.

9          The defendant continues to get more comfortable with

10   Roberto.  And when he meets with Roberto on April 27 in the

11   evening, he opens up about some of his prior experiences and

12   why he -- why he does try to be careful.

13         So Exhibit 12B, page 114, the Premier says, but over

14   the last 15 to 20 years with how much persons that robbed me

15   with money on the street that just gone dead, the money goes

16   dead.

17         You know, it disappears.  I'm up to about $7.5

18   million.  That is $7.5 million that he has locked out on, on

19   his raw deals.

20         He also says at page 110, Exhibit 12B, I am so

21   careful that when if someone goes to the bank and gives me

22   money in the wrappers, I take it off and burn it up, taking and

23   trace the wrappers.

24         There's codes on the wrappers and they'll see where

25   it's coming from.

1          So Fahie also takes control of -- of this conspiracy.

2     He was brought in by Oleanvine.

3          She's the one who brought Roberto to the Premier, but

4     the Premier takes over.  And how do you know he takes over?

5     Because he directs Oleanvine to go to Miami and he already has

6     Roxanne in mind going to Miami -- going all the way back to

7     April 7th.

8          Roberto; you don't want to go -- you don't want to go

9     to Miami this time -- Oleanvine, no, because I'm the only

10    person in the office that has sign powers right now.

11         And if I go, all work stops.  That sounds like a big

12    deal.  She continues.  They can't buy, they can't sell, they

13    can't do anything.

14         Only my name is on the account right now.  And then

15    Fahie says, well, listen to me here, you should come up on the

16    -- at least on the 25th and leave with Roxanne on the 24th.

17         This is on April 7th, the first time that Fahie talks

18    to Roberto sitting down in a meeting at length.  And he is

19    already directing Oleanvine to go and he already has Roxanne in

20    mind to go.

21         And then in Miami, he tells you why he brought them.

22    He says -- he says 12B at 107 -- I'm not there.  I won't have

23    to worry.  That's cool.  I'm going to get everything rolling so

24    we can get that going.

25

1        And the reason I brought them Oleanvine and Roxanne

2   was so that no one sees me around the business.

3        He's taking control, he's bringing other people in

4   and separating himself from the liability.  In his eyes, if

5   he's not touching the cocaine, if he's not touching the money,

6   he hasn't done anything wrong.

7        But that's not what the law says.  Count I charges

8   him with the conspiracy.  That's the agreement.  Count II

9   charges him with the conspiracy, the agreement.

10        Count III charges the attempt and Count IV charges

11   the actual travel, which he actually did do.

12        How much time?

13        THE COURT:  About six minutes.

14        MR. GERARDE:  Thank you, Your Honor.

15        You know, how you know Fahie was all in on this?

16   Because look at what he did after the meeting on April 27th in

17   Miami.

18        Now, you'll recall at the end of this meeting, the

19   defendant was planning to take a commercial flight from Miami

20   to Philadelphia with his daughter on American Airlines.

21        And during this meeting, Roberto says, no, you know

22   what?  Don't do that.

23        Take my jet, my XO Jet, It's great.  It's like

24   semi-private.  You know, you'll love it.  We'll handle it,

25   we'll set it all up.

1            And Fahie, being all in on this deal, all in with

2    pursuing his friendship and relationship with Roberto, sends a

3    message on 4/28 at 12:13 in the morning; just a few hours after

4    the meeting ends and a few hours before his flight is supposed

5    to leave, he sends it back to his assistant in the British

6    Virgin Islands and says, urgent, either you or Eunice, please

7    get the travel agent "911" before 8:00 a.m. today to postpone

8    the trip on American to Philadelphia for my daughter and I

9    until further notice.

10           And then he says, leave the hotel.  I'll work with

11   that.  I still need the hotel, but just cancel the flight.  And

12   we know that he intended to still go to Philadelphia because on

13   the morning of April 28th Roberto shows up to his daughter's

14   address, which Fahie gave.

15           And Fahie and his daughter are outside with their

16   luggage.  It gets wheeled into the back of Roberto's car and

17   they take off and go to the airport.

18           Fahie's willingness to involve his family in all of

19   this is very powerful evidence that he intended to follow

20   through with everything he was doing with Roberto.

21           You know, Fahie is saying to Roberto, one-on-one, we

22   have an agreement, you know, Fahie's about to take $700,000.

23   You know, what would a reasonable person think?

24           I'm going to take $700,000 from a person -- from this

25   guy Roberto, and then I'm just going to, you know, walk away

1   and it's all going to be fine. He'll probably understand.

2   Sinaloa Cartel, very forgiving.  All right.  If Mr. Fahie was

3   planning on taking this money, walking away, or if he wanted

4   nothing to do with Roberto in the whole cocaine importation, he

5   would never have brought his daughter up at all.

6         He wouldn't have said to Roberto, oh, you know what,

7   yeah, how about you pick us up and we'll take your plane.

8         No, no, no, you don't have to get us from this hotel.

9   Here's my daughter's address.  I'm staying there tonight.  You

10  can pick us up from there; right.

11        Here's my daughter's address in another country, the

12  United States in Miami, not the British Virgin Islands where he

13  lives.  And here's the gate code 2598.

14        That shows you that the defendant was planning to

15  continue this partnership with Roberto and with Oleanvine,

16  continue the cocaine importation, keep the money rolling in.

17        So what I've shown you today are the bits and pieces

18  of the transcripts.  But taking a step back, the most

19  persuasive evidence in this case is the simple passage of time.

20        And what I mean by that is the passage of time

21  during these meetings.  These are not quick two minute, five

22  minute phone calls.

23        These are long meetings.  You sat through some of

24  them. There are a lot of them.  And every minute, every hour

25  that goes by is just more time that the Premier is sitting in

```
 1    that meeting, not getting up, walking out, not saying, you know
 2    what, this isn't a good idea.  He's not making a phone call,
 3    he's staying.
 4           All right.  And so the meetings drew out -- take a
 5    long time -- but the time between the meetings is important
 6    too.  He talks to Roberto on April 1st, a week later he meets
 7    with him, talks to him for three hours.
 8           He doesn't see him again until April 27th.  Three
 9    weeks go by.  And at no point is he saying, you know what, I've
10    come a long way on my career, I'm happy where I am; I don't
11    think this is a good idea.
12           At no point did that happen.  There is no moment
13    where he looks in the mirror and says, this is a bad move.
14    He is all in; and he pursued it.
15           He had no reluctance and no hesitation.  So this can
16    all be summed up in three words; The defendant can be summed up
17    in three words, greed, corruption, and arrogance.
18           This defendant was greedy.  He saw an opportunity to
19    make millions and he jumped at it.  He was corrupt.  He used
20    his position in the Government to make it all happen.  And he
21    was arrogant because he thought he would get away with it all.
22           So, ladies and gentlemen of the jury, you will have
23    no problem convicting this man of all of the things for which
24    he is charged.  Thank you.
25
```

 1          THE COURT:  All right.  Ladies and gentlemen, we're

 2    going to take a brief break for you to use the restroom, get

 3    coffee and the like.

 4          You haven't heard all of the closing arguments or my

 5    instructions so you can't yet talk about the case.

 6          All right.  Let's be back by quarter to 11:00.

 7          COURT SECURITY OFFICER:  All rise for the jury.

 8                    JURY EXCUSED

 9          THE COURT:  Everyone may be seated.  I'm giving you a

10    new packet of instructions with all of the edits.  I added the

11    following edits on pages 17, 19, and 22 when we talked about

12    specified unlawful activities.

13          I changed three sentences from the singular to the

14    plural.  So the term specified unlawful activity means any one

15    of the following illegal activities instead of activity.  That

16    is on 17, 19, and 22.

17          On 26, the only question I had was in the middle of

18    the paragraph where it said for this crime the term includes

19    illegal activities.

20          I didn't think it was clear; so I put the term

21    business enterprise includes illegal activities, and then the

22    rest were just things that you had told us to change.

23          MR. GERARDE:  That's fine with us.  I think that's an

24    accurate statement.

25          MS. VAN VLIET:  That's fine, Judge.

1          THE COURT:  All right. Five minutes.

2               COURT IN RECESS

3          THE COURT: Everyone is assembled.  Please bring our

4    jury back.

5          COURT SECURITY OFFICER: All rise for the jury.

6          THE COURT:  Everyone may be seated.

7           Ms. Van Vliet, on behalf of Mr. Fahie.

8          MS. VAN VLIET:  Your Honor, counsel, ladies and

9    gentlemen.  First of all, before I get started discussing the

10   evidence and jury instructions, I wanted to say thank you on

11   behalf of Mr. Fahie, Ms. Delgado and myself.

12          I thank you so much for your patience and your

13   service; and whatever happens at the end of the day.  So, thank

14   you, thank you sincerely.

15          Now, Mr. Gerard talked to you when he first got up

16   about what the charges were -- and it's no great mystery --

17   there are four charges in the indictment.

18           Let me show you what the Judge is going to instruct

19   you on.  Mr. Gerard showed you this as well, but he did not

20   highlight the same part that I have highlighted.

21          He showed you this; the Government's burden of proof

22   is heavy, but it does not have to prove defendant's guilt

23   beyond all possible doubt.  The Government's proof only has to

24   exclude any reasonable doubt concerning the defendant's guilt.

25

 1          A reasonable doubt is a real doubt based on your

 2   reason and commonsense after you have carefully and impartially

 3   considered all of the evidence in the case.

 4          Here's the part that the Government didn't highlight

 5   for you. Proof beyond a reasonable doubt is proof so convincing

 6   that you would be willing to rely and act upon it without

 7   hesitation in the most important of your own affairs.

 8          So it is not just common sense -- it is not just

 9   common sense that you know who's going to win the Super Bowl by

10   looking at the odds.

11          It's something bigger than that.  Are you willing to

12   rely upon what the Government has presented, including from

13   what you heard on that stand, in the most important of your own

14   affairs?

15          I submit to you that if you consider the evidence

16   impartially -- and all of the evidence -- the answer to that

17   question at the end of the day, and at the end of your

18   deliberations, is going to be, no.

19          No, I am not willing to rely upon that evidence as if

20   it were concerning the most important affairs in my own life.

21          Now, one of the other things that Mr. Gerard then

22   started talking about is how Count I involved a conspiracy with

23   cocaine.  And then he said, okay, we got that checked off.

24          That's not exactly what the offense is, ladies and

25   gentlemen; it's not just cocaine.

1          And the Judge will instruct you -- I'm starting

2     right there -- it is a crime for anyone to knowingly import

3     into the United States from a place outside of the United

4     States five kilograms or more of a mixture or substance

5     containing a detectable amount of cocaine.

6          Let's not waste time on the amount.  If you find all

7     of the other elements, then the amount was surely more than

8     five kilograms of cocaine.

9          And I'll talk to you about this a little bit more

10    when I start talking about the evidence in the case.

11         Every single time Roberto started talking about the

12    "test" he first started talking to Oleanvine Maynard about it

13    before Andrew Fahie was even on the scene up until the very

14    last day that they met; April 27th.

15         The plan was always the CS is going to bring in a

16    vessel -- which it can hold cartons of stuff -- and what the

17    stuff is going to be in this instance is construction materials

18    that are liquid, a substance.

19         What we don't have is that it will ever contain a

20    detectable amount of cocaine while in the British Virgin

21    Islands, which in this whole scheme that the undercover and the

22    CI were the architects of, is the only place outside the United

23    States before it goes into the United States.

24         So use that common sense, ladies and gentlemen, and

25    think about what you heard.

1          If the representation from the CS is that it is

2    never, never, never, never -- this is what it says -- never

3    going to test positive, then how is cocaine detected?  There's

4    got to be some measure, some metric by which cocaine would be

5    detected.

6          Now, the Government could have called a chemist from

7    their labs and explained by way of expert testimony about how

8    that could happen.

9          That you could have something that would first test

10   negative for cocaine -- but somehow would still have the

11   technical cocaine within it -- but they did not.

12         So use your common sense.  And that becomes important

13   because the plan, again, that was hatched up in this case --

14   the plan was for these vessels to get safe passage or safe

15   harbor in the British Virgin Islands for 24 to 48 hours.

16         The liquid material, the liquid substance, that's not

17   going to have anything to detect this cocaine in 24 to 48 hours

18   in the BVI or outside BVI.

19         Then the plan is -- and Ms. Maynard told you about

20   this again yesterday -- the plan according to the CS is that

21   the vessel with the containers of liquid material that is not

22   going to test positive for cocaine is going to go to Puerto

23   Rico. And what's going to happen in Puerto Rico?

24         It is going to be extracted -- and as Mr. Gerard

25   said, "it" is one of the code words for the cocaine.

1          As well as number one, number three -- and I'll show

2     you in the transcript -- or talk to you about it in the

3     transcript, some of the specific references to that.

4          But it is going to take four days, four days per

5     container.  So we know, even based on what the CS says, that

6     that extraction from liquid -- nothing tests positive for

7     cocaine into kilograms of cocaine -- isn't going to happen in

8     the BVI because there's not enough time.

9          It takes four days per kilo.  It is going to happen,

10    as the CS said, in Puerto Rico.

11         Ladies and gentlemen, Puerto Rico is in the United

12    States.  So when it becomes cocaine, it is already in the

13    United States.

14         So when it is checked off that it is cocaine, it is

15    in a territory of the United States -- and the plan is it's

16    supposed to go to Miami -- but it is not from a place outside

17    of the United States into the United States.

18         That's what the Government charged.  That's what they

19    charged.  Maybe when the indictment was written many, many

20    months ago -- maybe like Detective Dominguez nobody had

21    bothered to listen to the tapes to find out what the scenario

22    was.

23         I don't know.  But I do know that they charged

24    something that doesn't match up with what the facts are.

25

```
 1              Even if you believe that Mr. Fahie had every intent
 2      in the world to actually involve himself in these crimes it
 3      does not match the facts.
 4              The Judge is going to tell you that the indictment is
 5      only, you know, the charging document.  And that's true, but it
 6      is kind of the framework of the decision to make in terms of
 7      what the charges are and in your consideration of all of the
 8      evidence -- excuse me -- some of the evidence
 9              And some of what you will see in the charges that the
10      Court gives you on all of the four counts of the indictment, is
11      that there is a certain level of intent that the Government has
12      to establish beyond a reasonable doubt -- beyond and to the
13      exclusion of any reasonable doubt, that Mr. Fahie had, whether
14      it was knowingly or willfully.
15              And you're going to see those two words in the
16      indictment, and you're going to hear the Judge define them to
17      you.
18              Knowingly or willfully, ladies and gentlemen, are the
19      words that signal the Government has to prove that Mr. Fahie
20      intended to do something; intended to import cocaine -- or
21      conspire to import cocaine -- from outside the United States
22      into the United States.
23              That he knowingly and willfully conspired to launder
24      money, whether it was promotional or he concealed it, that he
25      knowingly attempted to launder money.
```

1          That he knowingly traveled to Miami to aid in a

2    business enterprise involving the importation of narcotics.

3          So you've got to find that there is evidence beyond a

4    reasonable doubt of Mr. Fahie's intent as to each and every one

5    of the acts.

6          So let me talk to you about what the evidence of Mr.

7    Fahie's intent was.  We know from Ms. Maynard yesterday, as

8    well as Mr. Fahie's statements throughout the reporting, that

9    Mr. Fahie was concerned or believed that the British didn't

10   like him politically as opposed to just did not like him

11   personally.

12         Ms. Maynard confirms that Mr. Fahie talks about that

13   in the April 7th meeting.  We know that Mr. Fahie believed that

14   someone was looking to remove him from his position as the

15   Premier.

16         Ms. Maynard tells you that there's discussion about

17   that on the tapes.  There's really no dispute that those things

18   are in the evidence.

19         Look, I'm not here to argue one way or the other

20   whether the United Kingdom really didn't want Andrew Fahie; It

21   doesn't make any difference.

22         Because the Judge is going to instruct you that if

23   Mr. Fahie had an honestly held belief that others were trying

24   to oust him from power, that you should consider that when

25   trying to determine what his intent was when he said all of

1    this stuff.  When he said the things that he did on the tape.

2    So whether the Government of the United Kingdom in 2022 wanted

3    to get rid of Mr. Fahie -- and when I say get rid of him I mean

4    take him out of power not anything else -- that is not the

5    issue.

6              The issue is whether or not he believed that; whether

7    he had an honestly held belief.

8              Now you've heard Mr. Fahie say in the hours long

9    recordings -- which I admit the bulk of it is just the CI

10   talking -- but Mr. Fahie talks when he can get in there.

11             A lot of times it's pretty much, yeah, right, okay.

12   But he does say specific things about the British don't like

13   him very much.  And that's because he, Fahie, tells them the

14   truth and, you know, things of that nature.

15             So on March 20th, Ms. Maynard meets through her son

16   the CI, and that's when they do that original initial phone

17   call. They set up the actual physical meeting in St. Thomas.

18             At that point in time on March 20th, they, meaning

19   the CI, Ms. Maynard and her son Kadeem, meet at some restaurant

20   and they discussed the original plan.

21             Now, if you go back into that meeting, that's one of

22   the first places where he talks about the whole it will never

23   test positive, that it takes four days to process each gallon.

24             And that is in the Government Exhibit for the 3/20

25   meeting, which the transcript is Government Exhibit 2B.

1          And the recording, ladies and gentlemen, would be

2    Government Exhibit 2A.

3          And specifically, at pages 31 through 34, I think I

4    may have referenced it when I was talking to Ms. Maynard...

5          You know, that's where he first goes into the whole,

6    not going to test positive discussion.

7          Never, never, never, never, never.  And that's when

8    he talks about the whole extraction process happening in Puerto

9    Rico, which is not outside of the United States.

10         And you'll also remember that there's also this side

11   deal with Kadeem and the CI that Ms. Maynard knows about.

12         The Government agrees and they stipulate there's no

13   question that Mr. Fahie didn't know anything about that.  And

14   that was the deal to get 60 real kilograms -- none of it's

15   real -- processed.

16         So, already processed kilograms into Kadeem hands so

17   then he, Kadeem, would distribute it on the British Virgin

18   Islands.  Again, everybody agrees Mr. Fahie doesn't know

19   anything about that.

20         The reason that's important is that Oleanvine Maynard

21   knows about it.  Oleanvine Maynard knows that her son is going

22   to get real kilograms -- supposed to get real kilograms -- of

23   cocaine that have already been extracted, that are ready to go

24   out on the streets.

25

1          So she knows that the CI can bring in real cocaine;

2  a mixture or substance containing a detectable amount of

3  cocaine.  She knows that that's possible; but she never tells

4  Mr. Fahie any of that.

5          The CI never tells Mr. Fahie any of that.  The only

6  thing Mr. Fahie knows about is that substance, this mystery

7  liquid, that's not going to test positive for cocaine.

8          That you can't detect cocaine in.  And that's what

9  you need to do for the statute for importation.

10          You heard that in that meeting on the 20th, along

11  with a bunch of other stuff, Ms. Maynard agrees to contact the

12  Premier.

13          And she talks about on the recording as well as in

14  her testimony a little bit, she didn't exactly know how to

15  approach him on this whole proposition for the testing.

16          And you heard her testify and you heard on the

17  recording that she decides, and I quote, to sell it to the

18  Premier.  She's talking to Roberto and Carlos at that point in

19  time.

20          As Roberto's an investor, he gave me a gift.  He

21  wants some help with his vessels and he wants to give the

22  party, meaning the Virgin Islands party, the political party,

23  money to work on projects and things of that nature.

24          I think we mentioned some $15 million high school or

25  something like that yesterday.

```
1              She never tells him, never, ever about the whole
2    there's going to be these buckets.
3              This is going to have liquid construction material.
4    They can't be detected for cocaine.  She never tells Fahie
5    about that in the first conversation.
6              Now she says that they came up with this code RTW,
7    Road Town Wholesale, that they were going to use when they
8    spoke to each other.
9              And you heard that Road Town Wholesale was something
10   that Ms. Maynard had had some issues with when she was doing
11   her legit job as support manager.  And they were complaining
12   about that, and it was something that was going on at the time.
13             But you also heard her say from the stand yesterday,
14   as well as make some references in some of the tapes, that
15   there were concerns that someone of listening to them.
16             Meaning the communication between Mr. Fahie and Ms.
17   Maynard and others.  Now, again, whether that's true or not, I
18   don't know.
19             But what's important is whether Mr. Fahie, as Ms.
20   Maynard said, also had that honestly held belief. And I submit
21   to you that it kind of makes some reasonable sense because
22   that's a good reason.
23             Whether you're doing something wholly illegal as the
24   Government suggests, or whether you're doing something
25   politically shaky.
```

1          And there's not a lot of politicians out there that

2     don't in some way.  So it is not surprising if you think that

3     somebody is listening in on you that you're going to try to

4     code it up a little bit.

5          Now, I'm not here to talk about the politics in the

6     British Virgin Islands.  I can't even figure out the politics

7     in my own country.  So I'm not about to try to, you know, wax

8     poetic about the British Virgin Islands and the rest.

9          What I do know is what is in the evidence. What's in

10    the evidence is that Mr. Fahie is going to run for reelection.

11    They talk about that with the CI and Ms. Maynard on the 7th.

12          Before we get to that; one other thing that you

13    should think about in terms of Mr. Fahie's knowledge before he

14    ever gets to that meeting and his intent.

15          And that is the requirements that he placed or that

16    he wanted to place on the meeting with the CI.

17          Because you'll remember that Ms. Maynard went to see

18    Mr. Fahie on March 22nd, right?  That was two days after the

19    meeting in St. Thomas.

20          She goes to talk to Mr. Fahie and there's the whole

21    back and forth on the chat, can you talk now, can I see you;

22    blah blah?

23          So they definitely talk on the 22nd, and that's when

24    she tells him what little she does tell him about Roberto

25    Quintero.

1          Notably nothing about the vessel's content with these

2     construction materials.

3          And then on the 31st of 2022 at 3:24:32 in the

4     afternoon -- oh, here we go -- And this is in Government

5     Exhibit 15-C8; okay?

6          These are the WhatsApp messages back and forth with

7     Bevis Sylvester, who you'll recall is Roxanne Sylvester's

8     brother.  Mr. Fahie sends Mr. Sylvester to check this man named

9     Roberto Quintero.

10          Maynard says that he wants to invest in the country

11     and also wants to help the party and do business with her as

12     well.

13          He is coming to the country for a meeting on April

14     7th.  This is important so report back 911.  Make sure he isn't

15     backdoor locked...

16          Now, I have no idea what the backdoor locked people

17     stuff means, but I do know that that pretty much tracks what

18     Ms. Maynard said she told the Premier about the 22nd

19          And Bevis responds with the list of requirements

20     right there.  And that response comes in at 7:09 that evening

21     of the 31st of March.

22          To meet with the Premier the following is required.

23     The full name, the picture, biography, business profile,

24     disclosure of any criminal record, reason for meeting proposed

25     date, and like of meeting.

1          So that's where that list that you've seen float back

2    and forth came from.  It came from advice from Bevis Sylvester

3    to Mr. Fahie.

4          Now, as Ms. Maynard said, the additional requirement

5    was that the meeting be held in his Governmental offices.  So I

6    think it's pretty reasonable to assume -- for you to determine

7    that by the time that series of recommendations is going back

8    and forth on the 31st and they talk about it again on April

9    1st, Mr. Fahie has no idea -- has no level of knowledge near

10   what Ms. Maynard has.

11         Actually, she said that yesterday.

12         She said that the idea was between she and the CI --

13   is that she was going to not fill Mr. Fahie in on the details

14   and rather that the CI would when they met.

15         And then, you know, you know that Mr. Fahie sends Ms.

16   Maynard the same list.  And these are the texts or the chats

17   rather from Ms. Maynard to the other.

18         That is sent at 7:29 on the 31st.  And that is in

19   Government Exhibit 18C as in Charlie 2.

20         And we know that because -- that Ms. Maynard sends it

21   to her son who in turn sends it to the CI.  And the CI and Ms.

22   Maynard and Kadeem have a telephone call on the evening of

23   March 31st.

24         And the CI is not happy that all of these things are

25   being asked of him.

1          Now remember, he's playing a role that he's a big bad

2   0drug dealer.

3          And so it would be pretty weird not to be upset if

4   somebody that you were meeting with, who you are supposed to be

5   going into partnership with in the drug business, is asking

6   things like the particulars and wanting a picture of you, and

7   whether you have a criminal record and any of those things.

8          And he actually says -- the CI I mean -- that in that

9   March 31st phone call, which is Government Exhibit 5B as in

10  Bravo -- I encourage you to read it all -- the CI actually says

11  he's treating this like a normal business.

12          This is not normal.  This is not okay.  Is he going

13  to jump?  Is he going to be a grasshopper?

14          Meaning is he going to back out of this?  This which

15  Maynard hasn't even told him about yet.  And then, you know,

16  the CI talks about how insulted he is about it and how Mr.

17  Fahie is asking questions, questions, questions.

18          And then he says, in what can only be described as

19  irony, can you imagine if somebody took my picture while this

20  was going on?

21          Because in his role as a drug dealer, typically -- I

22  think it's pretty reasonable to think typically not a good

23  thing to have your photograph taken by somebody else because

24  you don't really want people to know who you are if you're

25  really working for a drug cartel.

1              And so on the other hand, if you're working for the

2    Government, you take pictures, you do videos, you do all of

3    that so that you have evidence of who it is you're dealing

4    with, just like the Government did pictures of Mr. Fahie

5    sitting counting money.

6              But you also know that eventually the meeting

7    happened on April 7th after there's all this big hoo-ha about

8    the CI being fake upset.

9              And then there's the call on April 1st and they try

10   to calm things down and they do calm things down.

11             And now Mr. Fahie says, okay, I'll meet you.  I'll

12   meet you on April 7th.  And eventually the meeting happens at

13   Bevis Sylvester's house.  Although that information isn't

14   relayed to Ms. Maynard or the CI until the 7th.

15             So the 7th is the first meeting between Mr. Fahie and

16   the CI.  Now by the way, when you read Government Exhibit 5B,

17   the phone call on the 31st, that recording, you're going to

18   hear and see that Kadeem makes a whole bunch of statements

19   about, well, the Premier told me this or the Premier told me

20   that, or when I went to see him, the Premier said, X, Y, Z.

21             You know from the Government's records that Kadeem

22   and the Premier never chatted, never called each other.  And

23   his mom said, no, never happened.

24             So, you know, Kadeem's putting on his undercover act

25   too, I guess, I don't know.

1      But the things he said, some of which are helpful to

2  Mr. Fahie some of which aren't, you can't rely on those.  You

3  can't rely on them because everybody agrees those meetings,

4  those conversations never happened.

5      What does happen is, of course, the meeting on the

6  7th.  And remember that the CI has said on the March 31st call,

7  Government Exhibit 5A and the transcript Government Exhibit 5B

8  at page 35, that he's concerned about somebody taking his

9  photo.

10      Now, during that meeting we know that, in fact, Mr.

11  Fahie did take his picture -- that's Defendant Exhibit 1 --

12  with the big black square over the man's face; which is the CI,

13  and so we put a black square over his picture.

14      And you heard, though, that Ms. Maynard confirmed

15  that this in fact was the CI and that they're all sitting at

16  the meeting on April 7th.

17      And you heard that the Government stipulated that the

18  person who took this surreptitious couple of photographs with

19  the CI was Andrew Fahie on his phone.

20      This was taken on April 7th.  And I submit to you

21  that it is reasonable to believe that he was acting on his

22  belief that someone was trying to set him up to oust him from

23  power, and that he was, you know, kind of playing his own Jason

24  Bourne role; very badly I'll admit.

25

1          Because if you're a real undercover agent, if you

2    have the many, many, many hours like Detective Dominguez had in

3    education and training about how to carry on an undercover

4    scenario, you don't talk about the cocaine and the material,

5    the money.

6          You don't talk about the things that they talked

7    about on page 53 of that Government Exhibit 7B, which is where

8    finally the CI tells Andrew Fahie about the vessel and the

9    liquid concrete material; that will never ever, ever, ever

10   test positive for cocaine.

11         It will only be outside the Virgin Islands for 24 to

12   48 hours.  Then it's brought into Puerto Rico, in the United

13   States, where it's going to spend four days in the extraction

14   process for each of the containers.

15         You don't listen to that and then ask, as Mr. Fahie

16   did, by the way, are you an undercover agent?

17         Typically, if you are a real drug dealer, you might

18   want to find that out first thing before you talk to him.

19         Because "for real" drug dealers don't like to give a

20   lot of information about their plans and then find out that

21   somebody's concerned that they are law enforcement officers.

22         And when you read that portion of 7B, you will see

23   that Roberto Quintero was highly offended; or at least acted as

24   such.

25

1              That's the whole part where he's talking about, I

2      know you didn't mean to insult me but you're calling me a pig.

3      And that's what we call an undercover agent in my country.  I'm

4      not a pig.  You know, and he goes on and on and on for several

5      pages.

6              And finally, Mr. Fahie kind of backed off back pedals

7      a little bit and said, no, no, no, no, no, no, no; I don't

8      think you're a pig.

9              Because remember at this point, ladies and gentlemen,

10     he knows something's not adding up.  He has now just found out

11     that this plan is for these containers of the substance that

12     won't test positive; and that there's money being talked about.

13             And so he knows something's not right. He's already

14     taken some pictures surreptitiously of the person that he

15     suspects is not right.

16             And by the way, the whole part about where Mr. Fahie

17     first finds out about the 3000 units is -- starts on page 53

18     and goes up through like 57 or 60 or 70.  And there's tons of

19     places in the rest of the transcripts like I said.

20             If you look at Exhibit 12B at pages 49, page 96 and

21     page 99 -- if you look elsewhere on 7B -- you know, on 53, like

22     I told you.  It's on page 61; it's on page 63.

23             If you look at Exhibit 26 -- which is the meeting in

24     Tortola -- there's no question that the scenario that the

25     agents came up with included that there's going to be this

1    stuff and it's going to test negative and it'll be extracted in

2    Puerto Rico in the United States.  They also talk about the

3    money that they -- talk about the money, the 500,000.

4         By the way, you remember yesterday when Ms. Maynard

5    said, no, I think the original meeting on March 22nd, he only

6    said that it was going to be 300,000?

7         Well, go back and listen to Exhibit 3B; that's where

8    Ms. Maynard and her son call Roberto Quintero to get him an

9    update.

10        And in that call, she says that the Premier asked for

11   $500,000 to pay off the debts; as she said throughout other

12   times in the recording to pay off the debts of his predecessor.

13        Not to grease the wheels, not to pay somebody's

14   bribe.  And it was 500 -- not gradually increased -- it was

15   500; according to Maynard.  And the phone calls from the get go

16   were to pay off these old debts.

17        Now, when the April 7th meeting ends, we know that

18   there's going to be further discussions with Mr. Fahie when

19   they're all in Miami for Sea Trade; no doubt about that.

20        No doubt they were going to Sea Trade.  We know that

21   the money, the 700,000, is supposed to be transported from

22   Miami to Tortola because the money laundering -- it is kind of

23   in this case the exact reverse of the conspiracy to import.

24        Conspiracy to import; it's from outside the U.S. into

25   the U.S.

1          So the money laundering is just the flip-side.

2          They talk about all that.  They talk about, you know,

3   plane reservations and things like that.

4          There's no doubt that Andrew Fahie flew to Miami on

5   April 24th.  You don't have to look at that American Airlines

6   ticket anymore; it happened.

7          This was not out of the ordinary.  There's no doubt

8   that there was a meeting there on April 27th that Mr. Fahie

9   attended.  So, the question is, is what was his intent?

10          Was it his intent to promote or facilitate drug deals

11   or was his intent to try to figure out who he honestly believed

12   was trying to get him out of power?

13          Well, we know he did the good investigator work

14   similar to the pictures that -- and the videos that the

15   Government has -- and we know that in that meeting on April

16   27th, he asks a bunch of questions that don't make any sense if

17   you're just doing the illegal activity that Mr. Gerarde and the

18   Government suggests that he is.

19          He asks where generally, not specifically, as to this

20   deal, where generally is the vessel -- the CI's vessel in this

21   scenario -- where's it going to come?

22          And when I was questioning, I think it was Detective

23   Dominguez about that, literally Mr. Fahie says; I'm just asking

24   generally, where do you -- where do you bring your stuff in

25   usually?

1          Mr. McLaughlin, I think it was, came up and

2    thankfully pointed out that where that first test load was

3    going to be brought was Road Town.  They had already decided on

4    that and Mr. Fahie knew that.

5          So if you're a real drug dealer, why are you trying

6    to get intelligence on where else these folks bring their drugs

7    in?  Well, if you're trying to get intelligence on them, it is

8    so that you can pass that along and stop it.

9          We have the whole conversation, which starts at about

10   page 63.  And, again, this is Government Exhibit 12B where Mr.

11   Fahie -- I mean, they go back and forth about this.

12         Mr. Fahie asks Mr. Quintero, how generally do you get

13   your money off of like the planes or into the island?

14         I'm getting that at page 63.

15         Not specifically because we know that there's going

16   to be $700,000 that's going to be flown back in the CI's

17   private jet on April 28th.

18         I mean Ms. Roxanne and Oleanvine Maynard are going to

19   -- are going to accompany it down.

20          He wants to know how do you generally do that?  I

21   mean, it is like asking for a primer or a course on narcotics

22   trafficking and money laundering.

23         Then Mr. Fahie keeps talking about it like up through

24   page 69.  And he doesn't just ask for general --generalities on

25   how the CI would get in -- get the money in, he actually starts

64

1    to ask for the details of how he would do that.  Okay.  So,

2    would you do it in a plane?  Would you do it in a boat?  If you

3    bring the money in, in a boat, is that a go-fast boat?

4            And where does the go-fast boat go in Tortola or in

5    the British Virgin Islands.

6            He basically starts in like the early 60s, page 60,

7    and goes all the way through up to 90 asking these general

8    questions.

9            Such that -- and as you'll remember -- Detective

10   Dominguez at point said, what, do you have a better idea?  Do

11   you have an idea?

12           And Mr. Fahie said, no, no, no, no.  I just -- just

13   checking -- just wanted to know generally all of the routes

14   that you drug dealers have for money and dope.

15           Then the CI starts talking about the garbage.  Now

16   the garbage -- you'll remember he explained several times to

17   Ms. Maynard and Mr. Fahie throughout -- the garbage is the

18   low-quality cocaine.  It's going to test like 30 or 40

19   percent.  And it's supposedly like the dregs after they cook up

20   the cocaine in Columbia.

21           And the idea with the garbage is that the CI tells

22   Maynard -- and mentions it later to Mr. Fahie -- that the

23   garbage...

24           And so that was on the 7th as I recall -- but it was

25   for sure on the 27th.

 1          The whole idea with that is that it is basically

 2     going to be a freebie for Ms. Maynard and Mr. Fahie that they

 3     can seize to make them look good like they're interdicting

 4     cocaine.

 5          So we know that stuff's never leaving the British

 6     Virgin Islands, even under the scenario that these agents and

 7     undercover come up with.

 8          And then Mr. Fahie starts asking, whoa, what if the

 9     cocaine that's 30 or 40 percent gets through.  And he keeps

10     asking that.

11          And when you listen to that part of the recording,

12     you can kind of tell that Detective Dominguez and the CI are

13     like, well, of course it's not going to get through; you are

14     going to tell us where you want it.

15          So you know when it arrives there, and your people

16     are already pre-positioned to seize them.

17          But that's not what Mr. Fahie's concerned about.  Mr.

18     Fahie's concerned about the fact that something that he now

19     knows actually has cocaine in it is going to get through and

20     not be seized.  That's more evidence that his intent is to stop

21     this, not keep it going.

22          Now then in Government Exhibit 13B.  Again, we're

23     talking now about the trip -- or rather the recording on the

24     28th -- where they get into granular detail about how long

25     exactly is the trip from Miami-Opa Locka Airport to Tortola.

1            That the money's going to be on the plane; how long

2    is that going to take.

3            And that's at the very end -- like almost the very

4    end of the recording on the 28th -- of the transcript. And

5    keeps going through the time it takes to fly where.

6            And I submit to you, ladies and gentlemen, that the

7    reason he asked that is what Ms. Maynard told us yesterday.

8    That Roxanne told us he wanted to know exactly when that stuff

9    was going to land in Tortola.

10           Because the -- meaning the money -- because the other

11   thing he asked about on the 27th is, okay, how is this money

12   going to be packaged?

13           Is it going to be, you know, in bags?  Is it going to

14   be in suitcases?  Is it going to be behind some dummy panel or

15   something?

16           Now, if he is going to eventually take custody of it,

17   what difference does it make how it's packaged?  He can rip the

18   stuff apart.

19           But if somebody else is going to seize it on April

20   28th, then it is helpful to know what the CI would look like so

21   he could be arrested.  And number, two, it's helpful for them

22   to know where the money is hidden.

23           Now you'll also hear, as Mr. Gerarde said, that Mr.

24   Fahie was taking his daughter up to -- someplace in Lehigh

25   Pennsylvania to visit with some kind of athletic coach.

1        I apologize; I don't remember exactly what happened.

2   You can go ahead and listen -- if you would -- to that part of

3   the tape where the CI is trying to get Mr. Fahie to take the

4   private jet.

5            And count the number of how many times Mr. Fahie

6   says, no, no, I'm good; I'm good.

7            After about the third or fourth or fifth, I'm good,

8   he finally says, okay, we'll take your private plane.

9            And then he calls up and tells his staff to postpone

10  the commercial trip on American up to -- I shouldn't say it's

11  American -- but whatever airline it was to Pennsylvania.

12           Now XO Jet is like a for real company, ladies and

13  gentlemen.  So if you look it up, you'll see XO Jet.  You can

14  buy a spot on it.

15           It's kind of like Net Jet. This is not "Narco" Jet.

16  This is a company where you can rent out these small airplanes;

17  so it is legitimate company.

18           But my point in bringing that up is that it is not,

19  as the Government would like you to believe that the CI said,

20  oh, we have private jets and Mr. Fahie said sign me up, I want

21  to go.

22           He kept trying to say no, but he was being pressured

23  by the CI so finally he acquiesces.  And at this point in time,

24  he knows he's got to go with his daughter.

25

1            Think about it, would you involve your family if you

2    were -- knew you were going to be in a long-term partnership

3    with this drug dealer?

4            That doesn't seem reasonable to me. What seems

5    reasonable to me is that you would make sure your kid was with

6    you at all times when you had to meet with this guy.

7            If the kid was going to be on that plane, it is

8    reasonable to think that the parent would want to be with the

9    child at all times and not as was originally suggested, pick up

10   the kid -- she's 18 years old -- pick up his daughter at the

11   apartment that they had near FIU and then pick Mr. Fahie up.

