```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                            MIAMI DIVISION
                    CASE NUMBER 22-CR-20191-KMW

UNITED STATES OF AMERICA


         vs.

ANDREW ALTURO FAHIE

_____

                    ZOOM HEARING HELD 1-3-2024
            BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
                UNITED STATES DISTRICT COURT JUDGE
_____

APPEARANCES:

FOR THE UNITED STATES:   Kevin Gerarde, A.U.S.A.
                         Sean McLaughlin, A.U.S.A.


FOR THE DEFENDANT:       Theresa M. Van Vliet, ESQ.
                         Joyce Delgado, ESQ.


REPORTED BY:             PATRICIA SANDERS, RPR
                         United States Court Reporter
                         400 North Miami Avenue, Suite 11-3
                         Miami, FL  33128
                         T: 305.523.5528
                         Patricia_sanders@flsd.uscourts.gov.
```

```
 1              THE COURT:  The Court calls Case No. 22-CR-20191;
 2   United States versus Andrew Alturo Fahie.
 3              Counsel, please state your appearances for the
 4   record.
 5              MR. GERARDE:  Good afternoon, Your Honor, Kevin
 6   Gerarde along with Sean McLaughlin on behalf of the Government.
 7              THE COURT:  Good afternoon.
 8              MS. VAN VLIET:  Good afternoon, Your Honor, Theresa
 9   Van Vliet and Joyce Delgado on behalf of Mr. Fahie who is on
10   standby should the Court require his presence.
11              THE COURT:  No, that's fine.  Obviously if he wishes
12   to participate he is absolutely free to do so.  If his number
13   pops up then we will admit Mr. Fahie to the hearing.
14              MS. VAN VLIET:  Yes, Your Honor.
15              THE COURT:  And this will be brief.  I received your
16   e-mail yesterday, Ms. Van Vliet -- obviously the Government was
17   copied -- about the discovery pickup.
18              And so I am going to reschedule the start of trial --
19   unless there is some strenuous objection -- to the two-week
20   period starting the 22nd.
21              Rather than starting next week -- and because the
22   next week is a short week because of the Federal holiday --
23   that way we can deal with the various motions that need to be
24   dealt with.
25
```

1          MS. VAN VLIET:  I appreciate that, Your Honor.  Ms.
2    Delgado and I have been working pretty much around the clock
3    for the past three days to try to get through the material that
4    needs to be gone through in time for the upcoming trial.
5          The one wild card is the foreign law determination
6    issue. If the Court is going to be -- and I am not asking
7    obviously for a ruling right now -- but if the Court were to
8    deny or strike the Government's notice those provisions in the
9    indictment would go by the wayside; and so I believe we could
10   be ready by January 10th.
11         And so if the Court does not grant the defendant's
12   motion to strike then I think we would need -- according to the
13   two experts that we have been able to contact yesterday -- I
14   think we would need till mid-February.
15         So my dilemma is that, you know, we are ready to go;
16   but the foreign law issue is the real sticking point.
17         THE COURT:  Well, it seems to me there are one or two
18   scenarios that would happen.  If, as you say, I ruled for the
19   Government you would need more time; which I would likely
20   grant.
21         And if I ruled against the Government, you could go on
22   the 10th but be pretty sleep deprived.
23         Having said that, I don't believe the tenth is a
24   realistic trial date and so I am setting it down for the 22nd.
25