12           Because you'll also remember that Mr. Fahie tried to

13   get the CI to do the pickup at the Embassy Suite, and that it

14   eventually gets changed.  This is after all of the pushing and

15   the shoving to take plane.

16           Now, I submit to you that when you think about all of

17   the questions that were asked, both originally and on the 27th,

18   The questions about is there a dummy panel?

19           The questions about where do you guys bring your

20   drugs generally?  Where do you bring your money generally?  How

21   do you bring your money in generally?

22           You'll see that Mr. Fahie's intent was to try to

23   figure out who was trying to bring him down.

24           Let me talk briefly about windows and doors.  There

25   seems to be this conundrum about the windows and doors.

1          And that Mr. Fahie's motive for entering into this

2    drug deal was to get money to pay for his construction and his

3    windows and doors.

4          I'd ask you please to look at Government Exhibit

5    15-C10.  Those are the text messages with Dory.  And Dory, as

6    you will recall, is Mr. Fahie banker who's in charge of his

7    construction loan.

8          And if you read through that, you'll find out that

9    Mr. Fahie had applied for and received the construction loan

10   well before he ever meets the CI.

11         And he had applied for a drawdown for the windows and

12   the doors before the meeting on the 27th.

13         Which is further evidence, ladies and gentlemen, of

14   actually his "poor" Jason Bourne.

15         Really the same goes through with Exhibit 50.  And if

16   you look at Defendant's Exhibit 4, you'll see that Mr. Fahie

17   often in the past, like years past, had chatted with Bevis to

18   find out intelligence -- in that particular May of 2021 --

19   about the people that were doing the Commission for Inquiry.

20         Now, Mr. Gerarde and Mr. McLaughlin both referenced

21   arrogance, greed, and corruption.  So let me talk a little bit

22   about the elephant that was in the room in the person of

23   Special Agent Witek.

24         Because greed is not only money, ladies and

25   gentlemen, greed is also about getting a notch in your belt.

1          It is about you as a law enforcement officer taking

2    down the sitting Premier, who is the head of the Government for

3    another country.   That's a big deal.

4          Arrogance is sitting in this courtroom having taken

5    an oath to tell the truth, and being a Federal agent sworn to

6    uphold the laws of the Constitution of the United States of

7    America, and flat out lie to your faces, ladies and gentlemen.

8          Flat out saying, I didn't find out about this

9    allegation that this CI had been found to lack credibility by a

10   Foreign Judge until like six months ago.

11         When after questioning, after questioning, after

12   questioning, after questioning, it finally comes out that, no,

13   he learned it more like five years ago, in November of 2018,

14   not six months ago.

15         And that becomes important because in May of 2022, he

16   also denied knowing it to another Federal Judge in this same

17   District in the same case.

18         And you know how else you know that that's what

19   happened, that he lied as he sat right there on the stand,

20   ladies and gentlemen?

21         Because Mr. Gerarde, to his credit, came up on

22   redirect and said, you didn't find this out six months ago, you

23   found this out in November of 2018, didn't you?

24         And so then he answered, yes.

25

1          So one of the architects of this scenario that you've

2    been presented with today was arrogant enough to lie to your

3    face.  And ladies and gentlemen, I submit to you that the

4    arrogance, the greed, and yes, the corruption of a Federal

5    officer taking his oath and saying, I don't have to tell the

6    truth, that is corruption, that is corruption.

7          So, yes, I agree there was arrogance, greed, and

8    corruption in this case; but it came from that witness stand a

9    week ago today in the person of Agent Witek.

10          So when you go back there, think about whether you

11    would rely on the evidence gathered in this case from the CI

12    who Agent Witek didn't even bother to collect the recordings

13    from if it came in on a weekend, because apparently he doesn't

14    work on the weekends.

15          Where he did not pat him down, or do any of the other

16    best practices that law enforcement officers do under the same

17    circumstances.

18          Is the evidence gathered by that man who lied to you

19    of the nature and the quality that you would be willing to rely

20    upon in the most important of your own affairs?

21          I don't think so.  And if that's the case, ladies and

22    gentlemen, you must find Mr. Fahie not guilty.

23          Thank you very much for your attention; I know it's

24    been a long couple weeks; and I very much appreciate it.

25

1            THE COURT:  All right.  Ladies and gentlemen, we're

2    going to take one final five-minute break.  Do not talk about

3    the case.  When you return, we will have the final rebuttal

4    argument by the Government and then I will instruct you on the

5    law.

6            COURT SECURITY OFFICER:   All rise.

7                      RECESS TAKEN

8            THE COURT:  Everyone may be seated.  And again, on

9    behalf of the United States.

10           MR. MCLAUGHLIN:  Thank you, Your Honor.  Good

11   afternoon, ladies and gentlemen.

12           I'm here to deliver our rebuttal argument.  Here in

13   the Federal criminal practice we have the burden of proof in

14   this case, and so we get to go twice.

15           There is an old saying in the law that if you don't

16   have the facts, you pound the law, and you don't have the law,

17   you pound the facts, and when you have neither, you pound the

18   table.

19           And what you listened to for about an hour from Ms.

20   Van Vliet is an attorney pounding the table.  They have nothing

21   on the law and they have nothing on the facts; because we have

22   proved the defendant's guilt beyond a reasonable doubt as to

23   every single element overwhelmingly.

24           Now, Mr. Fahie is a very high-profile client; and he

25   has a very smart and very capable counsel.

1          Both Ms. Van Vliet and Ms. Delgado are excellent

2     attorneys.  But the arguments that were put in front of you by

3     the defense in closing -- for lack of a better term -- do not

4     fly; they are absurd.

5          The notion that he was acting as his own confidential

6     informant, his own undercover officer, ladies and gentlemen, is

7     absurd.

8          This is a Court of law.  The coin of the "realm" in a

9     Court of law are facts, evidence and testimony; not conspiracy

10    theories, not conjecture, not what-about-ism.  Facts, evidence,

11    and law.  And more importantly, common sense and reason.

12         There's no evidence whatsoever that he was acting as

13    his own informant or his own undercover officer.  The only

14    nugget they hang their hat on is this purported statement that

15    Ms. Sylvester told Ms. Maynard after everyone's arrested at the

16    DEA.

17         And Ms. Maynard testified very clearly that was told

18    to her after Ms. Sylvester and the defendant had been together

19    at DEA after their arrest.

20         And I submit to you what he's doing -- he did tell

21    Ms. Sylvester that because she then told Ms. Maynard -- so he's

22    using anything and everything to get out of it.

23         Just like he used -- or was attempting to use Ms.

24    Maynard and Ms. Sylvester -- to transport his bribe money for

25    him so he could keep his hands clean.

1          He's using Ms. Sylvester to try to insert some sort

2     of doubt.  It's ridiculous, and we know that because the

3     evidence shows it's ridiculous.

4          There are no calls, there are no text messages, to

5     anyone in law enforcement in the BVI throughout the entire time

6     of this conspiracy.

7          Ms. Van Vliet made a lot of hay about his questions

8     about what time the flight was going to arrive in the BVI?

9     Well, he knows that when he's meeting at the hotel.

10          They talk about it repeatedly when Ms. Maynard is

11     present, when Roxanne Sylvester is present.  Everybody knows

12     what time the plane is leaving; everybody knows where it's

13     landing.

14          And as soon as he gets out of the meeting he doesn't

15     call the Chief of Police, he doesn't call the Governor, he

16     doesn't call the number of police contacts that are in his

17     phone.

18          He calls his contract who's building his house.  And

19     why does he do that?  Because the hundreds of thousands of

20     dollars of bribe money is about to roll in.

21          The millions of dollars in bribe money is about to

22     roll in.  That's why he makes those phone calls.

23          He's not playing Jason Bourne, he is not his own

24     informant, and he is not an undercover officer.  What he is, is

25     a politician on the take

1            Someone who's going to use his public office to get

2    rich to the tune of millions of dollars.

3            That's it; it's that simple.  Ladies and gentlemen,

4    this is not a complicated case.  You have listened to hours and

5    hours of recordings; and you have seen thousands of pages of

6    transcripts.

7            I invite you when you go back there, if you have a

8    question on anything, go back to the transcript, listen to the

9    recording; because it's all there.

10           But, again, this case is very simple.  This is a

11   politician on the take who is willing to sell out his own

12   people and the people of this country to let thousands of

13   kilograms of cocaine go through his country in route to the

14   United States to get sold so he can get rich.  That's it;

15   that's it.

16           Now I'd like to discuss Count I and what Ms. Van

17   Vliet is attempting to argue about the elements with the

18   statute.

19           So if we go to Government's Exhibit 24 -- and you're

20   going to have every exhibit back there on a computer that the

21   Court will send back.  So, you can look at every exhibit, and

22   listen to every recording you want.

23           But I wanted to show you, ladies and gentlemen,

24   Government's Exhibit 24, which is the map.

25

1          And right away on April 7th it is crystal clear in

2     the transcript that this is all about cocaine and it's going to

3     come from Columbia.

4          Roberto says, we own the kitchens in Columbia.

5     Common sense reading, ladies and gentlemen.  Where is cocaine

6     made?  It is made in Columbia.

7          It is going to come from Columbia to the British

8     Virgin Islands and from there it's going to go to Puerto Rico

9     and from Puerto Rico it's going to go to Miami.

10          Now what Ms. Van Vliet wants you to believe that

11     because the destination is from Puerto Rico -- is from Puerto

12     Rico to Miami -- there can be no importation.

13          I would submit to you all of the blue on the screen

14     in front of you is ocean.  There are a number of countries

15     there.  Those are all international waters, ladies and

16     gentlemen.

17          Here is Puerto Rico.  It's in international waters.

18     All of this is international waters; so it is coming from a

19     place outside the United States when it gets to Miami to a

20     place inside.

21          The cocaine is not going to be magically teleported

22     from Puerto Rico to Miami; it is coming on a vessel.  And when

23     it leaves Puerto Rico, it enters international waters; ergo,

24     it's coming from a place outside the United States.

25

```
 1              Secondly, Ms. Van Vliet made a lot of hey on this
 2      whole notion of, well, the cocaine's not detectable when it
 3      gets to the BVI.
 4              And what she's really asking you to believe is if
 5      someone puts a gun inside of a briefcase and it goes through
 6      the X-ray machine and the X-ray machine doesn't see the gun,
 7      there was no gun in the briefcase.
 8              Well, logic and commonsense tells you that that is
 9      absurd. All that's happening in this scenario is the cocaine is
10      being hidden through a series of construction materials.
11              It doesn't matter how good the testing is, or is not,
12      It's still cocaine.  It's cocaine from the moment it leaves
13      Columbia.  It's cocaine when it's coming through the British
14      Virgin Islands, no matter how well or poorly it gets detected.
15              It's cocaine when it gets to Puerto Rico, and it's
16      cocaine when it's in international waters en route to Miami.
17      And it is certainly cocaine when it's being sold for 26 to
18      $28,000 per kilo, which this defendant is told repeatedly
19      about.
20              So, there is no magic cocaine here, it is cocaine.
21              Now I'd like to discuss Ms. Van Vliet's argument
22      about the defendant's intent.  There was some discussion about
23      his concern about his political position and that people were
24      out to get him.
25
```

1          During the meetings that we played for you did this

2    sound like a man concerned about his political future?  You

3    heard the tone of his voice and the way he sounded in these

4    meetings.

5          He's asked about it repeatedly by the informant, and

6    every time he said not a big deal.  They think they're going to

7    get me; I'm not worried about it all.

8          He's not concerned about his political future, ladies

9    and gentlemen, he's concerned about getting rich; that's it.

10          Ms. Van Vliet also discussed what happened at the

11    March 22nd meeting between Ms. Maynard and the defendant.  And

12    I would submit to you, ladies and gentlemen, there are two

13    things that are very important about that meeting

14          One is Ms. Maynard pitches to him that she has met

15    this person, Roberto, who wants to do X, Y, and Z.

16          She didn't bring up the word cocaine.  But his first

17    instincts are I want a half a million dollars and we're going

18    to speak in code.

19          What does that tell you?  That he knows it's illegal.

20    He doesn't know the details yet, but he knows it's illegal.

21          And the demand for a half a million dollars upfront

22    tells you just how corrupt he really is.  Now, he knows at this

23    point that something is going to -- Roberto is not on the up

24    and up and that something is illegal.

25

1          He has a phone call in person with him on April 1st.

2     You heard that. I would submit to you -- and this is after

3     Roberto doesn't want to give him any of his personal details --

4     there are a number of off-ramps for the defendant throughout

5     this investigation.

6          Now, entrapment is not a defense here -- it will not

7     be in the jury instructions -- but if any of you are thinking

8     entrapment might be at play, it is not.

9          But it's important to note, and it tells you about

10    his intent, every day and every hour that goes on, he has an

11    off-ramp to say three words; no, thank you.

12         Had he said no, thank you, then we're not here.  But

13    he never does.  And, in fact, what he does say at the end of

14    the meeting -- April 7th -- after learning everything the three

15    words he does say are; we are together.

16         That is the reason he goes to all of these meetings.

17    And that is the reason he introduces Roxanne, his political

18    fixer, but also the sister of one of his best friends. And it

19    is the reason that he introduces his own daughter to Roberto.

20         You don't keep introducing your "people" into the

21    scenario -- into your team -- unless you're all in.

22         So, while the defendant traveled to Miami for the Sea

23    Trade Conference -- and you'll see in the jury instructions

24    travel to engage in criminal activities doesn't have to be the

25    sole reason you're coming -- that is of no moment.

1          And what's interesting here, you saw in the evidence

2    that he actually thought they were meeting on the 26th; and he

3    was so excited.

4          Again, he doesn't have to go to any of these meetings

5    ladies and gentlemen.  He can say, no, thank you.  But he goes

6    and he sits there for hour after hour talking about how much

7    he's going to get paid, how he's going to get paid.

8          In fact, another reason you know he's not playing

9    Jason Bourne, is he brings up -- this is 12B on page 108 --

10   they're discussing how are we going to get it; you want to do

11   it by boat.

12         Remember, the defendant doesn't want to use bank

13   accounts.  Those are traceable.  Doesn't want to use crypto

14   currency.  He can't do that.  He doesn't have it.

15         They decide -- and he actually agrees at the top

16   here -- All right.  First payment will be by boat.  And he

17   brings up his friend's tattoo who he describes as like a

18   Sundance.

19         He moves cocaine, he moves guns, and lo and behold

20   he's a real person.

21         If you are meeting with someone who you think is law

22   enforcement, why are you bringing other people and getting them

23   involved -- getting other people involved by name -- if you

24   think that?

25

1          He doesn't think that.  He thinks Roberto is the real

2   deal.  That's why he cancels his flight -- his regular flight

3   to Philadelphia -- because it is more fun to take a free Narco

4   Jet flight than to fly commercial.

5          And that's why he continues during the meeting on the

6   27th about, hey, my daughter's going to go home and practice

7   over the summer.

8          We're going to need more free flights on the way up

9   there.  Pete, can you pay for the trucking and the shipping

10  too?

11         And that's the other reason we talked, ladies and

12  gentlemen, about St. Martin.  It's not a substantive count

13  here, but it is his bribe money.  He's directing it to go to

14  St. Martin.

15         And why we introduced the texts and the contacts for

16  you -- where he exchanged the actual names of the people that

17  were going to be on the flight -- is because it shows his

18  intent.

19         The defendant sends this -- thanks to the wonders of

20  modern technology where they communicate via push to talk and

21  we actually get to hear what they're talking about.

22         And so what you see, ladies and gentlemen, is right

23  after the meeting on the 7th, where the defendant knows exactly

24  what's going down -- that this is thousands of kilos of real

25  cocaine -- he calls Baye Cisse.

1           And they clearly talk about it.  Because Baye Cisse

2   says -- push talk -- you can do business with that man if it's

3   going to give you millions or maybe more.  He's not a bad man,

4   and you can do business with him.

5           So, if you are conducting your own Jason Bourne

6   investigation why are you talking to your Senegalese political

7   fixer on the other side of the ocean?

8           You're not; you're talking to Baye Cisse because

9   Roberto is now the cash cow and Roberto now is going to pay you

10  the money I owe you. That's why they're in communication.

11          That's why they exchange photographs about the hotel.

12  And that is why the defendant sends that same hotel information

13  with his secretary.  It's all going to happen.

14          And lastly Ms. Van Vliet tried to make the argument

15  that the defendant was forced to take the free Narco Jet flight

16  to Philadelphia.

17          We played that entire meeting for you.  You heard his

18  voice, his mannerisms, his demeanor.  At no point was he forced

19  to do that.

20          You listened to it, you heard it.  Did he sound

21  forced to you?  Of course not.  Did he sound forced when he was

22  wheeling his luggage with his 18-year-old daughter on April

23  28th to get into Roberto Quintero's car to get his free Narco

24  Jet flight?  Of course not.

25

1              The notion that the defendant only wanted to be

2       picked up at the Embassy Suites again is nonsense.  It's in the

3       recording.

4              He's the one who offers, hey, might as well just pick

5       me up at the house.  It's easier.  He gives, again, the address

6       and the gate code for his daughter's residence to do so.

7              Again, ladies and gentlemen, that's showing just how

8       willfully he has joined both conspiracies.

9              Ms. Van Vliet makes mention of these texts with his

10      construction loan.  We don't dispute that he had a construction

11      loan, but it's very clear from the conversations with Roberto

12      that drug money's going to be used to pay that down.

13             And that's why there's the constant conversation

14      about how they can use drug money to pay for his windows and

15      his tiles and his furnishings.

16             And ladies and gentlemen, the last transcript I'm

17      going to show you -- right before he gets on the plane to look

18      at his money -- he keeps bringing up the contractor to Roberto.

19             And this is on April the 28th, just after they get

20      out of the car, and he's still talking about it, still talking

21      about it.

22             In closing, here's the deal folks, this is a case

23      about evidence.  You have the defendant's own words on the tape

24      telling you what he thinks, what he feels, and what he wants to

25      do.

1          He is guilty of every count in this case.

2          He willfully conspired and joined the conspiracy to

3    import five or more kilograms into this country.

4          He conspired to money launder; both to promote the

5    bribery scheme and to promote the importation scheme.

6          He conspired to conceal known drug money on the

7    flight from the BVI here.  So there's no mistake.  He has told

8    us in no uncertain terms during the meetings with the informant

9    and the undercover officer what he meant.

10          You heard it throughout all of the recordings.

11          If you focus on the evidence in this case and don't

12    get distracted, don't buy into the conspiracy theories and just

13    keep your mind focused on the evidence, the testimony, and use

14    your reason and your judgment you will find him guilty of every

15    single count in this case.

16          Thank you for your time.

17          THE COURT:  Members of the jury, it is now my duty to

18    instruct you on the rules of law that you must use in deciding

19    this case.

20          After I have completed these instructions, you will

21    go to the jury room and begin your discussions, what we call

22    your deliberations; whether the Government has proved the

23    specific facts necessary to find the defendant guilty beyond a

24    reasonable doubt.

25

1          Your decision must be based only on the evidence

2  presented you during the trial.  You must not be influenced in

3  any way by either sympathy for or prejudice against the

4  defendant or the Government.

5          You must follow the law, as I explain it, even if you

6  do not agree with the law, and you must follow all of my

7  instructions as a whole; you must not single out or disregard

8  any of the Court's instructions on the law.

9          And in that regard, each of you will have a packet, a

10  copy of the instructions, to take back with you into the jury

11  room

12          Now, as you were told earlier, the indictment or

13  formal charge against the defendant isn't evidence of guilt;

14  the law presumes every defendant is innocent.

15          The defendant does not have to prove his innocence or

16  produce any evidence at all. A defendant does not have to

17  testify.  And if the defendant chose not to testify, you cannot

18  consider that in any way while making your decision.

19          The Government must prove guilt beyond a reasonable

20  doubt.  If it fails to do so, you must find the defendant not

21  guilty.

22          Now, the Government's burden of proof is heavy, but

23  it does not have to prove defendant's guilt beyond all possible

24  doubt.  The Government's proof only has to exclude any

25  reasonable doubt concerning the defendant's guilt.

1          A reasonable doubt is a real doubt based on your

2    reason and commonsense after you have carefully and impartially

3    considered all of the evidence in the case.

4          Proof beyond a reasonable doubt is proof so

5    convincing that you would be willing to rely and act upon it

6    without hesitation in the most important of your own affairs.

7          If you are convinced that the defendant has been

8    proved guilty beyond a reasonable doubt, say so. If you are not

9    convinced, say so.

10         Now as I said before, you must consider only the

11   evidence that I have admitted in the case. Evidence includes

12   the testimony of the witnesses and the exhibits that have been

13   admitted.  But anything the lawyers say is not evidence and is

14   not binding on you.

15         You should not assume from anything that I have said

16   that I have any opinion about any factual issue in this case.

17         Except for my instructions to you on the law, you

18   should disregard anything I may have said during the trial in

19   arriving at your own decision about the facts. Your own

20   recollection and interpretation of the evidence is what

21   matters.

22         Now in considering the evidence you may use reasoning

23   and commonsense to make deductions and reach conclusions. You

24   shouldn't be concerned about whether the evidence is direct or

25   circumstantial.

1           Direct evidence is the testimony of a person who

2    asserts that he or she has actual knowledge of a fact; such as

3    an eyewitness.

4           Circumstantial evidence is proof of a chain of facts

5    and circumstances that tend to prove or disprove a fact. And

6    there is no legal difference in the weight you may give to

7    either direct or circumstantial evidence.

8           When scientific, technical or other specialized

9    knowledge might be helpful, a person who has special training

10   or experience in that field is allowed to state an opinion

11   about the matter.

12          But that does not mean you must accept the witness'

13   opinion. As with any other witness' testimony, you must decide

14   for yourself whether to rely upon the opinion.

15          Now when I say you must consider all the evidence, I

16   do not mean that you must accept all the evidence as true or

17   accurate.  You should decide whether you believe what each

18   witness had to say and how important that testimony was.

19          In making that decision, you may believe or

20   disbelieve any witness in whole or in part and the number of

21   witnesses testifying concerning a particular point does not

22   necessarily matter.

23          To decide whether you believe any witness, I suggest

24   that you ask yourself a few questions.

25

1            Did the witness impress you as one who is telling the

2      truth?  Did the witness have any particular reason not to tell

3      the truth?  Did the witness have a personal interest in the

4      outcome of the case?

5            Did the witness seem to have a good memory?  Did the

6      witness have the opportunity and ability to accurately observe

7      the things he or she testified about?

8            Did the witness appear to understand the questions

9      clearly and answer them directly?  Did the witness' testimony

10     differ from other testimony or other evidence?

11           Now you should also ask yourself whether there was

12     evidence that a witness testified falsely about an important

13     fact and ask whether there was evidence that at some other time

14     a witness said or did something or didn't say or do something

15     that was different from the testimony the witness gave during

16     the trial.

17           To decide whether you believe a witness, you may

18     consider the fact that the witness has been convicted of a

19     felony or a crime involving dishonesty or a false statement.

20           But keep in mind that a simple mistake doesn't mean a

21     witness wasn't telling the truth as he or she remembers it.

22     People naturally tend to forget some things or remember them

23     inaccurately.

24           So if a witness did misstate something, you must

25     decide whether it was because of an innocent lapse in memory or

1    an intentional deception.  The significance of your decision

2    may depend on whether the misstatement is about an important

3    fact or about an unimportant detail.

4         Now you must consider some witnesses' testimony with

5    more caution than others. In this case, the Government has made

6    a plea agreement with co-defendant Oleanvine Maynard in

7    exchange for her testimony.

8         Such plea bargaining, as it's called, provides for

9    the possibility of a lesser sentence than the co-defendant

10   would normally face.

11        Plea bargaining is lawful and proper and the rules of

12   this Court expressly provide for it.

13        But a witness who hopes to gain more favorable

14   treatment may have a reason to make a false statement in order

15   to strike a good bargain with the Government.

16        So while a witness of that kind may be entirely

17   truthful when testifying, you should consider that testimony

18   with more caution than the testimony of other witnesses.

19        And the fact that a witness has pled guilty to an

20   offense isn't evidence of the guilt of any other person

21        Members of the jury, Exhibits 1B through 13B have

22   been identified as typewritten transcripts of the oral

23   conversations heard on the recordings received in evidence as

24   Exhibits 1A through 13A.

25

1          The transcripts also purport to identify the speakers

2     engaged in the conversation.  I have admitted the transcripts

3     for the limited and secondary purpose of helping you follow the

4     content of the conversations as you listen to the recordings

5     and also to help you identify the speakers.

6          But you are specifically instructed that whether a

7     transcript correctly reflects the content of the conversation

8     or the identity of the speakers is entirely for you to decide

9     based on your own evaluation of the testimony you have heard

10    about the preparation of the transcript and from your own

11    examination of the transcript in relation to hearing the

12    recording itself as the primary evidence of its own contents.

13         If you determine that a transcript in any respect is

14    incorrect or unreliable, you should disregard it to that

15    extent.

16         Now, the superseding indictment charges four separate

17    crimes called counts against the defendant.  Each count has a

18    number and you'll be given a copy of the superseding indictment

19    to refer to during your deliberations; but I will summarize the

20    charges now.

21         Count I charges that the defendant knowingly and

22    willfully conspired to import cocaine, a Schedule II controlled

23    substance, into the United States from a place outside the

24    United States.

25

1          Count II charges that the defendant knowingly and

2     willfully conspired to engage in money laundering.

3          The Government has alleged that the defendant

4     conspired to do so in two ways.

5          First, to transport, transmit and transfer a monetary

6     instrument and funds from a place inside the United States to a

7     place outside the United States with the intent to promote the

8     carrying on of a specified unlawful activity.

9          Second, to transport, transmit and transfer a

10    monetary instrument and funds from a place inside the United

11    States to and through a place outside the United States knowing

12    that the monetary instrument or funds involved and represented

13    the proceeds of some form of unlawful activity

14         And knowing that the transportation transmission or

15    transfer was designed in whole or in part to conceal or

16    disguise the nature, location, source, ownership, and control

17    of the proceeds of a specified unlawful activity.

18         And I will explain the law defining some of these

19    terms such as specified unlawful activity in just a moment.

20         Count III, charges that the defendant knowingly

21    attempted to engage in money laundering.

22         Count IV, charges that the defendant knowingly

23    traveled in interstate and foreign commerce with the intent to

24    promote, manage, establish, carry on, or facilitate unlawful

25    activity.

1          And thereafter performed or attempted to perform acts

2    to promote, manage, establish and carry on or facilitate

3    unlawful activity.

4          Note that the defendant is not charged in Counts I

5    and II with committing what we call a substantive offense.  The

6    defendant is charged with conspiring to commit those offenses

7    and I will give you specific instructions as to conspiracy.

8    In Count I, the defendant is charged with violating Title 21

9    United States Code Section 963.

10         Title 21 United States Code Section 952 makes it a

11   crime for anyone to knowingly import into the United States

12   from a place outside thereof five kilograms or more of a

13   mixture and substance containing a detectable amount of

14   cocaine, a controlled substance, in violation of Title 21

15   United States Code Section 963.

16         It is a separate Federal Crime for anyone to conspire

17   to knowingly import a controlled substance into the United

18   States.  Cocaine is a controlled substance.

19         To import a substance means to bring or transport

20   that substance into the United States from someplace outside

21   the United States.

22         A conspiracy is an agreement by two or more persons

23   to commit an unlawful act.  In other words, it is a kind of

24   partnership for criminal purposes.

25

1            Every member of the conspiracy becomes the agent or

2       partner of every other member.  The Government does not have to

3       prove that all the people named in the superseding indictment

4       were members of the plan or that those who were members made

5       any kind of formal agreement.

6            The heart of a conspiracy is the making of the

7       unlawful plan itself.

8            So the Government does not have to prove that the

9       conspirators succeeded in carrying out the plan.

10           As to Count I, the defendant can be found guilty only

11      if all the following facts are approved beyond a reasonable

12      doubt:

13           First, two or more people in some way agreed to try

14      to accomplish a shared and unlawful plan to import a controlled

15      substance.

16           Second, the defendant knew the unlawful purpose of

17      the plan and he willfully joined in it.

18           And, third, the object of the unlawful plan was to

19      import five kilograms or more of cocaine.

20           A person may be a conspirator even without knowing

21      all the details.  The unlawful plan or the names and identities

22      of all the other alleged conspirators.

23           If the defendant played only a minor part in the plan

24      but had a general understanding of the unlawful purpose of the

25      plan and willfully join in the plan on at least one occasion,

that's sufficient for you to find the defendant guilty. But simply being present at the scene of an event or merely associating with certain people and discussing common goals and interests, doesn't standing alone established proof of a conspiracy.

Also, a person who doesn't know about a conspiracy but happens to act in a way that advances some purpose of one doesn't automatically become a conspirator.

However, if you find the circumstances surrounding the defendant's presence at the scene of conspiratorial activity are so obvious; knowledge of a conspiracy's character may be fairly attributed to him.

In Count I, the defendant is charged with conspiring to import into the United States at least five kilograms of cocaine.

But you may find the defendant guilty of the crime even if the amount of the controlled substance for which he should be held responsible is less than five kilograms.

So if you unanimously find the defendant guilty, you must also unanimously find whether the Government has proved beyond a reasonable doubt the weight of the cocaine the defendant conspired to import into the United States and specify the amount on the verdict form, which I'll talk to you about at the end.

1          In Count II, the defendant is charged with violating

2   Title 18 United States Code Sections 1956(a)(2)(A)

3   1956(a)(2)(B)(i) and (h).

4          It is a Federal crime to conspire to engage in money

5   laundering involving specified unlawful activity that violates

6   Title 18, United States Code, Sections 1956(a)(2)(A) and/or

7   1956(a)(2)(B)(i)

8          As to Count II, the defendant can be found guilty

9   only if all the following facts are proved beyond a reasonable

10  doubt:  One, two or more people in some way agreed to try to

11  accomplish a shared and unlawful plan to violate Title 18

12  United States Code Section 1956(a)(2)(A) and/or Title 18 United

13  States Code Section 1956(a)(2)(B)(i); money laundering

14         And, two, the defendant knew the unlawful purpose of

15  the plan and willfully joined in it.

16         Again, a conspiracy is an agreement by two or more

17  persons to commit an unlawful act.  In other words, it is a

18  kind of partnership for criminal purposes.

19         Every member of the conspiracy becomes the agent or

20  partner of every other member.

21         The Government does not have to prove that all of the

22  people named in the superseding indictment were members of the

23  plan or that those who were members made any kind of formal

24  agreement.

25

1          The heart of a conspiracy is the making of the

2    unlawful plan itself.  So the Government does not have to prove

3    that the conspirators succeeded in carrying out the plan.

4          A person may be a conspirator even without knowing

5    all of the details of the unlawful plan or the names and the

6    identities of all the other alleged conspirators.

7          If the defendant played only a minor part in the plan

8    but had a general understanding of the unlawful purpose of the

9    plan and willfully joined in the plan on at least one occasion,

10   that's sufficient for you to find the defendant guilty.

11         Again, by simply being present at the scene of an

12   event or merely associating with certain people and discussing

13   common goals and interests doesn't, standing alone, establish

14   proof of a conspiracy.

15         Also, a person who doesn't know about a conspiracy

16   but happens to act in a way that advances some purpose of one

17   doesn't automatically become a conspirator.

18         However, if you find the circumstances surrounding

19   the defendant's presence at the scene of the conspiratorial

20   activity are so obvious knowledge of the conspiracy's character

21   may be fairly attributed to him.

22         The conspiracy charged in Count II has two objects or

23   goals; namely two different types of money laundering.

24         The first object is knowing participation in the

25   transport, transmission or transfer of monetary instruments or

1    money from a place in the United States to or through a place

2    outside the United States; or to a place in the United States

3    from or through a place outside the United States

4          With the intent to promote the carrying on of

5    specified unlawful activity; in violation of Title 18, United

6    States Code Section 1956(a)(2)(A).

7          The second object is knowing participation in the

8    transport, transmission or transfer of monetary instruments or

9    money from a place in the United States to or through a place

10   outside the United States or to a place in the United States

11   from or through a place outside the United States; knowing that

12   the monetary instruments or money involved were proceeds of

13   some kind of unlawful activity designed in whole or in part to

14   conceal or disguise the nature, location, source, ownership or

15   the control of the proceeds of specified unlawful activity; in

16   violation of Title 18 United States Code Section 1956

17   a(2)(B)(i).

18         I will explain each of these objects in turn.

19         It is important to note, however, that the Government

20   does not need to prove that the defendant agreed to accomplish

21   both of the two objects in order for you to find the defendant

22   guilty of Count II, conspiracy to commit money laundering.

23         Moreover, the Government does not have to prove that

24   either of the two objects was actually accomplished.

25

1          However the Government must prove beyond a reasonable

2     doubt that an agreement existed to accomplish either one of the

3     two objects, and the defendant knew the unlawful purpose of the

4     plan and willfully joined in it.

5          So if you unanimously find the defendant guilty of

6     Count II, you must also unanimously find which object of the

7     conspiracy the defendant agreed to commit and indicate each

8     object on the verdict form.

9          Object 1, which is called promotional money

10    laundering.  The elements of Title 18 United States Code

11    Section 1956 a(2)(A) are as follows:

12           The defendant knowingly transported, transmitted, or

13    transferred a monetary instrument or money from a place in the

14    United States to or through a place outside the United States;

15    Or to a place in the United States from or through a place

16    outside the United States.

17          And, two, the defendant acted with the intent to

18    promote the carrying on of any of the specified unlawful

19    activity I will set out below.

20          To transport, transmit or transfer includes all

21    means; to carry, send, mail, ship or move money.

22          It includes any physical means of transferring or

23    transporting funds and also electronic transfer by wire or

24    computer or other means.

25

1          It doesn't matter whether the monetary instrument or

2     money involved in this case was derived from criminal activity,

3     it could be legitimately earned income, even money provided by

4     a Government agent in the course of an undercover operation.

5          A monetary instrument includes the coin or currency

6     of any country, travelers or personal checks, bank checks or

7     money orders or investment securities or negotiable instruments

8     in a form that allows ownership to transfer on delivery.

9          The term with the intent to promote the carrying on

10    of specified unlawful activity means that the defendant must

11    have conducted or attempted to conduct transportation,

12    transmission or transfer a money instrument or money from a

13    place in the United States to or through a place outside the

14    United States. Or to a place in the United States from or

15    through a place outside the United States for the purpose of

16    making easier or helping to bring about any of the specified

17    unlawful activity as defined below.

18         The term specified unlawful activity means any one of

19    the following illegal activities.

20         One, an offense involving the felonious importation

21    sale or distribution of cocaine punishable under the laws of

22    the United States.

23         Two, an offense against a foreign nation,

24    specifically the British Virgin Islands, involving bribery of a

25    public official.

1        Or, three, an offense against a foreign nation,

2   specifically the United Kingdom, involving bribery of a public

3   official.

4        Object two, concealment money laundering.

5        The elements of Title 18 United States Code Section

6   1956 a(2)(B)(i) are as follows:

7        One, the defendant knowingly transported, transmitted

8   or transferred a monetary instrument or money from a place in

9   the United States to or through a place outside the United

10  States or to a place in the United States from or through a

11  place outside the United States.

12       Two, the defendant knew that the monetary instrument

13  or money involved in the transportation, transmission or

14  transfer were the proceeds of some kind of unlawful activity.

15       And, three, the defendant knew the transportation,

16  transmission or transfer was designed in whole or in part to

17  conceal or disguise the nature, location, source, ownership or

18  the control of the proceeds of any of the specified unlawful

19  activity set forth below.

20       To transport, transmit, transfer includes all means

21  to carry, send, mail, ship or move money.  It includes any

22  physical means of transferring or transporting funds and also

23  electronic transfer by wire or computer or other means.

24       It could be money represented to be proceeds of

25  unlawful activity provided by a Government agent in the course

of an undercover operation. A monetary instrument includes the coin or currency of any country, travelers or personal checks, bank checks or money orders or investment securities or negotiable instruments in a form that allows ownership to transfer on delivery.

To know that the money or property involved in the transportation, transmission or transfer comes from some kind of unlawful activity is to know that the money or property came from an activity that's a felony under State, Federal or Foreign law.

The term proceeds means any property derived from or obtained or retained directly or indirectly through some form of unlawful activity, including the gross receipts of the activity.

The term specified unlawful activity means any one of the following illegal activities:

One, an offense involving the felonious importation, sale or distribution of cocaine punishable under the laws of the United States.

Two, an offense against a foreign nation, specifically the BVI, involving bribery of a public official.

Or, three, an offense against a foreign nation, specifically the United Kingdom, involving bribery of a public official.

 1          Lastly, if you unanimously find the defendant guilty

 2   of Count II, you must also unanimously find the specified

 3   unlawful activity involved and indicate each specified unlawful

 4   activity on the verdict form

 5          And I'll explain that to you.

 6          Specified unlawful activity one.  The laws of the

 7   United States outlaw importation, sale and distribution of

 8   cocaine.

 9          Title 21 United States Code Section 841(a)(1) makes

10   it a felony crime for anyone to distribute or possess with

11   intent to distribute cocaine.

12          Title 21 United States Code Section 846 makes it a

13   felony crime for anyone to knowingly attempt or conspire to

14   distribute or possess with intent to distribute cocaine.

15          Title 21 United States Code Section 952 makes it a

16   felony crime for anyone to knowingly import cocaine into the

17   United States from someplace outside the United States.

18          As set forth above in Count I, Title 21 United States

19   Code Section 963 also makes it a felony crime for anyone to

20   knowingly attempt to or conspire to import cocaine into the

21   United States from someplace outside the United States.

22          Specified unlawful activity number two.  The laws of

23   the BVI outlaw bribery of a public official.

24          Under Section 79 of the BVI Criminal Code, as the

25   Premier of the British Virgin Islands, elected member of the

1  British Virgin Islands House of Assembly and British Virgin

2  Islands Minister of Finance, the defendant was a public

3  official.

4          Pursuant to Section 80(1)(b) of the BVI Criminal

5  Code, the elements for bribery of a public official are as

6  follows:

7          The public official directly or indirectly solicited,

8  accepted or obtained from another person -- for the public

9  official or any other person -- a gratification, that is any of

10  the following, including any conditional or unconditional offer

11  or promise of the following:

12          Gift, reward, premium or other monetary or

13  non-monetary advantage other than lawful employment pay or

14  compensation, a fee or commission consisting of money, a

15  payment, release or discharge of a loan, obligation or other

16  liability; a payment of inadequate consideration for property,

17  an interest in property, goods or services, or an overpayment

18  for property, an interest in property, goods or services.