1       While I understand both teams have been working
2  assiduously, I just don't think that really warrants us
3  continuing to go at such a breakneck speed when so much is left
4  to be decided.
5       I know the Government has some witnesses that are
6  not local, but they will have to rearrange their schedules.
7  Especially since this has been somewhat occasioned by the
8  Government; albeit inadvertently.
9       MR. GERARDE:  Understood. We have no objection to
10 that, Your Honor.
11      THE COURT:  All right.
12      MR. GERARDE:  Does the Court wish for the expert
13 witness for the UK or British Virgin Islands law to be present
14 in person?  We e-mailed Chambers and counsel with that person's
15 name and CV 30 minutes ago.
16      THE COURT:  Well, 30 minutes ago I was on the bench
17 on another matter, and so I did not see it. I will take a look
18 at it once I conclude this hearing and let you know by end of
19 business tomorrow whether or not your expert needs to be here
20 in person.
21      MR. GERARDE:  Thank you, Your Honor.
22      THE COURT:  Does your witness live in the UK?
23      MR. GERARDE:  She does live in the UK.
24      THE COURT:  So then she is six hours ahead.
25      MR. GERARDE:  That's right.

```
 1              THE COURT:  All right. I will have to think about
 2   that.  If I require her to be in person then I would allow you
 3   time to make those arrangements to get her here.
 4              If I permit her to appear by Zoom -- if we begin at 10
 5   then she would be available at say 4:00 her time to participate
 6   by Zoom.  I will look at the materials you sent and let you
 7   know whether I need an in-person appearance.
 8              MR. GERARDE:  Thank you, Your Honor.
 9              THE COURT:  All right. I am going to reset the trial
10   till the 22nd at this point.  If you need to engage your own
11   defense experts we will revisit the date at that time.
12              I will ask the Government to provide the defense with
13   some sort of a summary -- which may obviate the need to have
14   her appear -- but let's see what happens.
15              All right. I will see you all here on Monday to go
16   through these outstanding issues.
17                           HEARING CONCLUDED
```

```
 1                        -   -   -

 2                  C E R T I F I C A T E.

 3                        -   -   -

 4          This proceeding occurred via Zoom and is therefore

 5   subject to the technological limitations of reporting remotely.

 6

 7                                    /S/PATRICIA SANDERS

 8   _____                   _____

 9   DATE FILED                       PATRICIA SANDERS, RPR
```

### /

**/S/PATRICIA** [1] - 6:7

### 1

**1-3-2024** [1] - 1:9
**10** [1] - 5:4
**10th** [2] - 3:10, 3:22
**11-3** [1] - 1:18

### 2

**22-CR-20191** [1] - 2:1
**22-CR-20191-KMW** [1] - 1:3
**22nd** [3] - 2:20, 3:24, 5:10

### 3

**30** [2] - 4:15, 4:16
**305.523.5528** [1] - 1:19
**33128** [1] - 1:18

### 4

**400** [1] - 1:18
**4:00** [1] - 5:5

### A

**A.U.S.A** [2] - 1:13, 1:13
**able** [1] - 3:13
**absolutely** [1] - 2:12
**according** [1] - 3:12
**admit** [1] - 2:13
**afternoon** [3] - 2:5, 2:7, 2:8
**ago** [2] - 4:15, 4:16
**ahead** [1] - 4:24
**albeit** [1] - 4:8
**allow** [1] - 5:2
**ALTURO** [1] - 1:6
**Alturo** [1] - 2:2
**AMERICA** [1] - 1:4
**ANDREW** [1] - 1:6
**Andrew** [1] - 2:2
**appear** [2] - 5:4, 5:14
**appearance** [1] - 5:7
**appearances** [2] - 1:12, 2:3
**appreciate** [1] - 3:1
**arrangements** [1] - 5:3
**assiduously** [1] - 4:2
**available** [1] - 5:5
**Avenue** [1] - 1:18

### B

**begin** [1] - 5:4
**behalf** [2] - 2:6, 2:9
**bench** [1] - 4:16
**breakneck** [1] - 4:3
**brief** [1] - 2:15
**British** [1] - 4:13
**business** [1] - 4:19
**BY** [1] - 1:17

### C

**card** [1] - 3:5
**case** [1] - 1:3
**Case** [1] - 2:1
**Chambers** [1] - 4:14
**clock** [1] - 3:2
**conclude** [1] - 4:18
**CONCLUDED** [1] - 5:17
**contact** [1] - 3:13
**continuing** [1] - 4:3
**copied** [1] - 2:17
**counsel** [1] - 4:14
**Counsel** [1] - 2:3
**COURT** [13] - 1:1, 1:10, 2:1, 2:7, 2:11, 2:15, 3:17, 4:11, 4:16, 4:22, 4:24, 5:1, 5:9
**Court** [7] - 1:17, 2:1, 2:10, 3:6, 3:7, 3:11, 4:12
**CV** [1] - 4:15

### D

**DATE** [1] - 6:9
**date** [2] - 3:24, 5:11
**days** [1] - 3:3
**deal** [1] - 2:23
**dealt** [1] - 2:24
**decided** [1] - 4:4
**DEFENDANT** [1] - 1:15
**defendant's** [1] - 3:11
**defense** [2] - 5:11, 5:12
**Delgado** [3] - 1:15, 2:9, 3:2
**deny** [1] - 3:8
**deprived** [1] - 3:22
**determination** [1] - 3:5
**dilemma** [1] - 3:15
**discovery** [1] - 2:17
**DISTRICT** [3] - 1:1, 1:2, 1:10
**DIVISION** [1] - 1:2
**down** [1] - 3:24