19      Two, the gratification was linked to the public official

20  doing, abstaining from doing, having done, or abstained from

21  having done an act.

22          And, three, the act was facilitated by the public

23  official's functions or duties as a public official.

24          Specified unlawful activity three.  The laws of the

25  UK outlaw bribery of a public official.

1          Under Section 16 of the UK's Bribery Act of 2010, as

2    the Premier of the British Virgin Islands, elected member of

3    BVI House of Assembly and the BVI Minister of Finance, the

4    defendant was an individual in the public service of the Crown

5    and thus a public official.

6          Pursuant to Section (2)(2) of the UK's Bribery Act of

7    2010, the elements for bribery of a public official are as

8    follows:

9          One, the public official agreed to receive or accept

10   a financial or other advantage.

11         Two, the public official did so with the intent that

12   any function of a public nature or any activity performed in

13   the course of the public official's employment that the public

14   official was expected to perform in good faith or impartially

15   would be performed improperly.

16         That is performed or failed to be performed by the

17   public official or another person; in breach of a relevant

18   expectation.

19         In some cases it is a crime to attempt to commit an

20   offense even if the attempt fails.

21         In Count III, the defendant is charged with attempting

22   to violate Title 18 United States Code Section 1956(a)(2)(A),

23   which makes it a Federal crime for anyone to knowingly attempt

24   to transport, transmit or transfer a monetary instrument or

25   money from a place in the United States to or through a place

1    outside the United States or to a place in the United States

2    from or through a place outside the United States with the

3    intent to promote the carrying on of specified unlawful

4    activity; money laundering.

5           A person can be found guilty of violating Title 18,

6    United States Code Section 1956 (a)(2)(A) if all the following

7    acts are proved beyond a reasonable doubt.

8           One, the person knowingly transported, transmitted,

9    or transferred a monetary instrument or money from a place in

10   the United States to or through a place outside the United

11   States or to a place in the United States from or through a

12   place outside the United States.

13          And, two, the person acted with the intent to promote

14   the carrying on of specified unlawful activity.

15          You heard these before -- and it is for each of these

16   counts -- to transport, transmit or transfer includes all means

17   to carry, send, mail, ship or move money.

18          It includes any physical means of transferring or

19   transporting funds and also electronic transfer by wire or

20   computer or other means.

21          It doesn't matter whether the monetary instrument or

22   money involved in this case was derived from criminal activity.

23   It could be legitimately earned income; even money provided by

24   a Government agent in the course of an undercover operation.

25

1        A monetary instrument includes the coin or currency

2   of any country, travelers or personal checks, bank checks or

3   money orders or investment securities or negotiable instrument

4   in a form that allows ownership to transfer on delivery.

5        The term with the intent to promote a carrying on of

6   specified unlawful activity means that the defendant must have

7   conducted or attempted to conduct transportation, transmission

8   or transfer of a monetary instrument or money from a place in

9   the United States to or through a place outside the United

10  States or to a place in the United States from or through a

11  place outside the United States for the purpose of making

12  easier or helping to bring about any of the specified unlawful

13  activity as defined below.

14       The term specified unlawful activity means any one of

15  the following illegal activities.

16       One, an offense involving the felonious importation,

17  sale, or distribution of cocaine punishable under the laws of

18  the United States.

19       Two, an offense against a foreign nation, specifically

20  the BVI, involving bribery of a public official.

21       Or, three, an offense against a foreign nation,

22  specifically the United Kingdom, involving bribery of a public

23  official.

24       As to Count III, the defendant can be found guilty

25  only if all the following facts are proved beyond a reasonable

1    doubt.  One, the defendant knowingly intended to commit the

2    crime of promotional money laundering; in violation of Title 18

3    United States Code Section 1956(a)(2)(A).

4         And, two, the defendant's intent was strongly

5    corroborated by his taking a substantial step toward committing

6    the crime.

7         A substantial step is an important action leading up

8    to committing of an offense, not just an inconsequential act.

9    It must be more than simply preparing.  It must be an act that

10   would normally result in committing the offense.

11        If you unanimously find the defendant guilty of Count

12   III, you must also unanimously find the specified unlawful

13   activity involved and indicate each specified unlawful activity

14   on the form.

15        Again, specified unlawful activity one.  The laws of

16   the United States outlaw the importation, sale and distribution

17   of cocaine.

18        Title 21 United States Code Section 841 makes it a

19   felony crime for anyone to distribute or possess with intent to

20   distribute cocaine.

21        Title 21 United States Code Section 846 makes it a

22   felony crime for anyone to knowingly attempt to or conspire to

23   distribute or possess with intent to distribute cocaine.

24        Title 21 United States Code Section 952 makes it a

25   felony crime for anyone to knowingly import cocaine into the

1    United States from some someplace outside the United States.

2    As set forth above in Count I, Title 21 United States Code

3    Section 963 also makes it a felony crime for anyone to

4    knowingly attempt to or conspire to import cocaine into the

5    United States from some place outside the United States.

6            Specified unlawful activity number two.  The laws of

7    the BVI outlaw bribery of a public official under Section 79 of

8    the BVI criminal code.

9            As the Premier of the British Virgin Islands, elected

10   member of the BVI House of Assembly and the BVI Minister of

11   Finance the defendant was a public official.

12           Pursuant to Section 801)(b) of the BVI Criminal Code

13   the elements for bribery of a public official are as follows:

14           The public official directly or indirectly solicited,

15   accepted or obtained from another person for the public

16   official or any other person a gratification that is any of the

17   following.  Including any conditional or unconditional offer or

18   promise of the following.

19           A gift, reward, premium or other monetary or

20   non-monetary advantage other than lawful employment pay or

21   compensation, a fee or commission consisting of money, a

22   payment release or discharge of a loan obligation or other

23   liability, a payment of inadequate consideration for property

24   and interest in property goods or services or an overpayment

25   for property and interest in property goods or services.

1          Two, the gratification was linked to the public

2     official doing, abstaining from doing, having done or abstain

3     from having done an act.

4          And, three, the act was facilitated by the public

5     officials functions or duties as a public official.

6          Specified unlawful activity three.  The laws of the

7     UK outlaw bribery of a public official.  Under Section 16 of

8     the UK's Bribery Act of 2010, as the Premier of the British

9     Virgin Islands, elected member of the BVI House of Assembly,

10    and BVI Minister of Finance, the defendant was an individual in

11    the public service of the Crown and thus a public official.

12         Pursuant to Section (2)(2) of the UK's Bribery Act of

13    2010, the elements for bribery of a public official are as

14    follows:

15         One, the public official agreed to receive or accept

16    a financial or other advantage.

17         And, two, the public official did so with the intent

18    that any function of a public nature or any activity performed

19    in the course of the public official's employment that the

20    public official was expected to perform in good faith or

21    impartially would be performed improperly.

22         That is, performed or failed to be performed by the

23    public official or another person in breach of a relevant

24    expectation.

25

1           In Count IV, the defendant is charged with violating

2   Title 18 United States Code Section 1952(a)(3), which makes it

3   a Federal crime for anyone to travel in Interstate or Foreign

4   Commerce in order to carry on certain unlawful activities.

5           As to Count IV, the defendant can be found guilty

6   only if all the following facts are proved beyond a reasonable

7   doubt:

8           One, the defendant traveled in Interstate or Foreign

9   Commerce on or about April 24th, 2002.

10          Two, the defendant traveled with the specific intent

11  to promote, manage, establish or carry on an unlawful activity.

12          And, three, while traveling, the defendant knowingly

13  committed an act to promote, manage, establish, or carry on an

14  unlawful activity.

15          The term Interstate Commerce means travel,

16  transportation or movement between one state and another state.

17          The term Foreign Commerce means travel transportation

18  or movement between someplace within the United States and

19  someplace outside the United States.

20          The Government must prove that the defendant traveled

21  in Interstate Commerce or Foreign Commerce and specifically

22  intended to promote, manage, establish or carry on an unlawful

23  activity.

24          However, the Government does not have to prove that

25  the unlawful activity was the only or even primary reason the

1    defendant traveled.  The crime charged is traveling in

2    Interstate or Foreign Commerce with the intent to promote,

3    manage, establish, or carry on an unlawful activity.  The

4    statute lists various ways or methods that violate the law.

5          So if you find beyond a reasonable doubt that any one

6    method or way of violating the law occurred, that's sufficient.

7    But you must all unanimously agree on the particular way

8    involved.

9          Last, if you unanimously find the defendant guilty of

10   Count IV, you must also unanimously find the unlawful activity

11   involved and indicate each unlawful activity on the verdict

12   form.

13         Unlawful activity one.  Unlawful activity includes

14   any business enterprise involving narcotics or controlled

15   substances; in violation of Title 21 United States Code Section

16   963 including as charged in Count I.

17         A business enterprise is a continuous course of

18   conduct or a series of transactions to make a profit, not a

19   casual, sporadic or isolated activity.

20         For this crime the term business enterprise includes

21   illegal activities.  It doesn't matter whether the illegal

22   activity lasted for a particular length of time or was not the

23   defendant's primary occupation.

24         What the Government must prove beyond a reasonable

25   doubt is that the defendant was involved in a business

1    enterprise, as just defined, rather than casual, sporadic or

2    isolated activities.

3            Unlawful activity two.  Unlawful activity also means

4    any violation of Title 18 United States Code Section 1956 money

5    laundering; including as charged in Counts II and III.

6            Now, Counts III and IV also charge violations of

7    Title 18 United States Code Section 2.  It is possible to prove

8    the defendant guilty of a crime even without evidence that the

9    defendant personally performed every act charged.

10           Ordinarily, any act a person can do may be done by

11   directing another person or agent, or it may be done by acting

12   with or under the direction of others.

13           A defendant aids and abets a person if the defendant

14   intentionally joins with the person to commit a crime.

15           A defendant is criminally responsible for the acts of

16   another person if the defendant aids and abets the other

17   person.  A defendant is also responsible if the defendant

18   willfully directs or authorizes the acts of an agent, employee,

19   or other associate.

20           But finding that a defendant is criminally

21   responsible for the acts of another person requires proof that

22   the defendant intentionally associated with or participated in

23   the crime, not just proof that the defendant was simply present

24   at the scene of a crime or knew about it.

25

1          In other words, you must find beyond a reasonable

2   doubt that the defendant was a willful participant and not

3   merely a knowing spectator.

4          As I previously instructed you, the Government must

5   prove the elements of each of Counts I through IV beyond a

6   reasonable doubt.

7          The defense contends that the defendant during the

8   dates alleged in the superseding indictment had an honestly

9   held belief that others were attempting to remove him from his

10  position in the British Virgin Islands Government.

11         You may consider whether the defendant honestly held

12  such a belief in determining whether the defendant had the

13  requisite intent to commit each of Counts I through IV beyond a

14  reasonable doubt.

15         Now, where a statute specifies multiple alternative

16  ways in which an offense may be committed, the superseding

17  indictment may allege the multiple ways in the conjunctive.

18         That is by using the word and.  If only one of the

19  alternatives is proved beyond a reasonable doubt that is

20  sufficient for conviction, so long as you unanimously agree to

21  that alternative.

22         You'll see that the superseding indictment charges

23  that a crime was committed on or about a certain date.  The

24  Government doesn't have to prove that the crime occurred on an

25  exact date.

1          The Government only has to prove beyond a reasonable

2    doubt that the crime was committed on a date reasonably close

3    to the date alleged.

4          The word knowingly means that an act was done

5    voluntarily and intentionally and not because of a mistake or

6    by accident.

7          The word willfully means that the act was committed

8    voluntarily and purposely, with the intent to do something the

9    law forbids, that is with the bad purpose to disobey or

10   disregard the law.

11         While a person may have acted with the intent to do

12   something the law forbids before you can find that the person

13   acted willfully, the person need not be aware of the specific

14   law or rule that his conduct may be violating.

15         You've been permitted to take notes during the trial.

16   Most of you, perhaps all of you, have taken advantage of the

17   opportunity.  You must use your notes only as a memory aid

18   during deliberations.

19         You must not give your notes priority over your

20   independent recollection of the evidence, and you must not

21   allow yourself to be unduly influenced by the notes of other

22   jurors.

23         I emphasize that notes are not entitled to any

24   greater weight than your memories or impressions about the

25   testimony.

 1              Each count of the superseding indictment charges a

 2    separate crime.  You must consider each crime and the evidence

 3    relating to it separately.

 4              If you find the defendant guilty or not guilty of one

 5    crime that must not affect your verdict for any other crime.

 6    I caution you that the defendant is on trial only for the

 7    specific crimes charged in the superseding indictment.

 8              You are here to determine from the evidence in this

 9    case whether the defendant is guilty or not guilty of those

10    specific crimes.

11              You must never consider punishment in any way to

12    decide whether the defendant is guilty.  If you find the

13    defendant guilty, the punishment is for me alone to decide

14    later.

15              Your verdict, whether guilty or not guilty must be

16    unanimous.  In other words, you must all agree.

17              Your deliberations are secret and you'll never have

18    to explain your verdict to anyone.

19              Each of you must now decide the case for yourself,

20    but only after fully considering the evidence with the other

21    jurors.  So you must now discuss the case with one another and

22    try to reach an agreement.

23              While you are discussing the case, do not hesitate to

24    reexamine your own opinion and change your mind if you become

25    convinced that you are wrong.

1           But don't give up your honest beliefs just because

2      others think differently or because you simply want to get the

3      case over with. Remember that in a very real way, you are now

4      judges; judges of the facts.  Your only interest is to seek the

5      truth from the evidence in the case.

6           Now, when you go to the jury room, you are going to

7      choose one of your members to act as foreperson. The foreperson

8      will facilitate and direct your deliberations and will speak

9      for you in court if that becomes necessary.

10          Ladies and gentlemen, a verdict form has been

11     prepared for your convenience, and I am going to have it put up

12     on your screens so you can follow along with me.

13          So, let's go through the verdict form together.

14          Page one; we the jury unanimously find the defendant

15     Andrew Alturo Fahie as to Count I of the superseding

16     indictment; guilty or not guilty.

17          (A) if you find the defendant not guilty as charged

18     in Count I, please skip to paragraph 2.

19          However, if you find the defendant guilty as to Count

20     I, please now proceed to paragraph 1(b) below.

21          We the jury, having found the defendant guilty of the

22     offense charged in Count I, further find with respect to Count

23     I, that he conspired to import the following controlled

24     substance in the amount shown -- cocaine -- place an X in the

25     appropriate box.

1          (I) weighing five kilograms or more.

2          (II) More than 500 grams but less than five

3     kilograms.

4          (III) weighing less than 500 grams.

5          Page two; we the jury unanimously find the defendant

6     Andrew Alturo Fahie as to Count II of the indictment guilty or

7     not guilty.

8          If you find the defendant not guilty as charged in

9     Count II please skip to paragraph 3.

10         However, if you find the defendant guilty as to Count

11    II, please now proceed to paragraph 2(b) and 2(c) below.

12         (B) we the jury having found the defendant guilty of

13    the offense charged in Count II, further unanimously find with

14    respect to Count II that the object of the conspiracy was...

15         And place an X in each appropriate box.

16         Object one, promotional money laundering.

17         Object two, concealment money laundering.

18         (C) we the jury having found the defendant guilty of

19    the offense charged in Count II, further unanimously find with

20    respect to Count II that the specified unlawful activity

21    involved...

22         And place an X in each appropriate box.

23         Specified unlawful activity one; an offense involving

24    the felonious importation, sale or distribution of cocaine

25    punishable under the laws of the United States.

1          Specified unlawful activity two; an offense under BVI

2     law involving bribery of a public official.

3          Specified unlawful activity three; an offense under

4     UK law involving bribery of a public official.

5          Three, we the jury unanimously find the defendant,

6     Andrew Alturo Fahie, as to Count III of the superseding

7     indictment; guilty or not guilty.

8          (A) if you find the defendant not guilty as charged

9     in Count III please skip to paragraph 4.

10          However, if you find the defendant guilty as to Count

11    III, please now proceed to paragraph 2(b) below.

12          (B) we the jury having found the defendant guilty of

13    the offense charged in Count III further unanimously find with

14    respect to Count III that the specified unlawful activity

15    involved...

16          Again, place an X in the appropriate box.

17          Specified unlawful activity one; an offense involving

18    the felonious importation, sale, or distribution of cocaine

19    punishable under the laws of the United States.

20          Specified unlawful activity two; an offense under BVI

21    law involving bribery of a public official.

22          Specified unlawful activity three; an offense under

23    UK law involving bribery of a public official.

24          Number four.  We the jury unanimously find the

25    defendant, Andrew Alturo Fahie, as to Count IV of the

1    superseding indictment; guilty or not guilty. If you find the

2    defendant not guilty as charged in Count IV, please disregard

3    section (B)

4         However, if you find the defendant guilty as to Count

5    IV, please now proceed to paragraph 4(b) below.

6         (B) we the jury, having found the defendant guilty of

7    the offense charged in Count IV, further unanimously find with

8    respect to Count IV, that the unlawful activity was...

9         Place an X in each appropriate box.

10        Unlawful activity one; a business enterprise

11   involving narcotics or controlled substances.

12        Unlawful activity two; money laundering in violation

13   of Title 18 United States Code Section 1956.

14        So say we all, signed and dated, at the United States

15   Courthouse, Miami, Florida; this blank day of February.

16        The foreperson's signature and the foreperson's

17   printed name. Again, when you have all agreed on a verdict,

18   your foreperson will sign and date the verdict form.

19        If you wish to communicate with me at any time there

20   is paper that has been provided for you.  Please write down any

21   message or question you may have and give it to the court

22   security officer.

23        The court security officer will then bring it to me,

24   and I will respond to you as promptly as possible either in

25   writing or by bringing you back into the courtroom to speak

1   with you.  I caution you, however, not to tell me at any time

2   how many jurors have voted one way or another.

3          Those are my final instructions to you on the law.

4   It is now time for you to retire to the jury room for your

5   deliberations.

6          Your lunch should have arrived by now.

7          Ladies and gentlemen, you are excused to begin your

8   deliberations in the case.

9          Ms. Melissa Garcia, if you would stay behind please.

10          COURT SECURITY OFFICER:   All rise.

11          JURY EXCUSED TO BEGIN DELIBERATIONS

12          THE COURT:  Everyone may be seated.  So, Ms. Garcia,

13   you were selected as an alternate juror in the case, meaning

14   that at this time I am not sending you back with the jury to

15   deliberate.

16          Let me emphasize how critical your participation is

17   and actually will continue to be.  While we've been here, there

18   was a trial next door where the jury deliberated for half a day

19   and they came in the next morning and one of the jurors was

20   rushed to the emergency room -- I hope nothing like that

21   happens here -- but that is why we need an alternate juror.

22          In our case one of our jurors neglected to tell us

23   about a medical procedure that she was having and we had to

24   excuse her; so the role of an alternate juror is so very

25   important.

```
 1            I have a couple of instructions before you leave.
 2   First, you do not have to stay here today while the other
 3   jurors are deliberating.
 4            Mr. Santorufo will get your lunch and any belongings
 5   you may have back in the jury room, and you will be permitted
 6   to leave "campus".
 7            However, you still cannot talk about the case with
 8   anyone at all. And the reason for this is since we do not know
 9   going forward whether some emergency may arise -- and if that
10   were to happen -- you would have to be called back as a juror
11   where the deliberations would begin anew with you now as a
12   deliberating juror.
13            So, I am excusing you right now; and I would ask that
14   you leave your cell phone number with Mr. Santorufo in case we
15   need to reach you. That way we can keep you posted as to the
16   progress of the case.
17            But I wanted to tell you before I excused you how very
18   grateful I am for your service, and that without you our system
19   would not work.
20            Thank you so much and you are excused.
21                (ALTERNATE JUROR EXCUSED)
22        THE COURT:  Everyone may be seated.
23            Does either side have any objection to the instructions
24   as given?  I found some typos, which I endeavored to orally
25   correct as I delivered the instructions.
```

```
 1              I did not see any substantive issues.  But if either

 2     side caught anything now is the time to let me know.

 3              MS. VAN VLIET:  No, Your Honor, no objection as to

 4     the Court's reading of the instructions.  We would rest on our

 5     previous objections.

 6              THE COURT:  All right.

 7              MR. MCLAUGHLIN:  No objection by the United States.

 8              THE COURT:  All right.  I will have Mr. Santorufo

 9     tell the jurors that once they have the instructions and the

10     evidence they can begin their deliberations even while they're

11     having lunch -- I believe lunch has arrived -- and so that is

12     how I intend on having them proceed.

13              Please if you would leave your cell phone numbers

14     with Mr. Santorufo.

15              MR. MCLAUGHLIN:  Yes, Your Honor.

16              MS. VAN VLIET:  Will do.  And we will be close by in

17     any event.

18              THE COURT:  I think it is okay to go for a quick

19     lunch, but don't go too far.

20              Before we break, I want to just say that I commend

21     both sides for their efforts in the case.  Both sides were very

22     professional, which is always much appreciated by the Court.

23              Mr. Gerarde and Mr. McLaughlin had some difficulties

24     and a bumpy passage; as we have all acknowledged was through no

25     fault of their own.
```

1          They represented the United States with professionalism

2    despite those difficulties.

3          And so I wanted to tell both sides that I commend the

4    efforts that were put forth in the trying of this case; both

5    pretrial and throughout the trial proceedings.

6          MS. VAN VLIET:  Thank you, Judge.

7          MR. MCLAUGHLIN:  Thank you, Judge.

8          THE COURT:  All right.  So, go and have some lunch

9    and we will be in recess until we hear from the jury.

10                   COURT IN RECESS

11         THE COURT:  All right. We are back on the record.

12         We have several questions by our jurors.

13         I will address the first two together because I think

14    they can be easily taken care of.   We have two questions with

15    regard to the following:

16         Mr. Ramirez says he needs his phone to call his wife to

17    pick up his son; and then the foreperson, who I believe is Ms.

18    Mella Pena, asks if they can access their phones to contact

19    someone for child transportation.

20         My thought is to send Michael back to say, yes, you

21    may call about these matters, but you must stop deliberating

22    until all of the jurors are back together.

23         Is that satisfactory?

24         MS. VAN VILET: No objection from defense.

25         MR. GERARDE: None from the Government.

```
 1              THE COURT:  All right. I will have Mr. Santorufo go
 2    back and answer that question now.
 3                   The next question is of a more substantive nature.
 4                   Question; regarding Count 2, object one.
 5                   We are confused on the terminology. Do we consider
 6    object one as a conspiracy or do we judge if it actually
 7    transpired?
 8                   Do we consider object one, subset one and two, to
 9    both be true or can only one part be true?
10                   I think I know what the answer is; but I also don't
11    think that I can provide them the answer.  I think I know what
12    they are struggling with.
13                   I think because they were given so many elements on
14    so many things that they are not sure what they are being asked
15    to assess as to the particular counts.
16              MS. VAN VILET: Honestly I do not understand the second
17    part of the question about subset one and two.
18                   I don't know if they are referring to the first and
19    second elements under the concealment, money laundering, or
20    whether they are referring to specified unlawful activities one
21    or two.
22              THE COURT:  I think they are referring to page 17,
23    object one, promotional money laundering, and those elements --
24    but they are elements not as to the conspiracy -- and so they
25    want to know how they factor that into the overall discussion
```

```
1    of Count 2.    But I think that I can only say; please refer to
2    the instructions that you have been provided.
3            Government, any thoughts?
4            MR. GERARDE:  We would ask the Court to refer the jury
5    to the three paragraphs that precede object one, promotional
6    money laundering.
7            So, in those paragraphs -- or in the paragraph
8    immediately preceding it -- the sentence four lines before the
9    beginning of the paragraph; moreover the Government does not
10   have to prove that any of the two objects were actually
11   accomplished. I think that answers the jurors' question.
12           MS. VAN VILET: Well, Judge, maybe I am confused.  So,
13   the second sentence or second question, object two, subsets one
14   and two...
15           THE COURT:  No, it is object one.
16           MS. VAN VILET:  I apologize -- my caffeine has not
17   kicked in -- I misheard, Your Honor.
18           THE COURT:  I understand.
19           MS. VAN VILET:  So, Judge, object one, promotional
20   money laundering -- as I understand the second question -- they
21   are asking if the two elements that are listed on page 17...
22           THE COURT:  Right.
23           MS. VAN VILET:  Do both have to be true or can only
24   one part be true?  The answer to that is simple; they both have
25   to be.
```

1          And so I don't think the Government's proposal answers

2     both questions. I am not sure that the Court should be singling

3     out any one part of the instructions.

4          THE COURT:  Well, what do you propose?

5          MS. VAN VILET:  Understanding that just telling them to

6     reread the entire instructions is not going to help -- it is

7     clear there is some confusion -- and so maybe the Court could

8     start from the first full paragraph on page 16.

9          And before you start with that saying something to the

10    effect of, ladies and gentlemen of the jury, I encourage you to

11    go back and read the introductory portion -- but that seems to

12    not be where your question is -- and then read from the

13    conspiracy charged in Count 2 has two objects or goals.

14             Then read them all the way through object one, money

15    laundering, which would be to the top of 18.

16             And then say; it is our collective understanding that

17    is your sole question at this time.

18             Either that or you will have to read the whole thing

19    again, which is going to take an enormous amount of time and

20    probably will not really do a whole lot of good quite frankly.

21         THE COURT:  Government.

22         MR. GERARDE: Judge, we agree with the defense starting

23    point -- I missed the ending point -- you suggested she start

24    from the first full paragraph on page 16?

25

1        MS. VAN VILET:  And read through the end on the top of

2    18...

3        THE COURT: Before object two?

4        MS. VAN VILET:  Exactly.

5        MR. GERARDE: Would you be calling the jury back in to

6    read it or sending a note back with that language in it?

7        MS. VAN VILET: I don't care if the Judge reads it or

8    just says, you know, please refer back to the introductory

9    portion of Count 2, with the page numbers, and then put in that

10   language.

11       MR. GERARDE: We are fine with the written note going

12   back to the jury.

13       THE COURT:  All right.  Let me see if I can whittle

14   down what it is the parties are agreeing to -- I want to try to

15   simplify it as much as I can -- so that the jury is not further

16   confused.

17        Let me read what I have just written out.

18        Please refer to the first full paragraph on page 16

19   through the first paragraph on page 18; but remember you must

20   consider my instructions as a whole.

21       MR. GERARDE: No objection from the United States.

22       MS. VAN VILET: No objection from the defense.

23       THE COURT:  All right. I will write that out now in the

24   note to go back to the jury.

25

1          I would suggest everyone stay put in case there are any

2     follow-up questions.

3          COURT SECURITY OFFICER:  All rise.

4               COURT IN RECESS.

5          THE COURT:  All right. Everyone is assembled.  I have

6     been advised that the jury has reached a verdict.

7          Bring in the jury, please.

8          COURT SECURITY OFFICER:  All rise for the jury.

9          THE COURT:  Everyone may be seated.

10         Madam foreperson, I have been advised that you have

11    reached a verdict; is that correct?

12         THE FOREPERSON:  That is correct.

13         THE COURT: If you would please hand the verdict form to

14    the Court security officer.

15         Mr. Santorufo, if you would please publish the jury's

16    verdict.

17          THE COURTROOM DEPUTY:  In Case No. 22-20191-CR-WMS;

18    United States versus Andrew Fahie; verdict.

19          Paragraph one, we the jury unanimously find the

20    Defendant, Andrew Alturo Fahie, as to Count I of the

21    superseding indictment; guilty.

22          Subparagraph(b); we the jury having found the

23    defendant guilty of the offense charged in Count I further find

24    with respect to Count I that he conspired to import the

25    following controlled substance in the amount shown; cocaine

1    weighing five kilograms or more. Paragraph two; we the jury

2    unanimously find the Defendant, Andrew Alturo Fahie, as to

3    Count II of the superseding indictment; guilty.

4           Sub-Paragraph (B) we the jury having found the

5    defendant guilty of the offense charged in Count II further

6    unanimously find with respect to Count II that the object of

7    the conspiracy was object number one, promotional money

8    laundering, and object two concealment money laundering.

9           Sub-Paragraph (C) we the jury having found the

10   defendant guilty of the offense charged in Count II also

11   further unanimously find with respect to Count II that the

12   specified unlawful activity involved specified unlawful

13   activity one, an offense involving the felonious importation,

14   sale or distribution of cocaine punishable under the laws of

15   the United States.

16          Specified unlawful activity two, an offense under BVI

17   law involving bribery of a public official.

18          Specified unlawful activity three, an offense under

19   UK law involving bribery of a public official.

20          Paragraph 3; we the jury unanimously find the

21   Defendant, Andrew Alturo Fahie, as to Count III of the

22   superseding indictment; guilty.

23          Sub-Paragraph (B); we the jury having found the

24   defendant guilty of the offense charged in Count III further

25   unanimously find with respect to Count III that the specified

1    unlawful activity involved, one, an offense involving the

2    felonious importation, sale or distribution of cocaine

3    punishable under the laws of the United States.

4            Specified unlawful activity two, an offense under BVI

5    law involving bribery of a public official.

6            Specified unlawful activity three, an offense under

7    UK law involving bribery of a public official.

8            Paragraph 4; we the jury unanimously find Defendant,

9    Andrew Alturo Fahie, as to Count IV of the superseding

10   indictment; guilty.

11           Subparagraph (B) we the jury having found the

12   defendant guilty of the offense charged in Count IV further

13   unanimously find with respect to Count IV that the unlawful

14   activity was unlawful activity number one, a business

15   enterprise involving narcotics or controlled substances.

16           Unlawful activity two, money laundering, in violation

17   of 18 United States Code Section 1956.

18           So say we all; signed and dated at the United States

19   Courthouse, Miami, Florida this eighth day of February 2024.

20           THE COURT:  Government, do you wish the jury polled?

21           MR. GERARDE: Yes, Judge.

22           THE COURT:  Ladies and gentlemen, to poll the jury

23   means that I ask each of you if this is your verdict.

24   Q.  Ms. De Los Reyes, is this your verdict?

25   A.  Yes.

```
 1   Q.   Ms. Castillo Quintana, is this your verdict?

 2   A.   Yes.

 3   Q.   Ms. Calvo Brito, is this your verdict?

 4   A.   Yes.

 5   Q.   Mr. Ramirez, is this your verdict?

 6   A.   Yes, it is.

 7   Q.   Ms. Valsaint, is this your verdict?

 8   A.   Yes.

 9   Q.   Ms. Barreras, is this your verdict?

10   A.   Yes.

11   Q.   Mr. Delinois, is this your verdict?

12   A.   Yes.

13   Q.   Ms. Pena Mella, is this your verdict?

14   A.   Yes.

15   Q.   Mr. Fernandez, is this your verdict?

16   A.   Yes, it is.

17   Q.   Mr. Espinoza Angulo, is this your verdict?

18   A.   Yes.

19   Q.   Ms. Garcia, is this your verdict?

20   A.   Yes.

21   Q.   Mr. Boan, is this your verdict?

22   A.   Yes.

23        THE COURT:  The jury having been polled; ladies and

24   gentlemen, your duties to this Court are now fulfilled.

25
```

1          I want to thank you again for the attention that you

2     brought as well as the commitment to serve on this very, very

3     important case.

4          This was a very important duty. You stayed with us

5     these two weeks, you listened to very, very complex evidence

6     and committed yourselves to finding the truth, and have done

7     so, and so I want to thank you on behalf of the parties.

8          With that, ladies and gentlemen, your service to the

9     Court is completed. You may talk to anybody you would like

10    about anything you would like, and you are excused.

11          COURT SECURITY OFFICER:  All rise.

12          JURY DISCHARGED

13          MS. VAN VLIET:  Judge, both Miss Delgado and I noticed

14    that juror number -- I don't have my list handy -- but the

15    young woman in the back row that is sitting in the middle whose

16    first name is Sabrina..

17          THE COURT: Garcia.

18          MS. VAN VLIET: I should have known that; thank you.

19          Number one, she hesitated when polled, looked at both

20    of us and kind of just -- I don't know whether she was trying

21    to say I am sorry or something -- she was not indicating -- and

22    she did it again as she was walking out of the box.

23          I believe I needed to put that on the record.

24          THE COURT:  I do think that -- yes, Ms. Garcia paused a

25    minute.

1          Ms. Garcia has been dancing to the beat of a different

2     drummer, I noticed, during the past two weeks.

3          She looks around the courtroom, she had her head down.

4     I did not interpret it as reluctance; I just interpreted it as

5     the pace she adheres to.

6           I believe that you had to put that on the record, and

7     so I appreciate that, Ms. Van Vliet.

8                    COURT IN RECESS

9          THE COURT:  All right. We were able to get everyone

10    back; so let's go back on the record in United States versus

11    Fahie.

12         So, it would appear, Ms. Van Vliet, that you were

13    partially prescient in that Ms. Garcia was not acting, as I had

14    thought, consonant with the way she had all week.

15          She was indeed of the opinion that, that was not her

16    verdict; as was Mr. Jancarlo Boan.  Because as Mr. Santorufo

17    was giving everyone their phones, and the like, they stayed

18    behind and indicated to him that, that was not their verdict.

19          They suggested they would not have found Mr. Fahie

20    guilty on all counts -- and I don't know if one count was

21    mentioned at some point -- at which time Mr. Santorufo rejoined

22    with; why didn't you tell the Judge?

23          But then stopped and said; I need to go get the Judge

24    and the lawyers, and you need to stay here.

25

1          So, that is where we are.  I don't know that there is

2    anything that we can do at this time other than to advise them

3    that there may be some further investigation and inquiry of

4    them and the other jurors; it will take time and money and they

5    are entitled to lawyers if they so choose.

6          But now thousands of dollars have been expended on

7    both sides, and all of this time has been wasted, because they

8    did not say anything -- which I thought, quite frankly, was Ms.

9    Garcia's MO.

10         So, that is where we are, unfortunately, and so I

11   will hear from the defense first.

12         MS. VAN VLIET:  I agree with you, Judge, that we do

13   have an issue with -- and I too wish they had said something

14   when they were polled -- but I am not sure telling them there

15   will be an investigation and inquiry is the right way to go.

16         Because I do think, quite frankly, we do have to

17   accept what they are saying -- even though we don't like it and

18   we believe they should have said something sooner -- which they

19   should have; but as you said this is where we are.

20         THE COURT:  Well, I used the words investigation and

21   inquiry purposely because at this point we have no idea why two

22   people of "apparent" capability and intelligence would fail to

23   understand so rudimentary a question.

24         And so other than my telling them that there may be

25   further inquiry and investigation, that they are entitled to

1  consult with a lawyer -- and I don't know when it is they might

2  be called back -- also to advise them that they have occasioned

3  this very costly issue by not responding as they were sworn to

4  do when they were polled as to whether or not this was their

5  verdict.

6          MS. VAN VLIET:  While I understand, Your Honor, that we

7  may all be upset at the fact that they did not speak up at the

8  time they were polled -- I think there is one explanation as to

9  why they did not.

10         I think that there may have been some sort of pressure

11 from other jurors. And, look, I don't know whether or not there

12 was, but that is a possibility.

13         As I said, Judge, when she gave me that look like --

14 and I promise you, Judge, she had not looked at me the entire

15 time at all during the trial -- and so that may have been the

16 reason why.

17         So, I do not think that it is a good idea to put any

18 undue -- any more pressure on them -- and so that would be our

19 position, Your Honor.

20         THE COURT:  Well, I don't intend to put pressure on

21 them, but the fact of the matter is this is pretty serious;

22 where you are asked the most basic of questions on something as

23 important as a guilty verdict.

24         All right.  Let me hear from the United States.

25

1           MR. GERARDE:  So, Your Honor, it is the Government's

2     position that these -- that the two jurors should not be spoken

3     to individually -- we believe if there is any further inquiry

4     or some sort of follow-up that it should be done with the jury

5     as a whole.

6           With that said, Your Honor, they have all been

7     discharged; and they all have answered that this was their

8     verdict.  And so I'm not sure what happened afterwards or

9     whether or not there is anything that can be done about it at

10    this time.

11          THE COURT:  Well, before Mr. Santorufo put up his hand

12    up to stop -- it seems the suggestion was that in their mind it

13    was not a complete sweep -- I guess is the best way of putting

14    it.

15          So, the question is now; what do I do with them? Do I

16    just discharge them now with the instruction that they may be

17    hearing from the Court or law enforcement about a time and date

18    to come back in?

19          MR. GERARDE:  Well, Judge, I think that all of the

20    jurors need to be brought back in to deliberate -- which I'm

21    not sure at this point if that can be done or not.

22          THE COURT:  They have been discharged -- if they had

23    said at the time they were polled that was not their verdict

24    they would have been sent back to the jury room to continue

25    their deliberations.

1          But once I have discharged them and told them that

2     they can talk to anyone they would like about the case, they

3     cannot go back and begin deliberations again.

4          MS. VAN VLIET:  I have a suggestion that might work --

5     at least I think it might.

6          THE COURT:  All right.

7          MS. VAN VLIET:  First, the defense has no issue with

8     the Court letting them know that someone will be in contact

9     with them soon to discuss this matter further.

10          I'm not sure whether or not the Government objects

11     to that; or would have any objection to the jurors being told

12     just that.

13          MR. GERARDE:  Well, the Government's position is that

14     they should not -- I mean, I don't think the Court should

15     address them any further at this point.

16          THE COURT:  Why?

17          MR. GERARDE: I expect the defense will have a motion

18     before Your Honor rather quickly -- and the Government will

19     have a response -- and there may be at some point an inquiry of

20     the jurors, or the jury as a whole perhaps.

21          I don't think it is a good idea to have them brought

22     out here into Court -- and have the Court sort of "scold" them

23     about their lack of response.

24          THE COURT:  Well, okay...

25

1          MS. VAN VLIET:  Judge, let me say this because -- and

2    I do not believe I have dealt with this issue since my hair was

3    naturally dark -- so I would have to do a bit of research on

4    this issue.

5          But I tend to agree with the Government that the less

6    that is said to the jurors from any of us is probably the

7    wisest course.

8          THE COURT:  All right.

9          MS. VAN VLIET:  So maybe if the Court just advised them

10   that they will be hearing from you sometime in the future...

11         THE COURT:  All right.  I am going to tell them that

12   having been discharged -- first, I understand they shared some

13   matters with Mr. Santorufo, who then shared them with the Court

14   and the parties; therefore it is likely there will be some

15   follow-up inquiry or investigation.

16         And so they will be contacted at some point in the near

17   future; along with their fellow jurors.