### E

**e-mail** [1] - 2:16
**e-mailed** [1] - 4:14
**end** [1] - 4:18
**engage** [1] - 5:10
**especially** [1] - 4:7
**ESQ** [2] - 1:15, 1:15
**expert** [2] - 4:12, 4:19
**experts** [2] - 3:13, 5:11

### F

**FAHIE** [1] - 1:6
**Fahie** [2] - 2:2, 2:13
**fahie** [1] - 2:9
**February** [1] - 3:14
**Federal** [1] - 2:22
**FILED** [1] - 6:9
**fine** [1] - 2:11
**FL** [1] - 1:18
**FLORIDA** [1] - 1:2
**FOR** [2] - 1:13, 1:15
**foreign** [2] - 3:5, 3:16
**free** [1] - 2:12

### G

**Gerarde** [2] - 1:13, 2:6
**GERARDE** [7] - 2:5, 4:9, 4:12, 4:21, 4:23, 4:25, 5:8
**Government** [7] - 2:6, 2:16, 3:19, 3:21, 4:5, 4:8, 5:12
**Government's** [1] - 3:8
**grant** [2] - 3:11, 3:20

### H

**HEARING** [2] - 1:9, 5:17
**hearing** [2] - 2:13, 4:18
**HELD** [1] - 1:9
**holiday** [1] - 2:22
**Honor** [7] - 2:5, 2:8, 2:14, 3:1, 4:10, 4:21, 5:8
**HONORABLE** [1] - 1:9
**hours** [1] - 4:24

### I

**in-person** [1] - 5:7
**inadvertently** [1] - 4:8
**indictment** [1] - 3:9
**Islands** [1] - 4:13
**issue** [2] - 3:6, 3:16
**issues** [1] - 5:16

### J

**January** [1] - 3:10
**Joyce** [2] - 1:15, 2:9
**JUDGE** [1] - 1:10

### K

**KATHLEEN** [1] - 1:9
**Kevin** [2] - 1:13, 2:5

### L

**law** [3] - 3:5, 3:16, 4:13
**left** [1] - 4:3
**likely** [1] - 3:19
**limitations** [1] - 6:5
**live** [2] - 4:22, 4:23
**local** [1] - 4:6
**look** [2] - 4:17, 5:6

### M

**mail** [1] - 2:16
**mailed** [1] - 4:14
**material** [1] - 3:3
**materials** [1] - 5:6
**matter** [1] - 4:17
**McLaughlin** [2] - 1:13, 2:6
**mIAMI** [1] - 1:2
**Miami** [2] - 1:18, 1:18
**mid** [1] - 3:14
**mid-February** [1] - 3:14
**minutes** [2] - 4:15, 4:16
**Monday** [1] - 5:15
**motion** [1] - 3:12
**motions** [1] - 2:23
**MR** [7] - 2:5, 4:9, 4:12, 4:21, 4:23, 4:25, 5:8
**MS** [3] - 2:8, 2:14, 3:1

### N

**name** [1] - 4:15
**need** [7] - 2:23, 3:12, 3:14, 3:19, 5:7, 5:10, 5:13
**needs** [2] - 3:4, 4:19
**next** [2] - 2:21, 2:22
**North** [1] - 1:18
**notice** [1] - 3:8

### O

**Number** [1] - 1:3
**number** [1] - 2:12

**objection** [2] - 2:19, 4:9
**obviate** [1] - 5:13
**obviously** [3] - 2:11, 2:16, 3:7
**occasioned** [1] - 4:7
**occurred** [1] - 6:4
**OF** [2] - 1:2, 1:4
**once** [1] - 4:18
**one** [2] - 3:5, 3:17
**outstanding** [1] - 5:16
**own** [1] - 5:10

### P

**participate** [2] - 2:12, 5:5
**past** [1] - 3:3
**PATRICIA** [2] - 1:17, 6:9
**patricia_sanders@flsd.uscourts.gov** [1] - 1:19
**period** [1] - 2:20
**permit** [1] - 5:4
**person** [4] - 4:14, 4:20, 5:2, 5:7
**person's** [1] - 4:14
**pickup** [1] - 2:17
**point** [2] - 3:16, 5:10
**pops** [1] - 2:13
**presence** [1] - 2:10
**present** [1] - 4:13
**pretty** [2] - 3:2, 3:22
**proceeding** [1] - 6:4
**provide** [1] - 5:12
**provisions** [1] - 3:8