18         How does that sound?

19         MR. GERARDE: Sounds fine, Your Honor.

20         MS. VAN VLIET:  Defense has no objection to that.

21         THE COURT:  Bring them in, Michael.

22         MR. SANTORUFO: Yes, Judge.

23         THE COURT:  All right. Ms. Garcia, Mr. Boan, I have

24   been advised by Mr. Santorufo that you shared with him your

25   disagreement with the verdict; which you neglected to share in

1    open court. Because of that; I need to advise you that you will

2    undoubtedly be contacted for further inquiry or investigation

3    into this matter along with your fellow jurors.

4          Until that time you are both discharged.

5          COURT SECURITY OFFICER:  All rise.

6                    JURORS EXCUSED

7          THE COURT:  Everyone may be seated.

8          All right. I don't know what follow-up investigation

9    or inquiry will look like at this point.

10          And so I will need briefing by the parties.

11          The suggestion to Mr. Santorufo was that it was not

12   to all counts, and so that will need to be addressed in terms

13   of next steps; as it were.

14          MS. VAN VLIET: Just for purposes of the record, Your

15   Honor, we would make a motion for mistrial at this time.

16          THE COURT:  I will take that under advisement. And you

17   can address that in a separate filing -- whatever you think is

18   best -- however you decide to brief this issue.

19          MS. VAN VLIET:  Yes, Your Honor.

20          THE COURT:  I would ask that you and counsel for the

21   Government speak to each other about whatever next steps you

22   believe are necessary; see if you can reach some agreement in

23   terms of how you believe we should proceed in the first

24   instance.