### R

**Rather** [1] - 2:21
**ready** [2] - 3:10, 3:15
**real** [1] - 3:16
**realistic** [1] - 3:24
**really** [1] - 4:2
**rearrange** [1] - 4:6
**received** [1] - 2:15
**record** [1] - 2:4
**remotely** [1] - 6:5
**REPORTED** [1] - 1:17
**Reporter** [1] - 1:17
**reporting** [1] - 6:5
**require** [2] - 2:10, 5:2
**reschedule** [1] - 2:18
**reset** [1] - 5:9

| | |
|---|---|
| **revisit** [1] - 5:11<br>**RPR** [2] - 1:17, 6:9<br>**ruled** [2] - 3:18, 3:21<br>**ruling** [1] - 3:7 | **U** |
| | **UK** [3] - 4:13, 4:22, 4:23<br>**understood** [1] - 4:9<br>**UNITED** [3] - 1:1, 1:4, 1:13<br>**uNITED** [1] - 1:10<br>**United** [2] - 1:17, 2:2<br>**unless** [1] - 2:19<br>**up** [1] - 2:13<br>**upcoming** [1] - 3:4 |
| **S** | |
| **SANDERS** [3] - 1:17, 6:7, 6:9<br>**scenarios** [1] - 3:18<br>**schedules** [1] - 4:6<br>**Sean** [2] - 1:13, 2:6<br>**see** [3] - 4:17, 5:14, 5:15<br>**sent** [1] - 5:6<br>**setting** [1] - 3:24<br>**short** [1] - 2:22<br>**six** [1] - 4:24<br>**sleep** [1] - 3:22<br>**somewhat** [1] - 4:7<br>**sort** [1] - 5:13<br>**sOUTHERN** [1] - 1:2<br>**speed** [1] - 4:3<br>**standby** [1] - 2:10<br>**start** [1] - 2:18<br>**starting** [2] - 2:20, 2:21<br>**state** [1] - 2:3<br>**STATES** [4] - 1:1, 1:4, 1:10, 1:13<br>**States** [2] - 1:17, 2:2<br>**sticking** [1] - 3:16<br>**strenuous** [1] - 2:19<br>**strike** [2] - 3:8, 3:12<br>**subject** [1] - 6:5<br>**Suite** [1] - 1:18<br>**summary** [1] - 5:13 | |
| | **V** |
| | **Van** [3] - 1:15, 2:9, 2:16<br>**VAN** [3] - 2:8, 2:14, 3:1<br>**various** [1] - 2:23<br>**versus** [1] - 2:2<br>**via** [1] - 6:4<br>**Virgin** [1] - 4:13<br>**Vliet** [3] - 1:15, 2:9, 2:16<br>**VLIET** [3] - 2:8, 2:14, 3:1<br>**vs** [1] - 1:5 |
| | **W** |
| | **warrants** [1] - 4:2<br>**wayside** [1] - 3:9<br>**week** [4] - 2:19, 2:21, 2:22<br>**wild** [1] - 3:5<br>**WILLIAMS** [1] - 1:9<br>**wish** [1] - 4:12<br>**wishes** [1] - 2:11<br>**witness** [2] - 4:13, 4:22<br>**witnesses** [1] - 4:5 |
| **T** | |
| **teams** [1] - 4:1<br>**technological** [1] - 6:5<br>**tenth** [1] - 3:23<br>**THE** [14] - 1:9, 1:13, 1:15, 2:1, 2:7, 2:11, 2:15, 3:17, 4:11, 4:16, 4:22, 4:24, 5:1, 5:9<br>**therefore** [1] - 6:4<br>**Theresa** [2] - 1:15, 2:8<br>**three** [1] - 3:3<br>**tomorrow** [1] - 4:19<br>**trial** [4] - 2:18, 3:4, 3:24, 5:9<br>**try** [1] - 3:3<br>**two** [3] - 2:19, 3:13, 3:17<br>**two-week** [1] - 2:19 | |
| | **Y** |
| | **yesterday** [2] - 2:16, 3:13 |
| | **Z** |
| | **ZOOM** [1] - 1:9<br>**Zoom** [3] - 5:4, 5:6, 6:4 |