25

```
 1            And so I will try to get you on Zoom within the next

 2   week or so to discuss setting a briefing schedule;

 3   understanding, Ms. Van Vliet, you had some travel plans.

 4            MS. VAN VLIET:  Thank you, Your Honor.

 5            THE COURT:  All right. It's been a very long day --

 6   and a long couple of weeks -- so we will be in recess at this

 7   time.

 8            COURT SECURITY OFFICER:  All rise.

 9                 COURT ADJOURNED

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                          -   -   -

2                      C E R T I F I C A T E

3           I hereby certify that the foregoing is an accurate

4   transcription of proceedings in the above-entitled matter.

5

6                                       /S/PATRICIA SANDERS

7   _____               _____

8   DATE FILED                PATRICIA SANDERS, RPR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**$**

**$15** [1] - 51:24
**$200,000** [1] - 22:9
**$28,000** [1] - 77:18
**$500,000** [1] - 61:11
**$700,000** [19] - 17:4, 18:18, 18:21, 19:3, 19:22, 20:1, 20:6, 20:19, 21:11, 22:17, 22:23, 23:11, 23:16, 24:25, 25:6, 25:9, 38:22, 38:24, 63:16

**/**

**/S/PATRICIA** [1] - 141:6

**0**

**0drug** [1] - 56:2

**1**

**1** [4] - 3:3, 27:4, 58:11, 98:9
**1(b** [1] - 116:20
**10** [2] - 2:6, 31:1
**107** [1] - 36:22
**108** [1] - 80:9
**11-3** [1] - 1:17
**110** [1] - 35:20
**114** [2] - 14:22, 35:13
**11:00** [1] - 41:6
**11B** [1] - 32:13
**12%** [12] - 17:9, 17:17, 18:19, 20:7, 20:9, 20:15, 20:16, 20:19, 21:12, 23:11, 23:16, 25:3
**12:13** [1] - 38:3
**12A** [1] - 29:5
**12B** [8] - 22:5, 29:5, 35:13, 35:20, 36:22, 60:20, 63:10, 80:9
**13A** [2] - 25:14, 89:24
**13B** [2] - 65:22, 89:21
**15** [1] - 35:14
**15-C10** [1] - 69:5
**15-C8** [1] - 54:5
**159** [1] - 31:14
**16** [5] - 104:1, 109:7, 126:8, 126:24, 127:18
**17** [6] - 2:16, 2:23, 16:17, 41:11, 41:16, 124:22
**17..** [1] - 125:21
**18** [22] - 2:16, 2:23,

27:7, 68:10, 95:2, 95:6, 95:11, 95:12, 97:5, 97:16, 98:10, 100:5, 104:22, 105:5, 107:2, 110:2, 112:4, 112:7, 119:13, 126:15, 127:19, 130:17
**18-year-old** [1] - 82:22
**18..** [1] - 127:2
**186** [1] - 28:10
**18C** [1] - 55:19
**19** [5] - 2:11, 3:3, 18:8, 41:11, 41:16
**190** [1] - 22:6
**1952(a)(3** [1] - 110:2
**1956** [8] - 30:5, 97:16, 98:11, 100:6, 105:6, 112:4, 119:13, 130:17
**1956(a)(2)(A** [4] - 95:2, 95:6, 95:12, 104:22
**1956(a)(2)(A)** [2] - 97:6, 107:3
**1956(a)(2)(B)(i** [3] - 95:3, 95:7, 95:13
**1A** [1] - 89:24
**1B** [1] - 89:21
**1st** [6] - 33:8, 34:1, 40:6, 55:9, 57:9, 79:1

**2**

**2** [9] - 13:20, 14:20, 55:19, 112:7, 116:18, 124:4, 125:1, 126:13, 127:9
**2(b** [2] - 117:11, 118:11
**2(c** [1] - 117:11
**2)(2** [2] - 104:6, 109:12
**2-8-2024** [1] - 1:18
**20** [3] - 33:17, 33:18, 35:14
**200,000** [1] - 17:5
**2002** [1] - 110:9
**2010** [4] - 104:1, 104:7, 109:8, 109:13
**2018** [2] - 70:13, 70:23
**2021** [1] - 69:18
**2022** [6] - 13:24, 26:22, 27:6, 49:2, 54:3, 70:15
**2024** [1] - 130:19
**20th** [3] - 49:15, 49:18, 51:10
**21** [16] - 3:23, 3:24, 6:3, 7:9, 92:8, 92:10, 92:14, 102:9,

102:12, 102:15, 102:18, 107:18, 107:21, 107:24, 108:2, 111:15
**211** [1] - 34:22
**22** [3] - 2:11, 41:11, 41:16
**22-20191-CR-WMS** [1] - 128:17
**22-CR-2019-KMW** [1] - 1:2
**22nd** [5] - 53:18, 53:23, 54:18, 61:5, 78:11
**24** [9] - 14:10, 14:15, 17:12, 27:9, 45:15, 45:17, 59:11, 75:19, 75:24
**24th** [8] - 26:22, 27:6, 27:21, 27:22, 28:1, 36:16, 62:5, 110:9
**2598** [1] - 39:13
**25th** [1] - 36:16
**26** [3] - 41:17, 60:23, 77:17
**26,000** [1] - 17:15
**26th** [1] - 80:2
**27** [3] - 6:21, 27:23, 35:10
**27th** [14] - 28:17, 28:18, 29:3, 32:12, 37:16, 40:8, 44:14, 62:8, 62:16, 64:25, 66:11, 68:17, 69:12, 81:6
**28th** [9] - 18:19, 25:5, 38:13, 63:17, 65:24, 66:4, 66:20, 82:23, 83:19
**2A** [1] - 50:2
**2B** [2] - 31:10, 49:25

**3**

**3** [4] - 13:19, 14:19, 117:9, 129:20
**3,000** [7] - 14:9, 14:10, 16:3, 17:10, 20:4, 20:8
**3/20** [1] - 49:24
**30** [3] - 16:3, 64:18, 65:9
**300,000** [1] - 61:6
**3000** [1] - 60:17
**305.523.5528** [1] - 1:18
**31** [1] - 50:3
**31st** [8] - 54:3, 54:21, 55:8, 55:18, 55:23, 56:9, 57:17, 58:6

**33128** [1] - 1:17
**34** [1] - 50:3
**35** [1] - 58:8
**36** [1] - 23:3
**3:24:32** [1] - 54:3
**3B** [1] - 61:7

**4**

**4** [3] - 69:16, 118:9, 130:8
**4(b** [1] - 119:5
**4/28** [1] - 38:3
**40** [2] - 64:18, 65:9
**400** [1] - 1:17
**48** [6] - 14:11, 14:15, 17:12, 45:15, 45:17, 59:12
**49** [1] - 60:20

**5**

**5%** [1] - 17:17
**50** [1] - 69:15
**500** [5] - 15:2, 61:14, 61:15, 117:2, 117:4
**500,000** [3] - 17:4, 22:9, 61:3
**53** [4] - 13:9, 59:7, 60:17, 60:21
**54** [1] - 13:8
**57** [2] - 14:4, 60:18
**5A** [1] - 58:7
**5B** [3] - 56:9, 57:16, 58:7

**6**

**60** [3] - 50:14, 60:18, 64:6
**60s** [1] - 64:6
**61** [1] - 60:22
**63** [3] - 60:22, 63:10, 63:14
**69** [1] - 63:24
**6B** [1] - 33:9

**7**

**7** [3] - 28:9, 34:6, 34:7
**7.5** [2] - 35:17, 35:18
**70** [1] - 60:18
**700,000** [1] - 61:21
**79** [2] - 102:24, 108:7
**7:00** [4] - 28:17, 28:19, 28:20, 28:21
**7:09** [1] - 54:20
**7:29** [1] - 55:18
**7B** [9] - 13:9, 13:22, 14:4, 14:21, 34:8,

34:22, 59:7, 59:22, 60:21
**7D** [1] - 28:9
**7th** [20] - 13:24, 14:21, 28:22, 36:7, 36:17, 48:13, 53:11, 54:14, 57:7, 57:12, 57:14, 57:15, 58:6, 58:16, 58:20, 61:17, 64:24, 76:1, 79:14, 81:23

**8**

**80(1)(b** [1] - 103:4
**801)(b** [1] - 108:12
**841** [2] - 3:25, 107:18
**841(a)(1** [2] - 6:4, 102:9
**846** [4] - 3:25, 6:4, 102:12, 107:21
**85** [1] - 34:8
**8:00** [1] - 38:7

**9**

**90** [1] - 64:7
**911** [2] - 38:7, 54:14
**952** [4] - 3:24, 92:10, 102:15, 107:24
**96** [1] - 60:20
**963** [6] - 3:24, 92:9, 92:15, 102:19, 108:3, 111:16
**99** [1] - 60:21

**A**

**a(2)(A** [1] - 98:11
**a(2)(B)(i** [1] - 100:6
**a(2)(B)(i)** [1] - 97:17
**a)2)(A** [1] - 105:6
**a.m** [1] - 38:7
**A.U.S.A** [2] - 1:12, 1:12
**abets** [2] - 112:13, 112:16
**ability** [1] - 88:6
**able** [5] - 2:2, 2:6, 133:9
**above-entitled** [1] - 141:4
**abstain** [1] - 109:2
**abstained** [1] - 103:20
**abstaining** [2] - 103:20, 109:2
**abstract** [1] - 13:20
**absurd** [3] - 73:4, 73:7, 77:9
**accept** [5] - 87:12, 87:16, 104:9,

109:15, 134:17
**accepted** [2] - 103:8, 108:15
**accepting** [1] - 19:19
**accepts** [1] - 19:17
**access** [1] - 123:18
**accident** [1] - 114:6
**accompany** [1] - 63:19
**accomplish** [5] - 11:25, 93:14, 95:11, 97:20, 98:2
**accomplished** [2] - 97:24, 125:11
**according** [2] - 45:20, 61:15
**account** [1] - 36:14
**accounts** [1] - 80:13
**accurate** [3] - 41:24, 87:17, 141:3
**accurately** [1] - 88:6
**acknowledged** [1] - 122:24
**acquiesces** [1] - 67:23
**Act** [5] - 4:25, 104:1, 104:6, 109:8, 109:12
**act** [20] - 27:2, 43:6, 57:24, 86:5, 92:23, 94:7, 95:17, 96:16, 103:21, 103:22, 107:8, 107:9, 109:3, 109:4, 110:13, 112:9, 112:10, 114:4, 114:7, 116:7
**acted** [6] - 17:20, 59:23, 98:17, 105:13, 114:11, 114:13
**acting** [5] - 58:21, 73:5, 73:12, 112:11, 133:13
**action** [1] - 107:7
**actions** [1] - 4:12
**activities** [22] - 3:22, 3:24, 5:2, 18:8, 19:6, 21:22, 22:20, 26:16, 29:13, 29:20, 41:12, 41:15, 41:19, 41:21, 79:24, 99:19, 101:16, 106:15, 110:4, 111:21, 112:2, 124:20
**activity** [104] - 2:13, 2:23, 4:18, 4:23, 5:4, 5:8, 7:8, 7:21, 7:22, 17:21, 18:2, 18:6, 18:9, 19:14, 21:17, 23:22, 26:6, 26:25, 27:3, 27:17, 28:4, 28:9, 29:11, 30:9,

41:14, 41:15, 62:17, 91:8, 91:13, 91:17, 91:19, 91:25, 92:3, 94:11, 95:5, 96:20, 97:5, 97:13, 97:15, 98:19, 99:2, 99:10, 99:17, 99:18, 100:14, 100:19, 100:25, 101:8, 101:9, 101:13, 101:14, 101:15, 102:3, 102:4, 102:6, 102:22, 103:24, 104:12, 105:4, 105:14, 105:22, 106:6, 106:13, 106:14, 107:13, 107:15, 108:6, 109:6, 109:18, 110:11, 110:14, 110:23, 110:25, 111:3, 111:10, 111:11, 111:13, 111:19, 111:22, 112:3, 117:20, 117:23, 118:1, 118:3, 118:14, 118:17, 118:20, 118:22, 119:8, 119:10, 119:12, 129:12, 129:13, 129:16, 129:18, 130:1, 130:4, 130:6, 130:14, 130:16
**Activity** [1] - 30:4
**acts** [6] - 48:5, 92:1, 105:7, 112:15, 112:18, 112:21
**actual** [6] - 10:11, 11:4, 37:11, 49:17, 81:16, 87:2
**added** [1] - 41:10
**adding** [1] - 60:10
**addition** [1] - 3:9
**additional** [3] - 8:9, 8:22, 55:4
**address** [7] - 38:14, 39:9, 39:11, 83:5, 123:13, 137:15, 139:17
**addressed** [1] - 139:12
**adequate** [3] - 4:4, 4:5, 4:7
**adheres** [1] - 133:5
**ADJOURNED** [1] - 140:9
**admit** [2] - 49:9, 58:24
**admitted** [3] - 86:11, 86:13, 90:2

**advances** [2] - 94:7, 96:16
**advantage** [5] - 103:13, 104:10, 108:20, 109:16, 114:16
**advice** [1] - 55:2
**advise** [3] - 134:2, 135:2, 139:1
**advised** [5] - 8:20, 128:6, 128:10, 138:9, 138:24
**advisement** [1] - 139:16
**affairs** [5] - 43:7, 43:14, 43:20, 71:20, 86:6
**affect** [1] - 115:5
**afternoon** [2] - 54:4, 72:11
**afterwards** [1] - 136:8
**agent** [12] - 38:7, 59:1, 59:16, 60:3, 70:5, 93:1, 95:19, 99:4, 100:25, 105:24, 112:11, 112:18
**Agent** [3] - 69:23, 71:9, 71:12
**agents** [2] - 60:25, 65:6
**ago** [6] - 46:20, 70:10, 70:13, 70:14, 70:22, 71:9
**agree** [9] - 12:22, 71:7, 85:6, 111:7, 113:20, 115:16, 126:22, 134:12, 138:5
**agreed** [11] - 7:25, 8:7, 8:12, 11:25, 93:13, 95:10, 97:20, 98:7, 104:9, 109:15, 119:17
**agreeing** [1] - 127:14
**agreement** [17] - 14:19, 14:20, 15:4, 16:8, 16:11, 37:8, 37:9, 38:22, 89:6, 92:22, 93:5, 95:16, 95:24, 98:2, 115:22, 139:22
**agrees** [6] - 34:8, 50:12, 50:18, 51:11, 58:3, 80:15
**ahead** [1] - 67:2
**aid** [4] - 26:12, 26:20, 48:1, 114:17
**aids** [2] - 112:13, 112:16
**airline** [1] - 67:11

**Airlines** [2] - 37:20, 62:5
**airplanes** [1] - 67:16
**airport** [1] - 38:17
**Airport** [4] - 25:6, 25:15, 25:21, 65:25
**allegation** [1] - 70:9
**allege** [2] - 5:18, 113:17
**alleged** [12] - 4:12, 4:15, 5:7, 5:11, 5:21, 6:3, 11:14, 91:3, 93:22, 96:6, 113:8, 114:3
**alleging** [1] - 12:15
**allow** [1] - 114:21
**allowed** [1] - 87:10
**allowing** [1] - 20:12
**allows** [4] - 99:8, 101:4, 106:4
**almost** [1] - 66:3
**alone** [3] - 94:4, 96:13, 115:13
**alternate** [3] - 120:13, 120:21, 120:24
**ALTERNATE** [1] - 121:21
**alternative** [3] - 23:15, 113:15, 113:21
**alternatives** [1] - 113:19
**Alturo** [12] - 15:16, 23:5, 26:2, 29:7, 116:15, 117:6, 118:6, 118:25, 128:20, 129:2, 129:21, 130:9
**ALTURO** [1] - 1:6
**America** [2] - 17:11, 70:7
**AMERICA** [1] - 1:3
**American** [5] - 37:20, 38:8, 62:5, 67:10, 67:11
**amount** [12] - 22:10, 44:5, 44:6, 44:7, 44:20, 51:2, 92:13, 94:17, 94:23, 116:24, 126:19, 128:25
**Andrew** [18] - 15:16, 23:5, 26:2, 29:7, 44:13, 48:20, 58:19, 59:8, 62:4, 116:15, 117:6, 118:6, 118:25, 128:18, 128:20, 129:2, 129:21, 130:9
**ANDREW** [1] - 1:6
**anew** [1] - 121:11

**Angulo** [1] - 131:17
**announced** [1] - 8:21
**answer** [6] - 43:16, 88:9, 124:2, 124:10, 124:11, 125:24
**answered** [3] - 34:3, 70:24, 136:7
**answers** [2] - 125:11, 126:1
**anthony** [1] - 8:13
**anticipating** [1] - 6:12
**apart** [1] - 66:18
**apartment** [1] - 68:11
**apologize** [2] - 67:1, 125:16
**apparent** [1] - 134:22
**appear** [2] - 88:8, 133:12
**aPPEARANCES** [1] - 1:11
**applied** [2] - 69:9, 69:11
**applying** [1] - 18:17
**appreciate** [3] - 2:4, 71:24, 133:7
**appreciated** [1] - 122:22
**approach** [1] - 51:15
**appropriate** [5] - 116:25, 117:15, 117:22, 118:16, 119:9
**appropriately** [1] - 3:2
**approved** [1] - 93:11
**April** [48] - 6:21, 13:24, 14:21, 18:18, 25:5, 26:22, 27:6, 27:9, 27:22, 27:23, 28:1, 28:9, 28:18, 28:22, 29:3, 32:12, 33:8, 34:1, 34:5, 34:7, 35:10, 36:7, 36:17, 37:16, 38:13, 40:6, 40:8, 44:14, 48:13, 54:13, 55:8, 57:7, 57:9, 57:12, 58:16, 58:20, 61:17, 62:5, 62:8, 62:15, 63:17, 66:19, 76:1, 79:1, 79:14, 82:22, 83:19, 110:9
**architects** [2] - 44:22, 71:1
**argue** [2] - 48:19, 75:17
**argument** [6] - 4:21, 9:6, 72:4, 72:12, 77:21, 82:14
**arguments** [4] - 8:23, 9:14, 41:4, 73:2

**arise** [1] - 121:9
**arranged** [1] - 22:15
**arrangement** [1] - 34:4
**arrest** [1] - 73:19
**arrested** [2] - 66:21, 73:15
**arrive** [1] - 74:8
**arrived** [3] - 29:2, 120:6, 122:11
**arrives** [1] - 65:15
**arriving** [1] - 86:19
**Arrogance** [1] - 70:4
**arrogance** [4] - 40:17, 69:21, 71:4, 71:7
**arrogant** [2] - 40:21, 71:2
**assembled** [2] - 42:3, 128:5
**Assembly** [4] - 103:1, 104:3, 108:10, 109:9
**asserts** [2] - 10:11, 87:2
**assess** [1] - 124:15
**assistant** [1] - 38:5
**associate** [1] - 112:19
**associated** [1] - 112:22
**associating** [2] - 94:3, 96:12
**assume** [2] - 55:6, 86:15
**athletic** [1] - 66:25
**attempt** [12] - 24:13, 24:14, 24:16, 24:24, 37:10, 102:13, 102:20, 104:19, 104:20, 104:23, 107:22, 108:4
**attempted** [5] - 47:25, 91:21, 92:1, 99:11, 106:7
**attempting** [7] - 26:6, 26:9, 26:10, 73:23, 75:17, 104:21, 113:9
**attended** [1] - 62:9
**attention** [3] - 8:24, 71:23, 132:1
**attorney** [1] - 72:20
**attorneys** [1] - 73:2
**attributed** [2] - 94:12, 96:21
**audio** [1] - 25:14
**authorizes** [1] - 112:18
**automatically** [2] - 94:8, 96:17
**Avenue** [1] - 1:17
**aware** [1] - 114:13

**B**

**backdoor** [2] - 54:15, 54:16
**backed** [1] - 60:6
**bad** [4] - 40:13, 56:1, 82:3, 114:9
**badly** [1] - 58:24
**bags** [1] - 66:13
**bank** [5] - 35:21, 80:12, 99:6, 101:3, 106:2
**banker** [1] - 69:6
**bargain** [1] - 89:15
**bargaining** [2] - 89:8, 89:11
**barreras** [1] - 131:9
**based** [8] - 9:25, 10:5, 34:2, 43:1, 46:5, 85:1, 86:1, 90:9
**basic** [1] - 135:22
**Baye** [3] - 81:25, 82:1, 82:8
**beat** [1] - 133:1
**become** [3] - 94:8, 96:17, 115:24
**becomes** [6] - 45:12, 46:12, 70:15, 93:1, 95:19, 116:9
**BEGIN** [1] - 120:11
**begin** [5] - 84:21, 120:7, 121:11, 122:10, 137:3
**beginning** [3] - 11:20, 18:8, 125:9
**behalf** [5] - 9:3, 42:7, 42:11, 72:9, 132:7
**behind** [3] - 66:14, 120:9, 133:18
**behold** [1] - 80:19
**belief** [6] - 48:23, 49:7, 52:20, 58:22, 113:9, 113:12
**beliefs** [1] - 116:1
**belongings** [1] - 121:4
**below** [10] - 17:22, 21:22, 98:19, 99:17, 100:19, 106:13, 116:20, 117:11, 118:11, 119:5
**belt** [1] - 69:25
**best** [6] - 32:20, 32:24, 71:16, 79:18, 136:13, 139:18
**better** [3] - 30:21, 64:10, 73:3
**between** [9] - 9:15, 16:8, 40:5, 52:16, 55:12, 57:15, 78:11, 110:16, 110:18

**Bevis** [5] - 54:7, 54:19, 55:2, 57:13, 69:17
**beyond** [28] - 9:21, 26:19, 29:17, 42:23, 43:5, 47:12, 48:3, 72:22, 84:23, 85:19, 85:23, 86:4, 86:8, 93:11, 94:21, 95:9, 98:1, 105:7, 106:25, 110:6, 111:5, 111:24, 113:1, 113:5, 113:13, 113:19, 114:1
**bigger** [1] - 43:11
**binding** [1] - 86:14
**biography** [1] - 54:23
**bit** [7] - 30:15, 44:9, 51:14, 53:4, 60:7, 69:21, 138:3
**bits** [1] - 39:17
**black** [2] - 58:12, 58:13
**blah** [2] - 53:22
**blank** [1] - 119:15
**blood** [1] - 35:4
**blue** [1] - 76:13
**Boan** [2] - 133:16, 138:23
**boan** [1] - 131:21
**boat** [6] - 64:2, 64:3, 64:4, 80:11, 80:16
**boats** [2] - 13:5, 20:13
**booked** [1] - 71:12
**books** [1] - 28:23
**bother** [1] - 71:12
**bothered** [1] - 46:21
**bottom** [3] - 2:22, 12:10, 17:25
**Bourne** [5] - 58:24, 69:14, 74:23, 80:9, 82:5
**Bowl** [1] - 43:9
**box** [8] - 23:14, 23:20, 116:25, 117:15, 117:22, 118:16, 119:9, 132:22
**boxes** [1] - 4:19
**brackets** [1] - 5:3
**Bravo** [1] - 56:10
**breach** [2] - 104:17, 109:23
**break** [4] - 17:10, 41:2, 72:2, 122:20
**bribe** [11] - 19:23, 20:18, 23:1, 23:2, 25:12, 61:14, 73:24, 74:20, 74:21, 81:13

**Bribery** [4] - 104:1, 104:6, 109:8, 109:12
**bribery** [32] - 19:7, 19:9, 19:11, 21:2, 22:21, 22:24, 23:13, 25:11, 26:10, 84:5, 99:24, 100:2, 101:21, 101:23, 102:23, 103:5, 103:25, 104:7, 106:20, 106:22, 108:7, 108:13, 109:7, 109:13, 118:2, 118:4, 118:21, 118:23, 129:17, 129:19, 130:5, 130:7
**brief** [2] - 41:2, 139:18
**briefcase** [2] - 77:5, 77:7
**briefing** [2] - 139:10, 140:2
**briefly** [1] - 39:17
**bring** [20] - 8:15, 13:11, 18:1, 33:4, 42:3, 44:15, 51:1, 62:24, 63:6, 64:3, 68:19, 68:20, 68:21, 68:23, 78:16, 92:19, 99:16, 106:12, 119:23, 138:21
**Bring** [1] - 128:7
**bringing** [10] - 7:16, 18:14, 31:2, 31:8, 32:6, 37:3, 67:18, 80:22, 83:18, 119:25
**brings** [2] - 80:9, 80:17
**British** [4] - 12:16, 14:15, 17:11, 17:16, 18:5, 18:14, 19:10, 19:22, 20:2, 20:3, 20:14, 20:24, 21:13, 23:12, 23:17, 24:5, 24:8, 27:12, 28:1, 33:3, 38:5, 39:12, 44:20, 45:15, 48:9, 49:12, 50:17, 53:6, 53:8, 64:5, 65:5, 76:7, 77:13, 99:24, 102:25, 103:1, 104:2, 108:9, 109:8, 113:10
**Brito** [1] - 131:3
**broken** [1] - 16:16
**brother** [1] - 54:8
**brought** [11] - 9:11, 36:2, 36:3, 36:21, 37:1, 39:5, 59:12, 63:3, 132:2, 136:20,

137:21
**buckets** [1] - 52:2
**building** [2] - 10:18, 74:18
**bulk** [1] - 49:9
**bumpy** [1] - 122:24
**bunch** [3] - 51:11, 57:18, 62:16
**burden** [9] - 9:20, 42:21, 72:13, 85:22
**burn** [1] - 35:22
**business** [17] - 29:14, 29:19, 37:2, 41:21, 48:2, 54:11, 54:23, 56:5, 56:11, 82:2, 82:4, 111:14, 111:17, 111:20, 111:25, 119:10, 130:14
**buy** [4] - 32:5, 36:12, 67:14, 84:12
**BVI** [29] - 3:17, 3:19, 5:23, 6:9, 45:18, 46:8, 74:5, 74:8, 77:3, 84:7, 101:21, 102:23, 102:24, 103:4, 104:3, 106:20, 108:7, 108:8, 108:10, 108:12, 109:9, 109:10, 118:1, 118:20, 129:16, 130:4
**BY** [1] - 1:16

**C**

**C2** [1] - 27:7
**caffeine** [1] - 125:16
**calm** [2] - 57:10
**calvo** [1] - 131:3
**campus"** [1] - 121:6
**cancel** [1] - 38:11
**cancels** [1] - 81:2
**cannot** [3] - 85:17, 121:7, 137:3
**capability** [1] - 134:22
**capable** [1] - 72:25
**car** [3] - 38:16, 82:23, 83:20
**care** [3] - 12:7, 123:14, 127:7
**career** [1] - 40:10
**careful** [4] - 8:24, 33:23, 35:12, 35:21
**carefully** [2] - 43:2, 86:2
**Carlos** [1] - 51:18
**carry** [19] - 14:8, 26:16, 26:24, 27:2,

28:3, 28:8, 30:9, 59:3, 91:24, 92:2, 98:21, 100:21, 105:17, 110:4, 110:11, 110:13, 110:22, 111:3
**carrying** [13] - 12:13, 17:21, 18:6, 20:4, 91:8, 93:9, 96:3, 97:4, 98:18, 99:9, 105:3, 105:14, 106:5
**cartel** [1] - 56:25
**Cartel** [1] - 39:2
**cartons** [1] - 44:16
**case** [63] - 1:2, 4:10, 5:15, 9:5, 9:7, 10:18, 11:6, 11:21, 12:1, 12:14, 12:15, 15:8, 16:2, 17:2, 18:7, 18:17, 19:21, 21:23, 30:11, 30:16, 39:19, 41:5, 43:3, 44:10, 45:13, 61:23, 70:17, 71:8, 71:11, 71:21, 72:3, 72:14, 75:4, 75:10, 83:22, 84:1, 84:11, 84:15, 84:19, 86:3, 86:11, 86:16, 88:4, 89:5, 99:2, 105:22, 115:9, 115:19, 115:21, 115:23, 116:3, 116:5, 120:8, 120:13, 120:22, 121:7, 121:14, 121:16, 122:21, 123:4, 128:1, 132:3, 137:2
**Case** [1] - 128:17
**cases** [1] - 104:19
**cash** [2] - 20:15, 82:9
**castillo** [1] - 131:1
**casual** [4] - 29:19, 29:22, 111:19, 112:1
**caught** [1] - 122:2
**caution** [4] - 89:5, 89:18, 115:6, 120:1
**cautious** [3] - 33:16, 33:17
**cell** [2] - 121:14, 122:13
**certain** [6] - 26:16, 47:11, 94:3, 96:12, 110:4, 113:23
**certainly** [1] - 77:17
**certify** [1] - 141:3
**chain** [2] - 10:15, 87:4
**chambers** [1] - 8:1
**chance** [1] - 8:13
**change** [3] - 3:15,

41:22, 115:24
**changed** [3] - 34:19, 41:13, 68:14
**changes** [1] - 7:24
**character** [2] - 94:11, 96:20
**charge** [9] - 3:7, 7:9, 7:22, 8:9, 11:19, 14:25, 69:6, 85:13, 112:6
**charged** [49] - 2:14, 3:1, 3:13, 4:22, 5:1, 5:4, 7:21, 11:7, 11:8, 12:19, 12:20, 12:21, 18:7, 19:7, 24:10, 25:5, 29:16, 40:24, 46:18, 46:19, 46:23, 92:4, 92:6, 92:8, 94:13, 95:1, 96:22, 104:21, 110:1, 111:1, 111:16, 112:5, 112:9, 115:7, 116:17, 116:22, 117:8, 117:13, 117:19, 118:8, 118:13, 119:2, 119:7, 126:13, 128:23, 129:5, 129:10, 129:24, 130:12
**charges** [19] - 9:11, 11:12, 24:13, 37:7, 37:9, 37:10, 42:16, 42:17, 47:7, 47:9, 90:16, 90:20, 90:21, 91:1, 91:20, 91:22, 113:22, 115:1
**charging** [2] - 30:6, 47:5
**Charlie** [1] - 55:19
**chat** [1] - 53:21
**chats** [1] - 55:16
**chatted** [2] - 57:22, 69:17
**check** [5] - 4:17, 4:19, 33:19, 33:21, 54:8
**checked** [2] - 43:23, 46:14
**checking** [1] - 64:13
**checks** [6] - 99:6, 101:2, 101:3, 106:2
**chemist** [1] - 45:6
**Chief** [1] - 74:15
**child** [2] - 68:9, 123:19
**choose** [9] - 15:20, 23:9, 23:14, 23:21, 26:5, 30:8, 30:10, 116:7, 134:5
**chose** [1] - 85:17
**Christ** [1] - 35:4

**CI** [37] - 44:22, 49:9, 49:16, 49:19, 50:11, 51:1, 51:5, 53:11, 53:16, 55:12, 55:14, 55:21, 55:24, 56:8, 56:10, 56:16, 57:8, 57:14, 57:16, 58:6, 58:12, 58:15, 58:19, 59:8, 63:25, 64:15, 64:21, 65:12, 66:20, 67:3, 67:19, 67:23, 68:13, 69:10, 70:9, 71:11
**CI's** [2] - 62:20, 63:16
**Circuit** [1] - 5:3
**circumstances** [5] - 10:15, 71:17, 87:5, 94:9, 96:18
**circumstantial** [7] - 10:9, 10:17, 10:20, 10:23, 11:2, 86:25, 87:7
**Circumstantial** [2] - 10:14, 87:4
**Cisse** [3] - 81:25, 82:1, 82:8
**clean** [1] - 73:25
**clear** [6] - 13:15, 16:1, 41:20, 76:1, 83:11, 126:7
**clearly** [3] - 73:17, 82:1, 88:9
**client** [1] - 72:24
**close** [3] - 9:6, 114:2, 122:16
**closing** [6] - 8:12, 8:23, 9:6, 41:4, 73:3, 83:22
**clothes** [1] - 22:13
**co** [2] - 89:6, 89:9
**co-defendant** [2] - 89:6, 89:9
**coach** [1] - 66:25
**Cocaine** [2] - 12:6, 92:18
**cocaine** [93] - 3:10, 10:21, 11:9, 11:19, 12:5, 12:15, 13:15, 13:18, 13:22, 15:18, 16:13, 18:11, 19:5, 20:4, 20:22, 22:21, 32:22, 33:6, 34:17, 37:5, 39:4, 39:16, 43:23, 43:25, 44:5, 44:8, 44:20, 45:3, 45:4, 45:10, 45:11, 45:17, 45:22, 45:25, 46:7, 46:12, 46:14, 47:20, 47:21, 50:23, 51:1, 51:3, 51:7,

51:8, 52:4, 59:4, 59:10, 64:18, 64:20, 65:4, 65:9, 65:19, 75:13, 76:2, 76:5, 76:21, 77:9, 77:12, 77:13, 77:15, 77:16, 77:17, 77:20, 78:16, 80:19, 81:25, 90:22, 92:14, 93:19, 94:15, 94:21, 99:21, 101:18, 102:8, 102:11, 102:14, 102:16, 102:20, 106:17, 107:17, 107:20, 107:23, 107:25, 108:4, 116:24, 117:24, 118:18, 128:25, 129:14, 130:2
**cocaine's** [1] - 77:2
**Code** [32] - 6:4, 92:9, 92:10, 92:15, 95:2, 95:6, 95:12, 95:13, 97:6, 97:16, 98:10, 100:5, 102:9, 102:12, 102:15, 102:19, 102:24, 103:5, 104:22, 105:6, 107:3, 107:18, 107:21, 107:24, 108:2, 108:12, 110:2, 111:15, 112:4, 112:7, 119:13, 130:17
**code** [7] - 39:13, 45:25, 52:6, 53:4, 78:18, 83:6, 108:8
**codes** [1] - 35:24
**coffee** [1] - 41:3
**coin** [4] - 73:8, 99:5, 101:2, 106:1
**colleagues** [1] - 33:4
**collect** [1] - 71:12
**collective** [1] - 74:8
**Columbia** [7] - 12:16, 64:20, 76:3, 76:4, 76:6, 76:7, 77:13
**comfort** [1] - 33:1
**comfortable** [5] - 31:2, 31:8, 31:9, 34:4, 35:9
**coming** [15] - 7:2, 14:14, 19:3, 20:19, 20:23, 23:16, 25:3, 32:23, 35:25, 54:13, 76:18, 76:22, 76:24, 77:13, 79:25
**commend** [2] - 122:20, 123:3

**comment** [1] - 30:15
**commerce** [1] - 91:23
**Commerce** [10] - 26:15, 26:22, 27:5, 110:4, 110:9, 110:15, 110:17, 110:21, 111:2
**commercial** [3] - 37:19, 67:10, 81:4
**Commission** [1] - 69:19
**commission** [2] - 103:14, 108:21
**commit** [16] - 12:22, 21:3, 24:17, 24:21, 24:24, 35:6, 35:7, 92:6, 92:23, 95:17, 97:22, 98:7, 104:19, 107:1, 112:14, 113:13
**commitment** [1] - 132:2
**committed** [9] - 23:10, 27:2, 30:20, 110:13, 113:16, 113:23, 114:2, 114:7, 132:6
**committing** [9] - 6:12, 24:22, 25:3, 25:8, 25:16, 92:5, 107:5, 107:8, 107:10
**common** [9] - 9:25, 10:5, 43:8, 43:9, 44:24, 45:12, 73:11, 94:3, 96:13
**Common** [1] - 76:5
**commonsense** [4] - 43:2, 77:8, 86:2, 86:23
**communicate** [2] - 81:20, 119:19
**communication** [2] - 52:16, 82:10
**company** [3] - 67:12, 67:16, 67:17
**compensation** [2] - 103:14, 108:21
**complaining** [1] - 52:11
**complete** [1] - 136:13
**completed** [3] - 24:10, 84:20, 132:9
**complex** [1] - 132:5
**complicated** [2] - 11:13, 75:4
**computer** [4] - 75:20, 98:24, 100:23, 105:20
**conceal** [9] - 21:19, 22:16, 22:18, 23:2, 23:19, 84:6, 91:15,

97:14, 100:17
concealed [1] - 47:24
concealment [10] -
11:17, 21:4, 21:5,
21:23, 22:16, 100:4,
117:17, 124:19,
129:8
concern [1] - 77:23
concerned [9] - 48:9,
58:8, 59:21, 65:17,
65:18, 78:2, 78:8,
78:9, 86:24
concerning [4] -
42:24, 43:20, 85:25,
87:21
concerns [1] - 52:15
conclusion [2] -
34:18, 34:21
conclusions [1] -
86:23
concrete [1] - 59:9
conditional [2] -
103:10, 108:17
conduct [4] - 99:11,
106:7, 111:18,
114:14
conducted [2] - 99:11,
106:7
conducting [1] - 82:5
Conference [2] -
27:20, 79:23
confidential [1] - 73:5
confine [1] - 5:15
confirmed [1] - 58:14
confirms [3] - 28:20,
32:11, 48:12
confused [3] - 124:5,
125:12, 127:16
confusing [1] - 4:20
confusion [1] - 126:7
conjecture [1] - 73:10
conjunctive [1] -
113:17
consider [14] - 43:15,
48:24, 85:18, 86:10,
87:15, 88:18, 89:4,
89:17, 113:11,
115:2, 115:11,
124:5, 124:8, 127:20
consideration [3] -
47:7, 103:16, 108:23
considerations [1] -
8:22
considered [2] - 43:3,
86:3
considering [2] -
86:22, 115:20
consisting [2] -
103:14, 108:21
consonant [1] -

133:14
conspiracies [1] -
83:8
Conspiracy [1] - 61:24
conspiracy [44] - 3:8,
4:3, 5:19, 6:7, 7:13,
10:21, 11:12, 12:10,
13:17, 15:18, 16:5,
16:19, 29:16, 29:23,
29:24, 30:21, 36:1,
37:8, 37:9, 43:22,
61:23, 73:9, 74:6,
84:2, 84:12, 92:7,
92:22, 93:1, 93:6,
94:5, 94:6, 95:16,
95:19, 96:1, 96:14,
96:15, 96:22, 97:22,
98:7, 117:14, 124:6,
124:24, 126:13,
129:7
conspiracy's [2] -
94:11, 96:20
conspirator [4] -
93:20, 94:8, 96:4,
96:17
conspiratorial [2] -
94:10, 96:19
conspirators [5] -
12:13, 93:9, 93:22,
96:3, 96:6
conspire [8] - 12:22,
47:21, 92:16, 95:4,
102:13, 102:20,
107:22, 108:4
conspired [11] - 21:3,
47:23, 84:2, 84:4,
84:6, 90:22, 91:2,
91:4, 94:22, 116:23,
128:24
conspiring [4] - 11:8,
12:20, 92:6, 94:13
constant [1] - 83:13
Constitution [1] - 70:6
construction [9] -
44:17, 52:3, 54:2,
69:2, 69:7, 69:9,
77:10, 83:10
consult [1] - 135:1
contact [3] - 51:11,
123:18, 137:8
contacted [2] -
138:16, 139:2
contacts [2] - 74:16,
81:15
contain [1] - 44:19
container [1] - 46:5
containers [3] - 45:21,
59:14, 60:11
containing [3] - 44:5,
51:2, 92:13

contemplated [1] -
5:22
contends [1] - 113:7
content [3] - 54:1,
90:4, 90:7
contents [1] - 90:12
continue [9] - 20:17,
30:2, 30:3, 32:20,
32:23, 39:15, 39:16,
120:17, 136:24
continued [1] - 14:23
continues [4] - 35:5,
35:9, 36:12, 81:5
continuous [1] -
111:17
contract [1] - 74:18
contractor [1] - 83:18
control [7] - 21:20,
21:21, 36:1, 37:3,
91:16, 97:15, 100:18
controlled [16] - 5:9,
12:1, 12:7, 12:8,
29:15, 90:22, 92:14,
92:17, 92:18, 93:14,
94:17, 111:14,
116:23, 119:11,
128:25, 130:15
controls [1] - 9:17
conundrum [1] -
68:25
convenience [1] -
116:11
conversation [5] -
52:5, 63:9, 83:13,
90:2, 90:7
conversations [4] -
58:4, 83:11, 89:23,
90:4
convicted [1] - 88:18
convicting [1] - 40:23
conviction [1] -
113:20
convinced [3] - 86:7,
86:9, 115:25
convincing [2] - 43:5,
86:5
cook [1] - 64:19
Cool [1] - 28:14
cool [1] - 36:23
copied [1] - 8:14
copy [4] - 8:6, 8:10,
85:10, 90:18
correct [5] - 2:16,
15:2, 121:25,
128:11, 128:12
correctly [1] - 90:7
corroborated [2] -
24:21, 107:5
corrupt [2] - 40:19,
78:22

corruption [6] - 40:17,
69:21, 71:4, 71:6,
71:8
costly [1] - 135:3
counsel [5] - 8:11,
9:4, 42:8, 72:25,
139:20
count [12] - 11:21,
15:21, 16:6, 26:11,
26:12, 67:5, 81:12,
84:1, 84:15, 90:17,
115:1, 133:20
Count [98] - 5:6, 5:18,
11:8, 11:11, 11:12,
11:22, 12:21, 15:15,
15:17, 15:21, 16:5,
16:12, 23:3, 23:5,
23:24, 23:25, 24:10,
24:13, 24:19, 24:23,
25:23, 26:1, 26:3,
26:11, 26:14, 29:6,
29:8, 29:16, 37:7,
37:8, 37:10, 43:22,
75:16, 90:21, 91:1,
91:20, 91:22, 92:8,
93:10, 94:13, 95:1,
95:8, 96:22, 97:22,
98:6, 102:2, 102:18,
104:21, 106:24,
107:11, 108:2,
110:1, 110:5,
111:10, 111:16,
116:15, 116:18,
116:19, 116:22,
117:6, 117:9,
117:10, 117:13,
117:14, 117:19,
117:20, 118:6,
118:9, 118:10,
118:13, 118:14,
118:25, 119:2,
119:4, 119:7, 119:8,
124:4, 125:1,
126:13, 127:9,
128:20, 128:23,
128:24, 129:3,
129:5, 129:6,
129:10, 129:11,
129:21, 129:24,
129:25, 130:9,
130:12, 130:13
counting [1] - 57:5
countries [1] - 76:14
country [13] - 7:15,
39:11, 53:7, 54:10,
54:13, 60:3, 70:3,
75:12, 75:13, 84:3,
99:6, 101:2, 106:2
counts [8] - 11:7,
26:18, 47:10, 90:17,

105:16, 124:15,
133:20, 139:12
Counts [8] - 25:23,
30:6, 92:4, 112:5,
112:6, 113:5, 113:13
couple [6] - 2:7, 13:6,
58:18, 71:24, 121:1,
140:6
course [13] - 29:1,
58:5, 63:21, 65:13,
82:21, 82:24, 99:4,
100:25, 104:13,
105:24, 109:19,
111:17, 138:7
court [4] - 116:9,
119:21, 119:23,
139:1
COURT [84] - 1:1, 1:9,
2:1, 2:8, 2:20, 2:22,
3:12, 3:21, 4:5, 4:9,
4:14, 5:13, 6:11,
6:20, 7:11, 8:3, 8:4,
8:16, 8:17, 8:20,
37:13, 41:1, 41:7,
41:9, 42:1, 42:2,
42:3, 42:5, 42:6,
72:1, 72:6, 72:8,
84:17, 120:10,
120:12, 121:22,
122:6, 122:8,
122:18, 123:8,
123:10, 123:11,
124:1, 124:22,
125:15, 125:18,
125:22, 126:4,
126:21, 127:3,
127:13, 127:23,
128:3, 128:4, 128:5,
128:8, 128:9,
128:13, 130:20,
130:22, 131:23,
132:11, 132:17,
132:24, 133:8,
133:9, 134:20,
135:20, 136:11,
136:22, 137:6,
137:16, 137:24,
138:8, 138:11,
138:21, 138:23,
139:5, 139:7,
139:16, 139:20,
140:5, 140:8, 140:9
Court [23] - 1:16, 6:1,
9:4, 9:13, 47:10,
73:8, 73:9, 75:21,
89:12, 122:22,
125:4, 126:2, 126:7,
128:14, 131:24,
132:9, 136:17,
137:8, 137:14,

137:22, 138:9,
138:13
**Court's** [2] - 85:8,
122:4
**Courthouse** [2] -
119:15, 130:19
**COURTROOM** [1] -
128:17
**courtroom** [3] - 70:4,
119:25, 133:3
**cover** [1] - 11:4
**covered** [1] - 35:3
**cow** [1] - 82:9
**crazy** [1] - 31:7
**credibility** [1] - 70:9
**credit** [1] - 70:21
**Crime** [1] - 92:16
**crime** [36] - 12:22,
24:17, 24:22, 26:15,
41:18, 44:2, 88:19,
92:11, 94:16, 95:4,
102:10, 102:13,
102:16, 102:19,
104:19, 104:23,
107:2, 107:6,
107:19, 107:22,
107:25, 108:3,
110:3, 111:1,
111:20, 112:8,
112:14, 112:23,
112:24, 113:23,
113:24, 114:2,
115:2, 115:5
**crimes** [4] - 47:2,
90:17, 115:7, 115:10
**Criminal** [3] - 102:24,
103:4, 108:12
**criminal** [10] - 4:12,
54:24, 56:7, 72:13,
79:24, 92:24, 95:18,
99:2, 105:22, 108:8
**criminally** [2] -
112:15, 112:20
**critical** [1] - 120:16
**crook** [1] - 31:20
**Crown** [2] - 104:4,
109:11
**crypto** [1] - 80:13
**crystal** [2] - 13:15,
76:1
**CS** [5] - 44:15, 45:1,
45:20, 46:5, 46:10
**currency** [4] - 80:14,
99:5, 101:2, 106:1
**custody** [1] - 66:16
**Customs** [1] - 18:24

**D**

**dancing** [1] - 133:1

**danger** [1] - 34:24
**dark** [1] - 138:3
**DATE** [1] - 141:8
**date** [7] - 54:25,
113:23, 113:25,
114:2, 114:3,
119:18, 136:17
**dated** [2] - 119:14,
130:18
**dates** [1] - 113:8
**daughter** [9] - 37:20,
38:8, 38:15, 39:5,
66:24, 67:24, 68:10,
79:19, 82:22
**daughter's** [5] - 38:13,
39:9, 39:11, 81:6,
83:6
**days** [6] - 46:4, 46:9,
49:23, 53:18, 59:13
**de** [1] - 130:24
**DEA** [2] - 73:16, 73:19
**dead** [2] - 35:15, 35:16
**deal** [10] - 36:12, 38:1,
50:11, 50:14, 62:20,
69:2, 70:3, 78:6,
81:2, 83:22
**dealer** [5] - 56:2,
56:21, 59:17, 63:5,
68:3
**dealers** [2] - 59:19,
64:14
**dealing** [1] - 57:3
**deals** [2] - 35:19,
62:10
**dealt** [1] - 138:2
**debts** [3] - 61:11,
61:12, 61:16
**deception** [1] - 89:1
**decide** [13] - 9:10,
9:11, 80:15, 87:13,
87:17, 87:23, 88:17,
88:25, 90:8, 115:12,
115:13, 115:19,
139:18
**decided** [2] - 34:5,
63:3
**decides** [1] - 51:17
**deciding** [1] - 84:18
**decision** [7] - 15:9,
47:6, 85:1, 85:18,
86:19, 87:19, 89:1
**deductions** [1] - 86:23
**defendant** [185] - 6:22,
11:6, 11:8, 11:12,
11:14, 12:2, 12:19,
12:20, 13:13, 13:21,
13:24, 14:1, 14:18,
15:5, 15:16, 15:22,
16:21, 17:20, 18:23,
21:14, 21:18, 22:8,

22:22, 23:4, 23:10,
23:18, 24:17, 25:2,
25:5, 25:15, 26:2,
26:6, 26:19, 26:21,
26:23, 27:1, 27:5,
27:8, 27:9, 27:18,
27:19, 27:22, 28:6,
28:7, 29:2, 29:7,
29:18, 29:21, 29:22,
30:8, 30:17, 30:20,
30:24, 31:3, 31:5,
31:17, 32:6, 32:9,
32:23, 33:11, 33:14,
33:15, 33:24, 34:8,
35:9, 37:19, 39:14,
40:16, 40:18, 73:18,
77:18, 78:11, 79:4,
79:22, 80:12, 81:19,
81:23, 82:12, 82:15,
83:1, 84:23, 85:4,
85:13, 85:14, 85:15,
85:16, 85:17, 85:20,
86:7, 89:6, 89:9,
90:17, 90:21, 91:1,
91:3, 91:20, 91:22,
92:4, 92:6, 92:8,
93:10, 93:16, 93:23,
94:1, 94:13, 94:16,
94:19, 94:22, 95:1,
95:8, 95:14, 96:7,
96:10, 97:20, 97:21,
98:3, 98:5, 98:7,
98:12, 98:17, 99:10,
100:7, 100:12,
100:15, 102:1,
103:2, 104:4,
104:21, 106:6,
106:24, 107:1,
107:11, 108:11,
109:10, 110:1,
110:5, 110:8,
110:10, 110:12,
110:20, 111:1,
111:9, 111:25,
112:8, 112:9,
112:13, 112:15,
112:16, 112:17,
112:20, 112:22,
112:23, 113:2,
113:7, 113:11,
113:12, 115:4,
115:6, 115:9,
115:12, 115:13,
116:14, 116:17,
116:19, 116:21,
117:5, 117:8,
117:10, 117:12,
117:18, 118:5,
118:8, 118:10,
118:12, 118:25,
119:2, 119:4, 119:6,

128:23, 129:5,
129:10, 129:24,
130:12
**DEFENDANT** [1] -
1:14
**Defendant** [6] - 28:20,
58:11, 128:20,
129:2, 129:21, 130:8
**Defendant's** [1] -
69:16
**defendant's** [13] -
9:21, 24:20, 42:22,
42:24, 72:22, 77:22,
83:23, 85:23, 85:25,
94:10, 96:19, 107:4,
111:23
**defense** [11] - 3:3,
73:3, 79:6, 113:7,
123:24, 126:22,
127:22, 134:11,
137:7, 137:17,
138:20
**define** [1] - 47:16
**defined** [8] - 2:23,
17:24, 19:13, 26:25,
29:19, 99:17,
106:13, 112:1
**defining** [3] - 4:1,
9:19, 91:18
**definitely** [1] - 53:23
**definition** [2] - 9:24,
27:15
**Delgado** [4] - 1:14,
42:11, 73:1, 132:13
**deliberate** [4] - 15:8,
30:14, 120:15,
136:20
**deliberated** [1] -
120:18
**deliberating** [4] - 10:2,
121:3, 121:12,
123:21
**deliberations** [12] -
43:18, 84:22, 90:19,
114:18, 115:17,
116:8, 120:5, 120:8,
121:11, 122:10,
136:25, 137:3
**DELIBERATIONS** [1] -
120:11
**delinois** [1] - 131:11
**deliver** [1] - 72:12
**delivered** [1] - 121:25
**delivering** [1] - 9:1
**delivery** [3] - 99:8,
101:5, 106:4
**demand** [1] - 78:21
**demeanor** [1] - 82:18
**demonstrate** [1] - 8:25
**denied** [1] - 70:16

**depth** [1] - 7:19
**DEPUTY** [1] - 128:17
**derived** [3] - 99:2,
101:11, 105:22
**described** [2] - 17:21,
56:18
**describes** [1] - 80:17
**description** [3] - 4:4,
4:7, 4:11
**designed** [5] - 21:19,
22:18, 91:15, 97:13,
100:16
**despite** [1] - 123:2
**destination** [1] - 76:11
**detail** [2] - 65:24, 89:3
**details** [6] - 55:13,
64:1, 78:20, 79:3,
93:21, 96:5
**detect** [2] - 45:17,
51:8
**detectable** [5] - 44:5,
44:20, 51:2, 77:2,
92:13
**detected** [4] - 45:3,
45:5, 52:4, 77:14
**Detective** [5] - 46:20,
59:2, 62:22, 64:9,
65:12
**deter** [1] - 33:24
**determine** [4] - 48:25,
55:6, 90:13, 115:8
**determined** [1] - 8:7
**determining** [1] -
113:12
**differ** [1] - 88:10
**difference** [5] - 9:15,
10:22, 48:21, 66:17,
87:6
**different** [5] - 14:7,
16:12, 88:15, 96:23,
133:1
**differently** [1] - 116:2
**difficulties** [2] -
122:23, 123:2
**digest** [2] - 28:13,
30:12
**direct** [7] - 10:8,
10:10, 10:23, 11:1,
86:24, 87:7, 116:8
**Direct** [1] - 87:1
**directing** [3] - 36:19,
81:13, 112:11
**direction** [1] - 112:12
**directly** [5] - 10:12,
88:9, 101:12, 103:7,
108:14
**directs** [2] - 36:5,
112:18
**disagreement** [1] -
138:25

**disappears** [1] - 35:17
**disbelieve** [1] - 87:20
**discharge** [4] - 20:3, 103:15, 108:22, 136:16
**DISCHARGED** [1] - 132:12
**discharged** [5] - 136:7, 136:22, 137:1, 138:12, 139:4
**discharges** [2] - 19:20, 20:21
**disclosure** [1] - 54:24
**discuss** [7] - 14:24, 28:23, 75:16, 77:21, 115:21, 137:9, 140:2
**discussed** [4] - 7:18, 24:19, 49:20, 78:10
**discussing** [6] - 15:19, 42:9, 80:10, 94:3, 96:12, 115:23
**discussion** [6] - 6:15, 6:18, 48:16, 50:6, 77:22, 124:25
**discussions** [2] - 61:18, 84:21
**disguise** [3] - 91:16, 97:14, 100:17
**dishonesty** [1] - 88:19
**disobey** [1] - 114:9
**disprove** [2] - 10:16, 87:5
**dispute** [3] - 2:11, 48:17, 83:10
**disregard** [5] - 85:7, 86:18, 90:14, 114:10, 119:2
**distancing** [1] - 22:1
**distracted** [1] - 84:12
**distribute** [11] - 4:2, 4:3, 50:17, 102:10, 102:11, 102:14, 107:19, 107:20, 107:23
**distribution** [22] - 2:24, 3:9, 3:11, 4:20, 5:9, 5:21, 6:16, 6:19, 7:4, 7:5, 18:11, 18:16, 19:4, 99:21, 101:18, 102:7, 106:17, 107:16, 117:24, 118:18, 129:14, 130:2
**District** [1] - 70:17
**DISTRICT** [3] - 1:1, 1:1, 1:9
**DIVISION** [1] - 1:2
**document** [1] - 47:5
**dollars** [7] - 33:6, 74:20, 74:21, 75:2,

78:17, 78:21, 134:6
**Dominguez** [5] - 46:20, 59:2, 62:23, 64:10, 65:12
**done** [15] - 13:6, 16:15, 18:5, 37:6, 103:20, 103:21, 109:2, 109:3, 112:10, 112:11, 114:4, 132:6, 136:4, 136:9, 136:21
**door** [2] - 17:12, 120:18
**doors** [4] - 68:24, 68:25, 69:3, 69:12
**dope** [1] - 64:14
**Dory** [2] - 69:5
**double** [1] - 33:19
**doubt** [46] - 9:19, 9:22, 9:23, 9:25, 10:4, 10:5, 26:19, 29:18, 42:23, 42:24, 43:1, 43:5, 47:12, 47:13, 48:4, 61:19, 61:20, 62:4, 62:7, 72:22, 74:2, 84:24, 85:20, 85:24, 85:25, 86:1, 86:4, 86:8, 93:12, 94:21, 95:10, 98:2, 105:7, 107:1, 110:7, 111:5, 111:25, 113:2, 113:6, 113:14, 113:19, 114:2
**down** [16] - 12:9, 15:22, 16:16, 17:10, 36:18, 57:10, 63:19, 62:23, 70:2, 71:15, 81:24, 83:12, 119:20, 127:14, 133:3
**drawdown** [1] - 69:11
**dregs** [1] - 64:19
**drew** [1] - 40:4
**drug** [31] - 3:18, 6:14, 7:21, 7:22, 18:22, 20:20, 22:1, 22:23, 23:12, 23:16, 24:9, 25:10, 26:9, 28:4, 29:23, 29:24, 31:4, 35:7, 56:5, 56:21, 56:25, 59:17, 59:19, 62:10, 63:5, 64:14, 68:3, 69:2, 83:12, 83:14, 84:6
**drugs** [2] - 7:13, 7:16, 13:19, 63:6, 68:20
**drummer** [1] - 133:2
**dummy** [3] - 22:13, 66:14, 68:18

during [15] - 8:11, 37:21, 39:21, 58:10, 81:5, 84:8, 85:2, 86:18, 88:15, 90:19, 113:7, 114:15, 114:18, 133:2, 135:15
**During** [1] - 78:1
**duties** [5] - 20:3, 20:21, 103:23, 109:5, 131:24
**duty** [3] - 19:20, 84:17, 132:4

**E**

**early** [1] - 64:6
**earned** [2] - 99:3, 105:23
**easier** [6] - 18:1, 18:3, 24:9, 83:5, 99:16, 106:12
**easily** [1] - 123:14
**edits** [4] - 2:9, 8:9, 41:10, 41:11
**education** [1] - 59:3
**effect** [1] - 126:10
**efforts** [2] - 122:21, 123:4
**eight** [1] - 33:10
**eighth** [1] - 130:19
**either** [15] - 5:1, 10:23, 15:19, 17:13, 23:6, 26:3, 38:6, 85:3, 87:7, 97:24, 98:2, 119:24, 121:23, 122:1, 126:18
**elected** [5] - 33:3, 102:25, 104:2, 108:9, 109:9
**electronic** [3] - 98:23, 100:23, 105:19
**element** [14] - 11:24, 12:2, 12:4, 14:1, 14:19, 14:20, 16:21, 17:19, 17:20, 17:23, 21:14, 27:4, 72:23
**elements** [21] - 11:21, 11:23, 12:24, 16:20, 21:6, 24:16, 24:18, 44:7, 75:17, 98:10, 100:5, 103:5, 104:7, 108:13, 109:13, 113:5, 124:13, 124:19, 124:23, 124:24, 125:21
**elephant** [1] - 69:22
**Eleventh** [1] - 5:3
**elsewhere** [1] - 60:21
**Embassy** [5] - 28:17,

28:18, 28:19, 68:13, 83:2
**emergency** [2] - 120:20, 121:9
**emphasize** [2] - 114:23, 120:16
**employee** [1] - 112:18
**employment** [4] - 103:13, 104:13, 108:20, 109:19
**en** [1] - 77:16
**encourage** [2] - 56:10, 126:10
**end** [9] - 37:18, 42:13, 43:17, 66:3, 66:4, 79:13, 94:24, 127:1
**endeavored** [1] - 121:24
**ending** [1] - 126:23
**ends** [2] - 38:4, 61:17
**enforcement** [7] - 7:7, 59:21, 70:1, 71:16, 74:5, 80:22, 136:17
**engage** [5] - 24:14, 79:24, 91:2, 91:21, 95:4
**engaged** [2] - 10:20, 90:2
**enormous** [1] - 126:19
**entering** [1] - 69:1
**enterprise** [10] - 29:14, 29:19, 41:21, 48:2, 111:14, 111:17, 111:20, 112:1, 119:10, 130:15
**enters** [1] - 76:23
**entire** [6] - 16:2, 33:2, 74:5, 82:17, 126:6, 135:14
**entirely** [2] - 89:16, 90:8
**entitled** [4] - 114:23, 134:5, 134:25, 141:4
**entrapment** [2] - 79:6, 79:8
**equally** [1] - 11:2
**ergo** [1] - 76:23
**error** [4] - 5:14, 6:10, 6:12
**espinoza** [1] - 131:17
**ESQ** [2] - 1:14, 1:14
**essentially** [3] - 17:1, 21:8, 30:16
**establish** [10] - 26:24, 27:2, 47:12, 91:24, 92:2, 96:13, 110:11, 110:13, 110:22, 111:3
**established** [1] - 94:4

**etc** [1] - 22:13
**Eunice** [1] - 38:6
**evaluate** [1] - 11:1
**evaluation** [1] - 90:9
**evening** [3] - 35:11, 54:20, 55:22
**event** [3] - 94:2, 96:12, 122:17
**eventually** [4] - 57:6, 57:12, 66:16, 68:14
**evidence** [78] - 3:9, 8:22, 9:8, 10:7, 10:8, 10:9, 10:10, 10:14, 10:17, 10:20, 10:24, 11:1, 11:2, 12:23, 14:3, 15:8, 22:5, 26:8, 27:4, 29:4, 30:16, 38:19, 39:19, 42:10, 43:3, 43:15, 43:16, 43:19, 44:10, 47:8, 48:3, 48:6, 48:18, 53:9, 53:10, 57:3, 65:20, 69:13, 71:11, 71:18, 73:9, 73:10, 73:12, 74:3, 80:1, 83:23, 84:11, 84:13, 85:1, 85:13, 85:16, 86:3, 86:11, 86:13, 86:20, 86:22, 86:24, 87:1, 87:4, 87:7, 87:15, 87:16, 88:10, 88:12, 88:13, 89:20, 89:23, 90:12, 112:8, 114:20, 115:2, 115:8, 115:20, 116:5, 122:10, 132:5
**Evidence** [1] - 86:11
**evidentiary** [1] - 9:5
**evolution** [1] - 33:1
**exact** [3] - 21:7, 61:23, 113:25
**exactly** [9] - 19:24, 32:10, 43:24, 51:14, 65:25, 66:8, 67:1, 81:23, 127:4
**examination** [1] - 90:11
**example** [3] - 10:10, 10:12, 10:17
**excellent** [1] - 73:1
**except** [1] - 86:17
**excerpt** [1] - 33:8
**excess** [1] - 16:4
**exchange** [4] - 19:19, 20:14, 82:11, 89:7
**exchanged** [1] - 81:16
**excited** [1] - 80:3
**exclude** [3] - 9:22, 42:24, 85:24

**exclusion** [1] - 47:13
**excuse** [5] - 21:14, 29:18, 34:14, 47:8, 120:24
**excused** [4] - 120:7, 121:17, 121:20, 132:10
**EXCUSED** [4] - 41:8, 120:11, 121:21, 139:6
**excusing** [1] - 121:13
**Exhibit** [37] - 13:8, 13:22, 14:4, 14:21, 22:5, 25:14, 27:7, 28:9, 29:5, 31:10, 32:13, 33:9, 34:7, 34:22, 35:13, 35:20, 49:24, 49:25, 50:2, 54:5, 55:19, 56:9, 57:16, 58:7, 58:11, 59:7, 60:20, 60:23, 61:7, 63:10, 65:22, 69:4, 69:15, 69:16, 75:19, 75:24
**exhibit** [2] - 75:20, 75:21
**exhibits** [1] - 86:12
**Exhibits** [2] - 89:21, 89:24
**existed** [1] - 98:2
**expect** [1] - 137:17
**expectation** [2] - 104:18, 109:24
**expected** [2] - 104:14, 109:20
**expended** [1] - 134:6
**experience** [1] - 87:10
**experienced** [1] - 10:13
**experiences** [1] - 35:11
**expert** [1] - 45:7
**explain** [7] - 13:13, 14:24, 85:5, 91:18, 97:18, 102:5, 115:18
**explained** [3] - 11:20, 45:7, 64:16
**explaining** [1] - 22:6
**explanation** [1] - 135:8
**explanatory** [1] - 15:15
**expressly** [1] - 89:12
**extent** [2] - 9:15, 90:15
**extracted** [3] - 45:24, 50:23, 61:1
**extraction** [3] - 46:6, 50:8, 59:13
**extreme** [1] - 4:22

**eyes** [1] - 37:4
**eyewitness** [1] - 87:3

**F**

**face** [7] - 31:14, 31:15, 31:17, 58:12, 71:3, 89:10
**faces** [1] - 70:7
**facilitate** [7] - 20:12, 24:8, 32:20, 62:10, 91:24, 92:2, 116:8
**facilitated** [2] - 103:22, 109:4
**fact** [24] - 6:2, 10:11, 10:16, 10:18, 12:7, 21:23, 22:18, 23:2, 23:19, 27:2, 34:19, 58:10, 58:15, 65:18, 79:13, 80:8, 87:2, 87:5, 88:13, 88:18, 89:3, 89:19, 135:7, 135:21
**factor** [1] - 124:25
**Facts** [1] - 73:10
**facts** [16] - 9:11, 10:15, 46:24, 47:3, 72:16, 72:17, 72:21, 73:9, 84:23, 86:19, 87:4, 93:11, 95:9, 106:25, 110:6, 116:4
**factual** [1] - 86:16
**FAHIE** [1] - 1:6
**Fahie** [117] - 3:10, 7:1, 7:2, 7:12, 7:22, 9:11, 10:18, 13:3, 14:5, 14:24, 15:1, 15:16, 16:8, 17:4, 17:9, 17:17, 20:2, 20:7, 20:12, 20:20, 21:3, 21:24, 22:1, 22:6, 22:16, 23:5, 25:21, 26:2, 28:17, 29:7, 32:25, 34:19, 36:1, 36:15, 36:17, 37:15, 38:1, 38:14, 38:15, 38:21, 39:2, 42:7, 44:13, 47:1, 47:13, 47:19, 48:9, 48:12, 48:13, 48:20, 48:23, 49:3, 49:8, 49:10, 49:13, 50:13, 50:18, 51:4, 51:5, 51:6, 52:4, 52:16, 52:19, 53:10, 53:18, 53:20, 54:8, 55:3, 55:9, 55:13, 55:15, 56:17, 57:4, 57:11, 57:15, 58:2, 58:11, 58:19, 59:8, 59:15, 60:6,

60:16, 61:18, 62:4, 62:8, 62:23, 63:4, 63:11, 63:12, 63:23, 64:12, 64:17, 64:22, 65:2, 65:8, 66:24, 67:3, 67:5, 67:20, 68:11, 68:12, 69:6, 69:9, 69:16, 71:22, 72:24, 116:15, 117:6, 118:6, 118:25, 128:18, 128:20, 129:2, 129:21, 130:9, 133:11, 133:19
**fahie** [1] - 42:11
**Fahie's** [14] - 7:6, 20:10, 23:19, 33:1, 38:18, 38:22, 48:4, 48:7, 48:8, 53:13, 65:17, 65:18, 68:22, 69:1
**fail** [1] - 134:22
**failed** [2] - 104:16, 109:22
**fails** [2] - 85:20, 104:20
**fairly** [2] - 94:12, 96:21
**faith** [2] - 104:14, 109:20
**fake** [1] - 57:8
**false** [2] - 88:19, 89:14
**falsely** [1] - 88:12
**familiar** [1] - 15:13
**family** [2] - 38:18, 68:1
**far** [2] - 6:11, 122:19
**fast** [2] - 64:3, 64:4
**fault** [1] - 122:25
**favorable** [1] - 89:13
**February** [2] - 119:15, 130:19
**Federal** [10] - 26:14, 70:5, 70:16, 71:4, 72:13, 92:16, 95:4, 101:9, 104:23, 110:3
**fee** [2] - 103:14, 108:21
**fellow** [2] - 138:17, 139:3
**felonious** [11] - 2:24, 18:10, 18:15, 19:4, 99:20, 101:17, 106:16, 117:24, 118:18, 129:13, 130:2
**felony** [10] - 88:19, 101:9, 102:10, 102:13, 102:16, 102:19, 107:19, 107:22, 107:25, 108:3

**felt** [2] - 31:2, 34:4
**fernandez** [1] - 131:15
**few** [3] - 38:3, 38:4, 87:24
**field** [1] - 87:10
**fifth** [1] - 67:7
**figure** [3] - 53:6, 62:11, 68:23
**FILED** [1] - 141:8
**filing** [1] - 139:17
**fill** [2] - 15:14, 55:13
**final** [3] - 72:2, 72:3, 120:3
**finalize** [1] - 8:13
**finalized** [1] - 8:2
**finally** [5] - 59:8, 60:6, 67:8, 67:23, 70:12
**Finance** [4] - 103:2, 104:3, 108:11, 109:10
**financial** [2] - 104:10, 109:16
**findings** [1] - 23:8
**fine** [6] - 32:6, 39:1, 41:23, 41:25, 127:11, 138:19
**fired** [1] - 31:5
**first** [47] - 9:18, 11:24, 13:8, 13:10, 15:1, 15:6, 16:3, 16:18, 16:19, 18:9, 20:11, 21:7, 24:16, 25:4, 26:21, 31:11, 33:11, 34:10, 36:17, 42:9, 42:15, 44:12, 45:9, 49:22, 50:5, 52:5, 57:15, 59:18, 60:17, 63:2, 78:16, 80:16, 96:24, 121:2, 123:13, 124:18, 126:8, 126:24, 127:18, 127:19, 132:16, 134:11, 137:7, 138:12, 139:23
**First** [4] - 16:21, 29:14, 91:5, 93:13
**FIU** [1] - 68:11
**five** [18] - 11:9, 12:5, 16:4, 22:8, 39:21, 42:1, 44:4, 44:8, 70:13, 72:2, 84:3, 92:12, 93:19, 94:14, 94:18, 117:1, 117:2, 129:1
**five-minute** [1] - 72:2
**fixer** [2] - 79:18, 82:7
**FL** [1] - 1:17
**flat** [1] - 70:7
**Flat** [1] - 70:8

**flew** [2] - 27:13, 62:4
**flight** [12] - 27:9, 37:19, 38:4, 38:11, 74:8, 81:2, 81:4, 81:17, 82:15, 82:24, 84:7
**flights** [1] - 81:8
**flip** [2] - 29:12, 62:1
**flip-side** [1] - 62:1
**flipping** [1] - 30:7
**float** [1] - 55:1
**Florida** [2] - 119:15, 130:19
**FLORIDA** [1] - 1:1
**flown** [1] - 63:16
**fly** [3] - 66:5, 73:4, 81:4
**flying** [1] - 27:11
**focus** [2] - 8:25, 84:11
**focused** [1] - 84:13
**focusing** [1] - 18:21
**folks** [2] - 63:6, 83:22
**follow** [10] - 25:3, 38:19, 85:5, 85:6, 90:3, 116:12, 128:2, 136:4, 138:15, 139:8
**follow-up** [4] - 128:2, 136:4, 138:15, 139:8
**following** [18] - 41:11, 41:15, 54:22, 93:11, 95:9, 99:19, 101:16, 103:10, 103:11, 105:6, 106:15, 106:25, 108:17, 108:18, 110:6, 116:23, 123:15, 128:25
**follows** [8] - 9:20, 19:15, 98:11, 100:6, 103:6, 104:8, 108:13, 109:14
**FOR** [2] - 1:12, 1:14
**forbids** [2] - 114:9, 114:12
**forced** [4] - 82:15, 82:18, 82:21
**foregoing** [1] - 141:3
**foreign** [11] - 3:20, 19:13, 26:12, 26:20, 91:23, 99:23, 100:1, 101:20, 101:22, 106:19, 106:21
**Foreign** [10] - 26:15, 26:22, 27:5, 70:10, 101:10, 110:3, 110:8, 110:17, 110:21, 111:2
**FOREPERSON** [1] - 128:12
**foreperson** [5] -

116:7, 119:18, 123:17, 128:10

**foreperson's** [2] - 119:16

**forever** [1] - 35:3

**forget** [1] - 88:22

**forgiving** [1] - 39:2

**form** [25] - 3:16, 4:17, 7:7, 15:10, 15:12, 23:3, 25:24, 26:1, 29:6, 30:7, 91:13, 94:23, 98:8, 99:8, 101:4, 101:12, 102:4, 106:4, 107:14, 111:12, 116:10, 116:13, 119:18, 128:13

**formal** [3] - 85:13, 93:5, 95:23

**forth** [9] - 53:21, 54:6, 55:2, 55:8, 63:11, 100:19, 102:18, 108:2, 123:4

**forward** [3] - 34:5, 34:17, 121:9

**four** [11] - 11:7, 42:17, 46:4, 46:9, 47:10, 49:23, 59:13, 90:16, 118:24, 125:8

**fourth** [1] - 67:7

**framework** [1] - 47:6

**frankly** [3] - 126:20, 134:8, 134:16

**free** [4] - 81:3, 81:8, 82:15, 82:23

**freebie** [1] - 65:2

**friend's** [1] - 80:17

**friends** [1] - 79:18

**friendship** [1] - 38:2

**front** [2] - 73:2, 76:14

**fulfilled** [1] - 131:24

**full** [4] - 54:23, 126:8, 126:24, 127:18

**fully** [1] - 115:20

**fun** [1] - 81:3

**function** [2] - 104:12, 109:18

**functions** [2] - 103:23, 109:5

**funds** [7] - 21:21, 91:6, 91:10, 91:12, 98:23, 100:22, 105:19

**furnishings** [1] - 83:15

**furtherance** [1] - 23:23

**future** [5] - 18:20, 20:8, 78:2, 78:8, 138:17

**future..** [1] - 138:10

## G

**gain** [2] - 89:13

**gallon** [1] - 49:23

**games** [1] - 32:7

**garbage** [4] - 64:15, 64:16, 64:17, 64:21

**garbage..** [1] - 64:23

**garcia** [2] - 131:19, 133:13

**Garcia** [6] - 120:9, 120:12, 132:17, 132:24, 133:1, 138:23

**garcia's** [1] - 134:9

**gate** [2] - 39:13, 83:6

**gathered** [2] - 71:11, 71:18

**general** [6] - 10:6, 11:3, 63:24, 64:7, 93:24, 96:8

**generalities** [1] - 63:24

**generally** [10] - 10:7, 62:19, 62:20, 62:24, 63:12, 63:20, 64:13, 68:20, 68:21

**gentlemen** [41] - 8:18, 19:23, 23:24, 25:19, 40:22, 41:1, 42:9, 43:25, 44:24, 46:11, 47:18, 50:1, 60:9, 66:6, 67:13, 69:13, 69:25, 70:7, 70:20, 71:3, 71:22, 72:1, 72:11, 73:6, 75:3, 75:23, 76:5, 76:16, 78:9, 78:12, 80:5, 81:12, 81:22, 83:7, 83:16, 116:10, 120:7, 126:10, 130:22, 131:24, 132:8

**Gerard** [5] - 6:9, 42:15, 42:19, 43:21, 45:24

**Gerarde** [6] - 1:12, 62:17, 66:23, 69:20, 70:21, 122:23

**GERARDE** [26] - 2:17, 2:21, 3:6, 3:19, 4:1, 4:7, 4:13, 5:6, 6:18, 6:21, 9:4, 25:19, 37:14, 41:23, 123:25, 125:4, 126:22, 127:5, 127:11, 127:21, 130:21, 136:1,

136:19, 137:13, 137:17, 138:19

**gift** [5] - 19:18, 19:19, 51:20, 103:12, 108:19

**given** [3] - 90:18, 121:24, 124:13

**go-fast** [2] - 64:3, 64:4

**goals** [4] - 94:3, 96:13, 96:23, 126:13

**God** [1] - 35:5

**goods** [4] - 103:17, 103:18, 108:24, 108:25

**Government** [72] - 3:24, 6:2, 7:18, 7:21, 12:12, 26:18, 27:16, 29:17, 40:20, 43:4, 43:12, 45:6, 46:18, 47:11, 47:19, 49:2, 49:24, 49:25, 50:2, 50:12, 52:24, 54:4, 55:19, 56:9, 57:2, 57:4, 57:16, 58:7, 58:17, 59:7, 62:15, 62:18, 63:10, 65:22, 67:19, 69:4, 70:2, 72:4, 84:22, 85:4, 85:19, 89:5, 89:15, 91:3, 93:2, 93:8, 94:20, 95:21, 96:2, 97:19, 97:23, 98:1, 99:4, 100:25, 105:24, 110:20, 110:24, 111:24, 113:4, 113:10, 113:24, 114:1, 123:25, 125:3, 125:9, 126:21, 130:20, 137:10, 137:18, 138:5, 139:21

**Government's** [24] - 3:5, 4:21, 7:4, 9:20, 9:22, 13:8, 14:4, 25:13, 27:7, 31:10, 32:12, 33:9, 34:7, 34:22, 42:21, 42:23, 57:21, 75:19, 75:24, 85:22, 85:24, 126:1, 136:1, 137:13

**Governmental** [1] - 55:5

**Governor** [1] - 74:15

**gradually** [1] - 61:14

**grams** [2] - 117:2, 117:4

**granular** [1] - 65:24

**grasshopper** [1] - 56:13

**grateful** [1] - 121:18

**gratification** [5] - 19:18, 103:9, 103:19, 108:16, 109:1

**grease** [1] - 61:13

**great** [2] - 37:23, 42:16

**greater** [1] - 114:24

**greed** [6] - 40:17, 69:21, 69:24, 69:25, 71:4, 71:7

**greedy** [1] - 40:18

**gross** [1] - 101:13

**guess** [2] - 57:25, 136:13

**guilt** [9] - 9:21, 42:22, 42:24, 72:22, 85:13, 85:19, 85:23, 85:25, 89:20

**guilty** [78] - 15:19, 15:20, 15:22, 23:6, 23:7, 23:8, 26:3, 26:4, 26:5, 26:20, 29:9, 29:10, 30:8, 71:22, 84:1, 84:14, 84:23, 85:21, 86:8, 89:19, 93:10, 94:1, 94:16, 94:19, 95:8, 96:10, 97:22, 98:5, 102:1, 105:5, 106:24, 107:11, 110:5, 111:9, 112:8, 115:4, 115:9, 115:12, 115:13, 115:15, 116:16, 116:17, 116:19, 116:21, 117:6, 117:7, 117:8, 117:10, 117:12, 117:18, 118:7, 118:8, 118:10, 118:12, 119:1, 119:2, 119:4, 119:6, 128:21, 128:23, 129:3, 129:5, 129:10, 129:22, 129:24, 130:10, 130:12, 133:20, 135:23

**gun** [3] - 77:5, 77:6, 77:7

**guns** [1] - 80:19

**guy** [2] - 38:25, 68:6

**guys** [1] - 68:19

## H

**h)** [1] - 95:3

**hair** [1] - 138:2

**half** [3] - 78:17, 78:21, 120:18

**hand** [6] - 10:14, 35:6, 57:1, 128:13, 136:11

**handle** [1] - 37:24

**hands** [2] - 50:16, 73:25

**handy** [1] - 132:14

**hang** [1] - 73:14

**happy** [2] - 40:10, 55:24

**harbor** [1] - 45:15

**harm** [1] - 34:24

**harmless** [1] - 6:10

**hat** [1] - 73:14

**hatched** [1] - 45:13

**hay** [1] - 74:7

**head** [1] - 70:2, 133:3

**hear** [8] - 8:23, 47:16, 57:18, 66:23, 81:21, 123:9, 134:11, 135:24

**heard** [22] - 9:9, 13:1, 27:8, 41:4, 43:13, 44:25, 49:8, 51:10, 51:16, 52:9, 52:13, 58:14, 58:17, 78:3, 79:2, 82:17, 82:20, 84:10, 89:23, 90:9, 105:15

**hearing** [4] - 9:14, 90:11, 136:17, 138:10

**heart** [5] - 12:10, 16:7, 16:10, 93:6, 96:1

**heavy** [3] - 9:21, 42:22, 85:22

**HELD** [2] - 1:8

**held** [8] - 22:7, 48:23, 49:7, 52:20, 55:5, 94:18, 113:9, 113:11

**help** [5] - 20:4, 51:21, 54:11, 90:5, 126:6

**helpful** [4] - 58:1, 66:20, 66:21, 87:9

**helping** [4] - 18:1, 90:3, 99:16, 106:12

**hereby** [1] - 141:3

**herself** [1] - 10:12

**hesitant** [1] - 33:20

**hesitate** [1] - 115:23

**hesitated** [1] - 132:19

**hesitation** [3] - 40:15, 43:7, 86:6

**hidden** [2] - 66:22, 77:10

**high** [3] - 32:8, 51:24, 72:24

**high-profile** [1] - 72:24

**higher** [1] - 35:2
**highlight** [3] - 9:10, 42:20, 43:4
**highlighted** [3] - 12:6, 12:9, 42:20
**highlights** [2] - 31:12, 31:13
**highly** [1] - 59:23
**himself** [3] - 22:1, 37:4, 47:2
**hold** [1] - 44:16
**home** [1] - 81:6
**honest** [1] - 116:1
**honestly** [7] - 48:23, 49:7, 52:20, 62:11, 113:8, 113:11, 124:16
**Honor** [16] - 2:5, 37:14, 42:8, 72:10, 122:3, 122:15, 125:17, 135:6, 135:19, 136:1, 136:6, 137:18, 138:19, 139:15, 139:19, 140:4
**HONORABLE** [1] - 1:9
**hoo** [1] - 57:7
**hoo-ha** [1] - 57:7
**hope** [1] - 120:20
**hopes** [1] - 89:13
**hotel** [6] - 38:10, 38:11, 39:8, 74:9, 82:11, 82:12
**hour** [7] - 2:3, 2:7, 39:24, 72:19, 79:10, 80:6
**hours** [13] - 14:11, 14:15, 17:12, 38:3, 38:4, 40:7, 45:15, 45:17, 49:8, 59:2, 59:12, 75:4, 75:5
**house** [3] - 57:13, 74:18, 83:5
**House** [4] - 103:1, 104:3, 108:10, 109:9
**hundreds** [1] - 74:19

**I**

**idea** [12] - 40:2, 40:11, 54:16, 55:9, 55:12, 64:10, 64:11, 64:21, 65:1, 134:21, 135:17, 137:21
**identified** [1] - 89:22
**identify** [2] - 90:1, 90:5
**identities** [2] - 93:21, 96:6
**identity** [1] - 90:8

**il** [1] - 117:2
**II** [34] - 5:6, 11:12, 15:21, 16:5, 16:12, 23:3, 23:5, 24:19, 25:23, 30:6, 37:8, 90:22, 91:1, 92:5, 95:1, 95:8, 96:22, 97:22, 98:6, 102:2, 112:5, 117:6, 117:9, 117:11, 117:13, 117:14, 117:19, 117:20, 129:3, 129:5, 129:6, 129:10, 129:11
**III** [25] - 23:24, 23:25, 24:10, 24:13, 24:23, 25:23, 26:1, 26:3, 30:6, 37:10, 91:20, 104:21, 106:24, 107:12, 112:5, 112:6, 117:4, 118:6, 118:9, 118:11, 118:13, 118:14, 129:21, 129:24, 129:25
**illegal** [13] - 41:15, 41:19, 41:21, 52:23, 62:17, 78:19, 78:20, 78:24, 99:19, 101:16, 106:15, 111:21
**imagine** [1] - 56:19
**immediately** [1] - 125:8
**impartially** [5] - 43:2, 43:16, 86:2, 104:14, 109:21
**import** [26] - 10:21, 11:9, 12:1, 12:5, 15:18, 29:16, 44:2, 47:20, 47:21, 61:23, 61:24, 84:3, 90:22, 92:11, 92:17, 92:19, 93:14, 93:19, 94:14, 94:22, 102:16, 102:20, 107:25, 108:4, 116:23, 128:24
**important** [26] - 9:10, 12:14, 27:15, 27:21, 40:5, 43:7, 43:13, 43:20, 45:12, 50:20, 52:19, 54:14, 70:15, 71:20, 78:13, 79:9, 86:6, 87:18, 88:12, 89:2, 97:19, 107:7, 120:25, 132:3, 132:4, 135:23
**importantly** [2] - 9:24, 73:11

**Importation** [1] - 3:1
**importation** [44] - 5:8, 5:16, 5:19, 5:20, 7:15, 7:19, 11:19, 13:17, 17:8, 18:10, 18:15, 18:22, 19:4, 20:9, 20:10, 20:17, 21:1, 22:21, 23:13, 24:9, 25:10, 26:9, 28:5, 29:23, 29:24, 30:3, 31:4, 34:17, 35:8, 39:4, 39:16, 48:2, 51:9, 76:12, 84:5, 99:20, 101:17, 102:7, 106:16, 107:16, 117:24, 118:18, 129:13, 130:2
**importing** [2] - 12:7, 16:13
**impress** [1] - 88:1
**impressions** [1] - 114:24
**improper** [2] - 19:20, 20:22
**improperly** [3] - 20:3, 104:15, 109:21
**IN** [5] - 8:3, 42:2, 123:10, 128:4, 133:8
**inaccurately** [1] - 88:23
**inadequate** [3] - 4:5, 103:16, 108:23
**incentive** [2] - 20:11, 20:16
**include** [3] - 4:23, 4:24, 6:16
**included** [6] - 3:8, 4:8, 5:11, 15:10, 21:22, 60:25
**includes** [14] - 41:18, 41:21, 86:11, 98:20, 98:22, 99:5, 100:20, 100:21, 101:1, 105:16, 105:18, 106:1, 111:13, 111:20
**Including** [1] - 108:17
**including** [6] - 4:11, 43:12, 101:13, 103:10, 111:16, 112:5
**income** [2] - 99:3, 105:23
**inconsequential** [1] - 107:8
**incorrect** [1] - 90:14
**increased** [1] - 61:14
**indeed** [1] - 133:15
**independent** [1] -

114:20
**indicate** [4] - 98:7, 102:3, 107:13, 111:11
**indicated** [1] - 133:18
**indicating** [1] - 132:21
**indictment** [32] - 2:14, 3:14, 5:5, 5:6, 5:22, 6:3, 15:17, 26:3, 29:8, 42:17, 46:19, 47:4, 47:10, 47:16, 85:12, 90:16, 90:18, 93:3, 95:22, 113:8, 113:17, 113:22, 115:1, 115:7, 116:16, 117:6, 118:7, 119:1, 128:21, 129:3, 129:22, 130:10
**indictment..** [1] - 23:5
**indirectly** [3] - 101:12, 103:7, 108:14
**individual** [2] - 104:4, 109:10
**individually** [1] - 136:3
**individuals** [1] - 16:9
**influenced** [2] - 85:2, 114:21
**informant** [5] - 73:6, 73:13, 74:24, 78:5, 84:8
**information** [3] - 57:13, 59:20, 82:12
**initial** [1] - 49:16
**innocence** [1] - 85:15
**innocent** [2] - 85:14, 88:25
**Inquiry** [1] - 69:19
**inquiry** [9] - 134:3, 134:15, 134:21, 134:25, 136:3, 137:19, 138:15, 139:2, 139:9
**insert** [1] - 74:1
**inside** [4] - 76:20, 77:5, 91:6, 91:10
**instance** [2] - 44:17, 139:24
**instances** [1] - 13:4
**instead** [1] - 41:15
**instincts** [1] - 78:17
**instruct** [5] - 42:18, 44:1, 48:22, 72:4, 84:18
**instructed** [2] - 90:6, 113:4
**instruction** [6] - 9:18, 9:19, 10:6, 16:17, 27:15, 136:16

**instructions** [33] - 3:16, 5:12, 7:24, 8:2, 8:10, 8:11, 9:13, 11:3, 11:5, 15:11, 23:4, 30:11, 41:5, 41:10, 42:10, 79:7, 79:23, 84:20, 85:7, 85:8, 85:10, 86:17, 92:7, 120:3, 121:1, 121:23, 121:25, 122:4, 122:9, 125:2, 126:3, 126:6, 127:20
**instrument** [19] - 16:22, 17:2, 21:15, 91:6, 91:10, 91:12, 98:13, 99:1, 99:5, 99:12, 100:8, 100:12, 101:1, 104:24, 105:9, 105:21, 106:1, 106:3, 106:8
**instruments** [5] - 96:25, 97:8, 97:12, 99:7, 101:4
**insult** [1] - 60:2
**insulted** [1] - 56:16
**intelligence** [4] - 63:6, 63:7, 69:18, 134:22
**intend** [2] - 122:12, 135:20
**intended** [8] - 18:21, 24:17, 38:12, 38:19, 47:20, 107:1, 110:22
**intent** [41] - 4:2, 4:3, 17:20, 23:19, 24:20, 26:24, 34:16, 47:1, 47:11, 48:4, 48:7, 48:25, 53:14, 62:9, 62:10, 62:11, 65:20, 68:22, 77:22, 79:10, 81:18, 91:7, 91:23, 97:4, 98:17, 99:9, 102:11, 102:14, 104:11, 105:3, 105:13, 106:5, 107:4, 107:19, 107:23, 109:17, 110:10, 111:2, 113:13, 114:8, 114:11
**intentional** [1] - 89:1
**intentionally** [3] - 112:14, 122:22, 114:5
**interdicting** [1] - 65:3
**interest** [8] - 32:21, 32:24, 88:3, 103:17, 103:18, 108:24, 108:25, 116:4
**interesting** [1] - 80:1

**interests** [2] - 94:4, 96:13
**international** [10] - 21:12, 22:17, 24:3, 25:20, 27:14, 76:15, 76:17, 76:18, 76:23, 77:16
**interpret** [1] - 133:4
**interpretation** [1] - 86:20
**interpreted** [1] - 133:4
**interstate** [1] - 91:23
**Interstate** [9] - 4:24, 26:15, 26:21, 27:5, 110:3, 110:8, 110:15, 110:21, 111:2
**introduced** [1] - 81:15
**introduces** [2] - 79:17, 79:19
**introducing** [2] - 5:14, 79:20
**introductory** [2] - 126:11, 127:8
**invest** [1] - 54:10
**investigation** [9] - 79:5, 82:6, 134:3, 134:15, 134:20, 134:25, 138:15, 139:2, 139:8
**investigator** [1] - 62:13
**investment** [3] - 99:7, 101:3, 106:3
**investor** [1] - 51:20
**invite** [1] - 75:7
**involve** [3] - 38:18, 47:2, 68:1
**involved** [22] - 7:10, 7:13, 7:14, 21:15, 29:18, 29:21, 43:22, 80:23, 91:12, 97:12, 99:2, 100:13, 101:6, 102:3, 105:22, 107:13, 111:8, 111:11, 111:25, 129:12, 130:1
**involved..** [2] - 117:21, 118:15
**involvement** [1] - 7:6
**involving** [29] - 18:10, 29:14, 48:2, 88:19, 95:5, 99:20, 99:24, 100:2, 101:17, 101:21, 101:23, 106:16, 106:20, 106:22, 111:14, 117:23, 118:2, 118:4, 118:17, 118:21, 118:23,

119:11, 129:13, 129:17, 129:19, 130:1, 130:5, 130:7, 130:15
**irony** [1] - 56:19
**island** [4] - 20:5, 32:23, 33:7, 63:13
**Islands** [41] - 12:17, 14:15, 17:11, 17:17, 18:5, 18:15, 19:10, 19:23, 20:2, 20:3, 20:14, 20:24, 21:13, 23:12, 23:17, 24:5, 24:8, 27:12, 28:2, 33:3, 38:6, 39:12, 44:21, 45:15, 50:18, 51:22, 53:6, 53:8, 59:11, 64:5, 65:6, 76:8, 77:14, 99:24, 102:25, 103:1, 103:2, 104:2, 108:9, 109:9, 113:10
**ism** [1] - 73:10
**isolated** [5] - 29:20, 29:22, 30:4, 111:19, 112:2
**issue** [10] - 2:15, 49:5, 49:6, 86:16, 134:13, 135:3, 137:7, 138:2, 138:4, 139:18
**issues** [2] - 52:10, 122:1
**it'll** [1] - 61:1
**itself** [5] - 12:11, 25:11, 90:12, 93:7, 96:2
**IV** [20] - 26:11, 26:14, 29:6, 29:8, 37:10, 91:22, 110:1, 110:5, 111:10, 112:6, 113:5, 113:13, 118:25, 119:2, 119:5, 119:7, 119:8, 130:9, 130:12, 130:13

**J**

**Jancarlo** [1] - 133:16
**Jason** [5] - 58:23, 69:14, 74:23, 80:9, 82:5
**jealous** [1] - 35:1
**Jesus** [1] - 35:4
**jet** [3] - 37:23, 63:17, 67:4
**Jet** [8] - 37:23, 67:12, 67:13, 67:15, 81:4, 82:15, 82:24
**jets** [1] - 67:20

**job** [1] - 52:11
**join** [1] - 93:25
**joined** [9] - 12:3, 13:25, 14:2, 83:8, 84:2, 93:17, 95:15, 96:9, 98:4
**joins** [1] - 112:14
**Jose** [2] - 6:22, 6:24
**Joyce** [1] - 1:14
**judge** [3] - 124:6, 126:22, 132:13
**JUDGE** [1] - 1:9
**Judge** [33] - 2:21, 3:6, 3:19, 4:1, 4:13, 4:15, 5:17, 6:18, 9:16, 11:20, 41:25, 42:18, 44:1, 47:4, 47:16, 48:22, 70:10, 70:16, 123:6, 123:7, 125:12, 125:19, 127:7, 130:21, 133:22, 133:23, 134:12, 135:13, 135:14, 136:19, 138:1, 138:22
**judges** [2] - 116:4
**judgment** [1] - 84:14
**July** [1] - 25:4
**jump** [1] - 56:13
**jumped** [1] - 40:19
**June** [1] - 25:4
**juror** [6] - 120:13, 120:21, 120:24, 121:10, 121:12, 132:14
**JUROR** [1] - 121:21
**jurors** [19] - 2:9, 114:22, 115:21, 120:2, 120:19, 120:22, 121:3, 122:9, 123:12, 123:22, 134:4, 135:11, 136:2, 136:20, 137:11, 137:20, 138:6, 138:17, 139:3
**JURORS** [1] - 139:6
**jurors'** [1] - 125:11
**JURY** [4] - 8:19, 41:8, 120:11, 132:12
**jury** [67] - 3:16, 4:16, 5:12, 7:11, 7:24, 8:4, 8:9, 8:14, 8:15, 8:16, 9:5, 9:13, 15:15, 23:4, 26:1, 29:6, 29:21, 40:22, 41:7, 42:4, 42:5, 42:10, 79:7, 79:23, 84:17, 84:21, 85:10, 89:21, 116:6, 116:14,

116:21, 117:5, 117:12, 117:18, 118:5, 118:12, 118:24, 119:6, 120:4, 120:14, 120:18, 121:5, 123:9, 125:4, 126:10, 127:5, 127:12, 127:15, 127:24, 128:6, 128:7, 128:8, 128:19, 128:22, 129:1, 129:4, 129:9, 129:20, 129:23, 130:8, 130:11, 130:20, 130:22, 131:23, 136:4, 136:24, 137:20
**jury's** [1] - 128:15

**K**

**Kadeem** [9] - 16:9, 33:12, 49:19, 50:11, 50:16, 50:17, 55:22, 57:18, 57:21
**Kadeem's** [1] - 57:24
**KATHLEEN** [1] - 1:9
**keep** [10] - 4:6, 8:5, 10:1, 39:16, 65:21, 73:25, 79:20, 84:13, 88:20, 121:15
**keeps** [4] - 63:23, 65:9, 66:5, 83:18
**kept** [1] - 67:22
**Kevin** [1] - 1:12
**kicked** [1] - 125:17
**kid** [3] - 68:5, 68:7, 68:10
**kilo** [4] - 17:15, 20:8, 46:9, 77:18
**kilogram** [1] - 20:10
**kilograms** [23] - 11:9, 12:5, 15:24, 16:1, 16:3, 16:4, 20:13, 44:4, 44:8, 46:7, 50:14, 50:16, 50:22, 75:13, 84:3, 92:12, 93:19, 94:14, 94:18, 117:1, 117:3, 129:1
**kilos** [6] - 3:11, 6:23, 17:10, 17:13, 20:4, 81:24
**kind** [19] - 6:12, 21:16, 47:6, 52:21, 58:23, 60:6, 61:22, 65:12, 66:25, 67:15, 89:16, 92:23, 93:5, 95:18, 95:23, 97:13, 100:14, 101:7,

132:20
**Kingdom** [6] - 19:12, 48:20, 49:2, 100:2, 101:23, 106:22
**kitchens** [2] - 12:16, 76:4
**knowing** [10] - 31:3, 70:16, 91:11, 91:14, 93:20, 96:4, 96:24, 97:7, 97:11, 113:3
**Knowingly** [1] - 47:18
**knowingly** [26] - 16:21, 24:17, 44:2, 47:14, 47:23, 47:25, 48:1, 90:21, 91:1, 91:20, 91:22, 92:11, 92:17, 98:12, 100:7, 102:13, 102:16, 102:20, 104:23, 105:8, 107:1, 107:22, 107:25, 108:4, 110:12, 114:4
**knowledge** [7] - 10:11, 53:13, 55:9, 87:2, 87:9, 94:11, 96:20
**known** [4] - 30:24, 31:1, 84:6, 132:8
**knows** [21] - 13:21, 32:14, 32:17, 32:25, 50:11, 50:21, 51:1, 51:3, 51:6, 60:10, 60:13, 65:19, 67:24, 74:9, 74:11, 74:12, 78:19, 78:20, 78:22, 81:23

**L**

**labs** [1] - 45:7
**lack** [4] - 30:21, 70:9, 73:3, 137:23
**Ladies** [5] - 41:1, 46:11, 72:1, 116:10, 120:7
**ladies** [36] - 8:18, 19:23, 23:24, 25:19, 40:22, 42:8, 43:24, 44:24, 47:18, 50:1, 60:9, 66:6, 67:12, 69:13, 69:24, 70:7, 70:20, 71:3, 71:21, 72:11, 73:6, 75:3, 75:23, 76:5, 76:15, 78:8, 78:12, 80:5, 81:11, 81:22, 83:7, 83:16, 126:10, 130:22, 131:23, 132:8
**land** [1] - 66:9

**landing** [1] - 74:13
**language** [8] - 3:13, 3:15, 4:11, 5:20, 5:22, 6:16, 127:6, 127:10
**lap** [1] - 25:7
**lapse** [1] - 88:25
**Last** [1] - 111:9
**last** [9] - 2:10, 9:9, 10:22, 13:1, 25:4, 26:11, 35:14, 44:14, 83:16
**lasted** [1] - 111:22
**lastly** [1] - 82:14
**Lastly** [1] - 102:1
**launder** [5] - 10:21, 11:13, 47:23, 47:25, 84:4
**laundered** [1] - 11:14
**laundering** [59] - 2:16, 3:8, 7:8, 7:14, 7:20, 11:16, 11:17, 11:18, 15:21, 16:14, 16:15, 16:18, 20:23, 21:4, 21:5, 21:6, 21:8, 23:9, 23:22, 24:2, 24:3, 24:6, 24:14, 24:15, 24:18, 24:21, 24:25, 25:8, 25:16, 26:12, 28:5, 30:6, 35:8, 61:22, 62:1, 63:22, 91:2, 91:21, 95:5, 95:13, 96:23, 97:22, 98:10, 100:4, 105:4, 107:2, 112:5, 117:16, 117:17, 119:12, 124:19, 124:23, 125:6, 125:20, 126:15, 129:8, 130:16
**law** [43] - 3:17, 3:18, 6:9, 6:15, 7:6, 37:7, 59:21, 70:1, 71:16, 72:5, 72:15, 72:16, 72:21, 73:8, 73:9, 73:11, 74:5, 80:21, 84:18, 85:5, 85:6, 85:8, 85:14, 86:17, 91:18, 101:10, 111:4, 111:6, 114:9, 114:10, 114:12, 114:14, 118:2, 118:4, 118:21, 118:23, 120:3, 129:17, 129:19, 130:5, 130:7, 136:17
**lawful** [3] - 89:11, 103:13, 108:20
**laws** [22] - 3:20, 5:10, 5:23, 18:11, 19:9,

19:12, 19:13, 70:6, 99:21, 101:18, 102:6, 102:22, 103:24, 106:17, 107:15, 108:6, 109:6, 117:25, 118:19, 129:14, 130:3
**lawyer** [1] - 135:1
**lawyers** [3] - 86:13, 133:24, 134:5
**leading** [1] - 107:7
**learned** [1] - 70:13
**learning** [1] - 79:14
**least** [7] - 29:24, 36:16, 59:23, 93:25, 94:14, 96:9, 137:5
**leave** [9] - 7:23, 33:18, 36:16, 38:5, 38:10, 121:1, 121:6, 121:14, 122:13
**leaves** [2] - 76:23, 77:12
**leaving** [2] - 65:5, 74:12
**left** [2] - 27:12, 27:22
**legal** [2] - 10:22, 87:6
**legit** [1] - 52:11
**legitimate** [1] - 67:17
**legitimately** [2] - 99:3, 105:23
**Lehigh** [1] - 66:24
**length** [2] - 36:18, 111:22
**less** [4] - 94:18, 117:2, 117:4, 138:5
**lesser** [1] - 89:9
**letting** [3] - 20:22, 30:18, 137:8
**level** [2] - 47:11, 55:9
**liability** [4] - 7:20, 37:4, 103:16, 108:23
**licenses** [1] - 19:2
**lie** [2] - 70:7, 71:2
**lied** [2] - 70:19, 71:18
**life** [1] - 43:20
**likely** [1] - 138:14
**limited** [2] - 6:14, 90:3
**lines** [1] - 125:8
**linked** [2] - 103:19, 109:1
**liquid** [8] - 44:18, 45:16, 45:21, 46:6, 51:7, 52:3, 59:9
**list** [4] - 54:19, 55:1, 55:16, 132:14
**listed** [3] - 3:2, 6:6, 125:21
**listen** [9] - 36:15, 46:21, 59:15, 61:7,

65:11, 67:2, 75:8, 75:22, 90:4
**listened** [4] - 72:19, 75:4, 82:20, 132:5
**listening** [2] - 52:15, 53:3
**listing** [3] - 2:13, 3:4, 3:22
**lists** [2] - 2:24, 111:4
**literally** [1] - 62:23
**lives** [1] - 39:13
**lo** [1] - 80:19
**load** [1] - 63:2
**loads** [1] - 20:8
**loan** [6] - 69:7, 69:9, 83:10, 83:11, 103:15, 108:22
**location** [4] - 21:20, 91:16, 97:14, 100:17
**Locka** [4] - 25:6, 25:15, 25:21, 65:25
**locked** [2] - 35:18, 54:16
**locked..** [1] - 54:15
**logic** [1] - 77:8
**logical** [1] - 4:21
**long-term** [1] - 68:2
**look** [20] - 2:17, 8:8, 30:13, 30:22, 30:23, 37:16, 60:20, 60:21, 60:23, 62:5, 65:3, 66:20, 67:13, 69:4, 69:16, 75:21, 83:17, 135:11, 135:13, 139:9
**Look** [1] - 48:19
**looked** [2] - 132:19, 135:14
**looking** [5] - 3:12, 6:4, 27:4, 43:10, 48:14
**looks** [2] - 40:13, 133:3
**Los** [1] - 130:24
**love** [1] - 37:24
**low** [1] - 64:18
**low-quality** [1] - 64:18
**luggage** [2] - 38:16, 82:22
**lunch** [7] - 31:11, 120:6, 121:4, 122:11, 122:19, 123:8
**luncheon** [1] - 31:10

---

## M

**machine** [2] - 77:6
**Madam** [1] - 128:10
**magic** [1] - 77:20
**magically** [1] - 76:21

**mail** [3] - 98:21, 100:21, 105:17
**man** [7] - 33:5, 40:23, 54:8, 71:18, 78:2, 82:2, 82:3
**man's** [1] - 58:12
**manage** [8] - 26:24, 27:2, 91:24, 92:2, 110:11, 110:13, 110:22, 111:3
**manager** [1] - 52:11
**Mann** [1] - 4:25
**manner** [3] - 19:20, 20:22, 23:17
**mannerisms** [1] - 82:18
**mansion** [1] - 10:18
**manufacture** [1] - 5:8
**map** [1] - 75:24
**March** [9] - 49:15, 49:18, 53:18, 54:21, 55:23, 56:9, 58:6, 61:5, 78:11
**Martin** [2] - 81:12, 81:14
**match** [2] - 46:24, 47:3
**material** [5] - 45:16, 45:21, 52:3, 59:4, 59:9
**materials** [3] - 44:17, 54:2, 77:10
**matter** [11] - 77:11, 77:14, 87:11, 87:22, 99:1, 105:21, 111:21, 135:21, 137:9, 139:3, 141:4
**matters** [3] - 86:21, 123:21, 138:13
**maynard** [1] - 31:7
**Maynard** [49] - 10:12, 16:9, 17:5, 17:18, 30:24, 44:12, 45:19, 48:7, 48:12, 48:16, 49:15, 49:19, 50:11, 50:20, 50:21, 51:11, 52:10, 52:17, 52:20, 53:11, 53:17, 54:10, 54:18, 55:4, 55:10, 55:16, 55:17, 55:20, 55:22, 56:15, 57:14, 58:14, 61:4, 61:8, 61:15, 63:18, 64:17, 64:22, 65:2, 66:7, 73:15, 73:17, 73:21, 73:24, 74:10, 78:11, 78:14, 89:6
**Maynard's** [2] - 27:8, 30:23
**Maynard..** [1] - 50:4

**McLaughlin** [4] - 1:12, 63:1, 69:20, 122:23
**MCLAUGHLIN** [5] - 2:5, 72:10, 122:7, 122:15, 123:7
**mcLaughlin** [1] - 2:2
**mean** [14] - 5:21, 17:24, 27:11, 39:20, 49:3, 56:8, 60:2, 63:11, 63:18, 63:21, 87:12, 87:16, 88:20, 137:14
**Meaning** [2] - 52:16, 56:14
**meaning** [5] - 8:21, 49:18, 51:22, 66:10, 120:13
**means** [24] - 41:14, 54:17, 92:19, 98:21, 98:22, 98:24, 99:10, 99:18, 100:20, 100:22, 100:23, 101:11, 101:15, 105:16, 105:18, 105:20, 106:6, 106:14, 110:15, 110:17, 112:3, 114:4, 114:7, 130:23
**meant** [1] - 84:9
**measure** [1] - 45:4
**medical** [1] - 120:23
**meet** [14] - 27:22, 27:23, 28:2, 28:3, 28:8, 28:16, 28:23, 31:2, 31:17, 49:19, 54:22, 57:11, 57:12, 68:6
**meeting** [54] - 13:23, 14:4, 14:21, 28:9, 28:18, 28:22, 29:1, 34:5, 34:7, 34:19, 34:21, 36:18, 37:16, 37:18, 37:21, 38:4, 40:1, 48:13, 49:17, 49:21, 49:25, 51:10, 53:14, 53:16, 53:19, 54:13, 54:24, 54:25, 55:5, 56:4, 57:6, 57:12, 57:15, 58:5, 58:10, 58:16, 60:23, 61:5, 61:17, 62:8, 62:15, 69:12, 74:9, 74:14, 78:11, 78:13, 79:14, 80:2, 80:21, 81:5, 81:23, 82:17
**meetings** [11] - 30:18, 39:21, 39:23, 40:4, 40:5, 58:3, 78:1, 78:4, 79:16, 80:4, 84:8

**meets** [5] - 32:11, 35:10, 40:6, 49:15, 69:10
**Melissa** [1] - 120:9
**mella** [1] - 123:18
**Mella** [1] - 131:13
**member** [8] - 93:1, 93:2, 95:19, 95:20, 102:25, 104:2, 108:10, 109:9
**members** [6] - 9:5, 93:4, 95:22, 95:23, 116:7
**Members** [3] - 29:21, 84:17, 89:21
**memories** [1] - 114:24
**memory** [3] - 88:5, 88:25, 114:17
**mention** [2] - 5:18, 83:9
**mentioned** [3] - 6:9, 51:24, 133:21
**mentions** [1] - 64:22
**merely** [3] - 94:2, 96:12, 113:3
**message** [2] - 38:3, 119:21
**messages** [4] - 27:8, 54:6, 69:5, 74:4
**met** [4] - 29:3, 44:14, 55:14, 78:14
**method** [1] - 111:6
**methods** [1] - 111:4
**metric** [1] - 45:4
**mIAMI** [1] - 1:2
**Miami** [43] - 1:17, 1:17, 2:3, 14:12, 14:16, 17:6, 17:13, 19:3, 19:22, 20:1, 21:13, 23:12, 23:17, 24:4, 24:8, 25:20, 27:10, 27:11, 27:19, 27:23, 29:2, 32:12, 36:5, 36:6, 36:9, 36:21, 37:17, 37:19, 39:12, 46:16, 48:1, 61:19, 61:22, 62:4, 65:25, 76:9, 76:12, 76:19, 76:22, 77:16, 79:22, 119:15, 130:19
**Miami-Opa** [1] - 65:25
**Michael** [2] - 123:20, 138:21
**middle** [2] - 41:17, 132:15
**might** [8] - 6:12, 59:17, 79:8, 83:4, 87:9, 135:1, 137:4, 137:5

**miles** [1] - 2:6
**million** [5] - 35:18, 51:24, 78:17, 78:21
**millions** [3] - 33:6, 40:19, 74:21, 75:2, 82:3
**mind** [7] - 10:1, 36:6, 36:20, 84:13, 88:20, 115:24, 136:12
**Minister** [4] - 103:2, 104:3, 108:10, 109:10
**minor** [2] - 93:23, 96:7
**minute** [5] - 39:21, 39:22, 39:24, 72:2, 132:25
**minutes** [3] - 33:18, 37:13, 42:1
**miracle** [1] - 2:3
**mirror** [1] - 40:13
**misheard** [1] - 125:17
**Miss** [1] - 132:13
**missed** [1] - 126:23
**misstate** [1] - 88:24
**misstatement** [1] - 89:2
**mistake** [3] - 84:7, 88:20, 114:5
**mistrial** [1] - 139:15
**mixture** [3] - 44:4, 51:2, 92:13
**MO** [1] - 134:9
**modern** [1] - 81:20
**mom** [1] - 57:23
**moment** [5] - 2:19, 40:12, 77:12, 79:25, 91:19
**monetary** [24] - 16:22, 17:2, 21:15, 91:5, 91:10, 91:12, 96:25, 97:8, 97:12, 98:13, 99:1, 99:5, 100:8, 100:12, 101:1, 103:12, 103:13, 104:24, 105:9, 105:21, 106:1, 106:8, 108:19, 108:20
**money** [153] - 2:16, 3:8, 6:24, 7:8, 7:15, 7:20, 10:19, 11:13, 11:15, 11:16, 11:17, 11:18, 15:20, 16:14, 16:15, 16:18, 16:23, 17:1, 17:3, 18:4, 18:13, 18:18, 18:24, 19:2, 19:24, 20:1, 20:18, 20:23, 21:3, 21:4, 21:5, 21:8, 21:9, 21:11, 21:15,

21:24, 22:2, 22:3, 23:2, 23:9, 23:20, 23:22, 24:2, 24:3, 24:4, 24:6, 24:7, 24:11, 24:14, 24:18, 24:21, 24:24, 25:1, 25:8, 25:16, 26:11, 28:5, 30:5, 32:23, 34:13, 34:16, 35:7, 39:3, 39:16, 47:24, 47:25, 51:23, 57:5, 59:5, 60:12, 61:3, 61:21, 61:22, 62:1, 63:13, 63:22, 63:25, 64:3, 64:14, 66:10, 66:11, 66:22, 68:20, 68:21, 69:2, 69:24, 73:24, 74:20, 74:21, 81:13, 82:10, 83:14, 83:18, 84:4, 84:6, 91:2, 91:21, 95:4, 95:13, 96:23, 97:1, 97:9, 97:12, 97:22, 98:9, 98:13, 98:21, 99:2, 99:3, 99:7, 99:12, 100:4, 100:8, 100:13, 100:21, 100:24, 101:3, 101:6, 101:8, 103:14, 104:25, 105:4, 105:9, 105:17, 105:22, 105:23, 106:3, 106:8, 107:2, 108:21, 112:4, 117:16, 117:17, 119:12, 124:19, 124:23, 125:6, 125:20, 126:14, 129:7, 129:8, 130:16, 134:4
**money's** [3] - 22:7, 66:1, 83:12
**months** [5] - 25:3, 46:20, 70:10, 70:14, 70:22
**Moreover** [1] - 97:23
**moreover** [1] - 125:9
**morning** [5] - 8:17, 8:19, 38:3, 38:13, 120:19
**Most** [1] - 114:16
**most** [7] - 39:18, 43:7, 43:13, 43:20, 71:20, 86:6, 135:22
**motion** [2] - 137:17, 139:15
**motive** [1] - 69:1
**mouth** [1] - 30:19

**move** [10] - 13:5, 17:6, 20:5, 23:24, 33:6, 35:3, 40:13, 98:21, 100:21, 105:17
**moved** [5] - 12:16, 17:1, 17:2, 23:11, 24:12
**movement** [2] - 110:16, 110:18
**moves** [2] - 80:19
**moving** [4] - 20:13, 32:22, 35:2
**Moving** [1] - 16:5
**MR** [32] - 2:5, 2:17, 2:21, 3:6, 3:19, 4:1, 4:7, 4:13, 5:6, 6:18, 6:21, 9:4, 25:19, 37:14, 41:23, 72:10, 122:7, 122:15, 123:7, 123:25, 125:4, 126:22, 127:5, 127:11, 127:21, 130:21, 136:1, 136:19, 137:13, 137:17, 138:19, 138:22
**MS** [31] - 4:15, 5:17, 7:5, 41:25, 42:8, 122:3, 122:16, 123:6, 123:24, 124:16, 125:12, 125:16, 125:19, 125:23, 126:5, 127:1, 127:4, 127:7, 127:22, 132:13, 132:18, 134:12, 135:6, 137:4, 137:7, 138:1, 138:9, 138:20, 139:14, 139:19, 140:4
**multiple** [2] - 113:15, 113:17
**murder** [1] - 4:23
**must** [45] - 18:5, 29:17, 71:22, 84:18, 85:1, 85:2, 85:5, 85:6, 85:7, 85:19, 85:20, 86:10, 87:12, 87:13, 87:15, 87:16, 88:24, 89:4, 94:20, 98:1, 98:6, 99:10, 102:2, 106:6, 107:9, 107:12, 110:20, 111:7, 111:10, 111:24, 113:1, 113:4, 114:17, 114:19, 114:20, 115:2, 115:5, 115:11, 115:15, 115:16, 115:19,

115:21, 123:21, 127:19
**mystery** [2] - 42:16, 51:6

## N

**name** [5] - 36:14, 54:23, 80:23, 119:17, 132:16
**named** [2] - 54:8, 93:3, 95:22
**namely** [1] - 96:23
**names** [3] - 81:16, 93:21, 96:5
**Narco** [4] - 67:15, 81:3, 82:15, 82:23
**narcotics** [8] - 5:23, 29:15, 31:4, 48:2, 63:21, 111:14, 119:11, 130:15
**narrowly** [1] - 7:20
**nation** [6] - 99:23, 100:1, 101:20, 101:22, 106:19, 106:21
**naturally** [2] - 88:22, 138:3
**nature** [10] - 21:20, 49:14, 51:23, 71:19, 91:16, 97:14, 100:17, 104:12, 109:18, 124:3
**near** [3] - 55:9, 68:11, 138:16
**necessarily** [1] - 87:22
**necessary** [3] - 84:23, 116:9, 139:22
**need** [20] - 3:6, 14:5, 14:10, 15:13, 23:8, 23:9, 23:21, 38:11, 51:9, 81:8, 97:20, 114:13, 120:21, 121:15, 133:23, 133:24, 136:20, 139:1, 139:10, 139:12
**needed** [2] - 10:19, 132:23
**needs** [3] - 19:1, 26:19, 123:16
**negative** [2] - 45:10, 61:1
**neglected** [2] - 120:22, 138:25
**negotiable** [3] - 99:7, 101:4, 106:3
**Net** [1] - 67:15
**Never** [1] - 50:7
**never** [25] - 39:5, 45:2,

49:22, 50:7, 51:3, 51:5, 52:1, 52:4, 57:22, 57:23, 58:4, 59:9, 65:5, 79:13, 115:11, 115:17

**New** [3] - 3:11, 6:23, 17:13

**new** [1] - 41:10

**next** [12] - 7:2, 10:6, 15:20, 17:12, 23:7, 28:4, 120:18, 120:19, 124:3, 139:13, 139:21, 140:1

**night** [1] - 2:10

**nobody** [1] - 46:20

**non** [2] - 103:13, 108:20

**non-monetary** [2] - 103:13, 108:20

**none** [2] - 50:14, 123:25

**nonsense** [1] - 83:2

**normal** [2] - 56:11, 56:12

**normally** [2] - 89:10, 107:10

**North** [1] - 1:17

**Notably** [1] - 54:1

**notch** [1] - 69:25

**note** [5] - 79:9, 97:19, 127:6, 127:11, 127:24

**Note** [1] - 92:4

**notes** [5] - 114:15, 114:17, 114:19, 114:21, 114:23

**nothing** [7] - 34:19, 39:4, 46:6, 54:1, 72:20, 72:21, 120:20

**notice** [2] - 6:1, 38:9

**noticed** [3] - 2:22, 132:13, 133:2

**notion** [3] - 73:5, 77:2, 83:1

**November** [2] - 70:13, 70:23

**nugget** [1] - 73:14

**number** [21] - 8:8, 13:19, 27:4, 30:5, 46:1, 66:21, 67:5, 74:16, 76:14, 79:4, 87:20, 90:18, 102:22, 108:6, 121:14, 129:7, 130:14, 132:14, 132:19

**Number** [2] - 1:2, 118:24

**numbers** [2] - 122:13,

127:9

## O

**oath** [2] - 70:5, 71:5

**object** [26] - 11:17, 12:4, 16:19, 24:1, 24:2, 93:18, 96:24, 97:7, 98:6, 98:8, 117:14, 117:16, 117:17, 124:4, 124:6, 124:8, 124:23, 125:5, 125:13, 125:15, 125:19, 126:14, 127:3, 129:6, 129:7, 129:8

**Object** [2] - 98:9, 100:4

**objection** [8] - 121:23, 122:3, 122:7, 123:24, 127:21, 127:22, 137:11, 138:20

**objections** [1] - 122:5

**objects** [9] - 3:3, 96:22, 97:18, 97:21, 97:24, 98:3, 125:10, 126:13, 137:10

**obligation** [2] - 103:15, 108:22

**observe** [1] - 88:6

**obtained** [3] - 101:12, 103:8, 108:15

**obvious** [2] - 94:11, 96:20

**obviously** [1] - 3:1

**occasion** [2] - 93:25, 96:9

**occasioned** [1] - 135:2

**occupation** [1] - 111:23

**occurred** [3] - 4:10, 111:6, 113:24

**ocean** [2] - 76:14, 82:7

**odds** [1] - 43:10

**OF** [2] - 1:1, 1:3

**off-ramp** [1] - 79:11

**off-ramps** [1] - 79:4

**offended** [1] - 59:23

**offense** [49] - 4:8, 11:4, 12:21, 12:22, 16:7, 16:10, 16:17, 18:10, 24:10, 25:17, 30:11, 43:24, 89:20, 92:5, 99:20, 99:23, 100:1, 101:17, 101:20, 101:22, 104:20, 106:16,

106:19, 106:21, 107:8, 107:10, 113:16, 116:22, 117:13, 117:19, 117:23, 118:1, 118:3, 118:13, 118:17, 118:20, 118:22, 119:7, 128:23, 129:5, 129:10, 129:13, 129:16, 129:18, 129:24, 130:1, 130:4, 130:6, 130:12

**offenses** [3] - 2:13, 3:4, 92:6

**offer** [2] - 103:10, 108:17

**offering** [1] - 32:8

**offers** [1] - 83:4

**office** [3] - 33:14, 36:10, 75:1

**officer** [10] - 7:7, 70:1, 71:5, 73:6, 73:13, 74:24, 84:9, 119:22, 119:23, 128:14

**OFFICER** [10] - 8:16, 41:7, 42:5, 72:6, 120:10, 128:3, 128:8, 132:11, 139:5, 140:8

**officers** [2] - 59:21, 71:16

**offices** [1] - 55:5

**official** [48] - 19:7, 19:9, 19:11, 19:16, 19:17, 19:20, 99:25, 100:3, 101:21, 101:24, 102:23, 103:3, 103:5, 103:7, 103:9, 103:19, 103:23, 103:25, 104:5, 104:7, 104:9, 104:11, 104:14, 104:17, 106:20, 106:23, 108:7, 108:11, 108:13, 108:14, 108:16, 109:2, 109:5, 109:7, 109:11, 109:13, 109:15, 109:17, 109:20, 109:23, 118:2, 118:4, 118:21, 118:23, 129:17, 129:19, 130:5, 130:7

**official's** [3] - 103:23, 104:13, 109:19

**officials** [1] - 109:5

**often** [1] - 69:17

**okay..** [1] - 137:24

**old** [3] - 61:16, 68:10, 72:15

**Oleanvine** [41] - 13:3, 16:9, 17:5, 17:17, 21:24, 22:2, 22:11, 22:12, 22:16, 23:18, 27:23, 28:3, 28:8, 28:17, 30:23, 30:24, 31:16, 31:19, 32:2, 32:4, 32:6, 32:11, 32:15, 32:17, 32:19, 32:24, 33:12, 33:13, 34:1, 34:12, 36:2, 36:5, 36:9, 36:19, 37:1, 39:15, 44:12, 50:20, 50:21, 63:18, 89:6

**once** [4] - 15:9, 29:2, 122:9, 137:1

**Once** [1] - 17:15

**One** [14] - 3:23, 8:8, 11:16, 19:16, 95:10, 99:20, 100:7, 101:17, 104:9, 105:8, 106:16, 107:1, 109:15, 110:8

**one** [83] - 2:13, 11:7, 11:13, 15:6, 15:24, 17:19, 19:9, 20:25, 22:18, 24:1, 29:13, 29:14, 30:10, 33:4, 34:12, 34:15, 36:3, 37:2, 38:21, 41:14, 43:21, 45:25, 46:1, 48:4, 48:19, 49:21, 53:12, 71:1, 72:2, 78:14, 79:18, 83:4, 88:1, 93:25, 94:7, 96:9, 96:16, 98:2, 99:18, 101:15, 102:6, 106:14, 107:15, 110:16, 111:5, 111:13, 113:18, 115:4, 115:21, 116:7, 116:14, 117:16, 117:23, 118:17, 119:10, 120:2, 120:19, 120:22, 124:4, 124:6, 124:8, 124:9, 124:17, 124:20, 124:23, 125:5, 125:13, 125:15, 125:19, 125:24, 126:3, 126:14, 128:19, 129:7, 129:13, 130:1, 130:14, 132:19, 133:20, 135:8

**one's** [1] - 21:7

**one-on-one** [1] - 38:21

**online** [1] - 2:18

**Opa** [4] - 25:6, 25:15, 25:21, 65:25

**open** [1] - 139:1

**opens** [1] - 35:11

**operation** [5] - 28:13, 28:24, 99:4, 101:1, 105:24

**operative** [1] - 17:23

**opinion** [6] - 86:16, 87:10, 87:13, 87:14, 115:24, 133:15

**opportunity** [4] - 9:8, 40:18, 88:6, 114:17

**opposed** [1] - 48:10

**oral** [1] - 89:22

**orally** [1] - 121:24

**order** [6] - 3:7, 24:8, 26:16, 89:14, 97:21, 110:4

**orders** [3] - 99:7, 101:3, 106:3

**Ordinarily** [1] - 112:10

**ordinary** [1] - 62:7

**original** [5] - 3:22, 5:21, 49:16, 49:20, 61:5

**originally** [2] - 68:9, 68:17

**oust** [2] - 48:24, 58:22

**outcome** [1] - 88:4

**outlaw** [6] - 102:7, 102:23, 103:25, 107:16, 108:7, 109:7

**outside** [41] - 11:9, 16:24, 16:25, 21:10, 38:15, 44:3, 44:22, 45:18, 46:16, 47:21, 50:9, 59:11, 61:24, 76:19, 76:24, 90:23, 91:7, 91:11, 92:12, 92:20, 97:2, 97:3, 97:10, 97:11, 98:14, 98:16, 99:13, 99:15, 100:9, 100:11, 102:17, 102:21, 105:1, 105:2, 105:10, 105:12, 106:9, 106:11, 108:1, 108:5, 110:19

**overall** [2] - 18:22, 124:25

**overlooking** [1] - 10:19

**overpayment** [2] - 103:17, 108:24

**overwhelmingly** [1] -

72:23
**owe** [1] - 82:10
**own** [25] - 8:10, 43:7, 43:13, 43:20, 53:7, 58:23, 71:20, 73:5, 73:6, 73:13, 74:23, 75:11, 76:4, 79:19, 82:5, 83:23, 86:6, 86:19, 90:9, 90:10, 90:12, 115:24, 122:25
**ownership** [7] - 21:20, 91:16, 97:14, 99:8, 100:17, 101:4, 106:4

**P**

**p.m** [3] - 28:18, 28:19, 28:21
**pace** [1] - 133:5
**packaged** [2] - 66:12, 66:17
**packed** [3] - 22:11, 22:12, 22:13
**packet** [2] - 41:10, 85:9
**Page** [2] - 116:14, 117:5
**page** [42] - 2:11, 2:16, 3:3, 13:8, 13:8, 14:4, 14:22, 15:20, 16:17, 17:25, 18:8, 22:5, 23:3, 23:7, 28:4, 28:10, 31:14, 33:10, 34:8, 34:22, 35:13, 35:20, 58:8, 59:7, 60:17, 60:20, 60:21, 60:22, 63:10, 63:14, 63:24, 64:6, 80:9, 124:22, 125:21, 126:8, 126:24, 127:9, 127:18, 127:19
**pages** [7] - 13:6, 31:13, 41:11, 50:3, 60:5, 60:20, 75:5
**paid** [7] - 18:18, 18:19, 20:20, 22:22, 23:1, 80:7
**panel** [2] - 66:14, 68:18
**paper** [1] - 119:20
**Paragraph** [5] - 128:19, 129:1, 129:4, 129:9, 129:23
**paragraph** [17] - 15:23, 41:18, 116:18, 116:20, 117:9, 117:11, 118:9, 118:11,

119:5, 125:7, 125:9, 126:8, 126:24, 127:18, 127:19, 129:20, 130:8
**paragraphs** [2] - 125:5, 125:7
**parent** [1] - 68:8
**part** [29] - 9:5, 9:6, 12:9, 14:20, 15:1, 15:7, 21:19, 22:13, 28:2, 28:7, 29:10, 29:24, 42:20, 43:4, 60:1, 60:16, 65:11, 67:2, 87:20, 91:15, 93:23, 96:7, 97:13, 100:16, 124:9, 124:17, 125:24, 126:3
**parted** [1] - 2:6
**partially** [2] - 28:5, 133:13
**participant** [1] - 29:23, 113:2
**participate** [1] - 30:3
**participated** [1] - 112:22
**participation** [4] - 30:1, 96:24, 97:7, 120:16
**particular** [7] - 3:17, 69:18, 87:21, 88:2, 111:7, 111:22, 124:15
**particulars** [1] - 56:6
**parties** [6] - 8:20, 8:24, 127:14, 132:7, 138:14, 139:10
**partner** [2] - 93:2, 95:20
**partnership** [6] - 30:21, 39:15, 56:5, 68:2, 92:24, 95:18
**party** [4] - 51:22, 54:11
**pass** [3] - 8:6, 15:3, 63:8
**passage** [4] - 39:19, 39:20, 45:14, 122:24
**past** [3] - 69:17, 133:2
**pat** [1] - 71:15
**patience** [1] - 42:12
**PATRICIA** [2] - 1:16, 141:8
**patricia_sanders@ flsd.uscourts.gov** [1] - 1:18
**pattern** [2] - 3:13, 4:9
**paused** [1] - 132:24
**pay** [15] - 10:19, 18:24, 19:1, 33:5,

61:11, 61:12, 61:13, 61:16, 69:2, 81:9, 82:9, 83:12, 83:14, 103:13, 108:20
**payment** [7] - 7:2, 20:15, 80:16, 103:15, 103:16, 108:22, 108:23
**pedals** [1] - 60:6
**Pena** [1] - 123:18
**pena** [1] - 131:13
**Pennsylvania** [2] - 66:25, 67:11
**people** [20] - 11:25, 37:3, 54:16, 56:24, 65:15, 69:19, 75:12, 77:23, 79:20, 80:22, 80:23, 81:16, 93:3, 93:13, 94:3, 95:10, 95:22, 96:12, 134:22
**People** [1] - 88:22
**per** [4] - 16:13, 46:4, 46:9, 77:18
**perceived** [1] - 10:13
**percent** [2] - 64:19, 65:9
**perform** [3] - 92:1, 104:14, 109:20
**performed** [10] - 92:1, 104:12, 104:15, 104:16, 109:18, 109:21, 109:22, 112:9
**perhaps** [2] - 114:16, 137:20
**permitted** [2] - 114:15, 121:5
**person** [36] - 36:10, 38:23, 38:24, 58:18, 60:14, 69:22, 71:9, 78:15, 79:1, 80:20, 87:1, 87:9, 89:20, 93:20, 94:6, 96:4, 96:15, 103:8, 103:9, 104:17, 105:5, 105:8, 105:13, 108:15, 108:16, 109:23, 112:10, 112:11, 112:13, 112:14, 112:16, 112:17, 112:21, 114:11, 114:12, 114:13
**personal** [5] - 79:3, 88:3, 99:6, 101:2, 106:2
**personally** [2] - 48:11, 112:9
**persons** [3] - 35:14, 92:22, 95:17

**perspective** [3] - 9:9, 13:7, 30:23
**persuasive** [1] - 39:19
**Pete** [1] - 81:9
**Philadelphia** [5] - 37:20, 38:8, 38:12, 81:3, 82:16
**phone** [15] - 33:9, 34:1, 39:22, 40:2, 49:16, 56:9, 57:17, 58:19, 61:15, 74:17, 74:22, 79:1, 121:14, 122:13, 123:16
**phones** [2] - 123:18, 133:17
**photo** [1] - 58:9
**photograph** [1] - 56:23
**photographs** [2] - 58:18, 82:11
**physical** [4] - 49:17, 98:22, 100:22, 105:18
**pick** [8] - 22:4, 39:7, 39:10, 68:9, 68:10, 68:11, 83:4, 123:17
**picked** [1] - 83:2
**pickup** [1] - 68:13
**picture** [5] - 54:23, 56:6, 56:19, 58:11, 58:13
**pictures** [4] - 57:2, 57:4, 60:14, 62:14
**pieces** [3] - 14:10, 16:3, 39:17
**pig** [3] - 60:2, 60:4, 60:8
**pitches** [1] - 78:14
**place** [61] - 11:9, 16:23, 16:24, 16:25, 20:11, 21:9, 21:10, 28:22, 29:2, 44:3, 44:22, 46:16, 53:16, 76:19, 76:20, 76:24, 90:23, 91:6, 91:7, 91:10, 91:11, 92:12, 97:1, 97:2, 97:3, 97:9, 97:10, 97:11, 98:13, 98:14, 98:15, 99:13, 99:14, 99:15, 100:8, 100:9, 100:10, 100:11, 104:25, 105:1, 105:2, 105:9, 105:10, 105:11, 105:12, 106:8, 106:9, 106:10, 106:11, 108:5, 116:24, 117:15, 117:22, 118:16,

119:9
**placed** [1] - 53:15
**places** [5] - 5:20, 49:22, 60:19
**plan** [44] - 12:1, 12:3, 12:5, 12:11, 12:13, 13:5, 13:25, 14:2, 14:17, 14:18, 14:24, 14:25, 16:2, 27:22, 28:23, 30:2, 44:15, 45:13, 45:14, 45:19, 45:20, 46:15, 49:20, 60:11, 93:4, 93:7, 93:9, 93:14, 93:17, 93:18, 93:21, 93:23, 93:25, 95:11, 95:15, 95:23, 96:2, 96:3, 96:5, 96:7, 96:9, 98:4
**plane** [11] - 25:6, 25:15, 39:7, 62:3, 64:2, 66:1, 67:8, 68:7, 68:15, 74:12, 83:17
**planes** [1] - 63:13
**planned** [1] - 34:6
**planning** [3] - 37:19, 39:3, 39:14
**plans** [2] - 59:20, 140:3
**play** [5] - 7:11, 25:13, 31:11, 32:7, 79:8
**played** [4] - 78:1, 82:17, 93:23, 96:7
**PLAYED** [1] - 25:18
**playing** [4] - 56:1, 58:23, 74:23, 80:8
**plea** [2] - 89:6, 89:8
**Plea** [1] - 89:11
**pled** [1] - 89:19
**plural** [1] - 41:14
**poetic** [1] - 53:8
**point** [24] - 2:10, 5:18, 6:13, 13:16, 40:9, 40:12, 49:18, 51:18, 60:9, 64:10, 67:18, 67:23, 78:23, 82:18, 87:21, 126:23, 133:21, 134:21, 136:21, 137:15, 137:19, 138:16, 139:9
**pointed** [1] - 63:2
**Police** [1] - 74:15
**police** [1] - 74:16
**political** [6] - 51:22, 77:23, 78:2, 78:8, 79:17, 82:6
**politically** [2] - 48:10, 52:25

**politician** [2] - 74:25, 75:11
**politicians** [1] - 53:1
**politics** [2] - 53:5, 53:6
**poll** [1] - 130:22
**polled** [7] - 130:20, 131:23, 132:19, 134:14, 135:4, 135:8, 136:23
**poor** [1] - 69:14
**poorly** [1] - 77:14
**portion** [5] - 3:21, 6:7, 59:22, 126:11, 127:9
**position** [10] - 3:5, 4:1, 20:21, 40:20, 48:14, 77:23, 113:10, 135:19, 136:2, 137:13
**positioned** [1] - 65:16
**positive** [9] - 13:12, 45:3, 45:22, 46:6, 49:23, 50:6, 51:7, 59:10, 60:12
**possess** [6] - 4:3, 7:13, 102:10, 102:14, 107:19, 107:23
**possession** [2] - 4:2, 6:15
**possibility** [2] - 89:9, 135:12
**possible** [7] - 9:22, 10:3, 42:23, 51:3, 85:23, 112:7, 119:24
**posted** [1] - 121:15
**postpone** [2] - 38:7, 67:9
**pound** [3] - 72:16, 72:17
**pounding** [1] - 72:20
**power** [4] - 48:24, 49:4, 58:23, 62:12
**powerful** [1] - 38:19
**powers** [1] - 36:10
**practice** [2] - 72:13, 81:6
**practices** [1] - 71:16
**prayer** [1] - 34:20
**praying** [1] - 34:23
**pre** [1] - 65:16
**pre-positioned** [1] - 65:16
**precede** [1] - 125:5
**preceding** [1] - 125:8
**predates** [1] - 7:5
**predecessor** [1] - 61:12
**predicated** [1] - 8:6
**prejudice** [1] - 85:3

**Premier** [28] - 20:2, 31:19, 32:15, 33:3, 34:2, 34:11, 34:15, 34:16, 34:23, 35:13, 36:3, 36:4, 39:25, 48:15, 51:12, 51:18, 54:18, 54:22, 57:19, 57:20, 57:22, 61:10, 70:2, 102:25, 104:2, 108:9, 109:8
**Premier's** [1] - 31:24
**premium** [2] - 103:12, 108:19
**preparation** [1] - 90:10
**prepared** [1] - 116:11
**preparing** [1] - 107:9
**prescient** [1] - 133:13
**presence** [2] - 94:10, 96:19
**present** [6] - 33:13, 74:11, 94:2, 96:11, 112:23
**presented** [3] - 43:12, 71:2, 85:2
**pressure** [3] - 135:10, 135:18, 135:20
**pressured** [1] - 67:22
**presumes** [1] - 85:14
**pretrial** [1] - 123:5
**pretty** [6] - 49:11, 54:17, 55:6, 56:3, 56:22, 135:21
**previous** [1] - 122:5
**previously** [1] - 113:4
**price** [1] - 32:8
**primary** [4] - 27:17, 90:12, 110:25, 111:23
**primer** [1] - 63:21
**printed** [2] - 2:18, 119:17
**priority** [1] - 114:19
**private** [5] - 37:24, 63:17, 67:4, 67:8, 67:20
**problem** [1] - 40:23
**procedure** [1] - 120:23
**proceed** [8] - 22:23, 22:24, 116:20, 117:11, 118:11, 119:5, 122:12, 139:23
**proceedings** [2] - 123:5, 141:4
**PROCEEDINGS** [1] - 1:8
**proceeds** [22] - 6:25, 7:3, 7:7, 10:21, 17:7, 17:16, 18:19, 20:16,

20:20, 21:16, 21:21, 22:2, 22:18, 23:16, 91:13, 91:17, 97:12, 97:15, 100:14, 100:18, 100:24, 101:11
**process** [3] - 49:23, 50:8, 59:14
**processed** [2] - 50:15, 50:16
**produce** [1] - 85:16
**professional** [1] - 122:22
**professionalism** [1] - 123:1
**profile** [2] - 54:23, 72:24
**profit** [1] - 111:18
**progress** [1] - 121:16
**projects** [1] - 51:23
**promise** [3] - 103:11, 108:18, 135:14
**promote** [34] - 17:20, 17:23, 17:24, 18:5, 18:22, 20:17, 20:24, 21:1, 23:12, 23:13, 24:13, 25:9, 26:7, 26:9, 26:10, 26:24, 27:2, 62:10, 84:4, 84:5, 91:7, 91:24, 92:2, 97:4, 98:18, 99:9, 105:3, 105:13, 106:5, 110:11, 110:13, 110:22, 111:2
**Promote** [1] - 18:2
**promotes** [1] - 20:9
**promoting** [3] - 18:15, 19:4, 25:11
**promotional** [20] - 2:15, 11:16, 16:18, 20:23, 21:8, 24:2, 24:6, 24:14, 24:17, 24:24, 25:8, 47:24, 98:9, 107:2, 117:16, 124:23, 125:5, 125:19, 129:7
**promptly** [1] - 119:24
**proof** [16] - 6:15, 9:22, 10:15, 28:7, 42:21, 42:23, 43:5, 72:13, 85:22, 85:24, 86:4, 87:4, 94:4, 96:14, 112:21, 112:23
**Proof** [2] - 43:5, 86:4
**proper** [1] - 89:11
**property** [11] - 101:6, 101:8, 101:11, 103:16, 103:17, 103:18, 108:23,

108:24, 108:25
**proposal** [1] - 126:1
**propose** [1] - 126:4
**proposed** [1] - 54:24
**proposing** [1] - 34:9
**proposition** [5] - 13:4, 13:10, 14:5, 15:6, 51:15
**prostitution** [1] - 4:25
**protect** [4] - 34:23, 34:24, 35:1, 35:2
**prove** [28] - 9:21, 10:16, 12:12, 26:19, 27:16, 29:17, 30:17, 42:22, 47:19, 85:15, 85:19, 85:23, 87:5, 93:3, 93:8, 95:21, 96:2, 97:20, 97:23, 98:1, 110:20, 110:24, 111:24, 112:7, 113:5, 113:24, 114:1, 125:10
**proved** [9] - 72:22, 84:22, 86:8, 94:20, 95:9, 105:7, 106:25, 110:6, 113:19
**provide** [2] - 89:12, 124:11
**provided** [5] - 99:3, 100:25, 105:23, 119:20, 125:2
**provides** [1] - 89:8
**public** [60] - 19:7, 19:9, 19:11, 19:16, 19:17, 19:20, 20:21, 75:1, 99:25, 100:2, 101:21, 101:23, 102:23, 103:2, 103:5, 103:7, 103:8, 103:19, 103:22, 103:23, 103:25, 104:4, 104:5, 104:7, 104:9, 104:11, 104:12, 104:13, 104:17, 106:20, 106:22, 108:7, 108:11, 108:13, 108:14, 108:15, 109:1, 109:4, 109:5, 109:7, 109:11, 109:13, 109:15, 109:17, 109:18, 109:19, 109:20, 109:23, 118:2, 118:4, 118:21, 118:23, 129:17, 129:19, 130:5, 130:7
**publish** [1] - 128:15
**Puerto** [22] - 12:17,

14:12, 14:15, 14:16, 17:12, 17:13, 45:22, 45:23, 46:10, 46:11, 50:8, 59:12, 61:2, 76:8, 76:9, 76:11, 76:17, 76:22, 76:23, 77:15
**punishable** [9] - 5:9, 18:11, 99:21, 101:18, 106:17, 117:25, 118:19, 129:14, 130:3
**punishment** [2] - 115:11, 115:13
**purport** [1] - 90:1
**purported** [1] - 73:14
**purpose** [17] - 7:16, 12:3, 14:2, 14:18, 18:1, 19:3, 90:3, 93:16, 93:24, 94:7, 95:14, 96:8, 96:16, 98:3, 99:15, 106:11, 114:9
**purposely** [2] - 114:8, 134:21
**purposes** [6] - 4:24, 7:8, 9:1, 92:24, 95:18, 139:14
**Pursuant** [4] - 103:4, 104:6, 108:12, 109:12
**pursued** [1] - 40:14
**pursuing** [2] - 30:20, 38:2
**push** [2] - 81:20, 82:2
**pushing** [1] - 68:14
**put** [15] - 3:24, 5:4, 9:8, 41:20, 58:13, 73:2, 116:11, 123:4, 127:9, 128:1, 132:23, 133:6, 135:17, 135:20, 136:11
**puts** [2] - 13:7, 77:5
**putting** [2] - 57:24, 136:13

**Q**

**quality** [2] - 64:18, 71:19
**quarter** [1] - 41:6
**questioning** [5] - 62:22, 70:11, 70:12
**questions** [17] - 34:3, 56:17, 62:16, 64:8, 68:17, 68:18, 68:19, 74:7, 87:24, 88:8, 123:12, 123:14, 126:2, 128:2, 135:22

**quick** [2] - 39:21, 122:18
**quickly** [2] - 29:12, 137:18
**Quintana** [1] - 131:1
**Quintero** [5] - 53:25, 54:9, 59:23, 61:8, 63:12
**Quintero's** [1] - 82:23
**quite** [3] - 126:20, 134:8, 134:16
**quote** [1] - 51:17

**R**

**racketeering** [2] - 26:13, 26:20
**Ramirez** [1] - 123:16
**ramirez** [1] - 131:5
**ramp** [1] - 79:11
**ramps** [1] - 79:4
**rather** [6] - 29:19, 55:14, 55:17, 65:23, 112:1, 137:18
**raw** [1] - 35:19
**ray** [2] - 77:6
**reach** [4] - 86:23, 115:22, 121:15, 139:22
**reached** [3] - 15:9, 128:6, 128:11
**read** [11] - 56:10, 57:16, 59:22, 69:8, 126:11, 126:12, 126:14, 126:18, 127:1, 127:6, 127:17
**reading** [2] - 76:5, 122:4
**reads** [6] - 5:7, 9:20, 16:21, 26:1, 26:14, 127:7
**ready** [1] - 50:23
**real** [19] - 2:10, 7:19, 9:25, 43:1, 50:14, 50:15, 50:22, 51:1, 59:1, 59:17, 59:19, 63:5, 67:12, 80:20, 81:1, 81:24, 86:1, 116:3
**really** [7] - 48:17, 48:20, 56:24, 56:25, 77:4, 78:22, 126:20
**Really** [1] - 69:15
**realm** [2] - 10:3, 73:8
**reason** [24] - 9:25, 22:22, 27:17, 28:6, 37:1, 43:2, 50:20, 52:22, 54:24, 66:7, 73:11, 79:16, 79:17, 79:19, 79:25, 80:8,

81:11, 84:14, 86:2, 88:2, 89:14, 110:25, 121:8, 135:16
**reasonable** [42] - 9:19, 9:23, 9:24, 10:4, 26:19, 29:17, 38:23, 42:24, 43:1, 43:5, 47:12, 47:13, 48:4, 52:21, 55:6, 56:22, 58:21, 68:4, 68:5, 68:8, 72:22, 84:24, 85:19, 85:25, 86:1, 86:4, 86:8, 93:11, 94:21, 95:9, 98:1, 105:7, 106:25, 110:6, 111:5, 111:24, 113:1, 113:6, 113:14, 113:19, 114:1
**reasonably** [1] - 114:2
**reasoning** [1] - 86:22
**rebuttal** [2] - 72:3, 72:12
**receipts** [1] - 101:13
**receive** [3] - 8:21, 104:9, 109:15
**received** [2] - 69:9, 89:23
**RECESS** [6] - 8:3, 42:2, 72:7, 123:10, 128:4, 133:8
**recess** [2] - 123:9, 140:6
**recognize** [1] - 9:1
**recognizing** [1] - 33:22
**recollection** [2] - 86:20, 114:20
**recommendations** [1] - 55:7
**record** [9] - 5:14, 5:17, 54:24, 56:7, 123:11, 132:23, 133:6, 133:10, 139:14
**recording** [17] - 25:14, 29:4, 31:11, 31:12, 31:13, 50:1, 51:13, 51:17, 57:17, 61:12, 65:11, 65:23, 66:4, 75:9, 75:22, 83:3, 90:12
**recordings** [7] - 13:2, 49:9, 71:12, 75:5, 84:10, 89:23, 90:4
**records** [1] - 57:21
**Red** [1] - 2:6
**redirect** [1] - 70:22
**reelection** [1] - 53:10
**reexamine** [1] - 115:24

**refer** [7] - 10:6, 13:19, 90:19, 125:1, 125:4, 127:8, 127:18
**reference** [4] - 8:11, 9:12, 9:18, 19:22
**referenced** [3] - 16:16, 50:4, 69:20
**references** [2] - 46:3, 52:14
**referring** [3] - 124:18, 124:20, 124:22
**reflects** [1] - 90:7
**regard** [4] - 2:12, 4:11, 85:9, 123:15
**regarding** [1] - 124:4
**regular** [1] - 81:2
**rejoined** [1] - 133:21
**relating** [1] - 115:3
**relation** [1] - 90:11
**relationship** [1] - 38:2
**relayed** [1] - 57:14
**release** [2] - 103:15, 108:22
**relevant** [2] - 104:17, 109:23
**reluctance** [3] - 7:23, 40:15, 133:4
**rely** [10] - 3:7, 43:6, 43:12, 43:19, 58:2, 58:3, 71:11, 71:19, 86:5, 87:14
**Remember** [2] - 80:12, 116:3
**remember** [15] - 17:8, 18:23, 34:18, 50:10, 53:17, 56:1, 58:6, 60:9, 61:4, 64:9, 64:16, 67:1, 68:12, 88:22, 127:19
**remembers** [1] - 88:21
**remove** [2] - 48:14, 113:9
**removed** [1] - 5:24
**rent** [1] - 67:16
**repeatedly** [3] - 74:10, 77:18, 78:5
**replete** [1] - 13:4
**report** [1] - 54:14
**REPORTED** [1] - 1:16
**Reporter** [1] - 1:16
**reporting** [1] - 48:8
**representation** [2] - 7:6, 45:1
**represented** [3] - 91:12, 100:24, 123:1
**required** [2] - 15:23, 54:22
**requirement** [1] - 55:4
**requirements** [2] - 53:15, 54:19

**requires** [1] - 112:21
**requisite** [1] - 113:13
**reread** [1] - 126:6
**research** [1] - 138:3
**reservations** [1] - 62:3
**residence** [1] - 83:6
**respect** [11] - 90:13, 116:22, 117:14, 117:20, 118:14, 119:8, 128:24, 129:6, 129:11, 129:25, 130:13
**respond** [1] - 119:24
**responding** [1] - 135:3
**responds** [1] - 54:19
**response** [3] - 54:20, 137:19, 137:23
**responsible** [4] - 94:18, 112:15, 112:17, 112:21
**rest** [4] - 41:22, 53:8, 60:19, 122:4
**restaurant** [1] - 49:19
**rested** [1] - 8:21
**restroom** [1] - 41:2
**result** [1] - 107:10
**retained** [1] - 101:12
**retire** [1] - 120:4
**return** [1] - 72:3
**reverse** [1] - 61:23
**revised** [1] - 8:6
**reward** [2] - 103:12, 108:19
**Reyes** [1] - 130:24
**rich** [3] - 75:2, 75:14, 78:9
**Rico** [12] - 12:17, 14:12, 14:16, 17:12, 17:13, 45:23, 46:10, 46:11, 50:9, 59:12, 61:2, 76:8, 76:9, 76:11, 76:12, 76:17, 76:22, 76:23, 77:15
**rid** [2] - 49:3
**ridiculous** [2] - 74:2, 74:3
**rightfully** [2] - 33:2, 33:7
**rip** [1] - 66:17
**rise** [10] - 8:16, 41:7, 42:5, 72:6, 120:10, 128:3, 128:8, 132:11, 139:5, 140:8
**Road** [3] - 52:7, 52:9, 63:3
**robbed** [1] - 35:14
**Roberta** [3] - 13:14, 31:3, 32:8
**Roberto** [67] - 3:10,

6:22, 7:1, 13:3, 13:10, 14:4, 14:23, 14:25, 15:2, 22:6, 22:10, 27:23, 28:3, 28:8, 28:11, 28:21, 30:18, 31:2, 31:16, 31:18, 31:21, 31:24, 32:3, 32:6, 32:11, 32:14, 32:15, 32:18, 33:12, 33:15, 34:3, 34:10, 34:14, 34:16, 34:20, 35:10, 36:3, 36:8, 36:18, 37:21, 38:2, 38:13, 38:20, 38:21, 38:25, 39:4, 39:6, 39:15, 40:6, 44:11, 51:18, 53:24, 54:9, 59:23, 61:8, 76:4, 78:15, 78:23, 79:3, 79:19, 81:1, 82:9, 82:23, 83:11, 83:18
**Roberto's** [6] - 6:21, 20:4, 22:12, 34:8, 38:16, 51:20
**role** [4] - 56:1, 56:21, 58:24, 120:24
**roll** [2] - 74:20, 74:22
**rolling** [2] - 36:23, 39:16
**room** [8] - 69:22, 84:21, 85:11, 116:6, 120:4, 120:20, 121:5, 136:24
**route** [2] - 75:13, 77:16
**routes** [1] - 64:13
**row** [1] - 132:15
**Roxanne** [14] - 16:9, 21:24, 22:2, 22:16, 23:18, 36:6, 36:16, 36:19, 37:1, 54:7, 63:18, 66:8, 74:11, 79:17
**RPR** [2] - 1:16, 141:8
**RTW** [1] - 52:6
**rudimentary** [1] - 134:23
**rule** [1] - 114:14
**ruled** [1] - 8:12
**rules** [2] - 84:18, 89:11
**run** [4] - 14:9, 16:3, 30:19, 53:10
**rush** [1] - 2:3
**rushed** [1] - 120:20

**S**

**Sabrina.** [1] - 132:16

**safe** [2] - 45:14
**safely** [1] - 34:23
**sale** [18] - 2:24, 4:19, 5:8, 5:21, 6:25, 7:15, 18:10, 18:15, 19:4, 99:21, 101:18, 102:7, 106:17, 107:16, 117:24, 118:18, 129:14, 130:2
**sales** [2] - 5:23, 20:8
**SANDERS** [3] - 1:16, 141:6, 141:8
**SANTORUFO** [1] - 138:22
**Santorufo** [8] - 121:4, 124:1, 128:15, 133:16, 133:21, 136:11, 138:13, 138:24
**santorufo** [4] - 121:14, 122:8, 122:14, 139:11
**sat** [2] - 39:23, 70:19
**satisfactory** [1] - 123:23
**satisfied** [1] - 34:20
**saw** [2] - 40:18, 80:1
**scenario** [8] - 46:21, 59:4, 60:24, 62:21, 65:6, 71:1, 77:9, 79:21
**scene** [6] - 44:13, 94:2, 94:10, 96:11, 96:19, 112:24
**Schedule** [1] - 90:22
**schedule** [1] - 140:2
**scheme** [20] - 15:6, 17:8, 18:22, 20:9, 20:10, 20:17, 21:1, 22:21, 23:13, 24:9, 25:10, 25:11, 26:9, 30:3, 33:2, 34:17, 35:8, 44:21, 84:5
**school** [1] - 51:24
**scientific** [1] - 87:8
**scold** [1] - 137:22
**screen** [1] - 76:13
**screens** [1] - 116:12
**se** [1] - 16:13
**Sea** [5] - 2:6, 27:20, 61:19, 61:20, 79:22
**Sean** [1] - 1:12
**seated** [8] - 8:17, 41:9, 42:6, 72:8, 120:12, 121:22, 128:9, 139:7
**second** [15] - 11:17, 11:18, 12:2, 14:1, 16:17, 19:6, 21:3, 21:14, 24:20, 97:7,

124:16, 124:19, 125:13, 125:20
**Second** [3] - 26:23, 91:9, 93:16
**secondary** [1] - 90:3
**Secondly** [1] - 77:1
**seconds** [1] - 2:7
**secret** [1] - 115:17
**secretary** [1] - 82:13
**section** [3] - 6:8, 26:14, 119:3
**Section** [36] - 6:4, 30:5, 92:9, 92:10, 92:15, 95:12, 95:13, 97:6, 97:16, 98:11, 100:5, 102:9, 102:12, 102:15, 102:19, 102:24, 103:4, 104:1, 104:6, 104:22, 105:6, 107:3, 107:18, 107:21, 107:24, 108:3, 108:7, 108:12, 109:7, 109:12, 110:2, 111:15, 112:4, 112:7, 119:13, 130:17
**Sections** [2] - 95:2, 95:6
**secure** [1] - 22:10
**securities** [3] - 99:7, 101:3, 106:3
**security** [3] - 119:22, 119:23, 128:14
**SECURITY** [10] - 8:16, 41:7, 42:5, 72:6, 120:10, 128:3, 128:8, 132:11, 139:5, 140:8
**see** [24] - 11:22, 14:23, 28:4, 31:14, 31:19, 35:24, 40:8, 47:9, 47:15, 53:17, 53:21, 57:18, 57:20, 59:22, 67:13, 68:22, 69:16, 77:6, 79:23, 81:22, 113:22, 122:1, 127:13, 139:22
**seek** [1] - 116:4
**seem** [2] - 68:4, 88:5
**sees** [1] - 37:2
**seize** [3] - 65:3, 65:16, 66:19
**seized** [1] - 65:20
**select** [10] - 15:19, 15:23, 15:24, 23:6, 23:7, 23:14, 23:20, 29:9, 29:10
**selected** [1] - 120:13

**self** [1] - 15:15
**self-explanatory** [1] - 15:15
**sell** [4] - 7:16, 36:12, 51:17, 75:11
**semi** [1] - 37:24
**semi-private** [1] - 37:24
**send** [6] - 8:9, 75:21, 98:21, 100:21, 105:17, 123:20
**sending** [2] - 120:14, 127:6
**sends** [8] - 38:2, 38:5, 54:8, 55:15, 55:20, 55:21, 81:19, 82:12
**Senegalese** [1] - 82:6
**sense** [11] - 9:25, 10:5, 24:11, 43:8, 43:9, 44:24, 45:12, 52:21, 62:16, 73:11, 76:5
**sent** [3] - 2:10, 55:18, 136:24
**sentence** [4] - 10:22, 89:9, 125:8, 125:13
**sentences** [1] - 41:13
**separate** [7] - 16:15, 17:8, 19:7, 90:16, 92:16, 115:2, 139:17
**separately** [2] - 3:7, 115:3
**separating** [1] - 37:4
**series** [3] - 55:7, 77:10, 111:18
**serious** [1] - 135:21
**serve** [1] - 132:2
**service** [5] - 42:13, 104:4, 109:11, 121:18, 132:8
**services** [4] - 103:17, 103:18, 108:24, 108:25
**set** [8] - 33:12, 37:25, 49:17, 58:22, 98:19, 100:19, 102:18, 108:2
**setting** [1] - 140:2
**several** [3] - 60:4, 64:16, 123:12
**shaky** [1] - 52:25
**share** [1] - 138:25
**shared** [8] - 11:25, 16:7, 16:10, 93:14, 95:11, 138:12, 138:13, 138:24
**ship** [3] - 98:21, 100:21, 105:17
**shipping** [2] - 19:2, 81:9

**shoving** [1] - 68:15
**show** [9] - 13:24, 15:12, 22:11, 22:12, 25:24, 42:18, 46:1, 75:23, 83:17
**showed** [3] - 31:12, 42:19, 42:21
**showing** [4] - 14:13, 30:17, 33:8, 83:7
**shown** [3] - 39:17, 116:24, 128:25
**shows** [7] - 6:24, 7:1, 14:17, 38:13, 39:14, 74:3, 81:17
**side** [6] - 9:1, 50:10, 62:1, 82:7, 121:23, 122:2
**sides** [4] - 122:21, 123:3, 134:7
**sign** [3] - 36:10, 67:20, 119:18
**signal** [1] - 47:19
**signature** [1] - 119:14
**signed** [2] - 119:14, 130:18
**significance** [1] - 89:1
**similar** [1] - 62:14
**simple** [5] - 39:19, 75:3, 75:10, 88:20, 125:24
**simpler** [1] - 23:25
**simplify** [1] - 127:15
**simply** [5] - 94:2, 96:11, 107:9, 112:23, 116:2
**Sinaloa** [1] - 39:2
**sincerely** [1] - 42:14
**single** [4] - 44:11, 72:23, 84:15, 85:7
**singling** [1] - 126:2
**singular** [1] - 41:13
**sister** [1] - 79:18
**sit** [1] - 22:14
**sits** [1] - 80:6
**sitting** [7] - 36:18, 39:25, 57:5, 58:15, 70:2, 70:4, 132:15
**situation** [1] - 4:10
**six** [4] - 37:13, 70:10, 70:14, 70:22
**skeptical** [1] - 33:7
**skip** [3] - 116:18, 117:9, 118:9
**small** [1] - 67:16
**smart** [1] - 72:25
**Smith** [1] - 19:1
**sold** [6] - 3:10, 6:23, 17:14, 17:15, 75:14, 77:17
**sole** [2] - 79:25,

126:17
**solicited** [2] - 103:7, 108:14
**someone** [10] - 10:11, 35:21, 48:14, 52:15, 58:22, 75:1, 77:5, 80:21, 123:19, 137:8
**someplace** [7] - 66:24, 92:20, 102:17, 102:21, 108:1, 110:18, 110:19
**something's** [2] - 60:10, 60:13
**sometime** [1] - 138:10
**Sometimes** [1] - 14:7
**sometimes** [1] - 31:20
**son** [8] - 33:12, 35:4, 49:15, 49:19, 50:21, 55:21, 61:8, 123:17
**soon** [3] - 2:5, 74:14, 137:9
**sooner** [1] - 134:18
**sorry** [2] - 4:7, 132:21
**sort** [5] - 19:17, 74:1, 135:10, 136:4, 137:22
**sound** [4] - 78:2, 82:20, 82:21, 138:18
**sounded** [1] - 78:3
**sounds** [2] - 36:11, 138:19
**source** [5] - 21:20, 25:1, 91:16, 97:14, 100:17
**South** [1] - 17:10
**sOUTHERN** [1] - 1:1
**spare** [1] - 2:7
**speakers** [3] - 90:1, 90:5, 90:8
**speaking** [1] - 10:7
**Special** [1] - 69:23
**special** [1] - 87:9
**specialized** [1] - 87:8
**specific** [9] - 26:23, 46:3, 49:12, 84:23, 92:7, 110:10, 114:13, 115:7, 115:10
**specifically** [12] - 4:12, 50:3, 62:19, 63:15, 90:6, 99:24, 100:2, 101:20, 101:23, 106:19, 106:22, 110:21
**Specified** [6] - 102:6, 102:22, 103:24, 108:6, 109:6, 118:17
**specified** [59] - 2:12, 2:23, 3:22, 3:23,

4:18, 4:23, 5:2, 5:4,
5:7, 17:21, 18:2,
18:6, 18:7, 18:9,
19:6, 19:13, 21:21,
22:20, 23:21, 26:6,
41:12, 41:14, 91:8,
91:17, 91:19, 95:5,
97:5, 97:15, 98:18,
99:10, 99:16, 99:18,
100:18, 101:15,
102:2, 102:3, 105:3,
105:14, 106:6,
106:12, 106:14,
107:12, 107:13,
107:15, 117:20,
117:23, 118:1,
118:3, 118:14,
118:20, 118:22,
124:20, 129:12,
129:16, 129:18,
129:25, 130:4, 130:6
**specifies** [1] - 113:15
**specify** [1] - 94:23
**spectator** [1] - 113:3
**spend** [1] - 59:13
**spoken** [1] - 136:2
**sporadic** [5] - 29:19,
29:22, 30:4, 111:19,
112:1
**spot** [1] - 67:14
**square** [2] - 58:12,
58:13
**St** [6] - 27:10, 27:11,
49:17, 53:19, 81:12,
81:14
**staff** [1] - 67:9
**stand** [4] - 43:13,
52:13, 70:19, 71:8
**standing** [2] - 94:4,
96:13
**start** [7] - 14:9, 28:12,
44:10, 126:8, 126:9,
126:23
**started** [5] - 30:22,
42:9, 43:22, 44:11,
44:12
**starting** [4] - 13:9,
16:18, 44:1, 126:22
**starts** [6] - 60:17,
63:9, 63:25, 64:6,
64:15, 65:8
**state** [3] - 87:10,
110:16
**State** [1] - 101:9
**statement** [4] - 41:24,
73:14, 88:19, 89:14
**statements** [2] - 48:8,
57:18
**STATES** [4] - 1:1, 1:3,
1:9, 1:12

**States** [139] - 1:16,
5:10, 6:4, 9:3, 11:10,
12:18, 16:23, 16:24,
16:25, 17:16, 18:4,
18:12, 18:14, 20:14,
20:24, 21:9, 21:10,
28:2, 39:12, 44:3,
44:4, 44:23, 46:12,
46:13, 46:15, 46:17,
47:21, 47:22, 50:9,
59:13, 61:2, 70:6,
72:9, 75:14, 76:19,
76:24, 90:23, 90:24,
91:6, 91:7, 91:11,
92:9, 92:10, 92:11,
92:15, 92:18, 92:20,
92:21, 94:14, 94:22,
95:2, 95:6, 95:12,
95:13, 97:1, 97:2,
97:3, 97:6, 97:9,
97:10, 97:11, 97:16,
98:10, 98:14, 98:15,
99:11, 99:13, 99:14,
99:15, 99:22, 100:5,
100:9, 100:10,
100:11, 101:19,
102:7, 102:9,
102:12, 102:15,
102:17, 102:18,
102:21, 104:22,
104:25, 105:1,
105:2, 105:6,
105:10, 105:11,
105:12, 106:9,
106:10, 106:11,
106:18, 107:3,
107:16, 107:18,
107:21, 107:24,
108:1, 108:2, 108:5,
110:2, 110:18,
110:19, 111:15,
112:4, 112:7,
117:25, 118:19,
119:13, 119:14,
122:7, 123:1,
127:21, 128:18,
129:15, 130:3,
130:17, 130:18,
133:10, 135:24
**statute** [5] - 4:2, 51:9,
75:18, 111:4, 113:15
**statutes** [2] - 6:6, 7:20
**statutorily** [1] - 5:1
**stay** [6] - 14:14, 17:11,
120:9, 121:2, 128:1,
133:24
**stayed** [2] - 132:4,
133:17
**staying** [2] - 39:9, 40:3
**stays** [1] - 14:10

**step** [8] - 8:1, 24:22,
25:2, 25:7, 25:16,
39:18, 107:5, 107:7
**steps** [2] - 139:13,
139:21
**still** [10] - 2:8, 24:3,
24:4, 38:11, 38:12,
45:10, 77:12, 83:20,
121:7
**stipulate** [1] - 50:12
**stipulated** [1] - 58:17
**stop** [2] - 63:8, 65:20,
123:21, 136:12
**stopped** [1] - 133:23
**stops** [1] - 36:11
**straight** [3] - 31:22,
31:25, 32:2
**street** [1] - 35:15
**streets** [1] - 50:24
**strike** [1] - 89:15
**strongly** [2] - 24:21,
107:4
**struggling** [1] -
124:12
**stuff** [10] - 31:4, 44:16,
44:17, 49:1, 51:11,
54:17, 61:1, 62:24,
66:8, 66:18
**stuff's** [1] - 65:5
**SUA** [7] - 3:3, 3:7, 4:8,
4:9, 4:11, 4:16
**SUA's** [2] - 5:22, 20:25
**SUAs** [2] - 22:19,
22:20
**Sub** [3] - 129:4, 129:9,
129:23
**Sub-Paragraph** [3] -
129:4, 129:9, 129:23
**submit** [10] - 43:15,
52:20, 58:20, 66:6,
68:16, 71:3, 73:20,
76:13, 78:12, 79:2
**subparagraph** [1] -
130:11
**Subparagraph(b** [1] -
128:22
**subset** [2] - 124:8,
124:17
**subsets** [1] - 125:13
**substance** [21] - 5:9,
12:1, 12:7, 12:8,
44:4, 44:18, 45:16,
51:2, 51:6, 60:11,
90:23, 92:13, 92:14,
92:17, 92:18, 92:19,
92:20, 93:15, 94:17,
116:24, 128:25
**substances** [7] -
29:15, 111:15,
119:11, 130:15

**substantial** [7] -
24:22, 25:2, 25:7,
25:16, 30:2, 107:5,
107:7
**substantive** [4] -
81:12, 92:5, 122:1,
124:3
**substantively** [1] - 6:7
**succeeded** [3] -
12:13, 93:9, 96:3
**sufficient** [4] - 94:1,
96:10, 111:6, 113:20
**suggest** [2] - 87:23,
128:1
**suggested** [3] - 68:9,
126:23, 133:19
**suggesting** [1] - 6:2
**suggestion** [3] -
136:12, 137:4,
139:11
**suggests** [2] - 52:24,
62:18
**suitcase** [1] - 22:13
**suitcases** [1] - 66:14
**Suite** [2] - 1:17, 68:13
**Suites** [2] - 28:19,
83:2
**sum** [1] - 11:24
**summarize** [1] - 90:19
**summarized** [1] -
19:15
**summations** [1] - 9:2
**summed** [2] - 40:16
**summer** [1] - 81:7
**Sundance** [1] - 80:18
**Super** [1] - 43:9
**superseding** [20] -
5:6, 15:17, 26:3,
29:8, 90:16, 90:18,
93:3, 95:22, 113:8,
113:16, 113:22,
115:1, 115:7,
116:15, 118:6,
119:1, 128:21,
129:3, 129:22, 130:9
**support** [1] - 52:11
**supporting** [2] -
12:23, 14:3
**supports** [2] - 3:9,
26:8
**supposed** [5] - 38:4,
46:16, 50:22, 56:4,
61:21
**supposedly** [1] -
64:19
**surely** [1] - 44:7
**surprising** [1] - 53:2
**surreptitious** [1] -
58:18
**surreptitiously** [1] -

60:14
**surrounding** [2] -
94:9, 96:18
**suspects** [1] - 60:15
**sweep** [1] - 136:13
**sweeping** [1] - 3:18
**sworn** [2] - 70:5,
135:3
**Sylvester** [9] - 54:7,
54:8, 55:2, 73:15,
73:18, 73:21, 73:24,
74:1, 74:11
**Sylvester's** [2] - 54:7,
57:13
**sympathy** [1] - 85:3
**system** [1] - 121:18

## T

**table** [2] - 72:18, 72:20
**TAKEN** [1] - 72:7
**talks** [9] - 36:17, 40:6,
40:7, 48:12, 49:10,
49:22, 50:8, 51:13,
56:16
**tape** [3] - 49:1, 67:3,
83:23
**tapes** [3] - 46:21,
48:17, 52:14
**tattoo** [1] - 80:17
**team** [1] - 79:21
**technical** [2] - 45:11,
87:8
**technology** [1] - 81:20
**telephone** [1] - 55:22
**teleported** [1] - 76:21
**tend** [4] - 10:15, 87:5,
88:22, 138:5
**term** [15] - 13:20,
41:14, 41:18, 41:20,
68:2, 73:3, 99:9,
99:18, 101:11,
101:15, 106:5,
106:14, 110:15,
110:17, 111:20
**terminology** [1] -
124:5
**terms** [6] - 47:6,
53:13, 84:8, 91:19,
139:12, 139:23
**territory** [1] - 46:15
**test** [15] - 13:11, 14:9,
16:3, 44:12, 45:3,
45:9, 45:22, 49:23,
50:6, 51:7, 59:10,
60:12, 61:1, 63:2,
64:18
**testified** [5] - 10:12,
33:12, 73:17, 88:7,
88:12

**testify** [3] - 51:16, 85:17
**testifying** [2] - 87:21, 89:17
**testimony** [18] - 10:10, 45:7, 51:14, 73:9, 84:13, 86:12, 87:1, 87:13, 87:18, 88:9, 88:10, 88:15, 89:4, 89:7, 89:17, 89:18, 90:9, 114:25
**testing** [2] - 51:15, 77:11
**tests** [1] - 46:6
**text** [3] - 27:8, 69:5, 74:4
**texts** [3] - 55:16, 81:15, 83:9
**thankfully** [1] - 63:2
**THE** [72] - 1:9, 1:12, 1:14, 2:1, 2:8, 2:20, 2:22, 3:12, 3:21, 4:5, 4:9, 4:14, 5:13, 6:11, 6:20, 7:11, 8:4, 8:17, 8:19, 8:20, 37:13, 41:1, 41:9, 42:1, 42:3, 42:6, 72:1, 72:8, 84:17, 120:12, 121:22, 122:6, 122:8, 122:18, 123:8, 123:11, 124:1, 124:22, 125:15, 125:18, 125:22, 126:4, 126:21, 127:3, 127:13, 127:23, 128:5, 128:9, 128:12, 128:13, 128:17, 130:20, 130:22, 131:23, 132:17, 132:24, 133:9, 134:20, 135:20, 136:11, 136:22, 137:6, 137:16, 137:24, 138:8, 138:11, 138:21, 138:23, 139:7, 139:16, 139:20, 140:5
**theoretical** [1] - 10:3
**theories** [2] - 73:10, 84:12
**theory** [1] - 5:15
**thereafter** [1] - 92:1
**therefore** [1] - 138:14
**thereof** [1] - 92:12
**Theresa** [1] - 1:14
**thinking** [1] - 79:7
**thinks** [2] - 81:1, 83:24

**third** [7] - 12:4, 16:17, 19:6, 21:18, 27:1, 67:7, 93:18
**Thomas** [4] - 27:10, 27:11, 49:17, 53:19
**thoughts** [1] - 125:3
**thousands** [5] - 74:19, 75:5, 75:12, 81:24, 134:6
**Three** [2] - 40:8, 118:5
**three** [31] - 11:23, 12:24, 18:7, 19:19, 20:25, 21:6, 22:19, 26:18, 29:24, 33:13, 40:7, 40:16, 40:17, 41:13, 46:1, 79:11, 79:14, 100:1, 100:15, 101:22, 103:22, 103:24, 106:21, 109:4, 109:6, 110:12, 118:3, 118:22, 125:5, 129:18, 130:6
**three-way** [1] - 33:13
**throughout** [9] - 8:25, 16:2, 48:8, 61:11, 64:17, 74:5, 79:4, 84:10, 123:5
**ticket** [1] - 62:6
**tie** [1] - 3:13
**tied** [1] - 7:21
**tiles** [1] - 83:15
**Title** [31] - 3:23, 3:24, 6:3, 7:9, 92:8, 92:10, 92:14, 95:2, 95:6, 95:11, 95:12, 97:5, 97:16, 98:10, 100:5, 102:9, 102:12, 102:15, 102:18, 104:22, 105:5, 107:2, 107:18, 107:21, 107:24, 108:2, 110:2, 111:15, 112:4, 112:7, 119:13
**TO** [1] - 120:11
**to..** [1] - 31:23
**today** [5] - 38:7, 39:17, 71:2, 71:9, 121:2
**together** [5] - 73:18, 79:15, 116:13, 123:13, 123:22
**tomorrow** [1] - 22:14
**tone** [1] - 78:3
**tonight** [1] - 39:9
**tons** [2] - 14:8, 60:18
**took** [7] - 13:6, 25:2, 25:7, 28:22, 33:17, 56:19, 58:18
**top** [4] - 6:5, 80:15,

126:15, 127:1
**Tortola** [14] - 13:23, 14:22, 17:6, 19:3, 22:3, 22:7, 25:22, 27:12, 34:5, 60:24, 61:22, 64:4, 65:25, 66:9
**touch** [2] - 34:12, 34:15
**touching** [3] - 34:11, 37:5
**toward** [1] - 107:5
**towards** [5] - 12:10, 14:22, 25:2, 25:7, 25:16
**Town** [3] - 52:7, 52:9, 63:3
**trace** [1] - 35:23
**traceable** [1] - 80:13
**tracks** [1] - 54:17
**Trade** [4] - 27:20, 61:19, 61:20, 79:23
**traffic** [1] - 7:13
**trafficking** [3] - 22:23, 35:7, 63:22
**training** [2] - 59:3, 87:9
**transactions** [1] - 111:18
**transcript** [13] - 29:4, 46:2, 46:3, 49:25, 58:7, 66:4, 75:8, 76:2, 83:16, 90:7, 90:10, 90:11, 90:13
**transcription** [1] - 141:4
**transcripts** [9] - 13:2, 31:13, 39:18, 60:19, 75:6, 89:22, 90:1, 90:2
**transfer** [20] - 91:5, 91:9, 91:15, 96:25, 97:8, 98:20, 98:23, 99:8, 99:12, 100:14, 100:16, 100:20, 100:23, 101:5, 101:7, 104:24, 105:16, 105:19, 106:4, 106:8
**transferred** [5] - 16:22, 21:9, 98:13, 100:8, 105:9
**transferring** [3] - 98:22, 100:22, 105:18
**transmission** [8] - 91:14, 96:25, 97:8, 99:12, 100:13, 100:16, 101:7, 106:7
**transmit** [6] - 91:5,

91:9, 98:20, 100:20, 104:24, 105:16
**transmitted** [4] - 16:22, 98:12, 100:7, 105:8
**transpired** [1] - 124:7
**transport** [11] - 21:24, 73:24, 91:5, 91:9, 92:19, 96:25, 97:8, 98:20, 100:20, 104:24, 105:16
**transportation** [17] - 4:24, 17:19, 18:4, 21:12, 21:19, 22:17, 23:18, 23:22, 91:14, 99:11, 100:13, 100:15, 101:7, 106:7, 110:16, 110:17, 123:19
**transported** [7] - 16:22, 21:10, 21:16, 61:21, 98:12, 100:7, 105:8
**transporting** [3] - 98:23, 100:22, 105:19
**travel** [13] - 26:12, 26:15, 26:20, 27:9, 27:14, 28:1, 37:11, 38:7, 79:24, 110:3, 110:15, 110:17, 140:3
**traveled** [13] - 26:21, 26:23, 27:5, 27:18, 28:6, 28:10, 48:1, 79:22, 91:23, 110:8, 110:10, 110:20, 111:1
**travelers** [3] - 99:6, 101:2, 106:2
**traveling** [5] - 27:1, 28:7, 30:9, 110:12, 111:1
**treating** [1] - 56:11
**treatment** [1] - 89:14
**trial** [10] - 8:25, 13:1, 85:2, 86:18, 88:16, 114:15, 115:6, 120:18, 123:5, 135:15
**TRIAL** [1] - 1:8
**tried** [2] - 68:12, 82:14
**trip** [4] - 38:8, 65:23, 65:25, 67:10
**trouble** [1] - 33:23
**trucking** [1] - 81:9
**true** [7] - 47:5, 52:17, 87:16, 124:9, 125:23, 125:24
**truth** [2] - 49:14, 70:5,

71:6, 88:2, 88:3, 88:21, 116:5, 132:6
**truthful** [1] - 89:17
**try** [12] - 35:12, 53:3, 53:7, 57:9, 62:11, 68:22, 74:1, 93:13, 95:10, 115:22, 127:14, 140:1
**trying** [14] - 23:1, 30:17, 32:5, 48:23, 48:25, 58:22, 62:12, 63:5, 63:7, 67:3, 67:22, 68:23, 123:4, 132:20
**tune** [1] - 75:2
**turn** [3] - 31:6, 55:21, 97:18
**twice** [1] - 72:14
**Two** [8] - 19:17, 99:23, 100:12, 101:20, 103:19, 104:11, 109:1, 110:10
**two** [64] - 9:9, 10:7, 11:3, 11:14, 11:24, 13:1, 16:15, 16:19, 17:20, 18:17, 19:7, 22:9, 29:12, 29:13, 30:5, 39:21, 47:15, 53:18, 66:21, 78:12, 91:4, 92:22, 93:13, 95:10, 95:14, 95:16, 96:22, 96:23, 97:21, 97:24, 98:3, 98:17, 100:4, 102:22, 105:13, 106:19, 107:4, 108:6, 109:17, 112:3, 117:5, 117:17, 118:1, 118:20, 119:12, 123:13, 123:14, 124:8, 124:17, 124:21, 125:10, 125:13, 125:21, 126:13, 127:3, 129:1, 129:8, 129:16, 130:4, 130:16, 132:5, 133:2, 134:21, 136:2
**two..** [1] - 125:14
**type** [1] - 23:9
**types** [4] - 10:7, 10:8, 18:17, 96:23
**typewritten** [1] - 89:22
**Typically** [1] - 59:17
**typically** [2] - 56:21, 56:22
**typos** [1] - 121:24

## U

**U.S** [4] - 6:14, 27:13, 61:24, 61:25
**UK** [8] - 3:17, 3:20, 103:25, 109:7, 118:4, 118:23, 129:19, 130:7
**UK's** [4] - 104:1, 104:6, 109:8, 109:12
**unanimous** [1] - 115:16
**unanimously** [34] - 4:17, 15:16, 23:4, 26:2, 29:7, 29:11, 94:19, 94:20, 98:5, 98:6, 102:1, 102:2, 107:11, 107:12, 111:7, 111:9, 111:10, 113:20, 116:14, 117:5, 117:13, 117:19, 118:5, 118:13, 118:24, 119:7, 128:19, 129:2, 129:6, 129:11, 129:20, 129:25, 130:8, 130:13
**uncertain** [1] - 84:8
**unconditional** [2] - 103:10, 108:17
**Under** [1] - 102:24
**under** [28] - 5:9, 7:20, 18:11, 19:9, 65:6, 71:16, 99:21, 101:9, 101:18, 104:1, 106:17, 108:7, 109:7, 112:12, 117:25, 118:1, 118:3, 118:19, 118:20, 118:22, 124:19, 129:14, 129:16, 129:18, 130:3, 130:4, 130:6, 139:16
**undercover** [14] - 44:21, 57:24, 59:1, 59:3, 59:16, 60:3, 65:7, 73:6, 73:13, 74:24, 84:9, 99:4, 101:1, 105:24
**underlying** [1] - 4:22
**understood** [1] - 13:25
**undoubtedly** [1] - 139:2
**undue** [1] - 135:18
**unduly** [1] - 114:21
**unfortunately** [1] - 134:10

**unimportant** [1] - 89:3
**UNITED** [3] - 1:1, 1:3, 1:12
**uNITED** [1] - 1:9
**United** [145] - 1:16, 5:10, 6:3, 9:3, 11:10, 12:17, 16:23, 16:24, 16:25, 17:16, 18:4, 18:11, 18:14, 19:12, 20:14, 20:24, 21:9, 21:10, 28:2, 39:12, 44:3, 44:22, 44:23, 46:11, 46:13, 46:15, 46:17, 47:21, 47:22, 48:20, 49:2, 50:9, 59:12, 61:2, 70:6, 72:9, 75:14, 76:19, 76:24, 90:23, 90:24, 91:6, 91:7, 91:10, 91:11, 92:9, 92:10, 92:11, 92:15, 92:17, 92:20, 92:21, 94:14, 94:22, 95:2, 95:6, 95:12, 97:1, 97:2, 97:3, 97:5, 97:9, 97:10, 97:11, 97:16, 98:10, 98:14, 98:15, 98:16, 99:13, 99:14, 99:15, 99:22, 100:2, 100:5, 100:9, 100:10, 100:11, 101:19, 101:23, 102:7, 102:9, 102:12, 102:15, 102:17, 102:18, 102:21, 104:22, 104:25, 105:1, 105:2, 105:6, 105:10, 105:11, 105:12, 106:9, 106:10, 106:11, 106:18, 106:22, 107:3, 107:16, 107:18, 107:21, 107:24, 108:1, 108:2, 108:5, 110:2, 110:18, 110:19, 111:15, 112:4, 112:7, 117:25, 118:19, 119:13, 119:14, 122:7, 123:1, 127:21, 128:18, 129:15, 130:3, 130:17, 130:18, 133:10, 135:24
**units** [1] - 60:17
**Unlawful** [3] - 111:13, 112:3
**unlawful** [121] - 2:12,

2:23, 3:22, 3:23, 4:18, 4:23, 5:2, 5:4, 5:7, 7:8, 12:1, 12:2, 12:5, 12:11, 14:1, 14:17, 16:8, 16:10, 17:21, 18:2, 18:6, 18:8, 18:9, 19:6, 19:14, 21:16, 21:22, 22:20, 23:21, 26:6, 26:16, 26:24, 27:3, 27:16, 28:3, 28:8, 29:11, 29:13, 30:9, 41:12, 41:14, 91:8, 91:13, 91:17, 91:19, 91:24, 92:3, 92:23, 93:7, 93:14, 93:16, 93:18, 93:21, 93:24, 95:5, 95:11, 95:14, 95:17, 96:2, 96:5, 96:8, 97:5, 97:13, 97:15, 98:3, 98:18, 99:10, 99:17, 99:18, 100:14, 100:18, 100:25, 101:8, 101:13, 101:15, 102:3, 102:6, 102:22, 103:24, 105:3, 105:14, 106:6, 106:12, 106:14, 107:12, 107:13, 107:15, 108:6, 109:6, 110:4, 110:11, 110:14, 110:22, 110:25, 111:3, 111:10, 111:11, 112:3, 117:20, 117:23, 118:1, 118:3, 118:14, 118:17, 118:20, 118:22, 119:8, 119:10, 119:12, 124:20, 129:12, 129:16, 129:18, 130:1, 130:4, 130:6, 130:13, 130:14, 130:16
**unless** [1] - 79:21
**unreliable** [1] - 90:14
**up** [65] - 4:6, 11:21, 12:16, 17:11, 22:4, 30:17, 33:13, 35:11, 35:17, 35:22, 36:15, 37:25, 38:13, 39:5, 39:7, 39:10, 40:1, 40:16, 42:15, 44:13, 45:13, 46:24, 49:17, 52:6, 53:4, 58:22, 60:10, 60:18, 60:25, 63:1, 63:23, 64:7, 64:19, 65:7, 66:24,

67:9, 67:10, 67:13, 67:18, 67:20, 68:9, 68:10, 68:11, 70:21, 78:16, 78:23, 78:24, 80:9, 80:17, 81:8, 83:2, 83:5, 83:18, 107:7, 116:1, 116:11, 123:17, 128:2, 135:7, 136:4, 136:11, 136:12, 138:15, 139:8
**update** [1] - 61:9
**updates** [1] - 2:4
**upfront** [1] - 78:21
**uphold** [1] - 70:6
**upset** [3] - 56:3, 57:8, 135:7
**urgent** [1] - 38:6

## V

**vague** [1] - 13:20
**valsaint** [1] - 131:7
**van** [1] - 140:3
**Van** [16] - 1:14, 4:14, 6:13, 42:7, 72:20, 73:1, 74:7, 75:16, 76:10, 77:1, 77:21, 78:10, 82:14, 83:9, 133:7, 133:12
**VAN** [31] - 4:15, 5:17, 7:5, 41:25, 42:8, 122:3, 122:16, 123:6, 123:24, 124:16, 125:12, 125:16, 125:19, 125:23, 126:5, 127:1, 127:4, 127:7, 127:22, 132:13, 132:18, 134:12, 135:6, 137:4, 137:7, 138:1, 138:9, 138:20, 139:14, 139:19, 140:4
**various** [1] - 111:4
**verdict** [46] - 3:16, 4:17, 15:9, 15:10, 15:12, 23:3, 25:24, 26:1, 29:6, 30:7, 94:23, 98:8, 102:4, 111:11, 115:5, 115:15, 115:18, 116:10, 116:13, 119:17, 119:18, 128:6, 128:11, 128:13, 128:16, 128:18, 130:23, 130:24, 131:1, 131:3, 131:5, 131:7, 131:9, 131:11,

131:13, 131:15, 131:17, 131:19, 131:21, 133:16, 133:18, 135:5, 135:23, 136:8, 136:23, 138:25
**versus** [2] - 128:18, 133:10
**vessel** [10] - 14:6, 14:8, 14:11, 14:14, 44:16, 45:21, 59:8, 62:20, 76:22
**vessel's** [1] - 54:1
**vessels** [4] - 14:7, 20:4, 45:14, 51:21
**via** [1] - 81:20
**video** [1] - 25:14
**videos** [2] - 57:2, 62:14
**VIDEOTAPE** [1] - 25:18
**view** [1] - 7:4
**VILET** [11] - 123:24, 124:16, 125:12, 125:16, 125:19, 125:23, 126:5, 127:1, 127:4, 127:7, 127:22
**violate** [3] - 95:11, 104:22, 111:4
**violates** [1] - 95:5
**violating** [6] - 92:8, 95:1, 105:5, 110:1, 111:6, 114:14
**violation** [13] - 4:25, 6:3, 19:12, 29:15, 30:5, 92:14, 97:5, 97:16, 107:2, 111:15, 112:4, 119:12, 130:16
**violations** [3] - 5:23, 6:14, 112:6
**Virgin** [41] - 12:17, 14:15, 17:11, 17:17, 18:5, 18:14, 19:10, 19:23, 20:2, 20:3, 20:14, 20:24, 21:13, 23:12, 23:17, 24:5, 24:8, 27:12, 28:2, 33:3, 38:6, 39:12, 44:20, 45:15, 50:17, 51:22, 53:6, 53:8, 59:11, 64:5, 65:6, 76:8, 77:14, 99:24, 102:25, 103:1, 104:2, 108:9, 109:9, 113:10
**visit** [1] - 66:25
**Vliet** [16] - 1:14, 4:14, 6:13, 42:7, 72:20,

73:1, 74:7, 75:17, 76:10, 77:1, 78:10, 82:14, 83:9, 133:7, 133:12, 140:3
**VLIET** [20] - 4:15, 5:17, 7:5, 41:25, 42:8, 122:3, 122:16, 123:6, 132:13, 132:18, 134:12, 135:6, 137:4, 137:7, 138:1, 138:9, 138:20, 139:14, 139:19, 140:4
**Vliet's** [1] - 77:21
**voice** [3] - 4:6, 78:3, 82:18
**voluntarily** [2] - 114:5, 114:8
**voted** [1] - 120:2
**vs** [1] - 1:5

## W

**Wade** [1] - 19:1
**waiting** [2] - 2:8, 8:5
**walk** [1] - 38:25
**walking** [3] - 39:3, 40:1, 132:22
**wants** [10] - 33:6, 33:21, 51:21, 54:10, 54:11, 63:20, 76:10, 78:15, 83:24
**warehouse** [1] - 7:17
**was..** [2] - 117:14, 119:8
**waste** [1] - 44:6
**wasted** [1] - 134:7
**water** [1] - 10:19
**waters** [5] - 76:15, 76:17, 76:18, 76:23, 77:16
**wax** [1] - 53:7
**ways** [7] - 11:14, 16:16, 19:8, 91:4, 111:4, 113:16, 113:17
**week** [7] - 22:3, 25:4, 40:6, 71:9, 133:14, 140:2
**weekend** [1] - 71:13
**weekends** [1] - 71:14
**weeks** [8] - 9:9, 13:1, 29:24, 40:9, 71:24, 132:5, 133:2, 140:6
**weighing** [3] - 117:1, 117:4, 129:1
**weight** [6] - 10:23, 15:24, 16:1, 87:6, 94:21, 114:24
**weird** [1] - 56:3

**what-about-ism** [1] - 73:10
**WhatsApp** [1] - 54:6
**whatsoever** [1] - 73:12
**wheeled** [1] - 38:16
**wheeling** [1] - 82:22
**wheels** [1] - 61:13
**whittle** [1] - 127:13
**whoa** [1] - 65:8
**whole** [28] - 13:17, 21:19, 33:23, 34:4, 39:4, 44:21, 49:22, 50:5, 50:8, 51:15, 52:1, 53:20, 57:18, 60:1, 60:16, 63:9, 65:1, 77:2, 85:7, 87:20, 91:15, 97:13, 100:16, 126:18, 126:20, 127:20, 136:5, 137:20
**Wholesale** [2] - 52:7, 52:9
**wholly** [1] - 52:23
**wife** [1] - 123:16
**willful** [1] - 113:2
**willfully** [18] - 12:3, 13:25, 14:2, 47:14, 47:18, 47:23, 83:8, 84:2, 90:22, 91:2, 93:17, 93:25, 95:15, 96:9, 98:4, 112:18, 114:7, 114:13
**WILLIAMS** [1] - 1:9
**willing** [6] - 43:6, 43:11, 43:19, 71:19, 75:11, 86:5
**willingness** [1] - 38:18
**win** [1] - 43:9
**window** [2] - 14:10, 14:11
**windows** [5] - 68:24, 68:25, 69:3, 69:11, 83:14
**wire** [3] - 98:23, 100:23, 105:19
**wisest** [1] - 138:7
**wish** [3] - 119:19, 130:20, 134:13
**Witek** [3] - 69:23, 71:9, 71:12
**witness** [20] - 71:8, 87:18, 87:20, 87:23, 88:1, 88:2, 88:3, 88:5, 88:6, 88:8, 88:12, 88:14, 88:15, 88:17, 88:18, 88:21, 88:24, 89:13, 89:16, 89:19
**witness'** [3] - 87:12,

87:13, 88:9
**witnesses** [3] - 86:12, 87:21, 89:18
**witnesses'** [1] - 89:4
**woman** [1] - 132:15
**wonders** [1] - 81:19
**word** [7] - 15:5, 17:23, 30:22, 78:16, 113:18, 114:4, 114:7
**words** [13] - 40:16, 40:17, 45:25, 47:15, 47:19, 79:11, 79:15, 83:23, 92:23, 95:17, 113:1, 115:16, 134:20
**world** [1] - 47:2
**worried** [1] - 78:7
**worry** [1] - 36:23
**wrappers** [3] - 35:22, 35:23, 35:24
**write** [2] - 119:20, 127:23
**writing** [1] - 119:25
**written** [4] - 30:13, 46:19, 127:11, 127:17

## X

**X-ray** [2] - 77:6
**XO** [3] - 37:23, 67:12, 67:13

## Y

**years** [6] - 31:1, 33:17, 35:14, 68:10, 69:17, 70:13
**yesterday** [8] - 8:20, 45:20, 48:7, 51:25, 52:13, 55:11, 61:4, 66:7
**York** [3] - 3:11, 6:23, 17:13
**young** [1] - 132:15
**yourself** [6] - 5:15, 87:14, 87:24, 88:11, 114:21, 115:19
**yourselves** [1] - 132:6

## Z

**Zoom** [1] - 140:1